## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **IN RE: EpiPen (Epinephrine Injection, USP) Marketing, Sales Practices and Antitrust Litigation**<br><br>**(This Document Relates To All Cases)** | **Case No: 2:17-MD-02785-DDC-TJJ**<br>**Hon. Daniel D. Crabtree**<br><br>**NOTICE OF FILING OF SANOFI'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**<br><br>*Document Filed Electronically* |

Pursuant to the Order of this Court, dated August 17, 2017 (Dkt. 3), Plaintiff Sanofi-Aventis U.S., L.L.C. hereby gives notice that it has filed its Opposition to Defendants' Motion to Dismiss in Tag-Along Action 2:17-cv-02452-DDC-TJJ.

DATED: August 17, 2017

/s/ Eric S. Hochstadt

WEIL, GOTSHAL & MANGES LLP
Diane Sullivan
diane.sullivan@weil.com
17 Hulfish St., Suite 201
Princeton, NJ 08542
609.986.1120
212.310.8007 (Fax)

WEIL, GOTSHAL & MANGES LLP
Yehudah L. Buchweitz
yehudah.buchweitz@weil.com
Eric S. Hochstadt
eric.hochstadt@weil.com
767 Fifth Avenue
New York, NY 10153
212.310.8000
212.310.8007 (Fax)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

IN RE: EpiPen (Epinephrine Injection, USP) Marketing, Sales Practices and Antitrust Litigation

(This Document Relates To All Cases)

Case No: 2:17-MD-02785-DDC-TJJ

Hon. Daniel D. Crabtree

NOTICE OF FILING OF SANOFI'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

*Document Filed Electronically*

## CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2017, I caused a copy of the foregoing Notice of Filing Of Sanofi's Opposition To Defendants' Motion To Dismiss to be filed electronically on all interested parties via ECF, in compliance with Rule 4(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation.

DATED: August 17, 2017

/s/ Eric S. Hochstadt

WEIL, GOTSHAL & MANGES LLP
Diane Sullivan
diane.sullivan@weil.com
17 Hulfish St., Suite 201
Princeton, NJ 08542
609.986.1120
212.310.8007 (Fax)

WEIL, GOTSHAL & MANGES LLP
Yehudah L. Buchweitz
yehudah.buchweitz@weil.com
Eric S. Hochstadt
eric.hochstadt@weil.com
767 Fifth Avenue
New York, NY 10153
212.310.8000
212.310.8007 (Fax)