### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: EPIPEN MARKETING, SALES PRACTICES AND ANTITRUST LITIGATION<br><br>**(This Document Relates to All Cases)** | 2:17-md-2785<br><br>MDL 2785 |

### CORPORATE DISCLOSURE STATEMENT
### FOR THE MYLAN CORPORATE DEFENDANTS

Pursuant to the Court's August 15, 2017 Order, Dkt. 2, and Rule 7.1 of the Federal Rules of Civil Procedure, Defendants Mylan N.V., Mylan Specialty L.P., and Mylan Pharmaceuticals Inc. certify that:

1. Defendant Mylan Specialty L.P. is a wholly-owned indirect subsidiary of Mylan Inc.

2. Defendant Mylan Pharmaceuticals Inc. is a wholly-owned subsidiary of Mylan Inc.

3. Defendant Mylan Inc. is a wholly-owned indirect subsidiary of Mylan N.V.

4. Defendant Mylan N.V. is a publicly-held company organized and existing under the laws of the Netherlands.

5. Defendant Mylan N.V. does not have a parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated:  August 25, 2017

Respectfully submitted,

/s/ Brian C. Fries
Brian C. Fries (15889)
James Moloney (23786)
LATHROP & GAGE LLP
2345 Grand Boulevard, Suite 2200
Kansas City, Missouri  64108-2618
Telephone: (816) 292-2000
Facsimile: (816) 292-2001
bfries@lathropgage.com
jmoloney@lathropgage.com


/s/ Mitchell E. Zamoff
Mitchell E. Zamoff
HOGAN LOVELLS US LLP
80 South Eighth Street, Suite 1225
Minneapolis, MN 55402
Telephone: (612) 402-3000
Facsimile: (612) 402-3001
mitch.zamoff@hoganlovells.com

Adam K. Levin
David M. Foster
Kathryn M. Ali
HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington, D.C. 20004
Telephone: (202) 637-6846
Facsimile: (202) 637-5910
adam.levin@hoganlovells.com
david.foster@hoganlovells.com
kathryn.ali@hoganlovells.com

/s/ Arnold B. Calmann
Arnold B. Calmann
SAIBER LLC
One Gateway Center, 10th Floor
Newark, New Jersey 07102-5311
Telephone: (937) 622-3333
Facsimile: (973) 286-2465
abc@saiber.com

*Counsel for the Mylan Defendants*

2