# APPENDIX:

# Decisions Scrutinizing or Condemning Exclusive Dealing Contracts

| Case | MTD Denied | Full Record or Trial | Unlawful |
|---|---|---|---|
| *McWane, Inc. v. FTC*, 783 F.3d 814, 842 (11th Cir. 2015), *cert. denied*, 136 S. Ct. 1452 (2016) | ✓ | ✓ | ✓ |
| *ZF Meritor, LLC v. Eaton Corp.*, 696 F.3d 254,268-289 (3d Cir. 2012), *cert. denied*, 133 S.Ct. 2025 (2013)<br><br>*ZF Meritor v. Eaton Corp.*, No. 06-CV-623, Dkt. No. 17 (D. Del. June 13, 2007) (order denying Defendant's motion to dismiss) | ✓ | ✓ | ✓ |
| *E.I. du Pont de Nemours & Co. v. Kolon Indus., Inc.*, 637 F.3d 435 (4th Cir. 2011) | ✓<br>(Dismissal reversed by 4th Circuit) | ✓ | Settled |
| *Masimo Corp. v. Tyco Health Care Grp., L.P.*, No. CV 02-4770 MRP, 2006 WL 1236666, at *15 (C.D. Cal. Mar. 22, 2006), *aff'd*, 350 F. App'x 95 (9th Cir. 2009) | N/A | ✓ | ✓ |
| *United States v. Dentsply Int'l, Inc.*, 399 F.3d 181, 197 (3d Cir. 2005), *cert. denied*, 126 S. Ct. 1023 (2006) | N/A | ✓ | ✓ |
| *United States v. Visa U.S.A., Inc.*, 344 F.3d 229 (2d Cir. 2003) | N/A | ✓ | ✓ |
| *LePage's Inc. v. 3M*, 324 F.3d 141, 159-60 (3d Cir. 2003) (*en banc*), *cert. denied*, 542 U.S. 953 (2004)<br><br>*LePage's Inc. v. 3M*, 1997 WL 734005, at *10 (E.D. Pa. Nov. 14, 1997) | ✓ | ✓ | ✓ |
| *United States v. Microsoft Corp.*, 253 F.3d 34, 71 (D.C. Cir. 2001) *(en banc) (per curiam)*<br><br>*United States v. Microsoft Corp.*, | ✓ | ✓ | ✓ |

| Case | MTD Denied | Full Record or Trial | Unlawful |
|---|---|---|---|
| No. CIV. 98-1232, 1998 WL 614485, at *22 (D.D.C. 1998)  (denying summary judgment on exclusive dealing claims) | | | |
| *UniStrip Techs., LLC v. LifeScan, Inc.*, 153 F. Supp. 3d 728, 744 (E.D. Pa. 2015) | ✓ | N/A | Settled |
| *Univ. Hosp. Servs, Inc. v. Hill-Rom Holdings, Inc.*, No. CIV.A. SA-15-CA-32, 2015 WL 6994438, at *4-13, *18 (W.D. Tex. Oct. 15, 2015) | ✓ | N/A (ongoing) | N/A (ongoing) |
| *Radio Music License Comm., Inc. v. SESAC, Inc.*, 29 F. Supp. 3d 487, 502–03 (E.D. Pa. 2014) | ✓ | N/A | Settled |
| *Meredith Corp. v. SESAC, LLC*, 1 F. Supp. 3d 180, 222–224 (S.D.N.Y. 2014)  *Meredith Corp. v. SESAC, LLC*, No. 09 CIV. 9177 NRB, 2011 WL 856266, at *1 (S.D.N.Y. Mar. 9, 2011) (order denying Defendant's motion to dismiss) | ✓ | ✓ | Settled |
| *In re Ductile Iron Pipe Fittings ("DIPF") Direct Purchaser Antitrust Litig.*, 2013 WL 812143, at *18–*19 (D.N.J. 2013) | ✓ | N/A | N/A (ongoing) |
| *Am. Airlines, Inc. v. Travelport Ltd.*, No. 4:11-CV-244-Y, 2011 WL 13047291, at *8 (N.D. Tex. Nov. 21, 2011), *order vacated in part on other grounds on reconsideration*, No. 4:11-CV-244-Y, 2012 WL 12507645 (N.D. Tex. Feb. 28, 2012) | ✓ | N/A | Settled |
| *In Re Hypodermic Prod. Antitrust Litig.*, 2007 WL 1959224, at *17 (D.N.J. June 29, 2007) | ✓ | ✓ | Settled |
| *Bradburn Parent/Teacher Store, Inc. v. 3M (Minnesota Mining & Mfg. Co.)*, 2000 WL 34003597, at *5 (E.D. Pa. July 25, 2003) | ✓ | ✓ | Settled |
| *Duramed Pharmaceuticals, Inc., vs. Wyeth-Ayerst Laboratories, Inc.*, 2001 U.S. Dist. LEXIS 26315, at *21–22 (S.D. Ohio Aug. 2, 2001) | ✓ | N/A | Settled |