**IN THE UNITED STATES DISTRICT**
**COURT  FOR THE DISTRICT OF KANSAS**

SANOFI-AVENTIS U.S. LLC,

                            Plaintiff,

        v.

MYLAN Inc.; and
MYLAN SPECIALTY, L.P.,

                          Defendants.

CASE CASE NO.: 2:17-MD-02785-DDC-TJJ

Hon. Daniel D. Crabtree

CASE NO.: 2:17-CV-02452-DDC-TJJ

ORAL ARGUMENT REQUESTED

*Document Filed Electronically*

**DECLARATION OF ERIC S. HOCHSTADT, ESQ. IN SUPPORT OF THE**
**PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

I, Eric S. Hochstadt, Esq., hereby declare as follows:

1.      I am a member of the law firm of Weil, Gotshal & Manges LLP,  counsel to Plaintiff Sanofi-Aventis U.S. LLC ("Sanofi"), and I am admitted  to practice before this MDL.

2.      I submit this Declaration in support of Plaintiff Sanofi-Aventis U.S. LLC's Memorandum Of Law In Opposition To Defendants' Motion To Dismiss.  I have personal knowledge of the facts stated in this Declaration,  and I am competent to testify to same.

3.      I submit this Declaration to authenticate and provide to the Court certain documents cited to and referenced in the Plaintiff's Opposition To Defendants' Motion to Dismiss.

4.      Attached as Exhibit A is a true and correct copy of the Memorandum of Law in Support of Plaintiff's Motion for a Status Quo Preliminary Injunction entered in Mylan Specialty L.P. v. Bowling, Case 15-C-584, on March 25, 2015, in the Circuit Court of Kanawha County, West Virginia.

I declare under penalty of perjury that the foregoing is true and correct.


Dated:        August 17, 2017                    /s/ Eric S. Hochstadt
                                                 Eric S. Hochstadt