# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: EpiPen (Epinephrine Injection, USP) Marketing, Sales Practices and Antitrust Litigation | CASE NO.: 2:17-MD-02785-DDC-TJJ<br><br>Hon. Daniel D. Crabtree<br>Hon. Teresa J. James |
| This Document Relates To :<br><br>SANOFI-AVENTIS U.S. LLC,<br><br>Plaintiff,<br><br>v.<br><br>MYLAN Inc., *et al.*,<br><br>Defendants. | CASE NO.: 2:17-CV-02452-DDC-TJJ |

## CERTIFICATE OF SERVICE

This is to certify that I caused a true and correct copy of **PLAINTIFF SANOFI-AVENTIS U.S. LLC'S RULE 26(a)(1)(A) DISCLOSURES** to be served upon the counsel listed below by email this 21st day of November 2017.

Arnold B. Calmann
Jeffrey Soos
SAIBER LLC
One Gateway Center, Suite 1000
Newark, New Jersey 07102-5311
(973) 622-3333 (telephone)
(973) 286-2465 (facsimile)
abc@saiber.com
js@saiber.com
*Attorneys for Defendants Mylan Inc.*
*and Mylan Specialty L.P.*


Dated:  November 21, 2017                           */s/ Eric S. Hochstadt*_____
New York, New York                                        Eric S. Hochstadt