# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: EpiPen (Epinephrine Injection, USP) Marketing, Sales Practices and Antitrust Litigation | CASE NO.: 2:17-MD-02785-DDC-TJJ<br><br>Hon. Daniel D. Crabtree<br><br>Hon. Teresa J. James |

## CERTIFICATE OF SERVICE

This is to certify that I caused a true and correct copy of All Plaintiffs' First Set of Coordinated Interrogatories to Defendants Mylan Inc. and Mylan Specialty, L.P. to be served upon the following as liaison counsel to all Defendants in this matter by email on November 21, 2017:

Brian C. Fries
James Moloney
LATHROP & GAGE LLP
2345 Grand Boulevard, Suite 2200
Kansas City, Missouri  64108-2618
bfries@lathropgage.com
jmoloney@lathropgage.com


New York, New York
Dated:  November 21, 2017

                                                               _/s/ Eric Hochstadt_____
                                                                Eric Hochstadt