# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **IN RE: EpiPen (Epinephrine Injection, USP) Marketing, Sales Practices and Antitrust Litigation**<br><br>**(This Document Applies to All Cases)** | **MDL No. 2785**<br>**Case No. 17-md-2785-DDC-TJJ** |

### STIPULATION FOR EXTENSION OF TIME TO JANUARY 4, 2018, FOR ALL PLAINTIFFS' DISCOVERY RESPONSES TO MYLAN

Pursuant to Fed. R. Civ. P. 29(b), the Class Plaintiffs, Sanofi Plaintiff, and Defendants Mylan N.V., Mylan Specialty, L.P., Mylan Pharmaceuticals Inc., and Heather Bresch (collectively, "Mylan") stipulate to an extension of the time within which all Plaintiffs will respond to Mylan's First Set of Interrogatories and Document Requests ("Mylan's Discovery Requests"). Specifically, all Plaintiffs and Mylan stipulate that the current December 21, 2017, deadline for all Plaintiffs to serve responses to Mylan's Discovery Requests shall be extended until January 4, 2018.

The stipulated extension complies with Fed. R. Civ. P. 29(b) and D. Kan. Local Rule 6.1(c) because it does not interfere with the time set for completion of discovery—October 31, 2018, as set forth in Scheduling Order No. 2 [Doc. 61]—for hearing a motion, or for trial.

1

2

Agreed this 20th day of December, 2017.

                                          Respectfully submitted,

                                          /s/ Rex A. Sharp
                                          Rex A. Sharp KS#12350
                                          Ryan C. Hudson KS#22986
                                          Rex A. Sharp, P.A.
                                          5301 W. 75th Street
                                          Prairie Village, KS  66208
                                          (913) 901-0505
                                          (913) 901-0419 fax
                                          rsharp@midwest-law.com
                                          rhudson@midwest-law.com

                                          /s/ Brian C. Fries
                                          Brian C. Fries (15889)
                                          James Moloney (23786)
                                          LATHROP & GAGE LLP
                                          2345 Grand Boulevard, Suite 2200
                                          Kansas City, Missouri 64108-2618
                                          Telephone: (816) 292-2000
                                          Facsimile: (816) 292-2001
                                          bfries@lathropgage.com
                                          jmoloney@lathropgage.com

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that a true and accurate copy of the foregoing document was filed with the Court's e-Filing system and thereby served upon all attorneys of record on December 20, 2017.

                             */s/ Rex A. Sharp*