IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: EpiPen (Epinephrine Injection, USP) Marketing, Sales Practices and Antitrust Litigation<br><br>(This Document Applies to Consumer Class Cases) | CASE NO.: 2:17-MD-02785-DDC-TJJ<br><br>Hon. Daniel D. Crabtree<br><br>Hon. Teresa J. James |

**PFIZER DEFENDANTS' OPPOSITION TO CLASS PLAINTIFFS' MOTION TO COMPEL DISCOVERY RESPONSES FROM PFIZER**

Defendants Pfizer Inc., King Pharmaceuticals LLC, and Meridian Medical Technologies, Inc. (collectively, "Pfizer"), hereby oppose Class Plaintiffs' Motion to Compel (ECF No. 277) (the "Motion") as it relates to Pfizer. With regard to Pfizer, Class Plaintiffs' Motion amounts to a single sentence stating that Plaintiffs purport to "move to compel Pfizer's response to Class Plaintiffs' First Requests for Production, Interrogatories and Requests for Admission" solely in order to "preserve their rights." Motion at 10.

Pfizer recognizes that the Court Order dated February 20, 2018 set a February 23, 2018 deadline for filing motions to compel as to "all discovery that has been responded to." ECF No. 226. Nonetheless, Pfizer believes that any motion to compel against Pfizer is premature and improper pursuant to Local Rule 37.2. At the time of the Motion, Class Plaintiffs had not yet contacted Pfizer to raise any concerns regarding Pfizer's Responses and Objections to the Requests for Production ("RFPs") or Requests for Admission ("RFAs"). Only later that evening, after the Motion was filed, did Pfizer receive letters from Plaintiffs raising for the first time purported "deficiencies" and asking to meet and confer to discuss Pfizer's responses. Thus, the Motion is premature as to Plaintiffs' RFPs and RFAs because

1

no "reasonable effort to confer with opposing counsel" had been made at the time the Motion was filed. Local Rule 37.2.

The Motion is likewise premature with regard to Pfizer's Responses and Objections to Plaintiffs' First Interrogatories. Class Plaintiffs sent Pfizer a letter on February 6, 2018 raising purported "deficiencies" with Pfizer's Interrogatory Responses and Objections. Pfizer and Class Plaintiffs then held a productive meet and confer session on February 21, 2018 at which both Parties agreed to certain compromises and revisions. Among other things, Pfizer agreed to supplement its responses and objections and Plaintiffs agreed to provide Pfizer with a revised, clarified version of one of its interrogatories. The meet and confer process, therefore, was still very much under way and no disputes were yet ripe for presentation to the Court when Plaintiffs filed the Motion on February 23, 2018.

Throughout discovery negotiations between Pfizer and Class Plaintiffs, the Parties have been able to reach agreement without involvement from the Court on issues such as search terms and ESI sources. Pfizer is confident that the Parties can do the same here with respect to the RFAs, RFPs, and Interrogatories. Thus Pfizer opposes Class Plaintiffs' Motion as premature and unnecessary at this time but reserves the right to respond to any supplemental filing Plaintiffs may make to the extent the Parties are unable to resolve any discovery disputes after meeting and conferring.

Dated: March 2, 2018                           SHOOK, HARDY & BACON L.L.P.

                                                    By:   /s/ *Joseph Rebein*
                                                          Joseph Rebein, #25912
                                                          Angel D. Mitchell, #20110
                                                          Ashley Harrison, D. Kan. #78667
                                                          2555 Grand Boulevard
                                                          Kansas City, MO 64108-2613
                                                          Telephone:   (816) 474-6550
                                                          Facsimile:    (816) 421-5547
                                                          jrebein@shb.com
                                                          amitchell@shb.com
                                                          aharrison@shb.com

                                                          AND

                                                          Dimitrios T. Drivas*
                                                          Robert A. Milne*
                                                          Brendan G. Woodard*
                                                          Raj S. Gandesha*
                                                          Sheryn George*
                                                          Edward Thrasher*
                                                          WHITE & CASE LLP
                                                          1221 Avenue of the Americas
                                                          New York, NY 10020
                                                          Telephone: (212) 819-8200
                                                          Fax: (212) 354-8113
                                                          ddrivas@whitecase.com
                                                          rmilne@whitecase.com
                                                          bwoodard@whitecase.com
                                                          rgandesha@whitecase.com
                                                          sgeorge@whitecase.com
                                                          ethrasher@whitecase.com

                                                          **Admitted Pro Hac Vice*

                                                          *COUNSEL FOR DEFENDANTS*
                                                          *Pfizer Inc., King Pharmaceuticals LLC,*
                                                          *and Meridian Medical Technologies, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2018, a true and correct copy of the foregoing was filed via the Court's CM/ECF system, which will serve electronic notice of same upon all attorneys of record.

By:   /s/ Joseph Rebein

COUNSEL FOR DEFENDANTS
*Pfizer Inc., King Pharmaceuticals LLC, and Meridian Medical Technologies, Inc.*