UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| In re EPIPEN (EPINEPHRINE INJECTION, USP) MARKETING, SALES PRACTICES AND ANTITRUST LITIGATION<br><br>This Document Relates To:<br>ALL CASES. | Civil Action No. 2:17-md-02785-DDC-TJJ (MDL No: 2785)<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF NAMED PLAINTIFF EILEEN MONTET** |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
OF NAMED PLAINTIFF EILEEN MONTET**

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Plaintiff Eileen Montet ("Plaintiff Montet") is hereby voluntarily dismissed *without prejudice* as a named plaintiff in the above-captioned action. No class has been certified and no answer or motion for summary judgment has been filed by the Defendants in this case. Plaintiff Montet is, therefore, entitled to be dismissed as a named plaintiff in this action without prejudice.

Dated:  May 14, 2018

REX A. SHARP, P.A.
REX A. SHARP
RYAN C. HUDSON
5301 West 75th Street
Prairie Village, KS 66208
Telephone: 913/901-0505

KELLER ROHRBACK L.L.P.
LYNN LINCOLN SARKO
DEREK W. LOESER
GRETCHEN FREEMAN CAPPIO
GRETCHEN S. OBRIST
1201 Third Avenue, Suite 3200
Seattle, WA  98101
Telephone:  206/623-1900

Respectfully submitted,

THE MILLER LAW FIRM, P.C.

/s/ Sharon S. Almonrode
SHARON S. ALMONRODE
950 W. University Dr., Ste. 300
Rochester, MI 48306
Telephone:  248/841-2200
Plaintiffs' Steering Committee

ROBBINS GELLER RUDMAN & DOWD LLP
PAUL J. GELLER
STUART A. DAVIDSON
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: 561/750-3000

BURNS CHAREST LLP
WARREN T. BURNS
SPENCER COX
900 Jackson Street, Suite 500
Dallas, TX  75201
Telephone:  469/904-4550


Co-Lead Counsel and Liaison Counsel for Class Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on May 14, 2018, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to parties and attorneys who are filing users.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on May 14, 2018.

                                        s/ Sharon S. Almonrode
                                        SHARON S. ALMONRODE
                                        THE MILLER LAW FIRM, P.C.
                                        950 W. University Dr., Ste. 300
                                        Rochester, MI 48306
                                        Telephone:  248/841-2200
                                        Plaintiffs' Steering Committee