**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

---

IN RE: EPIPEN (EPINEPHRINE INJECTION, USP) MARKETING, SALES PRACTICES AND ANTITRUST LITIGATION

*This Document Relates to All Cases.*

Case No. 2:17-MD-02785-DDC-TJJ
(MDL No. 2785)

---

## AMENDED NOTICE OF 30(B)(1) DEPOSITION OF ROBERT EATON

Please take notice that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, the Defendant Mylan Inc. and Defendant/Counterclaim-Plaintiff Mylan Specialty L.P. will take the deposition by oral examination of Robert Eaton at the following date, time, and place before a court reporter and videographer.

Date & Time:         August 23, 2018, at 9:00 a.m.

Place:               Weil, Gotshal & Manges LLP
                     767 Fifth Avenue
                     New York, NY 10153

Method of Recording: Stenograph and Videotape

The deposition is for all purposes permitted under the Federal Rules of Civil Procedure and the Federal Rules of Evidence and will be taken before a notary public or other office fully authorized by law to administer oaths.

Date:  July 5, 2018

Respectfully submitted,

*/s/  Kathryn S. Zecca*
Philip A. Sechler
Kathryn S. Zecca
Lee Turner Friedman
Jessica Arden Ettinger
ROBBINS, RUSSELL, ENGLERT, ORSECK,
UNTEREINER & SAUBER LLP
1801 K Street NW, Suite 411-L  Washington,
District of Columbia 20006
Telephone: (202) 775-4500
Fax: (202) 775-4510
psechler@robbinsrussell.com
kzecca@robbinsrussell.com
lfriedman@robbinsrussell.com
jettinger@robbinsrussell.com

*Counsel for Mylan Inc. and*
*Mylan Specialty L.P.*

## CERTIFICATE OF SERVICE

Defendant Mylan Inc. and Defendant/Counterclaim-Plaintiff Mylan Specialty L.P., by and through undersigned counsel, hereby certify that a true and correct copy of their Amended Notice of 30(b)(1) Deposition of Robert Eaton was served upon the following counsel in this matter, by email, on July 5, 2018.

Ryan C. Hudson
Rex A. Sharp
REX A. SHARP, PA
5301 W. 75th Street
Prairie Village, Kansas 66208
rhudson@midwest-law.com
rsharp@midwest-law.com

*Liaison Counsel for Plaintiffs*

Raj Gandesha
WHITE & CASE LLP
1221 Avenue of the Americas
New York, New York 10020
rgandesha@whitecase.com

Joseph M. Rebein
SHOOK, HARDY & BACON LLP
2555 Grand Boulevard
Kansas City, Missouri 64108
jrebein@shb.com

*Counsel for Pfizer, Inc., Meridian Medical
Technologies, Inc., and King Pharmaceuticals, Inc.*

Brian C. Fries
James Moloney
LATHROP & GAGE LLP
2345 Grand Boulevard, Suite 2200
Kansas City, Missouri 64108
bfries@lathropgage.com
jmoloney@lathropgage.com

*Counsel for the Mylan Defendants*

Eric S. Hochstadt
Yehudah L. Buchweitz
WEIL GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
eric.hochstadt@weil.com
yehudah.buchweitz@weil.com

*Counsel for Sanofi-Aventis U.S., LLC*

Dated: July 5, 2018

/s/ *Kathryn S. Zecca*

ROBBINS, RUSSELL, ENGLERT, ORSECK,
UNTEREINER & SAUBER LLP
1801 K Street NW, Suite 411-L Washington,
District of Columbia 20006
Telephone: (202) 775-4508
Fax: (202) 775-4510
kzecca@robbinsrussell.com

*Counsel for Mylan Inc. and Mylan
Specialty L.P.*