# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

| | |
|---|---|
| In Re: EpiPen (Epinephrine Injection, USP) Marketing, Sales Practices, and Antitrust Litigation<br><br>(This Document Applies to All Cases) | Case No. 2:17-md-02785-DDC-TJJ<br><br>MDL No. 2785 |

## EXHIBIT INDEX

| | |
|---|---|
| Exhibit A | Declaration of Jaime Stilson |
| Exhibit 1 | Notice of Subpoena and Deposition Pursuant to Fed. R. Civ. P. 30(b)(6) to Prime Therapeutics LLC |
| Exhibit 2 | Email dated August 17, 2018 from Class Plaintiffs' counsel, M. Abdallah, along with attachments |
| Exhibit 3 | Email dated September 11, 2018 from Class Plaintiffs' counsel, D. Allard, along with attachment |
| Exhibit 4 | Letter dated October 9, 2018 from Class Plaintiffs' counsel, D. Allard |
| Exhibit 5 | Letter dated October 10, 2018 from Prime's counsel, J. Stilson |