# KELLER ROHRBACK L.L.P.

LAURIE B. ASHTON AZ, CO**
JERALD BIEN-WILLNER AZ, CA
IAN S. BIRK WA
KENNETH A. BLOCH WA
KAREN E. BOXX WA**
GRETCHEN FREEMAN CAPPIO WA
ALISON CHASE AZ, CA
T. DAVID COPLEY AZ, NY, WA
ROB J. CRICHTON NY, WA
MAUREEN M. FALECKI WA
JULI FARRIS CA, WA
RAYMOND J. FARROW WA
ERIC J. FIERRO AZ
WILLIAM L. FLEMING WA
ALISON S. GAFFNEY WA
GLEN P. GARRISON ID, WA
LAURA R. GERBER WA
MATTHEW M. GEREND WA

MAX GOINS WA
GARY A. GOTTO AZ, MT
BENJAMIN GOULD CA, WA
CHRISTOPHER GRAVER AZ
MARK A. GRIFFIN AZ, WA
IRENE M. HECHT WA
GARRETT HEILMAN IL, WA
SCOTT C. HENDERSON WA
DEAN N. KAWAMOTO CA, DC, WA
ERIKA M. KEECH WA
RON KILGARD AZ, DC, NY
KATHRYN M. KNUDSEN WA
DAVID J. KO WA
TANYA KORKHOV NY
ERIC R. LALIBERTE WA
BENJAMIN J. LANTZ WA
LUKE M. LARIVIERE WA
CARI CAMPEN LAUFENBERG WA

ELIZABETH A. LELAND WA
JEFFREY LEWIS CA
TANA LIN DC, IL, MI, WA
DEREK W. LOESER NY, WA
HOLLY E. LYNCH WA
RYAN MCDEVITT WA
DANIEL MENSHER OR, WA
IAN J. MENSHER WA
RACHEL MOROWITZ DC, WA
GRETCHEN S. OBRIST WA
ROBERT S. OVER WA
DUDLEY B. PANCHOT WA**
DAVID S. PREMINGER NY
MATTHEW J. PREUSCH CA, OR
CHANELE REYES WA
ERIN M. RILEY WA, WI
STEVEN N. ROSS WA**
ISAAC RUIZ WA

DAVID J. RUSSELL WA
MARK D. SAMSON AZ, DC
LYNN LINCOLN SARKO DC, WA, WI
WILLIAM C. SMART WA
CHRISTOPHER L. SPRINGER CA
THOMAS A. STERKEN WA
PAUL A. TONELLA WA
BETH M. STROSKY WA
KARIN B. SWOPE WA
HAVILA C. UNREIN CA, MT, WA**
GABE E. VERDUGO WA
AMY WILLIAMS-DERRY MA, WA
MICHAEL WOERNER WA
BENSON D. WONG WA
EDWIN G. WOODWARD WA**

** OF COUNSEL

October 29, 2018

**VIA CM/ECF**

Hon. Teresa J. James
Magistrate Judge
United States District Court
500 State Avenue, Suite 628
Kansas City, KS 66101
ksd_james_chambers@ksd.uscourts.gov

      Re:    *In re EpiPen (Epinephrine Injection, USP) Marketing, Sales Practices and Antitrust Litigation*, Case No. 17-md-2785-DDC-TJJ

Dear Magistrate Judge James:

      Pursuant to D. Kan. Rule 7.1(f), Plaintiffs submit supplemental authority pertinent to the issue of whether the presence of counsel representing Minnesota ERISA plaintiffs at Kansas MDL action deposition prejudices OptumRx. *See* Class Plaintiffs' Response to Non-Party OptumRx, Inc's Motion to Quash, Dkt. No. 1207 at 2-4 ("Response").

      On October 26, 2018—one day after Class Plaintiffs filed their Response, the Honorable Paul A. Magnuson issued an order largely denying the motions to dismiss filed by OptumRx Inc., several of its affiliates, and the other PBMs who are third parties here, upholding ERISA claims in *In re: EpiPen ERISA Litig.*, No. 17-1884(PAM/HB) (D. Minn.)(Attachment A). Judge Magnuson held that the ERISA plaintiffs adequately alleged that (a) their injuries are fairly traceable to the PBMs' "demands for rebates and other payments" from Mylan; (b) an injunction would redress their injuries; (c) the PBMs are *de facto* fiduciaries because of their discretion over their own compensation and plan administration with respect to obtaining EpiPen payments from Mylan; and (d) the PBMs breached their fiduciary duties under ERISA. At a minimum, the very same discovery from the PBMs in the instant case also will be relevant in the ERISA case. Thus, Optum's argument seeking to "wall off" the ERISA lawyers prosecuting the Minnesota action from the instant case is not only baseless for the reasons set forth in Class Plaintiffs' opposition to Optum's motion to quash, it is also now moot.

Hon. Teresa J. James  **KELLER ROHRBACK L.L.P.**
October 29, 2018
Page 2

     To be clear, Class Plaintiffs are not suggesting that their obligations under the Protective Order in this case have somehow changed due to the Minnesota order—they have abided by the Protective Order and will continue to do so. However, Optum's concern and related motion—which impermissibly seeks to restrict Class Counsel's practice of law and overreaches in claiming that the *mere presence* at depositions in this case of Class Counsel who happen to be litigating against the PBMs in Minnesota would *itself* violate the Protective Order, Dkt. No. 1138 at 2—has also been mooted on a practical level by the commencement of discovery in Minnesota.

                           Sincerely,

                           */s/ Lynn Lincoln Sarko*

                           Lynn Lincoln Sarko
                           Managing Partner

Enclosure
LLS:kpb

cc:    All Counsel of Record via Electronic Filing
       Brian Boone (via email)