## CLERK'S MINUTE SHEET – TELEPHONE CONFERENCE

## CASE NO. 17-md-2785-DDC-TJJ

**CAPTION:**

17-md-2785-DDC-TJJ  In re: Epipen (Epinephrine Injection, USP) Marketing, Sales Practices and Antitrust Litigation

**APPEARANCES:**

Warren T. Burns and Amanda Klevorn for Class Plaintiffs
David M. Foster, Brian C. Fries, and Lee Turner Friedman for Mylan Defendants
Edward Thrasher and Joseph M. Rebein for Pfizer Defendants

**Judge:** Teresa J. James          **Court Reporter:** Kelli Stewart

**Date:** 11/1/2018                 **Location:** Kansas City

**Length of Hearing:   30 minutes**

(  ) Motion Hearing        ( X ) Status Conference        (  ) Settlement Conference

(  ) Other:

## PROCEEDINGS

The Court conducted a telephone conference to address Class Plaintiffs' and Mylan's compliance with the order dated October 24, 2018 (ECF No. 1179) regarding Mylan's privilege log. Mylan confirmed that it timely produced the 24 documents described in the order. However, as David Foster described in an October 30, 2018 letter sent to Judge James on behalf of the parties, Class Plaintiffs and Mylan reached a compromise to resolve the remaining disputed documents in lieu of following the remainder of the Court's order.

After discussing the matter with counsel, the Court informed counsel she does not accept the parties' open-ended proposal to involve a special master. The Court will, however, accept the parties' proposal insofar as it requires Mylan to (1) re-review the remaining disputed documents on its privilege log in light of the Court's order and produce a revised log by November 5, 2018; and (2) produce any documents removed from its privilege log as a result of this re-review by November 7, 2018. In addition, the Court ordered the parties to report the following to her, no later than November 9, 2018: (1) the number of documents remaining in dispute; (2) whether the parties still desire to use a special master to review each remaining disputed document; and (3) if so, whether they have agreed on a special master and obtained a

firm date by which that person could rule.  The Court will then determine how the process will proceed to final resolution.

   Mylan's counsel suggested the number of documents on its privilege log could be greatly reduced and the process hastened if Class Plaintiffs would agree to entry of an order pursuant to Fed. R. Evid. 502(d).  Class Plaintiffs' counsel committed to providing an answer on the issue today.  The parties will advise the Court if they are able to agree on a proposed order.