## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

IN RE: EpiPen (Epinephrine
        Injection, USP) Marketing,
        Sales Practices and Antitrust
        Litigation

**(This Document Applies to All Cases)**

MDL No:  2785

Case No. 17-md-2785-DDC-TJJ

## PROTECTIVE ORDER SUBJECT TO FEDERAL
## RULE OF EVIDENCE 502(d) FOR NON-WAIVER OF PRIVILEGE

This matter is before the Court in connection with the Court's October 24, 2018 Order (ECF No. 1179) concerning the Court's *in camera* review of certain documents from the Mylan Defendants' ("Mylan") privilege log and the Court's November 2, 2018 Order (ECF No. 1253) concerning the Court's *in camera* review of certain documents from Sanofi's privilege log.  During a telephone conference on November 1, 2018, Mylan's counsel suggested that the number of disputed documents on Mylan's privilege log could be greatly reduced and the process hastened if Class Plaintiffs would agree to entry of an Order pursuant to Fed. R. Evid. 502(d).  *See* ECF No. 1252 at 2.  The Court has been advised that Class Plaintiffs have agreed to the entry of such an Order.

The Court also has been advised that Sanofi's counsel similarly believes that an Order pursuant to Fed. R. Evid. 502(d) could greatly reduce the number of disputed entries on Sanofi's privilege log and hasten the process of resolving continuing disputes concerning those entries.  All parties have expressed their consent to the entry of an order under Fed. R. Evid. 502(d) with respect

to both Mylan's and Sanofi's disputed privilege log entries.  After considering the matter, the Court finds that such an order should be entered.

IT IS THEREFORE ORDERED that no attorney-client privilege or work product protection applicable to any written or electronic documents or communications that are produced from among the remaining disputed entries on Mylan's or Sanofi's privilege logs shall be waived in this MDL action.  Moreover, any such disclosure also shall not operate as a waiver in any other federal or state proceeding or investigation.  This Order shall be interpreted to provide the maximum protection allowed by Fed. R. Evid. 502(d).

IT IS SO ORDERED.

Dated this 7th day of November, 2018 at Kansas City, Kansas.

Teresa J. James
U. S. Magistrate Judge