# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: EpiPen (Epinephrine Injection, USP) Marketing, Sales Practices and Antitrust Litigation<br><br>**(This Document Applies to Consumer Class Cases)** | MDL No: 2785<br><br>Case No. 17-md-2785-DDC-TJJ |

## SCHEDULING ORDER NO. 5

With this Scheduling Order No. 5, the court grants the parties' Joint Motion to Amend Scheduling Order to Extend Class Certification Deadlines (Doc. 1259) and amends the class certification deadlines previously established by Scheduling Order No. 2 (Doc. 61). Consistent with the parties' request, the court establishes the following amended schedule for class certification deadlines.

| Event | Deadline |
|---|---|
| Class certification motion filed with all supporting evidence, including expert disclosures (report required) | December 7, 2018 |
| Defendants' response to Plaintiffs' motion for class certification with all documentary and affidavits supporting evidence, including expert disclosures (report required) | March 18, 2019 |
| Plaintiffs' reply brief in support of motion for class certification due, including rebuttal expert disclosures, if any | April 22, 2019 |

In light of these amendments, the court also vacates the April 24, 2019, hearing on the class certification motion that Scheduling Order No. 2 previously established. Doc. 61 at 2. And the court grants the parties' request to extend their time for reporting to the court their proposed format and length of the hearing. The court orders the parties to provide this information—as well as a proposed date for the rescheduled hearing on the class certification motion—**by December 17, 2018**. After receiving the parties' submission, the court will issue another order setting the date for the hearing on the class certification motion.

**IT IS THEREFORE ORDERED BY THE COURT** that the Joint Motion to Amend Scheduling Order to Extend Class Certification Deadlines (Doc. 1259) is granted.

**IT IS SO ORDERED.**

**Dated this 9th day of November, 2018, at Kansas City, Kansas.**

**s/ Daniel D. Crabtree**
**Daniel D. Crabtree**
**United States District Judge**

**s/ Teresa J. James**
**Teresa J. James**
**U.S. Magistrate Judge**