**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

IN RE: EPIPEN (EPINEPHRINE INJECTION, USP) MARKETING, SALES PRACTICES AND ANTITRUST LITIGATION

*(This Document Applies to Consumer Class Cases)*

Case No. 2:17-md-02785-DDC-TJJ

MDL No. 2785

**STIPULATION CONCERNING NON-COORDINATED**
**RULE 30(B)(6) DEPOSITIONS OF MYLAN AND PFIZER**

Class Plaintiffs, Defendants Mylan N.V., Mylan Specialty, L.P., and Mylan Pharmaceuticals, Inc. (collectively, "Mylan"), and Defendants Pfizer Inc., King Pharmaceuticals LLC, and Meridian Medical Technologies, Inc. (collectively, "Pfizer" and with Mylan and Class Plaintiffs, the "Parties") hereby stipulate and agree, through their respective counsel of record, to the following with respect to Rule 30(b)(6) depositions of Mylan and Pfizer on non-coordinated topics:

WHEREAS, following several weeks of meeting and conferring between Class Plaintiffs and Mylan regarding the scope and subject of non-coordinated testimony of Mylan pursuant to Fed. R. Civ. P. 30(b)(6), Class Plaintiffs served Mylan with a Notice of Deposition of Defendants Mylan N.V., Mylan Specialty, L.P., and Mylan Pharmaceuticals, Inc. pursuant to Federal Rule of Civil Procedure 30(b)(6) dated October 12, 2018 (the "Mylan 30(b)(6) Notice"), ECF No. 1123, scheduling the deposition of Mylan for November 8, 2018;

WHEREAS, since mid-September 2018, Class Plaintiffs have met and conferred with Pfizer regarding the scope and subject of testimony of Pfizer pursuant to Fed. R. Civ. P. 30(b)(6) and Class Plaintiffs are prepared to serve a formal Notice of Deposition Pursuant to Rule 30(b)(6) on Pfizer;

WHEREAS, Class Plaintiffs are due to file their Motion for Class Certification on or before December 7, 2018, *see* ECF No. 1263; and

WHEREAS, Class Plaintiffs have agreed to postpone their depositions of Mylan and Pfizer taken pursuant to Rule 30(b)(6) until after the deadline for their Motion for Class Certification, *subject to* certain conditions as memorialized herein.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the Parties, that:

1. The non-coordinated depositions of Mylan and of Pfizer pursuant to Fed. R. Civ. P. 30(b)(6) shall be postponed by agreement of the Parties until after December 7, 2018.

2. Mylan and Pfizer shall work in good faith with Class Plaintiffs to schedule all Rule 30(b)(6) depositions of Mylan and Pfizer to take place within a reasonable period of time after December 7, 2018, and the parties shall make a good faith effort to complete such depositions no later than one week prior to the deadline for Defendants to respond to Plaintiffs' motion for class certification.

3. Discovery taken after Class Plaintiffs' Motion for Class Certification is filed, including testimony of Mylan and Pfizer taken pursuant to Rule 30(b)(6), may be used in Class Plaintiffs' Reply memorandum in further support of their Motion for Class Certification. Defendants reserve all rights to seek permission to file a sur-reply as appropriate.

4. Nothing in this Stipulation and Order shall be interpreted to prevent Mylan or Pfizer from using deposition testimony or any other discovery obtained after December 7, 2018 in Defendants' Opposition to Class Plaintiffs' Motion for Class Certification.

5. Nothing in this Stipulation and Order shall in any way constitute a stay of discovery, including depositions pursuant to Fed. R. Civ. P. 30(b)(6), nor prohibit any party from taking discovery in the normal course.

DATED: November 13, 2018

ROBBINS GELLER RUDMAN
& DOWD LLP
PAUL J. GELLER
STUART A. DAVIDSON

/s/ Stuart A. Davidson
Stuart A. Davidson

120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)
pgeller@rgrdlaw.com
sdavidson@rgrdlaw.com

ROBBINS GELLER RUDMAN
& DOWD LLP
BRIAN O. O'MARA
ARTHUR L. SHINGLER III
LEA MALANI BAYS
655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Telephone: 619/231-1058
619/231-7423 (fax)

KELLER ROHRBACK L.L.P.
LYNN LINCOLN SARKO
DEREK W. LOESER
GRETCHEN FREEMAN CAPPIO
GRETCHEN S. OBRIST
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Telephone: 206/623-1900
206/623-3384 (fax)

BURNS CHAREST LLP
WARREN T. BURNS
SPENCER COX
900 Jackson Street, Suite 500
Dallas, TX 75201
Telephone: 469/904-4550
469/444-5002 (fax)

REX A. SHARP, P.A.
REX A. SHARP
RYAN C. HUDSON
5301 West 75th Street
Prairie Village, KS 66208
Telephone: 913/901-0505
913/901-0419 (fax)

Co-Lead Counsel and Liaison Counsel for Class Plaintiffs

DATED: November 13, 2018

LATHROP GAGE LLP
BRIAN C. FRIES, #15889
JAMES MOLONEY, #23786

/s/ Brian C. Fries
Brian C. Fries

2345 Grand Boulevard, Suite 2200
Kansas City, Missouri 64108-2618
Telephone: 816/292-2000
816/292-2001 (fax)
bfries@lathropgage.com
jmoloney@lathropgage.com

HOGAN LOVELLS US LLP
ADAM K. LEVIN
DAVID M. FOSTER
CAROLYN A. DELONE
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
Telephone: 202/637-5600
202/637-5910 (fax)
adam.levin@hoganlovells.com
david.foster@hoganlovells.com
carrie.delone@hoganlovells.com

Counsel for the Mylan Defendants

DATED: November 13, 2018

WHITE & CASE LLP
RAJ S. GANDESHA
EDWARD THRASHER

/s/ Raj S. Gandesha
Raj Gandesha

1221 Avenue of the Americas
New York, NY 10020-1095
Telephone: 212/819-8200
212/354-8113 (fax)
rgandesha@whitecase.com
edward.thrasher@whitecase.com

SHOOK, HARDY & BACON L.L.P.
JOSEPH REBEIN, #25912
2555 Grand Boulevard
Kansas City, MO 64108-2613
Telephone: 816/474-6550
816/421-5547 (fax)
jrebein@shb.com

Counsel for the Pfizer Defendants