UNITED STATES DISTRICT COURT

DISTRICT OF KANSAS

| | | |
|---|---|---|
| In re EPIPEN (EPINEPHRINE INJECTION, USP) MARKETING, SALES PRACTICES AND ANTITRUST LITIGATION | ) ) ) ) | Civil Action No. 2:17-md-02785-DDC-TJJ (MDL No: 2785) CERTIFICATE OF SERVICE |
| This Document Relates To: CONSUMER CLASS CASES. | ) ) ) ) ) | |

- 1 -

This is to certify that a true and correct copy of CLASS PLAINTIFFS' RULE 26 EXPERT DISCLOSURES, was served upon the following as liaison counsel to all Defendants and Plaintiffs in this matter by email on the 7th day of December, 2018:

| | |
|---|---|
| Philip A. Sechler<br>ROBBINS, RUSSELL, ENGLERT,<br>   ORSECK, UNTEREINER & SAUBER LLP<br>2000 K Street NW, 4th Floor<br>Washington, DC 20006<br>psechler@robbinsrussell.com | Rex A. Sharp<br>Ryan C. Hudson<br>REX A. SHARP, P.A.<br>5301 West 75th Street<br>Prairie Village, KS  66208<br>rsharp@midwest-law.com<br>rhudson@midwest-law.com |

s/  STUART A. DAVIDSON

STUART A. DAVIDSON
Robbins Geller Rudman & Dowd LLP
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)

Email:  sdavidson@rgrdlaw.com

- 1 -