UNITED STATES DISTRICT COURT

DISTRICT OF KANSAS

| | |
|---|---|
| In re EPIPEN (EPINEPHRINE INJECTION, USP) MARKETING, SALES PRACTICES AND ANTITRUST LITIGATION | Civil Action No. 2:17-md-02785-DDC-TJJ (MDL No: 2785) |
| This Document Relates To: | CLASS PLAINTIFFS' MOTION FOR CLASS CERTIFICATION |
| CONSUMER CLASS CASES. | **ORAL ARGUMENT REQUESTED** |

1510556_1

Class Plaintiffs Local 282 Welfare Trust Fund, Rosetta Serrano, Lesley Huston, Kenneth Evans, Christopher Rippy, Nikitia Marshall, Elizabeth Huelsman, Stacee Svites, Raymond Buchta III, Lee Seltzer, Linda Wagner, Vishal Aggarwal, Joy Shepard, Lorraine Wight, Teia Amell, Todd Beaulieu, Anastasia Johnston, Annette Sutorik, Heather DeStefano, Elizabeth Williamson, Shannon Clements, Mark Kovarik, Laura Chapin, Michael Gill, Suzanne Harwood, Donna Wemple, Sonya North, Jennifer Walton, April Sumner, Meredith Krimmel, Landon Ipson, Kenneth Steinhauser, Donna Anne Dvorak, Angie Nordstrum, and Carly Bowersock, Individually and on Behalf of All Others Similarly Situated, (collectively "Class Plaintiffs"), hereby move the Court for an order granting class certification in this matter.

1. Subject to the exclusions set forth below in Paragraph 8, Class Plaintiffs move this Court for an order certifying the plaintiff classes identified below (collectively, the "Classes").

2. Class Plaintiffs also move this Court for an order appointing the above-named Plaintiffs as class representatives, and appointing as Class Counsel the attorneys previously appointed by the Court in its Order Appointing Counsel as Class Counsel, ECF No. 40 (with the respectful exception of Eric Hochstradt, Counsel for Sanofi).

3. Pursuant to Fed. R. Civ. P. 23(b)(3), Class Plaintiffs move for certification of the following Nationwide RICO Damages Class:

> All persons and entities in the United States who paid or provided reimbursement for some or all of the purchase price of Branded or AB-rated generic EpiPens for the purpose of consumption, and not resale, by themselves, their family member(s), insureds, plan participants, employees, or beneficiaries, at any time from August 24, 2011, until the effects of Defendants' unlawful conduct cease.

4. Pursuant to Fed. R. Civ. P. 23(b)(3), Class Plaintiffs move for certification of the following State Antitrust Damages Class:

- 1 -

- 2 -

> All persons and entities in the Antitrust States[1] who paid or provided reimbursement for some or all of the purchase price of Branded EpiPens at any time from January 28, 2013, until the effects of Defendants' unlawful conduct cease, for the purpose of consumption, and not resale, by themselves, their family member(s), insureds, plan participants, employees, or beneficiaries.

5. Pursuant to Fed. R. Civ. P. 23(b)(3), Class Plaintiffs move for certification of the following Consumer Protection Damages Class:

> All persons and entities in the Consumer Protection States[2] who paid or provided reimbursement for some or all of the purchase price of Branded EpiPens at any time from August 24, 2011, until the effects of Defendants' unlawful conduct cease, for the purpose of consumption, and not resale, by themselves, their family member(s), insureds, plan participants, employees, or beneficiaries.

6. Pursuant to Fed. R. Civ. P. 23(b)(3), Class Plaintiffs move for certification of the following Unjust Enrichment Class:

> All persons and entities in the Unjust Enrichment States[3] who paid or provided reimbursement for some or all of the purchase price of Branded or AB-rated generic EpiPens for the purpose of consumption, and not resale, by themselves, their family member(s), insureds, plan participants, employees, or beneficiaries, at any time from August 24, 2011, until the effects of Defendants' unlawful conduct cease.

7. Pursuant to Fed. R. Civ. P. 23(b)(2), Class Plaintiffs move for certification of the following Nationwide Injunctive Relief Class:

> All persons and entities in the United States who paid or provided reimbursement for some or all of the purchase price of Branded or AB-rated generic EpiPens for the purpose of consumption, and not resale, by themselves, their family member(s), insureds, plan participants, employees, or beneficiaries, at any time from August 24, 2011, until the effects of Defendants' unlawful conduct cease.

---

[1] The "Antitrust States" are: Alabama; Arizona; California; District of Columbia; Florida; Hawaii; Illinois; Iowa; Kansas; Maine; Michigan; Minnesota; Mississippi; Nebraska; Nevada; New Hampshire; New Mexico; New York; North Carolina; North Dakota; Oregon; Rhode Island; South Dakota; Tennessee; Utah; Vermont; West Virginia; and Wisconsin.

