IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: EpiPen (Epinephrine Injection, USP) Marketing, Sales Practices and Antitrust Litigation | MDL No: 2785 |
| This Document Relates to the *Sanofi Case.* | CASE NO. 2:17-md-2785-DDC-TJJ |

## REPORT OF SPECIAL MASTER

On December 17, 2018, U.S. Magistrate Judge Teresa J. James appointed me as Special Master in this dispute pursuant to Fed. R. Civ. P. 53 and the inherent authority of the Court. Under the Order of Appointment, I was charged with resolving a single discovery dispute, namely, review of 2,086 disputed documents on Sanofi's privilege log.

In pertinent part, the Order of Appointment states: "**By January 9, 2019**, the Special Master shall submit to the Magistrate Judge her report recommending whether each of the disputed documents is entitled to protection under the attorney-client privilege and/or work product doctrine." (Emphasis in original). I was directed to confer with counsel for Sanofi and Mylan to establish a process for carrying out my duties, and I did so immediately upon my appointment.

Attached hereto as Exhibit A are my conclusions as to the documents I reviewed. After telephone consultation with counsel, in light of the time I had to review the documents, the parties agreed I need only determine as to each document whether Sanofi's claim of privilege was proper. If so, I set forth on Attachment A next to the document number the letter "P"; if not, I set forth next to the document number the letters "NP". For ease of reference for the Court and the parties, the documents I concluded are not privileged include the following:

6, 15, 16, 17, 18, 22, 24, 29, 30, 31, 37, 45, 52, 60, 79, 81, 92, 93, 94, 95, 96, 97, 98, 101, 102, 103, 104, 105, 106, 107, 108, 115, 116, 117, 120, 123, 124, 125, 126, 127, 128, 130, 131, 132, 133, 134, 135, 137, 138, 139, 140, 141, 142, 144, 145, 146, 147, 148, 149, 153, 154, 155, 156, 157, 158, 161, 162, 166, 167, 169, 170, 171, 172, 173, 182, 183, 184, 185, 188, 189, 190, 191, 192, 195, 196, 197, 198, 201, 203, 209, 210, 211, 213, 214, 215, 216, 217, 218, 219, 220, 221, 224, 225, 226, 227, 228, 229, 230, 231, 232, 237, 238, 263, 270, 271, 272, 273, 274, 275, 276, 277, 278, 279, 281, 282, 286, 319, 320, 323, 352, 353, 354, 355, 356, 357, 365, 366, 370, 373, 406, 407, 410, 411, 442, 443, 444, 445, 446, 465, 483, 484, 485, 486, 497, 505, 506, 533, 556, 565, 566, 567, 568, 569, 571, 584, 589, 590, 593, 596, 609, 616, 634, 676, 677, 678, 679, 696, 697, 698, 699, 723, 730, 731, 732, 733, 734, 736, 751, 752, 753, 755, 756, 757, 762, 763, 764, 765, 766, 771, 772, 773, 774, 775, 776, 777, 778, 779, 780, 805, 806, 807, 868, 870, 871, 954, 955, 963, 972, 973, 1041, 1042, 1043, 1044, 1076, 1077,

1108, 1113, 1116, 1123, 1124, 1126, 1127, 1132, 1133, 1134, 1135, 1185, 1186, 1187, 1188, 1221, 1222, 1229, 1230, 1231, 1232, 1233, 1329, 1412, 1413, 1467, 1468, 1469, 1479, 1482, 1485, 1488, 1502, 1515, 1517, 1518, 1526, 1528, 1529, 1536, 1538, 1539, 1547, 1548, 1549, 1556, 1558, 1559, 1567, 1569, 1570, 1590, 1591, 1607, 1609, 1610, 1618, 1620, 1621, 1623, 1625, 1626, 1634, 1636, 1642, 1644, 1645, 1652, 1654, 1658, 1659, 1661, 1662, 1663, 1664, 1665, 1667,1668, 1669, 1671, 1672, 1673, 1674, 1675, 1676, 1677, 1679, 1680, 1681, 1682, 1683, 1684, 1687, 1688, 1689, 1690, 1691, 1692, 1693, 1694, 1695, 1696, 1697, 1698, 1699, 1700, 1701, 1703, 1704, 1706, 1707, 1709, 1710, 1711, 1712, 1713, 1714, 1715, 1751, 1752, 1764, 1765, 1772, 1803, 1805, 1806, 1807, 1809, 1812, 1818, 1820, 1821, 1822, 1825, 1833, 1835, 1836, 1837, 1840, 1844, 1846, 1847, 1848, 1851, 1866, 1875, 1880, 1919, 1937, 1939, 1940, 1941, 1950, 1952, 1953, 1954, 1959, 1961, 1962, 1967, 1969, 1970, 1971, 1977, 1991, 1992, 1993, 1994, 1995, 1996, 1998, 1999, 2017, 2018, 2019, 2021, 2038, 2039, 2040, 2041, 2055, 2056, 2057, 2058, 2059, 2060, 2061

I add two points to my conclusions. First, some of the allegedly privileged documents are in French. Although my knowledge of French is rudimentary, I was generally able to translate those documents. In those few instances when I could not translate a document, I marked the document with an asterisk on Exhibit A and noted that if the document is *identical* to another specified document written in English, my ruling conforms to my ruling as to that document.

Second, I compliment counsel for their assistance with my work and, in particular, their rapid modification of the Privilege Log so that I might work efficiently with it. Their efforts made my task considerably easier.

Dated this 8th day of January, 2019.

_/Hon. Margaret R. Hinkle (Ret.)_
Hon. Margaret R. Hinkle (Ret.)