UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| In re EPIPEN (EPINEPHRINE INJECTION, USP) MARKETING, SALES PRACTICES AND ANTITRUST LITIGATION<br><br>*This Document Relates to CLASS CASES.* | Case No. 2:17-MD-2785-DDC-JJ<br>(MDL No. 2785) |

## JOINT REPORT ON CONFIDENTIALITY DESIGNATIONS

On December 18, 2018, the Court denied Class Plaintiffs' Unopposed Motion to File Under Seal and stated that Class Plaintiffs "may renew their Motion seeking leave to file under seal, but only if they provide an explicit explanation showing why a sealed filing of the <u>entire</u> Memorandum is appropriate and why each of the 92 exhibits is entitled to sealed protection." Dkt. 1372 at 4 (emphasis in original).

Class Plaintiffs do not intend to seal the entire memorandum. Only those portions that reflect information deemed Confidential or Highly Confidential by the Court will be redacted. The exhibits at issue in Class Plaintiffs' motion for class certification were designated as Confidential or Highly Confidential by the Mylan and Pfizer Defendants (collectively, "Defendants"), a limited number of third parties in response to document subpoenas, and Sanofi. Accordingly, Class Plaintiffs and Defendants have conferred in good faith about the best approach to resolve the matters identified by the Court. Class Plaintiffs and Defendants submit this joint report to provide an outline of the process by which they intend to address the issues that have been raised. Class Plaintiffs and Defendants propose as follows:

1. The parties will review any materials included in Class Plaintiffs' submission that each may have designated as Confidential or Highly Confidential to determine which documents may be de-designated and filed publicly.

2. Class Plaintiffs have already or will contact Sanofi and the third parties whose documents or testimony are cited in the memorandum in support of Class Plaintiffs' class certification motion to determine whether Sanofi or any such third-party documents or testimony may be de-designated.

3. Following the review of their relevant materials, if Defendants, Sanofi or a third-party believe their documents should remain under seal pursuant to the standard stated in the Court's Order, that producing party will provide Class Plaintiffs with a description of the basis for the designation within ten business (10) days of the filing of this Report.

4. Within two (2) business days of their receipt of the materials referenced in the preceding paragraph, Class Plaintiffs will renew their Motion seeking leave to file under seal the relevant portions, and will include the bases for the confidentiality designations as an attachment to the Motion.   If Class Plaintiffs disagree with the asserted basis for the confidentiality designation of a document, Class Plaintiffs will include a simple statement noting their disagreement without further argument.  Class Plaintiffs and Defendants acknowledge that the party or third party asserting confidentiality has the burden of establishing that the designation is proper.

5. Within ten (10) business days of an order of the Court either granting the Motion or modifying the confidentiality designations, Class Plaintiffs will file a redacted version of the Memorandum in Support of Motion for Class Certification and revised declaration, attaching exhibits in support thereof, that reflect the Court's findings.

Should the Court have any questions about this proposal, Class Plaintiffs and Defendants are available to conduct a telephone conference with the Court to discuss this process and any alternative preferences that the Court may have. In the interim, Class Plaintiffs and Defendants will move forward with this process as expeditiously as possible.

Dated:  January 11, 2019

Respectfully submitted,

s/ Rex A. Sharp
Rex A. Sharp
REX A. SHARP, P.A.
5301 West 75th Street
Prairie Village, KS 66208
Telephone:	(913) 901-0505
Facsimile:	(913) 901-0419
rsharp@midwest-law.com

*Counsel for Class Plaintiffs*


s/ Brian C. Fries
Brian C. Fries (15889)
LATHROP GAGE LLP
2345 Grand Blvd., Suite 2200
Kansas City, MO 64108-2618
Telephone:	(816) 292-2000
Facsimile:	(806) 292-2001
bfries@lathropgage.com

*Counsel for Mylan Defendants*


s/ Joseph Rebein
Joseph Rebein, #25912
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, MO 64108-2613
Telephone:	(816) 474-6550
Facsimile:	(816) 421-5547
jrebein@shb.com

*Counsel for Pfizer Defendants*