IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: EpiPen (Epinephrine Injection, USP) Marketing, Sales Practices and Antitrust Litigation | CASE NO.: 2:17-MD-02785-DDC-TJJ |
| | Hon. Daniel D. Crabtree |
| This document applies to the *Sanofi* case | Hon. Teresa J. James |

**CERTIFICATE OF SERVICE**

This is to certify that I caused a true and correct copy of the Expert Report of Dr. Fiona M. Scott Morton and the Expert Report of Dr. Mary Ann Michelis to be served upon the following counsel to Mylan in this matter by email on February 4, 2019:

Philip A. Sechler
Kathryn Zecca
Ralph Mayrell
Jessica Ettinger
Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP
2000 K Street NW, 4th Floor
Washington, DC 20006
psechler@robbinsrussell.com
kzecca@robbinsrussell.com
rmayrell@robbinsrussell.com
jettinger@robbinsrussell.com

*Attorneys for Defendants Mylan Inc.
and Mylan Specialty L.P.*

New York, New York
Dated: February 4, 2019

                                                                                     */s/ Eric Hochstadt*
                                                                                     Eric Hochstadt