# INDEX OF EXHIBITS

| Exhibit | Description |
|---|---|
| 001 | Expert Report of Professor Einer Elhauge in Support of Class Certification, Redacted; |
| 003 | Expert Report of Dr. Meredith Rosenthal in Support of Class Certification, Redacted; |
| 004 | Expert Report of Dr. Andrew W. Torrance J.D., Ph.D. in Support of Class Certification, Redacted; |
| 005 | Mylan Press Release, MYEP00464392-94; |
| 006 | Mylan Specialty L.P. Meeting Materials, MYEP00489252-347; |
| 007 | Mylan EpiPen Materials, MYEP00457663-725; |
| 008 | Mylan, Inc. SEC Filing, MYEP00054699-805; |
| 009 | Filed Under Seal; |
| 010 | Filed Under Seal; |
| 011 | Filed Under Seal; |
| 012 | Relevant excerpts from the deposition transcript of Joy Shepard, taken July 24, 2018; |
| 013 | Relevant excerpts from the deposition transcript of Barbara Minton, taken October 30, 2018, Redacted; |
| 014 | Filed Under Seal; |
| 015 | Filed Under Seal; |
| 016 | Filed Under Seal; |
| 017 | Filed Under Seal; |
| 018 | Filed Under Seal; |
| 019 | Filed Under Seal; |
| 020 | Relevant excerpts from the deposition transcript of Nicole Willing, taken May 31, 2018, Redacted; |
| 021 | Filed Under Seal; |
| 022 | Mylan Email Communication, MYEP00614521-22; |
| 023 | Mylan Email Communication, MYEP00305854-56, Redacted; |
| 024 | Filed Under Seal; |
| 025 | Relevant excerpts from the deposition transcript of Roger Graham, taken August 29, 2018, Redacted; |
| 026 | Relevant excerpts from the deposition transcript of Ron Graybill, taken September 21, 2018, Redacted; |
| 027 | Filed Under Seal; |
| 028 | Mylan Business Communication, MYEP00118415; |
| 029 | Filed Under Seal; |

| | |
|---|---|
| 030 | Filed Under Seal; |
| 031 | Filed Under Seal; |
| 032 | Filed Under Seal; |
| 034 | FDA Communication, Teva_Epi_000092-94; |
| 035 | Filed Under Seal; |
| 036 | Filed Under Seal; |
| 037 | Filed Under Seal; |
| 038 | Mylan Email Communication, MYEP01316426; |
| 039 | Filed Under Seal; |
| 040 | Filed Under Seal; |
| 041 | Mylan Email Communication, MYEP00069046-99; |
| 042 | Filed Under Seal; |
| 043 | Mylan Email Communication, MYEP00744340; |
| 044 | Filed Under Seal; |
| 045 | Filed Under Seal; |
| 046 | Mylan Email Communication, MYEP00892874-75; |
| 047 | Filed Under Seal; |
| 048 | Filed Under Seal; |
| 049 | Mylan Email Communication, MYEP00083385-87; |
| 050 | Filed Under Seal; |
| 051 | Mylan Email Communication, MYEP00081870; |
| 052 | Mylan Email Communication, CIGNA_01532; |
| 053 | Filed Under Seal; |
| 054 | Mylan/Pfizer Committee Form, MYEP00877436-45 [Native ], Redacted; |
| 055 | Filed Under Seal; |
| 056 | Filed Under Seal; |
| 057 | Filed Under Seal; |
| 058 | EpiPen4Schools Contract, BIO-KS00108271-74; |
| 059 | Filed Under Seal; |
| 060 | Filed Under Seal; |
| 061 | EpiPen4Schools Materials, MYEP00205518-19; |
| 062 | Mylan Email Communication, MYEP00183905-07; |
| 063 | Filed Under Seal; |
| 064 | Relevant excerpts from the deposition transcript of Sylvain Rocheleau, taken September 26, 2018, Redacted; |
| 065 | Relevant excerpts from the deposition transcript of Thomas Handel, taken October 17, 2018, Redacted; |
| 066 | Mylan Press Release, MYEP01064857-59; |

| | |
|---|---|
| 067 | Filed Under Seal; |
| 068 | Filed Under Seal; |
| 069 | Mylan Email Communication, MYEP00723310; |
| 070 | Filed Under Seal; |
| 071 | Mylan Email Communication, MYEP00597744, Redacted; |
| 072 | Filed Under Seal; |
| 073 | Filed Under Seal; |
| 074 | Filed Under Seal; |
| 075 | Filed Under Seal; |
| 076 | Filed Under Seal; |
| 077 | Filed Under Seal; |
| 078 | EpiPen Study Material, MYEP01194672; |
| 079 | Filed Under Seal; |
| 081 | Filed Under Seal; |
| 082 | Relevant excerpts from the deposition transcript of Heather Bresch, taken October 9, 2018, Redacted; |
| 083 | Filed Under Seal; |
| 084 | Filed Under Seal; |
| 085 | Filed Under Seal; |
| 086 | Mylan Email Communication, MYEP00878257-58; |
| 087 | Mylan Email Communication, MYEP00878251-56; |
| 088 | Filed Under Seal; |
| 089 | Mylan Email Communication, MYEP00304665-68; |
| 090 | Filed Under Seal; |
| 091 | Relevant excerpts from the deposition transcript of Bruce Foster, taken June 14, 2018, Redacted; |
| 092 | Filed Under Seal; |
| 094 | Mylan Marketing Materials, MYEP00750872-73; |
| 095 | Mylan Email Communication, MYEP00874675-83; and |
| 096 | Mylan Email Communication, MYEP0075484-85 |