# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: EPIPEN (EPINEPHRINE INJECTION, USP) MARKETING, SALES PRACTICES AND ANTITRUST LITIGATION<br><br>This document applies to the *Sanofi* case. | Case No. 2:17-md-02785-DDC-TJJ<br><br>MDL No. 2785 |

## CERTIFICATE OF SERVICE OF MYLAN'S RULE 26(A)(2) EXPERT DISCLOSURES FOR DR. ROBERT D. WILLIG, DR. JANUSZ A. ORDOVER, DR. ROBERT P. NAVARRO, MR. GARY ZIEZIULA, DR. MICHAEL S. BLAISS, AND DR. KAREN M. BECKER

This is to certify that I caused a true and correct copy of Defendant Mylan Inc. and Defendant/Counterclaim-Plaintiff Mylan Specialty L.P.'s (collectively "Mylan") Rule 26(a)(2) Expert Disclosures for Dr. Robert D. Willig, Dr. Janusz A. Ordover, Dr. Robert P. Navarro, Mr. Gary Zieziula, Dr. Michael S. Blaiss, and Dr. Karen M. Becker to be served upon the following counsel in this matter, by email, on March 25, 2019:

Yehudah L. Buchweitz
Eric S. Hochstadt
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
diane.sullivan@weil.com
yehudah.buchweitz@weil.com
eric.hochstadt@weil.com

*Counsel for Plaintiff/Counterclaim-Defendant Sanofi-Aventis U.S., LLC*

2

Dated: March 25, 2019

s/ *Philip A. Sechler*
Philip A. Sechler
ROBBINS, RUSSELL, ENGLERT,
ORSECK, UNTEREINER & SAUBER LLP
1801 K Street NW, Suite 411-L
Washington, District of Columbia 20006
Telephone: (202) 775-4492
Fax: (202) 775-4510
psechler@robbinsrussell.com

*Counsel for Defendant Mylan Inc. and Defendant/Counterclaim-Plaintiff Mylan Specialty L.P.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 25, 2019, I directed the foregoing Certificate of Service of to be filed with the Clerk of Court for the United States District Court, District of Kansas by using the Court's CM/ECF system, which will serve electronic notification of this filing to all counsel of record.

                                         /s/ *Philip A. Sechler*
                                         Philip A. Sechler