# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE:  EpiPen (Epinephrine Injection, USP) Marketing, Sales Practices and Antitrust Litigation<br><br>**(This Document Applies to Consumer Class Cases)** | MDL No:  2785<br><br>Case No. 17-md-2785-DDC-TJJ |

## SCHEDULING ORDER NO. 7

With this Scheduling Order No. 7, the court grants the parties' Joint Motion to Amend Scheduling Order to Extend Merits-Related Deadlines (Doc. 1481) and amends the merits expert disclosure and dispositive motions' deadlines previously established by Scheduling Order No. 2 (Doc. 61).  The court emphasizes, however, that this Scheduling Order No. 7 makes adjustments to the schedule besides those requested by the parties' Joint Motion.  This Order also adjusts the briefing deadlines proposed by the parties to permit adequate time between completing expert discovery and submitting dispositive motions.  The court makes these additional adjustments in its discretion, believing they serve the purposes recognized by Rule 1 of the Federal Rules of Civil Procedure and will avoid additional amendment to the Scheduling Order.  The additions to the parties' Joint Motion are shown in bold font, below.

| Event | Deadline |
|---|---|
| Merits experts disclosed by plaintiffs (report required) | August 16, 2019 |
| Merits experts disclosed by defendants (report required) | October 1, 2019 |

| | |
|---|---|
| Merits rebuttal experts disclosed (report required) | October 31, 2019 |
| Dispositive motion and *Daubert* motion deadline in class case | **December 10, 2019** |
| Dispositive motion and *Daubert* motion response deadline | **January 17, 2020** |
| Dispositive motion and *Daubert* motion reply deadline | **February 7, 2020** |

In light of these amendments, the court also modifies the following events and/or deadlines previously set forth in Scheduling Order No. 2 (Doc. 61).

| Event | Deadline |
|---|---|
| **Completion of merits, *non-expert* discovery** | **July 31, 2019** |
| **Telephone status conference** | **Early August** |
| **Completion of all expert discovery** | **November 15, 2019** |
| **Submission of proposed pretrial order** | **November 22, 2019** |
| **Final pretrial conference** | **December 5, 2019** |
| **Trial** | **November 2, 2020** |

**IT IS THEREFORE ORDERED BY THE COURT** that the Joint Motion to Amend Scheduling Order to Extend Merits-Related Deadlines (Doc. 1481) is granted.

**IT IS SO ORDERED.**

Dated this 27th day of March, 2019, at Kansas City, Kansas.

                                        **s/ Daniel D. Crabtree**
                                        **Daniel D. Crabtree**
                                        **United States District Judge**

3

**s/ Teresa J. James**
**Teresa J. James**
**United States Magistrate Judge**