# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: EpiPen (Epinephrine Injection, USP) Marketing, Sales Practices and Antitrust Litigation | CASE NO.: 2:17-MD-02785-DDC-TJJ  Hon. Daniel D. Crabtree |
| This document applies to the *Sanofi* case | Hon. Teresa J. James |

## CERTIFICATE OF SERVICE

This is to certify that I caused a true and correct copy of the Expert Rebuttal Report of Steven N. Wiggins, the Expert Rebuttal Report of Eduardo Schur, and the Expert Report of Dr. Mary Ann Michelis Responding to Gary Zieziula's Expert Report in response to Mylan's Counterclaims to be served upon the following counsel to Mylan in this matter by email on March 25, 2019:

Philip A. Sechler
Kathryn Zecca
Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP
2000 K Street NW, 4th Floor
Washington, DC 20006
psechler@robbinsrussell.com
kzecca@robbinsrussell.com

*Attorneys for Defendants Mylan Inc.*
*and Mylan Specialty L.P.*

New York, New York
Dated: March 27, 2019

                                              */s/ Eric Hochstadt*
                                              Eric Hochstadt