# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: EpiPen (Epinephrine Injection, USP) Marketing, Sales Practices and Antitrust Litigation | CASE NO.: 2:17-MD-02785-DDC-TJJ |
| | Hon. Daniel D. Crabtree |
| This document applies to the *Sanofi* case | Hon. Teresa J. James |

## CERTIFICATE OF SERVICE

This is to certify that I caused a true and correct copy of the Expert Reply Report of Dr. Fiona M. Scott Morton, the Expert Report of Dr. Mary Ann Michelis: Rebuttal Report, the Second Expert Rebuttal Report of Eduardo Schur, and the Rebuttal Expert Report of J. Lawrence Stevens to be served upon the following counsel to Mylan in this matter by email on April 18, 2019:

Philip A. Sechler
Kathryn Zecca
Ralph Mayrell
Jessica Ettinger
Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP
2000 K Street NW, 4th Floor
Washington, DC 20006
psechler@robbinsrussell.com
kzecca@robbinsrussell.com
rmayrell@robbinsrussell.com
jettinger@robbinsrussell.com

*Attorneys for Defendants Mylan Inc.*
*and Mylan Specialty L.P.*


New York, New York
Dated:  April 19, 2019

                                                       _/s/ Eric Hochstadt_____
                                                       Eric Hochstadt