IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: EPIPEN (EPINEPHRINE INJECTION, USP) MARKETING, SALES PRACTICES AND ANTITRUST LITIGATION<br><br>*This Document Relates to Class Cases* | Case No. 2:17-MD-02785-DDC-TJJ<br>(MDL No. 2785) |

**EXHIBIT LIST TO DEFENDANTS' MOTION TO
EXCLUDE THE EXPERT OPINIONS OF PROFESSOR EINER ELHAUGE**

**Exhibit A** – Deposition Transcript Excerpts of Expert Prof. Einer Elhauge, Under Seal

**Exhibit B** – Deposition Transcript Excerpts of Humana, Inc., 30(b)(6) Witness Bethanie Stein, Under Seal

**Exhibit C** – E-mail from R. Hudson dated May 14, 2019

**Exhibit D** – MYEP00180922, Under Seal

**Exhibit E** – February 15, 2019 Letter from Counsel for Mylan Defendants, Under Seal

**Exhibit F** – February 22, 2019 Letter from Counsel for Plaintiffs, Under Seal

**Exhibit G** – March 5, 2019 Letter from Counsel for Mylan Defendants

**Exhibit H** – Deposition Transcript Excerpts of Sanofi 30(b)(1) Witness Sandy Loreaux, Under Seal

**Exhibit I** – Deposition Transcript Excerpts of Sanofi 30(b)(1) Witness Patrick Barry, Under Seal

**Exhibit J** – Deposition Transcript Excerpts of MedImpact 30(b)(6) Witness James Ayers, Under Seal

**Exhibit K** – Declaration of Dr. John H. Johnson, IV in Support of Defendants' Motion to Exclude the Expert Opinions of Prof. Einer Elhauge, Under Seal