# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: EPIPEN (EPINEPHRINE INJECTION, USP) MARKETING, SALES PRACTICES AND ANTITRUST LITIGATION<br><br>*This Document Relates to Class Cases* | Case No. 2:17-MD-02785-DDC-TJJ<br>(MDL No. 2785) |

## THE MYLAN AND PFIZER DEFENDANTS' EXPERT WITNESS LIST FOR PHASE I OF CLASS CERTIFICATION HEARING

Defendants will call Dr. John H. Johnson, IV during Phase I of the class certification hearing. Dr. Johnson's anticipated testimony will relate to the opinions and matters set forth in his Expert Report dated March 18, 2019, his deposition testimony in this case, and any declarations Dr. Johnson has submitted in this case. Dr. Johnson's testimony will include without limitation responses to the initial and reply reports submitted by Class Plaintiffs' experts Einer Elhauge and Meredith Rosenthal, the deposition testimony of Professors Elhauge and Rosenthal, fact and expert discovery materials related to Dr. Johnson's opinions, and any statements or testimony presented on behalf of Class Plaintiffs during Phase I of the class certification hearing.

Dated: May 29, 2019

Respectfully submitted,

/s/ Brian C. Fries
Brian C. Fries (15889)
James Moloney (23786)
LATHROP GAGE LLP
2345 Grand Boulevard, Suite 2200
Kansas City, Missouri 64108-2618
Telephone: (816) 292-2000
Fax: (816) 292-2001
bfries@lathropgage.com
jmoloney@lathropgage.com

Adam K. Levin
David M. Foster
Benjamin F. Holt
Justin W. Bernick
Carolyn A. DeLone
Kathryn M. Ali
Katherine Wellington
HOGAN LOVELLS US LLP
555 13th Street, NW
Washington, DC 20004
Telephone: (202) 637-5600
Fax: (202) 637-5910
adam.levin@hoganlovells.com
david.foster@hoganlovells.com
benjamin.holt@hoganlovells.com
justin.bernick@hoganlovells.com
carolyn.delone@hoganlovells.com
kathryn.ali@hoganlovells.com
katherine.wellington@hoganlovells.com

*Counsel for the Mylan Defendants*

/s/ Joseph Rebein

Joseph Rebein  (25912)
Ashley Harrison, D. Kan (78667)
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, MO 64108-2613
Telephone:  (816) 474-6550
Fax:  (816) 421-5547
jrebein@shb.com
aharrison@shb.com

Dimitrios T. Drivas
Robert A. Milne
Raj S. Gandesha
Edward Thrasher
Kathryn Swisher
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 819-8200
Fax: (212) 354-8113
ddrivas@whitecase.com

rmilne@whitecase.com
rgandesha@whitecase.com
ethrasher@whitecase.com
kswisher@whitecase.com

*Counsel for Defendants Pfizer Inc., King Pharmaceuticals LLC, and Meridian Medical Technologies, Inc.*