**CLERK'S COURTROOM MINUTE SHEET – CIVIL**

IN RE:  EPIPEN (EPINEPHRINE INJECTION, USP)
MARKETING, SALES PRACTICES AND ANTITRUST LITIGATION,

Case No. 17-2785-DDC-TJJ

| JUDGE: | Daniel D. Crabtree | DATE: | 6/11/2019 |
|---|---|---|---|
| | | | 6/12/2019 |
| CLERK: | Megan Garrett | TAPE/REPORTER: | Kim Greiner |

# CLASS CERTIFICATION HEARING - EVIDENTIARY

### June 11, 2019 (Phase I)

Attorneys for Plaintiffs:  Warren T. Burns, Spencer Cox, Duane L. Loft
Attorneys for Mylan Defendants:  Adam K. Levin, Justin Bernick, Brian C. Fries, Katherine Booth Wellington
Attorneys for Pfizer Defendants:  Raj Gandesha, Joseph M. Rebein

The following motion is before the court:

>   Doc. 1353 – Class Plaintiffs' Motion for Class Certification.

The parties present their expert witnesses.

### June 12, 2019 (Phase II)

Attorneys for Plaintiffs:  Warren T. Burns, Rex A. Sharp, Lynn Lincoln Sarko
Attorneys for Mylan Defendants:  Adam K. Levin
Attorneys for Pfizer Defendants:  Raj Gandesha

The court hears argument from counsel on the motion.

The parties will submit exhibits and presentations from the hearing to be made part of the record.

**The court takes the motion under advisement and will enter an order.**

**The court orders the plaintiffs to submit waivers or notices that certain plaintiffs are not waiving as to their lexicon remand rights by July 15, 2019.**