## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: EpiPen (Epinephrine Injection, USP) Marketing, Sales Practices and Antitrust Litigation | CASE NO. 2:17-MD-02785-DDC-TJJ (MDL No. 2785) |
| SANOFI-AVENTIS U.S., LLC,<br><br>                    Plaintiff,<br>          v.<br>MYLAN INC., et al.,<br><br>                    Defendants.<br><br>*This Document Relates to the* Sanofi *case.* | CASE NO. 2:17-CV-02452-DDC-TJJ<br><br>*Document Filed Electronically* |

### SANOFI AND MYLAN'S JOINT MOTION TO ADOPT SEALING PROTOCOL FOR MOTIONS FOR SUMMARY JUDGMENT AND *DAUBERT* MOTIONS

Pursuant to the Court's Scheduling Order No. 6 in the *Sanofi* case (ECF No. 1298), Plaintiff/Counterclaim-Defendant Sanofi-Aventis U.S. LLC ("Sanofi") and Defendant Mylan Inc. and Defendant/Counterclaim-Plaintiff Mylan Specialty L.P. (collectively, "Mylan") are scheduled to file motions for summary judgment and *Daubert* motions by June 28, 2019, responses to those motions by August 9, 2019, and replies in support of those motions by August 30, 2019.  As was the case with briefing on class certification and *Daubert* motions in the Class case, the parties expect to submit as exhibits and to cite in briefs a significant amount of information that the parties and third-parties have designated as Confidential or Highly Confidential pursuant to the Third Amended Protective Order (ECF No. 556).

The parties recognize that the Court expects the parties to justify the decision to seal specific documents and briefs, as explained in its orders on motions to seal in the Class case.  *E.g.*,

ECF Nos. 1372, 1477, 1608, 1633.  In an effort to facilitate compliance with those orders and respect the parties' and third-parties' need to protect confidential business information, the parties propose the following protocol for sealing the upcoming summary judgment and *Daubert* motion briefing and exhibits.  This protocol is similar to the protocol used in connection with the Class certification briefing, which the Court approved.  ECF No. 1406 (approving protocol in ECF No. 1400); ECF No. 1608, at 16 (approving protocol in ECF No. 1503).  The parties propose the following:

1.      With respect to memoranda in support of motions for summary judgment and *Daubert* motions, all oppositions to and replies in support of those motions, and all exhibits to those briefs, including expert reports attached as exhibits, the party filing the brief and/or exhibits (the "Filing Party") may either (1) preliminarily file under seal portions of such briefs or exhibits pursuant to existing confidentiality designations, and publicly file in conjunction therewith undesignated or redacted briefs and/or exhibits as appropriate, including for the avoidance of doubt specific briefs and/or exhibits (in whole or in part) that the Court has previously ruled are not sealable, or (2) preliminarily file under seal such briefs or exhibits in their entirety without publicly filing undesignated or redacted briefs and/or exhibits.  The Filing Party is not required to file separate motions to seal at this time.

2.      The Non-Filing Party will have 14 days after the preliminary filing to review the exhibits and identify to the Filing Party any exhibits or portions of exhibits (not including expert reports) for which it intends to maintain its confidentiality designations and the bases for those designations.

3.      The Filing Party will also contact third-parties whose Confidential and Highly Confidential documents or testimony are included in the exhibits (not including expert reports) within 3

business days of the preliminary filing.  Within 14 days of the preliminary filing, the third-parties will identify to the Filing Party any material for which they intend to maintain their confidentiality designation and the bases for those designations.

4.      Within 21 days of the preliminary filing, the Filing Party will provide the Non-Filing Party a list of the exhibits (not including expert reports) for which the Filing Party or the third-parties intend to maintain confidentiality designations and the bases for those designations. Within 7 days of receiving that list, the Non-Filing Party will identify any designations it challenges with a simple statement without further argument.

