UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: EpiPen (Epinephrine Injection, USP) Marketing, Sales Practices and Antitrust Litigation | CASE NO. 2:17-MD-02785-DDC-TJJ (MDL No. 2785) |
| SANOFI-AVENTIS U.S., LLC,<br><br>                    Plaintiff,<br>         v.<br>MYLAN INC., et al.,<br><br>                    Defendants.<br><br>*This Document Relates to the* Sanofi *case.* | CASE NO. 2:17-CV-02452-DDC-TJJ<br><br>**ORAL ARGUMENT REQUESTED**<br><br>*Document Filed Electronically* |

### MYLAN'S MOTION TO EXCLUDE
### <u>OPINION TESTIMONY OF FIONA M. SCOTT MORTON, Ph.D.</u>

Pursuant to Rule 702 of the Federal Rules of Evidence, Defendant Mylan Inc. and Defendant/Counterclaim-Plaintiff Mylan Specialty L.P. (collectively, "Mylan") hereby move to exclude from trial the opinion testimony of Plaintiff Sanofi-Aventis U.S. LLC's ("Sanofi's") expert Fiona M. Scott Morton, Ph.D, including any opinion testimony concerning: (1) pre-recall damages; (2) post-recall damages; (3) "effective entrant burden"; (4) "entrenched share"; (5) her view of Mylan's intent or the parties' state of mind, including without limitation her opinion about Sanofi's decision-making when it voluntarily decided to return its rights to Auvi-Q to Sanofi. The points and authorities supporting this motion are set forth in the accompanying memorandum.

Dated: June 28, 2019	Respectfully submitted,

	s/ *Philip A. Sechler*
	Philip A. Sechler

	Roy T. Englert
	Kathryn S. Zecca
	Lee Turner Friedman
	Ralph C. Mayrell
	Jessica Arden Ettinger
	John B. Goerlich

	ROBBINS, RUSSELL, ENGLERT, ORSECK,
	UNTEREINER & SAUBER LLP
	2000 K St. NW, 4th Floor
	Washington, DC 20006
	Telephone: (202) 775 4500
	Fax: (202) 775 4510
	psechler@robbinsrussell.com
	renglert@robbinsrussell.com
	kzecca@robbinsrussell.com
	lfriedman@robbinsrussell.com
	rmayrell@robbinsrussell.com
	jettinger@robbinsrussell.com
	jgoerlich@robbinsrussell.com

	*Counsel for Defendant Mylan Inc. and Defendant/Counterclaim-Plaintiff Mylan Specialty L.P.*

## CERTIFICATE OF SERVICE

On this 28th day of June, 2019, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which provides a notice of such filing on each attorney registered for ECF notification to the counsel of record in this case.

                        Respectfully submitted,

                        s/ *Philip A. Sechler*
                        Philip A. Sechler

                        ROBBINS, RUSSELL, ENGLERT, ORSECK,
                        UNTEREINER & SAUBER LLP
                        2000 K St. NW, 4th Floor
                        Washington, DC 20006
                        Telephone: (202) 775 4492
                        Fax: (202) 775 4510
                        psechler@robbinsrussell.com

                        *Counsel for Defendant Mylan Inc. and Defendant/Counterclaim-Plaintiff Mylan Specialty L.P.*