# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: EpiPen (Epinephrine Injection, USP) Marketing, Sales Practices and Antitrust Litigation | CASE NO.: 2:17-MD-02785-DDC-TJJ <br><br> Hon. Daniel D. Crabtree <br><br> Hon. Teresa J. James |
| SANOFI-AVENTIS U.S. LLC, <br><br> Plaintiff/Counterclaim-Defendant, <br><br> v. <br><br> MYLAN Inc., *et al.*, <br><br> Defendants/Counterclaim-Plaintiffs. <br><br> **This Document Relates to the *Sanofi* Case**. | CASE NO.: 2:17-CV-02452-DDC-TJJ <br><br> *Document Filed Electronically* |

### PLAINTIFF/COUNTERCLAIM-DEFENDANT SANOFI-AVENTIS U.S. LLC'S MOTION FOR SUMMARY JUDGMENT PURSUANT TO RULE 56 OF THE FEDERAL RULES OF CIVIL PROCEDURE

Plaintiff and Counterclaim-Defendant Sanofi-Aventis U.S. LLC ("Sanofi") hereby moves this Court, pursuant to Rule 56 of the Federal Rules of Civil Procedure, for summary judgment. For the reasons set forth in the accompanying memorandum, this Court should grant the Plaintiff's motion for summary judgment, as there is no genuine dispute that: (1) the relevant market consists of epinephrine auto-injector devices in the United States, and (2) Mylan Inc. and Mylan Specialty, L.P. (collectively, "Mylan") possessed, and exercised, monopoly power in that market. In addition, also for the reasons set forth in the accompanying memorandum, this Court should grant the Counterclaim-Defendant's motion for summary judgment, as there is no genuine issue of material fact and Counterclaim-Defendant is entitled to judgment as a matter of law.

DATED: June 28, 2019

Respectfully submitted,

*/s/ Eric S. Hochstadt*

**WEIL, GOTSHAL & MANGES LLP**
Diane L. Sullivan
diane.sullivan@weil.com
17 Hulfish St., Suite 201
Princeton, NJ 08542
T: (609) 986-1120
F: (212) 310-8007

**WEIL, GOTSHAL & MANGES LLP**
Yehudah L. Buchweitz
yehudah.buchweitz@weil.com
Eric S. Hochstadt
eric.hochstadt@weil.com
767 Fifth Avenue
New York, NY 10153
T: (212) 310-8000
F: (212) 310-8007

*Attorneys for Plaintiff and Counterclaim-Defendant Sanofi-Aventis U.S. LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 28, 2019, the foregoing was filed via CM-ECF and by e-mail to all counsel of record.

*/s/ Eric S. Hochstadt*
Eric S. Hochstadt