**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| IN RE: EpiPen (Epinephrine Injection, USP) Marketing, Sales Practices and Antitrust Litigation | CASE NO.: 2:17-MD-02785-DDC-TJJ<br><br>Hon. Daniel D. Crabtree<br><br>Hon. Teresa J. James |
| SANOFI-AVENTIS U.S. LLC,<br><br>       Plaintiff,<br><br>  v.<br><br>MYLAN Inc., *et al.*,<br><br>       Defendants.<br><br>**This Document Relates to the *Sanofi* Case**. | CASE NO.: 2:17-CV-02452-DDC-TJJ<br><br><br><br>*Document Filed Electronically* |

**DECLARATION OF ERIC HOCHSTADT IN SUPPORT OF
PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

I, Eric S. Hochstadt declare, pursuant to 28 U.S.C. § 1746 as follows:

1.  I am an attorney licensed to practice in New York.  I am a partner at the law firm of Weil, Gotshal & Manges LLP, attorneys for Plaintiff Sanofi-Aventis U.S. LLC in this action.

2.  I submit this Declaration in support of Plaintiff's Motion for Summary Judgment.

3.  Attached as Exhibit 1 is a true and correct copy of a Mylan, Inc. earnings call transcript, dated April 26, 2012.

4.      Attached as Exhibit 2 is a true and correct copy of the cited excerpts from the Mylan Defendants' Second Amended Responses and Objections to All Plaintiffs' First Set of Coordinated Requests for Admission, dated April 30, 2018.[1]

5.      Attached as Exhibit 3 is a true and correct copy of a Sanofi Press Release, dated January 28, 2013 (available at: http://www.news.sanofi.us/press-releases?item=136807).

6.      Attached as Exhibit 4 is a true and correct copy of a Sanofi Press Release, dated October 30, 2015 (available at: http://www.news.sanofi.us/2015-10-28-Sanofi-US-Issues-Voluntary-Nationwide-Recall-of-Auvi-Q-Due-to-Potential-Inaccurate-Dosage-Delivery).

7.      Attached as Exhibit 5 is a true and correct copy of the cited excerpts from the Mylan Defendants' Responses and Objections to All Plaintiffs' First Set of Coordinated Requests for Admission, dated January 4, 2018.

8.      Attached as Exhibit 6 is a true and correct copy of the cited excerpts from the Mylan Defendants' Amended Responses and Objections to All Plaintiffs' First Set of Coordinated Requests for Admission, dated February 14, 2018.

9.      Attached as Exhibit 7 is a true and correct copy of the cited excerpts from the transcript of the Status Conference held before the Honorable Judge Daniel D. Crabtree on May 9, 2018.

10.     Attached as Exhibit 8 is a true and correct copy of a letter from Eric S. Hochstadt, counsel for Sanofi, to Philip A. Sechler, counsel for the Mylan Defendants, dated June 3, 2019.

11.     Attached as Exhibit 9 is a true and correct copy of a letter from Philip A. Sechler, counsel for the Mylan Defendants, to Eric S. Hochstadt, counsel for Sanofi, dated June 20, 2019.

---

[1] For the convenience of the Court, Sanofi has provided excerpts of voluminous documents. If the court wishes, Sanofi can provide full documents upon request.

12.     Attached as Exhibit 10 is a true and correct copy of the Expert Report of Michael S. Blaiss, M.D., dated March 25, 2019.

13.     Attached as Exhibit 11 is a true and correct copy of a pamphlet posted on Mylan's website entitled, "Anaphylaxis" (available at: https://www.mylan.com/-/media/mylancom/files/patient-materials/myguide_anaphylaxis.pdf).

14.     Attached as Exhibit 12 is a true and correct copy of the cited excerpts from a slide presentation presented by Natrel Communications entitled, "EpiPen Auto-Injector 2011 Strategic Plan," dated December 9, 2010.

15.     Attached as Exhibit 13 is a true and correct copy of the cited excerpts from the 30(b)(1) deposition transcript of Heather Bresch, dated October 9, 2018.

16.     Attached as Exhibit 14 is a true and correct copy of the cited excerpts from the 30(b)(6) deposition transcript of Roger Graham, dated August 30, 2018.

