## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: EpiPen (Epinephrine Injection, USP) Marketing, Sales Practices and Antitrust Litigation | CASE NO.: 2:17-MD-02785-DDC-TJJ<br><br>Hon. Daniel D. Crabtree<br>Hon. Teresa J. James |
| This Document Relates To :<br><br>SANOFI-AVENTIS U.S. LLC,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>MYLAN Inc., *et al.*,<br><br>　　　　　　　　Defendants. | CASE NO.: 2:17-CV-02452-DDC-TJJ |

## **EXHIBIT INDEX**

| | |
|---|---|
| Exhibit 1 | Mylan, Inc. earnings call transcript, dated April 26, 2012 |
| Exhibit 2 | Cited excerpts from the Mylan Defendants' Second Amended Responses and Objections to All Plaintiffs' First Set of Coordinated Requests for Admission, dated April 30, 2018 |
| Exhibit 3 | Sanofi Press Release, dated January 28, 2013 (available at: http://www.news.sanofi.us/press-releases?item=136807) |
| Exhibit 4 | Sanofi Press Release, dated October 30, 2015 (available at: http://www.news.sanofi.us/2015-10-28-Sanofi-US-Issues-Voluntary-Nationwide-Recall-of-Auvi-Q-Due-to-Potential-Inaccurate-Dosage-Delivery) |
| Exhibit 5 | Cited excerpts from the Mylan Defendants' Responses and Objections to All Plaintiffs' First Set of Coordinated Requests for Admission, dated January 4, 2018 |
| Exhibit 6 | Cited excerpts from the Mylan Defendants' Amended Responses and Objections to All Plaintiffs' First Set of Coordinated Requests for Admission, dated February 14, 2018 |
| Exhibit 7 | Cited excerpts from the transcript of the Status Conference held before the Honorable Judge Daniel D. Crabtree on May 9, 2018 |

| Exhibit 8 | Letter from Eric S. Hochstadt, counsel for Sanofi, to Philip A. Sechler, counsel for the Mylan Defendants, dated June 3, 2019 |
|---|---|
| Exhibit 9 | Letter from Philip A. Sechler, counsel for the Mylan Defendants, to Eric S. Hochstadt, counsel for Sanofi, dated June 20, 2019 |
| Exhibit 10 | Expert Report of Michael S. Blaiss, M.D., dated March 25, 2019 |
| Exhibit 11 | Pamphlet posted on Mylan's website entitled, "Anaphylaxis." (available at: https://www.mylan.com/-/media/mylancom/files/patient-materials/myguide_anaphylaxis.pdf) |
| Exhibit 12 | Cited excerpts from a slide presentation presented by Natrel Communications entitled, "EpiPen Auto-Injector 2011 Strategic Plan," dated December 9, 2010 |
| Exhibit 13 | Cited excerpts from the 30(b)(1) deposition transcript of Heather Bresch, dated October 9, 2018 |
| Exhibit 14 | Cited excerpts from the 30(b)(6) deposition transcript of Roger Graham, dated August 30, 2018 |
| Exhibit 15 | Cited excerpts from the deposition transcript of Gary Zieziula, dated May 31, 2019 |
| Exhibit 16 | Expert Report of Dr. Mary Ann Michelis, dated February 2, 2019 |
| Exhibit 17 | Cited excerpts from the Mylan, N.V. Annual Report Form 10-K filed with the SEC, dated February 21, 2012 |
| Exhibit 18 | Mylan, Inc. earnings conference call transcript, dated October 26, 2011 |
| Exhibit 19 | Mylan slide presentation, entitled "Weekly EpiPen® Performance Insights," dated for the week ending January 21, 2014 |
| Exhibit 20 | Mylan Specialty discussion paper, entitled "EpiPen® Auto-Injector Erosion strategy upon AB-rated Generic launch in June 2015," dated June 11, 2014 |
| Exhibit 21 | Email from Robert Deem to Pranay P. Patel, dated December 8, 2014, attaching a Mylan draft slide presentation entitled, "Project Leapfrog" |
| Exhibit 22 | Email from Bob Potter to Jay York, et al., dated September 16, 2013 |
| Exhibit 23 | Letter from Kate C. Beardsley, Mylan's outside counsel, to Anne Whitaker, Sanofi's President of North America Pharmaceuticals, dated January 29, 2013 |
| Exhibit 24 | Email from Sherry M. Korczynski to Michael Arcara, dated June 5, 2012, attaching the cited excerpts from a Dey Pharma slide presentation entitled, "EpiPen® Auto-Injector Global Brand Plan 2012-2016," dated November 16, 2011 |
| Exhibit 25 | Dey Pharma slide presentation entitled, "Pricing Committee Review," dated October 3, 2011 |
| Exhibit 26 | Email from Sherry M. Korczysnki to Michael Arcara, dated June 4, 2012, attaching the cited excerpts from a Mylan slide presentation entitled, "EPIPEN® Commercial Team Meeting," dated May 21, 2012 |

