# Exhibit 34
# (Filed Under Seal)

# In the Matter Of:

*In re EpiPen Marketing*

*Harry Jordan*
*October 26, 2018*
*HIGHLY CONFIDENTIAL*


*Min-U-Script® with Word Index*

Case 2:17-md-02785-DDC-TJJ   Document 1692-36   Filed 06/28/19   Page 3 of 4

In re EpiPen  
Marketing

**HIGHLY CONFIDENTIAL**

Harry Jordan  
October 26, 2018

HIGHLY CONFIDENTIAL                                      Page 37

**25** Q. What did you know about EpiPen when you first

HIGHLY CONFIDENTIAL                                      Page 38

 **1**  started at Mylan in April 2011?
 **2** A.  I had heard of it before, but I had no idea how
 **3**  it worked or what it was used for.
 **4** Q.  Who were the competitors of EpiPen at that
 **5**  time?
 **6** A.  I think there was Adrenaclick and Twinject were
 **7**  the two products.
 **8** Q.  What did you know about those products?
 **9** A.  That they were epinephrine, that's it.
**10** Q.  What market did EpiPen compete in?
**11**      MS. DELONE: Object to form.
**12**      THE WITNESS: As far as allergy market? Is
**13**  that what you are asking?
**14** Q.  BY MR. WHITE: Was it the epinephrine
**15**  auto-injector market?
**16**      MS. DELONE: Object to form.
**17**      THE WITNESS: Correct.

HIGHLY CONFIDENTIAL                                      Page 39

HIGHLY CONFIDENTIAL                                      Page 40



HIGHLY CONFIDENTIAL     Page 133

[Left column redacted]

2  MR. WHITE: Put that one aside.
3  (Deposition Exhibit 14 was marked for
4  identification.)
5  MR. WHITE: Can we go off the record just very
6  quick?
7  THE VIDEOGRAPHER: Going off the record. The
8  time is 11:58 a.m.
9  (Recess taken.)
10  THE VIDEOGRAPHER: We're back on the record.
11  The time is 11:58 a.m.
12  Q. BY MR. WHITE: Mr. Jordan, you've been handed a
13  document marked Exhibit 14. This is a November 4, 2013,
14  email from you to a number of people at Mylan with the
15  subject "Humana win for 2014." Is that right?
16  A. Yes.
17  Q. Did you send this email in the ordinary course
18  of your business as a Mylan employee?
19  A. I did.
20  Q. In this email you write, "Hello, RDs. I'm
21  pleased to announce that Humana Healthcare Company has
22  agreed to continue to keep EpiPen and EpiPen, Jr. as
23  their preferred branded product for both their commercial
24  and Medicare Part D formularies for 2014. For the
25  commercial formulary, they will be removing Auvi-Q off

HIGHLY CONFIDENTIAL     Page 136

1  their preferred tier and making the product
2  non-preferred. For their Medicare Part D formulary, they
3  will continue to block members, where legal, from Auvi-Q.
4  Humana covers prescription services for over 4 million
5  commercial members and over 3 million Medicare Part D
6  members." Do you see that?
7  A. I do.
8  Q. What are RDs?
9  A. Regional directors.
10  Q. What is the role of regional directors?
11  A. They oversee the specific region across the US
12  for sales.
13  Q. Is this RD team, is this just an RD team for
14  EpiPen or do they cover other drugs?
15  A. They cover EpiPen and PERFOROMIST.
16  Q. Why did you send this email?
17  A. This is a typical pullthrough email, when you
18  get a formulary agreement in place, to announce the
19  agreement, so you can pull through -- pull through that
20  formulary win.
21  Q. The subject is "Humana Win for 2014." So you
22  considered your negotiations with Humana successful; is
23  that right?
24  A. Yes.
25  Q. Was it a win that Humana removed Auvi-Q from

