# Exhibit 62
# (Filed Under Seal)

## In the Matter Of:

*In re EpiPen*
*Marketing*

*Scott Sussman*
*September 13, 2018*
*\*\*\*HIGHLY CONFIDENTIAL\*\*\**



*Min-U-Script® with Word Index*

Page 313

1 ▮
2 ▮
3 ▮
4 ▮
5 ▮.
6 Q. ▮
7 ▮
8 ▮
9 A. ▮
10 ▮
11 ▮
12 ▮
13    MS. BARRINGTON: Okay.  The next
14  document.
15    (Sussman Exhibit Number 16
16    marked for identification.)
17    BY MS. BARRINGTON:
18 Q.  This is Sussman 16.
19 A.  Okay.
20 Q.  Do you recognize this document?
21 A.  I don't.
22 Q.  We will start at the bottom e-mail.

Page 314

1 A.  You okay.
2 Q. ▮
3 ▮
4 ▮
5 A. ▮
6 Q. ▮
7 ▮
8 ▮
9 ▮
10 ▮
11 ▮
12 ▮
13 ▮
14 ▮
15 ▮
16 ▮
17 ▮
18 ▮
19 ▮
20 ▮
21 ▮
22 ▮

Page 315

1 ▮
2 ▮
3 ▮
4 ▮
5 ▮
6 ▮
7 ▮
8 ▮
9 ▮
10 ▮
11 ▮
12 A. ▮
13 Q. ▮
14 ▮
15 ▮
16 ▮
17 ▮
18 ▮
19 ▮
20 ▮
21 ▮
22 A. ▮

Page 316

1 Q. ▮
2 ▮
3 ▮
4 A. ▮
5 ▮
6 Q. ▮
7 ▮
8 A. ▮
9 Q. ▮
10 ▮
11 A. ▮
12 ▮
13 Q. ▮
14 ▮
15 ▮
16 A. ▮
17 ▮
18 ▮
19 Q. ▮
20 ▮
21 ▮
22 A. ▮