# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: EpiPen (Epinephrine Injection, USP) Marketing, Sales Practices and Antitrust Litigation | CASE NO.: 2:17-MD-02785-DDC-TJJ<br><br>Hon. Daniel D. Crabtree<br><br>Hon. Teresa J. James |

## CLASS PLAINTIFFS' MOTION FOR AN EXPEDITED BRIEFING SCHEDULE ON MOTION TO EXTEND THE REMAINING DEADLINES BY 90 DAYS

Class Plaintiffs respectfully ask the Court to set an expedited briefing schedule for the Motion To Extend the Remaining Deadlines by 90 Days. Doc. 1740. An expedited briefing schedule is warranted because the matter affects Class Plaintiffs' merits expert disclosures deadline, currently scheduled for August 16, 2019. Class Plaintiffs propose a July 31, 2019 deadline for any responses to the Motion to Extend and an August 2, 2019 deadline for Class Plaintiffs' reply brief. Class Plaintiffs also respectfully request a telephonic hearing with the Court regarding the Motion to Extend on August 5 or 6, 2019 after briefing is completed.

Respectfully submitted,

By:  */s/ Warren T. Burns*
Warren T. Burns
BURNS CHAREST LLP
900 Jackson, Suite 500
Dallas, TX 75202
Tel: (469) 904-4550
Fax: (469) 444-5002
wburns@burnscharest.com

Rex A. Sharp KS #12350
REX A. SHARP, PA
5301 W. 75th Street Prairie Village, KS
66208 Tel: (913) 901-0505
Fax: (913) 901-0419

Email: rsharp@midwest-law.com

Paul J. Geller
ROBBINS GELLER RUDMAN & DOWD
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Tel: (561) 750-3000
Fax: (561) 750-3364
Email: pgeller@rgrdlaw.com

Lynn Lincoln Sarko
KELLER ROHRBACK L.L.P.
1201 3rd Ave. - Ste. 3200
Seattle, WA 98101
Tel: (206) 623-1900
Fax: (206) 623-3384
Email: lsarko@kellerrohrback.com

*Liaison Counsel*

Ryan C. Hudson KS #22986
REX A. SHARP, PA
5301 W. 75th Street Prairie Village, KS
66208 Tel: (913) 901-0505
Fax: (913) 901-0419
rhudson@midwest-law.com

*Plaintiffs' Steering Committee*

Elizabeth C. Pritzker (Chair)
PRITZKER LEVINE LLP
180 Grand Avenue, Suite 1390
Oakland, CA 94612
Tel: (415)692-0772
Fax: (415)366-6110
Email: ecp@pritzkerlevine.com

Sharon S. Almonrode
THE MILLER LAW FIRM, P.C.
950 West University Drive Suite 300
Rochester, MI 48307
Tel: (248) 841-2200
Fax: (248) 652-2852
Email: ssa@millerlawpc.com

W. Mark Lanier

2

THE LANIER LAW FIRM, P.C.
6810 FM 1960 West
Houston, TX 77069
Tel: (713) 659-5200
Fax: (713) 659-2204
Email: wml@lanierlawfirm.com

Damien Marshall
BOIES SCHILLER FLEXNER LLP
575 Lexington Avenue
New York, New York 10022
Tel: (212) 446-2350
Fax: (212) 446-2350
Email: dmarshall@bsfllp.com

Rosemary Rivas
LEVI & KORSINKSY, LLP
44 Montgomery Street, Suite 650
San Francisco, CA 94104
Tel: (415) 291-2420
Fax: (415) 484-1294

*Counsel for Class Plaintiffs*

## CERTIFICATE OF SERVICE

On this 26th day of July, 2019, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which provides a notice of such filing on each attorney registered for ECF notification to the counsel of record in this case.

*/s/ Warren T. Burns*
Warren T. Burns