# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: EpiPen (Epinephrine Injection, USP) Marketing, Sales Practices and Antitrust Litigation | CASE NO.: 2:17-MD-02785-DDC-TJJ<br><br>Hon. Daniel D. Crabtree<br><br>Hon. Teresa J. James |
| SANOFI-AVENTIS U.S. LLC,<br><br>    Plaintiff/<br>    Counterclaim-Defendant,<br><br>    v.<br><br>MYLAN Inc., et al.,<br><br>    Defendants/<br>    Counterclaim-Plaintiffs. | CASE NO. 2:17-CV-02452-DDC-TJJ |
| **This Document Relates to the *Sanofi* Case.** | *Document Filed Electronically* |

**DECLARATION OF ERIC HOCHSTADT IN SUPPORT OF PLAINTIFF/COUNTERCLAIM-DEFENDANT SANOFI-AVENTIS U.S. LLC'S OPPOSITION TO MYLAN'S MOTION TO EXCLUDE OPINION TESTIMONY OF MARY ANN MICHELIS, M.D.**

I, Eric Hochstadt, declare under penalty of perjury as follows:

1. I am a member of the Bar of the State of New York and a partner at the law firm of Weil, Gotshal & Manges LLP, attorneys for Plaintiff/Counterclaim-Defendant Sanofi-Aventis U.S. LLC ("Sanofi") in this action.

2. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

3. I submit this Declaration in Support of Sanofi's Opposition to Mylan's Motion to Exclude Opinion Testimony of Mary Ann Michelis, M.D.

4. Attached as Exhibit A is a true and correct copy of Awards and Accreditations for Hackensack Meridian Health, available at https://hackensackmeridianhealth.org/about/awards-and-accreditations/.

5. Attached as Exhibit B is a true and correct copy of the cited excerpts from the deposition transcript of Dr. Mary Ann Michelis, dated May 22, 2019.

6. Attached as Exhibit C is a true and correct copy of Mylan's Memorandum of Law in Support of Plaintiff's Motion for a Status Quo Preliminary Injunction, *Mylan Specialty L.P. v. Karen L. Bowling, Secretary of the of the West Virginia Department of Health and Human Resources*, Civ. Action No. 15-C-584, dated March 25, 2015.

7. Attached as Exhibit D is a true and correct copy of the Expert Report of Michael S. Blaiss, M.D., dated March 25, 2019.

8. Attached as Exhibit E is a true and correct copy of the cited excerpts from the deposition transcript of Michael S. Blaiss, M.D., dated May 17, 2019.

2

9. Attached as Exhibit F is a true and correct copy of the FDA Warning Letter to Meridian Medical Technologies, Inc. a Pfizer Company, dated September 5, 2017, available at https://www.fda.gov/iceci/enforcementactions/warningletters/2017/ucm574981.htm.

I declare under penalty of perjury that the foregoing facts are true and correct. This declaration was executed on the 8th day of August, 2019.

                                                */s/ Eric Hochstadt*  
                                                Eric Hochstadt

# CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2019, the foregoing was filed via CM-ECF and by e-mail to all counsel of record.

                                              */s/ Eric Hochstadt*
                                              Eric Hochstadt