# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: EpiPen (Epinephrine Injection, USP) Marketing, Sales Practices and Antitrust Litigation | CASE NO.: 2:17-MD-02785-DDC-TJJ<br><br>Hon. Daniel D. Crabtree<br><br>Hon. Teresa J. James |
| SANOFI-AVENTIS U.S. LLC,<br><br>    Plaintiff/<br>    Counterclaim-Defendant,<br><br>v.<br><br>MYLAN Inc., et al.,<br><br>    Defendants/<br>    Counterclaim-Plaintiffs. | CASE NO. 2:17-CV-02452-DDC-TJJ |
| **This Document Relates to the** *Sanofi* **Case.** | *Document Filed Electronically* |

## EXHIBIT INDEX

| Exhibit A | Awards and Accreditations for Hackensack Meridian Health |
|---|---|
| Exhibit B | Excerpted Deposition Transcript of Dr. Mary Ann Michelis, dated May 22, 2019 |
| Exhibit C | Mylan's Memorandum of Law in Support of Plaintiff's Motion for a Status Quo Preliminary Injunction, *Mylan Specialty L.P. v. Karen L. Bowling, Secretary of the of the West Virginia Department of Health and Human Resources*, Civ. Action No. 15-C-584, dated March 25, 2015 |
| Exhibit D | Expert Report of Michael S. Blaiss, M.D., dated March 25, 2019 |
| Exhibit E | Excerpted Deposition Transcript of Michael S. Blaiss, M.D., dated May 17, 2019 |
| Exhibit F | FDA Warning Letter to Meridian Medical Technologies, Inc. a Pfizer Company, dated September 5, 2017 |