# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: EpiPen (Epinephrine Injection, USP) Marketing, Sales Practices and Antitrust Litigation | CASE NO.: 2:17-MD-02785-DDC-TJJ<br><br>Hon. Daniel D. Crabtree<br><br>Hon. Teresa J. James |
| SANOFI-AVENTIS U.S. LLC,<br><br>    Plaintiff/<br>    Counterclaim-Defendant,<br><br> v.<br><br>MYLAN Inc., et al.,<br><br>    Defendants/<br>    Counterclaim-Plaintiffs. | CASE NO. 2:17-CV-02452-DDC-TJJ |
| **This Document Relates to the *Sanofi* Case.** | *Document Filed Electronically* |

### DECLARATION OF ERIC HOCHSTADT IN SUPPORT OF PLAINTIFF/COUNTERCLAIM-DEFENDANT SANOFI-AVENTIS U.S. LLC'S OPPOSITION TO MYLAN'S MOTION TO EXCLUDE OPINION TESTIMONY OF FIONA M. SCOTT MORTON, PH.D.

I, Eric Hochstadt, declare under penalty of perjury as follows:

1. I am a member of the Bar of the State of New York and a partner at the law firm of Weil, Gotshal & Manges LLP, attorneys for Plaintiff/Counterclaim-Defendant Sanofi-Aventis U.S. LLC ("Sanofi") in this action.

2. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

3. I submit this Declaration in Support of Sanofi's Opposition to Mylan's Motion to Exclude Opinion Testimony of Fiona M. Scott Morton, Ph.D.

4. Attached as Exhibit 1 is a true and correct copy of excerpts from the Fiona M. Scott Morton, Ph.D. Deposition Transcript.

5. Attached as Exhibit 2 is a true and correct copy of the Sanofi-produced document beginning with the Bates stamp SAN-EPI-0171591.

6. Attached as Exhibit 3 is a true and correct copy of the February 2, 2019 Expert Report of Mary Ann Michelis, Ph.D.

7. Attached as Exhibit 4 is a true and correct copy of Dr. Jay Portnoy M.D. et. Al, *Patient Carrying Time, Confidence, and Training with Epinephrine Autoinjectors: The RACE Survey*, Elsevier Inc. (March 13, 2019).

8. Attached as Exhibit 5 is a true and correct copy of excerpts from the Robert D. Willig, Ph.D. Deposition Transcript.

9. Attached as Exhibit 6 is a true and correct copy of the April 13, 2019 Expert Rebuttal Report of J. Lawrence Stevens.

10. Attached as Exhibit 7 is a true and correct copy of excerpts from Roger Ware, *Multiproduct Loyalty Programs*, 30 Revue Canadienne du Droit de la Concurrence 112 (2017).

11. Attached as Exhibit 8 is a true and correct copy of the Antitrust Law Journal Publication Process from the American Bar Association.

12. Attached as Exhibit 9 is a true and correct copy of Robert D. Willig et. al, *An Economic Perspective On The Antitrust Case Against Intel*, Compass Lexecon (Oct. 2009).

13. Attached as Exhibit 10 is a true and correct copy of the March 25, 2019 Expert Rebuttal Report of Robert D. Willig, Ph.D.

14. Attached as Exhibit 11 is a true and correct copy of excerpts from the Peter Guenter Deposition Transcript.

15. Attached as Exhibit 12 is a true and correct copy of excerpts from the Patrick Barry 30(b)(6) Deposition Transcript.

16. Attached as Exhibit 13 is a true and correct copy of the Bruce Foster Deposition Exhibit 20.

17. Attached as Exhibit 14 is a true and correct copy of the Mylan-produced document beginning with the Bates stamp MYEP00087496.

18. Attached as Exhibit 15 is a true and correct copy of the Sanofi-produced document beginning with the Bates stamp SAN-EPI-0000519.

19. Attached as Exhibit 16 is a true and correct copy of the Mylan-produced document beginning with the Bates stamp MYEP00889398.

I declare under penalty of perjury that the foregoing facts are true and correct. This declaration was executed on the 8th day of August, 2019.

                                                     */s/ Eric Hochstadt*
                                                    Eric Hochstadt

## CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2019, the foregoing was filed via CM-ECF and by e-mail to all counsel of record.

                                                           */s/ Eric Hochstadt*
                                                         Eric Hochstadt