# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: EpiPen (Epinephrine Injection, USP) Marketing, Sales Practices and Antitrust Litigation | CASE NO.: 2:17-MD-02785-DDC-TJJ<br><br>Hon. Daniel D. Crabtree<br>Hon. Teresa J. James |
| SANOFI-AVENTIS U.S. LLC,<br><br>    Plaintiff-Counterclaim Defendant,<br><br>  v.<br><br>MYLAN Inc., *et al.*,<br><br>    Defendants-Counterclaim Plaintiffs. | CASE NO.: 2:17-CV-02452-DDC-TJJ |
| **This Document Relates to the *Sanofi* Case.** | *Document Filed Electronically* |

### INDEX OF EXHIBITS TO PLAINTIFF/COUNTERCLAIM-DEFENDANT SANOFI-AVENTIS U.S. LLC'S OPPOSITION TO MYLAN'S MOTION TO EXCLUDE OPINION TESTIMONY OF FIONA M. SCOTT MORTON, PH.D.

| | |
|---|---|
| Exhibit 1 | Excerpted Deposition Transcript of Fiona M. Scott Morton, Ph.D. – March 12, 2019 |
| Exhibit 2 | October 27, 2012 Auvi-Q Pricing Strategy & Recommendation Whitepaper ("Sanofi 2012 Forecast") (Scott Morton Ex. 15; SAN-EPI-0171591-96) |
| Exhibit 3 | Expert Report of Dr. Mary Ann Michelis – February 2, 2019 |
| Exhibit 4 | Article: Dr. Jay Portnoy M.D. et. Al, *Patient Carrying Time, Confidence, and Training with Epinephrine Autoinjectors: The RACE Survey*, Elsevier Inc. (March 13, 2019) |
| Exhibit 5 | Excerpted Deposition Transcript of Robert D. Willig, Ph.D. – May 29, 2019 |
| Exhibit 6 | Expert Rebuttal Report of J. Lawrence Stevens – April 13, 2019 |

| | |
|---|---|
| Exhibit 7 | Excerpted Article: Roger Ware, *Multiproduct Loyalty Programs*, 30 Revue Canadienne du Droit de la Concurrence 112 (2017) |
| Exhibit 8 | Antitrust Law Journal Publication Process from the American Bar Association |
| Exhibit 9 | Article: Robert D. Willig et. al, *An Economic Perspective On The Antitrust Case Against Intel*, Compass Lexecon (Oct. 2009) |
| Exhibit 10 | Expert Rebuttal Report of Robert D. Willig, Ph.D. – March 25, 2019 |
| Exhibit 11 | Excerpted Deposition Transcript of Peter Guenter |
| Exhibit 12 | Excerpted 30(b)(6) Deposition Transcript of Patrick Barry |
| Exhibit 13 | Email from B. Foster entitled, "Fw: An idea for fighting coupons with coupons," dated November 13, 2013 (Foster Dep. Ex. 20; MYEP00602163-65) |
| Exhibit 14 | Fourth Amendment to the Rebate and Administrative Fee Agreement between Prime Therapeutics LLC and Mylan Specialty L.P. (MYEP00087496-99) |
| Exhibit 15 | Fifth Amendment to the Rebate and Administrative Fee Agreement between Prime Therapeutics LLC and Sanofi-Aventis U.S. LLC (SAN-EPI-0000519-28) |
| Exhibit 16 | Mylan L.P. Managed Markets Announcement (MYEP00889398-99) |