## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: EpiPen (Epinephrine Injection, USP) Marketing, Sales Practices and Antitrust Litigation | CASE NO.: 2:17-MD-02785-DDC-TJJ<br><br>Hon. Daniel D. Crabtree<br><br>Hon. Teresa J. James |
| SANOFI-AVENTIS U.S. LLC,<br><br>        Plaintiff/<br>        Counterclaim-Defendant,<br><br>   v.<br><br>MYLAN Inc., et al.,<br><br>        Defendants/<br>        Counterclaim-Plaintiffs.<br><br>**This Document Relates to the *Sanofi* Case.** | CASE NO. 2:17-CV-02452-DDC-TJJ<br><br>*Document Filed Electronically* |

**DECLARATION OF ERIC HOCHSTADT IN SUPPORT OF PLAINTIFF/COUNTERCLAIM-DEFENDANT SANOFI-AVENTIS U.S. LLC'S OPPOSITION TO MYLAN'S PARTIAL MOTION TO EXCLUDE OPINION TESTIMONY OF EDUARDO SCHUR**

I, Eric Hochstadt, declare under penalty of perjury as follows:

1. I am a member of the Bar of the State of New York and a partner at the law firm of Weil, Gotshal & Manges LLP, attorneys for Plaintiff/Counterclaim-Defendant Sanofi-Aventis U.S. LLC ("Sanofi") in this action.

2. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

3. I submit this Declaration in Support of Sanofi's Opposition to Mylan's Partial Motion to Exclude Opinion Testimony of Eduardo Schur.

4. Attached as Exhibit 1 is a true and correct copy of the Rebuttal Expert Report of J. Lawrence Stevens.

I declare under penalty of perjury that the foregoing facts are true and correct. This declaration was executed on the 9th day of August, 2019.

/s/     *Eric S. Hochstadt*
Eric S. Hochstadt

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 9, 2019, the foregoing was filed via CM-ECF and by e-mail to all counsel of record.

/s/     *Eric S. Hochstadt*
Eric S. Hochstadt