**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| IN RE: EpiPen (Epinephrine Injection, USP) Marketing, Sales Practices and Antitrust Litigation | CASE NO.: 2:17-MD-02785-DDC-TJJ<br><br>Hon. Daniel D. Crabtree<br><br>Hon. Teresa J. James |
| SANOFI-AVENTIS U.S. LLC,<br><br>                    Plaintiff-Counterclaim Defendant,<br><br>     v.<br><br>MYLAN Inc., *et al.*,<br><br>                    Defendants-Counterclaim Plaintiffs.<br><br>**This Document Relates to the *Sanofi* Case.** | CASE NO.: 2:17-CV-02452-DDC-TJJ<br><br><br><br><br>*Document Filed Electronically* |

**EXHIBIT INDEX**

| Exhibit 1 | Redacted Rebuttal Expert Report of J. Lawrence Stevens – April 13, 2019 |
|---|---|