# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: EpiPen (Epinephrine Injection, USP) Marketing, Sales Practices and Antitrust Litigation | CASE NO.: 2:17-MD-02785-DDC-TJJ<br><br>Hon. Daniel D. Crabtree<br>Hon. Teresa J. James |
| SANOFI-AVENTIS U.S. LLC,<br><br>　　　　Plaintiff/Counterclaim-Defendant,<br><br>　v.<br><br>MYLAN Inc., *et al.*,<br><br>　　　　Defendant/Counterclaim-Plaintiffs. | CASE NO.: 2:17-CV-02452-DDC-TJJ |
| **This Document Relates to the *Sanofi* Case.** | *Document Filed Electronically* |

**INDEX OF EXHIBITS TO PLAINTIFF/COUNTERCLAIM-DEFENDANT SANOFI-AVENTIS U.S. LLC'S OPPOSITION TO MYLAN'S MOTION TO EXCLUDE OPINION TESTIMONY OF STEVEN N. WIGGINS, Ph.D.**

| | |
|---|---|
| Exhibit A | Excerpted Deposition Transcript of Steven N. Wiggins, Ph.D. – May 9, 2019 |
| Exhibit B | Supplemental Expert Disclosure of Thomas R. Varner, Ph.D. – June 26, 2019 |
| Exhibit C | September 5, 2017 letter from the U.S. Food and Drug Administration to Thomas Handel (Handel Ex. 28) |