# Exhibit 3
# (Filed Under Seal)

**EXPERT REPORT OF DR. MARY ANN MICHELIS**

**February 2, 2019**

**HIGHLY CONFIDENTIAL**

# I.   INTRODUCTION

## A.   ASSIGNMENT

1.      I have been engaged by the Plaintiff, Sanofi-Aventis U.S. LLC ("Sanofi") in the above-referenced matter to: (1) describe the disease of anaphylaxis; (2) explain the treatment options; and (3) discuss the factors considered when prescribing treatment, including the roles of patient choice, coverage, cost, communications from pharmaceutical companies, and efficacy and safety.

## B.   QUALIFICATIONS

2.      I am the Chief of Allergy and Immunology for the Division of Internal Medicine and Pediatrics at Hackensack University Medical Center in New Jersey (the "Hospital"). I received my medical degree from the University of Pittsburgh School of Medicine. I did an Allergy and Immunology fellowship at Weill-Cornell Hospital from 1978 to 1980. I then did a post-doctorate fellowship at Rockefeller University in New York from 1980 to 1981. I have been affiliated with the Hospital since 1981, when I was recruited to create a Flow Cytometry Immunology laboratory, a laboratory that utilizes specialized tools to analyze the physical and chemical characteristics of cells in the diagnosis immunological disorders and allergies. I am certified in Allergy & Immunology by the American Board of Allergy and Immunology and certified in Diagnostic Laboratory Immunology and Internal Medicine by the American Board of Internal Medicine.

3.      Currently, I see approximately 60 to 70 patients per week in my allergy practice, which is affiliated with the Hospital. Until 2014, I ran my own private practice in Hackensack, New Jersey, which was affiliated with the Hospital. Throughout the course of my career, I have seen thousands of patients and taught many patients (adults and children) and caregivers how to use epinephrine auto-injector ("EAI") devices, as well as pre-filled syringes and vials and syringes containing epinephrine.

4.      In addition to seeing patients, I teach the Hospital's residents about anaphylaxis to prepare for the American Board of Internal Medicine. I am an active member of the American Academy of Allergy, Asthma & Immunology ("AAAAI") and attend the annual meeting. I have also served on the AAAAI national committees and helped to organize seminars for the national meetings.

5.      A copy of my curriculum vitae is attached as Appendix A.

### C.    SCOPE OF ANALYSIS

6.      My analysis is based on my experience: (i) taking care of patients with anaphylaxis in my office and in the Hospital; (ii) demonstrating the use of EAI devices to my patients in my office, including training patients to use EpiPen and Auvi-Q; (iii) desensitizing patients in both my office and the Hospital where on occasion anaphylaxis occurs; (iv) participating in various local and national meetings where anaphylaxis and its treatment were discussed; (v) review of pertinent medical journal articles; (vi) exposure to pharmaceutical sales representatives; and (vii) during the course of my preparation of this report, review of information that was produced or made publicly available by the parties in this litigation.

7.      The bases for my opinions are described in this report. My work on this matter is ongoing, and I will supplement this report if information that alters any of my opinions comes to my attention after this report is submitted. A list of the materials I reviewed in preparation of this report is attached as Appendix B. If there is a response to my report, I reserve the right to respond to it.

8.      I am compensated at a rate of ▮▮▮ per hour for time I incur on this matter. Payment is not contingent on my findings or on the outcome of this case.

### D.    SUMMARY OF OPINIONS

9.      Anaphylaxis is a life-threatening allergic reaction that requires rapid and immediate treatment. Epinephrine is the treatment of choice for anaphylaxis, a severe, rapid allergic reaction that may cause death if not treated properly. The most effective way for patients to prepare for and fight symptoms of anaphylaxis is to carry their EAI device at all times. All EAI devices administer epinephrine, but different devices may have unique technical or aesthetic designs that are more suitable for different patients. Portability and out of pocket cost to the patient are critical factors that affect the likelihood that patients will consistently carry their EAI device. Many of my patients preferred Auvi-Q due to its compact size and helpful voice instructions, but ultimately were prescribed EpiPen because it was covered by their insurance. Lack of access to a patient's preferred EAI device make it less likely that patients will have their epinephrine on hand upon the onset of an anaphylactic event.

## II.   ANAPHYLAXIS

### A.   DISEASE STATE

10.      Anaphylaxis is an acute allergic reaction that has a rapid onset and may cause death.[1] It can occur within minutes of exposure to an allergen, such as foods, insect stings, pets, latex, or medications.[2] This diagnosis should be considered when there is an acute onset of symptoms in two organs, acute hypotension, or laryngeal compromise in patients with or without recent exposure to food, drug or venom sting. In these circumstances, epinephrine should be used immediately unless contraindicated. Patients who have anaphylaxis with no known trigger may have a clonal mast cell disorder.[3]

11.      Anaphylaxis causes the immune system to release a flood of chemicals that can cause a patient to go into shock. When a patient goes into anaphylactic shock, their blood pressure drops suddenly, leading to irregular rhythms and possibly ischemia, and/or their larynx narrows and bronchial obstructs, which blocks breathing. Signs and symptoms of anaphylaxis include: skin reactions, such as hives or itching, flushed or pale skin, swelling of lips, cheeks, eyelids, or extremities; low blood pressure (hypotension); constriction of the airways and a swollen tongue, throat or bronchial airways, which can cause wheezing, trouble breathing, and a drop in oxygen saturation; a weak, slow, or rapid pulse; nausea, vomiting or diarrhea; and dizziness or fainting. Some of those symptoms are illustrated in Figure 1 below:

---

[1] *Anaphylaxis*, MYLAN, https://www.mylan.com/-/media/mylancom/files/patient-materials/myguide_anaphylaxis.pdf (last visited Feb. 2, 2019).
[2] *Anaphylaxis*, MAYO CLINIC, https://www.mayoclinic.org/diseases-conditions/anaphylaxis/symptoms-causes/syc-20351468 (last visited Feb. 2, 2019).
[3] Mariana Castells, *Diagnosis and management of anaphylaxis in precision medicine,* 140 J. ALLERGY & CLIN. IMMUNOL., 321, 321 (2017).



Figure 1: Diagram highlighting areas where anaphylaxis impacts the body[4]

If not treated properly and promptly, anaphylaxis can lead to cardiac or respiratory arrest and can cause death.

## B.   PREVALENCE

12.     Anaphylaxis is a common condition in the United States. Two nationwide studies concluded that the prevalence of anaphylaxis in the adult population in the United States is likely between 1.6% to 5.1% of the population.[5] This means that anaphylaxis occurs in at least 1 in 50 adults, and likely closer to 1 in 20 adults.[6] Moreover, anaphylaxis diagnoses in children in the United States more than doubled between 2009 and 2013 – rising from 5.7 to 11.7 patients per 10,000 emergency department visits.[7] The prevalence may be higher since many individuals experiencing anaphylaxis in hospital emergency rooms, operating rooms, infusions or urgent care centers are

---

[4] Stuart I. Henochowicz et al., *Anaphylaxis*, MEDLINEPLUS (Feb. 27, 2018), https://medlineplus.gov/ency/imagepages/19320.htm.
[5] Robert A. Wood et al., *Anaphylaxis in America: The prevalence and characteristics of anaphylaxis in the United States,* 133 J. ALLERGY & CLIN. IMMUNOL., 461, 467 (2014).
[6] *Id.*
[7] Kenneth A. Michelson et al., *Variation and Trends in Anaphylaxis Care in United States Children's Hospitals*, 23 ACAD. EMERGENCY MED., 623, 625 (2016).

diagnosed with the most prominent symptoms of their systemic reaction: asthma, urticarial, hypotension, arrhythmia, syncope, nausea with vomiting or toxic reaction, rather than anaphylaxis.

13.     Anaphylaxis can affect patients of all different demographics. Because many patients are exposed to allergens unexpectedly or by accident, anaphylaxis can result in otherwise avoidable fatalities. Working in this field, I have read about teens and young adults who tragically die after accidentally eating something containing an allergen. For example, a young Rutgers University graduate died after accidentally eating a burger that was cross contaminated with peanut oil.[8] In another story, a 7-year-old died from an allergic reaction at school when the school failed to administer epinephrine.[9] In Florida, a 15-year-old girl ate a chocolate chip cookie at a friend's house that she thought was "safe" based on familiar packaging, but instead it caused anaphylactic shock, which ultimately was fatal.[10] A 19-year-old male Penn State University student died June 23, 2018 as result of anaphylaxis due to peanut exposure. This occurred after he ate beef lo mein and an egg roll at a Chinese restaurant in his hometown of Lancaster, Pennsylvania.[11] These stories remind us that anaphylaxis can affect anyone and that adequate treatment for an anaphylactic episode can be a matter of life and death. I share these stories with my patients to warn them about risks and potential fatalities that result when a patient is not prepared for rapid treatment of anaphylaxis.

### C.     TREATMENT

14.     Intramuscular epinephrine is the first-line therapy for anaphylaxis, according to the National Institute of Allergy and Infectious Diseases ("NIAID").[12] There is no drug product that is interchangeable with an epinephrine product for purposes of treating an anaphylactic episode.

15.     Epinephrine causes several reactions in the body to treat an anaphylactic reaction appropriately. First, epinephrine causes the blood vessels to constrict, which decreases swelling

---

[8] Mariam Matti, *Grieving Allergy Mom Warns Others: Speak Up About Severe Food Allergies,* ALLERGIC LIVING (Mar. 23, 2017), https://www.allergicliving.com/2017/03/23/grieving-allergy-mom-warns-others-speak-up-about-food-allergies/.

[9] Katie Moisse, *Death of Allergic Student Raises Questions About School's Responsibility,* ABC NEWS (Jan. 5, 2012), https://abcnews.go.com/Health/AllergiesFood/year-virginia-girl-dies-allergic-reaction-school/story?id=15295949.

[10] A. Pawlowski, *After teen girl's peanut allergy death, mom warns about food packaging,* TODAY (July 19, 2018, 2:25 PM), https://www.today.com/health/peanut-allergy-after-girl-s-death-mom-warns-about-food-t133371.

[11] Nicole Smith, *College Student 'Who Lit Up a Room,' Dies of Severe Allergic Reaction to Chinese Food,* ALLERGIC LIVING (July 2, 2018), https://www.allergicliving.com/2018/07/02/college-student-who-lit-up-a-room-dies-of-severe-allergic-reaction-to-chinese-food/.

