**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **IN RE: EpiPen (Epinephrine Injection, USP) Marketing, Sales Practices and Antitrust Litigation** | **CASE NO.: 2:17-MD-02785-DDC-TJJ** |
| | **Hon. Daniel D. Crabtree** |
| | **Hon. Teresa J. James** |
| **(This Document Applies to Consumer Class Cases)** | |

**DEFENDANTS' NOTICE OF MOTION**
**TO EXCLUDE OPINIONS AND PROPOSED TESTIMONY OF**
**ANDREW K. TORRANCE**

PLEASE TAKE NOTICE THAT the Mylan and Pfizer Defendants hereby move to exclude the opinions and proposed testimony of Andrew K. Torrance, who, according to his report and deposition testimony, expects to testify regarding patent litigation issues on behalf of Class Plaintiffs. The proposed testimony is inadmissible under Rule 702 of the Federal Rules of Evidence.

This motion is based on this Notice of Motion and accompanying Memorandum, attached Exhibits, other pleadings and papers filed in this action, the arguments or evidence presented at any hearing on this matter, and such other and further matters as this Court deems just and proper.

Dated: May 21, 2019

Respectfully submitted,

By:    /s/ *Joseph Rebein*

Joseph Rebein, #25912
Ashley Harrison, D. Kan. #78667
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, MO 64108-2613
Telephone:   (816) 474-6550
Facsimile:    (816) 421-5547
jrebein@shb.com
aharrison@shb.com

AND

Dimitrios T. Drivas*
Robert A. Milne*
Raj S. Gandesha*
Edward Thrasher*
Kathryn Swisher*
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 819-8200
Fax: (212) 354-8113
ddrivas@whitecase.com
rmilne@whitecase.com
rgandesha@whitecase.com
ethrasher@whitecase.com
kswisher@whitecase.com

*Admitted Pro Hac Vice*

*COUNSEL FOR DEFENDANTS*
*Pfizer Inc., King Pharmaceuticals LLC,*
*and Meridian Medical Technologies, Inc.*

/s/ *Adam K. Levin*
Adam K. Levin
David M. Foster
Benjamin F. Holt
Justin W. Bernick
Carolyn A. DeLone
Kathryn M. Ali
Katherine B. Wellington
HOGAN LOVELLS US LLP

555 13th Street, NW
Washington, DC 20004
Telephone: (202) 637-5600
Fax: (202) 637-5910
adam.levin@hoganlovells.com
david.foster@hoganlovells.com
benjamin.holt@hoganlovells.com
justin.bernick@hoganlovells.com
carolyn.delone@hoganlovells.com
kathryn.ali@hoganlovells.com
katherine.wellington@hoganlovells.com

Brian Fries (15889)
James Moloney (23786)
LATHROP GAGE LLP
2345 Grand Boulevard, Suite 2200
Kansas City, Missouri 64108-2618
Telephone: (816) 292-2000
Fax: (816) 292-2001
bfries@lathropgage.com
jmoloney@lathropgage.com

*Counsel for the Mylan Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2019, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to parties and attorneys who are filing users.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Joseph Rebein_____
JOSEPH REBEIN

SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, MO 64108-2613
Telephone:        (816) 474-6550
Facsimile:        (816) 421-5547
jrebein@shb.com

1