# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: EpiPen (Epinephrine Injection, USP) Marketing, Sales Practices and Antitrust Litigation | CASE NO.: 2:17-MD-02785-DDC-TJJ<br><br>Hon. Daniel D. Crabtree<br><br>Hon. Teresa J. James |
| SANOFI-AVENTIS U.S. LLC,<br><br>Plaintiff and Counterclaim-Defendant,<br><br>v.<br><br>MYLAN Inc., *et al.*,<br><br>Defendants and Counterclaim-Plaintiffs.<br><br>**This Document Relates to the *Sanofi* Case.** | CASE NO.: 2:17-CV-02452-DDC-TJJ<br><br>*Document Filed Electronically* |

## EXHIBIT INDEX

| | |
|---|---|
| Exhibit 11 | September 5, 2017 Warning Letter sent by the U.S. Food and Drug Administration to Thomas E. Handel, President of Meridian Medical Technologies, Inc., a Pfizer Company (Blaiss Ex. 10) |
| Exhibit 12 | Excerpts of the October 17, 2018 deposition of Thomas Handel (Pfizer) |
| Exhibit 13 | February 19, 2019 letter from Eric Hochstadt to Lee Friedman |