## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: EpiPen (Epinephrine Injection, USP) Marketing, Sales Practices and Antitrust Litigation | CASE NO.: 2:17-MD-02785-DDC-TJJ<br><br>Hon. Daniel D. Crabtree<br><br>Hon. Teresa J. James |
| SANOFI-AVENTIS U.S. LLC,<br><br>Plaintiff and Counterclaim-Defendant,<br><br>v.<br><br>MYLAN Inc., *et al.*,<br><br>Defendants and Counterclaim-Plaintiffs.<br><br>**This Document Relates to the *Sanofi* Case.** | CASE NO.: 2:17-CV-02452-DDC-TJJ<br><br>*Document Filed Electronically* |

## EXHIBIT INDEX

| | |
|---|---|
| Exhibit 153 | Mylan slide presentation entitled, "Adamis PFS Topline Summary," dated May 20, 2016 (MYEP01058327). |
| Exhibit 154 | Email chain between Carolyn J. Myers and Daniel E. Crookshank, copying Kris King, dated July 23, 2009 (MYEP00416876). |
| Exhibit 155 | Email chain between Sherry Korczynski and Ron Graybill, et al., dated May 13, 2014 (MYEP01174142). |
| Exhibit 156 | Email chain between Sherry Korczynski and Michael Arcara, et al., dated May 13, 2014 (MYEP01174263). |
| Exhibit 157 | Cited excerpts from the deposition transcript of Michael S. Blaiss, M.D., dated May 17, 2019. |
| Exhibit 158 | Cited excerpts from the deposition transcript of Janusz Ordover, Ph.D., dated May 1, 2019. |
| Exhibit 159 | Cited excerpts from the 30(b)(1) deposition transcript of Bruce Foster, dated June 14, 2018. |
| Exhibit 160 | Cited excerpts from the 30(b)(1) deposition transcript of Nicole Willing, |

|  | dated May 31, 2018. |
|---|---|
| Exhibit 161 | Cited excerpts from the deposition transcript of Gary Zieziula, dated May 31, 2019. |
| Exhibit 162 | Cited excerpts from the deposition transcript of Robert Willig, Ph.D, dated May 29, 2019. |
| Exhibit 163 | Cited excerpts from a Mylan slide presentation entitled, "EpiPen® Awareness, Attitude, & Usage Tracking Study: 2013 HCP Wave 5 Final Report" (MYEP00647083). |
| Exhibit 164 | Expert Report of Dr. Mary Ann Michelis Responding to Gary Zieziula's Expert Report, dated March 25, 2019. |