# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: EpiPen (Epinephrine Injection, USP) Marketing, Sales Practices and Antitrust Litigation | CASE NO.: 2:17-MD-02785-DDC-TJJ<br><br>Hon. Daniel D. Crabtree<br><br>Hon. Teresa J. James |
| SANOFI-AVENTIS U.S. LLC,<br><br>        Plaintiff and<br>        Counterclaim Defendant,<br><br>   v.<br><br>MYLAN Inc., *et al.*,<br><br>        Defendants and<br>        Counterclaim Plaintiffs.<br><br>**This Document Relates to the *Sanofi* Case**. | CASE NO.: 2:17-CV-02452-DDC-TJJ<br><br>*Document Filed Electronically* |

## EXHIBIT INDEX

| | |
|---|---|
| Exhibit 6 | Excerpted Deposition Transcript of Gary Zieziula – May 31, 2019 |
| Exhibit 7 | Document entitled "Competitive Claims/Messaging Summary 1-28-13" (MYEP00127732) |
| Exhibit 8 | Article authored by Carlos A. Camargo, Jr. and F. Estelle R. Simons, entitled "Auvi-Q Versus EpiPen: Preferences of Adults, Caregivers, and Children" |
| Exhibit 9 | Email from Ken L. Metz to Katie Quast, et al., dated November 15, 2012 (MYEP00292998) |