# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: EpiPen (Epinephrine Injection, USP) Marketing, Sales Practices and Antitrust Litigation | CASE NO.: 2:17-MD-02785-DDC-TJJ<br><br>Hon. Daniel D. Crabtree<br>Hon. Teresa J. James |
| This Document Relates To :<br><br>SANOFI-AVENTIS U.S. LLC,<br><br>        Plaintiff-Counterclaim Defendant,<br><br>  v.<br><br>MYLAN Inc., *et al.*,<br><br>        Defendants-Counterclaim Plaintiffs. | CASE NO.: 2:17-CV-02452-DDC-TJJ |

## EXHIBIT INDEX

| | |
|---|---|
| Exhibit 3 | Excerpted Deposition Transcript of Thomas R. Varner – May 29, 2019 |
| Exhibit 4 | Excerpted Deposition Transcript of Gary Zieziula – May 31, 2019 |
| Exhibit 10 | Supplemental Expert Disclosure of Thomas R. Varner – June 26, 2019 |

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 4, 2019, the foregoing was filed via CM-ECF and by email to all counsel of record.

*/s/ Eric S. Hochstadt*
Eric S. Hochstadt