# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: EpiPen (Epinephrine Injection, USP) Marketing, Sales Practices and Antitrust Litigation | CASE NO.: 2:17-MD-02785-DDC-TJJ<br><br>Hon. Daniel D. Crabtree<br>Hon. Teresa J. James |
| SANOFI-AVENTIS U.S. LLC,<br><br>    Plaintiff-Counterclaim Defendant,<br><br>    v.<br><br>MYLAN Inc., *et al.*,<br><br>    Defendants-Counterclaim Plaintiffs.<br><br>**This Document Relates to the *Sanofi* Case**. | CASE NO.: 2:17-CV-02452-DDC-TJJ |

## EXHIBIT INDEX

| | |
|---|---|
| Exhibit 1 | Excerpted Deposition Transcript of Gary Zieziula – May 31, 2019 |
| Exhibit 5 | Sanofi Auvi-Q Message Recall Tracker Report, Dated April 2013 – (SAN-EPI-0095078) |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 4, 2019, the foregoing was filed via CM-ECF and by email to all counsel of record.

*/s/ Eric S. Hochstadt*
Eric S. Hochstadt