UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: EpiPen (Epinephrine Injection, USP) Marketing, Sales Practices and Antitrust Litigation | CASE NO. 2:17-MD-02785-DDC-TJJ (MDL No. 2785) |
| SANOFI-AVENTIS U.S., LLC, Plaintiff, v. MYLAN INC., *et al.*, Defendants. *This Document Relates to the* Sanofi *case.* | CASE NO. 2:17-CV-02452-DDC-TJJ |

### INDEX OF EXHIBITS TO MYLAN'S MOTION FOR SUMMARY JUDGMENT

| Ex. | Description |
|---|---|
| 1 | Redacted Excerpts of Joseph Anderson (CVS) Deposition Transcript |
| 3 | Redacted Excerpts of Patrick Barry (Sanofi) Deposition Transcript |
| 4 | Excerpts of Patrick Barry (Sanofi) 30(b)(6) Deposition Transcript |
| 5 | Excerpts of James Borneman (Sanofi) Deposition Transcript |
| 6 | Excerpts of Heather Bresch (Mylan) Deposition Transcript |
| 7 | Excerpts of Michael Brodeur (Aetna) Deposition Transcript |
| 9 | Redacted Excerpts of Patrick Byrne (Payer Sciences) Deposition Transcript |
| 10 | Redacted Excerpts of Louanne Cunico (Presbyterian Health) Deposition Transcript |
| 11 | Excerpts of Joseph Denney (Sanofi) Deposition Transcript |
| 12 | Redacted Excerpts of Bryan Downey (Sanofi) Deposition Transcript |
| 13 | Excerpts of Bryan Downey (Sanofi) 30(b)(6) Deposition Transcript |
| 14 | Redacted Excerpts of Lida Etemad (United) Deposition Transcript |
| 15 | Redacted Excerpts of Roger Graham (Mylan) 30(b)(6) Deposition Transcript |
| 17 | Redacted Excerpts of Jason Hall (Prime) Deposition Transcript |

| Ex. | Description |
|---|---|
| 19 | Redacted Excerpts of Lorine Harr (Sanofi) Deposition Transcript |
| 20 | Excerpts of Saira Jan (Horizon) Deposition Transcript |
| 21 | Redacted Excerpts of Adam Kautzner (ESI) Deposition Transcript |
| 22 | Redacted Excerpts of Deborah Kronberg (Cigna) Deposition Transcript |
| 23 | Redacted Excerpts of Sandy Loreaux (Sanofi) Deposition Transcript |
| 24 | Redacted Excerpts of Barbara Minton (Anthem) Deposition Transcript |
| 25 | Redacted Excerpts of Kent David Rogers (OptumRx) Deposition Transcript |
| 26 | Redacted Excerpts of Fiona M. Scott Morton (Sanofi Expert) Deposition Transcript |
| 27 | Redacted Excerpts of Macy Shia (Kaiser) Deposition Transcript |
| 29 | Redacted Excerpts of Harry Vargo (Aetna) Deposition Transcript |
| 30 | Redacted Excerpts of Christopher Viehbacher (Sanofi) Deposition Transcript |
| 31 | Redacted Excerpts of Anne Whitaker (Sanofi) Deposition Transcript |
| 32 | Redacted Excerpts of Jeffrey White (Anthem) Deposition Transcript |
| 42 | Bloomberg, *Sanofi Introduces Auvi-Q Amid Plan to Grow in Devices* (Jan. 28, 2013) |
| 44 | Fiona M. Scott Morton, Hutchins Center Working Paper #30, *Enabling Competition in Pharmaceutical Markets* (May 2017) |
| 46 | Fiona M. Scott Morton Congressional Testimony, *Prescription Drug Pricing and Negotiation: Overview and Economic Perspectives for the Medicare Prescription Drug Benefit: Hearing Before the S. Comm. On Fin.*, 110th Cong. 13 (2007) |
| 47 | Redacted 9/9/13 Email from P. Byrne (with attachment) |
| 48 | Fiona M. Scott Morton, *An Orientation to the Acquisition of and Reimbursement for Prescription Drugs* (Dec. 3, 2004) |
| 49 | *In re Insulin Pricing Litigation*, ECF No. 109-1, No. 17-cv-699 (D.N.J.) (Mar. 9, 2018) |
| 50 | Sanofi, *Prescription Medicine Pricing, Our Principles and Perspectives* |
| 52 | Redacted 1/21/13 Email from J. Deaver |
| 53 | 3/17/13 Email from K. Rhodus (with attachments) |
| 54 | 11/16/12 Email from J. Cichowski (with attachment) |
| 55 | *U.S. v. CVS Health Corp., et al.*, ECF No. 118, No. 18-cv-02340-RJL (D.D.C.) (June 20, 2019) |
| 71 | 10/20/15 Email from P. Byrne (with attachment) |
| 73 | *A Conversation With Steve Miller, MD: Come in and Talk With Us, Pharma* (Apr. 5, 2015) |
| 75 | Sanofi History of EAI WAC Prices, Undated |

