UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: EpiPen (Epinephrine Injection, USP) Marketing, Sales Practices and Antitrust Litigation | CASE NO. 2:17-MD-02785-DDC-TJJ (MDL No. 2785) |
| SANOFI-AVENTIS U.S., LLC,<br><br>        Plaintiff,<br><br>        v.<br><br>MYLAN INC., *et al.*,<br><br>        Defendants.<br><br>*This Document Relates to the* Sanofi *case.* | CASE NO. 2:17-CV-02452-DDC-TJJ |

### INDEX OF EXHIBITS TO MYLAN'S MOTION TO EXCLUDE
### OPINION TESTIMONY OF FIONA M. SCOTT MORTON, PH.D.

| Ex. | Description |
|---|---|
| 2 | Redacted March 12, 2019 Excerpted Deposition Transcript of Fiona M. Scott Morton, Ph.D. |
| 4 | Redacted April 29, 2019 Letter from Philip Sechler to Eric Hochstadt |
| 5 | May 20, 2019 Letter from Eric Hochstadt to Philip Sechler |
| 6 | Redacted May 30, 2019 Excerpted Deposition Transcript of Fiona M. Scott Morton |
| 9 | Comparison of Dr. Scott Morton's Original and Revised Damages Calculations |
| 10 | Redacted July 13, 2018 Excerpted 30(b)(1) Deposition Transcript of Patrick Barry |
| 11 | Redacted August 1, 2018 Excerpted 30(b)(1) Deposition Transcript of Bryan Downey |
| 12 | Redacted July 31, 2018 Excerpted 30(b)(6) Deposition Transcript of Bryan Downey |
| 13 | Redacted October 18, 2018 Excerpted Deposition Transcript of Anne Whitaker |
| 14 | May 9, 2019 Excerpted Deposition Transcript of Steven Wiggins |
| 17 | May 1, 2019 Excerpted Deposition Transcript of Janusz Ordover, Ph.D. |
| 18 | May 9, 2019 Excerpted Janusz Ordover Backup Spreadsheet Responding to Dr. Scott Morton's Analysis of Formularies Covering Auvi-Q and EpiPen at Parity |

| Ex. | Description |
|---|---|
| 23 | August 14, 2018 Excerpted Deposition Transcript of Lorine Harr |
| 24 | Redacted August 28, 2015 Email from Jez Moulding to Peter Guenter re: Auvi_Q update |
| 34 | Fiona Scott Morton & Zachary Abrahamson, *A Unifying Analytical Framework for Loyalty Rebates*, 81 Antitrust L. J. 777 (2017) |
| 40 | Redacted October 17, 2018 Excerpted Deposition Transcript of Louanne Cunico |
| 49 | Chart of EpiPen WAC Prices |

## CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2019, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which provides a notice of such filing on each attorney registered for ECF notification to the counsel of record in this case.

/s/ *Philip A. Sechler*
Philip A. Sechler

ROBBINS, RUSSELL, ENGLERT, ORSECK, UNTEREINER & SAUBER LLP
2000 K Street, NW, 4th Floor
Washington, DC 20006
Telephone: (202) 775 4492
Fax: (202) 775 4510
psechler@robbinsrussell.com

*Counsel for Defendant Mylan Inc. and Defendant/Counterclaim-Plaintiff Mylan Specialty L.P.*