## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: EpiPen (Epinephrine Injection, USP) Marketing, Sales Practices and Antitrust Litigation | CASE NO. 2:17-MD-02785-DDC-TJJ<br><br>(MDL No. 2785) |
| SANOFI-AVENTIS U.S., LLC,<br><br>Plaintiff,<br><br>v.<br><br>MYLAN INC., *et al.*,<br><br>Defendants.<br><br>*This Document Relates to the* Sanofi *case.* | CASE NO. 2:17-CV-02452-DDC-TJJ |

### INDEX OF EXHIBITS TO MYLAN'S MOTION TO EXCLUDE OPINION TESTIMONY OF STEVEN N. WIGGINS, PH.D.

| Ex. | Description |
|---|---|
| 2 | Redacted May 9, 2019 Excerpted Deposition Transcript of Steven Wiggins |

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 7, 2019, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which provides a notice of such filing on each attorney registered for ECF notification to the counsel of record in this case.

/s/ *Philip A. Sechler*
Philip A. Sechler

ROBBINS, RUSSELL, ENGLERT, ORSECK, UNTEREINER & SAUBER LLP
2000 K Street, NW, 4th Floor
Washington, DC 20006
Telephone: (202) 775 4492
Fax: (202) 775 4510
psechler@robbinsrussell.com

*Counsel for Defendant Mylan Inc. and Defendant/Counterclaim-Plaintiff Mylan Specialty L.P.*