# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: EpiPen (Epinephrine Injection, USP) Marketing, Sales Practices and Antitrust Litigation | CASE NO. 2:17-MD-02785-DDC-TJJ (MDL No. 2785) |
| SANOFI-AVENTIS U.S., LLC, <br><br> Plaintiff, <br><br> v. <br><br> MYLAN INC., *et al.*, <br><br> Defendants. <br><br> *This Document Relates to the* Sanofi *case.* | CASE NO. 2:17-CV-02452-DDC-TJJ |

### INDEX OF EXHIBITS TO MYLAN'S MOTION TO EXCLUDE
### OPINION TESTIMONY OF EDUARDO SCHUR

| Ex. | Description |
|---|---|
| 3 | Redacted May 10, 2019 Excerpted Deposition Transcript of Eduardo Schur |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 7, 2019, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which provides a notice of such filing on each attorney registered for ECF notification to the counsel of record in this case.

/s/ *Philip A. Sechler*
Philip A. Sechler

ROBBINS, RUSSELL, ENGLERT, ORSECK, UNTEREINER & SAUBER LLP
2000 K Street, NW, 4th Floor
Washington, DC 20006
Telephone: (202) 775 4492
Fax: (202) 775 4510
psechler@robbinsrussell.com

*Counsel for Defendant Mylan Inc. and Defendant/Counterclaim-Plaintiff Mylan Specialty L.P.*