# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT
# OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Christopher M. Wolpert
Clerk of Court

March 13, 2020

Jane K. Castro
Chief Deputy Clerk

Ms. Kathryn Marshall Ali
Ms. Carolyn Anne DeLone
Mr. David M. Foster
Mr. Adam K. Levin
Ms. Catherine Emily Stetson
Ms. Katherine Booth Wellington
Hogan Lovells
555 Thirteenth Street, NW
Washington, DC 20004

Mr. Brian Christopher Fries
Lathrop GPM
2345 Grand Boulevard, Suite 2200
Suite 2200
Kansas City, MO 64108-2612

Mr. Raj Gandesha
Mr. Steven Levy
White & Case
1221 Avenue of the Americas
New York, NY 10020-1095

Ms. Elisabeth A. Hutchinson
Mr. Joseph M. Rebein
Shook, Hardy & Bacon
2555 Grand Boulevard
Kansas City, MO 64108

RE:   20-603, Pfizer, Inc., et al v. All Plaintiffs
      Dist/Ag docket: 2:17-MD-02785-DDC-TJJ

Dear Counsel:

Your petition for permission to appeal pursuant to Fed. R. Civ. P. 23(f) and Fed. R. App. P. 5, has been filed today. Please note your case number above. You will be notified of the court's action on this petition and advised of any further requirements. Any answer to

the petition shall be filed with the court within 10 days after the petition is served. See Fed. R. App. P. 5(b)(2).

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of the Court

cc:    Ryan C. Hudson

CMW/djd