# ROBBINS | RUSSELL

Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP

Philip A. Sechler

202.775.4492
psechler@robbinsrussell.com

June 25, 2020

**By CM/ECF**

The Honorable Daniel D. Crabtree
United States District Court for the District of Kansas
500 State Avenue, Suite 628
Kansas City, KS 66101

Re:     *In re EpiPen (Epinephrine Injection, USP) Marketing, Sales Practices and Antitrust Litigation*, No. 2:17-md-2785-DDC-TJJ, MDL No. 2785

Dear Judge Crabtree:

We are in receipt of the letter that Yehudah Buchweitz sent the Court this morning in anticipation of the July 1 Final Pretrial Conference in the Consumer Class Cases. In that letter, Mr. Buchweitz suggests that Your Honor consider seeking designation and temporary assignment from the Chief Justice to try the *Sanofi* Action in the District of New Jersey before April 2021. As Mr. Buchweitz notes, however, "dispositive motions in the *Sanofi* Action are pending," and those motions seek summary judgment of every claim in the Action on grounds that they present no genuine dispute as to any material fact. Accordingly, any discussion of remand or trial in the *Sanofi* Action is premature. Mylan requests an opportunity to respond if necessary.

Respectfully submitted,

*Philip A. Sechler*

Philip A. Sechler

Enclosure

cc:     Counsel of record (by CM/ECF)

2000 K Street, NW | 4th Floor | Washington, DC 20006
P 202.775.4500 | F 202.775.4510
www.robbinsrussell.com