# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| In re EPIPEN (EPINEPHRINE INJECTION, USP) MARKETING, SALES PRACTICES AND ANTITRUST LITIGATION<br><br>*This Document Relates to CLASS CASES.* | Case No. 2:17-MD-2785-DDC-TJJ<br>(MDL No. 2785) |

### EXHIBIT A TO DEFENDANTS' MOTION TO ADOPT SEALING PROTOCOL FOR SUMMARY JUDGMENT AND *DAUBERT* MOTION BRIEFING

Defendants propose the following deadlines for filing motions seeking to seal or redact any information in the summary judgment and *Daubert* motion briefing.

| SUMMARY OF PROPOSED FILING DEADLINES | |
|---|---|
| **Event:** | **Deadline:** |
| File summary judgment and *Daubert* motions with confidential documents and testimony under seal, and preliminary redactions where appropriate. The motions should be filed publicly if possible, although the memoranda in support of the motions may be filed fully under seal at this time. | July 15, 2020 |
| Responses to summary judgment and *Daubert* motions with confidential documents and testimony under seal, and preliminary redactions where appropriate. | August 17, 2020 |
| File reply briefs in support of summary judgment and Daubert motions, with confidential documents and testimony under seal, and preliminary redactions where appropriate. | September 15, 2020 |
| Filing Party[1] files briefing on motion to seal for summary judgment and *Daubert* motion exhibits and testimony (not including the briefing or expert reports at this time), including requests for sealing/redactions made by (i) the Filing Party; (ii) the | August 14, 2020<br><br>September 16, 2020 (responses) |

---

[1] The Filing Party refers to the party who filed the underlying motion at issue. For example, if Defendants moved to exclude one of Plaintiffs' experts, Defendants would be the Filing Party for purposes of that motion.

| | |
|---|---|
| Non-Filing Party; and (iii) third parties, and any challenges to sealing requests. | October 15, 2020 (replies) |
| Within 14 days of the Court's ruling on the motion to seal, redact, or modify confidentiality designations for exhibits ("Order on Exhibits"), the parties shall publicly file redacted or unsealed exhibits pursuant to the Court's order. The parties will separately file under seal the full, unredacted version of any document which has been sealed in its entirety or redacted. | Date of Order on Exhibits + 14 days |
| Within 21 days of the Court's Order on Exhibits, the Filing Party shall submit proposed redactions to (i) its memoranda in support of summary judgment and *Daubert* motions and (ii) its expert reports for the Court's review and approval. | Date of Order on Exhibits + 21 days |
| Within 14 days of the Court's ruling on the motion for proposed redactions for memoranda and expert reports ("Order on Memoranda & Expert Reports"), the parties shall publicly file redacted or unsealed memoranda and expert reports. The parties will separately file under seal the full, unredacted version of any document which has been sealed in its entirety or redacted. | Date of Order on Memoranda & Expert Reports + 14 days |

For ease of administration and to ensure a smooth process among the parties and third parties without the need for further intervention by the Court, Defendants also respectfully submit the following proposal for internal deadlines relating to this sealing protocol.

| SUMMARY OF PROPOSED INTERNAL DEADLINES ||
|---|---|
| **Event:** | **Deadline:** |
| Filing Party contacts third parties whose Confidential and Highly Confidential documents or testimony are included as exhibits to these motions.<br><br>(within 3 business days of preliminary filing) | July 20, 2020<br><br>August 20, 2020 (responses)<br><br>September 18, 2020 (replies) |
| Non-Filing Party and third parties identify for Filing Party the exhibits, portions of exhibits, and testimony for which they intend to maintain confidentiality designations and the bases for those designations.<br><br>(within 14 days of preliminary filing) | July 29, 2020<br><br>August 31, 2020 (responses)<br><br>September 29, 2020 (replies) |
| Filing Party notifies Non-Filing Party of the list of exhibits and testimony for which Filing Party OR third parties intend to maintain confidentiality designations, including proposed redactions to exhibits (not including the briefing or expert reports | August 5, 2020<br><br>September 8, 2020 (responses) |

| | |
|---|---|
| at this time).<br><br>(within 21 days of preliminary filing) | October 6, 2020 (replies) |
| Non-Filing Party identifies any challenge(s) to designations and reasons for challenge(s).<br><br>(within 28 days of preliminary filing) | August 12, 2020<br><br>September 14, 2020 (responses)<br><br>October 13, 2020 (replies) |
| The Filing Party identifies to each third party whose confidential information has been cited in summary judgment or *Daubert* motions (1) the outcome of the Court's decision on the filing of the third party's exhibits, (2) any quotes from, citations to, or references to the third party's confidential information in the memoranda in support of summary judgment and *Daubert* motions, and (3) any quotes from, citations to, or references to the third party's confidential information in any expert reports that were filed as exhibits.<br><br>(within 7 days of Court's Order on Exhibits)<br><br>Filing Party then works with Non-Filing Party and third parties to determine appropriate redactions to any portion of the memoranda in support of the motion for summary judgment, Daubert motions, or expert reports that refers to that Non-Filing Party or third party's confidential information, keeping in mind the Court's order on sealing and the Court's guidance as to what information is appropriate to seal or redact. These proposed redactions shall be filed within 21 days of the Date of Order on Exhibits for the Court's review and approval. | Date of Order on Exhibits + 7 days |