UNITED STATES DISTRICT COURT

DISTRICT OF KANSAS

| | |
|---|---|
| In re EPIPEN (EPINEPHRINE INJECTION, USP) MARKETING, SALES PRACTICES AND ANTITRUST LITIGATION | ) Civil Action No. 2:17-md-02785-DDC-TJJ ) (MDL No: 2785) ) |
| This Document Relates To: | ) ) |
| CONSUMER CLASS CASES. | ) ) ) |

## <u>INDEX OF EXHIBITS</u>

| Ex. No. | Description | Seal |
|:---:|---|:---:|
| 1. | Export Report of Professor Einer Elhauge | Filed under seal |
| 2. | Reply Expert Report of Professor Einer Elhauge | Filed under seal |
| 3. | Expert Report of Professor Einer Elhauge in Support of Class Certification | Filed under seal |
| 4. | Merits *Daubert* Declaration of Professor Einer Elhauge | Filed under seal |
| 5. | Video Deposition of Einer R. Elhauge (excerpts) | Filed under seal |
| 6. | Expert Report of Jonathan M. Orszag | Filed under seal |
| 7. | ABA Section of Antitrust Law, *Proving Antitrust Damages: Legal and Economic Issues* (3d. ed 2017) (excerpt) | |
| 8. | Expert Report of Robert Willig | Filed under seal |
| 9. | A.H. Studenmund, *Using Econometrics: A Practical Guide* (4th ed. 2000) (excerpt) | |
| 10. | Jeffrey Wooldridge, *Introductory Econometrics* 90 (5th ed. 2013) (excerpt) | |
| 11. | Expert Report of Dr. John H. Johnson IV | Filed under seal |
| 12. | Declaration of Robert Willig | Filed under seal |

| Ex. No. | Description | Seal |
|---|---|---|
| 13. | ABA Section of Antitrust Law, *Econometrics* (2d ed. 2014) (excerpt) | |
| 14. | Presentation Slides, PS0236464 | Filed under seal |
| 15. | Mylan Correspondence, MYEP00213252 | Filed under seal |
| 16. | Presentation Slides, SAN-EPI-0326335 | Filed under seal |
| 17. | Nicholas Economides*, Tying, Bundling, and Loyalty/Requirement Rebates*, *in Research Handbook of the Economics of Antitrust Law* (Einer Elhauge ed., 2012) | |
| 18. | Philippe Choné & Laurent Linnemer, *Nonlinear Pricing and Exclusion: II. Must-stock Products*. 47 Rand J. Econ. 631 (2016). | |
| 19. | Declaration of Dr. John H. Johnson IV in Support of Defendants' Motion to Exclude Expert Opinions of Professor Einer Elhauge | Filed under seal |
| 20. | Video Deposition of Justin Works (excerpts) | Filed under seal |
| 21. | Declaration of Warren T. Burns | |