# EXHIBIT 9

Case 2:17-md-02785-DDC-TJJ   Document 2189-2   Filed 08/17/20   Page 2 of 4

able. While the fit between the two is superb, knowledge of that fit could have been obtained from the definitions of the variables without any econometric estimation.

## 8.1.2  Imperfect Multicollinearity

Since perfect multicollinearity is fairly easy to avoid, econometricians almost never talk about perfect multicollinearity. Instead, when we use the word multicollinearity, we are really talking about severe imperfect multicollinearity. **Imperfect multicollinearity** can be defined as a linear functional relationship between two or more independent variables that is so strong that it can significantly affect the estimation of the coefficients of the variables.

In other words, imperfect multicollinearity occurs when two (or more) explanatory variables are imperfectly linearly related as in:

$$X_{1i} = \alpha_0 + \alpha_1 X_{2i} + u_i \tag{8.7}$$

Compare Equation 8.7 to Equation 8.1; notice that Equation 8.7 includes $u_i$, a stochastic error term. This implies that although the relationship between $X_1$ and $X_2$ might be fairly strong, it is not strong enough to allow $X_1$ to be completely explained by $X_2$; some unexplained variation still remains. Figure 8.2 shows the graph of two explanatory variables that might be considered imperfectly multicollinear. Notice that although all the observations in the sample are fairly close to the straight line, there is still some variation in $X_1$ that cannot be explained by $X_2$.

Imperfect multicollinearity is a strong linear relationship between the explanatory variables. The stronger the relationship between the two (or more) explanatory variables, the more likely it is that they'll be considered significantly multicollinear. Whether explanatory variables are multicollinear in a given equation depends on the theoretical relationship between the variables and on the particular sample chosen. Two variables that might be only slightly related in one sample might be so strongly related in another that they could be considered to be imperfectly multicollinear. In this sense, it is fair to say that multicollinearity is a sample phenomenon as well as a theoretical one. Whether the data are correlated enough to have a significant effect on the estimation of the equation depends on the particular sample drawn, and each sample must be investigated (using, for example, the simple correlation coefficient to measure collinearity) before multicollinearity can be diagnosed. This contrasts with perfect multicollinearity because two variables that are perfectly related probably can be detected on a logical basis. The detection of the multicollinearity will be discussed in more detail in Section 8.3.

Case 2:17-md-02785-DDC-TJJ    Document 2189-2    Filed 08/17/20    Page 3 of 4



**Figure 8.2  Imperfect Multicollinearity**

With imperfect multicollinearity, an independent variable is a strong but not perfect linear function of one or more other independent variables. Imperfect multicollinearity varies in degree from sample to sample.

## 8.2    The Consequences of Multicollinearity

If the multicollinearity in a particular sample is severe, what will happen to estimates calculated from that sample? Since perfect multicollinearity means that the estimation of an equation is impossible, what consequences does significant imperfect multicollinearity imply? The purpose of this section is to explain the consequences of multicollinearity and then to explore some examples of such consequences.

Recall the properties of OLS estimators that might be affected by this or some other econometric problem. In Chapter 4, we stated that the OLS estimators are BLUE (or MvLUE) if the Classical Assumptions hold. This means that OLS estimates can be thought of as being unbiased and having the minimum variance possible for unbiased linear estimators.

### 8.2.1   What Are the Consequences of Multicollinearity?

The major consequences of multicollinearity are:

1. *Estimates will remain unbiased.* Even if an equation has significant multicollinearity, the estimates of the βs will still be centered around the true population βs if all the Classical Assumptions are met for a correctly specified equation.

Case 2:17-md-02785-DOC-TJJ   Document 2189-2   Filed 08/17/20   Page 4 of 4

2. *The variances and standard errors of the estimates will increase.* This is the principal consequence of multicollinearity. Since two or more of the explanatory variables are significantly related, it becomes difficult to precisely identify the separate effects of the multicollinear variables. In essence, we are asking the regression to tell us something about which we have little information. When it becomes hard to distinguish the effect of one variable from the effect of another, then we're much more likely to make large errors in estimating the βs than we were before we encountered multicollinearity. As a result, the estimated coefficients, although still unbiased, now come from distributions with much larger variances and, therefore, standard errors.[2]

To see this, recall the equation for the standard error (the square root of the variance) of an estimated slope coefficient in a multivariate regression model with exactly two independent variables. That equation was Equation 4.10:

$$SE(\hat{\beta}_1) = \sqrt{\frac{\sum e_i^2/(n-3)}{\sum(X_{1i} - \bar{X}_1)^2(1 - r_{12}^2)}} \qquad (4.10)$$

What happens to $SE(\hat{\beta}_1)$, and therefore to the variance, in the face of severe multicollinearity? With multicollinearity, the simple correlation coefficient between $X_1$ and $X_2$, $r_{12}$, will be high. If $r_{12}$ is high, then $(1 - r_{12}^2)$ will be low, causing $SE(\hat{\beta}_2)$ to be high. Thus, multicollinearity causes $SE(\hat{\beta}_1)$ and the variance of the estimated coefficients to be higher than they would be without such correlation.

Figure 8.3 compares a distribution of $\hat{\beta}$s from a sample with severe multicollinearity to one with virtually no correlation between any of the independent variables. Notice that the two distributions have the same mean, indicating that multicollinearity does not cause bias. Also note how much wider the distribution of $\hat{\beta}$ becomes when multicollinearity is severe; this is the result of the increase in the standard error of $\hat{\beta}$ that is caused by multicollinearity.

In particular, with multicollinearity there is a higher probability of obtaining a $\hat{\beta}$ that is dramatically different from the true β. For example, it turns out that multicollinearity increases the likelihood of ob-

2. Even though the variances and standard errors are larger with multicollinearity than they are without it, OLS is still BLUE when multicollinearity exists. That is, no other linear unbiased estimation technique can get lower variances than OLS even in the presence of multicollinearity. Thus, although the effect of multicollinearity is to increase the variance of the estimated coefficients, OLS still has the property of minimum variance (these "minimum variances" are just fairly large).