# EXHIBIT 10

# Introductory Econometrics

## A MODERN APPROACH

### 5th EDITION



# Jeffrey M. Wooldridge

Assumptions MLR.1 to MLR.4, we know that $\hat{\beta}_1$ and $\hat{\beta}_2$ would be unbiased for $\beta_1$ and $\beta_2$, respectively. Therefore,

$$E(\tilde{\beta}_1) = E(\hat{\beta}_1 + \hat{\beta}_2\tilde{\delta}_1) = E(\hat{\beta}_1) + E(\hat{\beta}_2)\tilde{\delta}_1$$

$$= \beta_1 + \beta_2\tilde{\delta}_1, \qquad\qquad\qquad \textbf{[3.45]}$$

which implies the bias in $\tilde{\beta}_1$ is

$$\text{Bias}(\tilde{\beta}_1) = E(\tilde{\beta}_1) - \beta_1 = \beta_2\tilde{\delta}_1. \qquad \textbf{[3.46]}$$

Because the bias in this case arises from omitting the explanatory variable $x_2$, the term on the right-hand side of equation (3.46) is often called the **omitted variable bias**.

From equation (3.46), we see that there are two cases where $\tilde{\beta}_1$ is unbiased. The first is pretty obvious: if $\beta_2 = 0$—so that $x_2$ does not appear in the true model (3.40)—then $\tilde{\beta}_1$ is unbiased. We already know this from the simple regression analysis in Chapter 2. The second case is more interesting. If $\tilde{\delta}_1 = 0$, then $\tilde{\beta}_1$ is unbiased for $\beta_1$, even if $\beta_2 \neq 0$.

Because $\tilde{\delta}_1$ is the sample covariance between $x_1$ and $x_2$ over the sample variance of $x_1$, $\tilde{\delta}_1 = 0$ if, and only if, $x_1$ and $x_2$ are uncorrelated in the sample. Thus, we have the important conclusion that, if $x_1$ and $x_2$ are uncorrelated in the sample, then $\tilde{\beta}_1$ is unbiased. This is not surprising: in Section 3.2, we showed that the simple regression estimator $\tilde{\beta}_1$ and the multiple regression estimator $\hat{\beta}_1$ are the same when $x_1$ and $x_2$ are uncorrelated in the sample. [We can also show that $\tilde{\beta}_1$ is unbiased without conditioning on the $x_{i2}$ if $E(x_2|x_1) = E(x_2)$; then, for estimating $\beta_1$, leaving $x_2$ in the error term does not violate the zero conditional mean assumption for the error, once we adjust the intercept.]

When $x_1$ and $x_2$ are correlated, $\tilde{\delta}_1$ has the same sign as the correlation between $x_1$ and $x_2$: $\tilde{\delta}_1 > 0$ if $x_1$ and $x_2$ are positively correlated and $\tilde{\delta}_1 < 0$ if $x_1$ and $x_2$ are negatively correlated. The sign of the bias in $\tilde{\beta}_1$ depends on the signs of both $\beta_2$ and $\tilde{\delta}_1$ and is summarized in Table 3.2 for the four possible cases when there is bias. Table 3.2 warrants careful study. For example, the bias in $\tilde{\beta}_1$ is positive if $\beta_2 > 0$ ($x_2$ has a positive effect on $y$) and $x_1$ and $x_2$ are positively correlated, the bias is negative if $\beta_2 > 0$ and $x_1$ and $x_2$ are negatively correlated, and so on.

Table 3.2 summarizes the direction of the bias, but the size of the bias is also very important. A small bias of either sign need not be a cause for concern. For example, if the return to education in the population is 8.6% and the bias in the OLS estimator is 0.1% (a tenth of one percentage point), then we would not be very concerned. On the other hand, a bias on the order of three percentage points would be much more serious. The size of the bias is determined by the sizes of $\beta_2$ and $\tilde{\delta}_1$.

In practice, since $\beta_2$ is an unknown population parameter, we cannot be certain whether $\beta_2$ is positive or negative. Nevertheless, we usually have a pretty good idea about the direction of the partial effect of $x_2$ on $y$. Further, even though the sign of the correlation between $x_1$ and $x_2$ cannot be known if $x_2$ is not observed, in many cases, we can make an educated guess about whether $x_1$ and $x_2$ are positively or negatively correlated.

In the wage equation (3.42), by definition, more ability leads to higher productivity and therefore higher wages: $\beta_2 > 0$. Also, there are reasons to believe that *educ* and *abil* are positively correlated: on average, individuals with more innate ability choose higher

**TABLE 3.2**  Summary of Bias in $\tilde{\beta}_1$ when $x_2$ Is Omitted in Estimating Equation (3.40)

|  | $\text{Corr}(x_1, x_2) > 0$ | $\text{Corr}(x_1, x_2) < 0$ |
|---|---|---|
| $\beta_2 > 0$ | Positive bias | Negative bias |
| $\beta_2 < 0$ | Negative bias | Positive bias |

© Cengage Learning, 2013

Copyright 2012 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. Due to electronic rights, some third party content may be suppressed from the eBook and/or eChapter(s). Editorial review has deemed that any suppressed content does not materially affect the overall learning experience. Cengage Learning reserves the right to remove additional content at any time if subsequent rights restrictions require it.