# EXHIBIT 21

UNITED STATES DISTRICT COURT

DISTRICT OF KANSAS

| | | |
|---|---|---|
| In re EPIPEN (EPINEPHRINE INJECTION, USP) MARKETING, SALES PRACTICES AND ANTITRUST LITIGATION | ) ) ) ) ) | Civil Action No. 2:17-md-02785-DDC-TJJ (MDL No: 2785) |
| This Document Relates To: | ) ) | |
| CONSUMER CLASS CASES. | ) ) ) | |

**DECLARATION OF WARREN T. BURNS**

Pursuant to 28 U.S.C. § 1746, I, Warren T. Burns, one of the attorneys for Plaintiffs in the above-captioned matter, based upon my personal knowledge, state:

1. Exhibit 1 is a true and correct copy of the Expert Report of Professor Einer Elhauge.

2. Exhibit 2 is a true and correct copy of the Reply Expert Report of Professor Einer Elhauge.

3. Exhibit 3 is a true and correct copy of the Expert Report of Professor Einer Elhauge in Support of Class Certification.

4. Exhibit 4 is a true and correct copy of the Merits *Daubert* Declaration of Professor Einer Elhauge.

5. Exhibit 5 is a true and correct copy of excerpts of the Video Deposition of Einer R. Elhauge.

6. Exhibit 6 is a true and correct copy of the Expert Report of Jonathan M. Orszag.

7. Exhibit 7 is a true and correct copy of an excerpt from the book, ABA Section of Antitrust Law, *Proving Antitrust Damages: Legal and Economic Issues* (3d. ed 2017).

8.      Exhibit 8 is a true and correct copy of the Expert Report of Robert Willig.

9.      Exhibit 9 is a true and correct copy of an excerpt from the book, A.H. Studenmund, *Using Econometrics: A Practical Guide*  (4th ed. 2000).

10.      Exhibit 10 is a true and correct copy of an excerpt from the book, Jeffrey Wooldridge, *Introductory Econometrics*  (5th ed. 2013).

11.      Exhibit 11 is a true and correct copy of the Expert Report of Dr. John H. Johnson IV.

12.      Exhibit 12 is a true and correct copy of the Declaration of Robert Willig.

13.      Exhibit 13 is a true and correct copy of an excerpt from the book, ABA Section of Antitrust Law, *Econometrics* (2d ed. 2014).

14.      Exhibit 14 is a true and correct copy of Presentation Slides, PS0236464.

15.      Exhibit 15 is a true and correct copy of Mylan Correspondence, MYEP00213252.

16.      Exhibit 16 is a true and correct copy of Presentation Slides, SAN-EPI-0326335.

17.      Exhibit 17 is a true and correct copy of the book chapter, Nicholas Economides*, Tying, Bundling, and Loyalty/Requirement Rebates*, *in Research Handbook of the Economics of Antitrust Law* (Einer Elhauge ed., 2012).

18.      Exhibit 18 is a true and correct copy of the article, Philippe Choné & Laurent Linnemer, *Nonlinear Pricing and Exclusion: II. Must-stock Products*, 47 Rand J. Econ. 631 (2016).

19.      Exhibit 19 is a true and correct copy of the Declaration of Dr. John H. Johnson IV in Support of Defendants' Motion to Exclude Expert Opinions of Professor Einer Elhauge.

20.      Exhibit 20 is a true and correct copy of excerpts of the Video Deposition of Justin Works.

I declare under penalty of perjury that the foregoing is true and correct.


Executed on August 17, 2020.          /s/ Warren T. Burns
                                      Warren T. Burns