UNITED STATES DISTRICT COURT

DISTRICT OF KANSAS

| | |
|---|---|
| In re EPIPEN (EPINEPHRINE INJECTION, USP) MARKETING, SALES PRACTICES AND ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>CONSUMER CLASS CASES. | Civil Action No. 2:17-md-02785-DDC-TJJ<br>(MDL No: 2785) |

**INDEX OF EXHIBITS IN SUPPORT OF CLASS PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT**

| Ex. No. | Description | Seal |
|---|---|---|
| 1 | *Mylan Inc. Q1 2009 Earnings Call Transcript*, SEEKING ALPHA (May 1, 2009) | Public |
| 2 | Dey Presentation, MYEP00458215 | Filed under seal |
| 3 | *Mylan Taking Immediate Action to Further Enhance Access to EpiPen® (Epinephrine Injection, USP) Auto-Injector*, Mylan.com | Public |
| 4 | Nov. 1, 2016 Senate Letter, Heather Bresch Dep. Ex. 18 | Filed under seal |
| 5 | Merits Expert Report of Jay Portnoy, M.D. (Oct. 31, 2019) | Public |
| 6 | Deposition Transcript Excerpts of Jay Portnoy (Feb. 15, 2019) | Filed under seal |
| 7 | Deposition Transcript Excerpts of Michael Blaiss (Jan. 28, 2020) | Filed under seal |
| 8 | Expert Report of Michael Blaiss, December 23, 2019 | Filed under seal |
| 9 | Anaphylaxis: Guidelines from European Academy of Allergy and Clinical Immunology, Lieberman Dep. Ex. 16 | Public |
| 10 | Deposition Transcript Excerpts of Phillip L. Lieberman (Sept. 3, 2019) | Filed under seal |
| 11 | Dey Presentation, Handel 30(b)(6) Dep. Ex. 17, PFE_EPIPEN_AT01223632 | Filed under seal |
| 12 | Mylan Email Communication August 3, 2011, Kopanja Dep. Ex. 17, MYEP00463180 | Filed under seal |
| 13 | Mylan Email Communication and Presentation Slides, Foster Dep. Ex. 37, MYEP00650448,_MYEP00650449 | Filed under seal |
| 14 | Mylan Q&A, Kashtan Dep. Ex. 4, MYEP01275289 | Filed under seal |
| 15 | Mylan Email Communication, Foster Dep. Ex. 30, MYEP00650326 | Filed under seal |
| 16 | Mylan Email Communication, November 1, 2011, MYEP00909416 | Filed under seal |
| 17 | Email Communication, July 1, 2011, PFE_EPIPEN_AT00487437.00001 | Filed under seal |

| Ex. No. | Description | Seal |
|---|---|---|
| 18 | Deposition Transcript Excerpts of Donna Dvorak (June 6, 2018) | Filed under seal |
| 19 | Tables Summarizing Testimony of Named Class Plaintiffs Regarding EpiPen 2-Pak Issues | Filed under seal |
| 20 | *Highlights of Prescribing Information re Epinephrine injection, USP auto-injector*, FDA | Public |
| 21 | Mylan email communications, March 14, 2014, MYEP00930034 | Filed under seal |
| 22 | Deposition of Phillip Lieberman, Dep. Ex. 4, PFE_EPIPEN_AT00921129 | Filed under seal |
| 23 | Correspondence with Office of Generic Drugs, CDER, FDA dated May 17, 2011, Teva_Epi_000114 | Filed under seal |
| 24 | TEVA Email Correspondence with Generic Drugs, FDA, August 16, 2018, Teva_EPI_MDL_00001930 | Filed under seal |
| 25 | Rebuttal Expert Report of Carl Peck, M.D. (Feb. 7, 2020) | Filed under seal |
| 26 | Teva Correspondence with FDA re Meeting Request, Aug. 10, 2016, Teva_Epi_0003762 | Filed under seal |
| 27 | Merits Expert Report of Dr. Andrew W. Torrance (October 31, 2019) | Filed under seal |
| 28 | FDA Correspondence with Dey Pharma, MYEP000015012 | Filed under seal |
| 29 | Scott Gottlieb, M.D., *Remarks to FDA Employees on Generic Drug Science Day*, FDA (Nov. 28, 2017). | Public |
| 30 | Expert Report of Carl Peck, M.D. (October 31, 2019) | Filed under seal |
| 31 | Rebuttal Expert Report of James Bruno (February 7, 2020) | Filed under seal |
| 32 | Pls.' Statement of Other Issues, Ex. 21 to Proposed Pretrial Order, King Pharm., Inc. et al., No. 1:09-CV-00652-GMS, ECF No. 142-1 | Public |
| 33 | Teva Pharmaceutical Meetings Minutes Feb. 10, 2012, Teva_EPI_MDL00015844 | Filed under seal |
| 34 | Dr. Andrew W. Torrance Rebuttal Report to Expert Report of Charles E. Clemens (Feb. 21, 2020) | Filed under seal |
| 35 | Katie Thomas, *20 States Accuse Generic Drug Companies of Price Fixing,* N.Y. TIMES (Dec. 15, 2016) | Public |
| 36 | Agreement, Deposition of Mini Bhatt Ex. 17, MYEP00180922 | Filed under seal |
| 37 | Deposition Transcript Excerpts of Carl Peck, MD (Nov. 21, 2019) | Filed under seal |
| 38 | Attorney correspondence with FDA, FOIA-FDA_006703 | Public |
| 39 | Class Plaintiff – Response to Def. Ex. 128, Table 3 | Filed under seal |
| 40 | Mylan Email Correspondence July 10, 2012 MYEP01385085 | Filed under seal |
| 41 | PROVIGIL® Medication Guide | Public |
| 42 | Jonathan Rockoff, *How a Drug Maker Tries to Outwit Generics*, Wall Street Journal (Nov. 18, 2008) | Public |
| 43 | Statement of the Federal Trade Commission, FTC v. Cephalon, Inc., (May 28, 2015) | Public |
| 44 | Deposition Transcript Excerpts of Jill Ondos (Aug. 1, 2019) | Filed under seal |
| 45 | Mylan Email Correspondence Feb. 7, 2012, MYEP00410406 | Filed under seal |
| 46 | Email Correspondence Feb. 25, 2013, Hall Dep. Ex. 3 | Filed under seal |
| 47 | Expert Report of Dr. Meredith Rosenthal (Oct. 31, 2019) | Filed under seal |

