**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| IN RE: EPIPEN (EPINEPHRINE INJECTION, USP) MARKETING, SALES PRACTICES AND ANTITRUST LITIGATION<br><br>*(This Document Relates to Class Cases)* | Case No. 2:17-MD-02785-DDC-TJJ<br><br>(MDL No. 2785) |

**DEFENDANTS' LIST OF EXHIBITS IN SUPPORT OF REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

| Ex. No. | Description | Seal |
|---|---|---|
| Ex. 374 | Fact Compilation Chart | Filed Under Seal |
| Ex. 375 | Deposition Transcript Excerpts of James Bruno (June 30, 2020) | Filed Under Seal |
| Ex. 376 | Teva Slide Deck, Teva_EPI_MDL00038702 | Filed Under Seal |
| Ex. 377 | Mylan Email, MYEP01395362 | Filed Under Seal |
| Ex. 378 | Mylan Email Chain, MYEP01388962 | Filed Under Seal |
| Ex. 379 | Mylan Slide Deck, MYEP00484067 | Filed Under Seal |
| Ex. 380 | Mylan Email, MYEP00444145 | Filed Under Seal |
| Ex. 381 | Binding Term Sheet, Teva_EPI_MDL00004390 | Filed Under Seal |
| Ex. 382 | Evidentiary Declarations | |