**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| IN RE: EPIPEN (EPINEPHRINE INJECTION, USP) MARKETING, SALES PRACTICES AND ANTITRUST LITIGATION<br><br>*(This Document Relates to Class Cases)* | Case No. 2:17-MD-02785-DDC-TJJ<br>(MDL No. 2785) |

**DEFENDANTS' LIST OF EXHIBITS TO REPLIES IN SUPPORT OF MOTIONS TO EXCLUDE TESTIMONY AND EXPERT REPORTS OF PLAINTIFFS' EXPERT WITNESSES**

| Ex. No. | Description | Sealed |
|---|---|---|
| Ex. 383 | Class Cert. Deposition Transcript Excerpts of Meredith B. Rosenthal, Ph.D. (Feb. 8, 2019) | |
| Ex. 384 | Deposition Transcript Excerpts of Carl Peck (Nov. 21, 2019) | Filed Under Seal |
| Ex. 385 | *I-Team: Company Behind EpiPen Fought to Keep Cheaper Generic off Market*, National Center for Health Research (Aug. 31, 2016) | |
| Ex. 386 | *I-Team: Company Behind EpiPen Fought to Keep Cheaper Generic off Market*, NBC New York (Aug. 31, 2016) | |
| Ex. 387 | *How Mylan tried to keep Teva from selling a generic EpiPen*, STAT News (Aug. 31, 2016) | |
| Ex. 388 | Deposition Transcript Excerpts of  Steven M. Weisman (Jan. 24, 2020) | Filed Under Seal |
| Ex. 389 | Teva Email Chain, Teva_EPI_MDL00184998 | Filed Under Seal |