### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: EPIPEN (EPINEPHRINE INJECTION, USP) MARKETING, SALES PRACTICES AND ANTITRUST LITIGATION<br><br>*This Document Relates to Consumer Class Cases* | Case No. 2:17-MD-02785-DDC-TJJ<br>(MDL No. 2785) |

### DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO CLASS PLAINTIFFS' MOTION TO ALLOW LIVE TRIAL TESTIMONY VIA CONTEMPORANEOUS TRANSMISSION

The Mylan and Pfizer Defendants respectfully move the Court pursuant to Fed. R. Civ. P. 6(b)(1)(A) and Local Rule 6.1 for an extension of time up to and including January 8, 2021 to respond to Class Plaintiffs' Motion to Allow Live Trial Testimony Via Contemporaneous Transmission for Witnesses that Defendants Will Not Voluntarily Produce In Person or Who Cannot Otherwise Be Compelled to Attend Trial, ECF No. 2249 ("Motion"). In support of this Motion, Defendants state as follows:

1. Class Plaintiffs filed their Motion on December 16, 2020.

2. Pursuant to Local Rule 6.1, Defendants' response to Class Plaintiffs' Motion is currently due on Wednesday, December 30, 2020.

3. The Parties have conferred about an extension to allow Defendants adequate time to respond without disrupting holiday schedules of counsel and clients, and have agreed on a response date of January 8, 2021.

4. Defendants' request for a modest extension is made in good faith and not for the purpose of delay. Further, good cause exists to grant Defendants until January 8, 2021 to respond to the Motion.

WHEREFORE, Defendants respectfully request that this Court extend the deadline for Defendants to respond to the Motion up to and including January 8, 2021.

Respectfully submitted,

Dated: December 24, 2020

LATHROP GPM LLP

*/s/ Brian C. Fries*
Brian C. Fries (15889)
James Moloney (23786)
2345 Grand Boulevard, Suite 2200
Kansas City, Missouri 64108-2618
Telephone: (816) 292-2000
Telecopier: (816) 292-2001
Email: brian.fries@lathropgpm.com
Email: james.moloney@lathropgpm.com

Adam K. Levin
David M. Foster
Carolyn A. DeLone
Kathryn M. Ali
HOGAN LOVELLS US LLP
555 13th Street NW
Washington, DC 20004
Telephone: (202) 637-5600
Telecopier: (202) 637-5910
Email: adam.levin@hoganlovells.com
Email: david.foster@hoganlovells.com
Email: carrie.delone@hoganlovells.com
Email: kathryn.ali@hoganlovells.com
*Attorneys for the Mylan Defendants*

| | |
|---|---|
| Dated:  December 24, 2020 | /s/ *Joseph M. Rebein* |

Joseph M. Rebein (25912)
Zach Chaffee-McClure (23479)
Ashley N. Harrison (D. Kan. 78667)
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, Missouri 64108-2613
Tel: (816) 474-6550
Fax: (816) 421-5547
jrebein@shb.com
zmcclure@shb.com
aharrison@shb.com

Dimitrios Drivas
Robert Milne
Raj Gandesha
Edward Thrasher
Kathryn Swisher
WHITE & CASE LLP
1221 Avenue of the Americas
New York, New York 10020
Tel: (212) 819-8200
Fax: (212) 354-8113
ddrivas@whitecase.com
rmilne@whitecase.com
rgandesha@whitecase.com
edward.thrasher@whitecase.com
kathryn.swisher@whitecase.com

*Counsel for the Pfizer Defendants*

## **CERTIFICATE OF SERVICE**

On this 24th day of December, 2020, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which provides a notice of such filing on each attorney registered for ECF notification to the counsel of record in this case.

*/s/ Brian C. Fries*
An Attorney for the Mylan Defendants