**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| IN RE: EpiPen (Epinephrine Injection, USP) Marketing, Sales Practices and Antitrust Litigation | CASE NO.: 2:17-MD-02785-DDC-TJJ<br><br>Hon. Daniel D. Crabtree<br><br>Hon. Teresa J. James |
| SANOFI-AVENTIS U.S. LLC,<br><br>Plaintiff and Counterclaim-Defendant,<br><br>v.<br><br>MYLAN Inc., *et al.*,<br><br>Defendants and Counterclaim-Plaintiffs.<br><br>**This Document Relates to the *Sanofi* Case.** | CASE NO.: 2:17-CV-02452-DDC-TJJ<br><br>*Document Filed Electronically* |

**Sanofi's June 28, 2019 Briefs and Expert Reports**
**Filed Publicly Pursuant to ECF No. 2257**

**<u>PUBLIC EXHIBIT INDEX</u>**

| EXHIBIT | DESCRIPTION | PREVIOUSLY FILED |
|---|---|---|
| A | Sanofi-Aventis U.S. LLC's Memorandum of Law in Support of its Motion for Summary Judgment, dated June 28, 2019. | |
| B | Plaintiff/Counterclaim-Defendant Sanofi-Aventis U.S., LLC's Memorandum in Support of its Motion to Exclude the Expert Reports and Testimony Offered by Defendants/Counterclaim-Plaintiffs' Expert Thomas Varner, dated June 28, 2019. | |

| EXHIBIT | DESCRIPTION | PREVIOUSLY FILED |
|---|---|---|
| C | Expert Report of Dr. Fiona M. Scott Morton, dated February 4, 2019. | Sanofi Summary Judgment Ex. 42 (ECF 1687-10)<br><br>Sanofi Summary Judgment Opposition Ex. 22 (ECF 1821-18)<br><br>Mylan Summary Judgment Ex. 35 (ECF No. 1661-9)<br><br>Mylan Motion to Exclude Opinion Testimony of Fiona Scott Morton Ex. 1 (ECF 1680-4)<br><br>Mylan Reply in Support of Mylan's Motion to Exclude Opinion Testimony of Steven Wiggins Ex. 1 – Excerpted (ECF 1878-3) |
| D | Expert Reply Report of Dr. Fiona M. Scott Morton, dated April 18, 2019. | Sanofi Summary Judgment Ex. 151 (ECF 1690-28)<br><br>Mylan Summary Judgment Ex. 36 (ECF-1661-10)<br><br>Mylan Motion to Exclude Opinion Testimony of Fiona Scott Morton Ex. 3 (ECF 1680-6) |

| EXHIBIT | DESCRIPTION | PREVIOUSLY FILED |
|---|---|---|
| E | Expert Rebuttal Report of Eduardo Schur, dated March 25, 2019. | Mylan Motion to Exclude Opinion Testimony of Eduardo Schur Ex. 1 (ECF 1676-4)<br><br>Mylan Opposition to Sanofi Summary Judgment Ex. 29 (ECF 1806-3) |
| F | Second Expert Rebuttal Report of Eduardo Schur, dated April 18, 2019. | Mylan Motion to Exclude Opinion Testimony of Eduardo Schur Ex. 2 (ECF 1676-5) |
| G | Expert Report of Dr. Mary Ann Michelis, dated February 2, 2019. | Sanofi Summary Judgment Ex. 16 (ECF 1686-14)<br><br>Sanofi Summary Judgment Opposition Ex. 3 (ECF 1821-2);<br><br>Sanofi Opposition to Morton Daubert Ex. 3 (ECF 1796-6)<br><br>Mylan Summary Judgment Ex. 37 (ECF 1661-11)<br><br>Mylan Motion to Exclude Opinion Testimony of Mary Ann Michelis Ex. 1 (ECF 1678-4) |

| EXHIBIT | DESCRIPTION | PREVIOUSLY FILED |
|---|---|---|
| H | Expert Rebuttal Report of Steven N. Wiggins, dated March 25, 2019. | Sanofi Summary Judgment Ex. 135 (ECF 1690-13)<br><br>Mylan Motion to Exclude Opinion Testimony of Steven Wiggins Ex. 1 (ECF 1679-4)<br><br>Mylan Opposition to Sanofi Summary Judgment Ex. 30 (ECF 1806-4) |
| I | Expert Report of Dr. Mary Ann Michelis Responding to Gray Zieziula's Expert Report, dated March 25, 2019 | Sanofi Summary Judgment Reply Ex. 164 (ECF 1872-12)<br><br>Mylan Motion to Exclude Opinion Testimony of Mary Ann Michelis Ex. 3 (ECF 1678-6) |
| J | Expert Rebuttal Report of Dr. Mary Ann Michelis, dated April 12, 2019 | Sanofi Summary Judgment Opposition Ex. 125 (ECF 1823-22)<br><br>Mylan Motion to Exclude Opinion Testimony of Mary Ann Michelis Ex. 2 (ECF 1678-5)<br><br>Mylan Opposition to Sanofi Summary Judgment Ex. 26 (ECF 1806) |

**CERTIFICATE OF SERVICE**

I hereby certify that on January 15, 2021, the foregoing was filed with the Clerk of the Court via the CM-ECF, which will send a notice of electronic filing to all counsel of record.

/s/ *Eric S. Hochstadt*
Eric S. Hochstadt