**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| IN RE: EpiPen (Epinephrine Injection, USP) Marketing, Sales Practices and Antitrust Litigation | CASE NO.: 2:17-MD-02785-DDC-TJJ<br>Hon. Daniel D. Crabtree<br>Hon. Teresa J. James |
| SANOFI-AVENTIS U.S. LLC,<br>Plaintiff and Counterclaim-Defendant,<br>v.<br>MYLAN Inc., *et al.*,<br>Defendants and Counterclaim-Plaintiffs.<br>**This Document Relates to the *Sanofi* Case.** | CASE NO.: 2:17-CV-02452-DDC-TJJ<br>*Document Filed Electronically* |

**Sanofi Exhibits to August 9, 2019 Opposition to Mylan's Motion for Summary Judgment Filed Publicly Pursuant to ECF No. 2257**

**<u>PUBLIC EXHIBIT INDEX</u>**

| EXHIBIT | DESCRIPTION |
|---|---|
| 2 | Mylan slide presentation entitled, "Managed Markets: Update" (MYEP00560486). (Redacted) |
| 6 | Cited excerpts from the deposition transcript of Gary Zieziula, dated May 31, 2019. (Redacted) |
| 8 | Cited excerpts from the deposition transcript of Michael S. Blaiss, M.D., dated May 17, 2019 |
| 9 | Cited excerpts from the 30(b)(1) deposition transcript of Thomas Handel, dated October 17, 2018. (Redacted) |
| 14 | Cited excerpts from the 30(b)(1) deposition transcript of Bruce Foster, dated June 14, 2018. (Redacted) |

| EXHIBIT | DESCRIPTION |
|---|---|
| 15 | Cited excerpts from the 30(b)(1) deposition transcript of Nicole Willing, dated May 31, 2018. (Redacted) |
| 16 | Cited excerpts from the Mylan Defendants' Amended Responses and Objections to All Plaintiffs' First Set of Coordinated Requests for Admission, dated February 14, 2018 |
| 25 | Cited excerpts from the 30(b)(6) deposition transcript of Roger Graham, dated August 30, 2018. (Redacted) |
| 31 | Cited excerpts from the 30(b)(6) deposition transcript of Barbara Minton (Anthem), dated October 30, 2018. (Redacted) |
| 32 | Cited excerpts from the 30(b)(6) deposition transcript of Jeff May, dated September 21, 2018. (Redacted) |
| 33 | Cited excerpts from the 30(b)(6) deposition transcript of Saira Jan (Horizon BCBS of New Jersey), dated November 30, 2018. |
| 45 | Cited excerpts from the 30(b)(1) deposition transcript of Harry Jordan, dated October 26, 2018. (Redacted) |
| 54 | Document entitled "Performance Drug List," dated July 2014 (Anderson Ex. 12) |
| 61 | Email from Sherry M. Korczynski to Scott Sussman, copying Kimberly Alfonso, dated August 30, 2013 (Korczynski Ex. 7) (Redacted) |
| 63 | Email from Roger Graham to Sherri Ferstler, dated December 9, 2014 (Foster Ex. 18). (Redacted) |
| 73 | Cited excerpts from the 30(b)(1) deposition transcript of Patrick Jones, dated September 7, 2018. (Redacted) |
| 81 | Cited excerpts from the 30(b)(1) deposition transcript of Roger Graham, dated August 29, 2018. (Redacted) |
| 82 | Cited excerpts from the 30(b)(1) deposition transcript of Sherry Korczynski, dated August 24, 2018. (Redacted) |
| 95 | Email chain between Bruce Foster and Heather A. Dibblee, dated May 24, 2016, attaching a document entitled, "Medicaid Drug Rebate Program Notice For Participating Drug Manufacturers: New Additional Inflation-Adjusted Rebate Requirement for Non-Innovator Multiple Source Drugs," dated April 15, 2016 (Foster Ex. 29). (Redacted) |

