**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| IN RE: EpiPen (Epinephrine Injection, USP) Marketing, Sales Practices and Antitrust Litigation | CASE NO.: 2:17-MD-02785-DDC-TJJ<br><br>Hon. Daniel D. Crabtree<br><br>Hon. Teresa J. James |
| SANOFI-AVENTIS U.S. LLC,<br><br>Plaintiff and Counterclaim-Defendant,<br><br>v.<br><br>MYLAN Inc., *et al.*,<br><br>Defendants and Counterclaim-Plaintiffs.<br><br>**This Document Relates to the *Sanofi* Case.** | CASE NO.: 2:17-CV-02452-DDC-TJJ<br><br>*Document Filed Electronically* |

**Sanofi Exhibits to August 30, 2019 Summary Judgment Reply**
**Filed Publicly Pursuant to ECF No. 2257**

**<u>PUBLIC EXHIBIT INDEX</u>**

| EXHIBIT | DESCRIPTION |
|---|---|
| 154 | Email chain between Carolyn J. Myers and Daniel E. Crookshank, copying Kris King, dated July 23, 2009 (MYEP00416876). |
| 157 | Cited excerpts from the deposition transcript of Michael S. Blaiss, M.D., dated May 17, 2019. |
| 158 | Cited excerpts from the deposition transcript of Janusz Ordover, Ph.D., dated May 1, 2019. |
| 159 | Cited excerpts from the 30(b)(1) deposition transcript of Bruce Foster, dated June 14, 2018. (Redacted) |
| 160 | Cited excerpts from the 30(b)(1) deposition transcript of Nicole Willing, dated May 31, 2018. (Redacted) |

| EXHIBIT | DESCRIPTION |
|---|---|
| 161 | Cited excerpts from the deposition transcript of Gary Zieziula, dated May 31, 2019. |
| 162 | Cited excerpts from the deposition transcript of Robert Willig, Ph.D, dated May 29, 2019. |

**CERTIFICATE OF SERVICE**

I hereby certify that on January 15, 2021, the foregoing was filed with the Clerk of the Court via the CM-ECF, which will send a notice of electronic filing to all counsel of record.

/s/ *Eric S. Hochstadt*
Eric S. Hochstadt