# EXHIBIT 1

**In The Matter Of:**

*In Re*

*EpiPen Marketing*

---

*Michael S. Blaiss, M.D.*

*May 17, 2019*

---

LEXITAS™

*Min-U-Script® with Word Index*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

Case No. 2:17-md-2785

Case No. 2:17-cv.2452

-----------------------------X

In Re: EPIPEN
(EPINEPHRINE INJECTION USP)
MARKETING, SALES PRACTICES AND
ANTITRUST LITIGATION

-----------------------------

SANOFI-AVENTIS US, LLC,

Plaintiff,

v.

MYLAN INC.; and MYLAN,
SPECIALTY, L.P.,

Defendants.

-----------------------------X

VIDEOTAPED DEPOSITION OF

MICHAEL S. BLAISS, M.D.

Washington, D.C.

May 17, 2019

9:02 a.m.

Reported by:

Karen Brynteson, RMR, CRR, FAPR

Job No. 2019-70208

in the last 13 years?
A. I did not see anything specifically.
Q. So what has happened in the last 13 years with this potential product?
A. I'm not sure.
Q. So you have no idea when or if it's going to come to market, do you?
MR. MAYRELL: Objection, form.
THE WITNESS: I do not.
BY MS. JACOBSON:
Q. If you go to the prior paragraph, can you read that sentence -- that paragraph beginning with "In June 2018"?
A. Yes. "In June 2018, INSYS Therapeutics announced preliminary results from an early study showing that its proprietary formulation of epinephrine delivered intranasally had similar bioavailability to an intramuscular injection of EpiPen auto-injector. In August of 2018, the FDA fast-tracked designation for this product to expedite its potential approval and launch into the

market."

Q. Are you aware that earlier this month a federal jury found that INSYS's top executives were guilty of racketeering charges?

MR. MAYRELL: Objection, form, foundation, outside the scope.

THE WITNESS: No.

BY MS. JACOBSON:

Q. Are you aware that INSYS's stock is plummeting and that it's disclosed to investors that it's going out of business?

MR. MAYRELL: Objection, form, foundation, outside the scope.

THE WITNESS: No.

BY MS. JACOBSON:

Q. It's going to be difficult for INSYS to bring this product to market with its top executives in jail and a plummeting share price, isn't it?

MR. MAYRELL: Objection, form.

THE WITNESS: The good news is that ARS, another pharmaceutical company, has also got FDA approval for a fast track for an intranasal

epinephrine that I just recently found out about.

BY MS. JACOBSON:

Q. But you didn't cite that in your report, did you?

A. No, because I just found out about it.

Q. Are you planning to supplement your report to include that?

A. I'll be happy to do that.

Q. Did you look at any Mylan documents discussing intranasal epinephrine?

A. No.

Q. And the ARS product that you mentioned, when is that coming to market?

A. I don't know. The data I saw suggested that it was in phase 2-B studies, so the next study would be a phase 3. And, again, depending on how the studies go, will depend -- will determine when they file with the FDA. There's no way for me to know.

Q. So in your experience, how long does it take for a product to go from a

phase 2-B study to going to market?
MR. MAYRELL: Objection, form.
THE WITNESS: It varies. So there's no way I can give you an exact answer. Depending upon what the FDA requires for the phase 3 study and how long the phase 3 study and how many patients have to be enrolled into the phase 3 study, and what are the end points for the phase 3 study, and then what's the safety data look at -- like and how much safety data does the FDA require.
So, again, it could be -- I've seen products go maybe in 18 months from a phase 2-B; sometimes it has been several years. There's no way to answer that question.
BY MS. JACOBSON:
Q. So it's anywhere from a few months to a few years?
A. Yes.
MR. MAYRELL: Objection, form.
BY MS. JACOBSON:
Q. So you haven't changed your