# EXHIBIT 169

# Document Produced in Native Format

HIGHLY CONFIDENTIAL

SAN-EPI-0607553



# 2014 Auvi-Q Search Keyword Tiers



**October 29th, 2013**

For Internal Use Only. Do Not Duplicate or Distribute.

# Keywords Tiers Approach

- Historical Performance will drive decisions for assigning each keyword to a particular tiers allowing:
    - Custom bid strategies by tier
    - Specific goals for each tier such as avg. position, SOV, CPL, CPC
- Tiers will be created by looking at the following metrics:
    - Impression levels: shows what our target audience is searching and where we need a presence
    - CTR: shows what is working for us and what is not
    - Total Conversion generated: shows which keywords are driving registrations and high value actions
    - CPL (Cost per Leads): shows where we are spending our budget efficiently and where it is not

For Internal Use Only. Do Not Duplicate or Distribute.

# Keywords Tiers Implementation

- Create keyword tiers

- Define goals for each tier

- Restructure account to easily implement tiered bidding strategies and perform daily optimizations.
    - Redefine ad groups
    - MOC codes to be updated to reflect the new organizations
    - Traffick keywords & ads

- Initial Performance Concerns
    - Potential impact to CPCs as Quality Score for these keywords will be rebooted.
    - Campaigns will be separated between Branded and Unbranded to maximize overall quality score



For Internal Use Only. Do Not Duplicate or Distribute.

3

# Core Keywords

**These keywords are the top conversion drivers and bring engaged traffic to the site. They have high impressions levels, CTRs above 1.50% and low CPLs.**

**Optimization Goals:**

- **Branded: Position 1, 100% SOV**
- **Unbranded: Position 1-2, 100% SOV**
- **Competitive: Position 2, 100% SOV**

**Implementation:**

Create a Core Ad group for each type of keyword, within the main campaigns

| Type | Keywords |
|---|---|
| Branded | auvi q |
| Branded | auviq |
| Branded | avi q |
| Branded | aviq |
| Competitive | epi pen |
| Competitive | epipen |
| Competitive | epipen jr |
| Competitive | new epi pen |
| Competitive | new epipen |
| Competitive | talking epipen |
| Unbranded | anaphylaxis |
| Unbranded | epinephrine |



For Internal Use Only. Do Not Duplicate or Distribute.

# Tier Example - Top Searched Terms

**These keywords have the larger impression levels but do not drive clicks (CTR lower than 1%) or conversions. They are unbranded keywords that help drive brand awareness by showing our ads against popular searched terms. They should be optimized against an CPL goal as they can be a source of budgetary inefficiencies**

**Optimization Goals:**

- **Position 1-3,**
- **75% SOV,**
- **CPL < $2000.00**

**Implementation:**

**Keep within current ad group as they can't be grouped due to differences in The ads they run against.**

| Type | Keywords | Keywords |
|---|---|---|
| Unbranded | allergic reaction | milk allergy |
| Unbranded | allergic reaction symptoms | peanut allergies |
| Unbranded | allergic reactions | peanut allergy |
| Unbranded | allergy test | severe allergic reaction |
| Unbranded | allergy testing | severe allergies |
| Unbranded | allergy to peanut | shellfish allergic symptoms |
| Unbranded | allergy to shellfish | shellfish allergies |
| Unbranded | anaphylaxis and allergy | shellfish allergy |
| Unbranded | anaphylaxis and food allergy | treatment for anaphylaxis |
| Unbranded | angioedema | treenut allergies |
| Unbranded | bee sting allergy | treenut allergy |
| Unbranded | causes of anaphylaxis | wheat allergy |

Example of Tier 1 keywords, list is not final



For Internal Use Only. Do Not Duplicate or Distribute.

5

# Next Steps

- **Define keyword tiers and goals for the current keyword list – Q4**
    - Identify keywords to paused
- **Review account structure around the tiers – Q4**
- **Create the bid strategies for each tier – Q1 2014**
- **Update MOC codes – Q1 2014**

