## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: EpiPen (Epinephrine Injection, USP) Marketing, Sales Practices and Antitrust Litigation | CASE NO. 2:17-MD-02785-DDC-TJJ (MDL No. 2785) |
| SANOFI-AVENTIS U.S., LLC,<br><br>Plaintiff,<br>v.<br>MYLAN INC., et al.,<br><br>Defendants.<br><br>*This Document Relates to the* Sanofi *case.* | CASE NO. 2:17-CV-02452-DDC-TJJ<br><br>*Document Filed Electronically* |

## MYLAN'S INDEX OF JUNE 28, 2019 EXPERT REPORT EXHIBITS

| Exhibit No. | Expert Report | Report Attached as Following Exhibits to June 28 Briefs |
|---|---|---|
| A | 3/25/2019 Expert Report of Dr. Robert P. Navarro | Ex. 38 to Mylan's Motion for Summary Judgment (Previously Filed Under Seal at ECF No. 1661-12)<br><br>Ex. 46 to Mylan's Motion to Exclude Fiona M. Scott Morton (excerpt only) (Previously Filed Under Seal at ECF No. 1681-20) |
| B | 3/25/2019 Expert Report of Dr. Janusz A. Ordover (Excerpt) | Ex. 16 to Mylan's Motion to Exclude Fiona M. Scott Morton (Previously Filed Under Seal at ECF No. 1680-19) |
| C | 2/4/2019 Expert Report of Thomas R. Varner, Ph.D. | Ex. 3 to Mylan's Motion to Exclude Steven Wiggins (Previously Filed Under Seal at ECF No. 1679-6)<br><br>Ex. 36 to Sanofi's Motion for Summary Judgment, (Previously Filed at ECF No. 1692-38) |

| Exhibit No. | Expert Report | Report Attached as Following Exhibits to June 28 Briefs |
|---|---|---|
| | | Ex. 1 to Sanofi's Motion to Exclude Thomas Varner (Previously Filed at ECF No. 1677-3) |
| D | 4/18/2019 Expert Rebuttal Report of Thomas R. Varner, Ph.D. | Ex. 4 to Mylan's Motion to Exclude Steven Wiggins, (Previously Filed Under Seal at ECF No. 1679-7) |
| | | Ex. 2 to Sanofi's Motion to Exclude Thomas Varner (Previously Filed at ECF No. 1677-4) |
| E | 3/25/2019 Expert Report of Robert Willig, Ph.D. | Ex. 39 to Mylan's Motion for Summary Judgment (Previously Filed Under Seal at ECF No. 1661-13) |
| | | Ex. 41 to Mylan's Motion to Exclude Fiona M. Scott Morton (excerpt only) (Previously Filed Under Seal at ECF No. 1682) |
| | | Ex. 69 to Sanofi's Motion for Summary Judgment (Previously Filed at ECF No. 1693-23) |
| F | 2/4/2019 Expert Report of Gary Zieziula | Ex. 6 to Mylan's Motion to Exclude Eduardo Schur (Previously Filed Under Seal at ECF No. 1676-9) |
| | | Ex. 145 to Sanofi's Motion for Summary Judgment (Previously Filed at ECF No. 1696-9) |
| | | Ex. 2 to Sanofi's Motion to Exclude Gary Zieziula (Previously Filed at ECF No. 1669-4) |
| G | 3/25/2019 Expert Report of Gary Zieziula | Ex. 51 to Sanofi's Motion for Summary Judgment (Previously Filed at ECF No. 1693-5) |
| | | Ex. 3 to Sanofi's Motion to Exclude Gary Zieziula (Previously Filed at ECF No. 1669-5) |
| H | 4/18/2019 Rebuttal Report of Gary Zieziula | Ex. 146 to Sanofi's Motion for Summary Judgment (Previously Filed at ECF No. 1696-10) |
| | | Ex. 4 to Sanofi's Motion to Exclude Gary Zieziula (Previously Filed at ECF No. 1669-6) |

**CERTIFICATE OF SERVICE**

On this 16th day of January, 2021, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which provides a notice of such filing on each attorney registered for ECF notification to the counsel of record in this case.

Respectfully submitted,

s/ *Philip A. Sechler*
Philip A. Sechler

ROBBINS, RUSSELL, ENGLERT, ORSECK,
UNTEREINER & SAUBER LLP
2000 K St. NW, 4th Floor
Washington, DC 20006
Telephone: (202) 775 4492
Fax: (202) 775 4510
psechler@robbinsrussell.com

*Counsel for Defendant Mylan Inc. and Defendant/Counterclaim Plaintiff Mylan Specialty L.P.*