# UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
DISTRICT OF KANSAS

259 ROBERT J. DOLE U.S. COURTHOUSE
500 STATE AVENUE
KANSAS CITY, KS 66101

**TIMOTHY M. O'BRIEN**
CLERK
E-MAIL: Tim_O'Brien@ksd.uscourts.gov
(913) 735-2220

**KIM LEININGER**
CHIEF DEPUTY CLERK
E-MAIL: Kim_Leininger@ksd.uscourts.gov
(913) 735-2205

Kansas City, Kansas

January 28, 2021

204 U.S.COURTHOUSE
401 N. MARKET
WICHITA, KS 67202

490 U.S.COURTHOUSE
444 NE QUINCY
TOPEKA, KS 66683

Clerk, U.S. Court of Appeals
 for the Tenth Circuit

District Court Case No.: 17-MD-02785-DDC-TJJ

Circuit Appeal No.: 21-3005

Dear Clerk,

Please be advised that the record is complete for the purposes of appeal.

_____ The transcript was filed this date.

_____ A transcript is not necessary for this appeal.

\___X____ The necessary transcript is already on file in the U.S. District Court.

_____ The necessary transcript was ordered previously in Appeal No. _____.

Sincerely,

TIMOTHY M. O'BRIEN, CLERK

By: s/ C. Abraham
 _____

Cc: Counsel of Record (**SEE NOTICE OF ELECTRONIC FILING**)