**CLERK'S COURTROOM MINUTE SHEET – CIVIL**

In re:  EpiPen (Epinephrine Injection, USP)
Marketing, Sales Practices and Antitrust Litigation
(*Sanofi* Case)

Case No. 17-2785-DDC-TJJ

Attorney for Plaintiffs: Yehudah L. Buchweitz
Attorneys for Defendants: Philip A. Sechler

| JUDGE: | Daniel D. Crabtree | DATE: | 1/27/2021 |
| --- | --- | --- | --- |
| CLERK: | Megan Garrett | TAPE/REPORTER: | Kim Greiner |
| INTERPRETER: | | PROBATION: | |

# TELEPHONE CONFERENCE

The parties appear through counsel by telephone.

The court hears from counsel about their sealing requests as to the court's Memorandum and Order (Doc. 2254) – **GRANTED IN PART AND DENIED IN PART as set forth in full on the record.**

The court hears from counsel about their sealing requests as to the court's Memorandum and Order (Doc. 2253) – **DENIED as set forth in full on the record.**

**The court plans to issue a Memorandum and Order summarizing its rationale for the above-listed rulings on January 29, 2021.**

The court hears from Mr. Sechler about his January 22, 2021 email requesting to no longer serve as liaison counsel.  The court agrees to have Brian Fries serve in this role and will discuss it with counsel in the status conference scheduled for later today.

The court hears from Mr. Buchweitz about the fact that it is no longer necessary for Eric Hochstadt to serve on the steering committee.  The court also agrees with this and will discuss it with counsel in the status conferenced scheduled for later today.

Mylan's counsel requests for two additional passages to be sealed as to the court's Memorandum and Order (Doc. 2254).  **The court will include its ruling on these two passages as part of its Memorandum and Order to be issued on January 29, 2021.**