**CLERK'S COURTROOM MINUTE SHEET – CIVIL**

In re:  EpiPen (Epinephrine Injection, USP)
Marketing, Sales Practices and Antitrust Litigation
(Consumer Class Cases)

Case No. 17-2785-DDC-TJJ

**Attorney for Class Plaintiffs:** Rex A. Sharp, W. Mark Lanier
**Attorneys for Mylan Defendants:** Brian C. Fries, Adam K. Levin, Kathryn M. Ali
**Attorneys for Pfizer Defendants:** Raj Gandesha, Joseph M. Rebein

| JUDGE: | Daniel D. Crabtree | DATE: | 1/27/2021 |
|---|---|---|---|
| CLERK: | Megan Garrett | TAPE/REPORTER: | Kim Greiner |
| INTERPRETER: | | PROBATION: | |

# STATUS CONFERENCE

The parties appear through counsel by Zoom Video Conference.

**The court will issue an order reappointing Brian Fries as liaison counsel.**

**The court will issue an order relieving Eric Hochstadt from serving on the steering committee.**

**The court sets the case for a jury trial on September 7, 2021, at 9:00 a.m.**

**If the class plaintiffs wish to file a motion for the trial date to be continued to mid-January 2022, they must do so by February 10, 2021.**

**The court will issue a revised trial order setting deadlines.**