**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| IN RE: EPIPEN (EPINEPHRINE INJECTION, USP) MARKETING, SALES PRACTICES AND ANTITRUST LITIGATION<br><br>*(This Document Relates to All Cases)* | Case No. 2:17-MD-02785-DDC-TJJ<br><br>MDL No. 2785 |

**AMENDED CORPORATE DISCLOSURE STATEMENT
FOR THE MYLAN CORPORATE DEFENDANTS**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the corporate Mylan Defendants certify that:

1.      Defendant Mylan Specialty L.P. is a wholly-owned indirect subsidiary of Mylan Inc.

2.      Defendant Mylan Pharmaceuticals Inc. is a wholly-owned subsidiary of Mylan Inc.

3.      Defendant Mylan Inc. is a wholly-owned indirect subsidiary of Viatris Inc.

4.      As of November 16, 2020, Defendant Mylan N.V. no longer exists due to a corporate transaction.

5.      Viatris Inc. is a publicly-held company organized and existing under the laws of Delaware.

6.      Viatris Inc. does not have a parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated:  March 3, 2021                    Respectfully submitted,

                                         /s/ *Adam K. Levin*
                                         Adam K. Levin
                                         David M. Foster
                                         Carolyn A. DeLone
                                         Kathryn M. Ali
                                         HOGAN LOVELLS US LLP
                                         555 Thirteenth Street, N.W.
                                         Washington, D.C. 20004
                                         Tel: (202) 637-6846
                                         Fax: (202) 637-5910
                                         adam.levin@hoganlovells.com

                                         Brian C. Fries, #15889
                                         James  Moloney,  #23786
                                         LATHROP GPM LLP
                                         2345 Grand Boulevard, Suite 2200
                                         Kansas City, Missouri 64108-2618
                                         Tel: (816) 292-2000
                                         Fax: (816) 292-2001
                                         brian.fries@lathropgpm.com

                                         *Counsel for the Mylan Defendants*