IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: EPIPEN (EPINEPHRINE INJECTION, USP) MARKETING, SALES PRACTICES AND ANTITRUST LITIGATION<br><br>*This Document Relates to Class Cases* | Case No. 2:17-MD-02785-DDC-TJJ<br>(MDL No. 2785) |

**EXHIBIT LIST TO MYLAN'S OPPOSITION TO**
**PLAINTIFFS' MOTION TO COMPEL**

| Exhibit | Description |
|---|---|
| 1 | Declaration of David M. Foster |
| 2 | Mylan's April 24, 2018 Production Letter |
| 3 | Mylan's March 3, 2021 Clawback Letter |
| 4 | Redacted Copy of MYEP00260131 **[Filed Under Seal]** |
| 5 | Plaintiffs' March 9, 2021 Response to Mylan's March 3, 2021 Clawback Letter |
| 6 | Excerpts of Bruce Foster Deposition **[Filed Under Seal]** |
| 7 | Sanofi's May 21, 2020 Clawback Letter |