# EXHIBIT 2



Hogan Lovells US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
T  +1 202 637 5600
F  +1 202 637 5910
www.hoganlovells.com

April 24, 2018

**By Electronic Mail**

Ryan C. Hudson, Esq.
5301 West 75th Street
Prairie Village, KS 66208
rhudson@midwest-law.com

**Re:     In re EpiPen MDL, Case No. 2:17-md-02785 (D. Kan.)**

Dear Ryan:

I am writing on behalf of the Mylan Defendants ("Mylan") concerning their production of documents. Today, we will transmit to the other parties' ESI liaisons a copy of Mylan's document production (MYEP009), which includes documents Bates labeled from MYEP00252313 – MYEP00334028.  Our office will transmit this information by hard drive as set forth in the Stipulated ESI Protocol. The pin to access the hard drive will be provided by e-mail.

The documents in this production are subject to the Amended Stipulated Protective Order adopted by the Court [ECF No. 135] and many have been designated Highly Confidential or Confidential pursuant to the terms of that Order.  We trust that Plaintiffs will safeguard the confidentiality of these materials in the manner required by the Stipulated Protective Order.  The production of this information does not waive, and is not intended to waive, any of Mylan's rights, privileges, or protections under any rule or doctrine with respect to this matter, including the attorney-client privilege, the work product doctrine, or any other applicable privilege or protection.

Sincerely,

*/s/ David M. Foster*

David M. Foster

Partner
david.foster@hoganlovells.com
D 202-637-5573

Hogan Lovells US LLP is a limited liability partnership registered in the District of Columbia. "Hogan Lovells" is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP, with offices in: Alicante  Amsterdam  Baltimore  Beijing  Birmingham  Boston  Brussels  Colorado Springs  Denver  Dubai  Dusseldorf  Frankfurt  Hamburg  Hanoi  Ho Chi Minh City  Hong Kong  Houston  Johannesburg  London  Los Angeles  Luxembourg  Madrid  Mexico City  Miami  Milan  Minneapolis  Monterrey  Moscow  Munich  New York  Northern Virginia  Paris  Perth  Philadelphia  Rio de Janeiro  Rome  San Francisco  São Paulo  Shanghai  Silicon Valley  Singapore  Sydney  Tokyo  Warsaw  Washington DC  Associated offices: Budapest  Jakarta  Shanghai FTZ  Ulaanbaatar  Zagreb. Business Service Centers:  Johannesburg  Louisville. For more information see www.hoganlovells.com