# EXHIBIT 3



Hogan Lovells US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
T  +1 202 637 5600
F  +1 202 637 5910
www.hoganlovells.com

March 3, 2021

**By Electronic Mail**

Ryan Hudson
Sharp Law LLP
5301 W. 75th Street
Prairie Village, KS 66208

Re:     *In re EpiPen (Epinephrine Injection, USP) Marketing, Sales Practices and Antitrust Litigation*, No. 2:17-md-2785 (D. Kan.)

Dear Ryan:

We have discovered that Mylan inadvertently produced a document protected in part by the attorney-client privilege, and pursuant to the Third Amended Stipulated Protective Order [ECF No. 556], we are writing to initiate the claw back process.  The document is identified as MYEP00260131.  With this letter, we are producing a replacement document containing redactions.

Please forward this letter to all counsel of record for all plaintiffs in the case and confirm no later than March 10, 2021 that each plaintiff has taken the following steps required by the second paragraph of Section 12 of the Third Amended Stipulated Protective Order: (a) it has returned or destroyed the specified information and any copies that it has; (b) it has taken reasonable steps to retrieve any specified information that already has been disclosed, including without limitation consenting to a motion to seal court files containing the information if so requested; and (c) it will not use or disclose the information and/or other materials for any purpose.

Sincerely,

*/s/ Adam K. Levin*

Adam K. Levin

Partner
adam.levin@hoganlovells.com
D +1 202 637-6846