# EXHIBIT 5

| | |
|---|---|
| **From:** | Brian O'Mara <BOMara@rgrdlaw.com> |
| **Sent:** | Tuesday, March 9, 2021 8:25 PM |
| **To:** | Victorson, David S.; DeLone, Carrie; Levin, Adam K.; Foster, David M. |
| **Cc:** | rhudson@midwest-law.com; Stuart Davidson; Art Shingler; 'Matt Tripolitsiotis'; Lea Bays |
| **Subject:** | Re: In re EpiPen MDL - Mylan Correspondence |

**External Email: This email was sent from outside of your organization.**

Adam,

Pursuant to Section 12 of the Third Amended Stipulated Protective Order, Plaintiffs have destroyed copies of document Bates No. MYEP00260131, and have sequestered the document. Plaintiffs intend to raise the privilege issue with the Court and will challenge Mylan's designation and clawback of the document.

Thank you,
Brian


Brian O. O'Mara
Robbins Geller Rudman & Dowd LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
619.231.1058
619.231.7423 (fax)


**From:** Victorson, David S. <david.victorson@hoganlovells.com>
**Sent:** Wednesday, March 3, 2021 4:12 PM
**To:** Ryan Hudson <rhudson@midwest-law.com>
**Cc:** 'lbays@rgrdlaw.com' <lbays@rgrdlaw.com>; 'Stuart Davidson' <sdavidson@rgrdlaw.com>; 'Christina Kopko' <CKopko@rgrdlaw.com>; eric.hochstadt@weil.com; Nathan.white@weil.com; Thrasher, Edward <edward.thrasher@whitecase.com>; 'sheryn.george@whitecase.com' <sheryn.george@whitecase.com>; wburns@burnscharest.com; Levin, Adam K. <adam.levin@hoganlovells.com>; Foster, David M. <david.foster@hoganlovells.com>; Fries, Brian <brian.fries@lathropgpm.com>; Sechler, Philip <psechler@robbinsrussell.com>; DeLone, Carrie <carrie.delone@hoganlovells.com>; Victorson, David S. <david.victorson@hoganlovells.com>
**Subject:** In re EpiPen MDL - Mylan Correspondence

All,

Please see the attached correspondence from Adam Levin.  We will send today to the parties' ESI liaisons via secure file transfer replacement images and text files for the document identified in the correspondence.  The password for the zip file is 8mu4s6DEx=GeqQ^W.

Please confirm once both Class Plaintiffs and Sanofi have destroyed the document identified in the letter.

Thanks,

David

If you would like to know more about how we are managing the impact of the COVID-19 pandemic on our firm then take a look at our brief Q&A. If you would like to know more about how to handle the COVID-19 issues facing your business then take a look at our information hub.

**About Hogan Lovells**
Hogan Lovells is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP. For more information, see www.hoganlovells.com.

CONFIDENTIALITY. This email and any attachments are confidential, except where the email states it can be disclosed; it may also be privileged. If received in error, please do not disclose the contents to anyone, but notify the sender by return email and delete this email (and any attachments) from your system.

*To contact the list owner: vholder@burnscharest.com*
*Burns Charest LLP: 900 Jackson St Suite 500, Dallas, TX 75202*

*To unsubscribe, switch to/from digest, get on/off vacation, or change your email address, click here.*
*https://member.mail-list.com/u?ln=epipen-colead&nm=bomara%40rgrdlaw.com*

**NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges.  Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.**