# EXHIBIT 7

# Weil, Gotshal & Manges LLP

BY E-MAIL

767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

**Eric S. Hochstadt**
+1 (212) 310-8538
eric.hochstadt@weil.com

May 21, 2020

Philip A. Sechler
Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP
2000 K Street, N.W., 4th Floor
Washington, D.C. 20006
psechler@robbinsrussell.com

Re: *In re EpiPen (Epinephrine Injection, USP) Marketing, Sales Practices and Antitrust Litigation,* No. 2:17-md-2785 (D. Kan.)

Dear Phil:

We have discovered that the documents listed in Appendix A below were inadvertently produced by Plaintiff Sanofi-Aventis U.S., LLC and are protected by the attorney-client privilege.

Please forward this letter to counsel of record for all defendants in the case and confirm no later than May 29, 2020 that each defendant has taken the following steps required by the second paragraph of Section 12 of the Third Amended Stipulated Protective Order [ECF No. 556]: (a) it has returned or destroyed the specified information and any copies that it has; (b) it has taken reasonable steps to retrieve any specified information that already has been disclosed, including without limitation consenting to a motion to seal court files containing the information if so requested; and (c) it will not use or disclose the information and/or other materials for any purpose.

Further, please find enclosed a .zip file with a copy of Sanofi's production of replacement images for these documents. The password for the .zip file will be sent under separate cover.

Sincerely,

/s/ *Eric S. Hochstadt*

Eric S. Hochstadt

cc: Ryan Hudson, Liaison Counsel for Class Plaintiffs

Enclosures

Appendix A

| ProdBeg | ProdEnd |
|---|---|
| SAN-EPI-1211888 | SAN-EPI-1211892 |
| SAN-EPI-1211905 | SAN-EPI-1211909 |
| SAN-EPI-1211912 | SAN-EPI-1211915 |
| SAN-EPI-1211916 | SAN-EPI-1211919 |
| SAN-EPI-1211920 | SAN-EPI-1211921 |
| SAN-EPI-1211933 | SAN-EPI-1211934 |
| SAN-EPI-1215745 | SAN-EPI-1215747 |
| SAN-EPI-1215751 | SAN-EPI-1215753 |
| SAN-EPI-1215754 | SAN-EPI-1215755 |
| SAN-EPI-1215756 | SAN-EPI-1215756 |
| SAN-EPI-1215757 | SAN-EPI-1215759 |
| SAN-EPI-1215760 | SAN-EPI-1215762 |
| SAN-EPI-1215765 | SAN-EPI-1215768 |
| SAN-EPI-1215769 | SAN-EPI-1215770 |
| SAN-EPI-1215771 | SAN-EPI-1215771 |
| SAN-EPI-1215772 | SAN-EPI-1215775 |
| SAN-EPI-1215778 | SAN-EPI-1215779 |
| SAN-EPI-1223186 | SAN-EPI-1223187 |
| SAN-EPI-1223188 | SAN-EPI-1223190 |
| SAN-EPI-1223193 | SAN-EPI-1223194 |