UNITED STATES DISTRICT COURT

DISTRICT OF KANSAS

| | |
|---|---|
| In re EPIPEN (EPINEPHRINE INJECTION, USP) MARKETING, SALES PRACTICES AND ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>    CONSUMER CLASS CASES. | Civil Action No. 2:17-md-02785-DDC-TJJ (MDL No. 2785)<br><br>CLASS PLAINTIFFS' WITNESS LIST |

Class Plaintiffs, by and through their undersigned Class Counsel, respectfully submit the following Witness List pursuant to the Rule 26(a)(3) of the Federal Rules of Civil Procedure and the Court's Order Adopting Scheduling Order No. 13 (Trial Order) (ECF No. 2316). Witnesses Class Plaintiffs expect to present are marked with an asterisk ("*"), and those Class Plaintiffs may call if the need arises are unmarked. In addition, because Class Plaintiffs' motions to allow live trial testimony via contemporaneous transmission for particular witnesses are forthcoming, Class Plaintiffs may need to amend which witnesses will testify and the methods of testimony based on the Court's ruling and/or any agreement reached with Defendants. Finally, the Court's decision on summary judgment may change what witnesses are necessary and the best methods for presenting their testimony. The parties have agreed to provide greater clarity on the will/may call designations and the method of testimony on a later date between August 6 and 15, 2021 (the final date is subject to current discussions among the parties on trial arrangements). For all witnesses listed, Class Plaintiffs reserve the right to use discovery deposition designations as an alternate means for presenting testimony.

| No. | Witness Name | Title | Description/Purpose[1] | Method |
|---|---|---|---|---|
| 1 | Barry, Patrick | Sanofi's General Manager & Head of General Medicines & Established Products – North America, and Vice President, Head US Specialty & Core Brands – Oncology, Renal, BioSurgery, Cardio, & Allergy | | Live |

---

[1] Per the parties' agreement reached on December 15, 2020, and confirmed on April 20, 2021, descriptions of intended testimony are not provided for those witnesses who have been deposed in this litigation.

| No. | Witness Name | Title | Description/Purpose[1] | Method |
|---|---|---|---|---|
| 1 | Bhatt, Minaksi | Mylan's Former Vice President and Assistant Global General Counsel, Patent Litigation | | Discovery Deposition |
| 2 | Bresch, Heather* | Defendant and Mylan's former CEO, Executive Director of Board of Directors, President, Executive Vice President, Chief Operations Officer, and Chief Integration Officer | | Live; live video transmission, if permitted; or trial deposition. |
| 3 | Bruno, James* | Expert | | Live |
| 4 | Bulding, Mario (Local 282)* | Plaintiff/Class Representative | | Live |
| 5 | Coury, Robert* | Mylan's former CEO and Chairman of the Board | | Live or trial deposition |
| 6 | Denn, Christopher | Partner at Goodwin Procter | | Discovery deposition |
| 7 | Downey, Bryan | Sanofi's Sales Representative | | Live |
| 8 | Elhauge, Prof. Einer* | Expert | | Live |
| 9 | Foster, Bruce* | Mylan's Senior Director, National Accounts | | Live or trial deposition |
| 10 | Graham, Roger | Mylan Specialty's President | | Live or discovery deposition |
| 11 | Graybill, Ron* | Mylan's Vice President, Managed Markets | | Live or trial deposition |
| 12 | Hadley, Thomas | Mylan's Executive Director, Global Marketing for EpiPen | | Discovery Deposition |
| 13 | Haggerty, Joseph* | Mylan's Senior Vice President and Global General Counsel | | Discovery deposition |

