**UNITED STATES DISTRICT COURT**
**DISTRICT OF KANSAS**

| | |
|---|---|
| In re EPIPEN (EPINEPHRINE INJECTION, USP) MARKETING, SALES PRACTICES AND ANTITRUST LITIGATION )<br>)<br>)<br>)<br>) | Civil Action No. 2:17-md-02785-DDC-TJJ<br>(MDL No. 2785) |
| This Document Relates To:  )<br>)<br>CONSUMER CLASS CASES.  )<br>) | CLASS PLAINTIFFS' EXHIBT LIST |

## CLASS PLAINTIFFS' NOTICE OF TRIAL EXHIBITS

Class Plaintiffs, by and through their undersigned class counsel, and pursuant to Rule 26(a)(3) of the Federal Rules of Civil Procedure and the Court's Order Adopting Scheduling Order No. 13 (Trial Order) (ECF No. 2316), hereby submit Class Plaintiff's Exhibit List, attached as Exhibit "A", that may be utilized at the trial of this matter against all defendants, individually and collectively. Class Plaintiffs reserve the right to rely upon any other party's exhibits and incorporates by reference herein all exhibit lists of all other parties. Class Plaintiffs further reserve the right to amend and/or supplement these lists at any time, including at the time of trial. Class Plaintiffs reserve the right to introduce exhibits not designated herein for purposes of impeachment or rebuttal.

DATED: May 24, 2021

        Respectfully submitted,

THE LANIER LAW FIRM
W. MARK LANIER
RACHEL LANIER
CRISTINA DELISE

\_\_/s/ W. Mark Lanier_____
W. MARK LANIER

10940 West Sam Houston Parkway, Suite 100
Houston, TX  77064
Telephone:  713/659-5200
Mark.Lanier@LanierLawFirm.com
Rachel.Lanier@LanierLawFirm.com
Cristina.Delise@LanierLawFirm.com

Special Trial Counsel for Class Plaintiffs

ROBBINS GELLER RUDMAN
  & DOWD LLP
PAUL J. GELLER
STUART A. DAVIDSON
BRADLEY M. BEALL
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)
pgeller@rgrdlaw.com
sdavidson@rgrdlaw.com
bbeall@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
BRIAN O. O'MARA
ARTHUR L. SHINGLER III
LEA MALANI BAYS
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)
bomara@rgrdlaw.com
ashingler@rgrdlaw.com
lbays@rgrdlaw.com

KELLER ROHRBACK L.L.P.
LYNN LINCOLN SARKO
GRETCHEN FREEMAN CAPPIO
1201 Third Avenue, Suite 3200
Seattle, WA  98101
Telephone:  206/623-1900
206/623-3384 (fax)
lsarko@kellerrohrback.com
gcappio@kellerrohrback.com

BURNS CHAREST LLP
WARREN T. BURNS
SPENCER COX
900 Jackson Street, Suite 500
Dallas, TX  75202
Telephone:  469/904-4550
469/444-5002 (fax)
wburns@burnscharest.com
scox@burnscharest.com

PRITZKER LEVINE LLP
ELIZABETH C. PRITZKER
JONATHAN K. LEVINE
1900 Powell Street, Suite 450
Emeryville, CA  94608
Telephone:  415/692-0772
415/366-6110 (fax)
ecp@pritzkerlevine.com
jkl@pritzkerlevine.com

SHARP LAW, LLP
REX A. SHARP
RYAN C. HUDSON
5301 West 75th Street
Prairie Village, KS  66208
Telephone:  913/901-0505
913/901-0419 (fax)
rsharp@midwest-law.com
rhudson@midwest-law.com

Co-Lead Class Counsel and Liaison Counsel for Class Plaintiffs

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing CLASS PLAINTIFFS' WITNESS LIST was served upon the following as liaison counsel to all Defendants and Plaintiffs in this matter by email this 24th day of May, 2021:

| | |
|---|---|
| Brian Fries<br>LATHROP GAGE LLP<br>2345 Grand Blvd., Suite 2200<br>Kansas City, MO  64108-2618<br>bfries@lathropgage.com | Rex A. Sharp<br>Ryan C. Hudson<br>SHARP LAW, LLP<br>5301 West 75th Street<br>Prairie Village, KS 66208<br>rsharp@midwest-law.com<br>rhudson@midwest-law.com |

/s/ W. Mark Lanier
W. MARK LANIER

THE LANIER LAW FIRM
10940 West Sam Houston Parkway, Suite 100
Houston, TX  77064
Telephone:  713/659-5200
Mark.Lanier@LanierLawFirm.com