# EXHIBIT   A

## CLASS PLAINTIFFS' EXHIBIT LIST

**Case No. 2:17-md-02785**

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
| 1 | 2011.03.19 Kopanja email to Wolf | | | | |
| 2 | 2011.01.06 Kopanja email to Foster | | | | |
| 3 | 2010.11.24 EpiPen Slide Deck | | | | |
| 4 | 2011.06.09. Foster email | | | | |
| 5 | 2013.11.04 Email | | | | |
| 6 | 2017.02.03 Wilmot email to Handel | | | | |
| 7 | 2011.10.03 Sanders email to Bresch | | | | |
| 8 | 2011.08.24 Jordan email to Foster and Graybill | | | | |
| 9 | 2017.02.02 FDA letter to Mylan | | | | |
| 10 | 2011.07.21 Kopanja email re PX2 | | | | |
| 11 | 2011.04.15 Sanders email re PX 2 | | | | |
| 12 | 2011.05.21 Sanders email to Bresch.pdf | | | | |
| 13 | 2011.01.28 Bresch email to Read | | | | |
| 14 | 2010.11.24 Email Attaching EpiPen Slide Deck | | | | |
| 15 | 2011.07.09. Sanders email to Bresch | | | | |
| 16 | 2011.06.13 Kashtan email to Burke | | | | |
| 17 | 2013.10.26 Jordan email to Dowd and others | | | | |
| 18 | 2013.03.14 Turner email to York | | | | |
| 19 | 2011.06.09 Mylan email string | | | | |
| 20 | 2011.05.19 Dey PPT re PX2 | | | | |
| 21 | 2011.05.19 Carrado email re PX2 | | | | |
| 22 | 2012.03.07 Email from Stark to Staci | | | | |
| 23 | 2012.02.24 Julie Email to Marth | | | | |
| 24 | Undated. Photo of Bresch | | | | |
| 25 | 2011.08.03 Kopanja email re PX2 | | | | |
| 26 | 2011.02.02 Dey PPT re PX2 | | | | |
| 27 | 2011.04.27 Kopanja email to Dangelo | | | | |
| 28 | 2011.08.03 PX2 press release | | | | |
| 29 | 2011.07.09 PX2 PPT | | | | |
| 30 | 2011.08.25 Mylan internal email string | | | | |
| 31 | 2011.07.14 PX2 PPT | | | | |
| 32 | 2010.12.07 NIAID Guidelines | | | | |
| 33 | 2011 WAO Guidelines | | | | |
| 34 | 2011.06.21 Kopanja email to Lonczak | | | | |
| 35 | 2011.06.21 Email from Graybill to Mauro | | | | |
| 36 | 2012.04.26 Stark Email to Marth | | | | |
| 37 | 2011.07.01 Kopanja email re PX2 | | | | |
| 38 | 2012.03.08 Marth Email to Yanai | | | | |

| | | | | |
|---|---|---|---|---|
| 39 | 2012.04.18 Stark Email to Marth | | | |
| 40 | 2014.03.21 Bhavsar email to RDs and DMs | | | |
| 41 | 2011.05.24 Handel email | | | |
| 42 | 2016.09.21 Oversight Committee | | | |
| 43 | 2017.12.05 EpiPen Pricing History | | | |
| 44 | 2011.01.28 Email Correspondence from Ivona Kopanja | | | |
| 45 | 2011.05.18 Mylan Presentation | | | |
| 46 | 2012.05.10 Corr from Wilson Sonsini to FTC and DOJ | | | |
| 47 | 2013.09.03 Graybill email to Mauro and others | | | |
| 48 | 2013.08.12 Brousek email to Willing and Sussman | | | |
| 49 | 2011.06.06 PX2 Q&A | | | |
| 50 | 2011.06.09.Mylan email attachment | | | |
| 51 | 2011.05.20 Mylan Presentation to Meridian | | | |
| 52 | 2018.09.28 EpiPen Profitability | | | |
| 53 | 2017.03.01 Mylan 2016 Form 10K | | | |
| 54 | 2012.03.09 Teva Sales Forecast | | | |
| 55 | 2014.01.11 Email Correspondence from Patrick Zinn | | | |
| 56 | 2008.10.21 Association of Corporate Counsel Presentation | | | |
| 57 | 2011.03.03 Email Correspondence from James Bauersmith | | | |
| 58 | 2012.04.26 Email thread between Ondos and Devlin | | | |
| 59 | 2012.03.16 Kennedy Email to Myers | | | |
| 60 | 2008.08.12 Marcuccio email to Stewart | | | |
| 61 | 2011.12.02 Hadley email to Shuck | | | |
| 62 | 2011.08.26 Jordan email to Falto and others | | | |
| 63 | 2013.09.13 Willing email to Graybill | | | |
| 64 | 2013.06.13 Foster email to Optum Curtiss | | | |
| 65 | 2013.12.13 Foster email to Prime | | | |
| 66 | 2013.03.04 Foster email to Graybill and others | | | |
| 67 | 2013.05.17 2013.05.17 Foster email to Optum Curtiss | | | |
| 68 | 2013.11.19 Korczynski email to Lanham and Potter | | | |
| 69 | 2013.12.11 Cirillo email to Korczynski and others | | | |
| 70 | 2011.12.08 DiGiorgio email to Handel, Thievon and others | | | |
| 71 | 2013.03.05 Franz Email | | | |
| 72 | 2021.01.25 Value Pinguin | | | |
| 73 | 2019.06.19 CBS Higher Insurance | | | |

| | | | | |
|---|---|---|---|---|
| 74 | 2011.08.24 2pak press release | | | |
| 75 | 2018.12.07 Portnoy Expert Report | | | |
| 76 | 2019.10.31 Portnoy Merits Report | | | |
| 77 | 2021 Viatris Form 10-K Amendment | | | |
| 78 | 2015 Teva Form 20-F | | | |
| 79 | 2021 Teva Form 10-K | | | |
| 80 | 2018.12.07 Mylans Privilege Log | | | |
| 81 | 2014.03.06 Mylan emails re AAG.pdf | | | |
| 82 | 2014.03.14 Deem email to Cavanaugh | | | |
| 83 | 2014.04.24 Cartwright email re pharmacy calls.pdf | | | |
| 84 | 2014.04.25 Mylan email re AAG single .pdf | | | |
| 85 | 2015.04.17 Sanofi emails re AAG single .pdf | | | |
| 86 | 2011.05.19 PX 2 meeting minutes.pdf | | | |
| 87 | 2011.04.15 Sanders email re PX 2.pdf | | | |
| 88 | 2011.05.21 Sanders email to Bresch.pdf | | | |
| 89 | 2011.07.09 Lonczak email Kopanja et al.pdf | | | |
| 90 | 2014.04.23 Article re anaphylaxis and treatment guidelines.pdf | | | |
| 91 | 2006.07.20 Congressional Testimony.pdf | | | |
| 92 | 2009.05.26 Memorandum.pdf | | | |
| 93 | 2014.12.03. Correspondence from Thomas Freund.pdf | | | |
| 94 | 2015.01.16 FDA Correspondence.pdf | | | |
| 95 | 2015.12.17 Correspondence from William Rakoczy to the FDA.pdf | | | |
| 96 | 2015.04.21 EpiPen Handling Study.pdf | | | |
| 97 | 2016.08.26 Email Correspondence from Scott Tomsky.pdf | | | |
| 98 | 2018.10.02 Statement from FDA Commissioner Scott | | | |
| 99 | 2012.07.20 Settlement and License Agreement.pdf | | | |
| 100 | 2017.11.09 MAPP.pdf | | | |
| 101 | 2019.10.31 Peck Merits Report.pdf | | | |
| 102 | 1964.08 Academic Paper.pdf | | | |
| 103 | 2017 Academic Paper.pdf | | | |
| 104 | 2010.10.06 Project Olympus Presentation.pdf | | | |
| 105 | 2011.08 Article.pdf | | | |
| 106 | 2020.02.12 Elhauge Reply.pdf | | | |
| 107 | 2013.05.08 Hartness email to Wahl.pdf | | | |
| 108 | 2013.11.08 Jordan email to Arcara and others.pdf | | | |
| 109 | 2014.03.04 Korczynski email to Arcara.pdf | | | |
| 110 | 2014.03.27 Potter email to Mauro and Graybill | | | |
| 111 | 2014.12.09 Brooks email to Graham.pdf | | | |
| 112 | 2019.10.31 Rosenthal Merits Report.pdf | | | |
| 113 | 2013.02.25 York email to Christopher.pdf | | | |

