**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| IN RE: EPIPEN (EPINEPHRINE INJECTION, USP) MARKETING, SALES PRACTICES AND ANTITRUST LITIGATION<br><br>*This Document Relates to Consumer Class Cases* | Case No. 2:17-MD-02785-DDC-TJJ<br>(MDL No. 2785) |

## MYLAN DEFENDANTS' FINAL WITNESS LIST

In accordance with Fed. R. Civ. P. 26(a)(3)(A), the Court's Pretrial Order (Doc. 2169), and Scheduling Order No. 13 (Trial Order) (Doc. 2316), the Mylan Defendants ("Mylan") serve their Final Witness List. As provided for in the Court's Pretrial Order, Mylan additionally incorporates in the list below any witnesses disclosed by any other party.

Mylan reserves all rights to amend or modify this list before trial and as trial preparations continue, including, but not limited to, by withdrawing or adding witnesses or designated testimony, changing the manner of testimony, or revising Mylan's current Expects/May call designations. Mylan further reserves all rights to amend or modify this list for purposes of authenticating documents, for purposes of impeachment or rebuttal, and in response to: any parties' witness list, including any supplements or other revisions thereto; any parties' exhibit list or deposition designations, including any supplements or other revisions thereto; any change in the parties; the Court's resolution of any pending or future motions, including, but not limited to, Defendants' pending motions for summary judgment and *Daubert* motions and any motions in limine; any stipulations of the parties; and witness information, availability, or schedules. Mylan also reserves the right to call or designate additional witnesses and deposition testimony for any additional proceedings in the case.

**Fact Witnesses Mylan Currently Expects to Present**

| Witness[1] | Manner of Testimony | Subject Matter of Expected Testimony and Brief Synopsis of Facts About Which Witness is Expected to Testify |
|---|---|---|
| James Ayers | Live or Deposition[2] | Deposed[3] |
| Heather Bresch | Live | Deposed |
| Lida Etemad | Deposition | Deposed |
| Bruce Foster | Live | Deposed |
| Roger Graham | Live | Deposed |
| Patrick Jones | Deposition | Deposed |
| Adam Kautzner | Live or Deposition | Deposed |
| Ivona Kopanja | Deposition | Deposed |
| Dr. Phillip Lieberman | Live or Deposition | Deposed |
| Jeff Myers | Live | Deposed |
| Jeff Rennecker | Live | Deposed |
| Scott Sussman | Live or Deposition | Deposed |
| Chris Viehbacher | Deposition | Deposed |
| Nicole Willing | Deposition | Deposed |
| Patrick Zinn | Live | Deposed |
| Current and Former Named Plaintiffs[4] | Live or Deposition | Deposed |

---

[1] All current and former Mylan employees may be contacted through counsel of record in this case. Contact information for other witnesses should be available through discovery in the case.

[2] Final information about witness availability is not available as of the date of this filing for certain witnesses and may change based on witness schedules, Court rulings, and other factors. Mylan will update the manner of testimony for these witnesses when such information becomes available. References to "Deposition" mean by video or discovery deposition at this time, unless otherwise stated.

[3] The parties agreed that descriptions of the subject matter of expected testimony need not be provided for witnesses that were deposed.

[4] Vishal K. Aggarwal, Teia Amell, Todd Beaulieu, Carly Bowersock, Raymond Buchta III, Laura Michelle Chapin, Shannon Neil Clements, Heather Marie DeStefano, Donna Dvorak, Kenneth J. Evans, Michael Gill, Suzanne Harwood, Landon Ipson, Anastasia Johnston, Mark Kovarik, Meredith Krimmel, Nikitia Marshall, Alene McDaniel, Angie Nordstrum, Sonya North, Christopher Rippy, Lee Seltzer, April Sumner, Annette Sutorik, Stacee Svites, Linda Wagner, Jennifer Walton, Donna Wemple, and Lorraine Wight.

**Fact Witnesses Mylan May Call**

| Witness | Manner of Testimony | Subject Matter of Expected Testimony and Brief Synopsis of Facts About Which Witness is Expected to Testify |
|---|---|---|
| Joseph Anderson | Deposition | Deposed |
| Patrick Barry | Deposition | Deposed |
| Minaksi Bhatt | Deposition | Deposed |
| Dr. Joshua Boyce | Live | NIAID Guidelines process, substance, and related issues |
| Michael Brodeur | Deposition | Deposed |
| Douglas Brown | Deposition | Deposed |
| Mario Bulding | Live or Deposition | Deposed |
| Patrick Byrne | Deposition | Deposed |
| Frank Casty | Deposition | Deposed |
| Louanne Cunico | Deposition | Deposed |
| Joe Divinagracia | Deposition | Deposed |
| Bryan Downey | Deposition | Deposed |
| Robert Eaton | Deposition | Deposed |
| Ron Graybill | Live or Deposition | Deposed |
| Peter Guenter | Deposition | Deposed |
| Thomas Hadley | Deposition | Deposed |
| Joseph Haggerty | Live or Deposition | Deposed |
| Jason Hall | Deposition | Deposed |
| Tom Handel | Live or Deposition | Deposed |
| Lorine Harr | Deposition | Deposed |
| Lauren Kashtan | Live or Deposition | Deposed |
| Harry Jordan | Deposition | Deposed |
| Dan Keeley | Live | Knowledge regarding Mylan's and the industry's practice of offering rebates to PBMs; competition among manufacturers to secure formulary positioning, including bidding through formulary grids; and negotiations with PBMs |

