UNITED STATES DISTRICT COURT

DISTRICT OF KANSAS

| | | |
|---|---|---|
| In re EPIPEN (EPINEPHRINE INJECTION, USP) MARKETING, SALES PRACTICES AND ANTITRUST LITIGATION | ) ) ) ) | Civil Action No. 2:17-md-02785-DDC-TJJ (MDL No: 2785) |
| This Document Relates To: CONSUMER CLASS CASES. | ) ) ) ) ) | |

**CLASS PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT WITH THE PFIZER DEFENDANTS**

Plaintiff Class Representatives, on behalf of themselves and the certified Class (together, "Class Plaintiffs") and by and through their undersigned counsel, respectfully move the Court for an order:

(i) Preliminarily approving the terms of the proposed settlement between Class Plaintiffs and Defendants Pfizer, Inc., Meridian Medical Technologies, Inc., and King Pharmaceuticals, Inc. (n/k/a King Pharmaceuticals LLC) (collectively, the "Pfizer Defendants"), which provides $345,000,000 in relief to the certified Class (the "Settlement"), as set forth in the Settlement Agreement submitted herewith;

(ii) Approving the form and content of the Notice of Proposed Settlement of Class Action ("Notice"), Summary Notice, and claim forms attached as Exhibits B-D of the Settlement Agreement;

(iii) Appointing A.B. Data, Ltd. ("Settlement Administrator") to supervise and administer the notice procedure as well as the processing of claims;

0

(iv) Finding that the procedures for distribution of the Notice and Summary Notice in the manner and form set forth in the Preliminary Approval Order constitute the best practicable notice under the circumstances and comply with the notice requirements of due process and Rule 23;

(v) Setting a Hearing on Final Approval of Settlement, Attorneys' Fees, Expenses, and Service Awards ("Final Fairness Hearing") and associated deadlines in anticipation of that hearing; and

(vi) Providing such other related relief as is set forth the [Proposed] Order Preliminarily Approving Settlement Pursuant to Fed. R. Civ. P. 23(e)(1), including a stay of proceedings as to the Pfizer Defendants only pending a final determination as to the approval of the Settlement.

The [Proposed] Order Preliminarily Approving Settlement Pursuant to Fed. R. Civ. P. 23(e)(1) is submitted herewith as Exhibit A to the Settlement Agreement and submitted to chambers in Word format pursuant to the Local Rules.

Respectfully submitted,

DATED: July 14, 2021                KELLER ROHRBACK L.L.P.


By: */s/ Lynn Lincoln Sarko*
LYNN LINCOLN SARKO
GRETCHEN FREEMAN CAPPIO
1201 Third Avenue, Suite 3200
Seattle, WA  98101
Telephone:  206/623-1900
206/623-3384 (fax)
lsarko@kellerrohrback.com
gcappio@kellerrohrback.com

KELLER ROHRBACK L.L.P.
ALISON E. CHASE
801 Garden Street, Suite 301
Santa Barbara, CA 93101
Telephone: 805/456-1496
805/456-1497 (fax)
achase@kellerrohrback.com

SHARP LAW LLP
REX A. SHARP
RYAN C. HUDSON
4820 West 75th Street
Prairie Village, KS 66208
Telephone: 913/901-0505
913/901-0419 (fax)
rsharp@midwest-law.com
rhudson@midwest-law.com

ROBBINS GELLER RUDMAN
   & DOWD LLP
PAUL J. GELLER
STUART A. DAVIDSON
BRADLEY M. BEALL
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)
pgeller@rgrdlaw.com
sdavidson@rgrdlaw.com
bbeall@rgrdlaw.com

ROBBINS GELLER RUDMAN
   & DOWD LLP
BRIAN O. O'MARA
ARTHUR L. SHINGLER III
LEA MALANI BAYS
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
bomara@rgrdlaw.com
ashingler@rgrdlaw.com
lbays@rgrdlaw.com

PRITZKER LEVINE LLP
ELIZABETH C. PRITZKER
JONATHAN K. LEVINE
1900 Powell Street, Suite 450
Emeryville, CA 94608
Telephone: 415/692-0772
415/366-6110 (fax)
ecp@pritzkerlevine.com
jkl@pritzkerlevine.com

BURNS CHAREST LLP
WARREN T. BURNS
SPENCER COX
900 Jackson Street, Suite 500
Dallas, TX 75202
Telephone: 469/904-4550
469/444-5002 (fax)
wburns@burnscharest.com
scox@burnscharest.com

*Co-Lead Counsel and Liaison Counsel for Class Plaintiffs*

THE LANIER LAW FIRM
W. MARK LANIER
RACHEL LANIER
CRISTINA DELISE
10940 W. Sam Houston Parkway North, Suite 100
Houston, TX 77064
Telephone: 713/659-5200
713/659-2204 (fax)
mark.lanier@lanierlawlirm.com
rachel.lanier@lanierlawfirm.com
cristina.delise@lanierlawfirm.com

*Special Trial Counsel for Class Plaintiffs*

        BOIES SCHILLER FLEXNER LLP
        MATTHEW S. TRIPOLITSIOTIS
        DUANE LOFT
        333 Main Street
        Armonk, NY 10504
        Telephone:  914/749-8200
        914/749-8300 (fax)
        mtripolitsiotis@bsfllp.com
        dloft@bsfllp.com

        *Class Counsel*

## **CERTIFICATE OF SERVICE**

I hereby certify that I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system, which will send email notification of such filing to all registered parties.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: July 14, 2021

*/s/ Lynn Lincoln Sarko*
LYNN LINCOLN SARKO
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA  98101
Telephone:  206/623-1900
206/623-3384 (fax)
lsarko@kellerrohrback.com