## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: EPIPEN (EPINEPHRINE INJECTION, USP) MARKETING, SALES PRACTICES AND ANTITRUST LITIGATION<br><br>*This Document Relates to Consumer Class Cases* | Case No. 2:17-MD-02785-DDC-TJJ (MDL No. 2785) |

### JOINT REPORT REGARDING REVISED PRETRIAL DEADLINES

Pursuant to the Court's order on July 22, 2021 [Dkt. 2399], Mylan Defendants and Class Plaintiffs propose the following deadlines for pretrial tasks and submissions based on the continuance of the trial to January 24, 2022.

The parties propose to leave many of the dates, in terms of number of days before trial, as they were originally set in Scheduling Order No. 13 [Dkt. 2316].  As it relates to those deadlines, for any dates that would otherwise fall on a weekend, the parties have agreed to have the deadline fall on the following Monday. As requested by the Court, the parties have increased the time for the Court to review the deposition designation submissions. *See* Dkt. 2399.

For those deadlines that already passed, relating to witnesses, exhibits, and deposition designations, the parties propose a process by which they will exchange amended versions of prior filings with the intention of narrowing the scope of those filings in light of the Court's order on summary judgment, including the portions of that order providing guidance on admissibility disputes.[1]   The parties anticipate that the removal of witnesses, exhibits, and deposition designations will facilitate the meet-and-confer process and will narrow those disputes remaining

---

[1] The parties are also considering the possibility of a stipulation on the authenticity and/or admissibility of certain exhibits.  The enclosed chart includes a proposed deadline by which the parties will submit a stipulation to the extent they are able to reach an agreement.

at trial. After exchanging updated lists and meeting-and-conferring, the parties will file revised versions of these submissions to the Court on the date proposed in the schedule.  The revised versions submitted to the Court will be the same as what the parties will have already exchanged, except to the extent that they are modified to address the resolution of disputes through any relevant meet and confer.

For purposes of this process relating to the revision of prior submissions, Mylan Defendants and Class Plaintiffs have only agreed to delete from, and not add to, witness lists, exhibit lists, and deposition designations.  To the extent any party wishes to otherwise modify their witness lists, exhibit lists, or deposition designations as part of this process, they may do so on a case-by-case basis either through stipulation or through a showing of good cause as needed. Although the parties will endeavor to use the process to remove objections where appropriate, the parties acknowledge that some objections may change in light of the Court's summary judgment order.

In accordance with the Court's order, the Parties respectfully propose as follows:

| Event | Days Before Trial in Scheduling Order No. 13 | Proposed Deadline |
|---|---|---|
| Parties Agree on Any Authenticity or Admissibility Stipulations | N/A | Wednesday, September 22, 2021 |
| Exchange Revised Witness Lists | 106 days | Friday, September 24, 2021 |
| Exchange Revised Deposition Designations | 98 days | Friday, October 1, 2021 |
| Updated Damage Expert Opinion | Updated reports due in half remaining time to trial after data refreshed (which must be completed at least 90 days before trial) | Friday, October 1, 2021 |

| Event | Days Before Trial in Scheduling Order No. 13 | Proposed Deadline |
|---|---|---|
| Exchange Revised Exhibit Lists | 106 days | Friday, October 8, 2021 |
| Revised Exhibits Marked and Exchanged | 106 days | Friday, October 8, 2021 |
| Exchange Revised Objections to Final Witness Lists | 88 days | Friday, October 8, 2021 |
| Exchange Revised Objections to Deposition Designations | 77 days | Friday, October 15, 2021 |
| Exchange Revised Deposition Counter-Designations | 77 days | Friday, October 15, 2021 |
| Exchange Revised Objections to Final Exhibit Lists | 88 days | Friday, October 22, 2021 |
| Objections to Counter-Designations | 63 days | Friday, October 22, 2021 |
| Complete Deposition Designation Meet & Confer to Discuss Remaining Objections | N/A | Friday, November 12, 2021 |
| Offering Party to Provide Court with Each Deposition Transcript at Issue (via Objections) | 56 days | Wednesday, November 17, 2021 |
| Submit to the Court clean copies of exhibit lists, witness lists, and corresponding objections consistent with exchanged documents | N/A | Friday, December 3, 2021 |
| Motion in Limine Omnibus Opening Briefs (limited to 30 pages each) | 51 days | Monday, December 6, 2021 |
| Plaintiffs' Jury Instructions to Defendant | 49 days | Monday, December 6, 2021 |
| Motion in Limine Response Briefs (limited to 30 pages each) | 37 days | Monday, December 20, 2021 |
| Defendant Responds to Plaintiffs' Jury Instructions | 28 days | Wednesday, December 29, 2021 |

| Event | Days Before Trial in Scheduling Order No. 13 | Proposed Deadline |
|---|---|---|
| Final Pretrial and Limine Conference | 14 days | Monday, January 10, 2022 |
| Submit Exhibits to Court (Scheduling Order No. 14) | 10 days | Friday, January 14, 2022 |
| Submit Agreed Voir Dire Questions for the Court to Ask at Trial, Plus Any Not Agreed to | 10 days | Friday, January 14, 2022 |
| Joint Jury Instructions with Alternative Instructions | 5 days | Wednesday, January 19, 2022 |
| **Trial beginning at 9:00am CST** | | **Monday, January 24, 2022** |

Dated: August 18, 2021                             Respectfully submitted,

/s/ *Adam K. Levin*
Adam K. Levin
David M. Foster
Carolyn A. DeLone
Kathryn M. Ali
HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington, D.C. 20004
Tel: (202) 637-6846
Fax: (202) 637-5910
adam.levin@hoganlovells.com

Brian C. Fries, #15889
James Moloney, #23786
LATHROP GPM LLP
2345 Grand Boulevard, Suite 2200
Kansas City, Missouri 64108-2618
Tel: (816) 292-2000
Fax: (816) 292-2001
brian.fries@lathropgpm.com

*Counsel for the Mylan Defendants*
/s/*Rex A. Sharp*
SHARP LAW, LLP

4

Rex A. Sharp KS #51205
Ryan C. Hudson KS #22986
Ruth Anne French-Hodson KS #28492
4820 W. 75th Street
Prairie Village, KS 66208
Telephone: (913) 901-0505
(913) 901-0419 Fax
rsharp@midwest-law.com
rhudson@midwest-law.com
rafrenchhodson@midwest-law.com

ROBBINS GELLER RUDMAN &
DOWD LLP
Paul J. Geller
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: (561) 750-3000
(561) 750-3364 (fax)
pgeller@rgrdlaw.com

KELLER ROHRBACK L.L.P.
Lynn Lincoln Sarko
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Telephone: (206) 623-1900
(206) 623-3384 (fax)
lsarko@kellerrohrback.com

BURNS CHAREST LLP
Warren T. Burns
900 Jackson Street, Suite 500
Dallas, TX 75202
Telephone: (469) 904-4550
(469) 444-5002 (fax)
wburns@burnscharest.com

PRITZKER LEVINE LLP
Elizabeth C. Pritzker
1900 Powell Street, Suite 450
Emeryville, CA 94608
Telephone: (415) 692-0772
(415) 366-6110 (fax)
ecp@pritzkerlevine.com

***CO-LEAD CLASS AND LIASON
COUNSEL FOR CLASS PLAINTIFFS***

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 18th day of August 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to parties and attorneys who are filing users.

s/ *Rex A. Sharp*
