# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE EPINEPHRINE (EPINEPHRINE INJECTION, USP) MARKETING, SALES PRACTICES AND ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>CONSUMER CLASS CASES | )<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 2:17-MD-02785-DDC-TJJ<br>)  (MDL No: 2785)<br>)<br>)<br>)<br>) |

## PROOF OF SERVICE

I, Kathryn Swisher, the undersigned, hereby declare as follows:

1. I am over the age of 18 years and am not a party to the above-captioned action.

2. I am employed by White & Case LLP as an associate in New York, New York.

3. I am a member of the New York bar in good standing, and one of the attorneys for Pfizer Inc., King Pharmaceuticals LLC, and Meridian Medical Technologies, Inc., admitted to this Court in this action *pro hac vice*.

4. My business email is kathryn.swisher@whitecase.com and my business address is 1221 Avenue of the Americas, New York, NY 10020.

5. On July 22 and 23, 2021, as provided for by the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715, I caused a true copy of Defendants' notice of proposed settlement of this action to be served via First Class Mail upon Attorney General Merrick B. Garland and the Attorneys General of the States and Territories listed in Attachment A (*see* Attachment A (without its enclosures)).

6. The CAFA Notices described above in each instance included all applicable information specified in 28 U.S.C. § 1715(b)(1) through (b)(8), and were served within ten (10) days of the July 14, 2021 filing of the Consumer Class Plaintiffs' Motion for Preliminary Approval of Settlement with the Pfizer Defendants as provided for in 28 U.S.C. § 1715(b).

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 8th day of September 2021 in New York, New York.

_____

# ATTACHMENT A

WHITE & CASE

July 22, 2021

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005-3807
T +1 202 626 3600

whitecase.com

REGISTERED MAIL

All Addressees Listed in the Attached Distribution List

***In re EpiPen (Epinephrine Injection, USP) Marketing, Sales, and Antitrust Litigation***, No. 2:17-md-02785-DDC-TJJ (D. Kan.) (End Payor Class Action)

Dear Sir/Madam:

I write on behalf of Defendants Pfizer Inc., Meridian Medical Technologies, Inc., and King Pharmaceuticals, Inc. (n/k/a King Pharmaceuticals LLC) (collectively "Pfizer") in relation to the above-referenced action currently pending in the United States District Court for the District of Kansas before the Honorable Daniel D. Crabtree (the "Case").  The Case relates to alleged overcharges for the prescription epinephrine autoinjector EpiPen® and EpiPen Jr.® in the United States from August 24, 2011 to November 1, 2020, as more fully described in the enclosed documents.

In connection with the Class Action Fairness Act of 2005, 28 U.S.C. § 1715 ("CAFA"), Pfizer hereby provides notice that End-Payor Plaintiffs ("EPPs") filed a motion for preliminary approval of a settlement between an End-Payor Class ("EPPs" or "EPP Class") and Pfizer on July 14, 2021 (ECF No. 2393).  Pursuant to CAFA, Pfizer provides the following information and supporting documents, which are included on the enclosed Compact Disc.

28 U.S.C. § 1715(b)(1):  Complaints

- The EPPs' operative complaint is as follows:

    • EPPs' Consolidated Class Action Complaint and Jury Demand (ECF Dkt. No. 60, filed October 17, 2017) (Attachment A).

- Prior versions of the EPPs' complaints are as follows:

    • Plaintiffs Anastasia Johnston, Karl Thomsen, Debra Bailey, Laura Chapin, and Rachel Fernandez's Class Action Complaint and Jury Demand (Case No. 2:16-cv-13060-NGE-SDD (E.D. Mich.), ECF Dkt. No. 1, filed August 23, 2016) (Attachment B);

    • Plaintiffs Rosetta Serrano et al.'s Class Action Complaint and Jury Demand (Case No. 16-CV-2711-DDC-TJJ (D. Kan.), ECF Dkt. No. 1, filed October 18, 2016) (Attachment C);

