UNITED STATES DISTRICT COURT

DISTRICT OF KANSAS

| | |
|---|---|
| In re EPIPEN (EPINEPHRINE INJECTION, USP) MARKETING, SALES PRACTICES AND ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>CONSUMER CLASS CASES. | Civil Action No. 2:17-md-02785-DDC-TJJ<br>(MDL No. 2785) |

## MOTION FOR ORAL ARGUMENT ON PENDING MOTIONS

## REQUEST FOR EXPEDITED BRIEFING

Pending before the Court are Plaintiffs' Motion for Reconsideration Regarding the Order on Summary Judgment (Doc. 2398) and the Motion to Certify Order for Interlocutory Appeal (Doc. 2414). Both motions present a variety of complicated legal and factual issues, and Plaintiffs respectfully suggest that oral argument would benefit the Court and ensure the arguments and authorities from both sides are fully presented and subject to adversarial testing. Plaintiffs acknowledge that oral argument is usually not presented in this District, but this is an unusual case of national importance that affects millions of Americans.[1] For these reasons, pursuant to D. Kan. Local Rule 7.2. Class Plaintiffs respectfully request oral argument on these

---

[1] *See, e.g.*, Ryan Grim, HEATHER BRESCH, JOE MANCHIN'S DAUGHTER, PLAYED DIRECT PART IN EPIPEN PRICE INFLATION SCANDAL, THE INTERCEPT, Sept. 7, 2021, https://theintercept.com/2021/09/07/joe-manchin-epipen-price-heather-bresch/ ; Ryan Grim, THE HILL, Sept. 7, 2021, https://youtu.be/vrUdDv8eqOk

motions and ask that each side (Class Plaintiffs and the Mylan Defendants) receive a total of thirty minutes, for a total of one hour of oral argument, regarding the two motions at issue (Doc. 2398 and Doc. 2414).

Class Plaintiffs met and conferred with the Mylan Defendants regarding this Motion, and they stated that they oppose the request.

Finally, given the impact of these motions on the substance and timing of upcoming pretrial and trial submissions, Class Plaintiffs request expedited briefing on this matter.

By: */s/ Rex A. Sharp*
SHARP LAW LLP
REX A. SHARP
RYAN C. HUDSON
4820 West 75th Street
Prairie Village, KS  66208
Telephone:  913/901-0505
913/901-0419 (fax)
rsharp@midwest-law.com
rhudson@midwest-law.com

KELLER ROHRBACK L.L.P.
LYNN LINCOLN SARKO
1201 Third Avenue, Suite 3200
Seattle, WA  98101
Telephone:  206/623-1900
206/623-3384 (fax)
lsarko@kellerrohrback.com

ROBBINS GELLER RUDMAN
   & DOWD LLP
PAUL J. GELLER
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)
pgeller@rgrdlaw.com

PRITZKER LEVINE LLP
ELIZABETH C. PRITZKER
1900 Powell Street, Suite 450
Emeryville, CA  94608
Telephone:  415/692-0772
415/366-6110 (fax)
ecp@pritzkerlevine.com

BURNS CHAREST LLP
WARREN T. BURNS
900 Jackson Street, Suite 500
Dallas, TX  75202
Telephone:  469/904-4550
469/444-5002 (fax)
wburns@burnscharest.com

*Co-Lead Counsel and Liaison Counsel for Class Plaintiffs*

THE LANIER LAW FIRM
W. MARK LANIER
10940 W. Sam Houston Parkway North, Suite 100
Houston, TX  77064
Telephone:  713/659-5200
713/659-2204 (fax)
mark.lanier@lanierlawfirm.com

*Special Trial Counsel for Class Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on September 9, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to parties and attorneys who are filing users.

/s/ Rex A. Sharp
Rex A. Sharp