IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| In re EPIPEN (EPINEPHRINE INJECTION, USP) MARKETING, SALES PRACTICES AND ANTITRUST LITIGATION ) ) ) ) | Civil Action No. 2:17-md-02785-DDC-TJJ (MDL No. 2785) |
| This Document Relates To: ) ) CONSUMER CLASS CASES. ) ) | |

**CLASS PLAINTIFFS' MOTION FOR FINAL APPROVAL
OF SETTLEMENT, APPROVAL OF PLAN OF ALLOCATION, AND
AWARD OF ATTORNEYS' FEES, EXPENSES, AND SERVICE AWARDS**

Plaintiff Class Representatives, on behalf of themselves and the certified Class (together, "Class Plaintiffs"), by and through their undersigned counsel, respectfully move the Court for an Order:

(1) Granting final approval, under Federal Rule of Civil Procedure 23(e), of the proposed Settlement and approving the Plan of Allocation;

(2) Awarding Class Counsel attorneys' fees equal to one-third of the Settlement Fund and their litigation expenses and costs in the amount of $9,661,379.25, and granting authority to Co-Lead Counsel to distribute the attorneys' fees and expenses in a manner that, in the opinion of Co-Lead Counsel, fairly compensates each firm in view of its contribution to the prosecution of Class Plaintiffs' claims;

(3) Approving and ordering payment from the Settlement Fund the amount of $3,232,990.56 to the Notice and Settlement Administrator, A.B. Data, Ltd., for the cost and expense in

implementing the Class notice plan commenced on November 1, 2020 pursuant to the Court's October 13, 2020 Order (ECF No. 2240); and

(4) Awarding service awards in the amount of $5,000 to each of the Plaintiff Class Representatives.

In support of this Motion, Class Plaintiffs rely upon and incorporate by reference herein: (i) the Memorandum of Law in Support of Class Plaintiffs' Motion for Final Approval of Settlement, Approval of Plan of Allocation, Award of Attorneys' Fees, Expenses and Service Awards; (ii) the Joint Declaration of Co-Lead Counsel in Support of Class Plaintiffs' Motion for Final Approval of Settlement, Approval of Plan of Allocation, and Award of Attorneys' Fees, Expenses, and Service Awards ("Joint Declaration"); (iii) the Declaration of Professor Robert S. Gensler in Support of the Settlement Agreement, Award of Attorney's Fees, and Class Representative Incentive Award ("Gensler Declaration"); (iv) the Declaration of Layn R. Phillips in Support of Class Plaintiffs' Motion for Final Approval; (v) the Declaration of Eric Schacter of A.B. Data, Ltd. in Support of Class Plaintiffs' Motion for Final Approval of Settlement and Plan of Allocation (attached to the Joint Declaration as Exhibit A-1); (vi) all exhibits attached to the Joint Declaration and Gensler Declaration; (vii) the Stipulation of Class Action Settlement; and (viii) all other proceedings herein.

Plaintiff Class Representatives will submit proposed orders with their reply submission on or before October 15, 2021.

Respectfully submitted,

DATED: September 10, 2021

SHARP LAW LLP

By: */s/ Rex A. Sharp*
SHARP LAW LLP
REX A. SHARP
RYAN C. HUDSON
W. GREG WRIGHT
4820 West 75th Street
Prairie Village, KS 66208
Telephone: 913/901-0505
913/901-0419 (fax)
rsharp@midwest-law.com
rhudson@midwest-law.com
gwright@midwest-law.com

KELLER ROHRBACK L.L.P.
LYNN LINCOLN SARKO
GRETCHEN FREEMAN CAPPIO
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Telephone: 206/623-1900
206/623-3384 (fax)
lsarko@kellerrohrback.com
gcappio@kellerrohrback.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
PAUL J. GELLER
STUART A. DAVIDSON
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)
pgeller@rgrdlaw.com
sdavidson@rgrdlaw.com
bbeall@rgrdlaw.com

PRITZKER LEVINE LLP
ELIZABETH C. PRITZKER
JONATHAN K. LEVINE
1900 Powell Street, Suite 450
Emeryville, CA 94608
Telephone: 415/692-0772
415/366-6110 (fax)
ecp@pritzkerlevine.com
jkl@pritzkerlevine.com

BURNS CHAREST LLP
WARREN T. BURNS
SPENCER COX
900 Jackson Street, Suite 500
Dallas, TX 75202
Telephone: 469/904-4550
469/444-5002 (fax)
wburns@burnscharest.com
scox@burnscharest.com

*Co-Lead Counsel and Liaison Counsel for Class Plaintiffs*

THE LANIER LAW FIRM
W. MARK LANIER
RACHEL LANIER
CRISTINA DELISE
10940 W. Sam Houston Parkway North, Suite 100
Houston, TX 77064
Telephone: 713/659-5200
713/659-2204 (fax)
mark.lanier@lanierlawlirm.com
rachel.lanier@lanierlawfirm.com
cristina.delise@lanierlawfirm.com

*Special Trial Counsel for Class Plaintiffs*

BOIES SCHILLER FLEXNER LLP
MATTHEW S. TRIPOLITSIOTIS
333 Main Street
Armonk, NY 10504
Telephone: 914/749-8200
914/749-8300 (fax)
mtripolitsiotis@bsfllp.com
dloft@bsfllp.com

*Class Counsel*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 10, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to parties and attorneys who are filing users.

>  */s/ Rex A. Sharp*
>  Rex A. Sharp