**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

IN RE: EpiPen (Epinephrine
       Injection, USP) Marketing,
       Sales Practices and Antitrust
       Litigation

**MDL No:  2785**

**Case No. 17-md-2785-DDC-TJJ**

(This Document Applies to Consumer
Class Cases)

---

## ORDER

This matter is before the Court on Class Plaintiffs' Omnibus Renewed Motion to File
Under Seal Their Oppositions to Defendants' Motions to Exclude and Motions for Summary
Judgment (ECF No. 2239). The omnibus motion includes sealing and/or redaction requests for
six documents Class Plaintiffs provisionally filed under seal:

- Class Plaintiffs' Opposition to Defendants' Motion to Exclude the Expert
  Opinions of Dr. Carl Peck (ECF No. 2182);

- Class Plaintiffs' Opposition to Defendants' Motion to Exclude the Expert
  Opinions of Meredith Rosenthal and Related Documents (ECF No. 2183);

- Class Plaintiffs' Opposition to Defendants' Motion to Exclude the Expert
  Opinions of James Bruno (ECF No. 2184);

- Class Plaintiffs' Opposition to Defendants' Motion to Exclude the Expert
  Opinions of Professor Einer Elhauge (ECF No. 2187);

- Class Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Exclude Plaintiffs' Rebuttal Report Regarding the '827 Patent and Related Documents and Certain Associated Exhibits (ECF No. 2188); and

- Class Plaintiffs' Opposition to Defendants' Motions for Summary Judgment and Related Documents (ECF No. 2190).

As the Court has previously noted, the Supreme Court recognizes a "general right to inspect and copy public records and documents, including judicial records and documents."[1] The public's right of access, however, is not absolute.[2] The Court therefore has discretion to seal documents if competing interests outweigh the public's right of access.[3] In exercising its discretion, the Court weighs the public's interests, which it presumes are paramount, against those advanced by the parties.[4] The party seeking to overcome the presumption of public access to the documents bears the burden of showing some significant interest that outweighs the presumption.[5]

The Court has reviewed each of the excerpts and exhibits that are the subject of this omnibus motion, and has considered the position taken by each party or third party relative to the excerpts and exhibits. Although this Order does not provide an explanation for each ruling, the Court notes that in many instances the reason for denying a particular request to redact or seal is

---

[1] *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 597 (1978) (citations omitted).

[2] *Helm v. Kansas*, 656 F.3d 1277, 1292 (10th Cir. 2011); *Mann v. Boatright,* 477 F.3d 1140, 1149 (10th Cir. 2007).

[3] *Id.*; *United States v. Hickey*, 767 F.2d 705, 708 (10th Cir. 1985).

[4] *Helm*, 656 F.3d at 1292.

[5] *Id.*; *Mann*, 477 F.3d at 1149.

due to the information in question later appearing as a matter of record in District Judge

Crabtree's Memoranda and Orders. This is particularly applicable to Class Plaintiffs' Opposition

to Defendants' Motions for Summary Judgment and Related Documents (ECF No. 2190). Judge

Crabtree ruled on Defendants' Motion for Summary Judgment in a Memorandum and Order

dated June 23, 2021 (ECF No. 2381). But in all instances, the Court has allowed sealing or

redaction when the party seeking to overcome the presumption of public access to the documents

has met the burden of showing some significant interest that outweighs the presumption. And the

Court has denied requests to seal or redact when the party seeking to overcome the presumption

of public access to the documents has not met the burden.

Applying this standard, the Court grants the Renewed Motion in part and denies it in part

as set forth below.[6]

## A.   Class Plaintiffs' Opposition to Defendants' Motion to Exclude the Expert Opinions of Dr. Carl Peck (ECF No. 2182)

Exhibit A - Merits Expert Report of Dr. Carl Peck, dated October 31, 2019 ("Peck Merits

Report"): Deny redaction requested by Mylan.

Exhibit B - Rebuttal Expert Report of Dr. Carl Peck, dated February 7, 2020 ("Peck

Rebuttal Report"): Deny sealing and/or redaction requested by Teva.

Exhibit C - Expert Report of Dr. Steven M. Weisman, dated December 23, 2019

("Weisman Report"): Deny redaction requested by Mylan. Grant Teva's request to redact as set

forth in ECF No. 2239-19 pages 287, 302, 305-10, 312, and 316.

---

[6] Consistent with District Judge Crabtree's Order dated July 23, 2021 (ECF No. 2401), this order does not rule on any requests by the Pfizer Defendants for sealing or redaction. *See* ECF No. 2401 at 12 ("Pending a final determination about the approval of the settlement, the court shall stay all proceedings in the Action for the Pfizer Defendants only, other than proceedings necessary to carry out or enforce the terms and conditions of the Settlement Agreement.").

Exhibit D - Rebuttal Expert Report of James Bruno, dated February 7, 2020 ("Bruno Report"): Deny redaction requested by Mylan. Teva's request requires the same ruling on this document as the Court made in connection with Class Plaintiffs' Motion to Strike in Part the Testimony of Dr. John H. Johnson IV and Related Documents.

**B.      Class Plaintiffs' Opposition to Defendants' Motion to Exclude the Expert Opinions of Meredith Rosenthal and Related Documents (ECF No. 2183)**

Opposition to Defendants' Motion to Exclude Opinions of Prof. Rosenthal: Deny redaction requested by Mylan.

Exhibit A - Merits Expert Report of Prof. Meredith Rosenthal, dated October 31, 2019: Grant Mylan's requested redactions at pages 93-196. Deny all other redactions requested by Mylan. Deny all sealing and redaction requests by Teva.

Exhibit B - Rebuttal Merits Expert Report of Prof. Meredith Rosenthal, dated February 7, 2020: Grant Mylan's requested redactions at pages 13, 60-163. Deny all other redactions Mylan requests.

Exhibit C - Expert Report of Dr. John H. Johnson, IV, dated March 18, 2019: Grant sealing and/or redactions requested by Mylan, CVS, ESI, Humana, OptumRX and United, and Sanofi.

Exhibit F - Reply Expert Report of Prof. Einer Elhauge, dated February 12, 2020: Grant Mylan's requested redaction at page 34. For all other Mylan requests, when the Court issues an order ruling on Mylan's Summary Judgment Motion sealing requests, the parties shall apply the same ruling to Mylan's request here. When Plaintiffs publicly file Exhibit F pursuant to this Order, they shall provisionally treat Mylan's requested redactions as approved.

Exhibit G – Spreadsheet entitled "EpiPen Domestic," as produced at MYEP01362752: Grant Mylan's request to seal.

**C.**     **Class Plaintiffs' Opposition to Defendants' Motion to Exclude the Expert Opinions of James Bruno (ECF No. 2184)**

Class Plaintiffs' Opposition to Defendants' Motion to Exclude the Expert Opinions of James Bruno: Grant Teva's sealing and redaction request.

Exhibit A - Rebuttal Expert Report of James Bruno, dated February 7, 2020: Deny redaction requested by Mylan. Teva's request requires the same ruling on this document as made in connection with Class Plaintiffs' Motion to Strike in Part the Testimony of Dr. John H. Johnson IV and Related Documents.

