UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| In re EPIPEN (EPINEPHRINE INJECTION, USP) MARKETING, SALES PRACTICES AND ANTITRUST LITIGATION | Civil Action No. 2:17-md-02785-DDC-TJJ (MDL No: 2785) |
| This Document Relates to: CONSUMER CLASS CASES | CLASS PLAINTIFFS' MOTION TO STRIKE IN PART THE TESTIMONY OF DR. JOHN H. JOHNSON IV |

**PLEASE TAKE NOTICE** that, upon the annexed Memorandum of Law in Support of the Class Plaintiffs' Motion to Strike in Part the Testimony of Dr. John H. Johnson, IV (the "Memorandum"), the Declaration of Matthew S. Tripolitsiotis, dated July 15, 2020, and the exhibits appended thereto, Class Plaintiffs will move this Court for an order striking in part the testimony of Dr. John H. Johnson, IV identified in the accompanying Memorandum pursuant to Rule 702 of the Federal Rules of Evidence, Rule 26 of the Rules of Civil Procedure, and *Daubert v. Merrell Dow Pharm., Inc.*, 509 U.S. 579 (1993) and its progeny.

Dated: July 15, 2020
Seattle, WA

KELLER ROHRBACK L.L.P.

By: */s/ Lynn L. Sarko*
Lynn L. Sarko
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Telephone: (206) 623-1900