UNITED STATES DISTRICT COURT

DISTRICT OF KANSAS

| | | |
|---|---|---|
| In re EPIPEN (EPINEPHRINE INJECTION, USP) MARKETING, SALES PRACTICES AND ANTITRUST LITIGATION | ) | Civil Action No. 2:17-md-02785-DDC-TJJ (MDL No: 2785) |
| This Document Relates To: CONSUMER CLASS CASES. | ) | |

**DECLARATION OF WARREN T. BURNS**

Pursuant to 28 U.S.C. § 1746, I Warren T. Burns, one of the attorneys for Plaintiffs in the above-captioned matter, based upon my personal knowledge, state:

1. Listed below and attached hereto as Exhibits 1 through 370 are true and correct copies of the following documents filed in support of Class Plaintiffs' opposition to Defendants' motions for summary judgment. The basis for the anticipated admissibility at trial of each exhibit is set forth in the list below, following the description of each exhibit.

| Ex. No. | Description | Admissibility |
|---|---|---|
| 1 | *Mylan Inc. Q1 2009 Earnings Call Transcript*, SEEKING ALPHA (May 1, 2009) | FRE 801(d)(2) |
| 2 | Dey Presentation, MYEP00458215 | FRE 801(d)(2) |
| 3 | *Mylan Taking Immediate Action to Further Enhance Access to EpiPen® (Epinephrine Injection, USP) Auto-Injector*, Mylan.com | FRE 801(d)(2) |
| 4 | Nov. 1, 2016 Senate Letter, Heather Bresch Dep. Ex. 18 | FRE 807 |
| 5 | Merits Expert Report of Jay Portnoy, M.D. (Oct. 31, 2019) | FRE 702 |
| 6 | Deposition Transcript Excerpts of Jay Portnoy (Feb. 15, 2019) | |
| 7 | Deposition Transcript Excerpts of Michael Blaiss (Jan. 28, 2020) | |
| 8 | Expert Report of Michael Blaiss, December 23, 2019 | FRE 702 |
| 9 | Anaphylaxis: Guidelines from European Academy of Allergy and Clinical Immunology, Lieberman Dep. Ex. 16 | FRE 703 |

| Ex. No. | Description | Admissibility |
|---|---|---|
| 10 | Deposition Transcript Excerpts of Phillip L. Lieberman (Sept. 3, 2019) | |
| 11 | Dey Presentation, Handel 30(b)(6) Dep. Ex. 17, PFE_EPIPEN_AT01223632 | FRE 801(d)(2) |
| 12 | Mylan Email Communication August 3, 2011, Kopanja Dep. Ex. 17, MYEP00463180 | FRE 801(d)(2) |
| 13 | Mylan Email Communication and Presentation Slides, Foster Dep. Ex. 37, MYEP00650448,_MYEP00650449 | FRE 801(d)(2) |
| 14 | Mylan Q&A, Kashtan Dep. Ex. 4, MYEP01275289 | FRE 801(d)(2) |
| 15 | Mylan Email Communication, Foster Dep. Ex. 30, MYEP00650326 | FRE 801(d)(2) |
| 16 | Mylan Email Communication, November 1, 2011, MYEP00909416 | FRE 801(d)(2) |
| 17 | Email Communication, July 1, 2011, PFE_EPIPEN_AT00487437.00001 | FRE 801(d)(2) |
| 18 | Deposition Transcript Excerpts of Donna Dvorak (June 6, 2018) | |
| 19 | Tables Summarizing Testimony of Named Class Plaintiffs Regarding EpiPen 2-Pak Issues | FRE 1006; FRE 801(c)(2) |
| 20 | *Highlights of Prescribing Information re Epinephrine injection, USP auto-injector*, FDA | FRE 803(8) |
| 21 | Mylan email communications, March 14, 2014, MYEP00930034 | FRE 801(d)(2) |
| 22 | Deposition of Phillip Lieberman, Dep. Ex. 4, PFE_EPIPEN_AT00921129 | FRE 801(d)(2) |
| 23 | Correspondence with Office of Generic Drugs, CDER, FDA dated May 17, 2011, Teva_Epi_000114 | FRE 801(d)(2) |
| 24 | TEVA Email Correspondence with Generic Drugs, FDA, August 16, 2018, Teva_EPI_MDL_00001930 | FRE 801(d)(2) |
| 25 | Rebuttal Expert Report of Carl Peck, M.D. (Feb. 7, 2020) | FRE 702 |
| 26 | Teva Correspondence with FDA re Meeting Request, Aug. 10, 2016, Teva_Epi_0003762 | FRE 801(d)(2) |
| 27 | Merits Expert Report of Dr. Andrew W. Torrance (October 31, 2019) | FRE 702 |
| 28 | FDA Correspondence with Dey Pharma, MYEP000015012 | FRE 801(d)(2) |
| 29 | Scott Gottlieb, M.D., *Remarks to FDA Employees on Generic Drug Science Day*, FDA (Nov. 28, 2017). | FRE 807 |
| 30 | Expert Report of Carl Peck, M.D. (October 31, 2019) | FRE 702 |
| 31 | Rebuttal Expert Report of James Bruno (February 7, 2020) | FRE 702 |
| 32 | Pls.' Statement of Other Issues, Ex. 21 to Proposed Pretrial Order, King Pharm., Inc. et al., No. 1:09-CV-00652-GMS, ECF No. 142-1 | FRE 801(d)(2) |
| 33 | Teva Pharmaceutical Meetings Minutes Feb. 10, 2012, Teva_EPI_MDL00015844 | FRE 801(d)(2) |