[2] The "Consumer Protection States" are: Alaska; California; Connecticut; District of Columbia; Florida; Hawaii; Illinois; Maine; Maryland; Massachusetts; Missouri; Nebraska; Nevada; New Hampshire; New Mexico; North Carolina; Oklahoma; Rhode Island; Vermont; Washington; and West Virginia.

[3] As discussed below, all 50 states are "Unjust Enrichment States." If one of the other remedies eventually provides a remedy at law, Arizona, Delaware, Louisiana, and North Dakota will be excluded from this class at that time.

1510556_1

- 3 -

8. The following groups are excluded from all Classes:

(a) Defendants and their officers, directors, management, employees, subsidiaries, and affiliates;

(b) Government entities, other than government-funded employee benefit plans;

(c) Fully insured health plans (*i.e.*, plans that purchased insurance that covered 100% of the plan's reimbursement obligations to all of its members);

(d) "Single flat co-pay" consumers who purchased EpiPens or generic EpiPens only via a fixed dollar co-payment that is the same for all covered devices, whether branded or generic (*e.g.*, $20 for all branded and generic devices);

(e) Consumers who purchased or received EpiPens or AB-rated generic equivalents through a Medicaid program only;

(f) All persons or entities who purchased branded or generic EpiPens directly from Defendants; and

(g) The Judges in this case and members of their immediate families.

9. As set forth in the accompanying Memorandum of Law in Support of Class Plaintiffs' Motion for Class Certification, Class Plaintiffs have satisfied the requirements of Fed. R. Civ. P. 23(a), (b)(2), and (b)(3).

WHEREFORE Class Plaintiffs respectfully request that the Court enter an Order certifying the above Classes, appointing Class Plaintiffs as representatives thereof, and appointing as Class Counsel the attorneys previously appointed by the Court in its Order Appointing Counsel as Class Counsel, ECF No. 40 (with the respectful exception of Eric Hochstradt, Counsel for Sanofi).

DATED:  December 7, 2018  Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
PAUL J. GELLER
STUART A. DAVIDSON

          s/ Stuart A. Davidson
       STUART A. DAVIDSON

120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
BRIAN O. O'MARA
ARTHUR L. SHINGLER III
LEA MALANI BAYS
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)
bomara@rgrdlaw.com
ashingler@rgrdlaw.com
lbays@rggrdlaw.com

KELLER ROHRBACK L.L.P.
LYNN LINCOLN SARKO
DEREK W. LOESER
GRETCHEN FREEMAN CAPPIO
GRETCHEN S. OBRIST
1201 Third Avenue, Suite 3200
Seattle, WA  98101
Telephone:  206/623-1900
206/623-3384 (fax)

BURNS CHAREST LLP
WARREN T. BURNS
SPENCER COX
900 Jackson Street, Suite 500
Dallas, TX 75201
Telephone: 469/904-4550
469/444-5002 (fax)

REX A. SHARP, P.A.
REX A. SHARP
RYAN C. HUDSON
5301 West 75th Street
Prairie Village, KS 66208
Telephone: 913/901-0505
913/901-0419 (fax)

Co-Lead Counsel and Liaison Counsel for Class Plaintiffs

PRITZKER LEVINE LLP
ELIZABETH C. PRITZKER
180 Grand Avenue, Suite 1390
Oakland, CA 94612
Telephone: 415/692-0772
415/366-6110 (fax)

THE MILLER LAW FIRM
SHARON ALMONRODE
950 West University Drive, Suite 300
Rochester, MI 48307
Telephone: 248/841-2200
248/652-2852 (fax)

THE LANIER LAW FIRM
W. MARK LANIER
REGAN E. BRADFORD
CRISTINA DELISE
6810 FM 1960 West
Houston, TX 77069
Telephone: 713/659-5200

- 5 -

1510556_1

- 6 -

BOIES, SCHILLER & FLEXNER LLP
DAMIEN J. MARSHALL
DUANE L. LOFT
575 Lexington Avenue, 7th Floor
New York, NY  10022
Telephone:  212/446-2300
212/446-2350 (fax)

LEVI & KORSINSKY LLP
ROSEMARY M. RIVAS
30 Broad Street, 24th Floor
New York, NY  10004
Telephone:  212/363-7500
212/363-7171 (fax)

JOSEPH SAVERI LAW FIRM, INC
STEVEN N. WILLIAMS
JIAMIE CHEN
601 California Street, Suite 1000
San Francisco, CA 94108
Telephone: 415/500-6800
415/395-9940 (fax)

Plaintiffs' Steering Committee

CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2018, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to parties and attorneys who are filing users.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

        s/ Stuart A. Davidson
        STUART A. DAVIDSON

        ROBBINS GELLER RUDMAN
            & DOWD LLP
        120 East Palmetto Park Road, Suite 500
        Boca Raton, FL  33432
        Telephone:  561/750-3000
        561/750-3364 (fax)

        E-mail:  sdavidson@rgrdlaw.com