5.      Within 35 days of the preliminary filing, the Filing Party will file a motion to seal the exhibits (not including expert reports) including the bases of the Filing Party, the Non-Filing Party, and third-parties for maintaining the seal of exhibits.  If the Filing Party disagrees with the provided basis for any designation, it will include a simple statement to that effect without further argument.    The Filing Party will also indicate the Non-Filing Party's challenges to any designations.  The Filing Party may file a single combined motion to seal in connection with briefs filed simultaneously (e.g., a single motion to seal for motion for summary judgment and *Daubert* motions filed preliminarily on the same day); or, it may file separate motions to seal for each document.  No oppositions or replies to the motion to seal will be allowed.

6.      Within 7 days of an order from the Court granting the motion to seal or modifying the confidentiality designations for exhibits, the Filing Party will identify to the Non-Filing Party its proposed redactions to any expert reports attached as exhibits and to the briefing, including redactions requested by third-parties.  Within 7 days of receiving proposed redactions to expert reports or briefing, the Non-Filing party will identify any additional

material it believes should be redacted, and raise any objections to the Filing Party's designations.

7.      If the parties agree about the redactions, within 21 days of the Court's order, the Filing Party will publicly file redacted or unsealed briefs, expert reports, and other exhibits pursuant to the Court's order.  If there are disagreements about the redactions, then instead of filing the redacted and unsealed documents, within 21 days of the Court's order, the parties' (and if necessary, third-parties) will submit a joint report identifying remaining disagreements.  Within 7 days of the Court entering an order resolving those disagreements, the Filing Party will then file redacted briefs, expert reports, and unsealed and redacted exhibits pursuant to the Court's orders.

Should the Court have any questions about this proposal, Sanofi and Mylan are available to conduct a telephone conference with the Court to discuss this process and any alternative preferences that the Court may have.  Given the filing deadline at the end of this week on June 28, the parties respectfully request that the Court enter an order approving or modifying this protocol this week to facilitate that process.

Dated: June 26, 2019

Respectfully submitted,

s/ *Philip A. Sechler*

Philip A. Sechler
Kathryn S. Zecca
Lee Turner Friedman
Ralph C. Mayrell
Jessica Arden Ettinger
John B. Goerlich
ROBBINS, RUSSELL, ENGLERT, ORSECK,
UNTEREINER & SAUBER LLP
2000 K St. NW, 4th Floor
Washington, DC 20006
Telephone: (202) 775 4500
Fax: (202) 775 4510
psechler@robbinsrussell.com
kzecca@robbinsrussell.com
lfriedman@robbinsrussell.com
rmayrell@robbinsrussell.com
jettinger@robbinsrussell.com
jgoerlich@robbinsrussell.com

*Counsel for Defendant Mylan Inc. and
Defendant/Counterclaim-Plaintiff Mylan
Specialty L.P.*

s/ *Yehudah L. Buchweitz*

Yehudah L. Buchweitz
Eric S. Hochstadt
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
T: (212) 310-8000
F: (212) 310-8007
yehudah.buchweitz@weil.com
eric.hochstadt@weil.com

*Counsel for Plaintiff and Counterclaim-
Defendant Sanofi-Aventis U.S. LLC*

**CERTIFICATE OF SERVICE**

On this 26th day of June, 2019, the foregoing document was electronically filed with the

Clerk of the Court using the CM/ECF system, which provides a notice of such filing on each

attorney registered for ECF notification to the counsel of record in this case.

Respectfully submitted,

s/ *Philip A. Sechler*
Philip A. Sechler
ROBBINS, RUSSELL, ENGLERT, ORSECK,
UNTEREINER & SAUBER LLP
2000 K St. NW, 4th Floor
Washington, DC 20006
Telephone: (202) 775 4492
Fax: (202) 775 4510
psechler@robbinsrussell.com

*Counsel for Defendant Mylan Inc. and*
*Defendant/Counterclaim-Plaintiff Mylan*
*Specialty L.P.*