17.     Attached as Exhibit 15 is a true and correct copy of the cited excerpts from the deposition transcript of Gary Zieziula, dated May 31, 2019.

18.     Attached as Exhibit 16 is a true and correct copy of the Expert Report of Dr. Mary Ann Michelis, dated February 2, 2019.

19.     Attached as Exhibit 17 is a true and correct copy of the cited excerpts from the Mylan, N.V. Annual Report Form 10-K filed with the SEC, dated February 21, 2012 (available at: https://www.sec.gov/Archives/edgar/data/69499/000119312512070508/d258059d10k.htm).

20.     Attached as Exhibit 18 is a true and correct copy of a Mylan, Inc. earnings conference call transcript, dated October 26, 2011.

21.     Attached as Exhibit 19 is a true and correct copy of a Mylan slide presentation, entitled "Weekly EpiPen® Performance Insights," dated for the week ending January 21, 2014.

22.     Attached as Exhibit 20 is a true and correct copy of a Mylan Specialty discussion paper, entitled "EpiPen® Auto-Injector Erosion strategy upon AB-rated Generic launch in June 2015," dated June 11, 2014.

23.     Attached as Exhibit 21 is a true and correct copy of an email from Robert Deem to Pranay P. Patel, dated December 8, 2014, attaching a Mylan draft slide presentation entitled, "Project Leapfrog."

24.     Attached as Exhibit 22 is a true and correct copy of an email from Bob Potter to Jay York, et al., dated September 16, 2013.

25.     Attached as Exhibit 23 is a true and correct copy of a letter from Kate C. Beardsley, Mylan's outside counsel, to Anne Whitaker, Sanofi's President of North America Pharmaceuticals, dated January 29, 2013.

26.     Attached as Exhibit 24 is a true and correct copy of an email from Sherry M. Korczynski to Michael Arcara, dated June 5, 2012, attaching the cited excerpts from a Dey Pharma slide presentation entitled, "EpiPen® Auto-Injector Global Brand Plan 2012-2016," dated November 16, 2011.

27.     Attached as Exhibit 25 is a true and correct copy of a Dey Pharma slide presentation entitled, "Pricing Committee Review," dated October 3, 2011.

28.     Attached as Exhibit 26 is a true and correct copy of an email from Sherry M. Korczysnki to Michael Arcara, dated June 4, 2012, attaching the cited excerpts from a Mylan slide presentation entitled, "EPIPEN® Commercial Team Meeting," dated May 21, 2012.

29.      Attached as Exhibit 27 is a true and correct copy of an email chain between Rachel G. Febbraro and Lisa Laquatra copying Sherry M. Korczynski, dated August 11, 2015,

attaching the cited excerpts from a Mylan slide presentation entitled, "EpiPen® 2016 Brand Plan BX Scenario," dated August 6, 2015.

30. Attached as Exhibit 28 is a true and correct copy of a Fuld+Company Client Report for Mylan, dated July 31, 2014.

31. Attached as Exhibit 29 is a true and correct copy of an email from Amy Peterpaul to Lauren C. Kashtan, dated October 5, 2011, attaching a Medical Marketing Economics slide presentation entitled, "EpiPen Price Adjustment Analysis," dated September 22, 2011.

32. Attached as Exhibit 30 is a true and correct copy of a Dey Pharma slide presentation entitled, "Pricing Committee Review," dated February 23, 2012.

33. Attached as Exhibit 31 is a true and correct copy of an email from Roger Graham to Tony Mauro, dated October 28, 2014, attaching a Mylan slide presentation entitled, "Specialty Price Increases 4Q."

34. Attached as Exhibit 32 is a true and correct copy of a Mylan slide presentation, dated July 15, 2013.

35. Attached as Exhibit 33 is a true and correct copy of the cited excerpts from the 30(b)(1) deposition transcript of Ron Graybill, dated September 21, 2018.

36. Attached as Exhibit 34 is a true and correct copy of the cited excerpts from the 30(b)(1) deposition transcript of Harry Jordan, dated October 26, 2018.

37. Attached as Exhibit 35 is a true and correct copy of the cited excerpts from the deposition transcript of Thomas Varner, Ph.D, dated May 29, 2019.