| Exhibit 27 | Email chain between Rachel G. Febbraro and Lisa Laquatra copying Sherry M. Korczynski, dated August 11, 2015, attaching the cited excerpts from a Mylan slide presentation entitled, "EpiPen® 2016 Brand Plan BX Scenario," dated August 6, 2015 |
|---|---|
| Exhibit 28 | Fuld+Company Client Report for Mylan, dated July 31, 2014 |
| Exhibit 29 | Email from Amy Peterpaul to Lauren C. Kashtan, dated October 5, 2011, attaching a Medical Marketing Economics slide presentation entitled, "EpiPen Price Adjustment Analysis," dated September 22, 2011 |
| Exhibit 30 | Dey Pharma slide presentation entitled, "Pricing Committee Review," dated February 23, 2012 |
| Exhibit 31 | Email from Roger Graham to Tony Mauro, dated October 28, 2014, attaching a Mylan slide presentation entitled, "Specialty Price Increases 4Q" |
| Exhibit 32 | Mylan slide presentation, dated July 15, 2013 |
| Exhibit 33 | Cited excerpts from the 30(b)(1) deposition transcript of Ron Graybill, dated September 21, 2018 |
| Exhibit 34 | Cited excerpts from the 30(b)(1) deposition transcript of Harry Jordan, dated October 26, 2018 |
| Exhibit 35 | Cited excerpts from the deposition transcript of Thomas Varner, Ph.D. dated May 29, 2019. |
| Exhibit 36 | Expert Report of Thomas R. Varner, Ph.D, dated February 4, 2019 |
| Exhibit 37 | Cited excerpts from the deposition transcript of Robert Willig, Ph.D, dated May 29, 2019 |
| Exhibit 38 | Cited excerpts from the 30(b)(6) deposition transcript of Jeff May, dated September 21, 2018 |
| Exhibit 39 | Seventh Amendment to the Manufacturer's Discount Agreement between Aetna Health Management, LLC and Mylan Specialty L.P. f/k/a Dey Pharma, L.P., dated January 1, 2014 |
| Exhibit 40 | Mylan Specialty L.P. Memorandum of Law in Support of Plaintiff's Motion for a Status Quo Preliminary Injunction with exhibits, dated March 25, 2015, No. 15-C-584 (Circuit Court of Kanawha County, West Virginia) |
| Exhibit 41 | Cited excerpts from the 30(b)(6) deposition transcript of Sylvain Rocheleau, dated September 26, 2018 |
| Exhibit 42 | Expert Report of Dr. Fiona M. Scott Morton, dated February 4, 2019 |
| Exhibit 43 | Email from Bruce Foster to Frederic R. Curtiss, dated May 17, 2013 |
| Exhibit 44 | Cited excerpts from a Mylan slide presentation entitled, "EpiPen® (epinephrine) Auto-Injector Brand Plan Update," dated March 26, 2013 |
| Exhibit 45 | Email from Bruce Foster to Ron Graybill, et. al., dated April 30, 2013 |