[12] *Anaphylaxis*, MYLAN, https://www.mylan.com/-/media/mylancom/files/patient-materials/myguide_anaphylaxis.pdf (last visited Feb. 2, 2019).

and increases blood pressure.[13] If the allergen has been by injection or sting, epinephrine reduces exposure of the individual to the allergen. Second, it increases the heart rate which can prevent or reverse cardiovascular effects of anaphylaxis.[14] Third, epinephrine relaxes the smooth muscles including the muscles surrounding the airways in the lungs and larynx, which helps to reverse the respiratory effects of anaphylaxis, such as wheezing, stridor, or shortness of breath.[15] Finally, it prevents the release of additional mediators from the mast cells into the blood, which impedes the progression of an allergic reaction.[16]

16.     Antihistamines are not an appropriate first-line treatment for the life-threatening symptoms of anaphylaxis.[17] A study published in *Pediatric Emergency* Care concluded that "[a]ntihistamines are slower in onset of action than epinephrine and should be considered as a secondline treatment for anaphylaxis."[18] While antihistamines, such as Benadryl®, may relieve itching symptoms or hives, these drugs are not a substitute for epinephrine because they are inadequate to treat shortness of breath, wheezing, gastrointestinal symptoms or shock.[19]

17.     Steroid medications are also not suitable as the first-line treatment of anaphylaxis. The same study found that "[c]orticosteroids are also not recommended for acute management of anaphylaxis because of their slow onset of action, and the use of corticosteroids to prevent biphasicreactions has shown to be inconclusive."[20] Steroids can reduce inflammation and prevent the return of symptoms associated with allergies, but only do so six hours after administration. Therefore, steroids are not a medical substitute for intramuscular epinephrine because they do not effectively manage the immediacy of the reaction as a whole.[21]

18.     Medical school and medical licensing exams test students to ensure that they understand that epinephrine is the only first-line treatment for anaphylaxis. Antihistamines and steroids are often listed as incorrect answers on such exams. For example, the AAAAI "Anaphylaxis Quiz" asks

---

[13] Hermant Sharma, *How Does Epinephrine Turn Off an Allergic Reaction?*, ALLERGIC LIVING (Apr. 10, 2013), https://www.allergicliving.com/experts/how-does-epinephrine-turn-off-an-allergic-reaction/.
[14] *Id.*
[15] *Id.*
[16] *Id.*
[17] *Anaphylaxis*, MYLAN, https://www.mylan.com/-/media/mylancom/files/patient-materials/myguide_anaphylaxis.pdf (last visited Feb. 2, 2019).
[18] Natasha Sidhu et al., *Evaluation of Anaphylaxis Management in a Pediatric Emergency Department*, 32 PEDIATRIC EMERGENCY CARE, 508, 510-511 (2016).
[19] *Anaphylaxis*, MYLAN, https://www.mylan.com/-/media/mylancom/files/patient-materials/myguide_anaphylaxis.pdf (last visited Feb. 2, 2019).
[20] Natasha Sidhu et al., *Evaluation of Anaphylaxis Management in a Pediatric Emergency Department*, 32 PEDIATRIC EMERGENCY CARE, 508, 512 (2016).
[21] *Id.*

this question demonstrating that antihistamines and steroids should not be substituted for epinephrine:

ANAPHYLAXIS QUIZ

**Question 8**

Antihistamines and corticosteroids are good substitutes for epinephrine in treating anaphylaxis.
○ True
◉ False

**False.** Antihistamines and corticosteroids can sometimes used in addition to epinephrine, but these medications are not a substitute for epinephrine.

*Figure 2: AAAAI quiz showing that antihistimines and steroids are not first-line treatment[22]*

19.     Because epinephrine is the only appropriate first-line medical treatment option, patients at risk for anaphylaxis should be prescribed and trained on how to use EAI devices. Patients or caregivers must have EAI devices on hand and be able to administer the device in order to effectively combat the reaction while awaiting emergency care or treatment by a health care professional. If anaphylaxis is not treated right away, it can be fatal.

## III.     EPINEPHRINE AUTO-INJECTOR DEVICES: OPTIONS AVAILABLE

### A.     OVERVIEW

20.     All EAI devices contain the same active ingredient: epinephrine.[23] However, each EAI device has a different method of administration, appearance, packaging, shape, size or operating procedure.

---

[22] *Anaphylaxis Quiz*, AM. ACAD. ALLERGY, ASTHMA & IMMUNOL., https://www.aaaai.org/conditions-and-treatments/allergies/anaphylaxis/anaphylaxis-quiz (last visited Feb. 2, 2019).

[23] Memorandum of Law in Support of Plaintiff's Motion for a Status Quo Preliminary Injunction, Exhibit B at ¶7 & 20, Mylan Specialty L.P. v. Bowling, No. 15-C-584 (W. Va. Cir. Ct. Mar. 25, 2015) ("[D]istinct [EAI] products offer the same active ingredient (epinephrine).").

 

Figure 3: Side-by-side comparison of Auvi-Q and EpiPen trainers[24]

21.     Emergency room physicians along with allergist-immunologists are typically the first doctors to prescribe an EAI device for a patient. As an allergist, I see patients who are learning about their allergies for the first time, so I am often the first clinician to diagnose a reaction as a systemic allergy and to prescribe an EAI device to a patient. As a result, allergists (and typically not the emergency room doctor) are often the health care providers who inform patients about their treatment options and train patients on how to use an EAI device in an anaphylactic episode. Once the initial diagnosis is made, other health care providers, such as primary care physicians or pediatricians, may prescribe refills or monitor care for patients who experience anaphylaxis.

22.     Because patients must use their EAI device immediately during an anaphylactic episode, EAI devices must be kept readily available for at-risk patients. Storing an EAI device in a remote location or having it in the wrong place when anaphylaxis occurs, such as child's locker, a car, a nurse's office, at home or tucked away in the bottom of a bag, may cause delay in treatment which could be ineffective to counteract the reaction. When patients return to my office for an appointment, I routinely ask them to show me their EAI device, in order to emphasize the importance of having the device readily accessible. Failure to carry EAI devices during an anaphylactic episode is a documented problem: a recent study showed that of the 3,055 individuals

---

[24] Photographs taken in my office.

8

with food allergies attending camps in the USA and Canada, only 32.5% brought an EAI device to the camp.[25] Anaphylaxis can occur unexpectedly, for example, because of a bee sting or accidentally eating food containing a hidden allergen. When a patient goes into anaphylactic shock unexpectedly, it is critical that an EAI device be easily accessible so that it can be administered immediately. Time is of the essence. It is therefore essential that EAI devices are compact and easy for patients to carry at all times during their day-to-day lives.

23.     An anaphylactic episode can cause patients and caregivers to panic. In addition to experiencing life-threatening symptoms, patients can feel dread that symptoms may worsen. Many patients are also fearful of using a needle. Because EAI devices are used in high stress, life-threatening situations, it is critical that an EAI device be easy to use by persons without a medical background. In order to successfully treat patients in an anaphylactic episode, it is best if patients and caregivers are trained to use EAI devices. To best be prepared, patients and caregivers should learn to use the unique mechanism of the EAI device they are prescribed to ensure that they are prepared for an anaphylactic episode, including by practicing using trainer devices. For instance, local schools in my area that received EpiPen devices from Mylan, have contacted me to request that I train school nurses and teachers how to use EpiPens that they had received.

24.     While epinephrine may be administered without an EAI device, including through pre-filled syringes of epinephrine or vials and syringes, these methods are not preferred for a number of reasons. First, epinephrine is often administered by a layperson without medical training (and sometimes, by someone without any training on the device at all), such as the patient themselves, or a caregiver, parent, or teacher. Therefore, administration is most effective if it is as quick and simple as possible. Second, syringes, even those that are pre-filled, have exposed needles, which can slow down the process and increase the level of difficulty, even for trained medical professionals.[26] Third, syringes do not automatically dispense the medication, and there is a chance that the full dose of medication will not be injected. In some hospitals, EAI devices are the standard treatment for anaphylaxis because their ease of use makes them superior.

25.     Because patients of diverse demographics experience anaphylaxis—including children, adults, men, women, and individuals with disabilities—the availability of different EAI devices can

---

[25] Susan Wasserman et al., *Epinephrine Autoinjectors: New Data, New Problems*, 5 J. ALLERGY & CLIN. IMMUNOL.: IN PRACTICE, 1180, 1189 (2017).

[26] I understand that in January 2019, the drug manufacturer Sandoz announced the market introduction of pre-filled syringes containing epinephrine under the name Symjempi.  *Sandoz Inc. launches SYMJEPI™ (epinephrine) in the US*, SANDOZ (Jan. 16, 2019), https://www.us.sandoz.com/news/media-releases/sandoz-inc-launches-symjepi-epinephrine-us.

help ensure that patients are prescribed a device that best suits their needs. There is no single device perfect for all patients. Therefore, having more EAI devices available on the market and accessible to patients at an affordable price through their insurance is of utmost importance. I am aware of at least the following EAI devices that have been distributed at one time or another in the United States between 1987 and the present:

### B.   EPIPEN

26.    As the name suggests, EpiPen is shaped like a large pen or marker. EpiPen is administered by removing the EAI from a plastic carrier tube by opening a yellow cap (or green cap for EpiPen Jr.). Once the EpiPen is out of the plastic carrier case, a blue safety cap is removed, which allows the spring to be released. To administer the medication, a patient or caregiver must "swing and jab" the orange tip of the EpiPen against the patient's outer thigh until the device clicks. The EpiPen must then be held against the thigh for three seconds to ensure that the full dose is received.[27] As the device is removed from the thigh, the orange tip covers the needle.

27.    I understand that EpiPen has been available since 1987 and has been substantially the same product since that time.[28] In 2010, Mylan redesigned the EpiPen to include a needle cover and a more oval shape to the device.[29] Despite the redesign, the symmetrical shape can still cause patients and caregivers to mistakenly use the device backwards, resulting in needle sticks through the thumb rather than into the thigh.[30] This can significantly reduce blood flow to the thumb, as if a tourniquet cut off circulation to the finger, potentially resulting in injury to the thumb.

---

[27] Approved label for Epipen® and Epipen Jr®, U.S. FOOD & DRUG ADMIN., (Revised Aug. 2018), https://www.accessdata.fda.gov/drugsatfda_docs/label/2018/019430s074lbl.pdf.

[28] Julie C. Brown et al., *Lacerations and Embedded Needles Caused by Epinephrine Autoinjector Use in Children*, 67 ANNALS EMERGENCY MED., 307, 307-315 (2016) (MYEP00108671).