| Ex. | Description |
|---|---|
| 77 | Redacted 3/5/13 Email from P. Adams (with attachment) |
| 79 | Redacted 3/6/13 Email from R. Vetti |
| 82 | Redacted 5/25/13 Email from B. Downey |
| 88 | Aetna Initiative Feasibility Summary-Commercial, Dated 5/21/13 |
| 89 | Redacted Kaiser Permanente, Drug Monograph, Auvi-Q First Review, Dated 5/13/13 |
| 92 | 2/1/13 Email from G. Harter |
| 100 | Redacted 3/15/13 Email from M. Downing |
| 102 | Redacted 8/6/13 Email from R. Marotta (with attachment) |
| 105 | Redacted 9/4/13 Email from M. Downing (with attachment) |
| 109 | Redacted 11/15/12 CVS Letter to Dey Pharma |
| 110 | 11/19/12 Email from R. Eaton |
| 117 | 3/5/13 Email from L. Rendino |
| 118 | Redacted 3/19/13 Email from L. Rendino (with attachment) |
| 122 | Redacted 7/2/13 Email from M. Mathews |
| 124 | Redacted 7/12/13 Email from M. Mathews |
| 127 | Redacted 5/21/13 Email from J. Hartness |
| 128 | Redacted 5/28/13 Email from J. Hartness |
| 129 | Redacted 7/31/13 Email from D. Wahl (with attachment) |
| 134 | Redacted 2/14/14 Email from J. Hartness (with attachment) |
| 137 | Redacted 2/7/13 Email from D. Pestonjee |
| 140 | Redacted 2/28/13 Email from D. Pestonjee |
| 147 | 5/21/13 Email from J. Ayers |
| 151 | Redacted 9/26/13 Email from D. Pestonjee |
| 154 | 10/28/13 Email from D. McCaughey |
| 155 | Redacted 6/25/13 Email from W. Cooper |
| 159 | Redacted 8/23/13 Email from R. McCraven |
| 160 | Redacted 3/17/14 Email from J. Denney |
| 163 | Redacted Sanofi-Cigna Term Sheet, Effective 7/1/08 |
| 164 | 11/16/13 Email from J. Blackburn |
| 166 | Redacted 6/16/14 Email from L. Harr |

| Ex. | Description |
|---|---|
| 168 | Redacted 8/30/13 Email from M. Fondaco |
| 169 | 10/24/13 Email from R. Seasock |
| 171 | 3/12/14 Email from D. Beechey |
| 175 | Redacted 1/10/13 Email from J. Janeway |
| 176 | Redacted 1/23/13 Email from B. Downey |
| 180 | 8/7/14 Email from M. Pochak |
| 183 | Redacted 1/21/14 Email from P. Guenter |
| 184 | Redacted 9/16/14 Email from C. Viehbacher |
| 186 | Redacted 5/1/14 Email from R. Marotta (with attachment) |
| 188 | Redacted 8/4/14 Email from G. Ingram |
| 190 | Aetna P&T Committee Minutes, Dated 6/26/14 |
| 195 | 2/4/15 Email from I. Braverman |
| 206 | Redacted 9/23/14 Email from R. Arce (with attachment) |
| 218 | Redacted 4/20/15 Email from P. Barry |
| 219 | Redacted 5/12/15 Email from P. Guenter |
| 220 | Auvi-Q Coverage & Performance Presentation, Undated |
| 228 | 9/20/16 Email from L. Kashtan |
| 229 | *Drug Pricing in America, Hearing Before the S. Comm. on. Fin.,* Testimony of Olivier Brandicourt, M.D. (Feb. 26, 2019) |
| 231 | Redacted 12/1/13 Email from P. Guenter |
| 233 | Redacted 6/16/14 Email from M. Downing (with attachment) |
| 235 | MedImpact Choice Formulary, Dated January 2012 |
| 236 | Redacted 9/25/15 Email from S. Loreaux |
| 237 | 9/2/15 Email from A. Steele (with attachment) |
| 238 | FDA Report, Dated 10/16/15 |
| 249 | Comparison of Dr. Scott Morton's Original and Revised Damages Calculations, Undated |
| 250 | 10/26/15 Email from A. Steele (with attachment) |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 7, 2019, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which provides a notice of such filing on each attorney registered for ECF notification to the counsel of record in this case.

/s/ *Philip A. Sechler*
Philip A. Sechler

ROBBINS, RUSSELL, ENGLERT, ORSECK, UNTEREINER & SAUBER LLP
2000 K Street, NW, 4th Floor
Washington, DC 20006
Telephone: (202) 775 4492
Fax: (202) 775 4510
psechler@robbinsrussell.com

*Counsel for Defendant Mylan Inc. and Defendant/Counterclaim-Plaintiff Mylan Specialty L.P.*