| Ex. No. | Description | Seal |
|---|---|---|
| 48 | Mylan Email Correspondence Aug. 16, 2016, MYEP00703731 | Filed under seal |
| 49 | Deposition Transcript Excerpts of Eduardo Schur (May 10, 2019) | Filed under seal |
| 50 | Deposition Transcript Excerpts of Robert Eaton (Oct. 12, 2018) | Filed under seal |
| 51 | Deposition Transcript Excerpts of Kent Rogers 30(b)(6) (OptumRx) (Dec. 19, 2018) | Filed under seal |
| 52 | Deposition Transcript Excerpts of Robert Navarro, Pharm.D. (May 16, 2019) | Filed under seal |
| 53 | Deposition Transcript Excerpts of James Borneman (June 28, 2018) | Filed under seal |
| 54 | Deposition Transcript Excerpts of Barbara Minton 30(b)(6) (Anthem) (Oct. 30, 2018) | Filed under seal |
| 55 | Reply Expert Report of Prof. Einer Elhauge Feb. 12, 2020 | Filed under seal |
| 56 | Commercial Mylan Rebate Agreement Effective July 1, 2013 through December 31, 2015, Dep. of James Ayers (Sept. 26, 2018) Ex. 1 | Filed under seal |
| 57 | Rebate Agreement, Dep. of Joseph Anderson 30(b)(6) (Dec. 20, 2018) Ex. 7 | Filed under seal |
| 58 | Mylan's "submission for the Optum Rx 2012 3 Year Commercial bid" MYEP00084713 | Filed under seal |
| 59 | Final Report Presentation, July 31, 2014, MYEP00346518 | Filed under seal |
| 60 | Dep. of Patrick Jones (Sept. 7, 2018) Ex. 11 | Filed under seal |
| 61 | Email Foster to Grimm, Nov. 23, 2015, MYEP00083385 | Public |
| 62 | Email Willing to Graybill, Bresch Dep. Ex. 30, MYEP00892874 | Public |
| 63 | Email Correspondence, May 20, 2014, Deposition of Chris Viebacher (Oct. 16, 2018) Ex. 38 | Filed under seal |
| 64 | Deposition Transcript Excerpts of Saira Jan (Horizon BCBS) (Nov. 30, 2018) | Filed under seal |
| 65 | Mylan Email Correspondence, Foster Dep. Ex. 13, MYEP00624314 | Filed under seal |
| 66 | Jones Email to Peterpaul re meeting, Jan. 21, 2013, MYEP006000682 | Filed under seal |
| 67 | Fourteenth Amendment, May Dep. Ex. 15, MYE00000926 | Filed under seal |
| 68 | Mylan Email Corr. April 30, 2013, Foster Dep. Ex. 4 | Filed under seal |
| 69 | Mylan and Optum Communication, MYEP00080824 | Filed under seal |
| 70 | Merits Daubert Declaration of Prof. Einer Elhauge (Aug. 17, 2020) | Filed under seal |
| 71 | Pharmaceuticals & Therapeutic Committee Meeting Transcript June 27, 2014, Brown 30(b)(6) Dep. Ex. 6 | Filed under seal |
| 72 | Email Communication, Jan. 19, 2014, Viehbacher Ex. 11 | Filed under seal |
| 73 | Deposition Transcript Excerpts of Christopher Viehbacher (Oct. 16, 2018) | Filed under seal |
| 74 | Table of Bundled Rebates & Gross Sales 2015-2016, SAN-EPI_1235553 | Filed under seal |
| 75 | Marotta Email Communication May 23, 2014, SAN-EPI_A-0035870 | Filed under seal |
| 76 | Deposition Transcript Excerpts of Bryan Downey (Aug. 1, 2018) | Filed under seal |
| 77 | Deposition Transcript Excerpts of Anne Whitaker (Oct. 18, 2018) | Filed under seal |
| 78 | Denney Email Communication, June 13, 2014, SAN-EPI-0255744 | Filed under seal |