| EXHIBIT | DESCRIPTION |
|---|---|
| 107 | Cited excerpts from the 30(b)(1) deposition transcript of Jonathan Fairest, dated October 19, 201 |
| 110 | Cited excerpts from the deposition transcript of Fiona M. Scott Morton, dated May 30, 2019 |
| 114 | Cited excerpts from the 30(b)(1) deposition transcript of Bryan Downey, dated August 1, 2018. (Redacted) |
| 115 | Email from Patrick Barry to Carolyn Hobbs, dated April 9, 2015, attaching the cited excerpts of a draft Sanofi slide presentation entitled, "U.S. Specialty & Core Brands: 16 brand driving core businesses as the fuel for Launch Power House" (Guenter Ex. 28). (Redacted) |
| 116 | Cited excerpts from the 30(b)(1) deposition transcript of Peter Guenter, dated October 3, 2018. (Redacted) |
| 117 | Cited excerpts from the 30(b)(6) deposition transcript of Patrick A. Barry, dated July 13, 2018. (Redacted) |
| 120 | Cited excerpts from the 30(b)(1) deposition transcript of Christopher Viehbacher, dated October 16, 2018. (Redacted) |
| 121 | Sanofi slide presentation entitled, "Prepare for Battle" (PS0236464). (Redacted) |
| 122 | Cited excerpts from the deposition transcript of Janusz Ordover, Ph.D., dated May 1, 2019. (Redacted) |
| 126 | Cited excerpts from the 30(b)(1) deposition transcript of Heather Bresch, dated October 9, 2018. (Redacted) |
| 127 | Cited excerpts from the deposition transcript of Robert P. Navarro, Pharm.D., May 16, 2019 |
| 128 | Cited excerpts from the deposition transcript of Eduardo Schur, dated May 10, 2019 |
| 130 | Cited excerpts from the 30(b)(1) deposition transcript of Robert Eaton, dated October 12, 2018. (Redacted) |
| 131 | Cited excerpts from the 30(b)(1) deposition transcript of Sandy Loreaux, dated September 6, 2018. (Redacted) |
| 132 | Cited excerpts from the 30(b)(6) deposition transcript of Kent David Rogers (OptumRx), dated December 19, 2018. (Redacted) |

| EXHIBIT | DESCRIPTION |
|---|---|
| 134 | Cited excerpts from the 30(b)(6) deposition transcript of Michael Brodeur (Aetna), dated December 12, 2018 |
| 136 | Cited excerpts from the 30(b)(1) deposition transcript of Justin Works, dated January 17, 2019 |
| 137 | Cited excerpts from the deposition transcript of Fiona M. Scott Morton, Ph.D., dated March 12, 2019. (Redacted) |
| 138 | Cited excerpts from the 30(b)(1) deposition transcript of James Borneman, dated June 28, 2018. (Redacted) |
| 144 | Email chain between Sean M. Mayers and Monica Jaramillo, dated January 8, 2016 (PHP 001498). (Redacted) |
| 146 | Emails and attachments from Magellan Health from 2013 to 2015 (Brown Ex. 11). (Redacted) |
| 147 | Email from Patrick Byrne to Bryan Downey, et al., dated May 16, 2012, attaching a Payer Sciences slide presentation prepared for Sanofi entitled, "E-CUE Focus Group Summary Report," dated May 16. 2012 (Downey 30(b)(6) Ex. 10). (Redacted) |
| 148 | Email from Justin Works to Jeffrey Butler and Matt Cullen, copying Lorine Harr, et al., dated April 25, 2011, attaching the cited excerpts from a draft Analysis Group slide presentation prepared for Sanofi entitled, "Epinephrine Auto Injector Market Access Research: Update: Key findings recommendations, and sensitivity analysis," dated April 21, 2011 (SAN-EPI-0538190). (Redacted) |
| 151 | Email from Patrick Byrne to Rebecca Spence and Mary Ellen Gibbons, dated September 9, 2013, attaching a document entitled, " Formulary Innovation Helps Payors Address: New Market Challenges" (Byrne Ex. 3). (Redacted) |
| 152 | Email chain between Jesse Deaver and Robert Marotta, dated January 21, 2013 (SAN-EPI-0410389). (Redacted) |
| 161 | Cited excerpts from the deposition transcript of Robert Willig, Ph.D, dated May 29, 2019. (Redacted) |
| 165 | Email chain between Adam W. Kautzner and Edward John Adamcik, dated November 13, 2013 (Kautzner Ex. 18). (Redacted) |