| No. | Witness Name | Title | Description/Purpose[1] | Method |
|---|---|---|---|---|
| 14 | Handel, Tom* | Meridian's General Manager | | Live; live video transmission, if permitted; or trial deposition. |
| 15 | Jones, Patrick | Mylan's Director, National Accounts, and Dey's National Account Manager | | Live or discovery deposition |
| 16 | Jordan, Harry | Mylan's Senior Director, National Accounts Managed Care/RAM Team | | Discovery Deposition |
| 17 | Kashtan, Lauren* | Mylan's Head of North America Communications, Director, Media Relations and External Communications, and Senior Manager, Media Relations and External Communications | | Live or discovery deposition |
| 18 | Kopanja, Ivona* | Mylan's Manager, Professional Affairs for EpiPen Marketing, Associate Project Manager for Special Projects, and Research Analyst for Market Research | | Live or discovery deposition |
| 19 | Korczynski, Sherry* | Mylan's Director of Strategic Planning, Senior Director of Strategic Business, Senior Director of Sales & Marketing, Executive Director of, and Vice President of EpiPen Marketing | | Live or discovery deposition |
| 20 | Lieberman, Philip | Mylan Key Opinion Leader | | Discovery Deposition |

| No. | Witness Name | Title | Description/Purpose[1] | Method |
|---|---|---|---|---|
| 21 | May, Jeff | Mylan's Head of Global Strategic Planning and Business Transformation, and Vice President of Product Strategy | | Discovery Deposition |
| 22 | Muma, Paul* | King's Senior Director of Finance | | Live or discovery deposition |
| 23 | Myers, Jeffrey* | Pfizer's Vice President and Assistant General Counsel | | Live or trial deposition |
| 24 | Ondos, Jill* | Mylan's General Litigation Counsel | | Live or trial deposition |
| 25 | Peck, Dr. Carl* | Expert | | Live |
| 26-60 | Plaintiffs/Class Representatives<br>• Aggarwal, Vishal<br>• Amell, Teia<br>• Beaulieu, Todd<br>• Bowerstock, Carly<br>• Buchta III, Raymond<br>• Chapin, Laura<br>• Clements, Shannon<br>• DeStefano, Heather<br>• Dvorak, Donna<br>• Evans, Kenneth<br>• Gill, Michael Carl<br>• Harwood, Suzanne<br>• Huelsman, Elizabeth<br>• Huston, Lesley Ann | Consumer Plaintiffs/Class Representatives | | Live |

| No. | Witness Name | Title | Description/Purpose[1] | Method |
|---|---|---|---|---|
|  | <ul><li>Ipson, Landon Trent</li><li>Johnston, Anastasia</li><li>Kovarik, Mark</li><li>Krimmel, Meredith</li><li>Marshall, Nikitia</li><li>McDaniel, Alene</li><li>McGreevy Walton, Jennifer</li><li>Nordstrum, Angela</li><li>North, Sonya</li><li>Rippy, Jeffrey Christopher</li><li>Seltzer, Lee</li><li>Serrano, Rosetta Lynn</li><li>Shepard, Joy</li><li>Steinhauser, Kenneth</li><li>Sumner, April Michelle</li><li>Sutorik, Annette</li><li>Svites, Stacee</li><li>Wagner, Linda</li><li>Wemple, Donna</li><li>Williamson, Elizabeth</li><li>Wright, Lorraine</li></ul> |  |  |  |
| 61 | Portnoy, Dr. Jay* | Expert |  | Live |
| 62 | Rennecker, Jeffrey | Pfizer's Vice President and Assistant General Counsel |  | Discovery Deposition |

| No. | Witness Name | Title | Description/Purpose[1] | Method |
|---|---|---|---|---|
| 63 | Rocheleau, Sylvain* | General Manager, Upjohn Division (Pfizer Canada) | | Discovery deposition |
| 64 | Rosenthal, Prof. Meredith* | Expert | | Live |
| 65 | Sanders, Lloyd* | Mylan/Dey Chief Operating Officer | May testify regarding matters related to elimination of the single EpiPen, EpiPen pricing, EpiPen rebating, EpiPen marketing and sales, and EpiPen coupon program. | Live; live video transmission, if permitted; or trial deposition. |
| 66 | Sussman, Scott | Mylan's Regional Director; Director of National Accounts, and Senior Director of National Accounts | | Discovery Deposition |
| 67 | Torrance, Dr. Andrew* | Expert | | Live |
| 68 | Willing, Nicole* | Mylan's Senior Regional Account Manager | | Live or discovery deposition |
| 69 | York, Jay | Mylan's National Sales Director, South, and Regional Director | | Discovery Deposition |
| 70 | Zinn, Patrick | Mylan's CFO for North America, Head of Finance of Mylan Specialty, Senior Director for Financial Planning and Analysis, and Senior Manager of Finance | | Discovery Deposition |

Additionally, Class Plaintiffs reserve the right to call all witnesses (1) needed for impeachment or rebuttal purposes; (2) disclosed or designated by any other party; and (3) needed for authenticating documents or for the admissibility of documents.