| | | | |
|---|---|---|---|
| 114 | 2013.08.16 Jordan email to Arcara and others.pdf | | |
| 115 | 2013.12.07 Korczynski email to Graham and others.pdf | | |
| 116 | 2014.02.03 Willing email to Crowley and others.pdf | | |
| 117 | 2014.03.20 Cirillo email to Benson and others.pdf | | |
| 118 | 2011.12.16 Falto email to Chang, VanCampen and others | | |
| 119 | 2013.10.02 Commercial Contract Distribution.pdf | | |
| 120 | 2012.10.09 Stein email to Brownfield.pdf | | |
| 121 | 2012.11.02 Jordan email to Jones and others.pdf | | |
| 122 | 2013.05.14 Foster email to UHC and Optum.pdf | | |
| 123 | 2008.08.01 Agenda for King Intelliject Meeting.pdf | | |
| 124 | 2010.12.09 Handel email to Savage.pdf | | |
| 125 | 2008.07.31 Mutual NDA between Intelliject, King, and Dey.pdf | | |
| 126 | 2008.09.15 Meridian Non-Binding Proposal to Dey re Intelliject.pdf | | |
| 127 | 2008.09.12 Dey email to Marcuccio.pdf | | |
| 128 | 2013.09.06 Downing email to Loreaux.pdf | | |
| 129 | 2014.04.01 Fourth Amendment to Prime Rebate.pdf | | |
| 130 | 2015.08.17 CaremarkPCS Health Rebate Agreement.pdf | | |
| 131 | 2011.11.16 EpiPen Auto-Injector Global Brand Plan.pdf | | |
| 132 | 2011.11.28 Belmar email to Smail and others.pdf | | |
| 133 | 2013.03.05 Mylan LOI to Optum.pdf | | |
| 134 | 2013.03.20 Prime email to Foster.pdf | | |
| 135 | 2013.04.05 Mylan LOI to Optum.pdf | | |
| 136 | 2013.06.06 Foster email to Curtiss and others.pdf | | |
| 137 | 2014.01.09 Mylan LOI.pdf | | |
| 138 | 2015.06.18 Foster email to Optum Ong-Seto & Dibblee.pdf | | |
| 139 | 2015.09.23 Mylan Willing email to Prime Olson.pdf | | |
| 140 | 2014.01.01 Rebate Agreement between OptumRx and Mylan.pdf | | |
| 141 | 2007.08.02 Daily Complaint System Update.pdf | | |
| 142 | 2009.05.29 Daily Complaint System Update.pdf | | |
| 143 | 2015.10.05 FDA Observations.pdf | | |
| 144 | 2015.11.04 Prime Olson email.pdf | | |
| 145 | 2015.11.20 Sanofi letter to FDA | | |
| 146 | 2016.01.05 Zinn email to Johnston and Giraldi.pdf | | |

| 147 | 2016.03.17 Foster email to Bieze and Hampton.pdf | | | |
|---|---|---|---|---|
| 148 | 1987.12.22 FDA Approval Letter.pdf | | | |
| 149 | 2009.10.28 Next Gen EpiPen.pdf | | | |
| 150 | 2012.10.10 Mylan Rousseau email to Mylan Thievon.pdf | | | |
| 151 | 2012.11.01 Hadley email to Barone.pdf | | | |
| 152 | 2013.02.20 Letizia email to Foster and Peterpaul.pdf | | | |
| 153 | 2014.01.07 Auvi-Q Prepare for Battle.pdf | | | |
| 154 | 2014.05.20 Sanofi Viehbacher email to Whitaker and others.pdf | | | |
| 155 | 2014.11.13 Lissa email to Barry.pdf | | | |
| 156 | 2014.01.19 Allerject Tracker Update.pdf | | | |
| 157 | 2014.04.09 Sanofi bids for Lantus.pdf | | | |
| 158 | 2014.06.19 Sanofi USPC Recommendations.pdf | | | |
| 159 | 2014.08.18 Conference Call.pdf | | | |
| 160 | 2003 Teva Norepinephrine Approval.pdf | | | |
| 161 | 2004 Stepensky Article.pdf | | | |
| 162 | 2011.10.23 Dey Presentation.pdf | | | |
| 163 | 2011.11.28 Dey Presentation.pdf | | | |
| 164 | 2011.12.08 JCC Presentation.pdf | | | |
| 165 | EpiPen Label.pdf | | | |
| 166 | 2013.05.07 Freund Letter to CDER.pdf | | | |
| 167 | 2015.01.16 Mylan Citizen Petition.pdf | | | |
| 168 | 2015.04.28 Citizen Petition Supplement.pdf | | | |
| 169 | 2011.03.15 Teva Meeting Minutes.pdf | | | |
| 170 | 2012.11.27 Teva Meeting Minutes.pdf | | | |
| 171 | 2012.04.17 Teva Meeting Minutes.pdf | | | |
| 172 | 2012.05.01 Teva Meeting Minutes.pdf | | | |
| 173 | 2012.06.12 Teva Meeting Minutes.pdf | | | |
| 174 | 2013.01.09 Teva Meeting Minutes.pdf | | | |
| 175 | 2013.12.03 Teva Meeting Minutes.pdf | | | |
| 176 | 2013.04.02 Teva Meeting minutes.pdf | | | |
| 177 | 2013.04.30 Teva Meeting minutes.pdf | | | |
| 178 | 2014.01.08 Email correspondence from Dereje Araya.pdf | | | |
| 179 | 2014.05.19 Email correspondence from Rosario Lobrutto.pdf | | | |
| 180 | 2015.02.08 Email correspondence from Asaf Levy.pdf | | | |
| 181 | 2010.12.13 Graybill email.pdf | | | |
| 182 | 2011.06.08 Kopanja email to Sanders.pdf | | | |
| 183 | 2011.11.01 Moassessi email to Graybill.pdf | | | |

| | | | |
|---|---|---|---|
| 184 | 2011.06.07 Sanders email to Bresch.pdf | | |
| 185 | 2018.10.09 WML Handwritten notes.pdf | | |
| 186 | 2016.08.24 Washington Post article.pdf | | |
| 187 | 2007.10.02 Bresch Appointed COO.pdf | | |
| 188 | 2008.04.21 Investigation Panel Report.pdf | | |
| 189 | 2016.09.30 Zurich Insurance Policy.pdf | | |
| 190 | 2018.06.29 USSEC Schedule 14A.pdf | | |
| 191 | 2016.06.21 USSEC Schedule 14A.pdf | | |
| 192 | 2014.04.11 USSEC Schedule 14A.pdf | | |
| 193 | 2016.09.16 Wall Street Journal Article.pdf | | |
| 194 | Undated PPT Social Responsibility.pdf | | |
| 195 | 2011.10.01 Business Conduct and Ethics.pdf | | |
| 196 | 2007.05.13 Business Insider | | |
| 197 | 2011.10.13 Email from Graybill re price.pdf | | |
| 198 | Undated Market Summary.pdf | | |
| 199 | 2016.09.21 Bresch Testimony US House.pdf | | |
| 200 | 2016.11.01 Letter to Bresch | | |
| 201 | 2014.02.14 Email from Graham to Bresch.pdf | | |
| 202 | 2014.08.07 Reuters Transcript.pdf | | |
| 203 | 2011.03.01 Dey Update Meeting.pdf | | |
| 204 | 2014.06.24 Email to Bresch from Coury.pdf | | |
| 205 | 2016.01.16 Mylan Citizen Petition.pdf | | |
| 206 | 2015.06.15 Department of Human Services letter.pdf | | |
| 207 | 2016.08.31 Silverman at Pharmalot.pdf | | |
| 208 | 2010.11.24 Email from Foster re single pack.pdf | | |
| 209 | 2011.07.10 Email re Project x2 update.pdf | | |
| 210 | 2012.04.23 Mylan v. Sebelius Court Decision.pdf | | |
| 211 | 2006.01.09 Settlement Agreement Cephalon - Mylan | | |
| 212 | 2017.01.17 Settlement Agreement Class v. Mylan.pdf | | |
| 213 | 2009.08.28 Complaint King (Class v. Mylan).pdf | | |
| 214 | 2012.04.26 Binding Term Sheet Pfizer.pdf | | |
| 215 | 2009.12.11 Cephalon v. Mylan Complaint.pdf | | |
| 216 | 2012.04.26 Binding Term Sheet Cephalon.pdf | | |
| 217 | 2012.03.06 Email from Marth to Streisel.pdf | | |
| 218 | 2012.04.24 Email chain Stark to Ondos and Cedric Tan.pdf | | |
| 219 | 2012.07.20 Pfizer Covenant Not to Sue | | |
| 220 | 2011.05.20 Project Update.pdf | | |
| 221 | 2019.03.12 Article Annual Growth Rate.pdf | | |
| 222 | 2011.09.28 EpiPen Presentation.pdf | | |
| 223 | 2015.08.23 Pfizer Forecast.pdf | | |

| | | | | |
|---|---|---|---|---|
| 224 | 2012.01.26 Email Correspondence from Lauren Kashtan.pdf | | | |
| 225 | 2012.02.24 Email Correspondence from Lauren Kashtan.pdf | | | |
| 226 | 2011.10.26 EpiPen Strategical Plan.pdf | | | |
| 227 | 2011.11.09 Sterile Product Status Presentation.pdf | | | |
| 228 | 2011.12.10 Global Ops Report | | | |
| 229 | 2011.05.24 Meeting minutes.pdf | | | |
| 230 | 2011.07.12 Email Correspondence from Steven Krill.pdf | | | |
| 231 | 2015.08.07 Mylan meets with FDA.pdf | | | |
| 232 | 2020.02.07 Peck Rebuttal Report.pdf | | | |
| 233 | 2011.01.25 Kopanja email re: PX 2 and PPT.pdf | | | |
| 234 | 2011.01.25 Mylan PPT re PX 2.pdf | | | |
| 235 | 2012.01.16 Graybill email to Stout.pdf | | | |
| 236 | 2013.03.26 Growth due to Elimination of 2 pak.pdf | | | |
| 237 | 2014 Transfer price per EpiPen.pdf | | | |
| 238 | 2014.04.21 Mylan used smart tactics.pdf | | | |
| 239 | 2014.07.02 EpiPen costs dollars to make.pdf | | | |
| 240 | 2015.09.23 Bresch admits capitalizing on Big events.pdf | | | |
| 241 | 2016.01.01 Pfizer Canada PPT re EpiPen 2016 brand plan | | | |
| 242 | 2016.02.15 Mylan Billion Dollar Drub.pdf | | | |
| 243 | 2016.04.29 EpiPen hits Billion Dollard Second Year.pdf | | | |
| 244 | 2016 One Billon Dollars Net Sales.pdf | | | |
| 245 | 2016.08.26 Bresch admits prices unconscionable.pdf | | | |
| 246 | 2016.08.26 Costs driving Mylan Price increases | | | |
| 247 | 2016.08.26 Costs driving Mylan Price increases .ppt | | | |
| 248 | 2016.08.26 Jump in revenue.pdf | | | |
| 249 | 2016.09.02 Bonuses to profit.pdf | | | |
| 250 | 2010.10.01 Four dollars and cents in direct material to make.pdf | | | |
| 251 | 2010.11.24 Graybill email to Foster.pdf | | | |
| 252 | 2010.12.09 2 pack forecast.pdf | | | |
| 253 | 2014.02.14 Mylan Specialty update.pdf | | | |
| 254 | 2014.02.14 EpiPen LCM ppt.pdf | | | |
| 255 | 2010.05.21 EpiPen Amended and Restated Supply Agreement.pdf | | | |
| 256 | 2011.06.10 Sanders email re PX 2.pdf | | | |
| 257 | 2011.06.27 Sanders email to Kopanja.pdf | | | |