| Witness | Manner of Testimony | Subject Matter of Expected Testimony and Brief Synopsis of Facts About Which Witness is Expected to Testify |
|---|---|---|
| Sherry Korczynski | Deposition | Deposed |
| Sandy Loreaux | Deposition | Deposed |
| Dr. Eli Meltzer | Live | The Citizen Petition Mylan submitted to the FDA concerning Teva's generic epinephrine auto-injector, including the statement by Dr. Meltzer submitted in support of the Petition |
| Barbara Minton | Deposition | Deposed |
| Paul Muma | Live or Deposition | Deposed |
| Jill Ondos | Live or Deposition | Deposed |
| Kent David Rogers | Deposition | Deposed |
| Thomas Ryan | Live | Local 282's negotiation and purchasing of prescription drug products, PBM arrangements, and competition among anaphylaxis treatments, including epinephrine auto-injectors |
| Lloyd Sanders | Live | Knowledge regarding pricing and sale of EpiPen Auto-Injectors, including Project X2 |
| Macy Shia | Deposition | Deposed |
| Bethanie Stein | Deposition | Deposed |
| Thomas Theiss | Live or Deposition | Deposed |
| John Thievon | Deposition | Deposed |
| John Urbank | Deposition | Deposed |
| Harry Vargo, Jr. | Deposition | Deposed |
| Keith Wade | Deposition | Deposed |
| Faith Pomeroy-Ward | Deposition | Deposed |
| Anne Whitaker | Deposition | Deposed |
| Spencer Williamson | Deposition | Deposed |
| John Wilmot | Deposition | Deposed |

4

| Witness | Manner of Testimony | Subject Matter of Expected Testimony and Brief Synopsis of Facts About Which Witness is Expected to Testify |
|---|---|---|
| Cory Wohlbach | Live | The development, manufacturing, and FDA approval of Teva's generic epinephrine auto-injector, including Teva's efforts to seek FDA approval, interactions with the FDA, and technical and manufacturing challenges associated with the product |
| Jay York | Deposition | Deposed |
| Absent Class Members[5] | Live or Deposition | Plaintiffs' claims and alleged injuries and damages |

**Expert Witnesses Mylan Currently Expects to Present**

| Witness | Manner of Testimony | Subject Matter of Expected Testimony and Brief Synopsis of Opinions About Which Witness is Expected to Testify |
|---|---|---|
| Michael Blaiss | Live | Deposed |
| Charles Clemens | Live | Deposed |
| David Folsom | Live | Deposed |
| John Johnson | Live | Deposed |
| Robert Navarro | Live | Deposed |
| Jon Orszag | Live | Deposed |
| Steve Weisman | Live | Deposed |
| Robert Willig | Live | Deposed |

---

[5] It is Mylan's position that this case cannot be tried on a classwide basis, and that individual inquiries of class members are required in order to ascertain (among other things) alleged injuries and standing.  Mylan thus lists all absent class members on its witness list as a preservation of all rights and defenses to class certification.

**Expert Witnesses Mylan May Call**

| Witness | Manner of Testimony | Subject Matter of Expected Testimony and Brief Synopsis of Opinions About Which Witness is Expected to Testify |
|---|---|---|
| Brian Cumberland[6] | Live | See expert report |
| Josh Parks | Live | Deposed |

Dated: May 24, 2021

Respectfully submitted,

/s/ *Adam K. Levin*
Adam K. Levin
David M. Foster
Carolyn A. DeLone
Kathryn M. Ali
HOGAN LOVELLS US LLP
555 13th Street NW
Washington, DC 20004
Telephone: (202) 637-5600
Telecopier: (202) 637-5910
Email: adam.levin@hoganlovells.com
Email: david.foster@hoganlovells.com
Email: carrie.delone@hoganlovells.com
Email: kathryn.ali@hoganlovells.com

Brian C. Fries (15889)
James Moloney (23786)
LATHROP GPM LLP
2345 Grand Boulevard, Suite 2200
Kansas City, Missouri 64108-2618
Telephone: (816) 292-2000
Telecopier: (816) 292-2001
Email: brian.fries@lathropgpm.com
Email: james.moloney@lathropgpm.com

*Attorneys for the Mylan Defendants*

---

[6] Mylan believes that certain issues on which Mr. Cumberland opined are irrelevant and prejudicial, and would oppose any attempt by Plaintiffs to address such issues at trial. Mylan lists Mr. Cumberland as a May Call expert witness solely for purposes of completeness and with a reservation of all rights to call him if needed, but without waiver to its positions on the underlying issues.

6