**WHITE & CASE**

July 22, 2021

- Plaintiffs Rosetta Serrano et al.'s First Amended Class Action Complaint and Jury Demand (Case No. 16-CV-2711-DDC-TJJ (D. Kan.), ECF Dkt. No. 4, filed October 26, 2016) (Attachment D);

- Plaintiffs Rosetta Serrano et al.'s Second Amended Class Action Complaint and Jury Demand (Case No. 16-CV-2711-DDC-TJJ (D. Kan.), ECF Dkt. No. 40, filed February 1, 2017) (Attachment E);

- Plaintiff Vishal Aggarwal's Class Action Complaint and Jury Demand (Case No. 1:17-cv-02189 (N.D. Ill.), ECF Dkt. No. 1, filed March 21, 2017) (Attachment F);

- Plaintiffs Amber Rainey, Christina Kollmeyer, and Lisa Vogel's Class Action Complaint and Jury Demand (Case No. 3:17-cv-05244-RBL (W.D. Wash.), ECF Dkt. No. 1, filed April 3, 2017) (Attachment G);

- Plaintiffs Angie Nordstrum and Carly Bowerstock's Class Action Complaint and Jury Demand (Case No. 2:17-cv-02401 (D.N.J.), ECF Dkt. No. 1, filed April 7, 2017) (Attachment H).

28 U.S.C. § 1715(b)(2):  Notice of Hearing

- A hearing on the final approval of the Settlement Agreement (the "Fairness Hearing") has not yet been scheduled by the Court. Once the Court schedules the Fairness Hearing, the date, time, and location of the Fairness Hearing will be available on the Case docket *In re EpiPen (Epinephrine Injection, USP) Marketing, Sales, and Antitrust Litigation*, No. 2:17-md-02785-DDC-TJJ (D. Kan.), and should be posted by the EPPs on the settlement website: www.EpiPenClassAction.com

28 U.S.C. § 1715(b)(3):  Notifications to Class Members

- On June 1, 2020 and October 13, 2020, in connection with its certification of an EPP Class, the District Court entered Orders approving Stage One and approving in part Stage Two of EPPs' Class Notice Plan (ECF Dkt. Nos. 2074, 2240) (Attachments I and J). The notice addresses, *inter alia*, any rights to be excluded from the EPP class.

- On July 14, 2021, in connection with EPPs' proposed Settlement Agreement, the EPPs filed a proposed Notice of Class Action and of Proposed EPP Settlements, and a proposed Short Form Notice (ECF Dkt. No. 2393-6) (Attachment K) that addresses, *inter alia*, any rights to object or request exclusion from the class.

28 U.S.C. § 1715(b)(4):  Proposed Settlement Agreement

- A copy of EPPs' Motion for Preliminary Approval of Settlement with the Pfizer Defendants (ECF Dkt. No. 2393, filed July 14, 2021) (Attachment L) is enclosed.

2

**WHITE & CASE**

July 22, 2021

- A copy of EPPs' Memorandum of Law in Support of EPPs' Motion for Preliminary Approval of Settlement with the Pfizer Defendants (ECF Dkt. No. 2393-1, filed July 14, 2021) (Attachment M) is enclosed. Attached to the Memorandum are the following exhibits:

  - Exhibit 1: The EPP Class Settlement Agreement, dated July 14, 2021, including supporting exhibits (ECF Dkt. No. 2393-2, filed July 14, 2021) (Attachment N);

    - Exhibit A: [Proposed] Order (I) Preliminarily Approving Settlement Pursuant to Fed. R. Civ. P. 23(e)(1); (II) Appointing the Settlement Administrator; (III) Approving Form and Manner of Notice to Class Members; (IV) Scheduling a Final Fairness Hearing to Consider Final Approval of the Settlement; and (V) Granting Related Relief (ECF Dkt. No. 2393-3, filed July 14, 2021) (Attachment N);