Exhibit B - Excerpts of the Transcript of the Deposition of James Bruno, dated June 30, 2020: Grant Teva's requested redactions as set forth in ECF No. 2239-19 at pages 199, 206, 207, 211-13, and 238-40.

Exhibit C - Expert Report of Steven M. Weisman, Ph.D., dated December 23, 2019: Deny redaction requested by Mylan. Grant Teva's requested redactions as set forth in ECF No. 2239-19 at pages 287, 302, 305-10, 312, and 316.

Exhibit E - Expert Report of Carl Peck, M.D., dated October 31, 2019: Deny redaction requested by Mylan. Deny Teva's request.

Exhibit F - Email thread between counsel for Pfizer and counsel for Teva dated March 3, 2011, Bates numbered PFE_EPIPEN_AT00 740105: When the Court issues an order ruling on Mylan's Summary Judgment Motion sealing requests, the parties shall apply the same ruling to Mylan's request here. When Plaintiffs publicly file Exhibit F pursuant to this Order, they shall provisionally treat Mylan's requested redactions as approved.

Exhibit G - Email thread between Teva employees, dated November 1, 2011, Bates numbered Teva_EPI_MDL001 85009-13: Grant Teva's sealing request.

Exhibit H – Email thread between Teva employees, dated February 8, 2015, Bates numbered Teva_EPI_MDL001 71910-11: Grant Teva's requested redactions.

**D.    Class Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Exclude Plaintiffs' Patent Litigation Expert (ECF No. 2185)**

No party or third party requested sealing or redaction of any documents related to this filing.

**E.    Class Plaintiffs' Opposition to Defendants' Motion to Exclude the Expert Opinions of Professor Einer Elhauge and Certain Associated Exhibits (ECF No. 2187)**

Class Plaintiffs' Opposition to Defendants' Motion to Exclude the Testimony and Report of Expert Witness Einer Elhauge: Deny Mylan's request to redact. In response to PayerSciences's position, the document shall be sealed.

Exhibit 1 – Expert Report of Professor Einer Elhauge: Grant Mylan's requested redaction at page 42. For all other Mylan requests, when the Court issues an order ruling on Mylan's Summary Judgment Motion sealing requests, the parties shall apply the same ruling to Mylan's request here. When Plaintiffs publicly file Exhibit 1 pursuant to this Order, they shall provisionally treat Mylan's requested redactions as approved. Deny Huma's request to seal and/or redact. Grant redaction requests by Sanofi (and adopted by PayerSciences) and Teva.

Exhibit 2 - Reply Expert Report of Prof. Einer Elhauge, dated February 12, 2020: Grant Mylan's requested redaction at page 34. For all other Mylan requests, when the Court issues an order ruling on Mylan's Summary Judgment Motion sealing requests, the parties shall apply the same ruling to Mylan's request here. When Plaintiffs publicly file Exhibit 2 pursuant to this

Order, they shall provisionally treat Mylan's requested redactions as approved. Grant CVS's request to redact. Grant kaléo's request to seal Exhibit A and Annex I, and grant kaléo's request to redact as set forth in ECF No. 2239-11 page 6 ¶9. Grant Sanofi's request to redact (as adopted by PayerSciences). Deny Teva's request to seal and redact.

Exhibit 3 – Expert Report of Professor Einer Elhauge in Support of Class Certification: Redact to conform with ECF No. 1500-2. Grant Humana's request to seal and/or redact. Grant Sanofi's request to redact. Deny Teva's request to redact.

Exhibit 4 – Merits Daubert Declaration of Professor Einer Elhauge: Grant Mylan's request to redact on page 17, but deny Mylan's request to redact pages 3 and 23. Grant MedImpact's request to seal. Grant Sanofi's request to redact.

Exhibit 5 – Excerpts of the Video Deposition of Einer R. Elhauge: Deny Mylan's request.

Exhibit 6 – Expert Report of Johnathan M. Orszag: Grant Mylan's requested redaction at pages 7, 8, 45, 46, and 47. For all other Mylan requests, when the Court issues an order ruling on Mylan's Summary Judgment Motion sealing requests, the parties shall apply the same ruling to Mylan's request here. When Plaintiffs publicly file Exhibit 6 pursuant to this Order, they shall provisionally treat Mylan's requested redactions as approved. Grant Teva's request to seal and redact.

Exhibit 8 – Expert Report of Robert Willig: When the Court issues an order ruling on Mylan's Summary Judgment Motion sealing requests, the parties shall apply the same ruling to Mylan's request here. When Plaintiffs publicly file Exhibit 8 pursuant to this Order, they shall provisionally treat Mylan's requested redactions as approved. Grant requests to redact and/or seal by Cigna, CVS, ESI, Humana, Kaiser, kaléo, Magellan, MedImpact, OptumRX and United, PayerSciences, Prime, and Sanofi.

Exhibit 11 – Expert Report of Dr. John H. Johnson IV: When the Court issues an order ruling on Mylan's Summary Judgment Motion sealing requests, the parties shall apply the same ruling to Mylan's request here. When Plaintiffs publicly file Exhibit 11 pursuant to this Order, they shall provisionally treat Mylan's requested redactions as approved. Grant requests to seal and/or redact by CVS, Sanofi, and Teva.

Exhibit 12 – Declaration of Robert Willig: When the Court issues an order ruling on Mylan's Summary Judgment Motion sealing requests, the parties shall apply the same ruling to Mylan's request here. When Plaintiffs publicly file Exhibit 12 pursuant to this Order, they shall provisionally treat Mylan's requested redactions as approved. Grant request to seal by CVS.

Exhibit 15 – Mylan Correspondence, MYEP00213252: Deny Mylan's request to seal the exhibit, and to redact references to and quotes from this exhibit on pages 18 and 20 of Class Plaintiffs' Opposition to Defendants' Motion to Exclude the Opinions of Prof. Elhauge.

Exhibit 16 – Presentation Slides, SAN-EPI-0326335: Grant Sanofi's request to seal.

Exhibit 19 – Declaration of Dr. John H. Johnson IV in Support of Defendants' Motion to Exclude Expert Opinions of Professor Einer Elhauge: Grant CVS's sealing request and ESI's request to redact.

Exhibit 20 – Excerpts of the Video Deposition of Justin Works: Grant Sanofi's redaction request.

F.   **Class Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Exclude Plaintiffs' Rebuttal Report Regarding the '827 Patent and Related Documents (ECF No. 2188)**

Exhibit 3 – Settlement and License Agreement, dated July 20, 2012, PFE_EPIPEN_AT00007925-50 (Torrance Deposition Exhibit 10): Grant Mylan's request to seal.

8

G.    **Class Plaintiffs' Opposition to Defendants' Motions for Summary Judgment and Related Documents (ECF No. 2190)**

Class Plaintiffs' Memorandum of Law in Opposition to Defendants' Motions for Summary Judgment: Deny all requests to redact by Mylan, Anthem, CVS, Humana, Magellan, OptumRX and United, PayerSciences, Sanofi, and Teva.