| Ex. No. | Description | Admissibility |
|---|---|---|
| 34 | Dr. Andrew W. Torrance Rebuttal Report to Expert Report of Charles E. Clemens (Feb. 21, 2020) | FRE 702 |
| 35 | Katie Thomas, *20 States Accuse Generic Drug Companies of Price Fixing,* N.Y. TIMES (Dec. 15, 2016) | FRE 807 |
| 36 | Agreement, Deposition of Mini Bhatt Ex. 17, MYEP00180922 | FRE 801(d)(2) |
| 37 | Deposition Transcript Excerpts of Carl Peck, MD (Nov. 21, 2019) | |
| 38 | Attorney correspondence with FDA, FOIA-FDA_006703 | FRE 703 |
| 39 | Class Plaintiff – Response to Def. Ex. 128, Table 3 | FRE 1006 |
| 40 | Mylan Email Correspondence July 10, 2012 MYEP01385085 | FRE 801(d)(2) |
| 41 | PROVIGIL® Medication Guide | FRE 807;<br>FRE 803(8) |
| 42 | Jonathan Rockoff, *How a Drug Maker Tries to Outwit Generics*, Wall Street Journal (Nov. 18, 2008) | FRE 807 |
| 43 | Statement of the Federal Trade Commission, FTC v. Cephalon, Inc., (May 28, 2015) | FRE 807;<br>FRE 803(8) |
| 44 | Deposition Transcript Excerpts of Jill Ondos (Aug. 1, 2019) | |
| 45 | Mylan Email Correspondence Feb. 7, 2012, MYEP00410406 | FRE 801(d)(2) |
| 46 | Email Correspondence Feb. 25, 2013, Hall Dep. Ex. 3 | FRE 801(d)(2);<br>FRE 803(6) |
| 47 | Expert Report of Dr. Meredith Rosenthal (Oct. 31, 2019) | FRE 702 |
| 48 | Mylan Email Correspondence Aug. 16, 2016, MYEP00703731 | FRE 801(d)(2) |
| 49 | Deposition Transcript Excerpts of Eduardo Schur (May 10, 2019) | |
| 50 | Deposition Transcript Excerpts of Robert Eaton (Oct. 12, 2018) | |
| 51 | Deposition Transcript Excerpts of Kent Rogers 30(b)(6) (OptumRx) (Dec. 19, 2018) | |
| 52 | Deposition Transcript Excerpts of Robert Navarro, Pharm.D. (May 16, 2019) | |
| 53 | Deposition Transcript Excerpts of James Borneman (June 28, 2018) | |
| 54 | Deposition Transcript Excerpts of Barbara Minton 30(b)(6) (Anthem) (Oct. 30, 2018) | |
| 55 | Reply Expert Report of Prof. Einer Elhauge Feb. 12, 2020 | FRE 702 |
| 56 | Commercial Mylan Rebate Agreement Effective July 1, 2013 through December 31, 2015, Dep. of James Ayers (Sept. 26, 2018) Ex. 1 | FRE 803(6) |
| 57 | Rebate Agreement, Dep. of Joseph Anderson 30(b)(6) (Dec. 20, 2018) Ex. 7 | FRE 803(6) |
| 58 | Mylan's "submission for the Optum Rx 2012 3 Year Commercial bid" MYEP00084713 | FRE 801(d)(2) |
| 59 | Final Report Presentation, July 31, 2014, MYEP00346518 | FRE 801(d)(2) |
| 60 | Dep. of Patrick Jones (Sept. 7, 2018) Ex. 11 | FRE 801(d)(2) |
| 61 | Email Foster to Grimm, Nov. 23, 2015, MYEP00083385 | FRE 801(d)(2) |

| Ex. No. | Description | Admissibility |
|---|---|---|
| 62 | Email Willing to Graybill, Bresch Dep. Ex. 30, MYEP00892874 | FRE 801(d)(2) |
| 63 | Email Correspondence, May 20, 2014, Deposition of Chris Viebacher (Oct. 16, 2018) Ex. 38 | FRE 803(3); FRE 803(6) |
| 64 | Deposition Transcript Excerpts of Saira Jan (Horizon BCBS) (Nov. 30, 2018) | |
| 65 | Mylan Email Correspondence, Foster Dep. Ex. 13, MYEP00624314 | FRE 801(d)(2) |
| 66 | Jones Email to Peterpaul re meeting, Jan. 21, 2013, MYEP006000682 | FRE 801(d)(2) |
| 67 | Fourteenth Amendment, May Dep. Ex. 15, MYE00000926 | FRE 801(d)(2); FRE 803(6) |
| 68 | Mylan Email Corr. April 30, 2013, Foster Dep. Ex. 4 | FRE 801(d)(2) |
| 69 | Mylan and Optum Communication, MYEP00080824 | FRE 801(d)(2) |
| 70 | Merits Daubert Declaration of Prof. Einer Elhauge (Aug. 17, 2020) | FRE 702; FRE 703 |
| 71 | Pharmaceuticals & Therapeutic Committee Meeting Transcript June 27, 2014, Brown 30(b)(6) Dep. Ex. 6 | FRE 803(6) |
| 72 | Email Communication, Jan. 19, 2014, Viehbacher Ex. 11 | FRE 803(1); FRE 803(3); FRE 803(6) |
| 73 | Deposition Transcript Excerpts of Christopher Viehbacher (Oct. 16, 2018) | |
| 74 | Table of Bundled Rebates & Gross Sales 2015-2016, SAN-EPI_1235553 | FRE 803(6) |
| 75 | Marotta Email Communication May 23, 2014, SAN-EPI_A-0035870 | FRE 803(6) |
| 76 | Deposition Transcript Excerpts of Bryan Downey (Aug. 1, 2018) | |
| 77 | Deposition Transcript Excerpts of Anne Whitaker (Oct. 18, 2018) | |
| 78 | Denney Email Communication, June 13, 2014, SAN-EPI-0255744 | FRE 803(6) |
| 79 | Fourth Amendment Rebate and Administrative Fee Agreement, MYEP00087496 | FRE 801(d)(2) |
| 80 | Contract Approval Form, SAN-EPI_0000519 | FRE 803(6) |
| 81 | Second Amendment Rebate and Administrative Fee Agreement, Hall Dep. Ex. 33 | FRE 801(d)(2); FRE 803(6) |
| 82 | Amendment Rebate Agreement, SAN-EPI-0077733 | FRE 803(6) |
| 83 | Meeting Invitation Aug. 18, 2014, Foster Dep. Ex. 23 | FRE 801(d)(2) |
| 84 | Jones Email Communication, Sept. 9, 2014, MYEP00491870 | FRE 801(d)(2) |
| 85 | Expert Report of Professor Einer Elhauge (Oct. 31, 2019) | FRE 702 |
| 86 | Forc Share No. 159, MREPLY66 | FRE 702; FRE 703 |
| 87 | Deposition Transcript Excerpts of Peter Guenter (Oct. 3, 2018) | |
| 88 | Forecast May 11, 2015, PFE_EPIPEN_AT00848305 | FRE 801(d)(2) |