38. Attached as Exhibit 36 is a true and correct copy of the Expert Report of Thomas R. Varner, Ph.D, dated February 4, 2019.

39.     Attached as Exhibit 37 is a true and correct copy of the cited excerpts from the deposition transcript of Robert Willig, Ph.D, dated May 29, 2019.

40.     Attached as Exhibit 38 is a true and correct copy of the cited excerpts from the 30(b)(6) deposition transcript of Jeff May, dated September 21, 2018.

41.     Attached as Exhibit 39 is a true and correct copy of the Seventh Amendment to the Manufacturer's Discount Agreement between Aetna Health Management, LLC and Mylan Specialty L.P. f/k/a Dey Pharma, L.P., dated January 1, 2014.

42.     Attached as Exhibit 40 is a true and correct copy of the Mylan Specialty L.P. Memorandum of Law in Support of Plaintiff's Motion for a Status Quo Preliminary Injunction with exhibits, dated March 25, 2015, No. 15-C-584 (Circuit Court of Kanawha County, West Virginia).

43.     Attached as Exhibit 41 is a true and correct copy of the cited excerpts from the 30(b)(6) deposition transcript of Sylvain Rocheleau, dated September 26, 2018.

44.     Attached as Exhibit 42 is a true and correct copy of the Expert Report of Dr. Fiona M. Scott Morton, dated February 4, 2019.

45.     Attached as Exhibit 43 is a true and correct copy of an email from Bruce Foster to Frederic R. Curtiss, dated May 17, 2013.

46.     Attached as Exhibit 44 is a true and correct copy of the cited excerpts from a Mylan slide presentation entitled, "EpiPen® (epinephrine) Auto-Injector Brand Plan Update," dated March 26, 2013.

47.     Attached as Exhibit 45 is a true and correct copy of an email from Bruce Foster to Ron Graybill, et. al., dated April 30, 2013.

48.     Attached as Exhibit 46 is a true and correct copy of the cited excerpts from a draft Mylan slide presentation entitled "EpiPen®, Auto-Injector *Strategic Outlook for the Future Summit*," dated September 21, 2012.

49.     Attached as Exhibit 47 is a true and correct copy of an email from Lauren C. Kashtan to Tom Hadley and Cliff Barone, dated April 11, 2012.

50.     Attached as Exhibit 48 is a true and correct copy of a Mylan slide presentation entitled, "EpiPen® Auto-Injector *2011 Accomplishments and 2012 Growth Drivers*," dated November 11, 2011.

51.     Attached as Exhibit 49 is a true and correct copy of an email chain between Lauren C. Kashtan and Nina Devlin, dated April 5, 2012.

52.     Attached as Exhibit 50 is a true and correct copy of a Mylan slide presentation entitled, "Why Mylan? See inside. When was the last time a pharmaceutical company let you inside?", dated May 22, 2012.

53.     Attached as Exhibit 51 is a true and correct copy of the Expert Report of Gary Zieziula, dated March 25, 2019.

54.     Attached as Exhibit 52 is a true and correct copy of an email from Jasmin Sanchez, dated December 10, 2013, attaching the cited excerpts from a Mylan slide presentation entitled, "Mylan Investor Day: Seeing is believing."

55.     Attached as Exhibit 53 is a true and correct copy of an email chain between Scott Sussman and Jeffrey Rose, et al., dated May 13, 2014.

56.     Attached as Exhibit 54 is a true and correct copy of an email chain between Bruce Foster and Pat Jones, et al., dated August 23, 2013.

57.      Attached as Exhibit 55 is a true and correct copy of an email from Todd E. Fabian, et. al., dated April 8, 2014, attaching the cited excerpts from a Mylan slide presentation entitled, "EpiPen® Awareness, Attitude, & Usage Tracking Study: 2013 HCP Wave 5 Final Report."

58.      Attached as Exhibit 56 is a true and correct copy of an email from Jeffrey Rose to Kim Anderson, et al., dated January 30, 2014.

59.      Attached as Exhibit 57 is a true and correct copy of the cited excerpts from the 30(b)(1) deposition transcript of Bruce Foster, dated June 14, 2018.