| Exhibit 46 | Cited excerpts from a Mylan slide presentation entitled "EpiPen®, Auto-Injector *Strategic Outlook for the Future Summit*," dated September 21, 2012 |
|---|---|
| Exhibit 47 | Email from Lauren C. Kashtan to Tom Hadley and Cliff Barone, dated April 11, 2012 |
| Exhibit 48 | Mylan slide presentation entitled, "EpiPen® Auto-Injector *2011 Accomplishments and 2012 Growth Drivers*," dated November 11, 2011 |
| Exhibit 49 | Email chain between Lauren C. Kashtan and Nina Devlin, dated April 5, 2012 |
| Exhibit 50 | Mylan slide presentation entitled, "Why Mylan? See inside. When was the last time a pharmaceutical company let you inside?", dated May 22, 2012 |
| Exhibit 51 | Expert Report of Gary Zieziula, dated March 25, 2019 |
| Exhibit 52 | Email from Jasmin Sanchez, dated December 10, 2013, attaching the cited excerpts from a Mylan slide presentation entitled, "Mylan Investor Day: Seeing is believing" |
| Exhibit 53 | Email chain between Scott Sussman and Jeffrey Rose, et al., dated May 13, 2014 |
| Exhibit 54 | Email chain between Bruce Foster and Pat Jones, et al., dated August 23, 2013 |
| Exhibit 55 | Email from Todd E. Fabian, et. al., dated April 8, 2014, attaching the Cited excerpts from a Mylan slide presentation entitled, "EpiPen® Awareness, Attitude, & Usage Tracking Study: 2013 HCP Wave 5 Final Report" |
| Exhibit 56 | Email from Jeffrey Rose to Kim Anderson, et al., dated January 30, 2014 |
| Exhibit 57 | Cited excerpts from the 30(b)(1) deposition transcript of Bruce Foster, dated June 14, 2018 |
| Exhibit 58 | Cited excerpts from the 30(b)(1) deposition transcript of Roger Graham, dated August 29, 2018 |
| Exhibit 59 | Cited excerpts from the 30(b)(1) deposition transcript of Thomas Hadley, dated October 3, 2018 |
| Exhibit 60 | Cited excerpts from the 30(b)(1) deposition of Patrick Jones, dated September 7, 2018 |
| Exhibit 61 | Cited excerpts from the 30(b)(1) deposition transcript of Pranay Patel, dated July 7, 2018 |
| Exhibit 62 | Cited excerpts from the 30(b)(1) deposition transcript of Scott Sussman, dated September 13, 2018 |
| Exhibit 63 | Cited excerpts from the 30(b)(1) deposition transcript of Nicole Willing, dated May 31, 2018 |
| Exhibit 64 | Email chain between Harry Jordan and Bethanie Stein, dated June 25, 2013 |

| Exhibit 65 | Transcript from Cowen & Co. Healthcare Conference, dated March 4, 2014 |
|---|---|
| Exhibit 66 | Cited excerpts from a Mylan Analyst/Investor Day transcript, dated August 1, 2013 |
| Exhibit 67 | Email from Amy S. Olson dated February 25, 2013 |
| Exhibit 68 | Cited excerpt from the 30(b)(1) deposition transcript of Sherry Korczynski, dated August 24, 2018 |
| Exhibit 69 | Expert Report of Robert Willig, Ph.D, dated March 25, 2019 |
| Exhibit 70 | Email from Zachery L. Haines to Adrienne L. Helmick, et al., dated July 1, 2016, with attachment |
| Exhibit 71 | 24/7 Wall St. article written by Jon C. Ogg entitled, "Concerns Persist on Mylan EpiPen Price Gouging," dated August 26, 2016 (available at: https://247wallst.com/healthcare-business/2016/08/24/more-concerns-persist-on-mylan-epipen-price-gouging-or-do-they/.) |
| Exhibit 72 | Email from Thomas Handel to Diem Nguyen, et al., dated August 26, 2016, attaching a Meridian Medical Technologies slide presentation entitled, "EpiPen Historical Summary," dated August 26, 2016 |
| Exhibit 73 | Cited excerpts from the 30(b)(1) deposition transcript of Patrick Zinn, dated August 22, 2018 |
| Exhibit 74 | Email chain between Adam W. Kautzner and Edward John Adamcik, dated November 13, 2013 |
| Exhibit 75 | Email from Roger Graham to Damian Frantz, dated September 3, 2014 |
| Exhibit 76 | Email from Harry J. Vargo to Scott Sussman, dated October 19, 2015 |
| Exhibit 77 | Email from Diem Nguyen to Tom Handel, dated August 23, 2016 |
| Exhibit 78 | Cited excerpts from the 30(b)(1) deposition transcript of Thomas Handel, dated October 17, 2018 |
| Exhibit 79 | Email from Tom Handel to Diem Nguyen, et al., dated August 23, 2016 |
| Exhibit 80 | United States EpiPen Profitability Analysis |
| Exhibit 81 | Email chain between Kimberly Brooks and Roger Graham, dated December 9, 2014, attaching a Mylan slide presentation entitled, "EpiPen® Auto-Injector: Executive Overview" |
| Exhibit 82 | Email from Heather Bresch to Robert J. Coury, dated January 3, 2015, with attaching a draft Mylan slide presentation entitled, "EpiPen: Return on Investment Analysis," dated December 31, 2014 |
| Exhibit 83 | Email chain between Patrick R. Zinn and Bruce Foster et al., dated October 7, 2014 |
| Exhibit 84 | Email from Michael Arcara to Sherry Korczynski, dated August 27, 2013, with attachment |