[29] *Dey Launches and Unveils Next-Generation, Needle-Protected EpiPen(R) (Epinephrine) Auto-Injector with Enhanced Patient-Friendly Features,* MYLAN (Oct. 26, 2009) http://investor.mylan.com/news-releases/news-release-details/dey-launches-and-unveils-next-generation-needle-protected.

[30] Stephanie Guerlain et al., *Intelliject's novel ephinephrine autoinjector: sharps injury prevention validation and comparable analysis with EpiPen and Twinject,* 105 ANNALS ALLERGY, ASTHMA & IMMUNOL. 480, 480 (2010).



Figure 4: Depicting loss of blood flow to trainee physician's left-hand thumb after he accidentally self-injected the EpiPen backwards into his thumb. Full recovery was observed 2 months after the incident.[31]

Additionally, although the redesign included a plastic needle sheath, after use of the EpiPen, the needle remain exposed as a sharps hazard until properly disposed.[32] Even after the redesign, the EpiPen is medically the same and uses the same method of administration as it has since the device was first released.

28.     Since December 2016, I understand there is an authorized generic to EpiPen which is also marketed by Mylan.[33] Other than the label, there are no physical differences between the EpiPen and the authorized generic to the EpiPen.

29.     I have prescribed EpiPen the most frequently compared with other EAI devices in my medical practice over the course of my career.

        C.     ADRENACLICK

30.     Like the EpiPen, the Adrenaclick is an EAI device shaped like a pen or marker. To administer the Adrenaclick, the patient or caregiver must remove the device from the tubular outer shell and

---

[31] Christian Mathez et al., Management options for accidental injection of epinephrine from an autoinjector: a case report, J. MED. CASE REP. 2009, 3:7268,
https://jmedicalcasereports.biomedcentral.com/track/pdf/10.4076/1752-1947-3-7268.
[32] *Id.*
[33] *Mylan Launches the First Generic for EpiPen® (epinephrine injection, USP) Auto-Injector as an Authorized Generic,* MYLAN (Dec. 16, 2016) http://www.mylan.com/en/news/feature-stories/mylan-launches-authorized-generic-epipen.

pull off gray caps at either end of the device. Then the patient or caregiver must place the red tip against the thigh and press down until the needle penetrates the skin. The Adrenaclick must be held against the thigh for 10 seconds. Once the device is removed, the needle remains exposed. The patient or caregiver must place the device back in the tubular outer shell to prevent potential harm from the exposed needle.

31.      I understand that the device known as Adrenaclick was originally known as Twinject and was later redesigned and rebranded as Adrenaclick.[34] I also understand that an authorized generic to Adrenaclick was marketed in the U.S. at various times between 2003 and the present, which had the same physical characteristics.[35]

32.      I have prescribed the Adrenaclick on rare occasions in my medical practice, usually due to this being the only device covered by the patient's insurance.

### D.      AUVI-Q

33.      Auvi-Q is smaller than any other EAI device. It is the only EAI device that provides recorded step-by-step voice instructions that guide patients and caregivers through the injection process. It is the only EAI device that is not shaped like a pen and that does not require users to "swing and jab" the device. I understand that Auvi-Q was invented by twin brothers who both suffered from severe allergies, but were dissatisfied with the EpiPen's design.[36] Inspired by their own experiences, the twin brothers, Evan and Eric Edwards, studied engineering and pharmaceutical sciences in college and graduate school with the goal of developing an EAI device that suited their needs and the need of other unsatisfied EpiPen users.[37] Through their efforts, I understand that Auvi-Q was developed and licensed to Sanofi for marketing in North America.[38]

34.      Auvi-Q is shaped like a small smartphone and fits easily in a pocket so that users can carry the device easily at all times. Auvi-Q is administered by removing the thin rectangular outer case. Once removed from the outer case, the calming audio instructions begin and direct the user to remove the red safety guard cap once ready to use the Auvi-Q. After the red safety cap is removed,

---

[34] Katie Thomas, *Why the Lone EpiPen Competitor Hasn't Taken Off*, N.Y. TIMES (Nov. 1, 2016), https://www.nytimes.com/2016/11/02/business/also-ran-to-epipen-reaches-for-a-closing-window-of-opportunity.html.
[35] *Id.*
[36] Katie Thomas, *Brothers Develop New Device to Halt Allergy Attacks*, N.Y. TIMES (Feb. 1, 2013), https://www.nytimes.com/2013/02/02/business/auvi-q-challenges-epipen-with-a-new-shape-and-size.html.
[37] *Id.*
[38] *Id.*

the audio instructions guide the user to place the black end of the device against the outer thigh, press firmly and hold in place for 3 seconds. No swing and jab motion is required. The recording also counts the 3 seconds required to hold the device in place to inform the patient or caregiver when it may be removed. Immediately after the injection is complete, the Auvi-Q needle retracts automatically back into the device within seconds. I understand that Auvi-Q was distributed in the U.S. by Sanofi from 2013 to 2015 until it was voluntarily recalled. In 2017, kaléo began distributing Auvi-Q again in the U.S.

35.    I prescribed Auvi-Q when it was distributed in the U.S. by Sanofi and have also prescribed Auvi-Q while it has been marketed by kaléo. Other than cosmetic differences due to the change in marketer, I am not aware of any meaningful physical difference between the Auvi-Q as marketed by Sanofi and kaléo. There is no difference in how I train users to administer the Auvi-Q since the distributer changed.

### E.    TEVA GENERIC

36.    I am aware that in August 2018, the FDA approved a generic EAI device that will be distributed by Teva.[39] As of the writing of this report, I have not prescribed this device and am not familiar with the characteristics of it.

## IV.   FACTORS CONSIDERED WHEN PRESCRIBING EAI DEVICES

### A.    PATIENT PREFERENCE AND CHOICE

37.    EAI devices are life-saving products, but the only protect from the effects of anaphylaxis if patients carry them on their person. Therefore, the best EAI device for each patient is the one that he or she will carry. When prescribing an EAI device, my approach is to put all EAI devices available to the patient on the table, allowing the patient to compare their options side by side.[40] Offering a choice enables patients to assess each EAI devices' advantages and shortcoming and ultimately select the right device for their lifestyle. Choice increases the likelihood that my patients will carry their EAI device consistently and have it readily accessible in the event of anaphylactic reaction. I am aware that Mylan ██████████████████████████████████████████████████████

---

[39] *FDA approves first generic version of EpiPen*, U.S. FOOD & DRUG ADMIN. (Aug. 16, 2018), https://www.fda.gov/newsevents/newsroom/pressannouncements/ucm617173.htm.
[40] I understand that many other doctors do this as well.  *See* MYEP00140817, ███████████ ████████████████████████████████████████████████████████

███████████████████████████████ Based on my review of Mylan's documents, I am aware that
████████████████████████████████████████████████████████████████████████████
███████

38.     EAI devices differ from other medications or drug devices I prescribe for chronic conditions. For other chronic conditions, patients may try more than one treatment option to determine which is most suitable for their needs. In contrast, patients often carry EAI devices as a precaution, and in some instances seldom or never use the device. Therefore, patients have very few opportunities to consider which EAI device is best suited to their needs. Thus, it is especially important to present a patient with options when prescribing an EAI device for the first time, giving the patient the opportunity to make that assessment.

39.     When offered the choice, many patients prefer Auvi-Q. I have seen documents and testimony in this case consistent with my experience.[43] Generally, patients find the Auvi-Q's sleek shape, compared to the EpiPen's bulky design, to be easier to carry. They also like the Auvi-Q's talking feature, which provides audio instructions that guide users through how to operate the device. This is particularly helpful during an anaphylactic reaction, which is a high stress, life-threatening situation. For example, one of my patients, who is a lawyer, suffered an anaphylactic event during a client dinner. She had her EpiPen with her, but panicked when she attempted to use the device. She removed the device from her thigh too quickly and felt the epinephrine drip down her leg, which indicated that she did not receive the full treatment. Her symptoms of anaphylaxis evolved until emergency medical technicians arrived. Auvi-Q, with its reassuring talking feature, would have instructed the patient to hold the device for 3 seconds during this life-threatening, distressing event.

---

[41] *See* MYEP01206017, ██████████████████████████████████████

[42] *See* MYEP00186646, ████████████████████████████████████████████████████████

[43] *See, e.g.,* Carlos A. Camargo, Jr. et al., *Auvi-Q Versus EpiPen: Preferences of Adults, Caregivers, and Children,* 1 J. ALLERGY & CLIN. IMMUNOL: IN PRACTICE 266, 266-272 (2013) (SAN-EPI-0921701); Robert A. Wood et al., *Anaphylaxis in America: The prevalence and characteristics of anaphylaxis in the United States,* 133 J. Allergy & Clin. Immunol. 461, 461-467 (2014); MYEP00140817, ████████████████████████████████
█████████████████████ PFE_EPIPEN_AT01316902: ██████████████████████
████████████████████████████████████████████████████████████████
██████████████████████████████████

40.     Auvi-Q is also often preferred by my patients who are teenage boys. Teenagers, more than other demographics, do not like to look different from their peers, and, unlike teenage girls, teenage boys generally do not carry handbags.[44] EpiPen, with its large, cylindrical shape, is not easily concealed on their person, and does little good in a teenager's book bag, which is often kept in a locker or otherwise not accessible during an anaphylactic event. Auvi-Q, however, can be slipped discreetly into boys' pockets, as its size and shape resemble a smartphone, making it more likely to be close at hand for this patient group.

## B.     EFFICACY AND SAFETY OF THE EAI DEVICE

41.     Efficacy is a critical factor that I consider before prescribing a drug to my patients, as I want my patients to have the best care available. The active ingredient in EpiPen and Auvi-Q is the same, and therefore the devices are clinically interchangeable.[45]

42.     It is also important that I prescribe a device that is safe as well as effective. To operate an EpiPen, patients and caregivers "swing and jab" the device into the patient's thigh to release the epinephrine.[46] As explored in a study conducted by *Annals of Emergency Medicine*, young children in particular have experienced injuries such as severe skin lacerations or embedded needles while receiving an EpiPen injection.[47]

---

[44] *See* MYEP00487195



Deposition of Tom Handel, Tr. at 30:20-32:8

[45] *See Drug Approval Package: Auvi-Q Auto-Injector,* U.S. FOOD & DRUG ADMIN. (July 31, 2012), https://www.accessdata.fda.gov/drugsatfda_docs/nda/2012/201739Orig1s000SumR.pdf. (approving e-cue [the brand name proposed for Auvi-Q at that time] and finding bioequivalence between it and the reference product, EpiPen); *see also* Eric S. Edwards et al., *Bioavailability of epinephrine from Auvi-Q compared with EpiPen*, 111 ANNALS ALLERGY ASTHMA & IMMUNOL. 132, 132-137 (2013) (SAN-EPI-0013955) (study comparing bioavailability of Auvi-Q and EpiPen, both of which inject 0.3mg of epinephrine).
[46] Memorandum of Law in Support of Plaintiff's Motion for a Status Quo Preliminary Injunction, Exhibit B at ¶7 & 20, Mylan Specialty L.P. v. Bowling, No. 15-C-584 (W. Va. Cir. Ct. Mar. 25, 2015) ("[I]nject the drug by swinging the device and jabbing it into the thigh.").
[47] *See* Julie C. Brown et al., *Lacerations and Embedded Needles Caused by Epinephrine Autoinjector Use in Children*, 67 ANNALS EMERGENCY MED. 307, 307-315 (2016) (MYEP00108671) (identifying seventeen cases of leg lacerations and five "other needle-related traumas").