| Ex. No. | Description | Seal |
|---|---|---|
| 79 | Fourth Amendment Rebate and Administrative Fee Agreement, MYEP00087496 | Filed under seal |
| 80 | Contract Approval Form, SAN-EPI_0000519 | Filed under seal |
| 81 | Second Amendment Rebate and Administrative Fee Agreement, Hall Dep. Ex. 33 | Filed under seal |
| 82 | Amendment Rebate Agreement, SAN-EPI-0077733 | Filed under seal |
| 83 | Meeting Invitation Aug. 18, 2014, Foster Dep. Ex. 23 | Filed under seal |
| 84 | Jones Email Communication, Sept. 9, 2014, MYEP00491870 | Filed under seal |
| 85 | Expert Report of Professor Einer Elhauge (Oct. 31, 2019) | Filed under seal |
| 86 | Forc Share No. 159, MREPLY66 | Filed under seal |
| 87 | Deposition Transcript Excerpts of Peter Guenter (Oct. 3, 2018) | Filed under seal |
| 88 | Forecast May 11, 2015, PFE_EPIPEN_AT00848305 | Filed under seal |
| 89 | King Pharmaceuticals Presentation Slides, PFE_EPIPEN_AT00614688 | Filed under seal |
| 90 | Pfizer Email Communication, PFE_EPIPEN_AT00842886 | Filed under seal |
| 91 | Pfizer Business Agreement, PFE_EPIPEN_AT00296193 | Filed under seal |
| 92 | Mylan/Pfizer Committee Minutes, PFE_EPIPEN_AT00548048 | Filed under seal |
| 93 | Deposition Transcript Excerpts of Ivona Kopanja (July 19, 2019) | Filed under seal |
| 94 | Mylan Email Communication, MYEP00727319 | Filed under seal |
| 95 | Mylan Email Communication, MYEP00723310 | Filed under seal |
| 96 | Mylan Presentation Slides, Kopania Dep. Ex. 6, MYEP01025544 | Filed under seal |
| 97 | Meeting Invitation Jan. 12, 2011, Foster Dep. Ex. 35, MYEP00724452 | Filed under seal |
| 98 | Dey Presentation May 19, 2010, MYEP00724517 | Filed under seal |
| 99 | Mylan Email Communication June 32, 2011, Bresch Dep Ex. 27 MYEP00906261 | Filed under seal |
| 100 | Deposition Transcript Excerpts of Roger Graham 30(b)(6) (July 17, 2019) | Filed under seal |
| 101 | Deposition Transcript Excerpts of Thomas Handel (Oct. 17, 2018) | Filed under seal |
| 102 | Mylan Email Communication March 19, 2011, MYEP01389489 | Filed under seal |
| 103 | Mylan Email Communication April 15, 2011, Kopanja Dep. Ex. 7, MYEP01339364 | Filed under seal |
| 104 | May 21, 2011 email by Lloyd Sanders, Lieberman Dep. Ex. 33, MYEP01407831 | Filed under seal |
| 105 | Mylan Email Communication May 24, 2011, MYEP01393456 | Filed under seal |
| 106 | Mylan Email Communication July 21, 2011, Kashtan Dep. Ex. 10, MYEP00874083 | Filed under seal |
| 107 | Lonczak Email Communication, July 9, 2911, MYEP00839271 | Filed under seal |
| 108 | Mylan Email Communication, July 1, 2011, MYEP01415028 | Filed under seal |
| 109 | Deposition Transcript Excerpts of Heather Bresch (Oct. 9, 2018) | Filed under seal |
| 110 | Mylan Q&A with Comments, MYEP00875022 | Filed under seal |
| 111 | Mylan EpiPen Presentation, MYEP00332421 | Filed under seal |

| Ex. No. | Description | Seal |
|---|---|---|
| 112 | Email Communication re Liberman Slides June 21, 2011, Kashtan Dep. Ex. 3, MYEP00875484 | Filed under seal |
| 113 | Deposition Transcript Excerpts of Lauren Kashtan (March 19, 2019) | Filed under seal |
| 114 | P. Lieberman, et al., *Anaphylaxis--A Practice Parameter Update 2015*, Annals Allergy Asthma Immunology (2015) | Public |
| 115 | Deposition Transcript Excerpts of Paul Muma 30(b)(6) (Sept. 25, 2019) | Filed under seal |
| 116 | Mylan Defendants' Second Amended Responses and Objections to Class Plaintiffs' First Set of Interrogatories, March 22, 2018 at No. 3 | Filed under seal |
| 117 | Pfizer Defendants' Third Supplemental Responses and Objections to Class Plaintiffs' First Set of Interrogatories to Pfizer Inc., King Pharmaceuticals LLC, and Meridian Medical Technologies, Inc. | Filed under seal |
| 118 | Mylan's Responses to Class Plaintiffs' Second Set of Interrogatories | Filed under seal |
| 119 | Deposition Transcript Excerpts of Sylvain Rocheleau (Sept. 26, 2018) | Filed under seal |
| 120 | Meridian Email Communication, Muma Dep. Ex 15, PFE_EPIPEN_AT00581018 | Filed under seal |
| 121 | Mylan Email Communication, April 29, 2011, MYEP01207484 | Filed under seal |
| 122 | Email Communication May 24, 2011, PFE_EPIPEN_AT00483706 | Filed under seal |
| 123 | Presentation to Pfizer, July 8, 2011, Kopanja Dep. Ex. 13, MYEP00872303 | Filed under seal |
| 124 | Mylan Dey Email Communication, July 10, 2011, Kopanja Dep. Ex. 14, MYEP00458756 attaching MYEP00458757 Heather-Update PPT | Filed under seal |
| 125 | Dey Presentation to Joint Commercial Committee July 14, 2011, PFE_EPIPEN_AT01001157 | Filed under seal |
| 126 | Mylan Email Communication June 14, 2011, MYEP00878251 | Filed under seal |
| 127 | Mylan Cover Email, June 29, 2011, MYEP01275288 | Filed under seal |
| 128 | Final Q&A as of Aug. 9, 2021, MYEP00869930 | Filed under seal |
| 129 | Mylan Email Communication re Press Release, Aug. 7, 2011, MYEP00463702 | Filed under seal |
| 130 | Dey Email Communication re Brainshark, Aug. 18, 2011, MYEP00717271 & MYEP00717274 | Filed under seal |
| 131 | Kashtan to Kopanja re communication to stakeholders, Aug. 25, 2011, MYEP00871515 | Filed under seal |
| 132 | Mylan Email Communication, Sept. 20, 2011 MYEP01387447 | Filed under seal |
| 133 | Mylan Email Communication, May 19, 2011, MYEP00724455, MYEP00724457 | Filed under seal |
| 134 | Dey Email Communication, June 9, 2011, Kopanja Dep Ex 10, MYEP00724404 | Filed under seal |
| 135 | *Dey Pharma to Offer EpiPen 2-Pak® and EpiPen Jr 2-Pak® Exclusively,* Mylan (Aug. 24, 2011) | Public |
| 136 | Mylan Email Communication, Aug. 24, 2011, MYEP00435479 | Public |