| EXHIBIT | DESCRIPTION |
|---|---|
| 167 | Email from Max Downey to Sandy Loreaux, copying Robert Marotta, dated September 4, 2013, attaching a document entitled, "2014 Commercial Formulary Decisions: Manufacturer: Sanofi-Aventis" (Loreaux Ex. 16). (Redacted) |
| 172 | Email chain between Bob Potter and Pat Jones, et al., dated July 16, 2014 (Graham 30(b)(1) Ex. 34). (Redacted) |
| 179 | Cigna's Value and Standard Drug List ranging from 2011-2018 (Kronberg Ex. 2) |
| 180 | Cited excerpts from the 30(b)(6) deposition transcript of Deborah Kronberg (Cigna), dated October 19, 2018 |
| 190 | Email chain between Garret Ingram and Rick Ramos, et al., dated August 4, 2014 (Loreaux Ex. 20). (Redacted) |
| 191 | Cited excerpts from the 30(b)(1) deposition transcript of Anne Whitaker, dated October 18, 2018. (Redacted) |
| 197 | Cited excerpts from the 30(b)(6) deposition transcript of James Borneman, dated June 28, 2018 |
| 199 | Email from Alisson Steele to Gabriela Aguado, et al., dated February 23, 2016, attaching the Final NDA-Field Alert Report, dated February 23, 2016 (Stevens Ex. 16). |
| 205 | Email chain between Harry Jordan and Natasha Dowd, et al., dated November 4, 2013 (MYEP00305854). (Redacted) |
| 213 | Email from Harry Jordan to Brian Prout, copying Kathleen Makowka, et al., dated February 22, 2013 (MYEP00623568). (Redacted) |
| 221 | Cited excerpts from the 30(b)(6) deposition transcript of Douglas Brown (Magellan), dated October 25, 2018. (Redacted) |
| 222 | Email from Sherry Korczynski to Roger Graham, et al., attaching the Mylan slide presentation entitled, "EPIPEN® auto-injector Marketing Summary (MYEP00194704). (Redacted) |
| 230 | Email from Roger Graham to James Grote, copying Heather Bresch, et al., dated June 17, 2013 (Graham 30(b)(1) Ex. 7) |
| 231 | Cited excerpts from the 30(b)(6) deposition transcript of Adam Kautzner (Express Scripts), dated December 18, 2018. (Redacted) |

| EXHIBIT | DESCRIPTION |
|---|---|
| 237 | Email chain between Bryan Downey and Lorine Harr, et al., dated May 23, 2014 (SAN-EPI_A-0035816). (Redacted) |
| 238 | Email chain between Robert Marotta and Bryan Downey, et al., dated May 23, 2014 (SAN-EPI_A-0035870). (Redacted) |
| 239 | Cited excerpts from the 30(b)(1) deposition transcript of Robert J. Coury, dated October 24, 2018. |
| 246 | Email chain between Pat Jones and Nicole Willing, dated November 19, 2013 (Willing Ex. 9). (Redacted) |
| 251 | Email from Alexander Falto to Kathy Chang, copying Bruce Foster, et al., dated December 16, 2011 (MYEP00084713) |
| 255 | Email chain between Scott Sussman and Chris Young, et al., dated October 23, 2013 (Sussman Ex. 5). (Redacted) |
| 256 | Email chain between Rima Sanka and Bruce Lott, et al., dated January 18, 2016 (MYEP00900897) |
| 257 | Email chain between Tony Mauro and Ron Graybill, et al., dated September 3, 2013 (Graham 30(b)(1) Ex. 16) |
| 270 | Email chain between Nicole Willing and Ron Graybill, et al., dated September 13, 2013 (MYEP00892874) |

**CERTIFICATE OF SERVICE**

I hereby certify that on January 15, 2021, the foregoing was filed with the Clerk of the Court via the CM-ECF, which will send a notice of electronic filing to all counsel of record.

/s/ *Eric S. Hochstadt*
Eric S. Hochstadt