7

DATED:  May 24, 2021					Respectfully submitted,


							*/s/ Ryan C. Hudson*

							SHARP LAW, LLP
							REX A. SHARP
							RYAN C. HUDSON
							5301 West 75th Street
							Prairie Village, KS  66208
							Telephone:  913/901-0505
							913/901-0419 (fax)
							rsharp@midwest-law.com
							rhudson@midwest-law.com

							W. MARK LANIER
							THE LANIER LAW FIRM
							W. MARK LANIER
							RACHEL LANIER
							CRISTINA DELISE

							10940 West Sam Houston Parkway, Suite 100
							Houston, TX  77064
							Telephone:  713/659-5200
							Mark.Lanier@LanierLawFirm.com
							Rachel.Lanier@LanierLawFirm.com
							Cristina.Delise@LanierLawFirm.com

							Special Trial Counsel for Class Plaintiffs

							ROBBINS GELLER RUDMAN
							  & DOWD LLP
							PAUL J. GELLER
							STUART A. DAVIDSON
							BRADLEY M. BEALL
							120 East Palmetto Park Road, Suite 500
							Boca Raton, FL 33432
							Telephone: 561/750-3000
							561/750-3364 (fax)
							pgeller@rgrdlaw.com
							sdavidson@rgrdlaw.com
							bbeall@rgrdlaw.com

ROBBINS GELLER RUDMAN
  &amp; DOWD LLP
BRIAN O. O'MARA
ARTHUR L. SHINGLER III
LEA MALANI BAYS
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)
bomara@rgrdlaw.com
ashingler@rgrdlaw.com
lbays@rgrdlaw.com

KELLER ROHRBACK L.L.P.
LYNN LINCOLN SARKO
GRETCHEN FREEMAN CAPPIO
1201 Third Avenue, Suite 3200
Seattle, WA  98101
Telephone:  206/623-1900
206/623-3384 (fax)
lsarko@kellerrohrback.com
gcappio@kellerrohrback.com

BURNS CHAREST LLP
WARREN T. BURNS
SPENCER COX
900 Jackson Street, Suite 500
Dallas, TX  75202
Telephone:  469/904-4550
469/444-5002 (fax)
wburns@burnscharest.com
scox@burnscharest.com

PRITZKER LEVINE LLP
ELIZABETH C. PRITZKER
JONATHAN K. LEVINE
1900 Powell Street, Suite 450
Emeryville, CA  94608
Telephone:  415/692-0772
415/366-6110 (fax)
ecp@pritzkerlevine.com
jkl@pritzkerlevine.com

        SHARP LAW, LLP
        REX A. SHARP
        RYAN C. HUDSON
        5301 West 75th Street
        Prairie Village, KS  66208
        Telephone:  913/901-0505
        913/901-0419 (fax)
        rsharp@midwest-law.com
        rhudson@midwest-law.com

        Co-Lead Class Counsel and Liaison Counsel for Class Plaintiffs

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing CLASS PLAINTIFFS' WITNESS LIST was served upon the following as liaison counsel to all Defendants and Plaintiffs in this matter by email this 24th day of May, 2021:

| | |
|---|---|
| Brian Fries<br>LATHROP GAGE LLP<br>2345 Grand Blvd., Suite 2200<br>Kansas City, MO  64108-2618<br>bfries@lathropgage.com | Rex A. Sharp<br>Ryan C. Hudson<br>SHARP LAW, LLP<br>5301 West 75th Street<br>Prairie Village, KS 66208<br>rsharp@midwest-law.com<br>rhudson@ Midwest-law.com |

        /s/ *Ryan C. Hudson*
        RYAN C. HUDSON

        SHARP LAW, LLP
        5301 West 75th Street
        Prairie Village, KS  66208
        Telephone:  913/901-0505
        913/901-0419 (fax)
        rhudson@midwest-law.com