| | | | | | |
|---|---|---|---|---|---|
| 258 | 2011.07.08 PX 2 PPT.pdf | | | | |
| 259 | 2011.08.03 Carado email re PX 2 press release.pdf | | | | |
| 260 | 2011.08.04 Bresch email to Kopanja.pdf | | | | |
| 261 | 2011.08.09 Loeb email to Kopanja.pdf | | | | |
| 262 | 2011.08.15 PX 2 PPT.pdf | | | | |
| 263 | 2011.08.20 Pfizer internal email.pdf | | | | |
| 264 | 2011.08.22 Kashtan email re PX 2.pdf | | | | |
| 265 | 2011.09.19 Kopanja email re PX 2.pdf | | | | |
| 266 | 2011.10.13 Casieir email to Kennedy.pdf | | | | |
| 267 | 2011.08.10 Miranda email to Pfizer re PX 2.pdf | | | | |
| 268 | 2011.07.01 Phelan email to Kuo.pdf | | | | |
| 269 | 2011.07.12 Kopanja email re: PX 2.pdf | | | | |
| 270 | 2011.07.12 PX 2 PPT.pdf | | | | |
| 271 | 2011.04.01 Dey PPT.pdf | | | | |
| 272 | 2011.04.29 Sanders email to Bresch.pdf | | | | |
| 273 | 2011.05.13 Dey PPT titled Project X2.pdf | | | | |
| 274 | 2011.05.25 Mylan/Pfizer meeting agenda.pdf | | | | |
| 275 | 2011.05.25 Kuo email.pdf | | | | |
| 276 | 2011.06.07 Bresch email to Sanders.pdf | | | | |
| 277 | 2011.06.22 Dey PPT re PX 2.pdf | | | | |
| 278 | 2011.06.22 Sanders email re PX 2.pdf | | | | |
| 279 | 2011.06.30 Email re PX 2.pdf | | | | |
| 280 | 2011.07.31 Sanders email to Bresch.pdf | | | | |
| 281 | 2011.08.02 Bresch email re PX 2.pdf | | | | |
| 282 | 2011.08.02 Sanders email to Bresch.pdf | | | | |
| 283 | 2011.08.04 Coury email to Bresch.pdf | | | | |
| 284 | 2011.08.22 Sanders email to Coury and Bresch.pdf | | | | |
| 285 | 2011.05.13 Lonczak email re PX 2.pdf | | | | |
| 286 | 2010.12.07 O'Grady email re: 2 pak.pdf | | | | |
| 287 | 2010.12.07 Foster spreadsheet.pdf | | | | |
| 288 | 2010.12.07 Foster EpiPen Supply Strategy.pdf | | | | |
| 289 | 2011.01.12 Kopanja email.pdf | | | | |
| 290 | 2011 WAO Guidelines.pdf | | | | |
| 291 | 2011.08.10 Kashtan email re PX Two.pdf | | | | |
| 292 | 2011.08.09 2 Pak Q&A.pdf | | | | |
| 293 | 2011.08.09 2 Pak talking points.pdf | | | | |
| 294 | 2011.08.11 Orrico email to Sanders.pdf | | | | |
| 295 | 2011.08.17 Schuck email re PX 2.pdf | | | | |
| 296 | 2011.08.15 PX 2 sales force Q&A.pdf | | | | |
| 297 | 2011.08.15 Ward email re PX 2 call script.pdf | | | | |
| 298 | 2011.09.21 Foster mid-year review.pdf | | | | |
| 299 | 2011.10.06 Kopanja email re JCC PPT.pdf | | | | |

| | | | | |
|---|---|---|---|---|
| 300 | 2011.10.07 JCC meeting PPT.pdf | | | |
| 301 | 2012.12.19 PPT re EpiPen Business Update & Brand Plan.pdf | | | |
| 302 | 2010.12.09 Foster email.pdf | | | |
| 303 | 2010.12.01 Attachment to Foster email.pdf | | | |
| 304 | 2010.12.09 Attachment to Foster email.pdf | | | |
| 305 | 2011.01.25 Spreadsheet re impact of eliminating single | | | |
| 306 | 2011.05.20 Email Correspondence from Ivona Kopanja | | | |
| 307 | 2012.07.11 Mylan/Meda JCC meeting minutes.pdf | | | |
| 308 | 2014.11.14 Mylan PPT titled Increasing Pens Per Rx | | | |
| 309 | UNDATED. Mylan PPT: Payer Influence on EpiPen | | | |
| 310 | 2011.03.08 Mylan email string | | | |
| 311 | 2011.06.07 Kopanja email | | | |
| 312 | 2011.06.21  Kashtan email to Arcara | | | |
| 313 | 2011.08.03 Kopanja email re PX 2 press release | | | |
| 314 | 2011.08.18 Wolf email to Sanders et al | | | |
| 315 | 2011.08.25 Kopanja email re 2pak | | | |
| 316 | 2012.06.04 Handel email to Muma | | | |
| 317 | 2011.05.21 Sanders email to Wolf | | | |
| 318 | 2012.01.23 Spears email to Korczynski | | | |
| 319 | UNDATED. PPT re NIAID guidelines | | | |
| 320 | UNDATED. Messaging Questions | | | |
| 321 | 2011.06.29 Carrado email re PX 2 | | | |
| 322 | 2011.06.28 PX 2 Q&A | | | |
| 323 | 2011.06.28 PX Q&A | | | |
| 324 | 2011.06.29 Sanders email to Kashtan | | | |
| 325 | 2011.08 PX 2 sales training PPT | | | |
| 326 | 2011.08 18 Graybill email and PX 2 sales training PPT | | | |
| 327 | 2011.08.24 Mylan internal email. | | | |
| 328 | 2011.08.25 Wolf email re 2 pak | | | |
| 329 | 2011.09.16 Mylan emails re PX 2 | | | |
| 330 | 2016.08.25 Mylan press release re EpiPen | | | |
| 331 | 2016.09.13 Mylan press release re EpiPen | | | |
| 332 | 2011.05.25 Lonczak email to Kashtan | | | |
| 333 | 2011.05.25 Mylan document of HCP questions | | | |
| 334 | 2011.05.30 PX Twp Q&A.pdf | | | |
| 335 | 2011.06.22 Foster email to Graybill | | | |
| 336 | 2011.04.27 Email attachment re PX 2 NIAID Guidelines.pdf | | | |
| 337 | 2011.01.28 Pfizer email to Bresch | | | |

| 338 | 2012.09.21 PPT titled Strategic Outlook for the Future Summit | | | |
| 339 | 2011.06.15 Kopanja email re PX 2 | | | |
| 340 | 2011.10.07 JCC meeting minutes.pdf | | | |
| 341 | 2011.10.14 EpiPen revenue projections | | | |
| 342 | 2011.11.14 EpiPen Price Increase PPT | | | |
| 343 | 2011.10.14 Sanders email to Bresch | | | |
| 344 | 2011.11.17 PPT Budget & Long Term Financial Plan | | | |
| 345 | 2013.04.23 Mylan PPT - Market Review | | | |
| 346 | 2013.04.25 Rousseau to Thompson re EpiPen language | | | |
| 347 | 2013.05.01 Managed Markets Overview PPT | | | |
| 348 | 2015.01.03 Bresch email to Coury | | | |
| 349 | 2014.12.31 Mylan PPT re EpiPen | | | |
| 350 | 2010.09.28 Email Correspondence from Ivona Kopanja | | | |
| 351 | 2011.01.19 Generic Projection | | | |
| 352 | 2011.02.16 Email Correspondence from Paul Jeges | | | |
| 353 | 2011.01.31 Mylan Forecast | | | |
| 354 | 2011.01.31 Thomson Email to Jeges | | | |
| 355 | 2015.04.02 Krauss Email to Clarke | | | |
| 356 | UNDATED. Report on Patent Expiration and Counter- | | | |
| 357 | UNDATED. Pfizer Presentation | | | |
| 358 | 2010.05.21 Amended and Restated Supply Agreement | | | |
| 359 | 2012.02.02 Myers Email to Stark | | | |
| 360 | 2012.04.26 Binding Term Sheet King Meridian Teva EpiPen | | | |
| 361 | 2012.04.26 Myers Email to Denn | | | |
| 362 | 2012.07.26 Meridian Presentation to Pfizer | | | |
| 363 | 2014.01.13 Myers Email to Sandoz | | | |
| 364 | 2012.02.07 Teva Meeting minutes.pdf | | | |
| 365 | 2012.05.15 Teva Meeting minutes.pdf | | | |
| 366 | 2012.07.24 Teva Meeting minutes.pdf | | | |
| 367 | 2012.08.21 Teva Meeting minutes.pdf | | | |
| 368 | 2012.10.02 Teva Meeting minutes.pdf | | | |
| 369 | 2012.10.16 Teva Meeting minutes.pdf | | | |
| 370 | 2012.10.30 Teva Meeting minutes.pdf | | | |
| 371 | 2012.11.13 Teva Meeting minutes.pdf | | | |
| 372 | 2012.01.04 Readiness Powerpoint | | | |
| 373 | 2012.07.10 Ondos Email | | | |
| 374 | 2012.07.10 FTC Letter to Mylan | | | |