    - Exhibit B: Notice of Proposed Settlement of Class Action (ECF Dkt. No. 2393-4, filed July 14, 2021) (Attachment N);

    - Exhibit C: Claims Forms (ECF Dkt. No. 2393-5, filed July 14, 2021) (Attachment N);

    - Exhibit D: Proposed Short-Form Notice of Settlement (ECF Dkt. No. 2393-6, filed July 14, 2021) (Attachment N)

    - Exhibit E: [Proposed] Final Judgment and Order of Dismissal With Prejudice as to the Pfizer Defendants Only (ECF Dkt. No. 2393-7, filed July 14, 2021) (Attachment N);

  - Exhibit 2: Declaration of Eric Schachter (ECF Dkt. No. 2393-8, filed July 14, 2021) (Attachment O);

  - Exhibit 3: Plan of Allocation (ECF Dkt. No. 2393-9, filed July 14, 2021) (Attachment P).

28 U.S.C. § 1715(b)(5):  Other Contemporaneous Agreements

- Other than the documents identified herein, EPP class counsel and counsel for Pfizer have not entered into any contemporaneous settlements or agreements.

28 U.S.C. § 1715(b)(6):  Dismissals

- To date, there have been no final judgments or notices of dismissal related to the proposed Settlement Agreement with EPPs. However, the following final judgments and/or notices of dismissal have been filed in this action:

  - Memorandum and Order Granting in Part and Denying in Part Defendants' Motion to Dismiss (ECF Dkt. No. 896, issued August 20, 2018) (Attachment

3

July 22, 2021

**WHITE & CASE**

- Q);

- Plaintiff Amber Rainey's and Christina Kollmeyer's Notice of Voluntary Dismissal Without Prejudice (ECF Dkt. No. 10, filed August 28, 2017) (Attachment R);

- Plaintiff Lisa Vogel's Notice of Voluntary Dismissal Without Prejudice (ECF Dkt. No. 30, filed September 7, 2017) (Attachment S);

- Notice of Rule 41 Voluntary Dismissal Without Prejudice (ECF Dkt. No. 139, filed February 7, 2018) (Attachment T);

- Notice of Voluntary Dismissal Without Prejudice of Named Plaintiff Eileen Montet (ECF Dkt. No. 549, filed May 14, 2018) (Attachment U);

- Notice of Voluntary Dismissal Without Prejudice of Named Plaintiffs Denya Anderson and Jae Jones (ECF Dkt. No. 555, filed May 16, 2018) (Attachment V)

- Notice of Voluntary Dismissal Without Prejudice of Named Plaintiff Kimberly Corcoran (ECF Dkt. No. 810, filed July 24, 2018) (Attachment W)

- Notice of Voluntary Dismissal Without Prejudice of Named Plaintiff Connie Stafford (ECF Dkt. No. 811, filed July 24, 2018) (Attachment X)

- Notice of Voluntary Dismissal Without Prejudice of Named Plaintiffs Kimberly Dollander and Arlene McDaniel (ECF Dkt. No. 829, filed July 31, 2018) (Attachment Y)

- Notice of Voluntary Dismissal Without Prejudice of Named Plaintiff Lauren Coale (ECF Dkt. No. 841, filed August 6, 2018) (Attachment Z)

- Notice of Voluntary Dismissal Without Prejudice of Named Plaintiff Amie DeMontbel (ECF Dkt. No. 932, filed August 28, 2018) (Attachment AA)

- Notice of Voluntary Dismissal Without Prejudice of Named Plaintiff Francis Myers (ECF Dkt. No. 1046, filed September 24, 2018) (Attachment BB)

- Notice of Voluntary Dismissal Without Prejudice of Named Plaintiff Erin Korte-Lamparter (ECF Dkt. No. 1122, filed October 11, 2018) (Attachment CC)

28 U.S.C. § 1715(b)(7):  Class Members

- It is not feasible for Pfizer to identify the names of individual members of the settlement class who reside in each state or to estimate their proportionate share of the claims to the entire settlement. Likewise, it is not feasible for Pfizer to identify the precise total number of individual members of the settlement class residing in each state before

4

July 22, 2021

**WHITE & CASE**

- potential class members submit claim forms. Attached as Attachment DD is a reasonable estimate of the number of class members residing in each state included in the class. The data for number of class members is based on the mailing list used by Plaintiffs' Class Notice Administrator, A.B. Data.