Declaration of Warren T. Burns: Deny all requests to seal and/or redact by Humana, Magellan, and Teva.

Exhibit 2 – Dey Presentation, MYEP00458215: Deny Mylan's request to seal.

Exhibit 11 – Dey Presentation, Handel 30(b)(6) Dep. Ex. 17, PFE_EPIPEN_AT01223632: Deny Mylan's request to seal.

Exhibit 13 – Mylan Email Communication and Presentation Slides, Foster Dep. Ex. 37, MYEP00650448, MYEP00650449: Grant Mylan's request to seal.

Exhibit 15 – Mylan Email Communication, Foster Dep. Ex. 30, MYEP00650326: Grant Mylan's request to seal.

Exhibit 16 - Mylan Email Communication, November 1, 2011, MYEP00909416: Deny Mylan's request to seal.

Exhibit 23 – Correspondence with Office of Generic Drugs, CDER, FDA dated May 17, 2011, Teva_Epi_000114: Deny Teva's request to seal and redact.

Exhibit 24 – TEVA Email Correspondence with Generic Drugs, FDA, August 16, 2018: Deny Teva's request to seal and redact.

Exhibit 25 – Rebuttal Expert Report of Carl Peck, M.D. (Feb. 7, 2020): Deny Teva's request to seal and redact.

Exhibit 26 – Teva Correspondence with FDA re Meeting Request, Aug. 10, 2016,

9

Teva_Epi_003762: Deny Teva's request to seal and redact.

Exhibit 30 – Expert Report of Carl Peck, M.D. (October 31, 2019): Deny redaction requested by Mylan.

Exhibit 31 – Rebuttal Expert Report of James Bruno (February 7, 2020): Deny redaction requested by Mylan.

Exhibit 33 – Teva Pharmaceutical Meetings Minutes Feb. 10, 2012, Teva_EPI_MDL00015844: Deny Teva's request to seal and redact.

Exhibit 34 – Dr. Andrew W. Torrance Rebuttal Report to Expert Report of Charles E. Clemens (Feb. 21, 2020): Deny Teva's request to seal and redact.

Exhibit 36 – Agreement, Deposition of Mini Bhatt Ex. 17, MYEP00180922: Deny Mylan's request to redact reference to exhibit on page 11, ¶¶90-91 of Class Plaintiffs' Opposition to Defendants' Motion for Summary Judgment. When the Court issues an order ruling on Mylan's Summary Judgment Motion sealing requests, the parties shall apply the same ruling to Mylan's request here. When Plaintiffs publicly file Exhibit 36 pursuant to this Order, they shall provisionally treat Mylan's requested redactions as approved.

Exhibit 44 – Deposition Transcript Excerpts of Jill Ondos (Aug. 1, 2019): Deny Mylan's request to redact.

Exhibit 46 – Email Correspondence Feb. 25, 2013, Hall Dep. Ex. 3: With respect to Mylan's and Primes' positions, deny sealing this exhibit but grant redactions as set forth in ECF No. 2239-17 at pages 6-8.

Exhibit 47 – Expert Report of Dr. Meredith Rosenthal (Oct. 31, 2019): Grant Mylan's requested redactions at pages 93-196. Deny all other redactions requested by Mylan. Deny all sealing and redaction requests by Teva.

Exhibit 48 – Mylan Email Correspondence Aug. 16, 2016, MYEP00703731: Deny Mylan's requests to seal and redact.

Exhibit 50 – Deposition Transcript Excerpts of Robert Eaton (Oct. 12, 2018): Grant Sanofi's redaction request.

Exhibit 51 – Deposition Transcript Excerpts of Kent Rogers 30(b)(6) (OptumRX) (Dec. 19, 2018): Deny OptumRX and United's request to seal.

Exhibit 53 - Deposition Transcript Excerpts of James Borneman (June 28, 2018): Grant Sanofi's redaction request.

Exhibit 54 - Deposition Transcript Excerpts of Barbara Minton 30(b)(6) (Anthem) (Oct. 30, 2018): Grant Mylan's request to redact as set forth in ECF No. 2239-2 page 502. Grant Anthem's request to redact as set forth in ECF No. 2239-5 pages 6, 9-11.

Exhibit 55 - Reply Expert Report of Prof. Einer Elhauge, dated February 12, 2020: Grant Mylan's requested redaction at page 34. For all other Mylan requests, when the Court issues an order ruling on Mylan's Summary Judgment Motion sealing requests, the parties shall apply the same ruling to Mylan's request here. When Plaintiffs publicly file Exhibit F pursuant to this Order, they shall provisionally treat Mylan's requested redactions as approved. Grant Anthem's request to redact. Deny CVS's request to seal but grant its request to redact as set forth in ECF No. 2239-18 pages 358-62. Grant Sanofi's request to redact.

Exhibit 56 – Commercial Mylan Rebate Agreement Effective July 1, 2013 through December 31, 2015, Dep. of James Ayers (Sept. 26, 2018) Ex. 1: Grant Mylan's and MedImpact's request to seal.

Exhibit 57 – Rebate Agreement, Dep. of Joseph Anderson 30(b)(6) (Dec. 20, 2018) Ex. 7: Grant Mylan's request to seal.

Exhibit 59 – Final Report Presentation, July 31, 2014, MYEP00346518: Deny Mylan's request to seal and redact.

Exhibit 60 – Dep. of Patrick Jones (Sept. 7, 2018) Ex. 11: Deny Mylan's request to seal and redact.

Exhibit 63 – Email Correspondence, May 20, 2014, Deposition of Chris Viebacher (Oct. 16, 2018) Ex. 38: Grant Sanofi's request to seal.

Exhibit 64 – Deposition Transcript Excerpts of Saira Jan (Horiaon BCBS) (Nov. 30, 2018): Deny Mylan's request to redact.

Exhibit 65 – Mylan Email Correspondence, Foster Dep. Ex. 13, MYEP00624314: Grant Mylan's request to seal the exhibit, but deny Mylan's request to redact the references to and quotes from the exhibit.

Exhibit 66 – Jones Email to Peterpaul re meeting, Jan. 21, 2013, MYEP006000682: Grant Mylan's request to seal the exhibit, but deny Mylan's request to redact the references to and quotes from the exhibit.

Exhibit 67 – Fourteenth Amendment, May Dep. Ex. 15, MYE00000926: Grant Mylan's request to seal the exhibit, but deny Mylan's request to redact the references to and quotes from the exhibit.

Exhibit 68 – Mylan Email Corr. April 30, 2013, Foster Dep. Ex. 4: Grant Mylan's request to seal the exhibit, but deny Mylan's request to redact the references to and quotes from the exhibit.

Exhibit 69 – Mylan and Optum Communication, MYEP00080824: Deny Mylan's request to seal and redact.

Exhibit 70 – Merits Daubert Declaration of Prof. Einer Elhauge (Aug. 17, 2020): Deny

Mylan's and Sanofi's redaction requests.

Exhibit 72 – Email Communication, Jan. 19, 2014, Viehbacher Ex. 11: Grant Sanofi's sealing request.