| Ex. No. | Description | Admissibility |
|---|---|---|
| 89 | King Pharmaceuticals Presentation Slides, PFE_EPIPEN_AT00614688 | FRE 801(d)(2) |
| 90 | Pfizer Email Communication, PFE_EPIPEN_AT00842886 | FRE 801(d)(2) |
| 91 | Pfizer Business Agreement, PFE_EPIPEN_AT00296193 | FRE 801(d)(2) |
| 92 | Mylan/Pfizer Committee Minutes, PFE_EPIPEN_AT00548048 | FRE 801(d)(2) |
| 93 | Deposition Transcript Excerpts of Ivona Kopanja (July 19, 2019) | |
| 94 | Mylan Email Communication, MYEP00727319 | FRE 801(d)(2) |
| 95 | Mylan Email Communication, MYEP00723310 | FRE 801(d)(2) |
| 96 | Mylan Presentation Slides, Kopania Dep. Ex. 6, MYEP01025544 | FRE 801(d)(2) |
| 97 | Meeting Invitation Jan. 12, 2011, Foster Dep. Ex. 35, MYEP00724452 | FRE 801(d)(2) |
| 98 | Dey Presentation May 19, 2010, MYEP00724517 | FRE 801(d)(2) |
| 99 | Mylan Email Communication June 32, 2011, Bresch Dep Ex. 27 MYEP00906261 | FRE 801(d)(2) |
| 100 | Deposition Transcript Excerpts of Roger Graham 30(b)(6) (July 17, 2019) | |
| 101 | Deposition Transcript Excerpts of Thomas Handel (Oct. 17, 2018) | |
| 102 | Mylan Email Communication March 19, 2011, MYEP01389489 | FRE 801(d)(2) |
| 103 | Mylan Email Communication April 15, 2011, Kopanja Dep. Ex. 7, MYEP01339364 | FRE 801(d)(2) |
| 104 | May 21, 2011 email by Lloyd Sanders, Lieberman Dep. Ex. 33, MYEP01407831 | FRE 801(d)(2) |
| 105 | Mylan Email Communication May 24, 2011, MYEP01393456 | FRE 801(d)(2) |
| 106 | Mylan Email Communication July 21, 2011, Kashtan Dep. Ex. 10, MYEP00874083 | FRE 801(d)(2) |
| 107 | Lonczak Email Communication, July 9, 2911, MYEP00839271 | FRE 801(d)(2) |
| 108 | Mylan Email Communication, July 1, 2011, MYEP01415028 | FRE 801(d)(2) |
| 109 | Deposition Transcript Excerpts of Heather Bresch (Oct. 9, 2018) | |
| 110 | Mylan Q&A with Comments, MYEP00875022 | FRE 801(d)(2) |
| 111 | Mylan EpiPen Presentation, MYEP00332421 | FRE 801(d)(2) |
| 112 | Email Communication re Liberman Slides June 21, 2011, Kashtan Dep. Ex. 3, MYEP00875484 | FRE 801(d)(2) |
| 113 | Deposition Transcript Excerpts of Lauren Kashtan (March 19, 2019) | |
| 114 | P. Lieberman, et al., *Anaphylaxis--A Practice Parameter Update 2015*, Annals Allergy Asthma Immunology (2015) | FRE 803(13), FRE 807; FRE 801(d)(2) |
| 115 | Deposition Transcript Excerpts of Paul Muma 30(b)(6) (Sept. 25, 2019) | |
| 116 | Mylan Defendants' Second Amended Responses and Objections to Class Plaintiffs' First Set of Interrogatories, March 22, 2018 at No. 3 | FRE 801(d)(2) |

| Ex. No. | Description | Admissibility |
|---|---|---|
| 117 | Pfizer Defendants' Third Supplemental Responses and Objections to Class Plaintiffs' First Set of Interrogatories to Pfizer Inc., King Pharmaceuticals LLC, and Meridian Medical Technologies, Inc. | FRE 801(d)(2) |
| 118 | Mylan's Responses to Class Plaintiffs' Second Set of Interrogatories | FRE 801(d)(2) |
| 119 | Deposition Transcript Excerpts of Sylvain Rocheleau (Sept. 26, 2018) | |
| 120 | Meridian Email Communication, Muma Dep. Ex 15, PFE_EPIPEN_AT00581018 | FRE 801(d)(2) |
| 121 | Mylan Email Communication, April 29, 2011, MYEP01207484 | FRE 801(d)(2) |
| 122 | Email Communication May 24, 2011, PFE_EPIPEN_AT00483706 | FRE 801(d)(2) |
| 123 | Presentation to Pfizer, July 8, 2011, Kopanja Dep. Ex. 13, MYEP00872303 | FRE 801(d)(2) |
| 124 | Mylan Dey Email Communication, July 10, 2011, Kopanja Dep. Ex. 14, MYEP00458756 attaching MYEP00458757 Heather-Update PPT | FRE 801(d)(2) |
| 125 | Dey Presentation to Joint Commercial Committee July 14, 2011, PFE_EPIPEN_AT01001157 | FRE 801(d)(2) |
| 126 | Mylan Email Communication June 14, 2011, MYEP00878251 | FRE 801(d)(2) |
| 127 | Mylan Cover Email, June 29, 2011, MYEP01275288 | FRE 801(d)(2) |
| 128 | Final Q&A as of Aug. 9, 2021, MYEP00869930 | FRE 801(d)(2) |
| 129 | Mylan Email Communication re Press Release, Aug. 7, 2011, MYEP00463702 | FRE 801(d)(2) |
| 130 | Dey Email Communication re Brainshark, Aug. 18, 2011, MYEP00717271 & MYEP00717274 | FRE 801(d)(2) |
| 131 | Kashtan to Kopanja re communication to stakeholders, Aug. 25, 2011, MYEP00871515 | FRE 801(d)(2) |
| 132 | Mylan Email Communication, Sept. 20, 2011 MYEP01387447 | FRE 801(d)(2) |
| 133 | Mylan Email Communication, May 19, 2011, MYEP00724455, MYEP00724457 | FRE 801(d)(2) |
| 134 | Dey Email Communication, June 9, 2011, Kopanja Dep Ex 10, MYEP00724404 | FRE 801(d)(2) |
| 135 | *Dey Pharma to Offer EpiPen 2-Pak® and EpiPen Jr 2-Pak® Exclusively,* Mylan (Aug. 24, 2011) | FRE 801(d)(2) |
| 136 | Mylan Email Communication, Aug. 24, 2011, MYEP00435479 | FRE 801(d)(2) |
| 137 | Lloyd Sanders email to Heather Bresch, Aug. 5, 2011, Kashtan Dep. Ex. 11, MYEP00433558 | FRE 801(d)(2) |
| 138 | Mylan Email Communication, Aug. 22, 2011, MYEP00871116 | FRE 801(d)(2) |
| 139 | Coury Email Communication to Bresch, Aug. 5, 2011, MYEP00433544 | FRE 801(d)(2) |
| 140 | Dey Email Communication, Aug. 26, 2011, Jordan Dep. Ex. 35, MYEP00443833 | FRE 801(d)(2) |