60.      Attached as Exhibit 58 is a true and correct copy of the cited excerpts from the 30(b)(1) deposition transcript of Roger Graham, dated August 29, 2018.

61.      Attached as Exhibit 59 is a true and correct copy of the cited excerpts from the 30(b)(1) deposition transcript of Thomas Hadley, dated October 3, 2018.

62.      Attached as Exhibit 60 is a true and correct copy of the cited excerpts from the 30(b)(1) deposition of Patrick Jones, dated September 7, 2018.

63.      Attached as Exhibit 61 is a true and correct copy of the cited excerpts from the 30(b)(1) deposition transcript of Pranay Patel, dated July 7, 2018.

64.      Attached as Exhibit 62 is a true and correct copy of the cited excerpts from the 30(b)(1) deposition transcript of Scott Sussman, dated September 13, 2018.

65.      Attached as Exhibit 63 is a true and correct copy of the cited excerpts from the 30(b)(1) deposition transcript of Nicole Willing, dated May 31, 2018.

66.      Attached as Exhibit 64 is a true and correct copy of an email chain between Harry Jordan and Bethanie Stein, dated June 25, 2013.

67.     Attached as Exhibit 65 is a true and correct copy of a transcript from the Cowen & Co. Healthcare Conference, dated March 4, 2014.

68.     Attached as Exhibit 66 is a true and correct copy of the cited excerpts from a Mylan Analyst/Investor Day transcript, dated August 1, 2013.

69.     Attached as Exhibit 67 is a true and correct copy of an email from Amy S. Olson, dated February 25, 2013.

70.     Attached as Exhibit 68 is a true and correct copy of the cited excerpts from the 30(b)(1) deposition transcript of Sherry Korczynski, dated August 24, 2018.

71.     Attached as Exhibit 69 is a true and correct copy of the Expert Report of Robert Willig, Ph.D, dated March 25, 2019.

72.     Attached as Exhibit 70 is a true and correct copy of an email from Zachery L. Haines to Adrienne L. Helmick, et al., dated July 1, 2016, with attachment.

73.     Attached as Exhibit 71 is a true and correct copy of a 24/7 Wall St. article written by Jon C. Ogg entitled, "Concerns Persist on Mylan EpiPen Price Gouging," dated August 26, 2016 (available at: https://247wallst.com/healthcare-business/2016/08/24/more-concerns-persist-on-mylan-epipen-price-gouging-or-do-they/.).

74.     Attached as Exhibit 72 is a true and correct copy of an email from Thomas Handel to Diem Nguyen, et al., dated August 26, 2016, attaching a draft Meridian Medical Technologies slide presentation entitled, "EpiPen Historical Summary," dated August 26, 2016.

75.     Attached as Exhibit 73 is a true and correct copy of the cited excerpts from the 30(b)(1) deposition transcript of Patrick Zinn, dated August 22, 2018.

76.     Attached as Exhibit 74 is a true and correct copy of an email chain between Adam W. Kautzner and Edward John Adamcik, dated November 13, 2013.

77.     Attached as Exhibit 75 is a true and correct copy of an email from Roger Graham to Damian Frantz, dated September 3, 2014.

78.     Attached as Exhibit 76 is a true and correct copy of an email from Harry J. Vargo to Scott Sussman, dated October 19, 2015.

79.     Attached as Exhibit 77 is a true and correct copy of an email from Diem Nguyen to Tom Handel, dated August 23, 2016.

80.     Attached as Exhibit 78 is a true and correct copy of the cited excerpts from the 30(b)(1) deposition transcript of Thomas Handel, dated October 17, 2018.

81.     Attached as Exhibit 79 is a true and correct copy of an email from Tom Handel to Diem Nguyen, et al., dated August 23, 2016.

82.     Attached as Exhibit 80 is a true and correct copy of a United States EpiPen Profitability Analysis.

83.     Attached as Exhibit 81 is a true and correct copy of an email chain between Kimberly Brooks and Roger Graham, dated December 9, 2014, attaching a Mylan slide presentation entitled, "EpiPen® Auto-Injector: Executive Overview."