| Exhibit 85 | Email from Thomas Handel to Gordon Savage, dated September 2, 2011, with the cited excerpts from a slide presentation presented by Natrel Communications entitled, "EpiPen Auto-Injector 2011 Strategic Plan," dated December 9, 2010 |
|---|---|
| Exhibit 86 | Email from Pat Jones to Amy Peterpaul, dated January 30, 2012 |
| Exhibit 87 | Email from Harry Jordan to Bruce Foster, et al., dated December 2, 2011 |
| Exhibit 88 | Cited excerpts from a Dey Pharma slide presentation entitled, "EpiPen® Auto-Injector Global Brand Plan 2012-2016," dated November 16, 2011 |
| Exhibit 89 | Email from Amy Peterpaul to Alexander Falto, et al., dated December 16, 2011 |
| Exhibit 90 | Cited excerpts from a Mylan slide presentation entitled, "Mylan Specialty Update Meeting," dated January 4, 2012 |
| Exhibit 91 | Email from Roger Graham to Dave Workman, et al., dated February 7, 2014 |
| Exhibit 92 | Email chain between Bruce Foster and Scott Sussman, dated February 22, 2013 |
| Exhibit 93 | Mylan slide presentation entitled, "Auvi-Q Launch Status: Weekly Update from IMS Xponent Weekly Data," dated for the week ending August 30, 2013 |
| Exhibit 94 | Email from Nicole Willing to Ron Graybill, dated September 13, 2013 |
| Exhibit 95 | Mylan slide presentation entitled, "Mylan Specialty Regroup," dated October 11, 2013 |
| Exhibit 96 | Email from Micheal Arcara to Sherry Korczynski copying Harry Jordan and Ron Graybill, dated November 19, 2013 |
| Exhibit 97 | Cited excerpts from a Meridian Medical Technologies, et al. slide presentation entitled, "EpiPen® JCC," dated December 11, 2013 |
| Exhibit 98 | Cited excerpts from the deposition transcript of Dr. Fiona Scott Morton, dated March 12, 2019 |
| Exhibit 99 | Email from Patrick R. Zinn to Douglas Johnston, et al., dated January 5, 2016, with attachment |
| Exhibit 100 | Cited excerpts from the 30(b)(6) deposition transcript of Saira Jan, dated November 30, 2018 |
| Exhibit 101 | Email sent by Scott Sussman, dated January 27, 2016 |
| Exhibit 102 | Email chain between Amanda Garner and Douglas M. Brown, et al., dated November 6, 2015 |
| Exhibit 103 | Email chain between Bruce Foster and Ashley Tancil, et al., dated January 14, 2016 |
| Exhibit 104 | Email from Bruce Foster to Mark Bieze and Xavier Hampton, dated March 17, 2016 |

| Exhibit 105 | Email chain between Bruce Foster and Christopher A. Phillips, et al., dated January 7, 2016 |
|---|---|
| Exhibit 106 | March 9, 2016 UBS Global Research Report, entitled "Mylan Inc.: Who Doesn't Enjoy a Chat with Robert Coury?", dated March 9, 2016 |
| Exhibit 107 | New York Times article written by Katie Thomas entitled, "Brothers Develop New Device to Halt Allergy Attacks," dated February 1, 2013 (available at: https://www.nytimes.com/2013/02/02/business/auvi-q-challenges-epipen-with-a-new-shape-and-size.html) |
| Exhibit 108 | October 6, 2011 Meridian Medical Technologies slide presentation entitled, "Portable Design Auto-Injector EpiPen® (Gen3) (NGA EpiPen® User Interface): Preliminary Budget and Schedule for Dey JCC," dated October 6, 2011 |
| Exhibit 109 | Cited excerpts from the 30(b)(6) deposition of Philip Lin Huang, Ph.D, dated September 25, 2018 |
| Exhibit 110 | Email chain between Ted Marcuccio and James Stewart, et al., dated August 12, 2008 |
| Exhibit 111 | Email from Pamela P. Roberts to Roger Graham, dated April 17, 2014, attaching a draft Mylan slide presentation entitled "EpiPen® Auto-Injector Smart Tactics," dated March 24, 2014 |
| Exhibit 112 | Email from Tom Handel to Rajesh Shukla copying Dennis O'Brien, et al., dated August 5, 2011 |
| Exhibit 113 | Email from Dominic DiGiorgio to Tom Handel, et al., dated April 25, 2012, with attachments |
| Exhibit 114 | Email from Bryan Downey to Kimberly Fox, dated October 27, 2012, with attachment. |
| Exhibit 115 | Slide presentation entitled, "Demand Forecast Updates 2010 Monthly & LRP First Pass, dated April 30, 2010 |
| Exhibit 116 | Spreadsheet, dated April 30, 2010 |
| Exhibit 117 | Document entitled, "Dey Pharma & Meridian Medical Technologies EpiPen® Joint Commercial Committee Minutes," dated October 7, 2011 |
| Exhibit 118 | Email from Robert Deem to Pranay Patel, dated July 18, 2014, with attachments |
| Exhibit 119 | Email chain between Joann Androconis and Jon B. Rousseau, et al., dated October 18, 2012 |
| Exhibit 120 | 2013 Sanofi promotional pamphlet for the Auvi-Q |
| Exhibit 121 | 2013 Sanofi promotional pamphlet for the Auvi-Q |
| Exhibit 122 | 2013 Sanofi promotional pamphlet for the Auvi-Q |
| Exhibit 123 | 2015 Sanofi promotional pamphlet for the Auvi-Q |
| Exhibit 124 | 2015 Sanofi promotional pamphlet for the Auvi-Q |