Figure 5: Lacerations that resulted from a child moving during EpiPen Jr injection.[48]

This can happen when a child, who can be unwilling to hold still during an anaphylactic event, squirms or kicks while receiving the injection.[49] Such movements can cause long and deep skin lacerations or result in the needle becoming embedded under the skin.[50] Injuries like these may cause patients to fear using the device, which is another reason that innovative EAI devices with different design mechanisms is beneficial to patients.

43.     Unlike the EpiPen needle, Auvi-Q's needle retracts immediately after the injection is administered.[51] The innovative design reduces the opportunity for injuries such as skin lacerations and incidents in which the needle embeds in the patients' skin. There is also no need to "swing and jab" the device. The "swing and jab" administration can be mentally and physically traumatic,

---

[48] Reprinted from Julie C. Brown et al., *Lacerations and Embedded Needles Caused by Epinephrine Autoinjector Use in Children*, 67 ANNALS EMERGENCY MED. 307 (2016) (Figure 1), with permission from Elsevier (MYEP00108674).

[49] *Id.* at MYEP00108677.

[50] *Id.*

[51] Carlos A. Camargo, Jr. et al., *Auvi-Q Versus EpiPen: Preferences of Adults, Caregivers, and Children,* 1 J. ALLERGY & CLIN. IMMUNOL: IN PRACTICE 266, 266-272 (2013) (SAN-EPI-0921701).

particularly when the recipient is a scared child who could move and experience a skin tear.[52] To administer Auvi-Q, the patient or caregiver simply places the device against patient's the thigh and presses firmly. The epinephrine is administered through the canister and the needle retracts within two seconds. These features, in addition to the helpful audio instructions, make Auvi-Q a better choice for some patients.

### C.   INSURANCE COVERAGE AND COST

44.     Out of pocket cost to the patient is another factor that I consider when prescribing EAI devices as well, for a similar reason: if the EAI device I write is too expensive, my patients are less likely to fill the prescription. This means that they would be without their life-saving device during the onset of an anaphylactic event, which could result in death.  Accordingly, cost to the patient is a factor I consider heavily when determining which device is right for each patient.

45.     The insurance landscape, however, is complex to navigate, making it difficult to determine what the out of pocket cost will be for each patient individually. I see patients who are covered by various insurance companies, and plans within insurance companies vary as well. Due to the importance of cost to my patients and the time required to manage insurance claims, I found it necessary to have an employee who is responsible for managing insurance issues for my practice, which increases my operating costs accordingly. In my experience, I have seen that many doctors do not have the resources to hire staff to assume this role, rendering those practices less equipped to assist their patients with determining which EAI device is most cost-effective for their individual plan.[53] Without my staff to handle these issues, because of time constraints, I would tend to steer my patients to the EAI device that I believed to be most cost-effective across all insurance plans,

---

[52] Deposition of Christopher Viehbacher, Tr. at 247-49 ("[W]hat I liked about Auvi-Q was, this is a much more patient-friendly formulation. You know, if you don't suffer from food allergies, you don't really realize how much of a panic you can get into, you know? And for me, it's tree nuts....And, you know, if you will actually read the  instructions, you've got to take this thing apart; you've got to figure out which end to use.... And I thought, well, you know, what would that be like if you were a teacher and you had an eight-year-old child suffering from a peanut allergy, and you know, you've got to go jab this thing into someone's thigh. Everybody's getting kind of worried because the child is having difficulty breathing and where are the instructions and -- You know, having something that you click it and it tells you how to go through the steps, you hold it on there and you had a needle that just electronically went in and injected the epinephrine, that seemed like a -- a lot more sensible, higher-tech and less painful way of having it. So I was actually quite happy to have that. I will tell you that one of the benefits of an EpiPen is, you're so worried about ever having to use it, boy, you really avoid anything with nuts in it. That's for sure.").

[53] *See, e.g.,* MYEP00892918 ██████████████████████████████████████████████████████████████████████████████████████████████

rather than assessing each plan's insurance benefits individually.[54] I would need to sacrifice personally tailored care in order to make sure that most of my patients were filling their EAI device prescriptions.

46.     During the 2013-2015 period, many insurers did not cover Auvi-Q, making the device more expensive or inaccessible for my patients. ████████████████████████████████████████ ████████████████████████████[55] Because physicians are busy and often short on time, they sometimes rely on formulary sell sheets demonstrating which drugs are covered on Tier 1 or Tier 2 to determine which drugs are more likely to be covered for their patients, particularly if those physicians do not have staff dedicated to managing patients' insurance issues. Accordingly, cost to the patient and what their insurance will cover are factors in determining why I wrote more prescriptions for EpiPen than Auvi-Q during that period, despite Auvi-Q's convenient size and helpful audio instructions which appealed to many of my patients.[56]

###         D.   MESSAGING FROM PHARMACEUTICAL COMPANIES

47.     Pharmaceutical sales representatives typically visit my office twice per week to pitch various drugs and devices in an effort to educate my physician associates, staff and myself on their products and encourage us to prescribe them to our patients. This is very common, and despite my busy practice, I make time to meet with these sales representatives to facilitate my awareness of new treatment options that may be available to my patients. EAI devices are no exception. During the 2013-2015 period, I was visited multiple times by Mylan sales representatives to discuss EpiPen and was on occasion visited by Sanofi sales representatives to discuss Auvi-Q. Most of the discussions I had with EpiPen sales representatives focused on the lower cost of the EpiPen and its widespread insurance coverage. Mylan sales representatives would also emphasize that Auvi-Q was more difficult for patients to get, primarily due to insurance barriers. At the end of those meetings, the Mylan sales representatives would often leave me with written materials, which underscored

---

[54] *See* MYEP00140817, ████████████████████████████████████████████████ ██████████████████████████████████

[55] *See* MYEP00750872, █████████████████████████████████████████████████████

[56] *See* MYEP00610966 ███████████████████████████████████████████████████ ████████ I have queried the medical record database that has my prescription records and the results are as follows: between January 2013 and May 2016, I prescribed EpiPen to 507 patients, EpiPen Jr. to 131 patients, and Auvi-Q to 33 patients. The results contain information protected by the Health Insurance Portability and Accountability Act and/or other medical records privacy rules and regulations and are on file at my office.

EpiPen's superior insurance coverage.[57] Sanofi sales representatives discussed the ease of use of the device and increased compliance for patients carrying a smaller device.

48.     Meetings with pharmaceutical sales representatives and the flyers they leave behind can have a meaningful impact on prescribing behavior. This is particularly the case for EAI devices, where each company's product dispenses the same drug and cost can vary significantly due to patients' insurance coverage. In the EAI drug class, where the medicine being administered is the same and it is critical for patients to fill their device prescriptions, price messaging from pharmaceutical companies can play a considerable role in encouraging doctors to prescribe one EAI device over the other.

## V.   CONCLUSION

49.     Anaphylaxis is a life-threatening condition, and the most effective way for patients to prepare for and effectively treat symptoms of anaphylaxis is to carry their EAI device at all times. Ensuring that patients have their EAI device on them at all times is critical to stop anaphylactic reactions as quickly as possible to save patients' lives. Patients are more likely to carry their EAI device if it is easily portable and affordable through their insurance. Having more options available is key to maximizing the likelihood that patients will be prepared adequately when anaphylaxis occurs. The insurance coverage and cost disparity between EpiPen and Auvi-Q impeded patients' ability to obtain the EAI device that is best suited for their needs and to adequately prepare for anaphylaxis.

---

[57] *See, e.g.*, MYEP00750872 ███████████████

Dated: Hackensack, New Jersey  
    February 2, 2019

By: _____  
    Dr. Mary Ann Michelis

**<u>Appendix A: Dr. Michelis' Curriculum Vitae</u>**

<u>CURRICULUM VITAE</u>

NAME:                Mary Ann Michelis, MD, FAAAAI      MAIDEN NAME: Wolak

HOME ADDRESS:      16 Woodland Park Drive           TELEPHONE #: (201) 871-3769
                                Tenafly, New Jersey 07670

OFFICE ADDRESS:     Hackensack University          TELEPHONE # (551) 996-2065
                                Medical Center                     FAX #: (551) 996-2169
                                Sanzari Medical Building        E-Mail:  maryann michelis@hackensackmeridian.org
                                360 Essex Street, Suite 302
                                Hackensack, New Jersey 07601

<u>EDUCATION</u>

| | | |
|---|---|---|
| 1967-1971 | B.S. | University of Pittsburgh |
| 1971-1973 | | The Medical College of Pennsylvania |
| 1973-1975 | M.D. | University of Pittsburgh<br>School of Medicine |

<u>POSTDOCTORAL TRAINING</u>

| | | |
|---|---|---|
| 1975-1976 | Intern in Internal Medicine | Lenox Hill Hospital<br>New York, New York<br>Michael Bruno, M.D. |
| 1976-1978 | Resident in Internal<br>Medicine | Lenox Hill Hospital<br>New York, New York<br>Michael Bruno, M.D. |
| 1978-1980 | Fellow in Allergy<br>and Immunology | Cornell University<br>Medical Center<br>New York, New York<br>Gregory Siskind, M.D.<br>Murray Dworestzky, MD |
| 1980-1981 | Post Doctoral Fellow | Rockefeller University<br>New York, New York<br>Henry Kunkel, M.D. |