| Ex. No. | Description | Seal |
|---|---|---|
| 137 | Lloyd Sanders email to Heather Bresch, Aug. 5, 2011, Kashtan Dep. Ex. 11, MYEP00433558 | Filed under seal |
| 138 | Mylan Email Communication, Aug. 22, 2011, MYEP00871116 | Filed under seal |
| 139 | Coury Email Communication to Bresch, Aug. 5, 2011, MYEP00433544 | Filed under seal |
| 140 | Dey Email Communication, Aug. 26, 2011, Jordan Dep. Ex. 35, MYEP00443833 | Filed under seal |
| 141 | Chandra Miranda email to Colleen Donovan, August 10, 2011, MYEP01273477. | Filed under seal |
| 142 | Project X2 Slide Deck, Aug. 15, 2011, MYEP01399857 | Filed under seal |
| 143 | Tables Summarizing Testimony of Named Class Plaintiffs Regarding EpiPen 2-Pak Issues | Filed under seal |
| 144 | Email Correspondence Sanders to Bresch, Oct. 3, 2011, MYEP00434928 | Filed under seal |
| 145 | EpiPen 2016 Brank Plan Slides, PFECAN_EPIPEN_AT00000845 | Filed under seal |
| 146 | Mylan Email Communication, Jan. 16, 2012, MYEP00597744 | Filed under seal |
| 147 | Mylan Presentation Market Review 2013, MYEP00151776 | Filed under seal |
| 148 | EpiPen Historical Summary Slides, Aug. 26, 2016, PFE_EPIPEN_AT00695319 | Filed under seal |
| 149 | Mylan 2011 Bruce Foster Review Form, MYEP00270880 | Filed under seal |
| 150 | *Sanofi Announces Auvi-Q, the First and Only Voice-Guided Epinephrine Auto-Injector, is Now Available in the U.S.*, PR News Wire, Jan 28, 2013 | Public |
| 151 | Email Hadley to Barone re Consumer Research, Nov. 1, 2012, Hadley Dep. Ex. 24, MYEP01033504 | Filed under seal |
| 152 | Mylan Cover Email and EpiPen Defense Presentation attachment, Oct. 29, 2014, MYEP00193044 | Filed under seal |
| 153 | Email Arcara to Prout with Research Summary, Oct. 26, 2012, Arcara Dep. Ex. 8, MYEP00742100 | Filed under seal |
| 154 | Rousseau email to Thievon, Oct. 10, 2012, Graham 30(b)(6) Dep. Ex. 29, MYEP00630921 | Filed under seal |
| 155 | Cover Email and Market Research Slides, July 18, 2014, MYEP00140817 | Filed under seal |
| 156 | Arcara Email to Korczynski with Market Research Slides Aug. 27, 2013, Graham 30b6 Ex 28, MYEP00603647 | Filed under seal |
| 157 | Mylan Email Communication, March 8, 2013, MYEP01351851 | Filed under seal |
| 158 | Marcuccio Email to Stewart re Notes on Epicard Aug. 12, 2008, Handel Dep. Ex. 5, PFE_EPIPEN_AT00648955 | Filed under seal |
| 159 | Handel email to Savage with attachments, Sept. 2, 2011, Coury Dep. Ex. 20, PFE_EPIPEN_AT00011447 | Filed under seal |
| 160 | Class Plaintiffs' Fourth Supplemental Responses and Objections to Mylan Defendants' Third Set of Interrogatories to Class Plaintiffs | Filed under seal |

| Ex. No. | Description | Seal |
|---|---|---|
| 161 | Email Correspondence with EpiPen Meeting Minutes, Oct. 7, 2011, Handel Dep. Ex 12, PFE_EPIPEN_AT00548494 | Filed under seal |
| 162 | Mylan Update Meeting Slides, Jan. 4, 2012, MYEP00088373 | Filed under seal |
| 163 | EpiPen Global Brand Plan 2012-2016 Slides, MYEP00088189 | Filed under seal |
| 164 | Mylan Email Communication with Marketing Slide attachments, Dec. 29, 2011, MYEP00825389 | Filed under seal |
| 165 | Mylan Email Communication re ESI, July 15, 2014, MYEP00744340 | Public |
| 166 | Expert Report of Dr. Robert P. Navarro (Dec. 23, 2019) | Filed under seal |
| 167 | PBM Rebate Contracts | Filed under seal |
| 168 | Deposition Transcript Excerpts of Patrick Jones (September 7, 2018) | Filed under seal |
| 169 | Letter from Mylan to Karen Bowling, WV, Bresch Dep. Ex. 47 | Filed under seal |
| 170 | Deposition Transcript Excerpts of Sandy Loreaux (Sept. 6, 2018) | Filed under seal |
| 171 | Deposition Transcript Excerpts of Bruce Foster (June 14, 2018) | Filed under seal |
| 172 | Deposition Transcript Excerpts of Harry Jordan (Oct. 26, 2018) | Filed under seal |
| 173 | Hadley Email to Shuck Dec. 2, 2011, Hadley Dep. Ex. 7, MYEP01033592 | Filed under seal |
| 174 | Mylan Email Correspondence, Dec. 14, 2011, with Competitive Workshop Slides, MYEP00723817 | Filed under seal |
| 175 | T. Hadley email to T. Miller with Auvi-Q Materials Slides, MYEP00332613 | Filed under seal |
| 176 | Deposition Transcript Excerpts of Michael Brodeur 30(b)(6) (Aetna) (Dec. 12, 2018) | Filed under seal |
| 177 | Deposition Transcript Excerpts of Nicole Willing (May 31, 2018) | Filed under seal |
| 178 | Hartness email to Wahl, May 8, 2013, SAN-EPI-0545367 | Filed under seal |
| 179 | Arcara email to Korczynski, Oct. 25, 2013, MYEP00257144 | Filed under seal |
| 180 | Thievon email to Rousseau with Pricing Committee Slides, Oct. 24, 2012, MYEP01201496 | Filed under seal |
| 181 | Deposition Transcript Excerpts of Sherry Korczynski 30(b)(6) (Aug. 24, 2018) | Filed under seal |
| 182 | Korczynski Email with Plan Slides, Korczynski Dep. Ex. 30 | Filed under seal |
| 183 | Mylan Email Communication Dec. 16, 2011, Deposition of Ron Graybill Ex. 4 | Filed under seal |
| 184 | Mylan Email Communication, Nov. 13, 2013, Foster Dep. Ex. 20, MYEP00602163 | Filed under seal |
| 185 | Relevant Excerpts of Mylan Presentation Slides, PFE_EPIPEN_AT00011449 | Filed under seal |
| 186 | Hadley Email to Nitkowski, Dec. 14, 2011, Corey Ex 21; Hadley Dep. Ex. 8, MYEP01032076 | Filed under seal |
| 187 | Mylan Email Communication, Aug. 26, 2011, MYEP00720503 | Filed under seal |
| 188 | Mylan Email Communication, Nov. 4, 2013, MYEP00305854 | Filed under seal |
| 189 | Email Communication, Patel Dep. Ex. 10, MYEP00304665 | Public |
| 190 | Deposition Transcript Excerpts of Scott Sussman (Sept. 13, 2018) | Filed under seal |