| | | | | |
|---|---|---|---|---|
| 375 | 2012.07.20 Settlement and License Agreement | | | |
| 376 | 2017.02.06 Reuters Article | | | |
| 377 | 2012.04.25 Denn Email | | | |
| 378 | 2012.04.25 Denn Email | | | |
| 379 | 2012.04.25 Draft Term Sheet | | | |
| 380 | 2012.04.26 Draft Nuvigil Term Sheet | | | |
| 381 | 2012.04.26 Denn Email | | | |
| 382 | 2012.04.26 Denn Email | | | |
| 383 | 2012.04.26 Denn Email | | | |
| 384 | 2012.04.26 Denn Email | | | |
| 385 | 2012.04.26 EpiPen Term Sheet | | | |
| 386 | 2012.04.26 Draft EpiPen Term Sheet | | | |
| 387 | 2012.04.26 Draft Nuvigil Term Sheet | | | |
| 388 | 2014.05.22 Denn Email to Actavis | | | |
| 389 | 2012.05.22 Nuvigil Settlement (Sandoz) | | | |
| 390 | 2012.06.13 Nuvigil Settlement (Apotex) | | | |
| 391 | 2014.04.29 Nuvigil Settlement (Lupin) | | | |
| 392 | 2016.10.14 FDA Deficiency Letter Response. | | | |
| 393 | Undated. Attachment to FDA Deficiency Letter | | | |
| 394 | undated. Attachment to FDA Deficiency Letter | | | |
| 395 | Undated. Attachment to FDA Deficiency Letter | | | |
| 396 | 2011.06.20 2011.06.20 Project X2 ppt.pdf | | | |
| 397 | 2011.08.31 2011.08.31 Talking Points.pdf | | | |
| 398 | 2011.08.15 2011.08.15 Kashtan email and attachment | | | |
| 399 | Undated. Email attachment | | | |
| 400 | Aggarwal Purchase Documentation | | | |
| 401 | Amell Purchase Documentation | | | |
| 402 | Anderson Purchase Documentation | | | |
| 403 | Bowersock Purchase Documentation | | | |
| 404 | Buchta Purchase Documentation | | | |
| 405 | Chapin Purchase Documentation | | | |
| 406 | Clements Purchase Documentation | | | |
| 407 | DeStefano Purchase Documentation | | | |
| 408 | Dvorak Purchase Documentation | | | |
| 409 | Evans Purchase Documentation | | | |
| 410 | Gill Purchase Documentation | | | |
| 411 | Harwood Purchase Documentation | | | |
| 412 | Huelsman Purchase Documentation | | | |
| 413 | Huston Purchase Documentation | | | |
| 414 | Ipson Purchase Documentation | | | |
| 415 | Johnston Purchase Documentation | | | |
| 416 | Kovarik Purchase Documentation | | | |
| 417 | Krimmell Purchase Documentation | | | |

| 418 | Marshall Purchase Documentation | | | | |
|---|---|---|---|---|---|
| 419 | Nordstrum Purchase Documentation | | | | |
| 420 | North Purchase Documentation | | | | |
| 421 | Rippy Purchase Documentation | | | | |
| 422 | Seltzer Purchase Documentation | | | | |
| 423 | Seranno Purchase Documentation | | | | |
| 424 | Shepard Purchase Documentation | | | | |
| 425 | Steinhauser Purchase Documentation | | | | |
| 426 | Sumner Purchase Documentation | | | | |
| 427 | Sutorik Purchase Documentation | | | | |
| 428 | Svites Purchase Documentation | | | | |
| 429 | Wagner Purchase Documentation | | | | |
| 430 | Walton Purchase Documentation | | | | |
| 431 | Wemple Purchase Documentation | | | | |
| 432 | Wight Purchase Documentation | | | | |
| 433 | Williamson Purchase Documentation | | | | |
| 434 | Local 282 Claims data from ESI Medco | | | | |
| 435 | Local 282 Claims data from CVS | | | | |
| 436 | Local 282 Claims data from CVS | | | | |
| 437 | Local 282  Claims data from ESI Medco | | | | |
| 438 | PLACEHOLDER Local 282 Purchase Express Scripts | | | | |
| 439 | Photo-Amell, Teia with husband | | | | |
| 440 | Photo-Aggarwal, Vishal (with family at event) | | | | |
| 441 | Photo-Clements, Shannon | | | | |
| 442 | Photo-Bowersock, Carly (Nicole) | | | | |
| 443 | Photo-Bowersock, Carly | | | | |
| 444 | Photo-Buchta , Raymond | | | | |
| 445 | Photo-Chapin, Laura | | | | |
| 446 | Photo-Kvorik, Mark w kids | | | | |
| 447 | Photo-Wight, Lorraine | | | | |
| 448 | Mylan 2020 Proxy Statement | | | | |
| 449 | Photo-Dvorak, Donna (with baby Summer) | | | | |
| 450 | Photo-Dvorak, Donna (with Summer) | | | | |
| 451 | Photo-Evans, Kenneth | | | | |
| 452 | Photo-Gill, Michael II | | | | |
| 453 | Photo-Gill, Michael III | | | | |
| 454 | Photo-Gill, Michael with Bella (dog) I | | | | |
| 455 | Photo-Gill, Michael with Bella (dog) II | | | | |
| 456 | Photo-Gill, Michael with Holly (dog) | | | | |
| 457 | Photo-Gill, Michael | | | | |
| 458 | Photo-Harwood, Suzanne I | | | | |
| 459 | Photo-Harwood, Suzanne II | | | | |
| 460 | Photo-Harwood, Suzanne | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 461 | Photo-Huelsman, Liz | | | | |
| 462 | Photo-Huston, Lesley (with husband) | | | | |
| 463 | Photo-Johnston, Anastasia (nursing school grad) | | | | |
| 464 | Photo-Johnston, Anastasia (with family) | | | | |
| 465 | Photo-Marshall, Nikitia (Social Media PP) | | | | |
| 466 | Photo-Nordstrum, Angie (with Hayden) | | | | |
| 467 | Photo-North, Sonya (with family) | | | | |
| 468 | Photo-Seltzer, Lee (with family) | | | | |
| 469 | Photo-Shepard, Joy (CNN screenshot) | | | | |
| 470 | Photo-Sumner, April (Eric dancing II) | | | | |
| 471 | Photo-Sutorik, Annette | | | | |
| 472 | Photo-Sumner, April (with husband Micah) | | | | |
| 473 | Photo-Sumner, April (with sons) | | | | |
| 474 | Photo-Svites, Stacee (grad) | | | | |
| 475 | Photo-Walton, Jennifer (with children) | | | | |
| 476 | Photo-Williamson ,Elizabeth (with family) | | | | |
| 477 | Photo-Williamson, Elizabeth (on farm) | | | | |
| 478 | Photo-Williamson, Elizabeth (with fam. member) | | | | |
| 479 | 2016.02.16 Mylan 2015 Form 10K | | | | |
| 480 | 2016.08.22 Senator Blumenthal Letter | | | | |
| 481 | 2016.08.22 Sen. Grassley Letter | | | | |
| 482 | 2016.08.22 Sen. Klobuchar Letter to | | | | |
| 483 | 2016.09.08 Mylan Letter to Sen. Grassley | | | | |
| 484 | 2016.09.12 Mylan Letter to Senators | | | | |
| 485 | 2016.09.14  Mylan Letter to House Members | | | | |
| 486 | 2016.09.15  Mylan Letter to House Subcommittee | | | | |
| 487 | 2016.09.21  House Subcommittee Hearing Transcript | | | | |
| 488 | 2016.09.26  Forbes Article re Congressional Testimony | | | | |
| 489 | 2016.09.26 WSJ Article re Congressional Testimony | | | | |
| 490 | PLACEHOLDER 2016.09.21 House Oversight and Government Reform Hearing CSPAN video | | | | |
| 491 | 2018.11.07 Responses to Class Plaintiffs Second INT regarding Mylan investment numbers | | | | |
| 492 | 2018.11.07 Mylan's Responses to Class Plaintiffs' Second Set of Interrogatories | | | | |
| 493 | 2016.08.20 Email re Klobuchar | | | | |
| 494 | 2016.08.21 Email re EpiPen Update Meeting | | | | |
| 495 | 2016.08.24 Forbes Article re Pay and EpiPen | | | | |
| 496 | 2016.08.25  Email re Article on Savings Card | | | | |
| 497 | 2016.08.28  Agreement on Generic | | | | |