- Defendants provide in Attachment EE the estimated proportionate share of class members' claims to the entire settlement for each state included in the class. The data for the proportionate shares of claims is based on the December 7, 2018 expert report submitted by Plaintiffs' class certification expert, Dr. Meredith Rosenthal.

28 U.S.C. § 1715(b)(8): Judicial Opinions Relating to Subparagraphs (b)(3) Through (6)

- On June 1, 2020 and October 13, 2020, in connection with its certification of an EPP Class, the District Court entered Orders approving Stage One and approving in part Stage Two of EPPs' Class Notice Plan (ECF Dkt. Nos. 2074, 2240) (Attachments I and J).

- There are no other written judicial opinions issued in this action to date relating to the materials described in 28 U.S.C. §§ 1715(b)(3)-(6), other than the above mentioned Memorandum and Order dated August 20, 2018.

If you have any questions regarding this notice, please do not hesitate to contact me.

Sincerely,

/s/ *Raj S. Gandesha*

**Raj S. Gandesha**
WHITE & CASE LLP
T +212 819 8975
rgandesha@whitecase.com

*Counsel for Pfizer*

Enclosures

5

AMERICAS 108291219

**WHITE & CASE**

July 22, 2021

## DISTRIBUTION LIST

| | | |
|---|---|---|
| Attorney General of the United States<br>Merrick B. Garland<br><br>U.S. Department of Justice<br>950 Pennsylvania Ave., NW<br>Washington, DC 20530-0001 | Alabama Attorney General<br>Steve Marshall<br><br>Attorney General's Office<br>State of Alabama<br>501 Washington Avenue<br>Montgomery, AL 36104 | Alaska Attorney General<br>Treg R. Taylor<br><br>Office of the Attorney General<br>1031 W. 4th Ave., Suite 200<br>Anchorage, AK 99501 |
| Arizona Attorney General<br>Mark Brnovich<br><br>Office of the Attorney General<br>2000 N. Central Ave.<br>Phoenix, AZ 85004-2926 | Arkansas Attorney General<br>Leslie Rutledge<br><br>Office of the Attorney General<br>323 Center St., Suite 200<br>Little Rock, AR 72201 | California Attorney General<br>Rob Bonta<br><br>CAFA Coordinator<br>Office of the Attorney General<br>Consumer Protection Section<br>455 Golden Gate Ave., Suite 11000 |
| Colorado Attorney General<br>Philip J. Weiser<br><br>Office of the Attorney General<br>Colorado Department of Law<br>Ralph L. Carr Judicial Building<br>1300 Broadway, 10th Floor<br>Denver, CO 80203 | Connecticut Attorney General<br>William Tong<br><br>Office of the Attorney General<br>165 Capitol Avenue<br>P.O. Box 120<br>Hartford, CT 06141-0120<br><br>AG.CAFA@CT.GOV | Delaware Attorney General<br>Kathy Jennings<br><br>Delaware Department of Justice<br>Carvel State Bldg.<br>820 N. French St.<br>Wilmington, DE 19801 |
| District of Columbia Attorney General<br>Karl A. Racine<br><br>Office of the Attorney General<br>400 6th Street NW<br>Washington, D.C. 20001 | Florida Attorney General<br>Ashley Moody<br><br>Office of the Attorney General<br>State of Florida<br>PL-01 The Capitol<br>Tallahassee, FL 32399-1050 | Georgia Attorney General<br>Christopher M. Carr<br><br>Office of the Attorney General<br>40 Capitol Square, SW<br>Atlanta, GA 30334 |
| Hawaii Attorney General<br>Clare E. Connors<br><br>Department of the Attorney General<br>425 Queen Street<br>Honolulu, HI 96813 | Idaho Attorney General<br>Lawrence G. Wasden<br><br>State of Idaho<br>Office of the Attorney General<br>700 W. Jefferson Street, Suite 210<br>P.O. Box 83720 | Illinois Attorney General<br>Kwame Raoul<br><br>Chicago Main Office<br>100 West Randolph Street<br>Chicago, IL 60601 |