Exhibit 73 – Deposition Transcript Excerpts of Christopher Viehbacher (Oct. 16, 2018): Deny Sanofi's redaction request.

Exhibit 74 – Table of Bundled Rebates & Gross Sales 2015: Deny Sanofi's sealing request.

Exhibit 75 – Marotta Email Communication May 23, 2014, SAN-EPI_A-0035870: Deny Sanofi's sealing request.

Exhibit 76 – Deposition Transcript Excerpts of Bryan Downey (Aug. 1, 2018): Deny Sanofi's request to redact.

Exhibit 77 – Deposition Transcript Excerpts of Anne Whitaker (Oct. 18, 2018): Deny Sanofi's request to redact.

Exhibit 78 – Denney Email Communication, June 13, 2014, SAN-EPI-0255744: Grant Sanofi's sealing request.

Exhibit 79 – Fourth Amendment Rebate and Administrative Fee Agreement, MYEP00087496: Grant Mylan's request to seal the exhibit, but deny Mylan's request to redact the references to and quotes from the exhibit.

Exhibit 80 – Contract Approval Form, SAN-EPI_0000519: Deny Sanofi's sealing request.

Exhibit 81 – Second Amendment Rebate and Administrative Fee Agreement, Hall Dep. Ex. 33: Deny Mylan's request to seal and redact.

Exhibit 82 – Amendment Rebate Agreement, SAN-EPI-0077733: Deny Sanofi's sealing

request.

Exhibit 83 – Meeting Invitation Aug. 18, 2014, Foster Dep. Ex. 23: Deny Mylan's request to seal and redact.

Exhibit 84 – Jones Email Communication, Sept. 9, 2014, MYEP00491870: Grant Mylan's request to seal the exhibit, but deny Mylan's request to redact the references to and quotes from the exhibit.

Exhibit 85 – Expert Report of Professor Einer Elhauge (Oct. 31, 2019): Grant Mylan's requested redaction at page 42. For all other Mylan requests, when the Court issues an order ruling on Mylan's Summary Judgment Motion sealing requests, the parties shall apply the same ruling to Mylan's request here. When Plaintiffs publicly file Exhibit 85 pursuant to this Order, they shall provisionally treat Mylan's requested redactions as approved. Deny Humana's request to seal and/or redact. Grant redaction requests by Sanofi.

Exhibit 87 – Deposition Transcript Excerpts of Peter Guenter (Oct. 3, 2018): Grant Sanofi's request to seal.

Exhibit 89 – King Pharmaceuticals Presentation Slides, PFE_EPIPEN_AT00614688: Grant Mylan's request to seal the exhibit, but deny Mylan's request to redact the references to and quotes from the exhibit.

Exhibit 90 – Pfizer Email Communication, PFE_EPIPEN_AT00842886: Grant Mylan's request to seal the exhibit, but deny Mylan's request to redact the references to and quotes from the exhibit.

Exhibit 91 – Pfizer Business Agreement, PFE_EPIPEN_AT00296193: Grant Mylan's sealing request.

Exhibit 92 – Mylan/Pfizer Committee Minutes, PFE_EPIPEN_AT00548048: Grant

14

Mylan's sealing request.

Exhibit 93 – Deposition Transcript Excerpts of Ivona Kopanja (July 19, 2019): Deny Mylan's redaction requests.

Exhibit 94 – Mylan Email Communication, MYEP00727319: Grant Mylan's request to seal the exhibit, but deny Mylan's request to redact the references to and quotes from the exhibit.

Exhibit 96 – Mylan Presentation Slides, Kopania Dep. Ex. 6, MYEP01025544: Deny Mylan's request to seal and redact.

Exhibit 98 – Dey Presentation May 19, 2010, MYEP00724517: Deny Mylan's request to seal and redact.

Exhibit 99 – Mylan Email Communication June 20, 2011, Bresch Dep Ex. 27 MYEP00906261: Deny Mylan's request to seal and redact.

Exhibit 100 – Deposition Transcript Excerpts of Roger Graham 30(b)(6) (July 17, 2019): Deny Mylan's request to redact.

Exhibit 103 – Mylan Email Communication April 15, 2011, Kopanja Dep. Ex. 7, MYEP01339364: Deny Mylan's sealing and redaction requests.

Exhibit 105 – Mylan Email Communication May 24, 2011, MYEP01393456: Deny Mylan's sealing and redaction requests.

Exhibit 106 - Mylan Email Communication July 21, 2011, Kashtan Dep. Ex. 10, MYEP00874083: Deny Mylan's sealing and redaction requests.

Exhibit 107 – Lonczak Email Communication, July 9, 2011, MYEP008349271: Deny Mylan's sealing and redaction requests.

Exhibit 109 – Deposition Transcript Excerpts of Heather Bresch (Oct. 9, 2018): Deny Mylan's redaction request.

Exhibit 110 – Mylan Q&A with Comments, MYEP00875022: Deny Mylan's sealing and redaction requests.

Exhibit 111 – Mylan EpiPen Presentation, MYEP00332421: Deny Mylan's sealing request.

Exhibit 113 – Deposition Transcript Excerpts of Lauren Kashtan (March 19, 2019): Deny Mylan's request to redact.

Exhibit 115 - Deposition Transcript Excerpts of Paul Muma 30(b)(6) (Sept. 25, 2019): Deny Mylan's request to redact.

Exhibit 116 – Mylan Defendants' Second Amended Responses and Objections to Class Plaintiffs' First Set of Interrogatories, March 22, 2018 at No. 3: Deny Mylan's request to redact.

Exhibit 118 – Mylan's Responses to Class Plaintiffs' Second Set of Interrogatories: Deny Mylan's request to redact.

Exhibit 121 - Mylan Email Communication, April 29, 2011, MYEP01207484: Deny Mylan's sealing and redaction requests.

Exhibit 122 - Email Communication May 24, 2011, PFE_EPIPEN_AT0 0483706: Deny Mylan's sealing and redaction requests.

Exhibit 123 - Presentation to Pfizer, July 8, 2011, Kopanja Dep. Ex. 13, MYEP00872303: Deny Mylan's sealing and redaction requests.

Exhibit 124 - Mylan Dey Email Communication, July 10, 2011, Kopanja Dep. Ex. 14, MYEP00458756 attaching MYEP00458757 Heather-Update PPT: When the Court issues an order ruling on Mylan's Summary Judgment Motion sealing requests, the parties shall apply the same ruling to Mylan's request here. When Plaintiffs publicly file Exhibit 124 pursuant to this Order, they shall provisionally treat Mylan's requested redactions as approved.

Exhibit 125 - Dey Presentation to Joint Commercial Committee July 14, 2011, PFE_EPIPEN_AT0 1001157: Deny Mylan's sealing and redaction requests.

Exhibit 129 - Mylan Email Communication re Press Release, Aug. 7, 2011, MYEP00463702: Deny Mylan's sealing request.

Exhibit 130 - Dey Email Communication re Brainshark, Aug. 18, 2011, MYEP00717271 & MYEP00717274: Deny Mylan's sealing and redaction requests.