| Ex. No. | Description | Admissibility |
|---|---|---|
| 141 | Chandra Miranda email to Colleen Donovan, August 10, 2011, MYEP01273477. | FRE 801(d)(2) |
| 142 | Project X2 Slide Deck, Aug. 15, 2011, MYEP01399857 | FRE 801(d)(2) |
| 143 | Tables Summarizing Testimony of Named Class Plaintiffs Regarding EpiPen 2-Pak Issues | FRE 1006; FRE 801(c)(2) |
| 144 | Email Correspondence Sanders to Bresch, Oct. 3, 2011, MYEP00434928 | FRE 801(d)(2) |
| 145 | EpiPen 2016 Brank Plan Slides, PFECAN_EPIPEN_AT00000845 | FRE 801(d)(2) |
| 146 | Mylan Email Communication, Jan. 16, 2012, MYEP00597744 | FRE 801(d)(2) |
| 147 | Mylan Presentation Market Review 2013, MYEP00151776 | FRE 801(d)(2) |
| 148 | EpiPen Historical Summary Slides, Aug. 26, 2016, PFE_EPIPEN_AT00695319 | FRE 801(d)(2) |
| 149 | Mylan 2011 Bruce Foster Review Form, MYEP00270880 | FRE 801(d)(2) |
| 150 | *Sanofi Announces Auvi-Q, the First and Only Voice-Guided Epinephrine Auto-Injector, is Now Available in the U.S.*, PR News Wire, Jan 28, 2013 | FRE 803(6) |
| 151 | Email Hadley to Barone re Consumer Research, Nov. 1, 2012, Hadley Dep. Ex. 24, MYEP01033504 | FRE 801(d)(2) |
| 152 | Mylan Cover Email and EpiPen Defense Presentation attachment, Oct. 29, 2014, MYEP00193044 | FRE 801(d)(2) |
| 153 | Email Arcara to Prout with Research Summary, Oct. 26, 2012, Arcara Dep. Ex. 8, MYEP00742100 | FRE 801(d)(2) |
| 154 | Rousseau email to Thievon, Oct. 10, 2012, Graham 30(b)(6) Dep. Ex. 29, MYEP00630921 | FRE 801(d)(2) |
| 155 | Cover Email and Market Research Slides, July 18, 2014, MYEP00140817 | FRE 801(d)(2) |
| 156 | Arcara Email to Korczynski with Market Research Slides Aug. 27, 2013, Graham 30b6 Ex 28, MYEP00603647 | FRE 801(d)(2) |
| 157 | Mylan Email Communication, March 8, 2013, MYEP01351851 | FRE 801(d)(2) |
| 158 | Marcuccio Email to Stewart re Notes on Epicard Aug. 12, 2008, Handel Dep. Ex. 5, PFE_EPIPEN_AT00648955 | FRE 801(d)(2) |
| 159 | Handel email to Savage with attachments, Sept. 2, 2011, Coury Dep. Ex. 20, PFE_EPIPEN_AT00011447 | FRE 801(d)(2) |
| 160 | Class Plaintiffs' Fourth Supplemental Responses and Objections to Mylan Defendants' Third Set of Interrogatories to Class Plaintiffs | FRE 801(d)(2) |
| 161 | Email Correspondence with EpiPen Meeting Minutes, Oct. 7, 2011, Handel Dep. Ex 12, PFE_EPIPEN_AT00548494 | FRE 801(d)(2) |
| 162 | Mylan Update Meeting Slides, Jan. 4, 2012, MYEP00088373 | FRE 801(d)(2) |
| 163 | EpiPen Global Brand Plan 2012-2016 Slides, MYEP00088189 | FRE 801(d)(2) |
| 164 | Mylan Email Communication with Marketing Slide attachments, Dec. 29, 2011, MYEP00825389 | FRE 801(d)(2) |

| Ex. No. | Description | Admissibility |
|---|---|---|
| 165 | Mylan Email Communication re ESI, July 15, 2014, MYEP00744340 | FRE 801(d)(2) |
| 166 | Expert Report of Dr. Robert P. Navarro (Dec. 23, 2019) | FRE 801(d)(2) |
| 167 | PBM Rebate Contracts | FRE 803(6); FRE 1006 |
| 168 | Deposition Transcript Excerpts of Patrick Jones (September 7, 2018) | |
| 169 | Letter from Mylan to Karen Bowling, WV, Bresch Dep. Ex. 47 | FRE 801(d)(2) |
| 170 | Deposition Transcript Excerpts of Sandy Loreaux (Sept. 6, 2018) | |
| 171 | Deposition Transcript Excerpts of Bruce Foster (June 14, 2018) | |
| 172 | Deposition Transcript Excerpts of Harry Jordan (Oct. 26, 2018) | |
| 173 | Hadley Email to Shuck Dec. 2, 2011, Hadley Dep. Ex. 7, MYEP01033592 | FRE 801(d)(2) |
| 174 | Mylan Email Correspondence, Dec. 14, 2011, with Competitive Workshop Slides, MYEP00723817 | FRE 801(d)(2) |
| 175 | T. Hadley email to T. Miller with Auvi-Q Materials Slides, MYEP00332613 | FRE 801(d)(2) |
| 176 | Deposition Transcript Excerpts of Michael Brodeur 30(b)(6) (Aetna) (Dec. 12, 2018) | |
| 177 | Deposition Transcript Excerpts of Nicole Willing (May 31, 2018) | |
| 178 | Hartness email to Wahl, May 8, 2013, SAN-EPI-0545367 | FRE 803(6) |
| 179 | Arcara email to Korczynski, Oct. 25, 2013, MYEP00257144 | FRE 801(d)(2) |
| 180 | Thievon email to Rousseau with Pricing Committee Slides, Oct. 24, 2012, MYEP01201496 | FRE 801(d)(2) |
| 181 | Deposition Transcript Excerpts of Sherry Korczynski 30(b)(6) (Aug. 24, 2018) | |
| 182 | Korczynski Email with Plan Slides, Korczynski Dep. Ex. 30 | FRE 801(d)(2) |
| 183 | Mylan Email Communication Dec. 16, 2011, Deposition of Ron Graybill Ex. 4 | FRE 801(d)(2) |
| 184 | Mylan Email Communication, Nov. 13, 2013, Foster Dep. Ex. 20, MYEP00602163 | FRE 801(d)(2) |
| 185 | Relevant Excerpts of Mylan Presentation Slides, PFE_EPIPEN_AT00011449 | FRE 801(d)(2) |
| 186 | Hadley Email to Nitkowski, Dec. 14, 2011, Corey Ex 21; Hadley Dep. Ex. 8, MYEP01032076 | FRE 801(d)(2) |
| 187 | Mylan Email Communication, Aug. 26, 2011, MYEP00720503 | FRE 801(d)(2) |
| 188 | Mylan Email Communication, Nov. 4, 2013, MYEP00305854 | FRE 801(d)(2) |
| 189 | Email Communication, Patel Dep. Ex. 10, MYEP00304665 | FRE 801(d)(2) |
| 190 | Deposition Transcript Excerpts of Scott Sussman (Sept. 13, 2018) | |
| 191 | Mylan Email Communication, Nov. 2, 2012, MYEP01352417 | FRE 801(d)(2) |
| 192 | Downing Email to Loreaux, Sept. 6, 2013, SAN-EPI_A-0041389 | FRE 803(6) |
| 193 | Mylan Email Communication, Minton Dep. Ex. 16, MYEP00593648 | FRE 801(d)(2) |