84.     Attached as Exhibit 82 is a true and correct copy of an email from Heather Bresch to Robert J. Coury, dated January 3, 2015, attaching a draft Mylan slide presentation entitled, "EpiPen: Return on Investment Analysis," dated December 31, 2014.

85.     Attached as Exhibit 83 is a true and correct copy of an email chain between Patrick R. Zinn and Bruce Foster et al., dated October 7, 2014.

86.     Attached as Exhibit 84 is a true and correct copy of an email from Michael Arcara to Sherry Korczynski, dated August 27, 2013, with attachment.

87.     Attached as Exhibit 85 is a true and correct copy of an email from Thomas Handel to Gordon Savage, dated September 2, 2011, with the cited excerpts from a slide presentation presented by Natrel Communications entitled, "EpiPen Auto-Injector 2011 Strategic Plan," dated December 9, 2010.

88.     Attached as Exhibit 86 is a true and correct copy of an email from Pat Jones to Amy Peterpaul, dated January 30, 2012.

89.     Attached as Exhibit 87 is a true and correct copy of an email from Harry Jordan to Bruce Foster, et al., dated December 2, 2011.

90.     Attached as Exhibit 88 is a true and correct copy of the cited excerpts from a Dey Pharma slide presentation entitled, "EpiPen® Auto-Injector Global Brand Plan 2012-2016," dated November 16, 2011.

91.     Attached as Exhibit 89 is a true and correct copy of an email from Amy Peterpaul to Alexander Falto, et al., dated December 16, 2011.

92.     Attached as Exhibit 90 is a true and correct copy of the cited excerpts from a Mylan slide presentation entitled, "Mylan Specialty Update Meeting," dated January 4, 2012.

93.     Attached as Exhibit 91 is a true and correct copy of an email from Roger Graham to Dave Workman, et al., dated February 7, 2014.

94.     Attached as Exhibit 92 is a true and correct copy of an email chain between Bruce Foster and Scott Sussman, dated February 22, 2013.

95.     Attached as Exhibit 93 is a true and correct copy of a Mylan slide presentation entitled, "Auvi-Q Launch Status: Weekly Update from IMS Xponent Weekly Data," dated for the week ending August 30, 2013.

96.     Attached as Exhibit 94 is a true and correct copy of an email from Nicole Willing to Ron Graybill, dated September 13, 2013.

97.     Attached as Exhibit 95 is a true and correct copy of a Mylan slide presentation entitled, "Mylan Specialty Regroup," dated October 11, 2013.

98.     Attached as Exhibit 96 is a true and correct copy of an email from Micheal Arcara to Sherry Korczynski copying Harry Jordan and Ron Graybill, dated November 19, 2013.

99.     Attached as Exhibit 97 is a true and correct copy of the cited excerpts from a Meridian Medical Technologies, et al. slide presentation entitled, "EpiPen® JCC," dated December 11, 2013.

100.    Attached as Exhibit 98 is a true and correct copy of the cited excerpts from the deposition transcript of Dr. Fiona Margaret Scott Morton, dated March 12, 2019.

101.    Attached as Exhibit 99 is a true and correct copy an email from Patrick R. Zinn to Douglas Johnston, et al., dated January 5, 2016, with attachment.

102.    Attached as Exhibit 100 is a true and correct copy of the cited excerpts from the 30(b)(6) deposition transcript of Saira Jan, dated November 30, 2018.

103.    Attached as Exhibit 101 is a true and correct copy an email sent by Scott Sussman, dated January 27, 2016.

104.    Attached as Exhibit 102 is a true and correct copy an email chain between Amanda Garner and Douglas M. Brown, et al., dated November 6, 2015.

105.    Attached as Exhibit 103 is a true and correct copy of an email chain between Bruce Foster and Ashley Tancil, et al., dated January 14, 2016.

106.    Attached as Exhibit 104 is a true and correct copy an email from Bruce Foster to Mark Bieze and Xavier Hampton, dated March 17, 2016.

107.    Attached as Exhibit 105 is a true and correct copy of an email chain between Bruce Foster and Christopher A. Phillips, et al., dated January 7, 2016.