| Exhibit 125 | Article published in the Journal of Allergy and Clinical Immunology: In Practice article written by Carlos A. Camargo, et al., entitled, "Auvi-Q Versus EpiPen: Preferences of Adults, Caregivers, and Children," dated 2013 |
|---|---|
| Exhibit 126 | Sanofi Government Agency Contact Report, dated February 8, 2011 |
| Exhibit 127 | Letter from James Parker to Elaine Hu Cunningham of the FDA, dated June 17, 2011, with attachment |
| Exhibit 128 | Sanofi Government Agency Contact Report, dated August 8, 2011 |
| Exhibit 129 | Sanofi meeting minutes, dated August 23, 2011 |
| Exhibit 130 | Letter from Elaine Hu Cunningham of the FDA to James Parker, Jr., dated August 11, 2011 |
| Exhibit 131 | Slide presentation, entitled "Auvi-Q™ (epinephrine injection, USP) Preference Data Rollout VC," dated February 5, 2013 |
| Exhibit 132 | Email chain between Kevin Boe, Natalie, Mancuso, and Lorine Harr, dated March 28, 2013, with attachments |
| Exhibit 133 | Cited excerpts from the 30(b)(1) deposition transcript of James Parker, dated October 3, 2018 |
| Exhibit 134 | Letter from John Cook to Julie Burger Chronis of the FDA, dated August 14, 2015, with attachments |
| Exhibit 135 | Expert Rebuttal Report of Steven N. Wiggins, dated March 25, 2019 |
| Exhibit 136 | Letter from Carmen M. Shepard to Roberta Szydlo, dated March 28, 2013, with attachments |
| Exhibit 137 | Cited excerpts from the 30(b)(6) deposition transcript of Jay York, dated August 1, 2018 |
| Exhibit 138 | Email chain between Ken L. Metz to Katie Quast, et al., dated November 15, 2012 |
| Exhibit 139 | Email from Jay York to Sherry Korczynski, dated May 30, 2013 |
| Exhibit 140 | Cited excerpts from the deposition transcript of Michael S. Blaiss, M.D., dated May 17, 2019 |
| Exhibit 141 | Letter from Alexandra W. Miller to Randi W. Singer and Kathleen O'Connor, dated March 23, 2015, with attachments |
| Exhibit 142 | Email chain between Matthew Kinkead and Joseph Denney copying Courtney Spezia, dated November 5, 2012 |
| Exhibit 143 | Cited excerpts from a Mylan slide presentation entitled, "Competitive Intelligence Update," dated for the week ending April 19, 2013 |
| Exhibit 144 | Email from Jay York to Sherry Korczynski and Bob Potter, dated September 26, 2013 |
| Exhibit 145 | Expert Report of Gary Zieziula, dated February 4, 2019 |
| Exhibit 146 | Rebuttal Report of Gary Zieziula, dated April 18, 2019 |

| Exhibit 147 | Expert Rebuttal Report of Michael S. Blaiss, M.D., dated April 18, 2019 |
| Exhibit 148 | Supplemental Expert Disclosure of Thomas R. Varner, PH.D, dated June 26, 2019 |
| Exhibit 149 | Letter from Carmen M. Sheppard to Matthew J. Falter, dated March 12, 2013 |
| Exhibit 150 | Email from Joe Loftus to Tom Hadley, dated December 14, 2011 |
| Exhibit 151 | Expert Reply Report of Dr. Fiona M. Scott Morton, dated April 18, 2019 |
| Exhibit 152 | Wall Street Journal article written by Johnathan D. Rockoff, et al., entitled, "Mylan CEO Faces Tough Questioning in Congressional EpiPen Hearing," dated September 22, 2016 (available at: https://www.wsj.com/articles/mylan-ceo-to-shift-blame-on-epipen-pricing-at-house-hearing-1474466910) |