<u>MILITARY</u>

None

<u>LICENSURE</u>

New Jersey Medical License – MA039356   expires-06/30/2019

New York Medical License – 127776-1      expires- 2/29/2020

<u>CERTIFICATION</u>

Specialty Board:  Internal Medicine Certified 9/13/78

Sub-Specialty Board:  Allergy/Immunology Certified 10/21/81
                             Diagnostic Immunology Laboratory Certified 10/7/88

Revised: 2/1/19

NARCOTICS CERTIFICATION

N.J. CDS  D031730          expires 10/31/2019
N.J. DEA  BM2593398        expires 1/31/2021


UNIVERSITY APPOINTMENTS

| | | |
|---|---|---|
| 1980-1981 | Research Associate in Immunology | The Rockefeller University<br>New York, New York<br>(Dr. Henry G. Kunkel) |
| 1982-1999 | Clinical Assistant<br>Professor of Medicine | University of Medicine and<br>Dentistry of New Jersey<br>Newark, New Jersey |
| 1999-Present | Clinical Associate<br>Professor of Medicine | University of Medicine and<br>Dentistry of New Jersey<br>Newark, New Jersey |
| 2012-Present | Clinical Associate<br>Professor of Medicine | Rutgers New Jersey Medical School<br>Newark, NJ |
| 2018-Present | Associate Professor of Medicine | Hackensack Meridian School of Medicine at<br>  Seton Hall University, Nutley, NJ |


HOSPITAL APPOINTMENTS

| | | |
|---|---|---|
| 1980-1981 | Associate Physician | The Rockefeller University Hospital<br>New York, New York |
| 1981-2004 | Chief, Clinical Diagnostic<br>Immunology Laboratory | Hackensack University<br>Medical Center<br>Hackensack, New Jersey |
| 1986-Present | Chief of Immunology<br>Internal Medicine | Hackensack University<br>Medical Center<br>Hackensack, New Jersey |
| 1990-Present | Chief, Allergy/Immunology<br>Internal Medicine Divison | Hackensack University<br>Medical Center<br>Hackensack, New Jersey |
| 1997-Present | Chief, Allergy/ Immunology<br>Pediatric Divison | Hackensack University<br>Medical Center<br>Hackensack, New Jersey |
| 11/2004-Present | Director<br>AIR Express, Hackensack University<br>Medical Center | Hackensack University<br>Medical Center<br>Hackensack, New Jersey |
| 1/01/2008-12/31/2009 | Senior Attending, Internal Medicine | Hackensack University<br>Medical Center<br>Hackensack, New Jersey |

OTHER PROFESSIONAL POSITIONS AND MAJOR VISITING APPOINTMENTS

None

AWARDS AND HONORS

| | |
|---|---|
| 1967 | Westinghouse Scholarship |
| 1967-1971 | Pennsylvania Senatorial Scholarship Award |
| 1971-1973 | Marshal Scholarship for Medical Students |
| 1978 initial, valid through  4/1/21 | American Medical Association Physician's Recognition Award |
| 1980-1981 | Arthritis Foundation Postdoctoral Fellowship |
| 1980 | American Academy of Allergy Travel Grant for 36th Annual Meeting |
| 1985-1986 | Outstanding Teaching Award from Medical House Doctors, Hackensack University Medical Center |
| 1987 | Dickinson Foundation Grant to study effect of Nutrition on the Immune and Respiratory Functions of the Elderly Patient |
| 1993 | Hackensack Medical Center and Dental Staff Research Award |
| 1998 | Hugoton Foundation Award to assess impact of a computerized office system on patient care delivery |
| 2002 | Tribute to Women and Industry Award, Presented by the YWCA of Bergen County to outstanding business women who have made significant contributions to their companies. |
| 2004 | Outstanding Service Award presented by the Board of Governors of Hackensack University Medical Center. |
| 2005-2018 | Top 100 Physicians in NY/NJ, published in American Top Doctors, NJ Magazine, NY Magazine |
| 2007 | Eye on Quality Award, in recognition for outstanding leadership, a proven dedication to improvement and a sustained commitment to quality presented by Hackensack University Medical Center. |
| 2010 | Gold Doc Award from the Arnold P. Gold Foundation |
| 2012 | Plane tree Physician Champion Award One category entitled, Physician Champion is where Plane tree seeks physicians who champion the Plane tree model of patient-centered care and who serve as mentors for other medical staff members. |
| 2015 | NJ's Favorite Kids' Docs |

<u>BOARD OF DIRECTORS/TRUSTEES</u>

None

<u>MAJOR COMMITTEE ASSIGNMENTS</u>

National:  American Academy of Allergy, Asthma and Immunology
                Chairperson, Clinical and Diagnostic Laboratory Immunology,  1998-2001
                Clinical and Diagnostic Laboratory Immunology, member 1998-present
                Primary Immune Deficiency Diseases Committee, member 1984-2001
                Basic and Clinical Immunology Interest Section, Seminars Representative, 2005-2007
                Practice, Diagnostics and Therapeutics Committee Member, 2005-2007
                Seminar Subcommittee, BCI Representative, 2005-2007

Hospital:  Research Committee, Chairperson            3/87-3/98
         Institutional Review Board              3/87-3/98
         Radiation Safety                     1995-present
         EPIC Physicians' Orders Committee     2010-present
         Patient Care Committee               1998-present
         Medical Board                      1/95-12/97
         Medical Board-Reporting Secretary      1998-2000
         Medical Board-President Elect        2001-2002
        Performance Improvement Coordinating Committee 2001- present
        Joint Conference Committee (Medical Board & Board of Governors)   2000- present
        Medical Staff-President              2002
        Medical Board-President             1/12/03-1/13/04
        EPIC Physicians Committee         2017-present

<u>MEMBERSHIPS, OFFICES AND COMMITTEE ASSIGNMENTS IN PROFESSIONAL SOCIETIES</u>

| | |
|---|---|
| 1979-Present | American College of Physicians, Member |
| 1980-Present | New York Allergy Society, Member |
| 1981-Present | Bergen County Medical Society |
| 1981-Present | Medical Society of New Jersey |
| 1984-Present | American Academy of Allergy, Asthma and Immunology |
| 1987-Present | American Medical Association |
| 1985 | New York Allergy Society, Executive Committee |
| 1989 | New York Allergy Society, Assistant Secretary, Treasurer |
| 1990 | New York Allergy Society,  Vice President |
| 1991 | New York Allergy Society, President |
| 1991-1998 | Clinic Cytometry Society |
| 1995-1998 | International Society for Hematotherapy and Graft Engineering |
| 2002 | American Academy of Allergy, Asthma and Immunology, Fellow |
| 2003-2005 | Basic and Clinical Immunology Interest Section Seminars, Sub-Committee,  Vice Representative |

4

| | |
|---|---|
| 2002-2005 | Clinical and Laboratory Immunology Committee |
| 2001-2005 | Women's Involvement in the AAAAI Committee Member |

## RESEARCH EXPERIENCE

| | |
|---|---|
| 1967-1971 | Chemical mutagenesis induced with methylated nitrosoamines in drisophila melanogaster |
| 1972 | Natriuretic effects of pituitary neurophysins |
| 1973 | Accuracy of screening tests of Bence-Jones proteinuria |
| 1978-1981 | Sex hormonal influence on the immune response |
| 1980-1981 | Sex hormone effects on experimentally induced Diabetes Mellitus |
| 1980-1982 | Initial descriptive studies of  both men and women with Acquired Immune Deficiency Syndrome |
| 1981 | Effect of Immunodeficient states on the response to influenza immunization |
| 1987-1989 | Nutritional enhancement of the immune function in elderly hospitalized patients |
| 1993-Present | Neutrophil function in diabetic patients Stem Cell reconstitution of patients treated with aggressive chemotherapy |
| Spring 2000 | Efficacy and Safety of Combination Loratidine/ Montelukast QD  vs. Its Components in the Treatment of Subjects with Seasonal  Allergic Rhinitis"  (SAR Study) |
| Fall 2000 | The Efficacy and Safety of Oral HMR 3647 (800 mg once daily)  5 Days Versus 7 Days Versus 10 Days Oral Clarithromycin (500 mg twice daily) in the Treatment of Community-Acquired  Pneumonia  (CAP Study). |
| 2001-2008 | An Observational Study of The Epidemiology and Natural History of Asthma: Outcomes and Treatment Regimens  (TENOR Study). |
| 2002- 2008 | Pursuing Perfection, Robert Wood Johnson Foundation |
| 2004-2011 | Genentech EXCELS-Xolair Asthma Study: (An epidemiologic study of  XOLAIR® (OMALIZUMAB): Evaluating clinical effectiveness and long-term safety in patients with moderate to severe asthma (EXCELS) |
| 2005-2010 | Winthrop University Medical Center:  Relevance  of Patch Testing in Allergists Office Study:  A multi-center, retrospective review of patch testing for contact dermatitis in allergy practices |
| 2007-Present | Long Term Multiple Allergen Immunotherapy: Changes In Skin Sensitivity In Patients Receiving Immunotherapy For Specific Allergens |
| 2007-2009 | Pharming: HAE Study: A Randomized, Placebo-Controlled, Double-Blind Phase II Study of the Safety and Efficacy of Recombinant Human C1Inhibitor for the treatment of Acute Attacks in Patients with Hereditary Angioedema |

| 2008-2011 | Columbia University Medical Center: ARG/ARG Genotype Asthma Study: ADRB2 (Adrenergic B2 Receptor Agonist Gene) Arg 16 Allele and Effect of LABA Withdrawal in Patients With Moderate to Severe Asthma |
| 2009-2012 | MediciNova Asthma Exacerbation Study: MN-221-CL-007 – A Phase II, Randomized, Double-blind, Placebo-controlled Study to Evaluate the Safety and Efficacy of MN-221 When Administered Intravenously as an Adjunct to Standard Therapy to Adults with an Acute Exacerbation of Asthma |
| 2009- Present | Juniper Quality of Life Questionnaire and the Asthmatic Patient Study: Correlation of the Change of the Juniper Mini Quality of Life Questionnaire with Clinical Measurements in Asthma Patients from a Joint Commission Disease-Specific Practice |
| 2011-2012 | BCG Hypersensitivity Study: Prolonged Hypersensitivity Reaction Associated with Intravesical Bacillus Calmette-Guerin for Bladder Carcinoma |
| 2011-Present | Prolonged Hypogammaglobulinemia after Rituximab Study: Prolonged hypogammaglobulinemia following Rituximab treatment for non-Hodgkin's lymphoma disease, John Theurer Cancer Center, Hackensack University Medical Center. |