| Ex. No. | Description | Seal |
|---|---|---|
| 191 | Mylan Email Communication, Nov. 2, 2012, MYEP01352417 | Filed under seal |
| 192 | Downing Email to Loreaux, Sept. 6, 2013, SAN-EPI_A-0041389 | Filed under seal |
| 193 | Mylan Email Communication, Minton Dep. Ex. 16, MYEP00593648 | Filed under seal |
| 194 | Mylan Email Communication, Nov. 2, 2012, Jones Dep. Ex. 12, MYEP00624726 | Filed under seal |
| 195 | Jones email to Abson, June 28, 2013, MYEP00069046 | Public |
| 196 | Mylan Email Communication, MYEP00269353 | Filed under seal |
| 197 | Mylan Communication, April 20, 2013, MYEP00254218 | Filed under seal |
| 198 | Stein Email to Brownfield, Oct. 9, 2012, HUM006208 | Filed under seal |
| 199 | Stein Email to Hanley, June 25, 2013, HUM001702 | Filed under seal |
| 200 | Mylan Email Communication, Mar. 4, 2013, Foster Dep. Ex. 14, MYEP00619261 | Filed under seal |
| 201 | Prestonjee Email to Ayers, Mar. 7, 2014, MEDIMPACT_0007791 | Filed under seal |
| 202 | Dey Pricing Committee Review Slides, Feb. 23, 2012, MYEP01123109 | Filed under seal |
| 203 | Deposition Transcript Excerpts of Douglas M. Brown 30(b)(6) (Magellan) (Oct. 25, 2018) | Filed under seal |
| 204 | Mylan Email Communication, Mar. 4, 2013, Foster Dep. Ex. 14, MYEP00619261 | Filed under seal |
| 205 | Class Plaintiffs' Fourth Supplemental Responses and Objections to Mylan Defendants' Third Set of Interrogatories to Class Plaintiffs | Filed under seal |
| 206 | Kashtan to Kopanja re communication to stakeholders, Aug. 25, 2011, MYEP00871515 | Filed under seal |
| 207 | Mylan Presentation Slides, Korczynski Dep. Ex. 23, MYEP00119242 | Filed under seal |
| 208 | Korczynski email to Arcara, Mar. 4, 2014, Korczynski Dep. Ex. 38, MYEP00667337 | Filed under seal |
| 209 | Mylan Committee Minutes, MYEP01134965 | Filed under seal |
| 210 | MME Presentation Slides to Mylan, July 2012, MME-EpiPen 006950 | Filed under seal |
| 211 | Pricing Committee Slides, MYEP01201497 | Filed under seal |
| 212 | Epinephrine Price History, Coury Dep. Ex. 13, MYEP00002244 | Filed under seal |
| 213 | Mylan Email Communication, Aug. 17, 2016, MYEP00519385 | Filed under seal |
| 214 | Mylan Email Communication, Dec. 6, 2013, Willing Dep. Ex. 17, MYEP00611547 | Filed under seal |
| 215 | Mylan Email Communication, Aug. 30, 2013, MYEP00252719, Korczynski Ex 7 | Filed under seal |
| 216 | Email with Mylan Presentation Slides, Dec. 10, 2014, MYEP00186646 | Filed under seal |
| 217 | Email and Messaging Research Slides, Dec. 12, 2014, MYEP00093725; Graham 30b6 Dep. Ex. 33 | Filed under seal |
| 218 | Email with Auvi-Q Report Slides attachment, Sussman Dep. Ex. 18, MYEP00450839 | Filed under seal |
| 219 | Mylan Communication, Sept. 13, 2013, Sussman Dep. Ex. 11, MYEP00892918 | Filed under seal |