| | | | | |
|---|---|---|---|---|
| 498 | 2016.08.29  Mylan Press Release Announcing Generic Epipen | | | |
| 499 | 2016.12.16 Mylan Press Release | | | |
| 500 | 2018.05.21 Revised Plaintiff Fact Sheet for Aggarwal, Vishal | | | |
| 501 | 2018.04.06 Revised Plaintiff Fact Sheet for Amell, Teia | | | |
| 502 | 2018.08.17 Revised Plaintiff Fact Sheet for Beaulieu, Todd | | | |
| 503 | 2018.04.26 Revised Plaintiff Fact Sheet for Bowersock, Carly | | | |
| 504 | 2018.07.09 Revised Plaintiff Fact Sheet for Buchta, Raymond | | | |
| 505 | 2018.06.26 Revised Plaintiff Fact Sheet for Chapin, Laura | | | |
| 506 | 2018.07.27 Revised Plaintiff Fact Sheet for Clements, Shannon | | | |
| 507 | 2018.08.08 Revised Plaintiff Fact Sheet for DeStefano, Heather | | | |
| 508 | 2018.05.18 Revised Plaintiff Fact Sheet for Dvorak, Donna | | | |
| 509 | 2018.05.16 Revised Plaintiff Fact Sheet for Evans, Kenneth | | | |
| 510 | 2018.04.04 Revised Plaintiff Fact Sheet for Gill, Michael | | | |
| 511 | 2018.07.30 Revised Plaintiff Fact Sheet for Harwood, Suzanne | | | |
| 512 | 2018.09.17 Revised Plaintiff Fact Sheet for Huelsman, Elizabeth | | | |
| 513 | 2018.07.08 Revised Plaintiff Fact Sheet for Huston, Lesley | | | |
| 514 | 2018.07.25 Revised Plaintiff Fact Sheet for Ipson, Landon | | | |
| 515 | 2018.04.30 Revised Plaintiff Fact Sheet for Johnston, Anastasia | | | |
| 516 | 2018.07.24 Revised Plaintiff Fact Sheet for Kovarik, Mark | | | |
| 517 | 2018.05.21 Revised Plaintiff Fact Sheet for Krimmel, Meredith | | | |
| 518 | 2018.09.25 Revised Plaintiff Fact Sheet for Marshall, Nikitia | | | |
| 519 | 2018.05.17 Revised Plaintiff Fact Sheet for Nordstrum, Angie | | | |
| 520 | 2018.03.29 Revised Plaintiff Fact Sheet for North, Sonya | | | |

| | | | | |
|---|---|---|---|---|
| 521 | 2018.06.18 Revised Plaintiff Fact Sheet for Rippy, Christopher | | | |
| 522 | 2018.03.29 Revised Plaintiff Fact Sheet for Seltzer, Lee | | | |
| 523 | 2018.07.11 Revised Plaintiff Fact Sheet for Serrano, Rosetta | | | |
| 524 | 2018.03.29 Revised Plaintiff Fact Sheet for Shepard, Joy | | | |
| 525 | 2018.07.30 Revised Plaintiff Fact Sheet for Steinhauser, Kenneth | | | |
| 526 | 2018.05.17 Revised Plaintiff Fact Sheet for Sumner, April | | | |
| 527 | 2018.07.09 Revised Plaintiff Fact Sheet for Sutorik, Annette | | | |
| 528 | 2018.08.09 Revised Plaintiff Fact Sheet for Svites, Stacee | | | |
| 529 | 2018.04.30 Revised Plaintiff Fact Sheet for Wagner, Linda | | | |
| 530 | 2018.05.15 Revised Plaintiff Fact Sheet for Walton, Jennifer | | | |
| 531 | 2018.08.09 Revised Plaintiff Fact Sheet for Wemple, Donna | | | |
| 532 | 2018.08.06 Revised Plaintiff Fact Sheet for Wight, Lorraine | | | |
| 533 | 2018.02.16 Revised Plaintiff Fact Sheet for Williamson, Elizabeth | | | |
| 534 | 2011.01.17 Dey PPT re: EpiPen | | | |
| 535 | 2011.01.20 Cover email | | | |
| 536 | 2011.03.11 Cameron email to Bresch | | | |
| 537 | 2011.03.24 Wolf email attachment | | | |
| 538 | 2011.06.28 Lonczak email re PX 2 | | | |
| 539 | 2011.06.28 Kashtan email to Sanders, et al | | | |
| 540 | 2011.07.08 Handel email to Kuo | | | |
| 541 | 2011.07.11 Dey PPT re PX 2 | | | |
| 542 | 2011.07.18 Sanders email to Kuo | | | |
| 543 | 2011.07.19 PPT re EpiPen | | | |
| 544 | 2011.08.07 2-pak press release | | | |
| 545 | 2011.08.07 Letter to Database Manager | | | |
| 546 | 2011.08.07 Letter to Managed Care Pharmacy Director | | | |
| 547 | 2011.08.07 Letter to Pharmacist | | | |
| 548 | 2011.08.07 Letter to Wholesaler | | | |
| 549 | 2011.08.07 Letter to Wholesaler | | | |
| 550 | 2011.08.07 PX 2 Q&A | | | |

| 551 | 2011.08.07 Kashtan email re PX 2 | | | | |
|---|---|---|---|---|---|
| 552 | 2011.08 08 Kashtan email | | | | |
| 553 | 2011.08 08 Mylan internal email | | | | |
| 554 | 2011.08.17 Kopanja email re PX 2 Q&A | | | | |
| 555 | 2011.09.09 Dey grants and donations report | | | | |
| 556 | 2012.06.14 FDA letter to Meridian | | | | |
| 557 | 2012.06.18 Fruend email to FDA | | | | |
| 558 | 2012.06.18 Freund email to Bailey | | | | |
| 559 | 2016.11.11 Handel email re generic EpiPen | | | | |
| 560 | Undated. EpiPen PPT.pdf | | | | |
| 561 | Undated. Mylan PPT re EpiPen | | | | |
| 562 | Undated. PX2 contact list | | | | |
| 563 | 2014.09.02 Mylan Powerpoint re EpiPen Marketing Update | | | | |
| 564 | 2014.06.24 Mylan internal email | | | | |
| 565 | UNDATED Mylan EpiPen Life Cycle powerpoint | | | | |
| 566 | 2008.08  FDA Generic Drug Review Process | | | | |
| 567 | 2008.10.21 Association of Corporate Counsel Presentation | | | | |
| 568 | 2011.01.03 Email from Krass to Mauro | | | | |
| 569 | 2011.01.03 IPD Report | | | | |
| 570 | 2011.01.03 Spreadsheet | | | | |
| 571 | 2011.01.31 Thomson Email to Jeges | | | | |
| 572 | 2011.11.09 Internal Teva email | | | | |
| 573 | 2012.01.04 Product Readiness Discussion Presentation | | | | |
| 574 | 2012.01.30 Email from Ondos to Myers | | | | |
| 575 | 2012.02.03 Competitive Messages | | | | |
| 576 | 2012.02.06 Spears Email to Korczynski | | | | |
| 577 | 2012.03.11 Myers Email to Bresch | | | | |
| 578 | 2012.03.12 Devlin Email to Kashtan | | | | |
| 579 | 2012.03.12 Julie Email to Ondos | | | | |
| 580 | 2012.04.13 Derkacz Declaration | | | | |
| 581 | 2012.04.10 Denn Email | | | | |
| 582 | 2012.04.10 Draft Nuvigil Settlement | | | | |
| 583 | 2012.04.10 Kashtan Email to Theivon | | | | |
| 584 | 2012.04.18 Email from David Stark | | | | |
| 585 | 2012.04.25 Denn Email | | | | |
| 586 | 2012.04.25 Denn Email | | | | |
| 587 | 2012.04.25 Draft Term Sheet | | | | |
| 588 | 2012.04.26 Draft Nuvigil Term Sheet | | | | |
| 589 | 2012.04.26 Denn Email | | | | |
| 590 | 2012.04.26 Denn Email | | | | |
| 591 | 2012.04.26 Denn Email | | | | |

| 592 | 2012.04.26 Denn Email | | | | |
| 593 | 2012.04.26 EpiPen Term Sheet | | | | |
| 594 | 2012.04.26 Draft EpiPen Term Sheet | | | | |
| 595 | 2012.04.26 Draft Nuvigil Term Sheet | | | | |
| 596 | 2012.05 15 EpiPen Business Update | | | | |
| 597 | 2012.05.15 EpiPen Japan | | | | |
| 598 | UNDATED. Teva Nuvigil Budget Plan | | | | |
| 599 | 2015.05.08 Statement of the FTC | | | | |
| 600 | 2015.05.13 License Agreement | | | | |
| 601 | 2016.03.11 CDER OGD Prioritization of the Review of Original ANDA | | | | |
| 602 | 2019.10.31 Andrew Torrance Merits Expert Report | | | | |
| 603 | 2019.10.31 Rosenthal Expert Report | | | | |
| 604 | 2019.10.31 Elhauge Expert Report | | | | |
| 605 | 2020.02.07 Andrew Torrance Reply Expert Report to Folsom Rebuttal | | | | |
| 606 | 2020.02.07 Peck Rebuttal Report | | | | |
| 607 | 2020.02.07 Bruno Rebuttal Expert Report | | | | |
| 608 | 2020.02.07 Reply Report of Dr. Meredith Rosenthal | | | | |
| 609 | 2020.02.12 Elhauge Reply Report | | | | |
| 610 | 2020.02.21 Torrance Rebuttal to Clemens Report | | | | |
| 611 | 2020.02.12 Rosenthal Supp Report | | | | |
| 612 | 2011.10.11 Email correspondence from Samuel Akapo | | | | |
| 613 | 2011.11.01 Email correspondence from David Feigelson | | | | |
| 614 | 2011.03.15 Email correspondence from Debbie Jaskot | | | | |
| 615 | 2013.05.06 Teva Meeting minutes.pdf | | | | |
| 616 | 2013.05.08 Email correspondence from Hans Westenburg | | | | |
| 617 | 2013.10.27 Email correspondence from Rosario Lobrutto | | | | |
| 618 | 2013.12.17 Email correspondence from Michelle Byrne | | | | |
| 619 | 2014.04.02 Email correspondence from Rosario Lobrutto | | | | |
| 620 | 2014.05.20 Email correspondence from Michael Ferrigno | | | | |
| 621 | 2011.11.16 Global Brand Plan | | | | |
| 622 | 2011.12.08 Email from Graybill to Foster | | | | |
| 623 | 2011.12.12 EpiPen Competitive Workshop Summary | | | | |