6

| Indiana Attorney General<br>Todd Rokita<br><br>Office of the Indiana Attorney General<br>Indiana Government Center South<br>302 W. Washington St., 5th Floor<br>Indianapolis, IN 46204 | Iowa Attorney General<br>Thomas J. Miller<br><br>Office of the Attorney General of Iowa<br>Hoover State Office Building<br>1305 E. Walnut Street<br>Des Moines IA 50319 | Kansas Attorney General<br>Derek Schmidt<br><br>Office of the Attorney General<br>120 SW 10th Ave., 2nd Floor<br>Topeka, KS 66612 |
| --- | --- | --- |
| Kentucky Attorney General<br>Daniel Cameron<br><br>Office of the Attorney General<br>700 Capital Avenue, Suite 118<br>Frankfort, Kentucky 40601-3449 | Louisiana Attorney General<br>Jeffrey M. Landry<br><br>Office of the Attorney General<br>P.O. Box 94005<br>Baton Rouge, LA 70804 | Maine Attorney General<br>Aaron Frey<br><br>Office of the Attorney General<br>6 State House Station<br>Augusta, ME 04333 |
| Maryland Attorney General<br>Brian E. Frosh<br><br>Office of the Attorney General<br>200 St. Paul Place<br>Baltimore, MD 21202 | Massachusetts Attorney General<br>Maura Healey<br><br>Office of Massachusetts Attorney General Maura Healey<br>ATTN: CAFA Coordinator/General Counsel's Office | Michigan Attorney General<br>Dana Nessel<br><br>G. Mennen Williams Building<br>525 W. Ottawa Street<br>P.O. Box 30212<br>Lansing, MI 48909 |
| Minnesota Attorney General<br>Keith Ellison<br><br>Office of Minnesota Attorney General Keith Ellison<br>445 Minnesota Street<br>Suite 1400<br>St. Paul, MN 55101-2131 | Mississippi Attorney General<br>Lynn Fitch<br><br>Office of the Attorney General<br>P.O. Box 220<br>Jackson MS 39205 | Missouri Attorney General<br>Eric Schmitt<br><br>Missouri Attorney General's Office<br>Supreme Court Building<br>207 W. High St.<br>P.O. Box 899<br>Jefferson City, MO 65102 |
| Montana Attorney General<br>Tim Fox<br><br>Office of the Attorney General<br>Justice Building, Third Floor<br>215 North Sanders<br>P.O. Box 201401<br>Helena, MT 59620-1401 | Nebraska Attorney General<br>Doug Peterson<br><br>Nebraska Attorney General's Office<br>2115 State Capitol<br>PO Box 98920<br>Lincoln, NE 68509 | Nevada Attorney General<br>Aaron Ford<br><br>Office of the Attorney General<br>100 North Carson Street<br>Carson City, Nevada 89701-4717 |