Exhibit 131 - Kashtan to Kopanja re communication to stakeholders, Aug. 25, 2011, MYEP00871515: Deny Mylan's sealing request.

Exhibit 132 - Mylan Email Communication, Sept. 20, 2011 MYEP01387447: Deny Mylan's sealing request.

Exhibit 133 – Mylan Email Communication, May 19, 2011, MYEP00724455, MYEP00724457: Deny Mylan's request to seal and redact.

Exhibit 139 - Coury Email Communication to Bresch, Aug. 5, 2011, MYEP00433544: Deny Mylan's redaction request.

Exhibit 140 - Dey Email Communication, Aug. 26, 2011, Jordan Dep. Ex. 35, MYEP00443833: Deny Mylan's sealing and redaction requests.

Exhibit 141 - Chandra Miranda email to Colleen Donovan, August 10, 2011, MYEP01273477: Deny Mylan's request to seal.

Exhibit 142 - Project X2 Slide Deck, Aug. 15, 2011, MYEP01399857: Deny Mylan's sealing request.

Exhibit 144 – Email Correspondence Sanders to Bresch, Oct. 3, 2011, MYEP00434928: Deny Mylan's sealing and redaction requests.

Exhibit 146 - Mylan Email Communication, Jan. 16, 2012, MYEP00597744: Grant

Mylan's request to redact the exhibit but deny the request to redact reference to and quotes from the document in the opposition brief.

Exhibit 147 - Mylan Presentation Market Review 2013, MYEP00151776: Grant Mylan's request to seal the exhibit but deny the request to redact reference to and quotes from the document in the opposition brief.

Exhibit 148 - EpiPen Historical Summary Slides, Aug. 26, 2016, PFE_EPIPEN_AT0 0695319: Deny Mylan's request to seal.

Exhibit 149 - Mylan 2011 Bruce Foster Review Form, MYEP00270880: Deny Mylan's sealing and redaction requests.

Exhibit 151 - Email Hadley to Barone re Consumer Research, Nov. 1, 2012, Hadley Dep. Ex. 24, MYEP01033504: Deny Mylan's sealing request.

Exhibit 152- Mylan Cover Email and EpiPen Defense Presentation attachment, Oct. 29, 2014, MYEP00193044: Deny Mylan's sealing request.

Exhibit 153 - Email Arcara to Prout with Research Summary, Oct. 26, 2012, Arcara Dep. Ex. 8, MYEP00742100: Deny Mylan's sealing request.

Exhibit 154 - Rousseau email to Thievon, Oct. 10, 2012, Graham 30(b)(6) Dep. Ex. 29, MYEP00630921: Deny Mylan's sealing request.

Exhibit 155 - Cover Email and Market Research Slides, July 18, 2014, MYEP00140817: Deny Mylan's sealing request.

Exhibit 156 - Arcara Email to Korczynski with Market Research Slides Aug. 27, 2013, Graham 30b6 Ex 28, MYEP00603647: Deny Mylan's sealing request.

Exhibit 157 - Mylan Email Communication, March 8, 2013, MYEP01351851: Grant Mylan's sealing request.

Exhibit 158 - Marcuccio Email to Stewart re Notes on Epicard Aug. 12, 2008, Handel Dep. Ex. 5, PFE_EPIPEN_AT0 0648955: Deny Mylan's sealing request.

Exhibit 159 - Handel email to Savage with attachments, Sept. 2, 2011, Coury Dep. Ex. 20, PFE_EPIPEN_AT0 0011447: Grant Mylan's request to seal.

Exhibit 160 - Class Plaintiffs' Fourth Supplemental Responses and Objections to Mylan Defendants' Third Set of Interrogatories to Class Plaintiffs: When the Court issues an order ruling on Mylan's Summary Judgment Motion sealing requests, the parties shall apply the same ruling to Mylan's request here. When Plaintiffs publicly file Exhibit 160 pursuant to this Order, they shall provisionally treat Mylan's requested redactions as approved.

Exhibit 161 - Email Correspondence with EpiPen Meeting Minutes, Oct. 7, 2011, Handel Dep. Ex 12, PFE_EPIPEN_AT0 0548494: Deny Mylan's request to seal.

Exhibit 162 - Mylan Update Meeting Slides, Jan. 4, 2012, MYEP00088373: Deny Mylan's sealing and redaction requests.

Exhibit 163 - EpiPen Global Brand Plan 2012-2016 Slides, MYEP00088189: Deny Mylan's request to seal.

Exhibit 164 - Mylan Email Communication with Marketing Slide attachments, Dec. 29, 2011, MYEP00825389: Deny Mylan's request to seal.

Exhibit 166 - Expert Report of Dr. Robert P. Navarro (Dec. 23, 2019): When the Court issues an order ruling on Mylan's Summary Judgment Motion sealing requests, the parties shall apply the same ruling to Mylan's request here. When Plaintiffs publicly file Exhibit 166 pursuant to this Order, they shall provisionally treat Mylan's requested redactions as approved. Deny Anthem's request to redact. Grant CVS's request to redact. Grant ESI's request to redact as set forth at ECF No. 2239-8 pages 12, 14. Grant Humana's request to redact. Grant MedImpact's

19

request to redact as set forth in ECF No. 2239-13 at page 6. Grant OptumRX and United's request to redact as set forth in ECF No. 2239-14 at pages 8-11. Grant Presbyterian Health's request to redact as set forth in ECF No. 2239-16 page 2. Grant Prime's request to redact as set forth in ECF No. 2239-17 at pages 3-4. Grant Sanofi's request to redact as set forth in ECF No. 2239-18 pages 353-56.

Exhibit 167 - PBM Rebate Contracts: Deny Mylan's and CVS's requests to seal.

Exhibit 168 - Deposition Transcript Excerpts of Patrick Jones (September 7, 2018): Deny Mylan's redaction request.

Exhibit 170 - Deposition Transcript Excerpts of Sandy Loreaux (Sept. 6, 2018): Deny Sanofi's redaction request.

Exhibit 171 - Deposition Transcript Excerpts of Bruce Foster (June 14, 2018): Deny Mylan's redaction request.

Exhibit 172 - Deposition Transcript Excerpts of Harry Jordan (Oct. 26, 2018): Deny Mylan's redaction request.

Exhibit 173 - Hadley Email to Shuck Dec. 2, 2011, Hadley Dep. Ex. 7, MYEP01033592: Deny Mylan's sealing request.

Exhibit 174 - Mylan Email Correspondence, Dec. 14, 2011, with Competitive Workshop Slides, MYEP00723817: Deny Mylan's sealing request.

Exhibit 175 - T. Hadley email to T. Miller with Auvi-Q Materials Slides, YEP00332613: Deny Mylan's sealing request.

Exhibit 177 - Deposition Transcript Excerpts of Nicole Willing (May 31, 2018): Deny Mylan's redaction request.

Exhibit 178 - Hartness email to Wahl, May 8, 2013, SAN-EPI-0545367: Grant Sanofi's

sealing request.