| Ex. No. | Description | Admissibility |
|---|---|---|
| 194 | Mylan Email Communication, Nov. 2, 2012, Jones Dep. Ex. 12, MYEP00624726 | FRE 801(d)(2) |
| 195 | Jones email to Abson, June 28, 2013, MYEP00069046 | FRE 801(d)(2) |
| 196 | Mylan Email Communication, MYEP00269353 | FRE 801(d)(2) |
| 197 | Mylan Communication, April 20, 2013, MYEP00254218 | FRE 801(d)(2) |
| 198 | Stein Email to Brownfield, Oct. 9, 2012, HUM006208 | FRE 801(d)(2); FRE 803(6) |
| 199 | Stein Email to Hanley, June 25, 2013, HUM001702 | FRE 801(d)(2)(e); FRE 801(d)(1); FRE 803(3) |
| 200 | Mylan Email Communication, Mar. 4, 2013, Foster Dep. Ex. 14, MYEP00619261 | FRE 801(d)(2) |
| 201 | Prestonjee Email to Ayers, Mar. 7, 2014, MEDIMPACT_0007791 | FRE 803(6) |
| 202 | Dey Pricing Committee Review Slides, Feb. 23, 2012, MYEP01123109 | FRE 801(d)(2) |
| 203 | Deposition Transcript Excerpts of Douglas M. Brown 30(b)(6) (Magellan) (Oct. 25, 2018) | |
| 204 | Mylan Email Communication, Mar. 4, 2013, Foster Dep. Ex. 14, MYEP00619261 | FRE 801(d)(2) |
| 205 | Class Plaintiffs’ Fourth Supplemental Responses and Objections to Mylan Defendants’ Third Set of Interrogatories to Class Plaintiffs | FRE 801(d)(2) |
| 206 | Kashtan to Kopanja re communication to stakeholders, Aug. 25, 2011, MYEP00871515 | FRE 801(d)(2) |
| 207 | Mylan Presentation Slides, Korczynski Dep. Ex. 23, MYEP00119242 | FRE 801(d)(2) |
| 208 | Korczynski email to Arcara, Mar. 4, 2014, Korczynski Dep. Ex. 38, MYEP00667337 | FRE 801(d)(2) |
| 209 | Mylan Committee Minutes, MYEP01134965 | FRE 801(d)(2) |
| 210 | MME Presentation Slides to Mylan, July 2012, MME-EpiPen 006950 | FRE 801(d)(2)(D) |
| 211 | Pricing Committee Slides, MYEP01201497 | FRE 801(d)(2) |
| 212 | Epinephrine Price History, Coury Dep. Ex. 13, MYEP00002244 | FRE 801(d)(2) |
| 213 | Mylan Email Communication, Aug. 17, 2016, MYEP00519385 | FRE 801(d)(2) |
| 214 | Mylan Email Communication, Dec. 6, 2013, Willing Dep. Ex. 17, MYEP00611547 | FRE 801(d)(2) |
| 215 | Mylan Email Communication, Aug. 30, 2013, MYEP00252719, Korczynski Ex 7 | FRE 801(d)(2) |
| 216 | Email with Mylan Presentation Slides, Dec. 10, 2014, MYEP00186646 | FRE 801(d)(2) |
| 217 | Email and Messaging Research Slides, Dec. 12, 2014, MYEP00093725; Graham 30b6 Dep. Ex. 33 | FRE 801(d)(2) |

| Ex. No. | Description | Admissibility |
|---|---|---|
| 218 | Email with Auvi-Q Report Slides attachment, Sussman Dep. Ex. 18, MYEP00450839 | FRE 801(d)(2) |
| 219 | Mylan Communication, Sept. 13, 2013, Sussman Dep. Ex. 11, MYEP00892918 | FRE 801(d)(2) |
| 220 | EpiPen JCC Presentation Slides, Dec. 8, 2011, PFE_EPIPEN_AT01185204 | FRE 801(d)(2) |
| 221 | Email with JCC Presentation Slides, Dec. 11, 2013, MYEP00497745 | FRE 801(d)(2) |
| 222 | Email with EpiPen JCC Meeting Minutes, 20 March 2014, PFE_EPIPEN_AT00540546 | FRE 801(d)(2) |
| 223 | Project Briefing Notes, April 27, 2010, PFE_EPIPEN_AT00504365 | FRE 801(d)(2) |
| 224 | Marcuccio Email to O'Brien, June 3, 2010, PFE_EPIPEN_AT00670588 | FRE 801(d)(2) |
| 225 | Nguyen Email to Handel, Aug. 23, 2016, Handel Dep. Ex. 21 | FRE 801(d)(2) |
| 226 | Handel Email to Nguyen, Aug. 23, 2016, Handel Dep. Ex. 23, PFE_EPIPEN_AT00559784 | FRE 801(d)(2) |
| 227 | Mylan Email Communication, March 21, 2014, MYEP00750871 | FRE 801(d)(2) |
| 228 | Sussman email to Young, Oct. 23, 2013, Sussman Dep. Ex. 5, MYEP00278898 | FRE 801(d)(2) |
| 229 | Deposition Transcript Excerpts of Roger Graham (Aug. 29, 2018) | |
| 230 | Deposition Transcript Excerpts of Gary Zieziula (May 31, 2019) | |
| 231 | Mylan email with Slides, Graham 30)(b)(6) Dep. Ex. 38, MYEP001194671 | FRE 801(d)(2) |
| 232 | Statement of the Federal Trade Commission, *FTC v. Cephalon, Inc.*, (May 28, 2015) | FRE 807; FRE 803(8) |
| 233 | Email with JCC Presentation Slides, Dec. 11, 2013, Graham 30(b)(1) Dep. Ex. 20 | FRE 801(d)(2); FRE 803(6) |
| 234 | Mylan Communication re Commercial, June 30, 2014, MYEP00672498 | FRE 801(d)(2) |
| 235 | Mylan Communication re TV, June 30, 2014, MYEP00672221 | FRE 801(d)(2) |
| 236 | Graham Email July 2, 2014, Graham 30(b)(1) Dep. Ex. 33 MYEP00293763 | FRE 801(d)(2) |
| 237 | Kleyweg email to Lo re Advertising, March 12, 2015, DH0128009 | FRE 801(d)(2) |
| 238 | DOJ Press Release | FRE 803(8) |
| 239 | Dowd email to Minchow, Nov. 6, 2014, Brown Dep. Ex. 19, 2014EPI-NE-0000542 | FRE 803(5); FRE 803(6) |
| 240 | Deposition Transcript Excerpts of Jonathan Fairest (Oct. 19, 2018) | |
| 241 | Market Share Graphs, Rocheleau Dep. Ex. 12 | FRE 801(d)(2) |
| 242 | Email Communication re Auvi Q Launch, May 20, 2014, SAN-EPI-0374526 | FRE 803(6) |