108.    Attached as Exhibit 106 is a true and correct copy of a March 9, 2016 UBS Global Research Report, entitled "Mylan Inc.: Who Doesn't Enjoy a Chat with Robert Coury?", dated March 9, 2016.

109.    Attached as Exhibit 107 is a true and correct copy of a New York Times article written by Katie Thomas entitled, "Brothers Develop New Device to Halt Allergy Attacks," dated February 1, 2013 (available at: https://www.nytimes.com/2013/02/02/business/auvi-q-challenges-epipen-with-a-new-shape-and-size.html).

110.    Attached as Exhibit 108 is a true and correct copy of Meridian Medical Technologies slide presentation entitled, "Portable Design Auto-Injector EpiPen® (Gen3) (NGA EpiPen® User Interface): Preliminary Budget and Schedule for Dey JCC," dated October 6, 2011.

111.    Attached as Exhibit 109 is a true and correct copy of the cited excerpts from the 30(b)(6) deposition of Philip Lin Huang, Ph.D, dated September 25, 2018.

112.    Attached as Exhibit 110 is a true and correct copy of an email chain between Ted Marcuccio and James Stewart, et al., dated August 12, 2008.

113.    Attached as Exhibit 111 is a true and correct copy of an email from Pamela P. Roberts to Roger Graham, dated April 17, 2014, attaching a draft Mylan slide presentation entitled "EpiPen® Auto-Injector Smart Tactics," dated March 24, 2014.

114.    Attached as Exhibit 112 is a true and correct copy of an email from Tom Handel to Rajesh Shukla copying Dennis O'Brien, et al., dated August 5, 2011.

115.     Attached as Exhibit 113 is a true and correct copy of an email from Dominic DiGiorgio to Tom Handel, et al., dated April 25, 2012, with attachments.

116.     Attached as Exhibit 114 is a true and correct copy of an email from Bryan Downey to Kimberly Fox, dated October 27, 2012, with attachment.

117.     Attached as Exhibit 115 is a true and correct copy of a slide presentation entitled, "Demand Forecast Updates 2010 Monthly & LRP First Pass, dated April 30, 2010.

118.     Attached as Exhibit 116 is a true and correct copy of a spreadsheet, dated April 30, 2010.

119.     Attached as Exhibit 117 is a true and correct copy of a document entitled, "Dey Pharma & Meridian Medical Technologies EpiPen® Joint Commercial Committee Minutes," dated October 7, 2011.

120.     Attached as Exhibit 118 is a true and correct copy of an email from Robert Deem to Pranay Patel, dated July 18, 2014, with attachments.

121.     Attached as Exhibit 119 is a true and correct copy of an email chain between Joann Androconis and Jon B. Rousseau, et al., dated October 18, 2012.

122.     Attached as Exhibit 120 is a true and correct copy of a 2013 Sanofi promotional pamphlet for the Auvi-Q.

123.     Attached as Exhibit 121 is a true and correct copy of a 2013 Sanofi promotional pamphlet for the Auvi-Q.

124.     Attached as Exhibit 122 is a true and correct copy of a 2013 Sanofi promotional pamphlet for the Auvi-Q.

125.     Attached as Exhibit 123 is a true and correct copy of a 2015 Sanofi promotional pamphlet for the Auvi-Q.

126.    Attached as Exhibit 124 is a true and correct copy of a 2015 Sanofi promotional pamphlet for the Auvi-Q.

127.    Attached as Exhibit 125 is a true and correct copy of an article published in the Journal of Allergy and Clinical Immunology: In Practice article written by Carlos A. Camargo, et al., entitled, "Auvi-Q Versus EpiPen: Preferences of Adults, Caregivers, and Children," dated 2013.

128.    Attached as Exhibit 126 is a true and correct copy of a Sanofi Government Agency Contact Report, dated February 8, 2011.

129.    Attached as Exhibit 127 is a true and correct copy of a letter from James Parker to Elaine Hu Cunningham of the FDA, dated June 17, 2011, with attachment

130.    Attached as Exhibit 128 is a true and correct copy of a Sanofi Government Agency Contact Report, dated August 8, 2011.

131.    Attached as Exhibit 129 is a true and correct copy of Sanofi meeting minutes, dated August 23, 2011.

132.    Attached as Exhibit 130 is a true and correct copy of letter from Elaine Hu Cunningham of the FDA to James Parker, Jr., dated August 11, 2011.