## MAJOR TEACHING EXPERIENCE

| 1981-2002 | One month rotation on Internal Medicine each year. |
| 1981-2008 | Teaches Internal Medical residents at Allergy Out Patient Clinic |
| 1981-Present | 4 week elective for 3rd year internal medical residents. |
| 1983-Present | Coordinate 2nd year Medical Students from University of Medicine and Dentistry of New Jersey, New Jersey Medical School for their Physical Diagnostic Course |
| 1989-Present | Premed or medical student summer research preceptorship. |
| 1997-2008 | Teaches Pediatric residents at Pediatric Allergy Out Patient Clinic |
| 2005-Present | Medical Residents from UMDNJ-Allergy/Immunology Rotation |
| 2011 | NJ SEEDS Program |

## PRINCIPAL CLINICAL AND HOSPITAL SERVICE RESPONSIBILITIES

| 1981-2004 | Chief, Clinical Diagnostic Immunology Laboratory | Hackensack University Medical Center Hackensack, New Jersey |
| 1986-Present | Chief of Immunology | Hackensack University Medical Center Hackensack, New Jersey |
| 1990-Present | Chief, Allergy/Immunology Department of Internal Medicine | Hackensack University Medical Center Hackensack, New Jersey |
| 1997-Present | Chief, Pediatric Allergy/Immunology | Hackensack University Medical Center Hackensack, New Jersey |

| 1997-Present | Director, Center for Allergy, Asthma & Immune Disorder | Hackensack University Medical Center Hackensack, New Jersey |
| 2005-present | Director, AIR Express Asthma Information Relief Express | Hackensack University Medical Center Hackensack, New Jersey |

## MAJOR ADMINISTRATIVE RESPONSIBILITIES

| 1/97 – Present | Director of the Center for Allergy, Asthma and Immune Disorders |
| 9/81 – 2004 | Chief, Special Diagnostic Immunology Laboratory |
| 2012-2013 | Chair, Surgery Search Committee |
| 2004-Present | Director, AIR Express Mobile Asthma Bus |

## PRIVATE PRACTICE

| 1981-Present | Geographic practice at Hackensack University Medical Center |
| 1981-Present | Consultant, TheValley Hospital, Ridgewood, NJ |

### BIBLIOGRAPHY

## ARTICLES

1.   Corwin HO,  Hanratty WB, Wolak MA,  Drosophila melangogaster-- simultaneous transmission of three stable genotypes. Nature New Biol  234:32,  1971.

2.   Goidl EA, Michelis MA, Siskind GW, Weksler ME.  Effect of age on the induction of antibodies.  Clin. Exp. Immuno. 44:24-20,  1981.

3.   Mazur H, Michelis MA, Green J, Onorato I, Vande Stouwe R, Holzman R, Wormser G, Brettman L, Lange M, Cunningham-Rundles S.  A community-acquired outbreak of Pneumocystis carinii pneumonia:  Initial manifestation of immune dysfunction.  NEJM 305:  1421-1438,  1981.

4.   Paik S, Michelis MA, Shin S, Kim YT.  Induction of Insulin-dependent Diabetes by Streptozotocin.  Diabetes 31: 724-729, 1982.

5.   Mazur H, Michelis MA, Wormser GP, Lewin S, Gold J, Tapper ML, Giron J, Lerner CW, Armstrong D, Setia U, Sender JA, Siebken RS, Nicholas P, Siegal FP, Cunningham-Rundles S.  Previously healthy women with opportunistic infection as the initial manifestation of a community acquired cellular immunodeficiency:  Extension of an emerging syndrome.  Ann. Intern.  Med.  97:  533-539, 1982.

6.   Cunningham-Rundles S, Michelis MA, Masur H.  Serum Suppression of Lymphocyte Activation in Vitro in Acquired Immunodeficiency Disease.  J. Clin.  Imm.  3:156-165, 1983.

7.   Rodman TC, Pruslin FH, Chiorazzi N, Michelis MA, Winston R,  P. 15, A nuclear-associated protein of  human sperm. Identification of 4 variants and their occurrence in normal and abnormal seminal cells.  Gamete Research 8:129-147,  1983.

8.   Michelis MA.  Treatment of Allergic Rhinitis.  Drug Therapy 13:63-78, 1983.

9.   Shepherd GM, Michelis MA, Macris MT, Smith JP.  Hypersensitivity pneumonitis in an orchid grower associated with sensitivity to the fungus Cryptostroma corticale.  Annals of Allergy 62:  522-525,  1988.

10.     Pecora AL, Brochstein JA, Zahos K,  Grazioso L, Van Vliet A, Michelis MA.  The effect of primed peripheral progenitor cells (PPPC) on hematopoietic recovery and resource utilization in autologous stem cell transplantation (ASCT).  Blood Supplement, 1993.

11.     Pecora AL, Brochstein JA, Jennis A, Michelis MA, Grazioso L, Zahos KM, Isaacs RE.  Total CD34+ cell content and CD34+CD33 subset predict time to neutrophil and platelet engraftment and hospital discharge in patients following high-dose chemotherapy (HDC) with primed peripheral blood progenitor cells (PBPC).   Blood Supplement,  1994.

12.     Zahos KM, Pecora AL, Brochstein JA, Jennis A, Grazioso L, Michelis MA, Isaacs RE.  Effect of Interface/Offset (I/O) adjustment on collection efficiency of the Fenwal CS-3000 blood cell separator for peripheral blood progenitor cell (PBPC) collection.   Blood Supplement 1994.

13.     Pecora AL, Gleim GW, Preti RA, Jennis AA, Zahos K, Cantwell S, Doria L, Isaacs RE, Gillio AP, Michelis MA, Bronchstein JA: CD34+33- cells influence days to engraftment and transfusion requirements in autologous blood stem-cell recipients. Journal Of Clinical Oncology Jun 1998; 16(6): 2093-2104

14.     Dong X, Michelis MA, Wang J, Bose J, Delaney T, Reeves W H: Autoantibodies to DEK oncoprotein in a patient with systemic lupus erythematosus and sarcoidosis, Arthritis & Rheumatism, Vol 41: 1505-1510, 1998.

15.     Wiestner A, Cho HJ, Asch AS, Michelis MA, Zeller JA, Peershke E, Weksler BB, Schechter GP: Rituximab in the treatment of acquired factor VIII inhibitors.  Blood, Nov. 1, 2002, Vol. 100, #9, pg, 3426.

16.      Camacho-Halili M, Axelrod S, Michelis M, Lighvani S, Khan F, Leon S,  Aquino M, Davis-Lorton N, Fonacier L, A multi-center, retrospective review of patch testing for contact dermatitis in allergy practices , Annals of Allergy, Asthma & Immunology,  October 5,  2011

17.      Michelis, K. Bianco, T. Selvaggi, A. Patel P; Hackensack University Medical Center, Hackensack, NJ. "Rapid Oral Aspirin Challenge-Desensitization in Patients With Symptomatic Acute Coronary Syndrome".  (in preparation for  publication)

18.     M   Halili,  S Axelrod, M Michelis, S Lighvani, M Aquino, M Davis-Lorton, L Fonacier, "A Multi-center, retrospective review of patch testing for Contact dermatitis in allergy practices", Annals of Allergy, Asthma  Immunology, December 2011, Vol. 107, pg 487-492.

19.     T Mucci, S Axelrod, M Michelis, S Lighvani, M Aquino, M Davis-Lorton, L Fonacier, "Contact Allergens associated with facial dermatitis, a 5 year multi-center review from allergy practices", Annals of Allergy, Asthma  Immunology, November 2011, Vol. 107, Number 5, Supplement 1, pg. A125.

20.     Slankard  M, Canfield S, Michelis M, Mansukhani  M, McGoey B, Paige A, Lederer D, DiMango E; "Impact of the Arg 16 allele of the B2AR gene on the effect of withdrawal of LABA in patients with moderate to severe asthma", Journal of Asthma, 2016; 53(8): 783-798.


BOOKS, MONOGRAPHS AND CHAPTERS (Authored)

None


ABSTRACTS

1.      Michelis MA, Kim YT, Goidl EA, Weksler ME, Siskind GW.  "Influences of age and sex on the production of anti-erythrocyte antibody by murine spleen cells".  Clin. Res. 27: 587A, 1979.

2.    Kim YT, Michelis MA, Siskind GW, Weksler ME.  "Immunological studies of experimental diabetes mellitus".  Clin. Res. 29:528A, 1981.

3.    Green JB, Michelis MA, Onorato I, Masur H, Vande Stouwe R, Lange M, Holzman RS, Brettman LR, Wormser G. "Community-acquired Pneumocystis carinie pneumonia and abnormal cellular immunity associated with homosexuality and drug abuse".  21st  ICAAC Meeting Abstract #618, 1981.

4.    Masur H, Michelis MA, Wormser G, Cunningham-Rundles S.  "Previously healthy females with opportunistic infection as the initial manifestation of an acquired cellular immunodeficiency".  Accepted for presentation at the 22nd ICAAC Meeting. Abstract #851, 1982.

5.    Pecora AL, Brochstein JA, Zahos K, Grazioso L, Van Vliet A, Michelis M.  "The effect of primed peripheral progenitor cells (PPPC) on hematopoeitic recovery and resource utilization in autologous stem cell transplantation (ASCT)".  Blood Supplement, 1993.

6.    Pecora AL, Brochstein JA, Jennis A, Michelis MA, Grazioso L, Zahos KM, Isaacs RE.  "Total CD34+ cell content and CD34+CD33- subset predict time to neutrophil and platelet engraftment and hospital discharge in patients following high-dose chemotherapy (HDC) with primed peripheral blood progenitor cells (PBPC)".  Blood Supplement, 1994.

7.    Zahos KM, Pecora AL, Brochstein JA, Jennis A, Van Vliet A, Grazioso L, Cantwell S, Michelis MA, Isaacs RE.  "Effect of Interface/Offset (I/O) adjustment on collection efficiency of the Fenwal CS-3000 blood cell separator for peripheral blood progenitor cell (PBPC) collection".  Blood Supplement.  1994.

8.    Brochstein JA, Pecora AL, Zahos KM, Jennis A, Van Vliet A, Grazioso L, Cantwell S, Michelis MA, Isaacs RE. "Autologous stem cell transplantation (ASCT) following BCNU, Etoposide, Cytarbine and Cyclophosphamide (BVAC) for patients with relapsed lymphoma".  Blood Supplement. 1994.