| Ex. No. | Description | Seal |
|---|---|---|
| 220 | EpiPen JCC Presentation Slides, Dec. 8, 2011, PFE_EPIPEN_AT01185204 | Filed under seal |
| 221 | Email with JCC Presentation Slides, Dec. 11, 2013, MYEP00497745 | Filed under seal |
| 222 | Email with EpiPen JCC Meeting Minutes, 20 March 2014, PFE_EPIPEN_AT00540546 | Filed under seal |
| 223 | Project Briefing Notes, April 27, 2010, PFE_EPIPEN_AT00504365 | Filed under seal |
| 224 | Marcuccio Email to O'Brien, June 3, 2010, PFE_EPIPEN_AT00670588 | Filed under seal |
| 225 | Nguyen Email to Handel, Aug. 23, 2016, Handel Dep. Ex. 21 | Filed under seal |
| 226 | Handel Email to Nguyen, Aug. 23, 2016, Handel Dep. Ex. 23, PFE_EPIPEN_AT00559784 | Filed under seal |
| 227 | Mylan Email Communication, March 21, 2014, MYEP00750871 | Filed under seal |
| 228 | Sussman email to Young, Oct. 23, 2013, Sussman Dep. Ex. 5, MYEP00278898 | Filed under seal |
| 229 | Deposition Transcript Excerpts of Roger Graham (Aug. 29, 2018) | Filed under seal |
| 230 | Deposition Transcript Excerpts of Gary Zieziula (May 31, 2019) | Filed under seal |
| 231 | Mylan email with Slides, Graham 30)(b)(6) Dep. Ex. 38, MYEP001194671 | Filed under seal |
| 232 | Statement of the Federal Trade Commission, *FTC v. Cephalon, Inc.*, (May 28, 2015) | Public |
| 233 | Email with JCC Presentation Slides, Dec. 11, 2013, Graham 30(b)(1) Dep. Ex. 20 | Filed under seal |
| 234 | Mylan Communication re Commercial, June 30, 2014, MYEP00672498 | Filed under seal |
| 235 | Mylan Communication re TV, June 30, 2014, MYEP00672221 | Filed under seal |
| 236 | Graham Email July 2, 2014, Graham 30(b)(1) Dep. Ex. 33 MYEP00293763 | Filed under seal |
| 237 | Kleyweg email to Lo re Advertising, March 12, 2015, DH0128009 | Filed under seal |
| 238 | DOJ Press Release | Public |
| 239 | Dowd email to Minchow, Nov. 6, 2014, Brown Dep. Ex. 19, 2014EPI-NE-0000542 | Filed under seal |
| 240 | Deposition Transcript Excerpts of Jonathan Fairest (Oct. 19, 2018) | Filed under seal |
| 241 | Market Share Graphs, Rocheleau Dep. Ex. 12 | Filed under seal |
| 242 | Email Communication re Auvi Q Launch, May 20, 2014, SAN-EPI-0374526 | Filed under seal |
| 243 | Email Communication with Sanofi Slides, AN-EPI-0788657 | Filed under seal |
| 244 | Project Intelliject epiCard Summary, SAN-EPI-0766016 | Filed under seal |
| 245 | Deposition Transcript Excerpts of Patrick Barry 30(b)(6) (July 13, 2018) | Filed under seal |
| 246 | Deposition Transcript Excerpts of Janusz Ordover (May 1, 2019) | Filed under seal |
| 247 | Auvi-Q Slides, PS0236464 | Filed under seal |
| 248 | Rebuttal Expert Report of J. Lawrence Stevens (April 13, 2019) | Filed under seal |

| Ex. No. | Description | Seal |
|---|---|---|
| 249 | Mylan Communication with Excel, Zinn Dep. Ex. 26, MYEP00167182 | Filed under seal |
| 250 | Mylan Email Communication, March 17, 2016, Foster Dep. Ex. 28 | Filed under seal |
| 251 | Garner email to Brown, Nov. 6, 2015 | Filed under seal |
| 252 | FDA Correspondence with Teva Jan 2, 2009, Teva_Epi_000092 | Filed under seal |
| 253 | Email Communication re Common Interest Agreement, April 12, 2011, PFE_EPIPEN_AT00819563 | Filed under seal |
| 254 | Mylan Defs. Amended Privilege Log (Aug. 8, 2018) | Filed under seal |
| 255 | Email Correspondence, TEVA_EPI_MDL00458920 | Filed under seal |
| 256 | Amended and Restated Supply Agreement, Graham 30(b)(6) Dep. Ex. 2, MYEP000474084 | Filed under seal |
| 257 | Mylan Defs. Second Amended Privilege Log (Aug. 17, 2018) | Filed under seal |
| 258 | Mylan Communication with Slide attachment, May 19, 2011, Kopanja Dep. Ex. 9 | Filed under seal |
| 259 | Foster email to Sanders, June 9, 2011, Kopanja Dep. Ex. 10 | Filed under seal |
| 260 | Stark Email to Marth and Egosi, April 18, 2012, Teva_EPI_MDL00462583 | Filed under seal |
| 261 | Deposition Transcript Excerpts of Heather Bresch (Oct. 15, 2019) ("Bresch Dep. II") | Filed under seal |
| 262 | Email Correspondence, Feb. 24, 2012, Teva_EPI_MDL00462609 | Filed under seal |
| 263 | Email Correspondence, March 12, 2012, Teva_EPI_MDL00013809 | Filed under seal |
| 264 | Ondos Email to Myers, Jan. 30, 2012, PFE_EPIPEN_AT00741523 | Filed under seal |
| 265 | Stark Email to Myers, Feb. 2, 2012, Teva_EPI_MDL00013775 | Filed under seal |
| 266 | Deposition Transcript Excerpts of Joseph F. Haggerty (Aug. 6, 2019) | Filed under seal |
| 267 | Privilege Log, Haggerty Dep. Ex. 11 | Filed under seal |
| 268 | Myers email to Denn, April 26, 2012, PFE_EPIPEN_AT01334445 | Filed under seal |
| 269 | Ondos email to Devlin, April 26, 2012, MYEP01384566 | Filed under seal |
| 270 | Devlin Email to Kashtan, March 12, 2012, MYEP00880096 | Filed under seal |
| 271 | Kashtan email to Thievon, April 20, 2012, MYEP00631872 | Filed under seal |
| 272 | Myers email to Ondos, April 26, 2012, PFE_EPIPEN_AT00740567 | Filed under seal |
| 273 | Mylan Q2 Earnings Call Report, July 26, 2012, MYEP00335804 | Public |
| 274 | Email with Agreement attachment, June 13, 2014, Teva_EPI_MDL00003726 | Filed under seal |
| 275 | Execution Copy of Agreement, Teva_EPI_MDL00003474 | Filed under seal |
| 276 | Execution Copy of Term Sheet, Teva_EPI_MDL00004243 | Filed under seal |
| 277 | Cover Email re Execution Copy of Term Sheet, Teva_EPI_MDL00004389 | Filed under seal |
| 278 | Email Correspondence date April 18, 2012, Teva_EPI_MDL00462587 | Filed under seal |
| 279 | Email Correspondence, April 25, 2012, Teva_Epi_MDL00013751 | Filed under seal |
| 280 | Schulman Email to Myers, Mangano, and Ondos, March 9, 2012, Myers Dep. Ex. 12, PFE_EPIPEN_AT00740434 | Filed under seal |