| | | | | |
|---|---|---|---|---|
| 624 | 2011.12.28 Managed Markets Presentation | | | |
| 625 | 2012.03.04 EpiPen US Market Potential | | | |
| 626 | 2012.05.23 EAI Pricing Report | | | |
| 627 | 2012.10.16 Email from Androconis to Rousseau | | | |
| 628 | 2012.10.26 Research Brief Summery | | | |
| 629 | 2013.02.22 Email from Foster to Sussman | | | |
| 630 | 2013.05.03 ESI Amendment No. 11 | | | |
| 631 | 2013.09.20 OptumRx Second Amendment | | | |
| 632 | 2013.10.11 Specialty Regroup EpiPen Slides | | | |
| 633 | 2013.10.03  MedImpact Rebate Agreement | | | |
| 634 | 2014.04.13 EpiPen Snapshot | | | |
| 635 | 2014.07.01 EpiPen Position on Formulary Presentation | | | |
| 636 | 2014.08.04 Mylan Overview | | | |
| 637 | 2014.10.03 CaremarkPCS Second Amended Rebate Agreement | | | |
| 638 | 2014.12.05 Aetna Amendment No. 8 | | | |
| 639 | 2014.12.08 EpiPen 2015 Brand PL | | | |
| 640 | 2014.12.08 EpiPen Domestic Spreadsheet | | | |
| 641 | 2014 Auvi-Q Presentation | | | |
| 642 | 2015.10.30 Auvi-Q Sales Scenarios | | | |
| 643 | 2019.10.31 Andrew Torrance Merits Report | | | |
| 644 | 2020.02.07 Andrew Torrance Reply Report to David Folsom Rebuttal | | | |
| 645 | 2020.02.21 Andrew Torrance Rebuttal Expert Report | | | |
| 646 | 2021.05.04 Andrew Torrance CV | | | |
| 647 | 2008.10.23  Handel email re EpiCard | | | |
| 648 | 2008.11.06  Handel email re EpiCard | | | |
| 649 | 2008.11.11 US Pat 7,449,012 | | | |
| 650 | 2009.01.01 Patent Case Mgmt Judicial Guide Excerpts | | | |
| 651 | 2010.06.01 EpiCard Summary | | | |
| 652 | 2010.09.14 US Pat 7,794,432 | | | |
| 653 | 2011.10.17 Markman Order | | | |
| 654 | 2011.10.31 Memorandum Opinion | | | |
| 655 | 2011.11.01 US Pat. 8,048,035 | | | |
| 656 | 2012.02.17 IPD Analytics email | | | |
| 657 | 2012.02.28  Leerink Swann Mylan Analysis | | | |
| 658 | 2012.03.07 IPD Analytics email | | | |
| 659 | 2012.03.08 IPD Analytics email | | | |
| 660 | 2012.03.12 IPD Analytics email | | | |
| 661 | 2012.07.01 FTC Generic Drug Entry Study | | | |
| 662 | 2013.07.01 AIPLA 2013 Economic Report | | | |
| 663 | 2014.10.28 US Pat. 8,870,827 | | | |

| | | | | |
|---|---|---|---|---|
| 664 | 2016.08.04 IP Litigation in US Presentation | | | |
| 665 | 2020.06.25 Patent Examining Manual - 2142 | | | |
| 666 | 2020.06.25 Patent Examining Manual - 2145 | | | |
| 667 | UNDATED. Meredith Addy Article | | | |
| 668 | UNDATED. Federal Circuit Case Length Chart | | | |
| 669 | UNDATED. 012 Prosecution History | | | |
| 670 | UNDATED. 432 Prosecution History | | | |
| 671 | UNDATED. 035 Prosecution History | | | |
| 672 | UNDATED. 827 Prosecution History | | | |
| 673 | 2015 Portnoy Report reference no. 9 - Anaphylaxis Practice Parameter | | | |
| 674 | 2014 Practice Parameter for Emergency Department Diagnosis and Treatment of Anaphylaxis | | | |
| 675 | 2007 Anaphylaxis Study | | | |
| 676 | 2006 Anaphylaxis Definition | | | |
| 677 | 1992 Anaphylaxis Study | | | |
| 678 | 2000 Anaphylaxis Study | | | |
| 679 | 2016 Auto Injector Study | | | |
| 680 | 2014 Auto Injector Study | | | |
| 681 | 2015 Anaphylaxis Study | | | |
| 682 | 2012 Auto Injector Abstract | | | |
| 683 | 2010 Epinephrine Study | | | |
| 684 | 2010 NIAID Guidelines | | | |
| 685 | 2009 Anaphylaxis Study | | | |
| 686 | 2010 Anaphylaxis Study | | | |
| 687 | 2013 Anaphylaxis Study | | | |
| 688 | 2008 Anaphylaxis Study | | | |
| 689 | 2010 Anaphylaxis Study | | | |
| 690 | 2005 Anaphylaxis Study | | | |
| 691 | 2018 Anaphylaxis Study | | | |
| 692 | 2010 Anaphylaxis Study Insect Bites | | | |
| 693 | 2006 Anaphylaxis Study | | | |
| 694 | 2019 Auto Injector Carrying Study | | | |
| 695 | 2018 Auto Injector Carrying Study | | | |
| 696 | 2009 Pre filled Syringe Study | | | |
| 697 | 1980 Epinephrine Auto Injector origin | | | |
| 698 | 2000 Epinephrine Inhalations Study | | | |
| 699 | 2013 Epinephrine Tablet Tests | | | |
| 700 | 2008 Antihistamines Study | | | |
| 701 | 2011 Portnoy Report Reference no. 6 WAO Guidelines Position Paper | | | |
| 702 | 2021.03.25 Portnay CV | | | |
| 703 | 1996.12 FDA Report | | | |

| | | | | |
|---|---|---|---|---|
| 704 | 2003.05.30 FDA Approval Letter | | | |
| 705 | 2008.06 FDA Guidance | | | |
| 706 | 2008.09.26 FDA Approval letter | | | |
| 707 | 2009.04 FDA Draft Guidance for Industry and FDA Staff | | | |
| 708 | 2009.05.26 Email Correspondence from Thomas Freund | | | |
| 709 | 2009.08.7 FDA Approval Letter | | | |
| 710 | 2010.06.28 FDA Summary Review | | | |
| 711 | 2010.06.29 FDA Approval Letter | | | |
| 712 | 2011.02.29 FDA Summary Review | | | |
| 713 | 2011.05.17 fade Deficiency Letter | | | |
| 714 | 2011.06.07 Sales projections | | | |
| 715 | 2011.07.28 Email from James Bauersmith | | | |
| 716 | 2012.10.26 FDA Approval Letter | | | |
| 717 | 2012.12.20 FDA Approval Letter | | | |
| 718 | 2012.12.31 Antares Annual Report | | | |
| 719 | 2012.06.27 FDA Approval Letter | | | |
| 720 | 2012.08.10 FDA Approval Letter | | | |
| 721 | 2012.09.11 Article | | | |
| 722 | 2013.10.11 FDA Approval Letter | | | |
| 723 | 2013.10.11 FDA Summary Review | | | |
| 724 | 2013.06 FDA Guidance for Industry and FDA Staff | | | |
| 725 | 2013.07.31 Response to Deficiency Letter | | | |
| 726 | 2013.08.29 Response to Deficiency Letter | | | |
| 727 | 2014.01.29 FDA Approval Letter | | | |
| 728 | 2014.01.29 FDA Approval Package | | | |
| 729 | 2014.11.30 Human Factors Engineering | | | |
| 730 | 2014.12.15 FDA Approval Letter | | | |
| 731 | 2014.12.24 FDA Summary Review | | | |
| 732 | 2014.12.03 Correspondence from Jane Axelrad | | | |
| 733 | 2014.12.03 Email Correspondence from Lara Ramsburg | | | |
| 734 | 2014.12.05 FDA Guidance | | | |
| 735 | 2014 FDA Guidance | | | |
| 736 | 2014.08.15 Email correspondence from Elisabeth Kogan | | | |
| 737 | 2015.01.21 Email Correspondence from Lobrutto | | | |
| 738 | 2015.02.25 Correspondence to West Virginia Department of Health | | | |
| 739 | 2015.03.26 Correspondence to West Virginia Department of Health | | | |
| 740 | 2015.04.28 Citizen Petition Supplement.pdf | | | |