7

**WHITE & CASE**

July 22, 2021

| New Hampshire Attorney General<br>John Formella<br><br>NH Department of Justice<br>33 Capitol Street<br>Concord, NH 03301 | New Jersey Attorney General<br>Gurbir S. Grewal<br><br>Office of the Attorney General<br>RJ Hughes Justice Complex<br>25 Market Street, Box 080<br>Trenton, NJ 08625-0080 | New Mexico Attorney General<br>Hector Balderas<br><br>Office of the Attorney General<br>408 Galisteo Street<br>Villagra Building<br>Santa Fe, NM 87501 |
|---|---|---|
| New York Attorney General<br>Letitia James<br><br>CAFA Coordinator<br>Office of the Attorney General<br>28 Liberty Street, 15th Floor<br>New York, NY  10005<br><br>CAFA.Notices@ag.ny.gov | North Carolina Attorney General<br>Josh Stein<br><br>Office of the Attorney General<br>9001 Mail Service Center<br>Raleigh, NC 27699-9001 | North Dakota Attorney General<br>Wayne Stenehjem<br><br>Office of Attorney General<br>600 East Boulevard Avenue,<br>Department 125<br>Bismarck, ND 58505-0040 |
| Ohio Attorney General<br>Dave Yost<br><br>Office of the Attorney General<br>30 E. Broad St., 14th Floor<br>Columbus, OH 43215 | Oklahoma Attorney General<br>Dawn Cash<br><br>Office of the Oklahoma Attorney General<br>313 NE 21st Street<br>Oklahoma City, OK 73105 | Oregon Attorney General<br>Ellen F. Rosenblum<br><br>Oregon Department of Justice<br>1162 Court St. NE<br>Salem, OR 97301-4096 |
| Pennsylvania Attorney General<br>Josh Shapiro<br><br>Pennsylvania Office of Attorney General Strawberry Square<br>Harrisburg, PA 17120 | Puerto Rico Secretary of Justice<br>Domingo Emanuelli<br><br>Office of the Attorney General<br>P.O. Box 9020192<br>San Juan, PR 00902-0192 | Rhode Island Attorney General<br>Peter F. Neronha<br><br>RI Office of the Attorney General<br>150 South Main Street<br>Providence, RI 02903 |
| South Carolina Attorney General<br>Alan Wilson<br><br>The Honorable Alan Wilson<br>P.O. Box 11549<br>Columbia, S.C. 29211 | South Dakota Attorney General<br>Jason Ravnsborg<br><br>Office of the Attorney General<br>1302 E Hwy 14<br>Suite 1<br>Pierre SD 57501-85011 | Tennessee Attorney General<br>Herbert H. Slatery III<br><br>Attorney General and Reporter<br>Herbert H. Slatery III<br>P.O. Box 20207<br>Nashville, TN 37202 |
| Texas Attorney General<br>Ken Paxton<br><br>Office of the Attorney General<br>PO Box 12548<br>Austin, TX 78711-2548 | Utah Attorney General<br>Sean D. Reyes<br><br>Office of the Attorney General<br>PO Box 142320<br>SLC UT 84114-2320 | Vermont Attorney General<br>Thomas J. Donovan Jr.<br><br>Vermont Attorney General's Office<br>109 State Street<br>Montpelier, VT 05609 |

8

**WHITE & CASE**

July 22, 2021

| Virginia Attorney General<br>Mark R. Herring<br><br>Office of the Attorney General<br>202 North Ninth Street<br>Richmond, Virginia 23219 | Washington Attorney General<br>Bob Ferguson<br><br>Office of the Attorney General<br>1125 Washington Street SE<br>PO Box 40100<br>Olympia, WA  98504-0100 | West Virginia Attorney General<br>Patrick Morrisey<br><br>Office of the Attorney General<br>State Capitol Complex, Bldg. 1, Room E-26<br>Charleston, WV 25305 |
| --- | --- | --- |
| Wisconsin Attorney General<br>Josh Kaul<br><br>Wisconsin Department of Justice<br>P.O. Box 7857<br>Madison, WI 53707-7857 | Wyoming Attorney General<br>Bridget Hill<br><br>Office of the Attorney General<br>Administrative Office<br>109 State Capitol<br>Cheyenne, WY  82002 | |

9

AMERICAS 108291219