Exhibit 179 - Arcara email to Korczynski, Oct. 25, 2013, MYEP00257144: Deny

Mylan's sealing request.

Exhibit 180 - Thievon email to Rousseau with Pricing Committee Slides, Oct. 24,

2012, MYEP01201496: Deny Mylan's sealing request.

Exhibit 181 - Deposition Transcript Excerpts of Sherry Korczynski 30(b)(6)

(Aug. 24, 2018): Deny Mylan's sealing request.

Exhibit 182 - Korczynski Email with Plan Slides, Korczynski Dep. Ex. 30: Deny Mylan's

sealing request.

Exhibit 183 - Mylan Email Communication Dec. 16, 2011, Deposition of Ron Graybill

Ex. 4: Deny Mylan's sealing request.

Exhibit 184 - Mylan Email Communication, Nov. 13, 2013, Foster Dep. Ex. 20,

MYEP00602163: Deny Mylan's sealing request.

Exhibit 185 - Relevant Excerpts of Mylan Presentation Slides, PFE_EPIPEN_AT0

0011449: Grant Mylan's sealing request.

Exhibit 186 - Hadley Email to Nitkowski, Dec. 14, 2011, Corey Ex 21; Hadley Dep. Ex.

8, MYEP01032076: Deny Mylan's sealing request.

Exhibit 187 - Mylan Email Communication, Aug. 26, 2011, MYEP00720503: Deny

Mylan's sealing request.

Exhibit 188 – Mylan Email Communication, Nov. 4, 2013, MYEP00305854: Grant

Mylan's redaction request.

Exhibit 190 - Deposition Transcript Excerpts of Scott Sussman (Sept. 13, 2018): Deny

Mylan's sealing request.

21

Exhibit 191 - Mylan Email Communication, Nov. 2, 2012, MYEP01352417: Deny Mylan's sealing request.

Exhibit 192 - Downing Email to Loreaux, Sept. 6, 2013, SAN-EPI_A- 0041389: Grant Sanofi's sealing request.

Exhibit 193 - Mylan Email Communication, Minton Dep. Ex. 16, MYEP00593648: Deny Mylan's sealing request.

Exhibit 194 - Mylan Email Communication, Nov. 2, 2012, Jones Dep. Ex. 12, MYEP00624726: Deny Mylan's sealing request.

Exhibit 196 - Mylan Email Communication, MYEP00269353: Grant Mylan's sealing request.

Exhibit 197 - Mylan Communication, April 20, 2013, MYEP00254218: Grant Mylan's sealing request.

Exhibit 198 - Stein Email to Brownfield, Oct. 9, 2012, HUM006208: Deny Mylan's and Humana's sealing requests.

Exhibit 199 - Stein Email to Hanley, June 25, 2013, HUM001702: Deny Mylan's and Humana's sealing requests.

Exhibit 200 - Mylan Email Communication, Mar. 4, 2013, Foster Dep. Ex. 14, MYEP00619261: Grant Mylan's sealing request.

Exhibit 201 - Prestonjee Email to Ayers, Mar. 7, 2014, MEDIMPACT_000 7791: Deny MedImpact's sealing request.

Exhibit 203 - Deposition Transcript Excerpts of Douglas M. Brown 30(b)(6) (Magellan) (Oct. 25, 2018): Grant Magellan's sealing request.

Exhibit 204 - Mylan Email Communication, Mar. 4, 2013, Foster Dep. Ex. 14,

MYEP00619261: Grant Mylan's sealing request.

Exhibit 205 - Class Plaintiffs' Fourth Supplemental Responses and Objections to Mylan Defendants' Third Set of Interrogatories to Class Plaintiffs: Class Plaintiffs' Fourth Supplemental Responses and Objections to Mylan Defendants' Third Set of Interrogatories to Class Plaintiffs: When the Court issues an order ruling on Mylan's Summary Judgment Motion sealing requests, the parties shall apply the same ruling to Mylan's request here. When Plaintiffs publicly file Exhibit 205 pursuant to this Order, they shall provisionally treat Mylan's requested redactions as approved.

Exhibit 206 - Kashtan to Kopanja re communication to stakeholders, Aug. 25, 2011, MYEP00871515: Deny Mylan's request to seal.

Exhibit 207 - Mylan Presentation Slides, Korczynski Dep. Ex. 23, MYEP00119242: Deny Mylan's request to seal.

Exhibit 208 - Korczynski email to Arcara, Mar. 4, 2014, Korczynski Dep. Ex. 38, MYEP00667337: Deny Mylan's request to seal.

Exhibit 209 - Mylan Committee Minutes, MYEP01134965: Deny Mylan's request to seal.

Exhibit 210 - MME Presentation Slides to Mylan, July 2012, MME-EpiPen 006950: Deny Mylan's request to seal.

Exhibit 211 - Pricing Committee Slides, MYEP01201497: Deny Mylan's request to seal.

Exhibit 213 - Mylan Email Communication, Aug. 17, 2016, MYEP00519385: Deny Mylan's request to seal.

Exhibit 214 - Mylan Email Communication, Dec. 6, 2013, Willing Dep. Ex. 17, YEP00611547: Deny Mylan's request to seal.

Exhibit 215 - Mylan Email Communication, Aug. 30, 2013, MYEP00252719, Korczynski Ex 7: Deny Mylan's request to seal.

Exhibit 216 - Email with Mylan Presentation Slides, Dec. 10, 2014, MYEP00186646: Deny Mylan's request to seal.

Exhibit 217 - Email and Messaging Research Slides, Dec. 12, 2014, MYEP00093725; Graham 30(b)(6) Dep. Ex. 33: Deny Mylan's request to seal.

Exhibit 218 - Email with Auvi-Q Report Slides attachment, Sussman Dep. Ex. 18, MYEP00450839: Deny Mylan's request to seal.

Exhibit 219 - Mylan Communication, Sept. 13, 2013, Sussman Dep. Ex. 11, MYEP00892918: Deny Mylan's request to seal.

Exhibit 220 - EpiPen JCC Presentation Slides, Dec. 8, 2011, PFE_EPIPEN_AT0 1185204: Deny Mylan's request to seal.

Exhibit 221 - Email with JCC Presentation Slides, Dec. 11, 2013, MYEP00497745: Grant Mylan's request to seal.

Exhibit 222 - Email with EpiPen JCC Meeting Minutes, 20 March 2014, PFE_EPIPEN_AT0 0540546: Deny Mylan's request to seal.

Exhibit 227 - Mylan Email Communication, March 21, 2014, MYEP00750871: Deny Mylan's request to seal.

Exhibit 228 - Sussman email to Young, Oct. 23, 2013, Sussman Dep. Ex. 5, MYEP00278898: Deny Mylan's request to seal.

Exhibit 229 - Deposition Transcript Excerpts of Roger Graham (Aug. 29, 2018): Deny Mylan's request to redact.

Exhibit 231 - Mylan email with Slides, Graham 30)(b)(6) Dep. Ex. 38,

MYEP001194671: Deny Mylan's request to seal.