| Ex. No. | Description | Admissibility |
|---|---|---|
| 243 | Email Communication with Sanofi Slides, AN-EPI-0788657 | FRE 803(6) |
| 244 | Project Intelliject epiCard Summary, SAN-EPI-0766016 | FRE 803(6) |
| 245 | Deposition Transcript Excerpts of Patrick Barry 30(b)(6) (July 13, 2018) | |
| 246 | Deposition Transcript Excerpts of Janusz Ordover (May 1, 2019) | |
| 247 | Auvi-Q Slides, PS0236464 | FRE 803(1); FRE 803(3); FRE 807 |
| 248 | Rebuttal Expert Report of J. Lawrence Stevens (April 13, 2019) | FRE 702 |
| 249 | Mylan Communication with Excel, Zinn Dep. Ex. 26, MYEP00167182 | FRE 801(d)(2) |
| 250 | Mylan Email Communication, March 17, 2016, Foster Dep. Ex. 28 | FRE 801(d)(2) |
| 251 | Garner email to Brown, Nov. 6, 2015 | FRE 801(d)(2); FRE 803(6) |
| 252 | FDA Correspondence with Teva Jan 2, 2009, Teva_Epi_000092 | FRE 801(d)(2) |
| 253 | Email Communication re Common Interest Agreement, April 12, 2011, PFE_EPIPEN_AT00819563 | FRE 801(d)(2) |
| 254 | Mylan Defs. Amended Privilege Log (Aug. 8, 2018) | FRE 801(d)(2) |
| 255 | Email Correspondence, TEVA_EPI_MDL00458920 | FRE 801(d)(2) |
| 256 | Amended and Restated Supply Agreement, Graham 30(b)(6) Dep. Ex. 2, MYEP000474084 | FRE 801(d)(2); FRE 803(6) |
| 257 | Mylan Defs. Second Amended Privilege Log (Aug. 17, 2018) | FRE 801(d)(2) |
| 258 | Mylan Communication with Slide attachment, May 19, 2011, Kopanja Dep. Ex. 9 | FRE 801(d)(2) |
| 259 | Foster email to Sanders, June 9, 2011, Kopanja Dep. Ex. 10 | FRE 801(d)(2) |
| 260 | Stark Email to Marth and Egosi, April 18, 2012, Teva_EPI_MDL00462583 | FRE 801(d)(2) |
| 261 | Deposition Transcript Excerpts of Heather Bresch (Oct. 15, 2019) (“Bresch Dep. II”) | |
| 262 | Email Correspondence, Feb. 24, 2012, Teva_EPI_MDL00462609 | FRE 801(d)(2) |
| 263 | Email Correspondence, March 12, 2012, Teva_EPI_MDL00013809 | FRE 801(d)(2) |
| 264 | Ondos Email to Myers, Jan. 30, 2012, PFE_EPIPEN_AT00741523 | FRE 801(d)(2) |
| 265 | Stark Email to Myers, Feb. 2, 2012, Teva_EPI_MDL00013775 | FRE 801(d)(2) |
| 266 | Deposition Transcript Excerpts of Joseph F. Haggerty (Aug. 6, 2019) | |
| 267 | Privilege Log, Haggerty Dep. Ex. 11 | FRE 801(d)(2)(D); FRE 1006 |

| Ex. No. | Description | Admissibility |
|---|---|---|
| 268 | Myers email to Denn, April 26, 2012, PFE_EPIPEN_AT01334445 | FRE 801(d)(2) |
| 269 | Ondos email to Devlin, April 26, 2012, MYEP01384566 | FRE 801(d)(2) |
| 270 | Devlin Email to Kashtan, March 12, 2012, MYEP00880096 | FRE 801(d)(2) |
| 271 | Kashtan email to Thievon, April 20, 2012, MYEP00631872 | FRE 801(d)(2) |
| 272 | Myers email to Ondos, April 26, 2012, PFE_EPIPEN_AT00740567 | FRE 801(d)(2) |
| 273 | Mylan Q2 Earnings Call Report, July 26, 2012, MYEP00335804 | FRE 801(d)(2) |
| 274 | Email with Agreement attachment, June 13, 2014, Teva_EPI_MDL00003726 | FRE 801(d)(2); FRE 803(6) |
| 275 | Execution Copy of Agreement, Teva_EPI_MDL00003474 | FRE 801(d)(2); FRE 803(6) |
| 276 | Execution Copy of Term Sheet, Teva_EPI_MDL00004243 | FRE 801(d)(2); FRE 803(6) |
| 277 | Cover Email re Execution Copy of Term Sheet, Teva_EPI_MDL00004389 | FRE 801(d)(2); FRE 803(6) |
| 278 | Email Correspondence date April 18, 2012, Teva_EPI_MDL00462587 | FRE 801(d)(2) |
| 279 | Email Correspondence, April 25, 2012, Teva_Epi_MDL00013751 | FRE 801(d)(2) |
| 280 | Schulman Email to Myers, Mangano, and Ondos, March 9, 2012, Myers Dep. Ex. 12, PFE_EPIPEN_AT00740434 | FRE 801(d)(2) |
| 281 | Meyers Email Communication, March 11, 2012, Myers Ex. 14, PFE_EPIPEN_AT01334805 | FRE 801(d)(2) |
| 282 | Marth Email to Streisel, March 7, 2012, Teva_EPI_MDL00462588 | FRE 801(d)(2) |
| 283 | Email Correspondence, April 26, 2012, Teva_EPI_MDL00073293 | FRE 801(d)(2) |
| 284 | Cedric Email to Denn attachment Mylan Revised Term Sheet, April 25, 2012, GP2019_00070 | FRE 801(d)(2) |
| 285 | Denn Email to Tan attachment Mylan Revised Term Sheet, April 25, 2012, Teva_EPI_MDL00004981 | FRE 801(d)(2) |
| 286 | Denn Email to Myers, April 25, 2012, Teva_EPI_MDL00004970 | FRE 801(d)(2) |
| 287 | Denn Email to Myers, April 26, 2012, Teva_EPI_MDL00004959 | FRE 801(d)(2) |
| 288 | Denn Email to Tan attachment, Teva_EPI_MDL00004942 | FRE 801(d)(2) |
| 289 | Denn Email to Myers attachment, April 26, 2012, Teva_EPI_MDL00004921 | FRE 801(d)(2) |
| 290 | Denn Email to Tan attachment, Teva_EPI_MDL00004904 | FRE 801(d)(2) |
| 291 | Agreement, PFE_EPIPEN_AT01339191 | FRE 801(d)(2) |
| 292 | Binding Term Sheet, MYEP01361499 | FRE 801(d)(2); FRE 803(6) |
| 293 | FTC Correspondence, May 12, 2012, MYEP01316427 | FRE 801(d)(2) |