133.    Attached as Exhibit 131 is a true and correct copy of a slide presentation, entitled "Auvi-Q™ (epinephrine injection, USP) Preference Data Rollout VC," dated February 5, 2013.

134.    Attached as Exhibit 132 is a true and correct copy of an email chain between Kevin Boe, Natalie, Mancuso, and Lorine Harr, dated March 28, 2013, with attachment.

135.    Attached as Exhibit 133 is a true and correct copy of the cited excerpts from the 30(b)(1) deposition transcript of James Parker, dated October 30, 2018.

136.     Attached as Exhibit 134 is a true and correct copy of a letter from John Cook to Julie Burger Chronis of the FDA, dated August 14, 2015, with attachments.

137.     Attached as Exhibit 135 is a true and correct copy of the Expert Rebuttal Report of Steven N. Wiggins, dated March 25, 2019.

138.     Attached as Exhibit 136 is a true and correct copy of a letter from Carmen M. Shepard to Roberta Szydlo, dated March 28, 2013, with attachments.

139.     Attached as Exhibit 137 is a true and correct copy of the cited excerpts from the 30(b)(6) deposition transcript of Jay York, dated August 1, 2018.

140.     Attached as Exhibit 138 is a true and correct copy of an email chain between Ken L. Metz to Katie Quast, et al., dated November 15, 2012.

141.     Attached as Exhibit 139 is a true and correct copy of an email from Jay York to Sherry Korczynski, dated May 30, 2013.

142.     Attached as Exhibit 140 is a true and correct copy of the cited excerpts from the deposition transcript of Michael S. Blaiss, M.D., dated May 17, 2019.

143.     Attached as Exhibit 141 is a true and correct copy of a letter from Alexandra W. Miller to Randi W. Singer and Kathleen O'Connor, dated March 23, 2015, with attachments.

144.     Attached as Exhibit 142 is a true and correct copy of an email chain between Matthew Kinkead and Joseph Denney copying Courtney Spezia, dated November 5, 2012.

145.     Attached as Exhibit 143 is a true and correct copy of the cited excerpts from a Mylan slide presentation entitled, "Competitive Intelligence Update," dated for the week ending April 19, 2013.

146.     Attached as Exhibit 144 is a true and correct copy of an email from Jay York to Sherry Korczynski and Bob Potter, dated September 26, 2013.

16

147.    Attached as Exhibit 145 is a true and correct copy of the Expert Report of Gary Zieziula, dated February 4, 2019.

148.    Attached as Exhibit 146 is a true and correct copy of the Rebuttal Report of Gary Zieziula, dated April 18, 2019.

149.    Attached as Exhibit 147 is a true and correct copy of the Expert Rebuttal Report of Michael S. Blaiss, M.D., dated April 18, 2019.

150.    Attached as Exhibit 148 is a true and correct copy of the Supplemental Expert Disclosure of Thomas R. Varner, Ph.D, dated June 26, 2019.

151.    Attached as Exhibit 149 is a true and correct copy of a letter from Carmen M. Shepard to Matthew J. Falter, dated March 12, 2013.

152.    Attached as Exhibit 150 is a true and correct copy of an email from Joe Loftus to Tom Hadley, dated December 14, 2011.

153.    Attached as Exhibit 151 is a true and correct copy of the Expert Reply Report of Dr. Fiona M. Scott Morton, dated April 18, 2019.

154.    Attached as Exhibit 152 is a true and correct copy of a Wall Street Journal article written by Jonathan D. Rockoff, et al., entitled, "Mylan CEO Faces Tough Questioning in Congressional EpiPen Hearing," dated September 22, 2016 (available at: https://www.wsj.com/articles/mylan-ceo-to-shift-blame-on-epipen-pricing-at-house-hearing-1474466910).


Executed on June 28, 2019

                                            */s/ Eric S. Hochstadt*_____
                                            Eric S. Hochstadt

## CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2019, the foregoing was filed via CM-ECF and by e-mail to all counsel of record.

/s/ Eric S. Hochstadt
Eric S. Hochstadt