9.    Pecora AL, Isaacs R, Jennis A, Grazioso L, Falanga S, Van Vliet A, Cantwell S, Zahos K, Michelis MA.  "A pilot study for sequential high-dose multiagent chemotherapy (HD CT) in unselected patients with metastatic breast cancer".  JCO Supplement, May 1995.

10.   Pecora AL, Isaacs RE, Gliedman P, Cantwell S, Grazioso L, Falanga S, Jennis A, Michelis MA.  "Adjuvant high dose chemotherapy (HDC) supported by primed peripheral blood progenitor cells (PBPC) for women with high risk breast carcinoma".  ABSMT, 1995.

11.   Michelis MA, MacIsaac M, Kitzis V, Tantawi M, Chen A.  Neutrophil dysfunction in diabetic patients undergoing vascular surgery may be predictive of perioperative infection.  J Allergy Clin Immunol, Vol 95, Number 1, Part 2, 1995.

12.   Pecora AL, Isaacs RE, Jennis AA, Michelis MA.  "Predictors of autologous peripheral blood stem cell collection and engraftment:  Importance of CD34+ cell subsets".  International Symposium, Recent Advances in Hematopoietic Stem Cell Transplantation,  1996.

13.   Dong X, Wang J, Michelis M, Stein LD, Pachman LM, and Reeves WH. "Disease associations of autoantibodies to the DEK Oncoprotein"  Arthritis and Rheumatism  Sept. 1997; 40 (supplement No. 9): S85

14.   Pecora AL, Doria L, Cantwell S, Jennis A, Preti RA, Michelis MA, Isaacs RE, Brochstein J.  "Mobilized CD 34+33 Cell Dose most reliable predictor of days to engraftment and transfusions requirements in autologous blood stem-cell transplant", ISHAGE Supplement, 1997

15.   Selvaggi T, Elrefai s, Walco,G, Michelis M,  "Risk Factors that are Predictable of a Positive Multi-Screen Allergy Test Phadiatop",  The Journal of Allergy and Clinical Immunology, Vol. 107, No. 2, February 2001, pg. S226.

16.    A. Wiestner, HJ Cho, M Mcihelis, J Zeller, EB Peerschke, B Weksler, G. Schechter, "Ritiuximab in the treatment of Acquired
          Factor VIII (FVIII) Inhibitors".  Blood 98 (supplement 1): 2233a.

17.    Capuano L, Michelis M, Selvaggi T, Oughourli A:  "Epinephrine-Not a 'One Size Fits All' Drug",  The Journal of Allergy and    Clinical Immunology, February 2004; Vol. 113, pg. 243.

18.    Oughourli A, Michelis M, Selvaggi T, Sailon A: "Serum Eosinophil Cationic Protein (ECP) Elevation Correlates with Asthma

9

Symptoms and Reduced FEV1 in an Outpatient Screening Population", <u>The Journal of Allergy and Clinical Immunology</u>, February 2004; Vol. 113, pg. 172.

19.     Michelis MA, MD, Sorace P, RCEP, Walco G, Ph.D. and Singh A, MD.: Absence of correlation between Elevated Body Mass Index and Asthma,  <u>The Journal of Allergy and Clinical Immunology</u>, February 2005; Vol. 115, pg. 8.

20.     M. Michelis, K. Bianco, T. Selvaggi, A. Oughourli; Hackensack University Medical Center, Hackensack, NJ. "Rapid Oral Aspirin Challenge-Desensitization in Patients With Symptomatic Acute Coronary Syndrome". <u>The Journal of Allergy and Clinical Immunology</u>, January 2007 ; Vol. 119, No. 1, 5, pg. S8.

21.     M. Michelis, MD, Jacqueline F. Hirsh, Amina Oughourli, RN, CCRC, Donna J. Lee, MD; Hackensack University Medical Center, Hackensack, NJ; "Use of a Validated Asthma Symptom Questionnaire to Predict Obstructive Flow Volume Loop in School-Aged Children".  <u>The Journal of Allergy and Clinical Immunology</u>, January 2007 ; Vol. 119, No. 1, 5, pg. S36.

22.     Chirichella P, Guo P, McGoey B, Michelis M: Hackensack University Medical Center, Hackensack, NJ; "Long term reversal of  hypogammaglobulinemia in two common variable immunodeficiency (CVID) patients after discontinuation of intravenous
         immunoglobulin (IVIG), <u>The Journal of Allergy and Clinical Immunology</u>, February 2009, Vol. 123, pg 12.

23     Livshits I, Kraus D, Michelis M, Hackensack University Medical Center, Hackensack, NJ; "Changes in Intradermal Testing inpatients receiving multiple allergen immunotherapy", <u>The Journal of Allergy and Clinical Immunology</u>, February 2009, Vol. 123, pg. 205.
24.     Patel P, Mc Goey B, Ali A, Guo J, Michelis, M, Hackensack University Medical Center, Hackensack, NJ; "Clinical Characteristics of Pediatric Patients with Eosinophilic Esophagitis or Gastroesophageal Reflux Disease in Northern New Jersey", <u>Annals of Allergy, Asthma 7 Immunology</u>, November 2009, Vol. 103, Supplement 3, pg. 153-158.

25.     Michelis M, McGuirt S, Hirsch J, McGoey B, Hackensack University Medical Center, Hackensack, NJ; "Outcome of using PET Imaging as a Diagnostic Tool for Two Patients with Common Variable Immunodeficiency (CVID) and Generalized Lymphadenopathy", <u>Journal of Allergy and Clinical Immunology</u>, Vol. 125, Issue Supplement 1, pg AB73, **Feb. 2010**accepted by American Academy of Allergy, Asthma & Immunology, Feb. 2010.

26.     Patel P, Amer H, Mc Goey B, Michelis M, Goldfischer M, Guo J, Hackensack University Medical Center, Hackensasck, NJ; "Lack of Correlation of Food Hypersensitivity with Degree of Tissue Eosinophilia in Patients with Eosinophilic Esophagitis" <u>Journal of Allergy and Clinical Immunology</u>, Vol. 125, Issue Supplement 1, pg AB166, **Feb. 2010**.

27.     BL Zuraw, T Craig, RF Lockey, A Shad, F Bracho, C Kirkpatrick, MA Park, JA Grant, D Suez, L Schwartz, M Riedl, RJ Levy, HH Li, L Edara, VR Bonagura, JA Bernstein, JN Moy, M Koleilat, J Offenberger, A Szema, MA Michelis, AC Engler, M Richheimer, SM Maseehur Rehman,  ThC Marbury, O Alpan, SL Bahna, Scott A Fretzin, Aaron J Davis , James W Baker , G Sussman, W Yang, J Hebert B Ritchie, A Relan, "Clinical outcomes with recombinant human C1 inhibitor in the repeat treatment of acute attacks of hereditary angioedema in North-American patients", accepted by the American Academy of Allergy, Asthma & Immunology, Feb. 2011.

28.     M Slankard  , S. Canfield , M. Michelis , M. Mansukhani ,  B. McGoey ,  A. Paige , D. J. Lederer , E. A. DiMango  ; "ADRB2 (Adrenergic B2 Receptor Agonist Gene) Arg 16 Allele and Effect of LABA Withdrawal in Patients with Moderate to Severe Asthma",  Columbia University Medical Center, New York, NY,2 Hackensack University Medical Center, Hackensack, NJ.,  <u>Journal of Allergy and Clinical Immunology</u>, Feb. 2011.

29.     M Michelis, H Morisetty, B McGoey: "The Incidence of Positive Patch Tests in an Allergy Practice Compared to Published Dermatological Data", Center for Allergy, Asthma & Immune Disorders, PA, Hackensack University Medical Center, Hackensack, NJ; <u>Journal of Clinical Immunology</u>, Feb 2011.

29.     S Axelrod, M Michelis, S LIghvani, M Camacho-Halili, M Davis-Lorton, M Aquino, L Fonacier, ; "Scattered generalized contact dermatitis: a multi-center study of  patch  test  results",  <u>Annals of Allergy, Asthma  Immunology</u>, November 2011, Vol. 107, Number 5, Supplement 1, pg. A124.

30.     D. Menillo, R. Shah, MD, B. McGoey, M. Michelis.  "Correlation of the Change of the Juniper Mini Quality of Life Questionnaire with Clinical Measurements in Asthma Patients from a Joint Commission Disease-Specific Practice" <u>The Journal of Allergy and Clinical</u> Immunology, March 2012, Vol. 129, Issue 2, Supplement, Page AB 154.

31.    H. Morisetty, B. McGoey, M. Michelis. "Relevance of Patch Tests Results  To the Clinical Diagnosis of Allergic Contact Dermatitis-Need for Standardization." The Journal of Allergy and Clinical Immunology, March, 2012, Vol. 129, Issue 2, Supplement, Page AB 38.

32.    K. Hannouch, B. McGoey, M. Michelis. "Prolonged hypogammaglobulinemia following Rituximab treatment for non-Hodgkin's lymphoma disease." The Journal of Clinical Immunology, 32: 352–409. Page 384. May, 2012.

33.    K. Hannouch, B. McGoey, G. Rosenberg, M. Michelis.  "Successful Treatment of a    Prolonged hypersensitivity Reaction to Intravesical Bacillus Calmette-Guerin (BCG) Given for Bladder Carcinoma with Cyclosporine," Annals of Allergy, Asthma & Immune Disorder, Vol. 109; November 5, 2012 p. B 1-2.

34.    P. Patel, M. Hauk, B. McGoey, MA Michelis. "The Value of Juniper Mini Quality of Life Scores in Asthmatic Patients and its use in Clinical Management, "  Journal of Asthma and Allergy Educators, October 2013, Vol. 4, No. 5, pg. 245-246.

35.    M. Hauk, P. Patel, B. McGoey, MA Michelis. "Juniper Mini Quality of Life Questionnaire Scores Do Not Reflect Objective Measures of Asthma Control in a Northern New Jersey Practice". Journal of Asthma and Allergy Educators, October 2013, Vol. 4, No. 5, pg. 244-245.

36.    M. Hauk, B. McGoey, P. Patel, N. Argenzia, MA Michelis. "Aeroallergen Immunotherapy Reduces Wheal Diameter in Seasonal and Perennial Allergen Interdermal Skin Tests". The Journal of Allergy and Clinical Immunology, February 2014. Vol. 133, Issue 2, Suppliment, Page AB279.

37.    M. Hauk, B.A.  McGoey,  MA Michelis, I. Mahwah. "Effects of Delivery and Feeding on Incidence of Atopic Disorders". Annals of Allergy, Asthma & Immunology, November 2014. Vol.113, Number 5, Supplement 1, Page A103.