| Ex. No. | Description | Seal |
|---|---|---|
| 281 | Meyers Email Communication, March 11, 2012, Myers Ex. 14, PFE_EPIPEN_AT01334805 | Filed under seal |
| 282 | Marth Email to Streisel, March 7, 2012, Teva_EPI_MDL00462588 | Filed under seal |
| 283 | Email Correspondence, April 26, 2012, Teva_EPI_MDL00073293 | Filed under seal |
| 284 | Cedric Email to Denn attachment Mylan Revised Term Sheet, April 25, 2012, GP2019_00070 | Filed under seal |
| 285 | Denn Email to Tan attachment Mylan Revised Term Sheet, April 25, 2012, Teva_EPI_MDL00004981 | Filed under seal |
| 286 | Denn Email to Myers, April 25, 2012, Teva_EPI_MDL00004970 | Filed under seal |
| 287 | Denn Email to Myers, April 26, 2012, Teva_EPI_MDL00004959 | Filed under seal |
| 288 | Denn Email to Tan attachment, Teva_EPI_MDL00004942 | Filed under seal |
| 289 | Denn Email to Myers attachment, April 26, 2012, Teva_EPI_MDL00004921 | Filed under seal |
| 290 | Denn Email to Tan attachment, Teva_EPI_MDL00004904 | Filed under seal |
| 291 | Agreement, PFE_EPIPEN_AT01339191 | Filed under seal |
| 292 | Binding Term Sheet, MYEP01361499 | Filed under seal |
| 293 | FTC Correspondence, May 12, 2012, MYEP01316427 | Filed under seal |
| 294 | Silber Email to Ondos re Filing Submission to FTC, May 11, 2012, Ondos Ex. 8, MYEP01316426 | File under seal |
| 295 | Statement of the Federal Trade Commission, *FTC v. Cephalon, Inc.*, (May 28, 2015) | Public |
| 296 | Pierson, Brendan, *Mylan Agreed to pay $96.5 million in Provigil antitrust class action*, Reuters (Feb. 6, 2017) | Public |
| 297 | Rockoff, Jonathan, *Federal Trade Commission Questions Mylan on Epipen, The Wall Street Journal* (Jan. 30, 2017) | Public |
| 298 | Deposition Transcript Excerpts of Steven M. Weisman, M.D. (Jan. 24, 2020) | Filed under seal |
| 299 | Teva Correspondence with FDA, May 22, 2009, Teva_Epi_MDL00025167 | Filed under seal |
| 300 | FDA Correspondence with Teva, Mar. 2, 2010, Teva_Epi_MDL00279466 | Filed under seal |
| 301 | Teva Correspondence with FDA re Labeling Amendment, Oct. 11, 2010, Teva_Epi_MDL00277397 | Filed under seal |
| 302 | Teva Correspondence with FDA re Minor Amendment, Sept. 8, 2010, Teva_Epi_MDL00027929 | Filed under seal |
| 303 | The Food and Drug Administration's Generic Drug Review Process, Department of Health and Human Services Office of Inspector General, (June 2008) | Public |
| 304 | Bauersmith Email to Myers, Mar. 3, 2011, PFE_EPIPEN_AT00740105 | Filed under seal |
| 305 | MAPP 5240.3 Review Order of Original ANDAs, Amendments, and Supplements Rev. 4, U.S. Food and Drug Administration (October 18, 2006) | Public |

| Ex. No. | Description | Seal |
|---|---|---|
| 306 | Teva Correspondence with FDA re Response to Information Request, Dec. 30, 2014, Teva_EPI_000207 | Filed under seal |
| 307 | Declaration of Warren T. Burns, Aug. 16, 2020 | Public |
| 308 | Kurt Karst, *“Bring Out Your Dead” Says OGD in a Pre-GDUFA House Cleaning Move as the Agency Prepares for ANDAgeddon”*, Hyman Phelps Law Blog, June 13, 2012. | Public |
| 309 | Teva Correspondence with FDA re Bioequivalence Amendment, July 31, 2013, Teva_Epi_000147 | Filed under seal |
| 310 | Teva Correspondence with FDA re Quality Minor Amendment Response, Aug. 29, 2013, Teva_Epi_000153 | Filed under seal |
| 311 | Teva Correspondence with FDA re Draft Protocol, Jan. 20, 2012, Teva_Epi_000132 | Filed under seal |
| 312 | Vincent email to Erickson, Sept. 7, 2012 re FDA Contact, Teva_Epi_000142 | Filed under seal |
| 313 | Epinephrine Injection Review Report, Teva_EPI_MDL00053779 | Filed under seal |
| 314 | Teva Correspondence with FDA re labeling Amendment, Aug. 1, 2014, Teva_Epi_000200 | Filed under seal |
| 315 | Kogan email to Tomsky, Aug. 15, 2014, Teva_EPI_MDL00002856 | Filed under seal |
| 316 | ANDAs: Stability testing for drug substance and drug products, U.S. Food and Drug Administration (May 2014) | Public |
| 317 | TUSA Generic New Product and Portfolio Reviews, Dec. 5, 2011, Teva_EPI_MDL00073317 | Filed under seal |
| 318 | Teva USA: Sales Forecast, Teva-Epi_002005 | Filed under seal |
| 319 | Teva Correspondence to FDA re Bioequivalence Amendment, July 31, 2013, Teva_EPI_MDL00147085 | Filed under seal |
| 320 | FDA Correspondence to Teva re ANDA, Teva_EPI_MDL00001924 | Filed under seal |
| 321 | FDA “Draft Guidance for Industry” | Public |
| 322 | Department of Health & Human Services correspondence with Dey Pharma, MYEP00001505 | Public |
| 323 | Thomas Email to Handel and Carrier, Oct. 27, 2009, PFE_EPIPEN_AT00767028 | Filed under seal |
| 324 | Meridian Correspondence to GAB re ANDA Approval, May 7, 2013, MYEP00346300 | Filed under seal |
| 325 | Mylan Citizen Petition, Jan. 16, 2015, Bresch Dep. Ex. 23, MYEP01138470 | Filed under seal |
| 326 | FDA-Approved Drugs: Abbreviated New Drug Application (ANDA): 040455 | Public |
| 327 | Dr. David Stepensky, “*Long-Term Stability Study of L-Adrenaline Injections: Kinetics of Sulfonation and Racemization Pathways of Drug Degradation*”, Journal of Pharmaceutical Science (Vol 93, No 4, April 2004) | Public |
| 328 | Deposition Transcript Excerpts of James Bruno (June 30, 2020) | Filed under seal |
| 329 | Teva Meeting Minutes for May 1, 2012, Teva_Epi_MDL00003071 | Filed under seal |