| | | | | |
|---|---|---|---|---|
| 741 | 2015.08.03 FDA Congressional Report | | | |
| 742 | 2016.10.19 FDA Approval Letter | | | |
| 743 | 2016.08.31 Article | | | |
| 744 | 2016 Academic Paper | | | |
| 745 | 2016 Academic Paper | | | |
| 746 | 2019 DA Comparative | | | |
| 747 | 2017 FDA Comparative Analyses | | | |
| 748 | 2017.10 FDA Draft Guidance | | | |
| 749 | 2017.11.09 MAPP | | | |
| 750 | 2017 Academic Paper | | | |
| 751 | 2018.10 FDA Guidance | | | |
| 752 | 2018.02.14 FDA Approval Letter | | | |
| 753 | 2018.08.16 FDA Approval Letter | | | |
| 754 | 2018.09.25 Filing | | | |
| 755 | 2018.09.25 Filing | | | |
| 756 | 2018.09.28 FDA Approval Letter | | | |
| 757 | 2019.04.08 FDA Approval Letter | | | |
| 758 | 2019.06.21 FDA Approval Letter | | | |
| 759 | 2019.06.25FDA Approval Letter | | | |
| 760 | 2019.09.20 Article.pdf | | | |
| 761 | Undated. Antares Pharma Pressure Assisted | | | |
| 762 | 2012.04.5 Palonosetron Approval Letter. | | | |
| 763 | 2013.12 Article | | | |
| 764 | 2007 Academic Article | | | |
| 765 | 2919 Nuvigill Launch Plan | | | |
| 766 | 2009.08.28 Filing | | | |
| 767 | 2010.10.06 Mylan Forecast | | | |
| 768 | 2010 Academic Paper | | | |
| 769 | 2010.09.28 Project Olympus Presentation | | | |
| 770 | 2011.11.01 Email Attaching Teva Meeting minutes.pdf | | | |
| 771 | 2011.12.10 Email Correspondence from Michael Altman | | | |
| 772 | 2011.03.24 Email from Ivona Kopanja | | | |
| 773 | 2011.04.27 Email from Ivona Kopanja | | | |
| 774 | 2011.06.14 Email Attaching Teva Meeting minutes.pdf | | | |
| 775 | 2011.08.10 Email Attaching Teva Meeting minutes.pdf | | | |
| 776 | 2011.08.24 Press Release | | | |
| 777 | 2012.01.10 Email Attaching Teva Meeting minutes.pdf | | | |
| 778 | 2012.01.17 Email Attaching EpiPen Slide Deck | | | |
| 779 | 2012.01.24 EpiPen Slide Deck | | | |

| 780 | 2012.02.24 Email Attaching Teva Meeting minutes.pdf | | | |
|---|---|---|---|---|
| 781 | 2012.02.12 Canaccord Genuity Article | | | |
| 782 | 2012.02.21 Email Attaching Teva Meeting minutes.pdf | | | |
| 783 | 2012.06.10 Press Release | | | |
| 784 | 2014.07.21 Email Correspondence from Pranay Patel | | | |
| 785 | 2015.10.30 Email re AuvQ Recall | | | |
| 786 | 2015.08.23 Email Correspondence from Paul Muma | | | |
| 787 | 2016.09.26 News Article | | | |
| 788 | 2017.01.24 News Article | | | |
| 789 | 2017 Academic Paper | | | |
| 790 | 2017.06.13 News Article | | | |
| 791 | 2018.08.16 FDA Approval letter.pdf | | | |
| 792 | 2020.02.12 Rosenthal Merits Supplemental Report | | | |
| 793 | 2020.02.07 Rosenthal Merits Rebuttal Report | | | |
| 794 | 2011.10.26. Email Correspondence from Sean Spears | | | |
| 795 | 2006.07.20 Senate Hearing Second Session | | | |
| 796 | 2010.07.20 Bresch Email.pdf | | | |
| 797 | 2010.09.16 Bresch email.pdf | | | |
| 798 | 2011.03.11 Bresch email.pdf | | | |
| 799 | 2011.04.15 Kopanja email.pdf | | | |
| 800 | 2011.04.27 DRAFT v14 Budget and Long Term Financial Plan.pdf | | | |
| 801 | 2013.03.12 Emails, Graybill.pdf | | | |
| 802 | 2013.09.03 Mauro email to Graybill and others.pdf | | | |
| 803 | 2014.06.02 Bresch email.pdf | | | |
| 804 | 2015.04.28 Citizen Petition Supp | | | |
| 805 | 2016.09.30 Letter to Bresch.pdf | | | |
| 806 | 2017.10.17 Doc_060 Complaint.pdf | | | |
| 807 | 2010.03.19 Compliance Policy | | | |
| 808 | UNDATED Chart EpiPen Net Sales | | | |
| 809 | 2018.09.24 Mylan Response to 2nd INT.pdf | | | |
| 810 | 2018.10.05 Amended Exhibit 2.pdf | | | |
| 811 | UNDATED Powerpoint, EpiPen Supply Strategy, pdf | | | |
| 812 | UNDATED Chart, | | | |
| 813 | 2016.08.23  NBC article | | | |
| 814 | 2016.08.23  NBC article | | | |
| 815 | 2016.08.23 WSJ: | | | |
| 816 | 2013.04.30 Foster email to Graybill and others | | | |

| 817 | 2008.08.12 Marcuccio email to Stewart | | | |
|---|---|---|---|---|
| 818 | 2012.10.26 Arcara email to Prout | | | |
| 819 | 2008.09.22 Mylan email to Mylan Myers and Sherry K | | | |
| 820 | 2008.09.18 Meridian and Dey letter to Intelliject | | | |
| 821 | 2012.10.24 Mylan Thievon email | | | |
| 822 | 2013.02.25 Prime email chain | | | |
| 823 | 2011.12.02 Jordan email to Foster, Falto and Graybill | | | |
| 824 | 2011.12.02 Spreadsheet | | | |
| 825 | 2011.12.16 Peterpaul to Falto and others | | | |
| 826 | 2011.12.29 Kastan email to Graybill, Thievon and others | | | |
| 827 | 2011.12.29  Attachment to Kashtan email | | | |
| 828 | 2011.12.29  Attachment to Kashtan email | | | |
| 829 | 2012.06.05. Sherry K email to Arcara with 2012 EpiPen Stractical Plan attached | | | |
| 830 | 2013 Manufacturers Discount Agreement between Aetna and Mylan | | | |
| 831 | 2014 Rebate Program Agreement between ESI and Mylan | | | |
| 832 | 2013.02.22 Jordan email to Falto and others | | | |
| 833 | 2013.03.20 Prime email to Foster | | | |
| 834 | 2013.06.28 Jones email to Abson and Graybill | | | |
| 835 | 2013.09.13 Email correspondence from Nicole Willing | | | |
| 836 | 2015.02.16 Optum Dibblee emails Foster | | | |
| 837 | 2013.11.18 Willing email to Sussman | | | |
| 838 | 2014.06.18 Willing email to Patel and others | | | |
| 839 | 2015.01.06 Foster Email. | | | |
| 840 | 2008.09.04 Project IOWA DDC ppt. | | | |
| 841 | 2011.01.19 King Complaint | | | |
| 842 | 2012.04.10 Mylan WebMD email | | | |
| 843 | 2012.04.10 WebMD ppt | | | |
| 844 | 2012.04.10 Proposal | | | |
| 845 | 2013.07.30 Bresch email to Mauro | | | |
| 846 | 2013.05.29 Mylan Devlin email | | | |
| 847 | 2014.12.10 Patel email to Sherry K | | | |
| 848 | 2013.08.30 Korczynski email to Sussman and Alfonso | | | |
| 849 | 2013.10.23 Email correspondence from Scott Sussman | | | |
| 850 | 2014.06.30 Kleyweg email to Arcara and others | | | |

| | | | | |
|---|---|---|---|---|
| 851 | 2014.07.02 Graham email to Korczynski and others | | | |
| 852 | 2015.03.12 Kleyweg email to Priscilla | | | |
| 853 | 2013.10.15 Letter enclosing report | | | |
| 854 | 2016.05.24 Foster email to Dibblee | | | |
| 855 | 2017.08.17. 2017.08.17. DOJ Press Release | | | |
| 856 | 2015.10.05 .FDA Observations | | | |
| 857 | 2013.12.07 Korczynski email to Graham and others | | | |
| 858 | 2013.12.06 Jordan email to Korczynski and others | | | |
| 859 | 2016.08.16 Sussman email to Foster | | | |
| 860 | 2016.08.17 Zinn email to Foster and Phillips | | | |
| 861 | 2007.03.22 Prime Rebate Agreement | | | |
| 862 | 2009.12.17 Second Amendment to Prime Rebate | | | |
| 863 | 2015.01.29 Patel email to Mylan Bhavsar | | | |
| 864 | 2014.03.21 Mylan Bhavsar email to Mylan Jordan | | | |
| 865 | 2008 Amendment to Rebate Agreement | | | |
| 866 | 2010 LOI to United | | | |
| 867 | 2010.09.21 Optum Rebate Agreement | | | |
| 868 | 2011.08.16 Sanders Email to Bresch | | | |
| 869 | 2011.08.16 Dey Pharma PPT | | | |
| 870 | 2012.11.29 First Amendment to Optum Rebate Agreement | | | |
| 871 | 2013 Optum rebate agreement | | | |
| 872 | 2013.02.22 Email correspondence from Scott Sussman | | | |
| 873 | 2013.03.14 Prime's Olson email to Mylan's Foster | | | |
| 874 | 2013.05.10 Change Order to Statement of Work | | | |
| 875 | 2013.06.04 Mylan email with Managed Markets Overview attached | | | |
| 876 | 2013.06.13 Third Amendment to Prime Rebate | | | |
| 877 | 2013.06.17.AQ Graham to Bresch and numerous others | | | |
| 878 | 2013.07.02 DH Clarke email to Sherry K | | | |
| 879 | 2013.07.15 Email to Etemad and others at UHC | | | |
| 880 | 2013.07.30 Bresch email to Marquis | | | |
| 881 | 2013.08.20 Korczynski email to numerous recipients | | | |
| 882 | 2013.08.29 Graham email to Bresch and others | | | |
| 883 | 2013.09.20 Second Amendment to Optum Rebate | | | |
| 884 | 2013.09.20 Email to Etemad forwarding letter.pdf | | | |
| 885 | 2013.09.24 DH Clarke internal email | | | |
| 886 | 2013.11.06 DH email to Michael Arcara | | | |