Exhibit 233 - Email with JCC Presentation Slides, Dec. 11, 2013, Graham 30(b)(1) Dep. Ex. 20: Grant Mylan's request to seal.

Exhibit 234 - Mylan Communication re Commercial, June 30, 2014, MYEP00672498: Deny Mylan's request to seal.

Exhibit 235 - Mylan Communication re TV, June 30, 2014, MYEP00672221: Deny Mylan's request to seal.

Exhibit 236 - Graham Email July 2, 2014, Graham 30(b)(1) Dep. Ex. 33 MYEP00293763: Deny Mylan's request to seal.

Exhibit 237 - Kleyweg email to Lo re Advertising, March 12, 2015, DH0128009: Deny Mylan's request to seal.

Exhibit 239 - Dowd email to Minchow, Nov. 6, 2014, Brown Dep. Ex. 19, 2014EPI-NE-0000542: Deny Mylan's request to seal.

Exhibit 240 - Deposition Transcript Excerpts of Jonathan Fairest (Oct. 19, 2018): Deny Sanofi's redaction request.

Exhibit 242 - Email Communication re Auvi Q Launch, May 20, 2014, SAN-EPI-0374526: Grant Sanofi's request to redact as set forth in ECF No. 2239-18 page 117.

Exhibit 243 - Email Communication with Sanofi Slides, AN-EPI-0788657: Grant Sanofi's request to redact as set forth in ECF No. 2239-18 pages 146-47.

Exhibit 244 - Project Intelliject epiCard Summary, SAN-EPI-0766016: Grant Sanofi's request to seal.

Exhibit 245 - Deposition Transcript Excerpts of Patrick Barry 30(b)(6) (July 13, 2018): Grant Sanofi's request to seal.

Exhibit 246 - Deposition Transcript Excerpts of Janusz Ordover (May 1, 2019): Deny Mylan's request to redact.

Exhibit 247 - Auvi- Q Slides, PS0236464: Grant Sanofi's request to seal (as adopted by PayerSciences).

Exhibit 248 - Rebuttal Expert Report of J. Lawrence Stevens (April 13, 2019): Grant Sanofi's redaction request as set forth in ECF No. 2239-18 page 356.

Exhibit 249 – Mylan Communication with Excel, Zinn Dep. Ex. 26, MYEP00167182: Deny Mylan's sealing request.

Exhibit 250 - Mylan Email Communication, March 17, 2016, Foster Dep. Ex. 28: Deny Mylan's sealing request.

Exhibit 251 - Garner email to Brown, Nov. 6, 2015: Deny Mylan's and Magellan's sealing requests.

Exhibit 252 - FDA Correspondence with Teva Jan 2, 2009, Teva_Epi_000092: Deny Teva's requests to seal and redact.

Exhibit 254 - Mylan Defs. Amended Privilege Log (Aug. 8, 2018): Grant Mylan's sealing and redaction requests.

Exhibit 255 - Email Correspondence, TEVA_EPI_MDL00 458920: Deny Mylan's request to redact references to and quotes from this exhibit on page 42 of Class Plaintiffs' Opposition. Gran Mylan's other requests to redact. Deny Teva's request to seal and redact.

Exhibit 256 - Amended and Restated Supply Agreement, Graham 30(b)(6) Dep. Ex. 2, MYEP000474084: Grant Mylan's request to seal and redact.

Exhibit 257 - Mylan Defs. Second Amended Privilege Log (Aug. 17, 2018): Grant Mylan's request to seal and redact.

Exhibit 258 - Mylan Communication with Slide attachment, May 19, 2011, Kopanja Dep. Ex. 9: Deny Mylan's sealing request.

Exhibit 260 - Stark Email to Marth and Egosi, April 18, 2012, Teva_EPI_MDL004 62583: Deny Teva's sealing and redaction requests.

Exhibit 261 - Deposition Transcript Excerpts of Heather Bresch (Oct. 15, 2019) ("Bresch Dep. II"): Deny Mylan's redaction request.

Exhibit 262 - Email Correspondence, Feb. 24, 2012, Teva_EPI_MDL004 62609: Deny Teva's sealing and redaction requests.

Exhibit 263 - Email Correspondence, March 12, 2012, Teva_EPI_MDL000 13809: Deny Mylan's sealing request. Deny Teva's request to seal and redact.

Exhibit 265 - Stark Email to Myers, Feb. 2, 2012, Teva_EPI_MDL000: Deny Teva's request to seal and redact.

Exhibit 266 - Deposition Transcript Excerpts of Joseph F. Haggerty (Aug. 6, 2019): Deny Mylan's requests to redact.

Exhibit 267 - Privilege Log, Haggerty Dep. Ex. 11: Grant Mylan's requests to seal and redact.

Exhibit 269 - Ondos email to Devlin, April 26, 2012, MYEP01384566: Deny Mylan's sealing and redaction requests.

Exhibit 270 - Devlin Email to Kashtan, March 12, 2012, MYEP00880096: Deny Mylan's request to seal.

Exhibit 274 - Email with Agreement attachment, June 13, 2014, Teva_EPI_MDL000 03726: Deny Teva's request to seal and redact.

Exhibit 275 - Execution Copy of Agreement, Teva_EPI_MDL000 03474: Grant Teva's

27

request to seal and redact.

Exhibit 276 - Execution Copy of Term Sheet, Teva_EPI_MDL000 04243: Grant Teva's request to seal and redact.

Exhibit 277 - Cover Email re Execution Copy of Term Sheet, Teva_EPI_MDL000 04389: Grant Teva's request to seal.

Exhibit 278 - Email Correspondence date April 18, 2012, Teva_EPI_MDL004 62587: Deny Teva's request to seal and redact.

Exhibit 279 - Email Correspondence, April 25, 2012, Teva_Epi_MDL000 13751: Deny Mylan's requests to seal and redact.

Exhibit 282 - Marth Email to Streisel, March 7, 2012, Teva_EPI_MDL004 62588: Deny Teva's request to seal and redact.

Exhibit 291 - Agreement, PFE_EPIPEN_AT01339191: Grant Mylan's sealing request.

Exhibit 292 - Binding Term Sheet, MYEP01361499: When the Court issues an order ruling on Mylan's Summary Judgment Motion sealing requests, the parties shall apply the same ruling to Mylan's request here. When Plaintiffs publicly file Exhibit 292 pursuant to this Order, they shall provisionally treat Mylan's requested redactions as approved.

Exhibit 293 - FTC Correspondence, May 12, 2012, MYEP01316427: When the Court issues an order ruling on Mylan's Summary Judgment Motion sealing requests, the parties shall apply the same ruling to Mylan's request here. When Plaintiffs publicly file Exhibit 293 pursuant to this Order, they shall provisionally treat Mylan's requested redactions as approved. Mylan's redaction request is denied.

Exhibit 298 – Deposition Transcript Excerpts of Steven M. Weisman, M.D. (Jan. 24, 2020): Grant Teva's request to seal.

Exhibit 299 - Teva Correspondence with FDA, May 22, 2009, Teva_Epi_MDL000 25167: Deny Teva's request to seal.