| Ex. No. | Description | Admissibility |
|---|---|---|
| 294 | Silber Email to Ondos re Filing Submission to FTC, May 11, 2012, Ondos Ex. 8, MYEP01316426 | FRE 801(d)(2) |
| 295 | Statement of the Federal Trade Commission, *FTC v. Cephalon, Inc.*, (May 28, 2015) | FRE 807; FRE 803(8) |
| 296 | Pierson, Brendan, *Mylan Agreed to pay $96.5 million in Provigil antitrust class action*, Reuters (Feb. 6, 2017) | FRE 807 |
| 297 | Rockoff, Jonathan, *Federal Trade Commission Questions Mylan on Epipen, The Wall Street Journal* (Jan. 30, 2017) | FRE 807 |
| 298 | Deposition Transcript Excerpts of Steven M. Weisman, M.D. (Jan. 24, 2020) | |
| 299 | Teva Correspondence with FDA, May 22, 2009, Teva_Epi_MDL00025167 | FRE 801(d)(2) |
| 300 | FDA Correspondence with Teva, Mar. 2, 2010, Teva_Epi_MDL00279466 | FRE 801(d)(2) |
| 301 | Teva Correspondence with FDA re Labeling Amendment, Oct. 11, 2010, Teva_Epi_MDL00277397 | FRE 801(d)(2) |
| 302 | Teva Correspondence with FDA re Minor Amendment, Sept. 8, 2010, Teva_Epi_MDL00027929 | FRE 801(d)(2) |
| 303 | The Food and Drug Administration's Generic Drug Review Process, Department of Health and Human Services Office of Inspector General, (June 2008) | FRE 703 |
| 304 | Bauersmith Email to Myers, Mar. 3, 2011, PFE_EPIPEN_AT00740105 | FRE 801(d)(2) |
| 305 | MAPP 5240.3 Review Order of Original ANDAs, Amendments, and Supplements Rev. 4, U.S. Food and Drug Administration (October 18, 2006) | FRE 703 |
| 306 | Teva Correspondence with FDA re Response to Information Request, Dec. 30, 2014, Teva_EPI_000207 | FRE 801(d)(2); FRE 703 |
| 307 | Declaration of Warren T. Burns, Aug. 16, 2020 | |
| 308 | Kurt Karst, *"Bring Out Your Dead" Says OGD in a Pre-GDUFA House Cleaning Move as the Agency Prepares for ANDAgeddon"*, Hyman Phelps Law Blog, June 13, 2012. | FRE 703 |
| 309 | Teva Correspondence with FDA re Bioequivalence Amendment, July 31, 2013, Teva_Epi_000147 | FRE 801(d)(2); FRE 703 |
| 310 | Teva Correspondence with FDA re Quality Minor Amendment Response, Aug. 29, 2013, Teva_Epi_000153 | FRE 801(d)(2); FRE 703 |
| 311 | Teva Correspondence with FDA re Draft Protocol, Jan. 20, 2012, Teva_Epi_000132 | FRE 801(d)(2); FRE 703 |
| 312 | Vincent email to Erickson, Sept. 7, 2012 re FDA Contact, Teva_Epi_000142 | FRE 801(d)(2); FRE 703 |
| 313 | Epinephrine Injection Review Report, Teva_EPI_MDL00053779 | FRE 801(d)(2); FRE 703 |
| 314 | Teva Correspondence with FDA re labeling Amendment, Aug. 1, 2014, Teva_Epi_000200 | FRE 801(d)(2); FRE 703 |

| Ex. No. | Description | Admissibility |
|---|---|---|
| 315 | Kogan email to Tomsky, Aug. 15, 2014, Teva_EPI_MDL00002856 | FRE 801(d)(2); FRE 703 |
| 316 | ANDAs: Stability testing for drug substance and drug products, U.S. Food and Drug Administration (May 2014) | FRE 703; FRE 803(8) |
| 317 | TUSA Generic New Product and Portfolio Reviews, Dec. 5, 2011, Teva_EPI_MDL00073317 | FRE 801(d)(2); FRE 703 |
| 318 | Teva USA: Sales Forecast, Teva-Epi_002005 | FRE 801(d)(2; FRE 703) |
| 319 | Teva Correspondence to FDA re Bioequivalence Amendment, July 31, 2013, Teva_EPI_MDL00147085 | FRE 801(d)(2); FRE 703 |
| 320 | FDA Correspondence to Teva re ANDA, Teva_EPI_MDL00001924 | FRE 801(d)(2); FRE 703 |
| 321 | FDA "Draft Guidance for Industry" | FRE 803(8); FRE 703 |
| 322 | Department of Health & Human Services correspondence with Dey Pharma, MYEP00001505 | FRE 801(d)(2) |
| 323 | Thomas Email to Handel and Carrier, Oct. 27, 2009, PFE_EPIPEN_AT00767028 | FRE 801(d)(2) |
| 324 | Meridian Correspondence to GAB re ANDA Approval, May 7, 2013, MYEP00346300 | FRE 801(d)(2); FRE 703; FRE 803(6) |
| 325 | Mylan Citizen Petition, Jan. 16, 2015, Bresch Dep. Ex. 23, MYEP01138470 | FRE 801(d)(2); FRE 703; FRE 803(6) |
| 326 | FDA-Approved Drugs: Abbreviated New Drug Application (ANDA): 040455 | FRE 703 |
| 327 | Dr. David Stepensky, "*Long-Term Stability Study of L-Adrenaline Injections: Kinetics of Sulfonation and Racemization Pathways of Drug Degradation*", Journal of Pharmaceutical Science (Vol 93, No 4, April 2004) | FRE 703 |
| 328 | Deposition Transcript Excerpts of James Bruno (June 30, 2020) | |
| 329 | Teva Meeting Minutes for May 1, 2012, Teva_Epi_MDL00003071 | FRE 801(d)(2); FRE 703 |
| 330 | Teva Meeting Minutes for May 15, 2012, Teva_EPI_MDL00003066 | FRE 801(d)(2); FRE 703 |
| 331 | Teva Meeting Minutes for June 12, 2012, Teva_Epi_MDL00003056 | FRE 801(d)(2); FRE 703 |
| 332 | Teva Meeting Minutes for July 24, 2012, Teva_EPI_MDL00003051 | FRE 801(d)(2); FRE 703 |
| 333 | Teva Meeting Minutes for Aug. 21, 2012, Teva_EPI_MDL00261452 | FRE 801(d)(2); FRE 703 |
| 334 | Teva Meeting Minutes for Oct. 2, 2012, Teva_EPI_MDL00178477 | FRE 801(d)(2); FRE 703 |