38.    B.Cai, B. McGoey, M. Michelis. "Serious Infections of Hospitalized Patients Are Associated with a Higher Prevalence of Reported Beta Lactam Antibiotic Allergy". Journal of Allergy and Clinical Immunology, February 2015.  Vol. 135, Issue 2, AB121.

39.    K. Hannouch, B. McGoey, M. Hauk, MA Michelis. "Common Variable Immunodeficiency and Eosinophilic Esophagitis Complicated by Atypical Burkitt's Lymphoma: A Case Report". **Journal of Allergy and Clinical Immunology**, February **2017. Vol 139, Issue 2, AB357.**

WORKSHOPS

1.    "In Vivo vs In Vitro Diagnostics", March 2005, presented at the National Meeting of the American Academy of Allergy, Asthma & Immunology.
2.    "Advances in our understanding and therapy of HIV Infection", National Meeting of the American Academy of Allergy, Asthma & Immunology, March 2005.
3.    "Transplantation Immunology for the Practicing Allergist", February 2007, presented at the National Meeting of the American Academy of Allergy, Asthma & Immunology.

SPEAKING INVITATIONS
Internal Medicine Board Review - Presentation of Allergy/Immunology Topics, Hackensack University Medical Center, 2010-2018.

Pediatric Grand Rounds, "Diagnostic Tools to Detect Food Allergies in Children", Hackensack University Medical Center, January 27, 2010.

Internal Medicine Grand Rounds, "Recognizing Asthma in the Elderly", Hackensack University Medical Center, March 23, 2010.

REVIEWS
None

REPORTS
None

## Appendix B: List of Materials Considered

1. Adrenaclick Re-launch, AMAZING AND ATOPIC, (June 16, 2013) http://www.amazingandatopic.com/2013/06/adrenaclick-re-launch.html.
2. Anaphylaxis, MYLAN, https://www.mylan.com/-/media/mylancom/files/patient-materials/myguide_anaphylaxis.pdf (last visited Feb. 2, 2019).
3. *Anaphylaxis*, MAYO CLINIC, https://www.mayoclinic.org/diseases-conditions/anaphylaxis/symptoms-causes/syc-20351468 (last visited Feb. 2, 2019).
4. *Anaphylaxis Quiz*, AM. ACAD. ALLERGY, ASTHMA & IMMUNOL., https://www.aaaai.org/conditions-and-treatments/allergies/anaphylaxis/anaphylaxis-quiz (last visited Feb. 2, 2019).
5. Approved label for Epipen® and Epipen Jr®, U.S. FOOD & DRUG ADMIN., (Revised Aug. 2018), https://www.accessdata.fda.gov/drugsatfda_docs/label/2018/019430s074lbl.pdf.
6. Julie C. Brown et al., *Lacerations and Embedded Needles Caused by Epinephrine Autoinjector Use in Children*, 67 ANNALS EMERGENCY MED., 307 (2016) (MYEP00108671).
7. Carlos A. Camargo, Jr. et al., *Auvi-Q Versus EpiPen: Preferences of Adults, Caregivers, and Children,* 1 J. ALLERGY & CLIN. IMMUNOL: IN PRACTICE 266 (2013) (SAN-EPI-0921701).
8. Mariana Castells, *Diagnosis and management of anaphylaxis in precision medicine,* 140 J. ALLERGY & CLIN. IMMUNOL., 321 (2017).
9. *Dey Launches and Unveils Next-Generation, Needle-Protected EpiPen(R) (Epinephrine) Auto-Injector with Enhanced Patient-Friendly Features,* MYLAN (Oct. 26, 2009) http://investor.mylan.com/news-releases/news-release-details/dey-launches-and-unveils-next-generation-needle-protected.
10. *Drug Approval Package: Auvi-Q Auto-Injector,* U.S. FOOD & DRUG ADMIN. (July 31, 2012), https://www.accessdata.fda.gov/drugsatfda_docs/nda/2012/201739Orig1s000SumR.pdf.
11. Eric S. Edwards et al., *Bioavailability of epinephrine from Auvi-Q compared with EpiPen*, 111 ANNALS ALLERGY ASTHMA & IMMUNOL. 132 (2013) (SAN-EPI-0013955).
12. *FDA approves first generic version of EpiPen*, U.S. FOOD & DRUG ADMIN. (Aug. 16, 2018), https://www.fda.gov/newsevents/newsroom/pressannouncements/ucm617173.htm.
13. Stephanie Guerlain et al., *Intelliject's novel ephinephrine autoinjector: sharps injury prevention validation and comparable analysis with EpiPen and Twinject,* 105 ANNALS ALLERGY, ASTHMA & IMMUNOL. 480, 480 (2010).
14. Stuart I. Henochowicz et al., *Anaphylaxis*, MEDLINEPLUS (Feb. 27, 2018), https://medlineplus.gov/ency/imagepages/19320.htm.
15. Christian Mathez et al., Management options for accidental injection of epinephrine from an autoinjector: a case report, J. MED. CASE REP. 2009, 3:7268,

https://jmedicalcasereports.biomedcentral.com/track/pdf/10.4076/1752-1947-3-7268.

16. Mariam Matti, *Grieving Allergy Mom Warns Others: Speak Up About Severe Food Allergies,* ALLERGIC LIVING (Mar. 23, 2017), https://www.allergicliving.com/2017/03/23/grieving-allergy-mom-warns-others-speak-up-about-severe-food-allergies/.

17. Kenneth A. Michelson et al., *Variation and Trends in Anaphylaxis Care in United States Children's Hospitals*, 23 ACAD. EMERGENCY MED., 623 (2016).

18. Katie Moisse, *Death of Allergic Student Raises Questions About School's Responsibility,* ABC NEWS (Jan. 5, 2012), https://abcnews.go.com/Health/AllergiesFood/year-virginia-girl-dies-allergic-reaction-school/story?id=15295949.

19. *Mylan Launches the First Generic for EpiPen® (epinephrine injection, USP) Auto-Injector as an Authorized Generic,* MYLAN (Dec. 16, 2016) http://www.mylan.com/en/news/feature-stories/mylan-launches-authorized-generic-epipen.

20. A. Pawlowski, *After teen girl's peanut allergy death, mom warns about food packaging,* TODAY (July 19, 2018, 2:25 PM), https://www.today.com/health/peanut-allergy-after-girl-s-death-mom-warns-about-food-t133371.

21. *Sandoz Inc. launches SYMJEPI™ (epinephrine) in the US*, SANDOZ (Jan. 16, 2019), https://www.us.sandoz.com/news/media-releases/sandoz-inc-launches-symjepi-epinephrine-us.

22. Hermant Sharma, *How Does Epinephrine Turn Off an Allergic Reaction?*, ALLERGIC LIVING (Apr. 10, 2013), https://www.allergicliving.com/experts/how-does-epinephrine-turn-off-an-allergic-reaction/.

23. Natasha Sidhu et al., *Evaluation of Anaphylaxis Management in a Pediatric Emergency Department*, 32 PEDIATRIC EMERGENCY CARE, 508 (2016).

24. F. Estelle R. Simons, MD et al., Voluntary reported unintentional injections from epinephrine auto-injectors, 125 1 J. ALLERGY & CLIN. IMMUNOL. 419.

25. Nicole Smith, *College Student 'Who Lit Up a Room,' Dies of Severe Allergic Reaction to Chinese Food,* ALLERGIC LIVING (July 2, 2018), https://www.allergicliving.com/2018/07/02/college-student-who-lit-up-a-room-dies-of-severe-allergic-reaction-to-chinese-food/.

26. Katie Thomas, *Why the Lone EpiPen Competitor Hasn't Taken Off*, N.Y. TIMES (Nov. 1, 2016), https://www.nytimes.com/2016/11/02/business/also-ran-to-epipen-reaches-for-a-closing-window-of-opportunity.html.

27. Katie Thomas, *Brothers Develop New Device to Halt Allergy Attacks*, N.Y. TIMES (Feb. 1, 2013), https://www.nytimes.com/2013/02/02/business/auvi-q-challenges-epipen-with-a-new-shape-and-size.html.

28. Susan Wasserman et al., *Epinephrine Autoinjectors: New Data, New Problems*, 5 J. ALLERGY & CLIN. IMMUNOL.: IN PRACTICE, 1180 (2017).

29. Warning Letter to Meridian Medical Technologies, Inc. a Pfizer Company, U.S. FOOD AND DRUG ADMIN., (Sept. 5, 2017), https://www.fda.gov/iceci/enforcementactions/warningletters/2017/ucm574981.htm.

30.    Robert A. Wood et al., *Anaphylaxis in America: The prevalence and characteristics of anaphylaxis in the United States,* 133 J. ALLERGY & CLIN. IMMUNOL., 461 (2014).
31.    MYEP00140812-MYEP00140856
32.    MYEP01206015-MYEP01206017
33.    MYEP00186645-MYEP00186662
34.    MYEP00487193-MYEP00487195
35.    MYEP00892918-MYEP00892920
36.    MYEP00750871-MYEP00750882
37.    MYEP00610965-MYEP00610966
38.    MYEP01194671-MYEP01194680
39.    MYEP00094135-MYEP00094144
40.    MYEP00603647-MYEP00603651
41.    MYEP00252719
42.    MYEP00257151-MYEP00257157
43.    MYEP00459230-MYEP00459242
44.    MYEP00119241-MYEP00119247
45.    MYEP00451143-MYEP00451144
46.    MYEP00193044-MYEP00193095
47.    MYEP00239355
48.    MYEP00548252-MYEP00548260
49.    MYEP00121395-MYEP00121400
50.    PFE_EPIPEN_AT01316901-PFE_EPIPEN_AT01316902
51.    PFE_EPIPEN_AT00648955
52.    PFE_EPIPEN_AT00611245
53.    PFE_EPIPEN_AT00611490
54.    PFE_EPIPEN_AT00546951-PFE_EPIPEN_AT00546953
55.    Deposition Transcript of Christopher Viehbacher.
56.    Deposition Transcript of Tom Handel.
57.    Complaint, ECF No. 1, Sanofi-Aventis U.S. LLC v. Mylan Inc. et al., No. 7-cv-02763-FLW-TJB (D.N.J. Apr. 14, 2017).
58.    Memorandum of Law in Support of Plaintiff's Motion for a Status Quo Preliminary Injunction, Mylan Specialty L.P. v. Bowling, No. 15-C-584 (W. Va. Cir. Ct. Mar. 25, 2015).
59.    Trainer devices for the Epipen and Auvi-Q.