| Ex. No. | Description | Seal |
|---|---|---|
| 330 | Teva Meeting Minutes for May 15, 2012, Teva_EPI_MDL00003066 | Filed under seal |
| 331 | Teva Meeting Minutes for June 12, 2012, Teva_Epi_MDL00003056 | Filed under seal |
| 332 | Teva Meeting Minutes for July 24, 2012, Teva_EPI_MDL00003051 | Filed under seal |
| 333 | Teva Meeting Minutes for Aug. 21, 2012, Teva_EPI_MDL00261452 | Filed under seal |
| 334 | Teva Meeting Minutes for Oct. 2, 2012, Teva_EPI_MDL00178477 | Filed under seal |
| 335 | Teva Meeting Minutes for Oct. 16, 2012, Teva_EPI_MDL00258572 | Filed under seal |
| 336 | Teva Meeting Minutes for Oct. 30, 2012, Teva_EPI_MDL00258567 | Filed under seal |
| 337 | Teva Meeting Minutes for Nov. 13, 2012, Teva_Epi_MDL00258562 | Filed under seal |
| 338 | Teva Meeting Minutes for Nov. 27, 2012, Teva_EPI_MDL00015814 | Filed under seal |
| 339 | Teva Meeting Minutes for Jan. 9, 2013, Teva_EPI_MDL000258552 | Filed under seal |
| 340 | Teva Meeting Minutes for April 17, 2012, Teva_EPI_MDL00003076 | Filed under seal |
| 341 | Teva Meeting Minutes for Nov. 27, 2012, Teva_EPI_MDL00015814 | Filed under seal |
| 342 | Teva Meeting Minutes for Mar. 15, 2011, Teva_EPI_MDL00261563 | Filed under seal |
| 343 | Teva Meeting Minutes for April 30, 2013, Teva_EPI_MDL00021877 | Filed under seal |
| 344 | Teva Kickoff Slides, March 11, 2015, Teva_EPI_MDL00229795 | Filed under seal |
| 345 | Levy Email to Lobrutto, Feb. 8, 2015, Teva_EPI_MDL00171910 | Filed under seal |
| 346 | Ferrigno Email to Lobrutto, May 20, 2014, Teva_EPI_MDL00033302 | Filed under seal |
| 347 | Lobrutto email to Thompson, May 19, 2014, Teva_EPI_MDL00120361 | Filed under seal |
| 348 | Bresch sworn written testimony, Bresch Dep. Ex. 15 | File under seal |
| 349 | Transcript of Sept. 22, 2016 Congressional Hearing, Bresch Dep. at Ex. 50, MYEP00002260 | Public |
| 350 | Photo Hearing chart, Bresch Dep. at Ex. 16 | Public |
| 351 | Mylan Sept. 12, 2016 letter to U.S. Senate, MYEP00007553 | File under seal |
| 352 | Mylan N.V. 2016 Form 10-K | Public |
| 353 | Mylan U.S. EpiPen Profitability Analysis, Bresch Dep. at Ex. 17 | Public |
| 354 | Nov. 1, 2016 letter from U.S. Senate to Heather Bresch, PFE_EPIPEN_AT00557412 | File under seal |
| 355 | Mark Maremont, *Mylan's EpiPen Pretax Profits 60% Higher Than Number Told to Congress*, Wall Street Journal (Sept. 26, 2016) | Public |
| 356 | Emily Willingham, *Whoops, Mylan Underreported EpiPen Profits to Congress*, Forbes (Sept. 26, 2016) | Public |
| 357 | Mylan Proxy Statement 2018, Bresch Dep. I Ex. 6 | Public |
| 358 | Mylan Proxy Statement June 2016, Bresch Dep. I Ex. 7 | Public |
| 359 | Mylan Proxy Statement March 2014, Bresch Dep. I Ex. 8 | Public |
| 360 | Kennedy email to Myers, March 16, 2012, Myers Dep. Ex. 15, PFE_EPIPEN_AT01334814 | Filed under seal |
| 361 | ACC Decision-tree Analysis from 2008 Annual Meeting, Rennecker Dep. Ex. 5 | Public |
| 362 | Deposition Transcript Excerpts of Dr. Andrew W. Torrance, J.D., Ph.D. (Nov. 26, 2019) | Filed under seal |

| Ex. No. | Description | Seal |
|---|---|---|
| 363 | Mylan Communication with Pricing Committee Review, June 12, 2013 Slides, MYEP01143632 | Filed under seal |
| 364 | Deposition Transcript Excerpts of Robert Willig, PhD (*Sanofi*) (May 28, 2019) | Filed under seal |
| 365 | Pretrial Order, Doc. 2169 July 17, 2020 | Public |
| 366 | Deposition Transcript Excerpts of Elizabeth Williamson (June 13, 2018) | Filed under seal |
| 367 | Deposition Transcript Excerpts of Meredith Rosenthal, Ph.D. (Feb. 8, 2019) | Filed under seal |
| 368 | Dey Slides Draft Sept. 27, 2010 MYEP00323548 | Filed under seal |
| 369 | Press Release, *Mylan and Upjohn, a Division of Pfizer, to Combine, Creating a New Champion for Global Health Uniquely Positioned to Fulfill the World's Need for Medicine* | Public |
| 370 | Supplemental Merits Expert Report of Dr. Meredith Rosenthal (Feb. 12, 2020) | Filed under Seal |