| | | | | |
|---|---|---|---|---|
| 887 | 2013.11.20 Email correspondence from Nicole Willing | | | |
| 888 | 2013.02.22 Email correspondence from Scott Sussman | | | |
| 889 | 2013.03.6 Email correspondence from Scott Sussman | | | |
| 890 | 2013.03.8 Email correspondence from Jeffrey Rose | | | |
| 891 | 2013.04.8 Email correspondence from Scott Brousek | | | |
| 892 | 2013.06.30 Email correspondence from Michael Phebus | | | |
| 893 | 2013.07.19 Email correspondence from Jeffrey Rose | | | |
| 894 | 2013.07.25 Email correspondence from Travis Dunsmore | | | |
| 895 | 2013.08.16.Mylan Email correspondence from Scott Sussman | | | |
| 896 | 2013.08.2 Email correspondence from Scott Sussman | | | |
| 897 | 2013.08.30 Email correspondence from Scott Brousek | | | |
| 898 | 2013.09.24 Email correspondence from Scott Sussman | | | |
| 899 | 2013.09.5 Email correspondence from Scott Sussman | | | |
| 900 | 2014.02.06 Email to Arcara and DH Clarke | | | |
| 901 | 2014.02.10 Mylan LOI | | | |
| 902 | 2014.03.31 Third Amendment to Optum Rebate | | | |
| 903 | 2014.04.15 Graham email to Roberts | | | |
| 904 | 2014.04.30. Graham email to Graybill | | | |
| 905 | 2014.06.09. Graham email to Korczynski | | | |
| 906 | 2014.06.18 Graham email to Oneill, Workman, Brooks and Potter | | | |
| 907 | 2014.06.25 Graham email to Bresch and others | | | |
| 908 | 2014.06.30. PWC email to Graham and others | | | |
| 909 | 2014.06.30. Prime Olson email | | | |
| 910 | 2014.07.01 Mauro email to Bresch and others | | | |
| 911 | 2014.07.01 Potter email to Jones, Foster, Graham and others | | | |
| 912 | 2014.12.09  Graham email to Ferstler | | | |
| 913 | 2014.12.10 Korczynski email to Graham and others | | | |
| 914 | 2014.12.23 Sherry K email | | | |

| | | | | |
|---|---|---|---|---|
| 915 | 2014.03.04 Email correspondence from Jeffrey Rose | | | |
| 916 | 2015.01.29. DH Clarke Email to DH | | | |
| 917 | 2015.05.20 Fourth Amendment to Optum Rebate | | | |
| 918 | 2015.06.11 Fifth Amendment to Prime Rebate | | | |
| 919 | 2015.06.16 Pricing Committee Meeting Agenda/Minutes | | | |
| 920 | 2015.08.05 DH Clarke email to Sherry K | | | |
| 921 | 2015.09.24 Mylan LOI | | | |
| 922 | 2015.09.24 Sherry K email to DH Clarke | | | |
| 923 | 2015.10.26 Mylan LOI | | | |
| 924 | 2015.11.18. Email correspondence from Scott Sussman | | | |
| 925 | 2015.12.08 Sixth Amendment to Prime Rebate | | | |
| 926 | 2015.12.18 Email correspondence from Scott Sussman | | | |
| 927 | 2015.12.8 Email correspondence from Scott Sussman | | | |
| 928 | 2016.05.02 Fifth Amendment to Optum Rebate | | | |
| 929 | 2016.05.11 UHC Schwartz email to Etemad | | | |
| 930 | 2016.06.29. Sixth Amendment to Optum Rebate | | | |
| 931 | 2016.09.15. Prime Olson email | | | |
| 932 | 2016.10.07 Optum email between Wong and Rogers | | | |
| 933 | 2016.11.03 Seventh Amendment to Prime Rebate | | | |
| 934 | 2016.11.21 Seventh Amendment to Optum Rebate | | | |
| 935 | 2016.12.15 Rogers email to Optum Dibblee | | | |
| 936 | 2017.03.28 Eighth Amendment to Optum Rebate | | | |
| 937 | 2017.07.06 Ninth Amendment to Optum Rebate | | | |
| 938 | 2017.08.08 UHC email to Etemad | | | |
| 939 | 2010 ESI Rebate Agreement 2010 | | | |
| 940 | 2013 ESI Rebate Agreement 2013 (Jan) | | | |
| 941 | 2013 Rebate Agreement between OptumRx and Mylan | | | |
| 942 | 2014 Optum Rebater Agreement 2014 (may already have) | | | |
| 943 | 2015 ESI Rebate Agreement 2015 (Jan) | | | |
| 944 | 2015 Optum Rebate Agreement 2015 (July) | | | |
| 945 | 2016 ESI Rebate Agreement 2016 (2) | | | |
| 946 | 2016 ESI Rebate Agreement 2016 (3) | | | |
| 947 | 2016 ESI Rebate Agreement 2016 (1) | | | |
| 948 | 2016 Optum Rebate Agreement 2016 (may already have) | | | |
| 949 | 2017 ESI Rebate Agreement 2017 | | | |

| | | | | |
|---|---|---|---|---|
| 950 | 2013.11.16 Graham email to Mauro and Graybill | | | |
| 951 | 2014.4.17 Email correspondence from Scott Sussman | | | |
| 952 | 2014.5.13 Email correspondence from Scott Sussman | | | |
| 953 | 2014.06.30 Korczynski email to O'Brien and others | | | |
| 954 | 2014.09.03 Graham email to Frantz | | | |
| 955 | 2015.01.30 Foster email to UHC and Optum | | | |
| 956 | 2015.06.18 Foster email to Optum Ong-Seto & Dibblee | | | |
| 957 | 2015.08.05 DH Clarke email to Mylan Deem | | | |
| 958 | 2017.7.7 Email correspondence from Michele St. Clair Russo | | | |
| 959 | 2011.12.14 Hadley email to Nitkowski | | | |
| 960 | 2012.02.23 Pricing Committee PPT | | | |
| 961 | 2014.08.19 Quast email to Beasley and others | | | |
| 962 | 2012.05.12 FDA Letter | | | |
| 963 | 2016.05.24 Ferstler Email to York | | | |
| 964 | 2017.02 02 DHHS letter | | | |
| 965 | PLACEHOLDER MYEP00260131 | | | |
| 966 | 2011.12.31 Pfizer Inc. Form 10-K | | | |
| 967 | 2012.12.31 Pfizer Inc. Form 10-K | | | |
| 968 | 2013.12.31 Pfizer Inc. Form 10-K | | | |
| 969 | 2014.12.31 Pfizer Inc. Form 10-K | | | |
| 970 | 2015.12.31 Pfizer Inc. Form 10-K | | | |
| 971 | 2016.12.31 Pfizer Inc. Form 10-K | | | |
| 972 | 2017.12.31 Pfizer Inc. Form 10-K | | | |
| 973 | 2018.12.31 Pfizer Inc. Form 10-K | | | |
| 974 | 2019.12.31 Pfizer Inc. Form 10-K | | | |
| 975 | 2020.12.31 Pfizer Inc. Form 10-K | | | |
| 976 | 2011.12.31 Mylan Inc. Form 10-K | | | |
| 977 | 2012.12.31 Mylan Inc. Form 10-K | | | |
| 978 | 2013.12.31 Mylan Inc. Form 10-K | | | |
| 979 | 2014.12.31 Mylan N.V Form 10-K | | | |
| 980 | 2015.12.31 Mylan N.V Form 10-K | | | |
| 981 | 2016.12.31 Mylan N.V Form 10-K | | | |
| 982 | 2017.12.31 Mylan N.V Form 10-K | | | |
| 983 | 2018.12.31 Mylan N.V Form 10-K | | | |
| 984 | 2019.12.31 Mylan N.V Form 10-K | | | |
| 985 | 2020.12.31 Viatris Form 10-K | | | |
| 986 | 2012.04.17 Handel Letter to O'Grady | | | |
| 987 | 2012.10.12 CBS News Article | | | |
| 988 | PLACEHOLDER EpiPen 2-Pak | | | |

| 989 | PLACEHOLDER EpiPen 2-Pak Box | | | | |
|-----|------------------------------|--|--|--|--|
| 990 | PLACEHOLDER EpiPen 2-Pak patient instructions in the box | | | | |
| 991 | PLACEHOLDER Auvi-Q  device | | | | |
| 992 | PLACEHOLDER Branded EpiPen 2-Pak | | | | |
| 993 | PLACEHOLDER Branded EpiPen Jr 2-Pak | | | | |
| 994 | PLACEHOLDER Mylan Generic 2-Pak | | | | |
| 995 | PLACEHOLDER Recent generic EAI | | | | |
| 996 | PLACEHOLDER Auvi-Q 2-Pak | | | | |
| 997 | PLACEHOLDER Greenstone Adrenaclick | | | | |
| 998 | Mylan 2014 Proxy Statement | | | | |
| 999 | Mylan 2017 Proxy Statement | | | | |