Exhibit 300 - FDA Correspondence with Teva, Mar. 2, 2010, Teva_Epi_MDL002 79466: Deny Teva's request to seal.

Exhibit 301 - Teva Correspondence with FDA re Labeling Amendment, Oct. 11, 2010, Teva_Epi_MDL002 77397: Deny Teva's request to seal.

Exhibit 302 - Teva Correspondence with FDA re Minor Amendment, Sept. 8, 2010, Teva_Epi_MDL000 27929: Deny Teva's request to seal.

Exhibit 304 - Bauersmith Email to Myers, Mar. 3, 2011, PFE_EPIPEN_AT0 0740105: When the Court issues an order ruling on Mylan's Summary Judgment Motion sealing requests, the parties shall apply the same ruling to Mylan's request here. When Plaintiffs publicly file Exhibit 304 pursuant to this Order, they shall provisionally treat Mylan's requested redactions as approved.

Exhibit 306 - Teva Correspondence with FDA re Response to Information Request, Dec. 30, 2014, Teva_EPI_000207: Deny Teva's request to seal.

Exhibit 309 -Teva Correspondence with FDA re Bioequivalence Amendment, July 31, 2013, Teva_Epi_000147: Deny Teva's request to seal.

Exhibit 310 -Teva Correspondence with FDA re Quality Minor Amendment Response, Aug. 29, 2013, Teva_Epi_000153: Deny Teva's request to seal.

Exhibit 311 -Teva Correspondence with FDA re Draft Protocol, Jan. 20, 2012, Teva_Epi_000132: Deny Teva's request to seal.

Exhibit 312 - Vincent email to Erickson, Sept. 7, 2012 re FDA Contact, Teva_Epi_000142: Deny Teva's request to seal and redact.

Exhibit 313 - Epinephrine Injection Review Report, Teva_EPI_MDL000 53779: Deny Teva's request to seal and redact.

Exhibit 314 - Teva Correspondence with FDA re labeling Amendment, Aug. 1, 2014, Teva_Epi_000200: Deny Teva's sealing request.

Exhibit 317 - TUSA Generic New Product and Portfolio Reviews, Dec. 5, 2011, Teva_EPI_MDL000 73317: Deny Teva's request to seal and redact.

Exhibit 318 - Teva USA: Sales Forecast, Teva- Epi_002005: Deny Teva's request to seal.

Exhibit 319 - Teva Correspondence to FDA re Bioequivalence Amendment, July 31, 2013, Teva_EPI_MDL001 47085: Deny Teva's request to seal and redact.

Exhibit 328 - Deposition Transcript Excerpts of James Bruno (June 30, 2020): Grant Teva's request to redact as set forth in ECF No. 2239-19 pages 199, 206, 207, 211-13, and 238-40.

Exhibit 329 - Teva Meeting Minutes for May 1, 2012, Teva_Epi_MDL000 03071: Deny Teva's request to seal.

Exhibit 330 Teva Meeting Minutes for May 15, 2012, Teva_EPI_MDL00003066: Deny Teva's request to seal.

Exhibit 331 - Teva Meeting Minutes for June 12, 2012, Teva_Epi_MDL000 03056: Deny Teva's request to seal.

Exhibit 332 - Teva Meeting Minutes for July 24, 2012, Teva_EPI_MDL00003051: Deny Teva's request to seal.

Exhibit 333 - Teva Meeting Minutes for Aug. 21, 2012, Teva_EPI_MDL002 61452: Deny Teva's request to seal.

Exhibit 334 - Teva Meeting Minutes for Oct. 2, 2012, Teva_EPI_MDL00178477: Deny

Teva's request to seal.

Exhibit 335 - Teva Meeting Minutes for Oct. 16, 2012, Teva_EPI_MDL002 58572: Deny Teva's request to seal.

Exhibit 336 - Teva Meeting Minutes for Oct. 30, 2012, Teva_EPI_MDL002 58567: Deny Teva's request to seal.

Exhibit 337 - Teva Meeting Minutes for Nov. 13, 2012, Teva_Epi_MDL002 58562: Deny Teva's request to seal.

Exhibit 338 - Teva Meeting Minutes for Nov. 27, 2012, Teva_EPI_MDL00015814: Deny Teva's request to seal.

Exhibit 339 - Teva Meeting Minutes for Jan. 9, 2013, Teva_EPI_MDL000 258552: Deny Teva's request to seal.

Exhibit 340 - Teva Meeting Minutes for April 17, 2012, Teva_EPI_MDL000 03076: Deny Teva's request to seal.

Exhibit 341 – Teva Meeting Minutes for Nov. 27, 2012, Teva_EPI_MDL000 15814: Deny Teva's request to seal.

Exhibit 342 - Teva Meeting Minutes for Mar. 15, 2011, Teva_EPI_MDL00261563: Deny Teva's request to seal.

Exhibit 343 - Teva Meeting Minutes for April 30, 2013, Teva_EPI_MDL000 21877: Deny Teva's request to seal.

Exhibit 344 - Teva Kickoff Slides, March 11, 2015, Teva_EPI_MDL002 29795: Deny Teva's request to seal and redact.

Exhibit 345 – Levy Email to Lobrutto, Feb. 8, 2015, Teva_EPI_MDL00171910: Deny Teva's request to seal and redact.

31

Exhibit 346 - Ferrigno Email to Lobrutto, May 20, 2014, Teva_EPI_MDL000 33302: Deny Teva's request to seal and redact.

Exhibit 360 - Kennedy email to Myers, March 16, 2012, Myers Dep. Ex. 15, PFE_EPIPEN_AT0 1334814; Deny Mylan's request to seal and redact.

Exhibit 363 - Mylan Communication with Pricing Committee Review, June 12, 2013 Slides, MYEP01143632: Deny Mylan's request to seal.

Exhibit 368 - Dey Slides Draft Sept. 27, 2010 MYEP00323548: Grant Mylan's request to seal.

Exhibit 370 - Supplemental Merits Expert Report of Dr. Meredith Rosenthal (Feb. 12, 2020): Grant Mylan's request to redact.

**IT IS THEREFORE ORDERED THAT** Class Plaintiffs' Omnibus Renewed Motion to File Under Seal Their Oppositions to Defendants' Motions to Exclude and Motions for Summary Judgment (ECF No. 2239) is granted in part and denied in part.

**IT IS FURTHER ORDERED THAT** within thirty (30) days of the date of this order:

(1) Class Plaintiffs must <u>file under seal</u>, and without redactions, those exhibits designated for such treatment in this Order;

(2) Class Plaintiffs must file <u>publicly</u>, each with the approved redactions, those exhibits designated for such treatment in this Order;

(3) Class Plaintiffs must file <u>publicly</u> and without redaction those exhibits designated for such treatment in this Order; and

(4) Class Plaintiffs must file <u>publicly</u> the exhibits to the motions included in this Omnibus Renewed Motion that no party or third party currently seeks leave to file under seal.

**IT IS SO ORDERED.**

Dated this 24th day of September, 2021 in Kansas City, Kansas.

Teresa J. James
U. S. Magistrate Judge