| Ex. No. | Description | Admissibility |
|---|---|---|
| 335 | Teva Meeting Minutes for Oct. 16, 2012, Teva_EPI_MDL00258572 | FRE 801(d)(2); FRE 703 |
| 336 | Teva Meeting Minutes for Oct. 30, 2012, Teva_EPI_MDL00258567 | FRE 801(d)(2); FRE 703 |
| 337 | Teva Meeting Minutes for Nov. 13, 2012, Teva_Epi_MDL00258562 | FRE 801(d)(2); FRE 703 |
| 338 | Teva Meeting Minutes for Nov. 27, 2012, Teva_EPI_MDL00015814 | FRE 801(d)(2); FRE 703 |
| 339 | Teva Meeting Minutes for Jan. 9, 2013, Teva_EPI_MDL000258552 | FRE 801(d)(2); FRE 703 |
| 340 | Teva Meeting Minutes for April 17, 2012, Teva_EPI_MDL00003076 | FRE 801(d)(2); FRE 703 |
| 341 | Teva Meeting Minutes for Nov. 27, 2012, Teva_EPI_MDL00015814 | FRE 801(d)(2); FRE 703 |
| 342 | Teva Meeting Minutes for Mar. 15, 2011, Teva_EPI_MDL00261563 | FRE 801(d)(2); FRE 703 |
| 343 | Teva Meeting Minutes for April 30, 2013, Teva_EPI_MDL00021877 | FRE 801(d)(2); FRE 703 |
| 344 | Teva Kickoff Slides, March 11, 2015, Teva_EPI_MDL00229795 | FRE 801(d)(2); FRE 703 |
| 345 | Levy Email to Lobrutto, Feb. 8, 2015, Teva_EPI_MDL00171910 | FRE 801(d)(2); FRE 703 |
| 346 | Ferrigno Email to Lobrutto, May 20, 2014, Teva_EPI_MDL00033302 | FRE 801(d)(2); FRE 703 |
| 347 | Lobrutto email to Thompson, May 19, 2014, Teva_EPI_MDL00120361 | FRE 801(d)(2); FRE 703 |
| 348 | Bresch sworn written testimony, Bresch Dep. Ex. 15 | FRE 801(d)(2) |
| 349 | Transcript of Sept. 22, 2016 Congressional Hearing, Bresch Dep. at Ex. 50, MYEP00002260 | FRE 801(d)(2) |
| 350 | Photo Hearing chart, Bresch Dep. at Ex. 16 | FRE 801(d)(2) |
| 351 | Mylan Sept. 12, 2016 letter to U.S. Senate, MYEP00007553 | FRE 801(d)(2) |
| 352 | Mylan N.V. 2016 Form 10-K | FRE 801(d)(2); FRE 803(6); FRE 803(8) |
| 353 | Mylan U.S. EpiPen Profitability Analysis, Bresch Dep. at Ex. 17 | FRE 801(d)(2) |
| 354 | Nov. 1, 2016 letter from U.S. Senate to Heather Bresch, PFE_EPIPEN_AT00557412 | FRE 801(d)(2) |
| 355 | Mark Maremont, *Mylan's EpiPen Pretax Profits 60% Higher Than Number Told to Congress*, Wall Street Journal (Sept. 26, 2016) | FRE 807 |
| 356 | Emily Willingham, *Whoops, Mylan Underreported EpiPen Profits to Congress*, Forbes (Sept. 26, 2016) | FRE 807 |
| 357 | Mylan Proxy Statement 2018, Bresch Dep. I Ex. 6 | FRE 801(d)(2) |
| 358 | Mylan Proxy Statement June 2016, Bresch Dep. I Ex. 7 | FRE 801(d)(2) |

| Ex. No. | Description | Admissibility |
|---|---|---|
| 359 | Mylan Proxy Statement March 2014, Bresch Dep. I Ex. 8 | FRE 801(d)(2) |
| 360 | Kennedy email to Myers, March 16, 2012, Myers Dep. Ex. 15, PFE_EPIPEN_AT01334814 | FRE 801(d)(2) |
| 361 | ACC Decision-tree Analysis from 2008 Annual Meeting, Rennecker Dep. Ex. 5 | FRE 801(d)(2) |
| 362 | Deposition Transcript Excerpts of Dr. Andrew W. Torrance, J.D., Ph.D. (Nov. 26, 2019) | |
| 363 | Mylan Communication with Pricing Committee Review, June 12, 2013 Slides, MYEP01143632 | FRE 801(d)(2) |
| 364 | Deposition Transcript Excerpts of Robert Willig, PhD (*Sanofi*) (May 28, 2019) | |
| 365 | Pretrial Order, Doc. 2169 July 17, 2020 | |
| 366 | Deposition Transcript Excerpts of Elizabeth Williamson (June 13, 2018) | |
| 367 | Deposition Transcript Excerpts of Meredith Rosenthal, Ph.D. (Feb. 8, 2019) | |
| 368 | Dey Slides Draft Sept. 27, 2010 MYEP00323548 | FRE 801(d)(2) |
| 369 | Press Release, *Mylan and Upjohn, a Division of Pfizer, to Combine, Creating a New Champion for Global Health Uniquely Positioned to Fulfill the World's Need for Medicine* | FRE 801(d)(2); FRE 803(6) |
| 370 | Supplemental Merits Expert Report of Dr. Meredith Rosenthal (Feb. 12, 2020) | FRE 702 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and Correct.

Executed on August 17, 2020.

/s/ Warren T. Burns
Warren T. Burns