# EXHIBIT 8

Confidential:  Subject to Protective Order

# EXPERT REPORT OF MICHAEL S. BLAISS, MD

*In re EpiPen (Epinephrine Injection, USP) Marketing, Sales Practices, and Antitrust Litigation*,
MDL No. 2785 (D. Kan.)

December 23, 2019

## 1.0    Expert Qualifications

### 1.1    Professional Experience

I currently serve as the Executive Medical Director of the American College of Allergy, Asthma and Immunology and am a Clinical Professor of Pediatrics at the Medical College of Georgia at Augusta University in Augusta, Georgia.  I also currently practice as an allergist at Good Samaritan Health Center of Gwinnett in Norcross, Georgia.

As reflected in my *curriculum vitae*, a copy of which is attached to this report as Appendix A, during my career, I also have served in the following capacities:

- President of the American College of Allergy, Asthma and Immunology

- Member of Board of Directors of the World Allergy Organization

- President of the Tennessee Society of Allergy, Asthma and Immunology

- President of the Louisiana Society of Allergy, Asthma and Immunology

- Chief Resident in pediatrics at the University of Tennessee/Le Bonheur Children's Medical Center in Memphis, Tennessee

- Professor of Pediatrics and Medicine at the University of Tennessee Health Sciences Center in Memphis, Tennessee

- Head of Pediatric Allergy and Clinical Immunology Training Program at the University of Tennessee in Memphis, Tennessee

- Treasurer of the American Board of Allergy and Clinical Immunology

- Private practitioner at Allergy and Asthma Care in Memphis, Tennessee

- Medical Affair Director, Southeast, Allergy at Merck

- Global Medical Affairs Lead, Respiratory OTC at Pfizer

Confidential:  Subject to Protective Order

### 1.2      Certifications and Education

I am certified in Allergy & Immunology by the American Board of Allergy and Immunology and certified in Pediatrics by the American Board of Pediatrics.

I completed a fellowship in allergy/immunology at Ochsner Medical Foundation in New Orleans, Louisiana, where I also held a staff position after my fellowship.

I received my medical degree from the University of Tennessee Center for Health Sciences in Memphis, Tennessee, where I was inducted into AOA Honor Society.

I received my BS in Zoology at the University of Georgia in Athens, Georgia, where I was inducted into Phi Beta Kappa.

### 1.3      Publications

I have published more than 120 scientific peer-reviewed articles and presented at more than 500 meetings and seminars throughout the world, including on the topic of anaphylaxis.

In addition, I have served as a member of the editorial boards for the *Annals of Allergy, Asthma, and Immunology*, *World Allergy Organization Journal*, *Journal of Asthma, and Allergy and Asthma Proceedings*, *Hypersensitivity*, *Journal of Thoracic Disease*, and *American Journal of Rhinology and Allergy*.  I was a co-editor of *Atlas of Allergic Diseases* and co-authored a chapter titled "Anaphylaxis" in *Allergic Diseases: Diagnosis and Treatment*, 3rd Ed.

My *curriculum vitae*, attached to this report as Appendix A, lists my publications, including all publications I have authored in the last ten years.

### 1.4      Prior Expert Testimony

I have served as an expert witness in several cases during my career at the request of both plaintiffs and defendants.  In the last 4 years, I have provided expert testimony in the following two cases:

1. *Estate of Mary Anne Laird v. Gregory Strothman, M.D., Baptist Healthcare System, Inc., and Louisville General Surgery, PLLC*, No. 13-CI-00396 (Ky. Jefferson Cty. Circuit Court, Division 3)

2. *In The Matter Of: Belinda Sandoval v. Lovelace Health System Inc.*, No. D-412-CV-2012-00275 (N.M. Cty. of San Miguel, 4th Judicial District)

## 2.0      My Engagement

Hogan Lovells US LLP retained me to write a report and provide expert testimony.  My opinions, as set forth below, address anaphylaxis and its treatment, including various products used in the treatment of anaphylaxis.  In performing my analysis, I considered the materials cited in this report, which are listed in Appendix B of this Report.  I also have based my analysis on my more than 30 years of experience in evaluating and treating patients, both children and

Confidential:  Subject to Protective Order

adults, for anaphylaxis, and my medical training and other experience listed above.  I am being compensated for my work on this matter at a rate of $600 per hour, and this payment is not contingent on my findings or on the outcome of this case.

## 3.0    Definition of Anaphylaxis and Physiological Response

Anaphylaxis, as defined by the National Institute of Allergy and Infectious Diseases ("NIAID") and the Food Allergy & Anaphylaxis Network ("FAAN"), is "a serious allergic reaction that is rapid in onset and may cause death" and typically involves two or more organs.[1]

### 3.1    Signs and Symptoms

The signs and symptoms of anaphylaxis can vary in presentation. The skin is most commonly affected, with around 90% of patients experiencing hives or feeling flushed and hot.  Respiratory symptoms occur in approximately 70% of people experiencing anaphylaxis.  Along with cardiovascular symptoms, which occur in about 25% of cases, respiratory symptoms present the greatest danger.  If an anaphylactic reaction does prove fatal, it is usually due to either shock, where the blood pressure drops massively, or asphyxiation due to swelling of the throat.[2]

The following figure (Figure 1) describes the specific symptoms that can be seen in anaphylaxis, organized according to the various body systems involved in an anaphylactic reaction.  By most definitions, if at least 2 body systems are affected, then the patient has anaphylaxis.

---

[1] H.A. Sampson et al., *Second Symposium on the Definition and Management of Anaphylaxis: Summary Report*, 117 (2) JOURNAL OF ALLERGY AND CLINICAL IMMUNOLOGY 391, 391-397 (2006).

[2] *Anaphylaxis Symptoms*, ALLERGIES AND HEALTH (2016), https://www.allergiesandhealth.com/anaphylaxis/symptoms.

Confidential:  Subject to Protective Order

**Figure 1: Human Body and Body System Involvement In Anaphylaxis[3]**



Signs and symptoms of
# Anaphylaxis

Swelling of the conjunctiva

Runny nose

Swelling of lips,
tongue and/or throat

*Central nervous system*
- lightheadedness
- loss of consciousness
- confusion
- headache
- anxiety

*Respiratory*
- shortness of breath
- wheezes or stridor
- hoarseness
- pain with swallowing
- cough

*Heart and vasculature*
- fast or slow heart rate
- low blood pressure

*Skin*
- hives
- itchiness
- flushing

*Gastrointestinal*
- crampy abdominal
  pain
- diarrhea
- vomiting

Pelvic pain

Loss of
bladder control

The following graphic (Figure 2) illustrates the immunologic reaction that occurs during anaphylaxis.[4]  Anaphylaxis is typically mediated through an antibody called IgE.  On first exposure to an antigen, such as peanut, a person's immune system may process that antigen which leads to B cells, a type of lymphocyte, to produce IgE to the antigen.[5]  This IgE binds to mast cells and basophils throughout the body.  When the person is re-exposed to the antigen, it then binds to the IgE on the mast cells and basophils, and these cells rupture and release hundreds of biochemical mediators.  These mediators, such as histamine, leukotrienes, and others, cause the symptoms of anaphylaxis.

---

[3] *Id.*
[4] *Allergic Reactions*, Anesthesia Key (Sept. 18, 2016), https://aneskey.com/allergic-reactions-2/ (Figure 19.2).
[5] Stephen Galli & Mindy Tsai, *IgE and Mast Cells in Allergic Disease*, 18 NATURE MED. 693, 693-704 (2012).

Confidential:  Subject to Protective Order

**Figure 2: Immunologic Mechanism of Anaphylaxis[6]**



### 4.0    Epidemiology and Triggers for Anaphylaxis

Anaphylaxis prevalence has increased within the last few years.[7]  The lifetime prevalence of probable anaphylaxis is estimated at 5%, based on a national telephone survey conducted as part of the *Anaphylaxis in America* study.[8]  The most common causes of anaphylaxis are allergies to foods, medications, and insect stings.  Though any food can cause anaphylaxis, the most common triggers are peanuts, tree nuts, fish, shellfish, and sesame, with the addition of cow's milk and eggs in children.  Anaphylaxis may also be triggered by exercise, latex, or even unknown causes.

### 5.0    Treatment of Anaphylaxis

Standards of practice for the treatment of anaphylaxis are based to a large extent on the best judgment of experts in the field and clinical experience.  Double-blinded placebo-controlled clinical trials concerning anaphylaxis are not possible due to ethical constraints.  Practitioners often rely on anaphylaxis-related guidelines published by the World Allergy Organization,

---

[6] *See supra* note 4.

[7] Anne-Marie Irani & Elias G. Akl, *Management and Prevention of Anaphylaxis*, 4 F1000 FACULTY REV. 1492 (2015).

[8] R.A. Wood et al., *Anaphylaxis in America: The Prevalence and Characteristics of Anaphylaxis in the United States*, 133(2) J. ALLERGY & CLINICAL IMMUNOLOGY 461, 462 (2014).

Confidential:  Subject to Protective Order

National Institute of Allergy and Infectious Disease, and the Joint Task Force on Practice Parameters representing the American Academy of Allergy, Asthma and Immunology; the American College of Allergy, Asthma and Immunology; and the Joint Council of Allergy, Asthma and Immunology.  These guidelines offer an overview of the leading medical research regarding anaphylaxis, and are widely regarded as authoritative by allergists and other physicians.

Epinephrine is the drug of choice in the emergency management of a person having a potentially life-threatening anaphylactic episode.  Given that anaphylaxis is a life-threatening reaction, the benefit of administering epinephrine to treat anaphylaxis always outweighs the potential risk.  In fact, there are no contraindications to the use of epinephrine for a life-threatening anaphylactic reaction, for any patient population.  Studies have shown the safety of administering epinephrine intramuscularly in the treatment of anaphylaxis.[9]

The pharmacological actions of epinephrine directly counteract the pathophysiologic changes that occur in anaphylaxis better than any other medication.  It decreases mediator release from mast cells, prevents or reverses obstruction to airflow in the upper and lower respiratory tracts, and prevents or reverses cardiovascular collapse.[10]

The standard of practice for first-line treatment of anaphylaxis is an intramuscular (IM) injection of epinephrine in the lateral thigh.  This achieves the highest plasma concentration of epinephrine sooner (average of 8 minutes versus 34 minutes) compared to subcutaneously in the lateral thigh or deltoid region because of superior absorption.[11]

## 6.0    Epinephrine Auto-Injectors and Other Devices

An epinephrine auto-injector ("EAI") is a medical device for injecting a fixed dose of epinephrine through a spring-activated needle.  EAIs have been marketed in the United States since approximately 1980, when EpiPen® ("EpiPen") Auto-Injector was introduced.  Since that time, other branded and generic EAIs have been introduced.  These include Auvi-Q™, Twinject®, Adrenaclick®, authorized generic versions of EpiPen Auto-Injector and Adrenaclick, and a Teva generic version of EpiPen Auto-Injector.  Each device injects epinephrine

---

[9] Ronna Campbell et al., *Epinephrine in Anaphylaxis: Higher Risk of Cardiovascular Complications and Overdose After Administration of Intravenous Bolus Epinephrine Compared with Intramuscular Epineprhine*, 3(1) J ALLERGY & CLINICAL IMMUNOLOGY: IN PRACTICE 76, 76-80 (2015).

[10] Ronna Campbell & John M. Kelso, *Anaphylaxis: Emergency Treatment*, UPTODATE (Nov. 4, 2018), https://www.uptodate.com/contents/anaphylaxis-emergency-treatment (literature review current through February 2019).

[11] F.E.R. Simons et al., *World Allergy Organization Guidelines for the Assessment and Management of Anaphylaxis*, 4(2) WORLD ALLERGY ORG. J. 13, 22 (2011), J.A. Boyce et al., *Guidelines for the Diagnosis and Management of Food Allergy in the United States: Report of the NIAID-Sponsored Expert Panel*, 126(6) J ALLERGY & CLINICAL IMMUNOLOGY S1, S40 (2010); P. Lieberman et al., *Anaphylaxis—A Practice Parameter Update 2015*, 115 ANNALS OF ALLERGY, ASTHMA & IMMUNOLOGY 341, 341-384 (2015).

Confidential:  Subject to Protective Order

intramuscularly through a needle.  These products contain premeasured doses of 0.3 mg of epinephrine for patients weighting greater than 30 kilograms and 0.15 mg of epinephrine for patients between 15 and 30 kilograms.  Recently, a version of Auvi-Q™, with 0.1 mg of epinephrine, became available for infants and children weighing less than 15 kilograms.  All EAIs available in the United States are sold only in packages with two devices.

Below I describe various EAI devices.  Also, because it is critically important that patients receive training on how to use their EAI devices, I describe how I train patients to use these products.

### 6.1.1   EpiPen Auto-Injector



Image Source: https://www.epipen.com/en

EpiPen Auto-Injector was the first EAI, having launched around 1980.  EpiPen products are pen-shaped with a blue cap.  Each two-pack of EpiPen products comes with a training device.  When I am teaching patients to use an EpiPen device, I show them on myself how to use the product.  First, I take the trainer out of the case and then I grasp the pen with the orange tip pointing downward.  Then I take off the blue safety cap by pulling straight up.  Next, I place the orange tip against the middle of the outer thigh, and I swing and push the training auto-injector firmly into my thigh until it "clicks."  I count to three slowly and then remove the orange tip from my thigh.

EpiPen Auto-Injector has built-in needle protection.  After injection, the orange cover automatically extends to ensure the needle is never exposed.  I tell the patient to call 911 and get to the nearest emergency department after using EpiPen devices.  I also explain to never touch the orange tip after the blue safety cap is removed to prevent an accidental injection.

Confidential:  Subject to Protective Order

### 6.1.2  Authorized Generic to EpiPen Auto-Injector



Image Source: http://newsroom.mylan.com/2016-12-16-Mylan-Launches-the-First-Generic-for-EpiPen-epinephrine-injection-USP-Auto-Injector-as-an-Authorized-Generic

In 2016, Mylan launched an authorized generic version of EpiPen Auto-Injector.  This product is identical to the branded EpiPen Auto-Injector, although it does not carry the EpiPen brand name.  The instructions for using the branded and authorized generic versions are the same.  Thus, I use the same training for each device.

### 6.1.3  Auvi-Q™



Image Source: https://www.npr.org/sections/health-shots/2016/10/26/499425541/an-alternative-to-the-epipen-is-coming-back-to-drugstores

The Auvi-Q is prism-shaped and has English voice instructions on how to use the device.  When I train patients on how to use the Auvi-Q device, I pull the Auvi-Q trainer out of its outer case.  This starts the voice directions.  As the voice says what to do, I demonstrate the use of the Auvi-Q trainer on myself.  Next, I remove the red safety guard, and I place the black end of the

8

Confidential:  Subject to Protective Order

training device against the middle of my outer thigh, then push firmly until I hear a click and hiss sound and hold it in place for 2 seconds.

In an Auvi-Q, the needle automatically retracts after the injection is complete, so the needle will not be visible after the injection.  Auvi-Q includes a 2-second countdown after it is activated, then the voice instruction will indicate the injection is complete, and to seek emergency medical attention.  As with the EpiPen Auto-Injector, I tell the patients to call 911 and get to the nearest emergency department.  Also, I explain to not touch the back base after the red safety guard is removed to prevent accidental injection.

### 6.1.4   Adrenaclick®



Image Source: https://www.cnbc.com/2017/04/25/kmart-pharmacy-sharply-cuts-price-of-adrenaclick-competitor-to-epipen-anti-allergy-device.html

The Adrenaclick is a pen-shaped EAI device.  As with other EAIs, I demonstrate for patients how to use an Adrenaclick using a training device.  When instructing the patient to use the Adrenaclick (or the generic version of Adrenaclick discussed below), I instruct the patient to first remove the Adrenaclick from its case and then to remove grey cap 1 and then grey cap 2.  Once gray cap 1 is removed, a red tip is exposed.  Then the patient should press the red tip down hard on the outer thigh until the needle pierces the skin.  I then count to 10 as I hold the trainer in the thigh and then remove it.  I explain that the patient will then see the needle exposed and needs to be careful in discarding.  As with all devices after use, I instruct patients to call 911 and get to the nearest emergency department.

Confidential:  Subject to Protective Order

### 6.1.5   Adrenaclick® Authorized Generic



Image Source: https://epinephrineautoinject.com/

There is an authorized generic version of Adrenaclick®, which works the same way as the branded Adrenaclick® product.  Because the instructions for using this product are the same, my process for training patients on how to use this product is the same as for the branded product.

### 6.1.6   Teva Generic Version of EpiPen Auto-Injector



Image Source: https://www.tevaepinephrine.com/equivalent

The FDA approved this EAI in August 2018,[12] but Teva did not launch this product until November 2018.  Even then, Teva only launched the 0.3 mg dose, and it did so only in limited quantities.[13]  In August 2019, Teva launched the 0.15 mg dose.  It is my understanding that both doses are now available in pharmacies throughout the U.S.

---

[12] *FDA Approves First Generic Version of EpiPen*, U.S. FOOD & DRUG ADMIN. (Aug. 16, 2018), https://www.fda.gov/newsevents/newsroom/pressannouncements/ucm617173.htm.

[13] *Teva's Generic Version of EpiPen (Epinephrine Injection, USP) Auto-Injector 0.3 mg Now Available in Limited Quantity in the United States*, TEVA USA (Nov. 27, 2018), http://news.tevausa.com/mobile.view?c=251945&v=203&d=1&id=2378367.

Confidential:  Subject to Protective Order

Unlike the other generic devices discussed above (both the authorized generic to EpiPen Auto-Injector and the Adrenaclick authorized generic), this generic device does not have the same instructions for use as its branded counterpart.  Rather, there is a difference in activating the device for use.

In particular, the Teva AB-rated generic requires patients to take an additional step.  First, they must remove the yellow cap which covers the orange tip where the needle injects.  Next, they must remove the blue safety cap at the other end, which arms the device and makes it ready to administer. With the EpiPen Auto-Injector, there is no cap to be removed first over the orange tip where the needle injects.  Thus, even though this is an "AB-rated" generic to EpiPen Auto-Injector,[14] the instructions for using it are different, and it would be important to train patients who are accustomed to EpiPen products on the additional step involved before they rely on this product.[15]

It also is noteworthy that my office does not have a training device for the Teva generic, and based on discussions with my colleagues, my office is not unique in this regard.  Training devices for EpiPen Auto-Injector, Auvi-Q, and Adrenaclick are widely available and have been for some time.  In my understanding, Teva has not widely disseminated training devices to medical offices.  Without a training device, it would be much more difficult for me to effectively train a patient on how to use the Teva product than an EpiPen device, Adrenaclick, or Auvi-Q.  And unlike with an authorized generic (like the authorized generic to EpiPen), I would not be comfortable relying on a branded EpiPen product to train patients on how to use the Teva generic.  That is because the instructions for using the Teva generic are different, and there is little room for error in treating an anaphylactic event.

---

[14]     *Epinephrine   Injection,   USP   (Auto-Injector)*,   Teva   Generics, https://www.tevagenerics.com/product/epinephrine-injection-usp-auto-injector   (last   visited Mar. 17, 2019).

[15]     *Patient   Information   and   Instructions   for   Use*,   Teva   USA   (June   2018), https://www.tevaepinephrine.com/modules/Teva.Epinephrine/Client/Static%20Files/Epinephrine %20Auto-Injector_PPI_IFU.pdf.

Confidential:  Subject to Protective Order

### 6.1.7   Twinject®



Image Source: https://bozzylea.wordpress.com/nut-allergy-medication/

Twinject was approved for the United States market in 2003, and was removed in 2009.  Though it contains two doses of epinephrine, the second dose is by a syringe and needle.

The instructions for use for the first dose administration are as follows: Remove caps labeled '1' and '2.'  Place rounded red tip against the middle of the outer thigh.  The needle may be injected through clothing.  Press down hard until auto-injector fires.  Hold in place while slowly counting to 10.  Remove the Twinject from your thigh.  Immediately call 911.  Never place thumbs, fingers, or hands over rounded tip.[16]

If symptoms have not improved within about 10 minutes after the first injection, a second dose is needed.  The instructions for the second dose are as follows: Unscrew and remove red rounded tip.  Pull syringe from barrel and slide yellow collar off plunger.  Put needle into thigh.  Push plunger down all the way.  Remove the Twinject from your skin and get emergency help.[17]
I never prescribed the Twinject due to fact that the second dose uses a syringe and needle, which I felt was too difficult for patients to use in a life-threatening anaphylactic reaction.

### 6.2   Other Epinephrine Products

EAIs are not the only epinephrine products available in the United States for the treatment of anaphylaxis.  As discussed below, other epinephrine products include prefilled syringes and vials and syringes.

---

[16] *Twinject Patient Directions for Use*, AMEDRA PHARMACEUTICALS (May 2014), https://www.accessdata.fda.gov/drugsatfda_docs/label/2016/020800s034lbl.pdf.
[17] *Id.*

Confidential:   Subject to Protective Order

### 6.2.1   Early Prefilled Syringes

The first products for home use of epinephrine were pre-filled syringes, including Ana-Kit and Ana-Guard, both of which are no longer available to U.S. consumers.  Along with epinephrine in a syringe, the Ana-Kit also included chlorpheniramine, an antihistamine.  Each syringe had 1 ml of 1:1000 epinephrine.  The patient would only inject a partial amount from the syringe depending on body weight.



Ana-Guard

Image Source:
http://webapp1.dlib.indiana.edu/virtual_disk_library/index.cgi/4931363/FID2617/DATA/operationalmed/molle%20bag/ana-guard.htm



Ana-Kit

Image Source: https://www.safeandfair.com/blogs/share/my-allergy-story

Confidential:  Subject to Protective Order

### 6.2.2   Symjepi®



Image Source: https://snacksafely.com/2018/12/symjepi-the-auto-injector-alternative-to-launch-q1-2019/

Symjepi is a pre-filled syringe marketed by Sandoz, a division of Novartis.  The FDA approved Symjepi in September 2018.[18]  Sandoz launched this product in January 2019.[19]  According to the Sandoz press release announcing this launch, Sandoz launched this product as "an affordable, single-dose, pre-filled syringe alternative to epinephrine auto-injectors."[20]  As stated in Sandoz' press release, the product is "indicated for the emergency treatment of allergic reactions (Type 1) including anaphylaxis to stinging and biting insects, allergen immunotherapy, foods, drugs, diagnostic testing substances and other allergens, as well as idiopathic or exercise-induced anaphylaxis."[21]  In addition, Sandoz conducted a "phased launch" of this product, starting with the institutional setting in January 2019, and followed that with a launch in the retail market starting in July 2019.[22]

As noted above, the Sandoz press release appears to indicate that Sandoz intends for Symjepi to compete with EAI devices.[23]  The web site for Symjepi also makes clear that Symjepi is being positioned as a competitor with, and substitute for, EAIs.[24]  It, however, is not an EAI.  This product works differently in that the insertion of the needle and dispensing of the medication

---

[18] *Adamis Pharmaceuticals Receives FDA Approval for Its Lower Dose Symjepi Product*, ADAMIS PHARMACEUTICALS (Sept. 27, 2018), http://ir.adamispharmaceuticals.com/news-releases/news-release-details/adamis-pharmaceuticals-receives-fda-approval-its-lower-dose.

[19] *Sandoz Inc. Launches SYMJEPI (Epinephrine) in the US*, SANDOZ (Jan. 16, 2019), https://www.sandoz.com/news/media-releases/sandoz-inc-launches-symjepi-epinephrine-us.

[20] *Id.*

[21] *Id.*

[22] *Id.*

[23] *Id.*

[24] *SYMJEPI (epinephrine) Injection,* (last visited Dec. 10, 2019), https://symjepi.com ("SYMJEPI contains the same medicine as in the most widely used epinephrine auto-injectors (EAIs), and it is packaged in a compact, easy-to-carry, and ready-to-use device.").

Confidential:  Subject to Protective Order

does not occur automatically when it is activated.  Instead, Symjepi works similarly to a syringe that is prefilled with the correct dose of epinephrine for an adult.[25]  The needle must be exposed, placed on the anterior-lateral thigh, inserted into the thigh and the plunger depressed to administer the drug.[26]  The syringe device has handles for holding the device while it is placed in the correct site, inserted, plunged and removed.  The device is then withdrawn, and the patient uses one hand to manually slide the safety guard up until it clicks to cover the needle.

As a pre-filled syringe, Symjepi does not have the same ease of use as an EAI device, but it may be a suitable alternative to EAI devices depending on the circumstances.  For example, it is not surprising to me that Sandoz launched the product initially in the institutional setting, where medical professionals would be present to administer the product.  There are also certain patients for whom the product might be appropriate to prescribe and for whom Symjepi would be an appropriate substitute to EpiPen devices, and physicians will need to specify "epinephrine injection" rather than "epinephrine auto-injector" when writing prescriptions if they determine that this epinephrine alternative is appropriate for their patient.

### 6.2.3   Epinephrine in Vials

Epinephrine is available in multi-dose and single dose vials where the recommended dose can be drawn up into a syringe and administered intramuscularly (IM) during anaphylaxis.  While it is not practical or recommended for a patient to self-administer epinephrine using vials and syringes during anaphylaxis, physicians and other medical professionals routinely treat patients for anaphylaxis using vials and syringes in medical offices, hospitals, or other institutional settings.

### 6.2.4   Epinephrine Products in Development

Intranasal epinephrine could have a major effect on the prescribing of epinephrine auto-injectors.

In June 2018, INSYS Therapeutics announced preliminary results from an early study showing that their proprietary formulation of epinephrine delivered intranasally had similar bioavailability to an intramuscular injection of epinephrine.[27]  In August 2018, the FDA granted Fast Track Designation for this product to expedite its potential approval and launch into the market.[28]

---

[25] *Id.*

[26] *Id.*

[27] Steve Duffy, *Intranasal Epinephrine for Anaphylaxis Looks Promising in Early Study*, MPR (June 14, 2018), https://www.empr.com/home/news/drugs-in-the-pipeline/intranasal-epinephrine-for-anaphylaxis-looks-promising-in-early-study/

[28] *FDA Grants INSYS Therapeutics 'Fast Track' Designation for Epinephrine Nasal Spray as Investigational Treatment for Anaphylaxis*, GLOBE NEWSWIRE (Aug. 30, 2018), https://www.globenewswire.com/news-release/2018/08/30/1563193/0/en/FDA-Grants-INSYS-Therapeutics-Fast-Track-Designation-for-Epinephrine-Nasal-Spray-as-Investigational-Treatment-for-Anaphylaxis.html.

Confidential:  Subject to Protective Order

Since then, two additional intranasal products have been given a Fast Track Designation.  ARS-1 from ARS Pharmaceuticals was given fast-track status by the FDA in February 2019.  This agent uses a proprietary nasal absorption enhancing technology which has demonstrated comparable pharmacokinetics to intramuscular epinephrine.[29]  Also, Bryn Pharma has a bi-dose epinephrine nasal spray in a single, portable device capable of delivering two therapeutic doses of epinephrine.  In early 2019, the FDA granted Fast Track Designation to this product.[30]

Other products that are in the development pipeline include wearable devices that monitor for anaphylaxis and smaller epinephrine auto-injectors.  Wearable devices, if effective and approved by the FDA, may improve the likelihood of a person always having their epinephrine available and could be appealing to patients and physicians.  I am currently the Chief Medical Officer of RxBandz, a company that is working on technology for wearable epinephrine auto-injectors, and other groups are working on wearable epinephrine auto-injectors as well.[31]  Windgap Medical is developing a smaller wet/dry auto-injector platform called ANDIPen that may extend shelf-life and improve temperature stability for epinephrine.[32]

Another epinephrine product in development for the treatment of anaphylaxis is a sublingual tablet.  The tablet would rapidly dissolve under the tongue, could easily be carried in multiple doses, and might appeal to patients who fear injections.[33]  Recent data suggests that a product could be developed that would mimic the needed absorption of epinephrine in the circulation as seen with an IM injection during anaphylaxis.[34]  However, further research is needed to confirm the efficacy of this treatment.

---

[29] Steve Duffy, *Intranasal Epinephrine Spray Granted Fast Track Designation*, MPR (Feb. 19, 2019),   https://www.empr.com/home/news/drugs-in-the-pipeline/intranasal-epinephrine-spray-granted-fast-track-designation.

[30] *Bryn Pharma Research on Epinephrine Nasal Spray Presented at The American College of Allergy, Asthma and Immunology Annual Meeting*, PR NEWSWIRE (Nov. 10, 2019), https://www.prnewswire.com/news-releases/bryn-pharma-research-on-epinephrine-nasal-spray-presented-at-the-american-college-of-allergy-asthma-and-immunology-annual-meeting-300955162.html.

[31] Zina Bacha, *A Wearable Device to Prevent Premature Deaths from Allergic Reactions*, STRAMMER (Dec. 26, 2018), https://strammer.com/en/wearable-epinephrine-auto-injector/.

[32] *Windgap Medical Announces Strategic Investment from Molex Ventures*, PR NEWSWIRE (Jan. 24, 2019),   https://www.prnewswire.com/news-releases/windgap-medical-announces-strategic-investment-from-molex-ventures-300783751.html.

[33] Noah Miller, *Future Food Allergy Reactions Could Be Treated with a Pill*, NEWSWEEK (Nov. 21, 2019), https://www.newsweek.com/2019/11/29/food-allergy-epinephrine-pill-1472737.html).

[34] Mutasem Rawas-Qalaji et al., *Adrenaline (epinephrine) microcrystal sublingual tablet formulation: enhanced absorption in a preclinical model*, 67(1) J PHARM PHARMACOL. 20–5 (2014).

Confidential:  Subject to Protective Order

### 6.3     Other Products Used in the Treatment of Anaphylaxis

Epinephrine is the gold standard in the management of anaphylaxis.[35]  Unfortunately, there is still use of antihistamines and corticosteroids in the initial treatment of this life-threatening condition.[36]

Although histamine is involved in anaphylaxis, treatment with antihistamines does not relieve or prevent all of the pathophysiological symptoms of anaphylaxis, including the more serious complications such as airway obstruction, hypotension, and shock.[37]  Additionally, antihistamines do not act as rapidly as epinephrine; maximal plasma concentrations are reached between 1 and 3 hours for antihistamines compared with less than 10 minutes for intramuscular epinephrine injection.[38]   A recent study in Denmark looking at treatment of anaphylaxis in an emergency department found that epinephrine was administered in 25% of the cases, and it was significantly less administered than corticosteroids (83%) and antihistamines (91%).[39]  Consistent with my experience in the United States, the *Anaphylaxis in America* study found that far more respondents reported self-administration of an antihistamine (27%) than epinephrine (11%) at the onset of anaphylaxis.[40]

### 7.0     Recommended Prescription

I strongly recommend that all my patients at risk for anaphylaxis carry two epinephrine auto-injectors at all times.  My recommendation is based on best practices set forth in guidelines issued by the National Institute of Allergy and Infectious Diseases, World Allergy Organization, Joint Task Force on Practice Parameters of the major allergy organizations in the United States, and the American Academy of Pediatrics.  Allergists and other healthcare professionals routinely use these guidelines in determining the standard of care for their patients with anaphylaxis.  Recommending that patients carry two epinephrine auto-injectors is the standard of care for those at risk for anaphylaxis.

The guidelines discussed below are intended to function as community standards for the care of patients at risk for anaphylaxis.  The recommendations contained in these guidelines do not preclude offering individualized medical advice for patients, but rather suggest best practices that are broadly applicable to the allergy community.  And while these recommendations are intended primarily for healthcare providers and patients, it makes sense for pharmaceutical companies to

---

[35] Stephen F. Kemp et al., *Epinephrine: The Drug of Choice for Anaphylaxis—A Statement of the World Allergy Organization*, 63(8) WORLD ALLERGY ORG. J. S18, S18-26 (2008).

[36] *Id.* at S22.

[37] *See* discussion *supra* paragraph 4.0.

[38] S.M. Fineman et al., *Addressing Barriers to Emergency Anaphylaxis Care: From Emergency Medical Services to Emergency Department to Outpatient Follow-Up*, 114(4) ANNALS ALLERGY, ASTHMA & IMMUNOLOGY 301, 301-305 (2015).

[39] A. Ruiz Oropeza et al., *Anaphylaxis in an Emergency Care Setting: A One Year Prospective Study in Children and Adults*, 25(1) SCANDINAVIAN J. TRAUMA, RESUSCITATION & EMERGENCY MED. 111, 116 (2017).

[40] *See supra* note 8.

Confidential:  Subject to Protective Order

package their products in accordance with these recommendations in order to ensure that patients receive the best possible care.  Every pharmaceutical company that sells epinephrine auto-injectors in the United States today, sells them exclusively in packages with two devices.

### 7.1    Clinical Rationale for Recommendation

There is a clear clinical rationale for recommending that patients at risk for anaphylaxis always have two epinephrine auto-injectors on hand.  The numbers vary, but all of the literature acknowledges that some percentage of people will require at least two doses of epinephrine to treat anaphylaxis.  Moreover, there is no way to know in advance which patients will need that second dose.  Two doses may be necessary in multiple different scenarios.  These include severe reactions, biphasic reactions, instances where the first dose is improperly administered, and other situations.

**Severe Reactions.**  Epinephrine has a rapid onset of action within minutes but is quickly metabolized.  Thus, the short half-life of epinephrine means that multiple doses are sometimes required to reverse anaphylaxis.  If a patient does not respond to the first dose or has progressive symptoms, then repeat dosing every 5 to 15 minutes may be essential for management of anaphylaxis.[41]

Korenblat et al performed a retrospective study to look at how many doses of epinephrine are needed for anaphylaxis.[42]  A significant number of patients (>35%) with anaphylactic reactions received greater than one epinephrine dose to manage events for each of the three classes of severity.  72% of patients with anaphylaxis with the highest grade of severity (urticaria, flush, vomiting, defecation, respiratory arrest, cardiac arrest) required more than one dose of epinephrine.  The authors concluded that patients at risk for anaphylaxis and their caregivers need to recognize that more than one dose of epinephrine may be required for treatment of anaphylaxis.

Numerous studies show that multiple doses of epinephrine may be needed for children with food induced anaphylaxis.  Tsuang et al. at Mount Sinai in New York City[43] looked at food-related anaphylactic reactions to see how many patients required treatment of more than one dose of epinephrine.  Parents of children with physician-confirmed diagnoses of food allergy were administered a standardized questionnaire at the time of their clinic visit and then surveyed by phone.  The researchers found that 642 subjects had allergic reactions, 221 of which were treated with epinephrine.  Of the patients treated with epinephrine, 24 (11%) received two or more doses.  Another study surveyed parents or caregivers of children with food allergies to determine

---

[41] *See* Boyce *supra* note 11.

[42] Phillip Korenblat et al., *A Retrospective Study of Epinephrine Administration for Anaphylaxis: How Many Doses Are Needed?*, 20(6) PROC ALLERGY ASTHMA, ALLERGY AND ASTHMA PROC. 383-386 (1999).

[43] Angela Tsuang et al., *Risk factors for multiple epinephrine doses in food-triggered anaphylaxis in children*, 121(4) ANN. ALLERGY ASTHMA IMMUNOL. 469, 469-473 (2018).

Confidential:  Subject to Protective Order

how often multiple doses of epinephrine were used in food-induced anaphylaxis.[44]  The researchers found that 19% were treated with more than one dose of epinephrine.  In a third study, a review of children's medical records at Massachusetts General Hospital's Emergency Department, during a one-year period, found that 16% of children with anaphylaxis were given two doses of epinephrine.[45]  These studies confirm that treatment of anaphylaxis may require more than one epinephrine injection.

As early as 2005, John Kelso, MD, a Board-Certified Allergist at the Naval Medical Center in San Diego, stated in a letter to the editor of the Journal of Allergy and Clinical Immunology[46] that "[e]ven given the paucity of current data, it would seem that in cases of anaphylaxis severe enough to require a dose of epinephrine, it is not uncommon (16% to 36% of cases) to require a second dose.  It would thus seem prudent to consider having patients, particularly those at greatest risk for a severe reaction, carry a second dose, either as two single injectors or one double injector."[47]

**Biphasic Reactions.**  In addition, some patients experience biphasic anaphylaxis, which is a recurrence of anaphylaxis after appropriate treatment that occurs without any additional exposure to the allergen.[48]  Estimates of the incidence of biphasic reactions vary from 1% to 20% of all anaphylactic reactions.[49]  Biphasic anaphylaxis can occur anywhere from 1 to 72 hours after the initial attack.[50]  The symptoms can be severe, and every episode requires immediate attention, including the administration of epinephrine.[51]  In a retrospective study of 105 children with nonfatal anaphylaxis, 6% had biphasic reactions.[52]  Although there may be a relatively large gap of time between the initial attack and the recurrence, patients may not have a chance to replace their epinephrine auto-injector.  Therefore, biphasic reactions are another reason that patients should have two auto-injectors.

**Improper Administration of First Dose.**  It is also important for patients to have two epinephrine auto-injectors available at all times because a portion of patients are not properly

---

[44] K.M. Jarvinen et al., *Use of Multiple Doses of Epinephrine in Food-Induced Anaphylaxis in Children*, 122(1) J ALLERGY & CLINICAL IMMUNOLOGY 133-8 (2008).

[45] E. Oren et al., *Food-Induced Anaphylaxis and Repeated Epinephrine Treatments*, 99(5) ANNALS ALLERGY, ASTHMA & IMMUNOLOGY 429, 429-32 (2007).

[46] John Kelso, MD, *A second dose of epinephrine for anaphylaxis: How often needed and how to carry*, 117(2) J ALLERGY & CLINICAL IMMUNOLOGY 464-465 (2006).

[47] *Id.*

[48] Daniel Murrell, *Everything You Should Know About Biphasic Anaphylaxis*, HEALTHLINE (Nov. 29, 2017), https://www.healthline.com/health/allergies/biphasic-anaphylaxis.

[49] S.E. Scranton et al*., Incidence and Characteristics of Biphasic Reactions After Allergen Immunotherapy*, 123(2) J. ALLERGY & CLINICAL IMMUNOLOGY 493, 494 (2009).

[50] *See supra* note 48.

[51] *Id.*

[52] J.M. Lee & D.S. Greenes, *Biphasic Anaphylactic Reactions in Pediatrics*, 106(4) PEDIATRICS 762, 762-64 (2000).

Confidential:  Subject to Protective Order

administered the first dose.[53]   In an emergency situation, accidents can occur by either the patient
or the caregiver attempting to administer the epinephrine.

**Other Situations Where Two Doses Are Needed.**  A second dose of epinephrine may be
needed for additional reasons.  For example, a routine dose of 0.3 mg of epinephrine is
occasionally insufficient for patients with high body mass.  Patients with certain mast cell
diseases are also at greater risk of requiring two doses.[54]

Since anaphylaxis can be fatal, I must do everything I can do to assure my patients are protected.
And because there is no way to know in advance how many doses my patients will need, I
recommend that all of my patients carry two doses at all times.

### 7.2     Guidelines Regarding Anaphylaxis

Because ethical constraints preclude conducting clinical trials on patients experiencing
anaphylaxis,[55] allergists and other physicians must make decisions based on clinical and survey
data collected and reviewed by reputable organizations.  The guidelines from those
organizations, several of which are described below, all indicate that individuals at risk for
anaphylaxis should carry two doses.

### 7.2.1 The National Institute of Allergy and Infectious Diseases Guidelines

The NIAID is a division of the National Institutes of Health ("NIH") that conducts and supports
research to better understand, treat, and ultimately prevent infectious, immunologic, and allergic
diseases.  In December 2010, the NIAID issued a report, titled "Guidelines for the Diagnosis and
Management of Food Allergy in the US: Report of the NIAID-Sponsored Expert Panel" (the
"NIAID Guidelines").[56]  The NIAID Guidelines, as with other publications overseen by the NIH,
are considered highly reputable and are regularly relied upon in the medical field.  As stated by
the Director of the National Institute of Allergy and Infectious Diseases, Anthony Fauci, MD:

> The Guidelines were developed over a 2-year period through the combined efforts
> of an Expert Panel and Coordinating Committee representing 34 professional
> organizations, federal agencies, and patient advocacy groups.  The Expert Panel
> drafted the Guidelines using an independent, systematic literature review and
> evidence report on the state of the science in food allergy, as well as their expert
> clinical opinion.   The National Institute of Allergy and Infectious Diseases
> (NIAID), a component of the National Institutes of Health (NIH), provided

---

[53] F.E. Simons, et al., *Hazards of unintentional injection of epinephrine from autoinjectors: A
systematic review,* 102(4) ANN ALLERGY, ASTHMA IMMUNOL. 282-287 (2009).

[54] A. Muraro et al., *Anaphylaxis: Guidelines from the European Academy of Allergy and Clinical
Immunology,* 69(8) ALLERGY 1026-45 (2014).

[55] *See supra* paragraph 5.0.

[56] *See* Boyce *supra* note 11.

Confidential:  Subject to Protective Order

funding for this project and played a pivotal role as organizer and 'honest broker' of the Guidelines project.[57]

The NIAID Guidelines were "[b]ased on a comprehensive review and objective evaluation of the recent scientific and clinical literature on [food allergy]" and were intended to "have broad impact and benefit for all health care professionals."[58]  The members of the panel are themselves highly respected individuals with experience in clinical, scientific, and public health areas.  "Each member was vetted for financial [conflicts of interest] by NIAID staff and approved by the [Coordinating Committee]."[59]

The NIAID panel, which is made up of distinguished physicians and other experts, recognized the need for two doses of epinephrine in preventing anaphylaxis.  According to the NIAID Guidelines, intramuscular epinephrine is the drug of choice for anaphylaxis and should be administered as first-line therapy.  Epinephrine has an onset of action with minutes, but is metabolized rapidly.  Therefore, the effect of epinephrine "is often short-lived and repeated doses may be necessary."[60]  According to the NIAID Guidelines, 10-20% of patients receiving epinephrine for food-induced or non-food induced anaphylaxis will require more than one dose of epinephrine before recovery of symptoms.[61]  Additionally, as discussed in the NIAID Guidelines, the severity of reactions cannot be accurately predicted by the severity of past reactions.[62]  As was true when the NIAID Guidelines were issued in 2010 and remains true today, very little information exists that defines the mechanism or supports specific therapy to prevent biphasic or protracted reactions.  Therefore, it is impossible to know who will be in the 10-20%, or more, that may need a second dose.

It is for these reasons, among others, that the NIAID Guidelines recommend, repeatedly, that "[a]ll patients who have experienced anaphylaxis should be sent home with the following: . . . Epinephrine auto-injector (2 doses)."[63]  The NIAID Guidelines go on to state that the "recommended prescription is for 2 doses of epinephrine."[64]

Although drafted in response to a public health crisis relating to food allergies, nothing about the recommended dosing in these guidelines is specific to anaphylaxis caused by food.  As an allergist, I treat all people at risk for anaphylaxis from accidental exposure to an allergen the same:  I recommend that they all carry two doses of epinephrine.

---

[57] *Id.* at S4.
[58] *Id.* at S6.
[59] *Id.*
[60] *Id.* at S40.
[61] *Id.*
[62] *Id.* at S18.
[63] *Id.* at S39, S42.
[64] *Id.* at S42.

Confidential:  Subject to Protective Order

### 7.2.2    The World Allergy Organization Guidelines

The World Allergy Organization ("WAO") is an international umbrella organization with members from regional and national allergology and clinical immunology societies in nearly 100 countries around the world.  Those organizations include both the American College of Allergy, Asthma, and Immunology ("ACAAI") and the American Academy of Allergy, Asthma, and Immunology ("AAAI").

In 2011, the WAO published guidelines ("WAO Guidelines") regarding best practices for treating anaphylaxis.  The WAO Guidelines note that "more than one epinephrine injection is needed in up to 23% of adults receiving an epinephrine injection for anaphylaxis; therefore, consider prescribing more than one epinephrine auto-injector."[65]  In addition, the WAO Guidelines state, "Patients should be discharged with epinephrine or a prescription for epinephrine, preferably in the form of one or more epinephrine auto-injectors."[66]

### 7.2.3    Joint Task Force Anaphylaxis Practice Parameters

The Joint Task Force ("JTF") on Practice Parameters was formed in 1989 and is comprised of members from the AAAAI and the ACAAI.  The purpose was and still is to help clinicians in providing high quality of assessment and treatment that is consistent with the best scientific evidence and clinical consensus.  Numerous parameters have been produced over the years including rhinitis, drug allergy, immunotherapy, and vaccine reactions.[67]  Members of the JTF have to be vetted by both national allergy organizations.  This task force oversees the development of practice parameters; selects the workgroup chair(s); and reviews drafts of the parameters for accuracy, practicality, clarity, and broad utility of the recommendations for clinical practice.

Only allergists who are considered authorities on a particular subject are chosen by JTF members to be on the workgroup to develop a practice parameter.  All conflicts of interest are evaluated prior to an allergist being placed on a workgroup.  All conflicts of interest documents for workgroup members and JTF reviewers are available for the public to review on the JTF website.  Once a practice parameter is produced by the workgroup, it goes to leadership of the AAAAI and the ACAAI for review and comments and is then released to the membership of both organizations for review and comments.  This input leads to production of the final revision of the practice parameter by the JTF which is submitted for publication to one of two journals: Annals of Allergy, Asthma, and Immunology or Journal of Allergy and Clinical Immunology.

In 2015, the JTF published an Anaphylaxis practice parameter update (the "Practice Parameters").  For purposes of creating the Practice Parameters, a workgroup of experts in the allergy and anaphylaxis performed a comprehensive review of medical literature relating to anaphylaxis.  As with other JTF practice parameters, any conflicts of interest are vetted and are listed on the JTF website.  Additionally, to the extent a potential conflict of interest is present,

---

[65] *See* Simons *supra* note 11, at 587, 593.e18.
[66] *Id.* at 593.e16.
[67] *See generally* www.allergyparameters.org.

Confidential:  Subject to Protective Order

the workgroup member with the conflict is excluded from discussing that topic.[68]  The Practice Parameters state that individuals who have experienced anaphylaxis where the cause is not avoidable or cannot be determined should be prescribed an EAI.[69]  The Practice Parameters further instruct that "[b]ecause anaphylactic episodes might require more than 1 dose of epinephrine, all patients should carry 2 [EAI]s."[70]  This statement is part of the Executive Summary of the Practice Parameters which was developed from the summary statements through the Practice Parameters.  The Executive Summary encapsulates all the essential recommendations by the JTF throughout the document.

The Practice Parameters then repeat this advice in a section summarizing the evaluation and management of patients with a history of anaphylaxis.  Summary Statement 2 advises that any patient who has experienced anaphylaxis for an allergen that cannot be avoided should be supplied with an EAI and instructions for how to administer it.[71]  The physician should also "emphasize that [the patient] should carry 2 [EAIs] with them at all times."[72]  That suggestion is accompanied by a "strong recommendation."  For purposes of the Practice Parameters, that recommendation means that "the benefits of the recommended approach clearly exceed the harms."[73]  Clinicians are instructed to follow a strong recommendation unless there is a "clear and compelling rationale for an alternative approach."  As the Practice Parameters note, this recommendation is based on a "lesser evidence" because "high-quality evidence is impossible to obtain."  As noted above, because ethical considerations preclude conducting clinical trials on patients experiencing anaphylaxis, physicians treating anaphylaxis must make decisions based on medical experience and obtainable data, in the absence of possible empirical evidence.  Part of the basis for this recommendation is that studies show that up to 23% of patients may suffer from a biphasic reaction and up to 30% of patients who develop anaphylaxis will require more than one dose.[74]

The recommendation of the Practice Parameters is in line with my own treatment of patients at risk for anaphylaxis.  I believe it is important that the Practice Parameter stresses the need for two epinephrine auto-injectors throughout the document and in the Executive Summary.

Another important practice parameter developed by the JTF is the *Emergency department diagnosis and treatment of anaphylaxis: a practice parameter*.[75]  This document discusses the prescription of epinephrine auto-injectors for patients who have experienced anaphylaxis.[76]  The emergency parameter explains that patients leaving an emergency room are at risk of

---

[68] *See* Lieberman *supra* note 11 at 343.
[69]  *Id.* at 341-348.
[70] *Id.* at 348.
[71] *Id.* at 350.
[72] *Id.*
[73] *Id.* at 342, 350.
[74] *Id.* at 361.
[75] Ronna Campbell et al., *Emergency department diagnosis and treatment of anaphylaxis: a practice parameter*, 113(6) ANN ALLERGY, ASTHMA IMMUNOL. 599-608 (2014).
[76] *Id.* at 606.

Confidential:  Subject to Protective Order

reencountering the allergen.  The parameter therefore recommends that patients need to be prepared for a potential reoccurrence and "should be given 2 auto-injectable epinephrine devices to carry with them at all times."  The parameter includes some explanations for the basis for this recommendation.  For example, it cites to studies showing that "up to 30% of patients who develop anaphylaxis will have to administer more than 1 dose of epinephrine."  It also explains that biphasic reactions can occur in up to 20% of patients with an anaphylactic reaction.  Additionally, "[a] large percentage of patients use epinephrine injectors incorrectly."  This JTF parameter reaffirms the need for two epinephrine auto-injectors for patients who had had life-threatening anaphylaxis.

### 7.2.4   American Academy of Pediatrics Guidelines

The American Academy of Pediatrics ("AAP") is the largest professional organization of US pediatricians, and is committed to the optimal physical, mental, and social health and well-being for all infants, children, adolescents, and young adults.  The AAP has published hundreds of practice recommendations, which are recognized as the standard of care for US practicing pediatricians.  The AAP has very high standards for any recommendations or guidance that it publishes.

In 2017, the AAP published *Guidance on Completing a Written Allergy and Anaphylaxis Emergency Plan* as a clinical report, which included a recommended action plan for parents/caregivers of children at risk for an anaphylactic emergency, in the Academy's journal PEDIATRICS.  This guidance states:  "Two epinephrine autoinjectors should be available at all times, because a second administration may be needed if there is not a quick or adequate response to the first dose of epinephrine."[77]

The guidance also includes an AAP Allergy and Anaphylaxis Emergency Plan associated with this clinical report that was developed with the support and advice of various committees, councils, and sections within the AAP.  The Emergency Plan stresses to give injectable epinephrine right away at the first sign of anaphylaxis and give a second dose of epinephrine, if symptoms get worse, continue, or do not get better in 5 minutes.  Unfortunately, a child suffering from anaphylaxis may not get professional medical care within 5 minutes of an anaphylactic episode.  This underscores the need to be prepared with a second dose at all times.

### 7.3   Importance of Two Doses

The bottom line is that all patients at risk for anaphylaxis should have access to two epinephrine auto-injectors at all times.  While there are some factors that may increase a patient's risk of needing two doses, there is no way to know in advance how many doses a patient will need.  For example, even patients who had previously suffered only mild reactions to an allergen are still at risk of needing more than one dose of epinephrine.  The severity of an allergic reaction depends on many factors, including the sensitivity of the patient at the particular time, the amount of the

---

[77] American Academy of Pediatrics, *Guidance on Completing a Written Allergy and Anaphylaxis Emergency Plan*, 139 PEDIATRICS e4 (Mar. 2017).

Confidential:  Subject to Protective Order

allergen, the route of exposure, underlying factors such as asthma, and other variability.[78]  A study of patients who suffered fatal anaphylaxis to food in the United Kingdom from 1999 to 2006 found that over half of the deaths occurred in patients whose previous reactions had been so mild "that it was unlikely that a doctor would have recommended they should carry a pen."[79]  Therefore, there is always a risk of needing a second dose of epinephrine, even if a patient has only previously suffered mild reactions.

In addition, since much of the medical literature regarding anaphylaxis focuses on food allergy,[80] some may be under the misconception that only patients with food allergies need to carry more than one epinephrine auto-injector.  This is not the case.  No matter the triggering agent in anaphylaxis, the same immunologic changes as seen in Figure 2 lead to symptoms seen in anaphylaxis as illustrated in Figure 1.  Therefore, regardless of the type of allergy, patients at risk for anaphylaxis should always be prepared with more than one dose of epinephrine.

## 8.0    Mylan's Sale of EpiPen Two-Packs

Mylan's decision to sell EpiPen devices exclusively in two-packs is consistent with best practices outlined by both national and international guidelines, which recommend the prescribing of two epinephrine auto-injectors for all patients deemed at risk for anaphylaxis.[81]  As pointed out in the NIAID Guidelines, 10-20% of patients receiving epinephrine for food-induced or non-food induced anaphylaxis will require more than one dose of epinephrine before recovery of symptoms.[82]

Based on my medical experience, the statements contained in Mylan's August 24, 2011 press release announcing the decision to eliminate the single pack[83] relating to the NIAID and WAO Guidelines are accurate.  As a physician with knowledge of the applicable guidelines, I believe the statements of the press release summarizing the guidelines, the quote from Mylan CEO Heather Bresch, or the quote from Dr. Phil Lieberman, a respected allergist, are accurate, particularly at the time the information was released.

---

[78] Peter K. Smith et al., *Risk multipliers for severe food anaphylaxis*, 8(1) WORLD ALLERGY ORGANIZATION J. 4-9 (2015).

[79] Richard S.H. Pumphrey and M. Hazel Gowland, *Further Fatal Allergic Reactions to Food in the United Kingdom*, 1999-2006, 119(4) J ALLERGY & CLINICAL IMMUNOLOLOGY, 1018-1019 (2007).

[80] *See, e.g.*, Angela Tsuang et al., *Risk factors for multiple epinephrine doses in food-triggered anaphylaxis in children*, 121(4) ANN. ALLERGY ASTHMA IMMUNOL. 469, 469-473 (2018); K.M Jarvinen, *Use of Multiple Doses of Epinephrine in Food-Induced Anaphylaxis in Children*, 122(1) J. Allergy & Clinical Immunology 133, 133-38 (2008); E. Oren et al., *Food-Induced Anaphylaxis and Repeated Epinephrine Treatments*, 99(5) ANNALS ALLERGY, ASTHMA & IMMUNOLOGY 429, 429-32 (2007).

[81] *See* Boyce *supra* note 11; Lieberman *supra* note 11 at 341-384; Simons *supra* note 11.

[82] *See* Boyce *supra* note 11 at S1-S58.

[83] *Dey Pharma to Offer EpiPen 2-Pak® and EpiPen Jr 2-Pak® Exclusively* (Aug. 24, 2011), http://newsroom.mylan.com/press-releases?item=123046.

Confidential:  Subject to Protective Order

Mylan's decision to no longer sell single EpiPen devices continues to be consistent with the most recent guidelines in caring for the patients at risk for anaphylaxis, which have indicated increased percentage of individuals potentially needing two doses of epinephrine, up to 30%.[84] Mylan's sale of EpiPen two-packs does not prevent healthcare providers from giving individualized medical advice to their patients regarding how many devices to carry, nor does it prevent patients from deciding how many devices to carry at a given time.

## 9.0    Studies Identified by Dr. Portnoy

In his October 31, 2019 Expert Report, Jay Portnoy, M.D. cites several studies looking at the frequency in which a second dose of epinephrine is needed in the treatment of anaphylaxis. Seven studies were in food induced anaphylaxis, one in venom anaphylaxis, one in allergy immunotherapy, and one relating to multiple anaphylactic triggers.[85]  In each of these studies, the authors identify a percentage of patients that required more than one dose of epinephrine in reversing their anaphylaxis.  I do not disagree with either the studies or Dr. Portnoy that a majority of patients having anaphylaxis will not need a second dose.  However, we cannot predict accurately which patients will need a second dose. And nothing in the studies cited by Dr. Portnoy state anything to the contrary.  As a physician, I have to consider whether I want to take the risk of not supplying two epinephrine auto-injectors because most patients will not need a second dose.  Anaphylaxis can be life-threatening, and I must put my patient's wellbeing first. In my medical opinion, failure to give two epinephrine auto-injectors may expose my patient to increased peril.

### 9.1    Studies Showing the Need for Two Doses

Dr. Portnoy appears to cite to these articles to state that the need for a second dose depends on the trigger, and in particular, is mostly needed for food allergy as compared to other triggers.[86] However, those studies do not provide any basis to identify particular individuals who will need a second dose.

In reviewing the studies cited by Dr. Portnoy for factors that increased the need for more than one dose of epinephrine, there were significant differences.  For example, Manivannan found individuals of a younger age and displaying symptoms such as wheezing, shock, cyanosis and laryngeal edema were more likely to need multiple doses.[87]  In comparison, the Rudders study found older age as a risk factor.[88]  Similarly, several of the studies discuss the effect of asthma, but come to differing conclusions.  Manivannan did not find a history of asthma to significantly

---

[84] *See* Lieberman *supra* note 11.

[85] Expert Report of Jay Portnoy, M.D. (Oct. 31, 2019) ¶¶ 30-39 (discussing studies by Manivannan, Banerji, Inoue, Jarvinen, Oren, Rudders, Uguz, Tsuang, Rudders, and Kelso).

[86] *Id.* ¶ 29.

[87] V. Manivannan et al., *Factors associated with repeated use of epinephrine for the treatment of anaphylaxis*, 103(5) ANN ALLERGY ASTHMA IMMUNOL. 395-400 (2009).

[88] S.A. Rudders et al., *Multicenter study of repeat epinephrine treatments for food-related anaphylaxis*, 125(4) PEDIATRICS e711-8 (2010).

Confidential:  Subject to Protective Order

predict the use of repeated doses of epinephrine in the population of patients with diverse allergens.[89]  However, the Inoue study did find asthma, along with allergic rhinitis and atopic dermatitis, as a risk factor for more than one dose.[90]  And the Jarvinen study only found asthma as a risk factor for more than one dose, without any other factors.[91]

The only thing that is clear from the studies mentioned by Dr. Portnoy is that we cannot be certain which patients will and will not need a second dose of epinephrine in treatment of their anaphylaxis.

### 9.2    Determining Which Patients Require an EAI Prescription and Kelso Immunotherapy Article

Dr. Portnoy cites the Kelso article[92] to state that patients receiving immunotherapy provide an example of individuals who do not need to carry two EAIs because of the low likelihood of a need for a second dose.  As discussed above, I recommend that patients at risk for anaphylaxis carry two epinephrine auto-injectors at all times.  However, there are some categories of patients for whom I do not typically prescribe epinephrine auto-injectors because I do not believe them to be at an increased risk for anaphylaxis outside of a hospital setting.

For example, I do not prescribe epinephrine auto-injectors to patients who receive allergy injections at a doctor's office because those patients are monitored for 30 minutes after receiving each shot.  Since any anaphylactic reaction is highly unlikely to occur more than 30 minutes after an allergy shot, these patients are not at increased risk for anaphylaxis after leaving their doctor's office.  However, if I determine that there is a risk of anaphylaxis outside of my office, then I would want my patient to have two EAIs. In addition, I do not prescribe epinephrine auto-injectors to patients with allergies to prescription medications, such as penicillin.  However, I do prescribe epinephrine auto-injectors to patients who are allergic to over-the-counter medications like aspirin, since such medications are more likely to be accidentally ingested.  For these patients, I recommend that they carry two epinephrine auto-injectors at all times.

### 9.3    European Academy of Allergy and Clinical Immunology Guidelines on Anaphylaxis

I do not come to the same conclusions as Dr. Portnoy regarding the European Academy of Allergy and Clinical Immunology Guidelines on Anaphylaxis.  He points out that this guideline states:  "There are no high-quality data to help decide how many adrenaline auto-injectors should be available to individual patients" and therefore suggests not all patients need more than one.[93]

---

[89] *See supra* note 87.
[90] N. Inoue and A. Yamamoto, *Clinical Evaluation of Pediatric Anaphylaxis and the Necessity for Multiple Doses of Epinephrine*, 3(2) ASIA PAC ALLERGY 106-14 (2013).
[91] *See supra* note 44.
[92] *See supra* note 85, ¶ 39 (John Kelso, *A second dose of epinephrine for anaphylaxis: How often needed and how to carry*, 117(2) J ALLERGY & CLINICAL IMMUNOLOGY 464-465 (2006)).
[93] *Id.* ¶ 42.

Confidential:  Subject to Protective Order

In my opinion, which is in line with other guidance like the JTF 2015 Practice Parameters, if we do not have "high-quality" data, proper caution would be to exercise the highest level of safety for our patients, which means having two doses of epinephrine available.[94]

### 9.4     Dr. Portnoy's Opinion on the Anaphylaxis Parameters Update 2015

Dr. Portnoy appears to discount the recommendation of the 2015 JTF Anaphylaxis Practice Parameters Update on the need for two doses of auto-injectable epinephrine because it is not based on empirical studies.  While he is correct that the guidance is not based on empirical study, the JTF, of which he was a member, has high standards in assessing medical literature and using expert opinions to develop their parameters.  The extensive review process outlined above in producing these documents gives the clinician credible advice in diagnosis and management of anaphylaxis.  Despite not being based on empirical evidence, which would be impossible because of the lack of clinical trials concerning treatments for anaphylaxis, it is my opinion that the Practice Parameters take the correct position in strongly recommending that clinicians prescribe two EAIs because "the benefits of the recommended approach clearly exceed the harms."[95]

### 9.5.     Dr. Portnoy's Opinion on the NIAID Guidelines

Dr. Portnoy stated that the NIAID Guidelines for the Diagnosis and Management of Food Allergy in the United States did not recommend that all patients should carry two doses of epinephrine.  To be sure, the NIAID Guidelines did not contain these precise words, but they contain the functional equivalent.  In particular, the Guidelines, overseen by the NIH, state unequivocally that "[a]ll patients who have experienced anaphylaxis should be sent home with the following: . . . Epinephrine auto-injector (2 doses)."[96]  The Guidelines go on to state that the "recommended prescription is for 2 doses of epinephrine."  Based on my years of practice and experience in the industry, I believe it is well-accepted among allergists that the necessary implication of these statements and the NIAID Guidelines is that all patients at risk for anaphylaxis should carry two doses of epinephrine.

### 9.6     Dr. Portnoy's Reliance on Studies Cited in 2017 FDA Correspondence

The studies cited by Dr. Portnoy appear to come from a February 2017 letter that Mylan received from the FDA, over five years after Mylan began exclusively selling EpiPen two-packs.  The letter states that Mylan was still authorized to sell single EpiPen devices.[97]  Citing the articles discussed above, the letter acknowledged that more than one dose was needed in approximately 12-36% of the anaphylactic patients, concluding that the majority of patients do not need a second dose.  However, the letter failed to offer any clinical guidance in determining which patients would not need a second dose and should only be prescribed one epinephrine auto-

---

[94] *See supra* note 54.
[95] *See supra* paragraph 7.2.3 (quoting 2015 Practice Parameter at 350).
[96] *See* Boyce *supra* note 11; *id.* at S39.
[97] *See* PFE_EPIPEN_AT00921129.

Confidential:  Subject to Protective Order

injector, nor did the letter indicate that any such guidance exists.  As previously discussed in this report, there is no way to know in advance which patients will ultimately need a second dose.  In addition, the FDA letter failed to reference the NIAID Guidelines, despite the fact that those guidelines had been developed and issued by a U.S. government agency.  The letter also failed to mention the 2015 Practice Parameters, which are a leading, up-to-date authority relied upon by allergists.

The FDA letter also discussed the importance of clinician choice in deciding how many doses to prescribe.  As previously mentioned, the sale of EpiPen devices in two-packs does not prevent physicians from offering individualized recommendations to patients regarding how many doses to carry.

This letter from the FDA does not affect my opinion regarding the need for patients at risk for anaphylaxis to carry two epinephrine auto-injectors.

## 10.0     Conversion to Teva Generic

I understand that one of the issues in this case relates to the extent to which patients would have switched from branded EpiPen Auto-Injectors to the Teva generic product if the Teva generic had launched at an earlier date.  Based on my experience, I believe that existing EpiPen Auto-Injector users may not readily switch to the Teva generic.  There are at least three reasons why this is so.

- First, EAIs are unique products.  For most medications, there is no practical difference between using a branded product and a generic.  For most pills, for example, the active ingredients in branded and generic products are the same, and the product is administered exactly the same way: by swallowing the pill.  EAIs are different because they are emergency-use drug-device combination products.  This means that the instructions for using the product are critically important, as is the patient's comfort level with using the product.  Thus, if patients are comfortable with and trained on a particular EAI device, they may be reluctant to switch to another device, though that reluctance can be overcome based on individual preferences, including cost and other factors.

- Second, the Teva product is not identical to the EpiPen Auto-Injector.  As discussed in detail above, using the Teva product requires patients to take an additional step that they do not have to take when administering EpiPen products.  If patients do not understand that there is an extra step—and if they aren't specifically trained on how to use the Teva generic—they may not know how to use the Teva generic in the event of an emergency.  Thus, there is a learning curve for using the Teva device, and, if all else is equal, patients and physicians would likely prefer to stick with EpiPen products rather than learn or instruct on the different instructions for the Teva product, though patients are willing to switch under certain circumstances, as I described in the previous paragraph.

- Third, even months after the Teva product launched, trainers have not been widely distributed to the best of my knowledge, so health care providers don't have a way to demonstrate the correct use to ensure the patient, caregiver, and/or parent know the proper way to use it.

Confidential:   Subject to Protective Order

Teva's CEO stated in February 2019 that Teva expected "its generic version of Mylan's EpiPen to claim about 25 percent of the U.S. market by the end of the year."[98]   Based on the factors listed above, it does not surprise me that Teva only expected its generic to have a 25% market share at the end of 2019.[99]

Respectfully submitted,

Michael S. Blaiss, MD

December 23, 2019

---

[98] Tova Cohen, *Teva Expects Market Sales Injection from U.S. EpiPen Market*, REUTERS (Feb. 19, 2019), https://www.reuters.com/article/us-teva-pharm-ind-outlook/teva-pharm-expects-about-25-percent-of-epipen-market-by-year-end-idUSKCN1Q80TH.

[99] I have not been asked to give, and am not offering, an opinion on the relevant market for purposes of the legal issues in this litigation.

# Appendix A

Confidential:  Subject to Protective Order

Appendix A: Dr. M. Blaiss Curriculum Vitae

March   2019

# CURRICULUM VITAE

**NAME:**            **MICHAEL STEVEN BLAISS, M.D.**

**CURRENT TITLES:**       Executive Medical Director
American College of Allergy, Asthma, and Immunology

Physician (Allergy/Asthma), Good Samaritan Health Clinic East
Gwinnett
Norcross, Georgia

Clinical Professor of Pediatrics
Medical College of Georgia at Augusta University
Augusta, Georgia

**BUSINESS ADDRESS:**       1090 Windfaire Place
Roswell, Georgia 30076

**E-MAIL ADDRESS:**       michael.blaiss@gmail.com

**BIRTH DATE:**       November 28, 1952

**PLACE OF BIRTH:**       Memphis, Tennessee

**CITIZENSHIP:**       U.S.A.

**MARITAL STATUS:**       Married: Terry
Children:     Adam - July 13, 1979
               Joel - June 25, 1982

## EDUCATIONAL BACKGROUND:

**High School**       Central High School
Memphis, Tennessee

**College**       University of Georgia
Athens, Georgia 1970-73
B.S., Zoology, Magna Cum Laude

**Awards & Honors**       Phi Beta Kappa
Phi Kappa Phi Honor Society
Alpha Epsilon Delta Pre-Med Honor Society

**Medical School**       University of Tennessee
Center for Health Sciences

Confidential:  Subject to Protective Order

Memphis, Tennessee  1974-1976; M.D.

**Awards & Honors**                  Alpha Omega Alpha

## POSTGRADUATE TRAINING:

**Residency**                  University of Tennessee/LeBonheur Children's Medical Center, Memphis, Tennessee 1977-79

Chief Resident, University of Tennessee/LeBonheur Children's Medical Center, Memphis, Tennessee; January-June 1980

**Fellowship**                  Allergy/Immunology
Ochsner Medical Foundation, New Orleans, Louisiana 1980-82

## PREVIOUS EMPLOYMENT:      Global Medical Affairs Lead-Better Breathing-Health
Global Clinical Development and Medical Affairs
Pfizer Consumer Healthcare
February 2016-August 2016

Director, Medical Affairs
Allergen Immunotherapy
Merck & Co., Inc.
April 2014-February 2016

Partner and Staff Physician
Allergy and Asthma Care
Germantown, Tennessee
2000-2014

Professor of Pediatrics
Professor of Medicine
Division of Clinical Immunology
University of Tennessee, Memphis
1996-1999

Director-Pediatric Allergy/Clinical Immunology Fellowship
Training Program
University of Tennessee, Memphis
1990-1999

Assistant Professor of Pediatrics and Medicine
Division of Clinical Immunology
University of Tennessee, Memphis
1990-1996

Section Head
Allergy and Clinical Immunology
Ochsner Clinic
New Orleans, LA

Confidential:  Subject to Protective Order

1982-1989

Clinical Assistant Professor of Medicine
Division of Allergy/Immunology
Tulane University College of Medicine 1982-1989

**LICENSURE:**              State of Georgia

**SOCIETIES:**              Fellow, American College of Allergy, Asthma, and Immunology

Fellow, American Academy of Allergy, Asthma, and Immunology

Georgia Society of Allergy, Asthma, and Immunology

**BOARDS:**                 American Board of Pediatrics, November 1981

American Board of Allergy & Immunology, October 1983

**EDITORIAL BOARDS:**       Annals of Allergy, Asthma, and Immunology   1994 – 1999; 2001-2005; 2016-present

Journal of Thoracic Disease  2017-present

American Journal of Rhinology and Allergy 2010-2014

World Allergy Organization Journal 2003-2014

Allergy and Asthma Proceedings 2005-2014

Expert Review of Clinical Immunology 2005-2014

Contributing Editor, Asthma Resource Center, Epocrates.com 2010-12

Journal of Asthma 1994-2009

Assistant Editor, AllergyWatch 1997-2000

Editor-in-Chief,1993,1995,1996,1997,1998,1999,2000,2001,2002
American College of Allergy, Asthma and Immunology Meeting on CD-ROM

**OFFICES:**                Past President, American College of Allergy, Asthma, and Immunology

Former Treasurer, American Board of Allergy and Clinical Immunology

Confidential:  Subject to Protective Order

Past Board of Directors, World Allergy Organization

Chairman, Allergy Training Program Directors Committee, American College of Allergy and Immunology 1994, 1995, 1996,1997, 1998, and 1999

Former Co-Chairperson, Allied Health Committee for the American Academy of Allergy, Asthma, and Immunology 2001-2002

Past Treasurer, Joint Council of Allergy, Asthma and Immunology

Past President, Mid-South Allergy Forum

Past President-Tennessee Society of Allergy, Asthma, and Immunology

Member, Program Committee for 1994,1995,1996,1997, and 1998 Annual Meeting of the American College of Allergy and Immunology

Co-Chairman, Oversight Committee for Outcomes Analysis, Joint Council of Allergy and Immunology

Member, National Issues Subcommittee, Allergy Training Program Directors, American Academy of Allergy and Immunology

Representative of the American Academy of Allergy and Immunology to the Council of Medical Specialty Societies' Program Directors' Association

Past Member, Board of Regents of the American College of Allergy and Immunology

Program Co-Chairman, The Lloyd V. Crawford Symposiums on Allergy and Immunology and the Tennessee State Allergy and Immunology Meeting, Memphis, 1993,1995, and 1997

Program Chairman, 1992 Eastern Allergy Association Meeting

Past Vice Chairman, Board of Directors, UT Medical Group, Inc.

Medical Director, Camp Wezbegon West, Pediatric Asthma Camp

Faculty-*Advances in Asthma Care*-American Academy of Allergy and immunology

Past President, Louisiana State Allergy Society

Past Secretary, Section of Allergy/Clinical Immunology
Southern Medical Association

Past Chairman, Section of Allergy/Clinical Immunology Southern Medical Association

Confidential:  Subject to Protective Order

Member, Programming Committee 1986 & 1987 American College of Allergist Meetings

Past Chairman, Ad-Hoc Committee of Allergists in HMO's for American College of Allergy and Immunology

Past Member, Allied Health Committee for American Academy of Allergy and Immunology

Past Secretary/Treasurer-Le Bonheur Pediatric Specialties, Inc.

**AWARDS:**

Gold Headed Cane Award, American College of Allergy, Asthma, and Immunology-2013

Distinguished Fellow-American College of Allergy, Asthma, and Immunology-1996

Jaros Lectureship, American College of Allergy, Asthma, and Immunology-1998

Daniel Goodman Lectureship, American College of Allergy, Asthma, and Immunology-2008

The Best Doctors in America, 1999-2014. Woodward/White, Inc. Aiken SC.

1994 Harry Davis Memorial Award -American Lung Association of Tennessee

Lifetime Achievement Award, Louisiana State Allergy, Asthma, and Immunology Society, 2005

USA Today Most Influential Doctors in Asthma-2009

**SELECTED ABSTRACTS PRESENTED AND PRESENTATIONS:**

1. Wittig HJ, Blaiss MS:  Validity of the Prick Test Method in Clinical Allergy.  Southeastern Allergy Association, October 1983.

2. Wittig HJ, Blaiss MS: Differences in Spirometric Findings Between Ex-Smokers, Passive Smokers, and Non-Smokers.  American Academy of Allergy Meeting, March 1981.

3. Crawford LV, Economides A, Blaiss MS, Herrod H: Inhaled Atropine Sulfate vs. Isoproterenol in Pediatric Status Asthmaticus.  American Academy of Allergy Meeting, March 1981.

4. Blaiss MS:  Urticaria - A Practical Approach - A Scientific Exhibit presented to the American Academy of Family Practice, September 1981.

5

Confidential:  Subject to Protective Order

5.  Blaiss MS, McCants M, Lehrer S:  Cabbage Induced Anaphylaxis. International Food Allergy Symposium, Atlanta, Georgia; October 1984.

6.  Blaiss MS:  Clinical Application of Methacholine Challenge.  Southern Medical Association, New Orleans, Louisiana; November 1984.

7.  Blaiss MS, McCants M, Lehrer S: IgE Sensitivity to Cabbage, Abstract.  American Academy of Allergy and Immunology, New York, March 1985.

8.  Blaiss MS:  Allergic Rhinitis:  New Advances in Treatment, 8th Annual Practical Internal Medicine For The Practitioner; New Orleans, April 1985.

9.  Blaiss MS, Pulver K:  The Effect of Ranitidine on Histamine Cutaneous Wheal.  American College of Allergists meeting, Phoenix, January 1986.  (Abstract)

10.  Blaiss MS:  Update Your Pediatrics.  Tulane University Panel Discussion on Hyperactivity and Allergy, New Orleans, February 1986.

11.  Blaiss MS:  Drugs in Treatment of Allergic Diseases.  Xavier University College of Pharmacy, New Orleans, April 1986.

12.  Palermo M, Blaiss MS, Shourbaji N:  IgG subclass deficiency in short-limbed dwarfism.  Southern Med. Association, November 1986.

13.  Blaiss MS:  Beta-Agonist Drugs.  Coliseum Medical Center, Lafayette, La., May 1987.

14.  Blaiss MS, Lambert-Lanasa C:  Bronchial Adenoma in an Adolescent Asthmatic.  American College of Allergy Meeting, Boston, MA, Nov. 1987.  (Abstract)

15.  Blaiss MS: Allergic Rhinitis:  Grand Rounds, University of South Alabama, Department of Medicine, April 1988.

16.  Blaiss MS: Late Phase Asthma, University of Tennessee Department of Pediatrics, March 1989.

17.  Blaiss, MS, Daul CB and English M: Baby's Breath (Gyphsophilia Panniculata) Occupational Allergy in a Florist.  American Academy of Allergy and Immunology Meeting, Baltimore,  March 1990 and The Eastern Allergy Conference, Bal Harbour, FL, April 1990 (abstract)

18.  Blaiss MS: Pharmacologic Management of Allergic Disorders, Literature Review, American College of Allergy, Asthma, and Immunology Meeting, San Diego, Nov 1997.

19.  Blaiss MS: Navigating Large Medical Reference Databases: MedLine and More. American College of Allergy, Asthma, and Immunology Meeting, San Diego, Nov 1997.

20.  Kagy L, Blaiss MS, and Lieberman P: Clinical Profile of 380 Cases of Anaphylaxis. American College of Allergy, Asthma, and Immunology Meeting, San Diego, Nov 1997 (abstract).

21.  Stabile K, Blaiss MS, McKown KM, and Lieberman P: Atypical Lupus Associated with Parvovirus Infection Presenting as Chronic Urticaria. American College of Allergy, Asthma, and Immunology Meeting, San Diego, Nov 1997 (abstract).

22.  Heinly T, Lieberman P, and Blaiss MS: Superior Vena Cava Syndrome Mimicking Angioedema. American College of Allergy, Asthma, and Immunology Meeting, San Diego, Nov 1997 (abstract).

Confidential:  Subject to Protective Order

23. Yel  L, Herrod HG, and Blaiss MS: Markedly High Serum IgA with Recurrent Infections: A Disease Entity? American College of Allergy, Asthma, and Immunology Meeting, San Diego, Nov 1997 (abstract).

24. Blaiss MS: Asthma Outcomes Monitoring System. American Academy of Allergy, Asthma, and Immunology Meeting, Washington, DC, Mar 1998.

25. Blaiss MS: Asthma Outcomes: Looking to the Future. American Academy of Allergy, Asthma, and Immunology Meeting, Washington, DC, Mar 1998.

26. Heinly TL, Lieberman P, and Blaiss MS: Incidence and Evaluation of Local Anesthetic Drug Reactions Over a Ten Year Period. American Academy of Allergy, Asthma, and Immunology Meeting, Washington, DC, Mar 1998. (abstract)

27. Yel L, Blaiss MS, and Herrod H: Cytokine Production by Peripheral Blood Mononuclear Cells From a Patient with An Elevated Serum IgA Level. American Academy  of Allergy, Asthma, and Immunology Meeting, Washington, DC, Mar 1998. (abstract)

28. Kagy L, Heinly TL, Raby R, Blaiss MS, and Lieberman P. Cottonseed Oil Anaphylaxis Masquerading as Testosterone Reaction. American Academy of Allergy, Asthma, and Immunology  Meeting, Washington, DC, March  1998. (abstract)

29. Bayliss MS, Blaiss M, and Ware J. Functional Health and Well-Being in Asthma: Cross-sectional and Longitudinal Results from the Asthma Outcomes Monitoring System. American Academy of Allergy, Asthma, and Immunology Meeting, Washington, DC, March 1998. (abstract)

30. Blaiss MS: Allergic Rhinitis: Advances in Treatment. Family Practice Update, University of Mississippi Medical Center, Jackson, MS, April 1998.

31. Blaiss MS: Quality of Life and Allergic Rhinitis. Piedmont Hospital Grand Rounds, Atlanta, April 1998.

32. Bayliss MS, Espindle DM, and Blaiss MS: Monitoring HQL Outcomes in Children with Rhinitis using ROMS Tools. American College of Allergy, Asthma, and Immunology Meeting, Philadelphia, Nov. 1998 (abstract).

33. Kagy LM, Blaiss MS, and Herrod HG: Unusual Presentation of Chronic Granulomatous Disease in a Thirteen-Year Old Female. American College of Allergy, Asthma, and Immunology Meeting, Philadelphia, Nov. 1998 (abstract).

34. Espindle DM, Bayliss MS, and Blaiss MS: Practice-Level Comparisons of the Outcome of Asthma Care: Results from the AOMS Pilot Study. American College of Allergy, Asthma, and Immunology Meeting, Philadelphia, Nov. 1998 (abstract).

35. Bayliss MS, Espindle DM, Blaiss MS, Buchner D,  and Ware J: A New Tool for Monitoring Asthma Outcomes: The ITG Asthma Short Form (ITG-ASF). American College of Allergy, Asthma, and Immunology Meeting, Philadelphia, Nov. 1998 (abstract).

36. Graham DM, Jones SM, Bower CJ, Blaiss MS: Allergic Fungal Sinusitis in Pediatric Patients. American College of Allergy, Asthma, and Immunology Meeting, Philadelphia, Nov. 1998 (abstract).

37. Heinly T, Lieberman P, Blaiss M, and Lewis M: Ischemic Bowel Disease Secondary to Oral Contraceptives Masquerading as Food Allergy. American College of Allergy, Asthma, and Immunology Meeting, Philadelphia, Nov. 1998 (abstract).

Confidential:  Subject to Protective Order

38.  Bayliss MS, Espindle DM, Blaiss MS, and Ware J: Monitoring HQL Outcomes in Adults with Rhinitis using ROMS Tools. American College of Allergy, Asthma, and Immunology Meeting, Philadelphia, Nov. 1998 (abstract).

39.  Blaiss MS: Understand the Impact of Allergic Rhinitis on Sufferers. American College of Allergy, Asthma, and Immunology Meeting, Philadelphia, Nov. 1998.

40.  Blaiss MS: Asthma in America: Implications for Allergists. American College of Allergy, Asthma, and Immunology Meeting, Philadelphia, Nov. 1998.

41.  Blaiss MS: Cognitive Impairment in Allergic Individuals. American College of Allergy, Asthma, and Immunology Meeting, Philadelphia, Nov. 1998.

42.  Blaiss MS: Allergic Rhinitis: Outcomes. American College of Allergy, Asthma, and Immunology Meeting, Philadelphia, Nov. 1998.

43.  Blaiss MS: The Importance of Quality of Life in Your Patients.  Third Asian Pacific Allergology and Clinical Immunology Conference, Manila, Philippines, Dec. 1998.

44.  Blaiss MS: Pharmacology Treatment of Pediatric Asthma and Anaphylaxis Update. Hong Kong Allergy Conference, Hong Kong, Dec. 1998.

45.  Blaiss MS: Asthma Outcomes Monitoring in Your Practice. American Academy of Allergy. Asthma, and Immunology Meeting, Orlando, Feb 1999.

46.  Blaiss MS: Economic Impact of Chronic Rhinitis. American Academy of Allergy. Asthma, and Immunology Meeting, Orlando, Feb 1999.

47.  Blaiss MS and Juniper E: Assessing Quality of Life in Asthma and Allergic Rhinitis. American Academy of Allergy. Asthma, and Immunology Meeting, Orlando, Feb 1999.

48.  Graham DM, Blaiss MS, and Bayliss MS: Rhinitis Outcomes Monitoring System Pediatric Quality of Life Questionnaire: Correlation of Parents' Perception of the Child's QOL with Clinical Symptoms. American Academy of Allergy. Asthma, and Immunology Meeting, Orlando, Feb 1999 (abstract).

49.  Kagy LM and Blaiss MS: Quality of Life of Caregivers of Asthmatic Children: A Five Year Follow-Up. American Academy of Allergy. Asthma, and Immunology Meeting, Orlando, Feb 1999 (abstract).

50.  Blaiss MS: What are the Gaps in the Continuum of Care, American College of Allergy, Asthma, and Immunology Meeting, Chicago, Nov. 1999

51.  McPherson HM, Graham DM, Bayliss MS, Blaiss MS, Espindle DM: Impact of Changes in Asthma Severity on Health-Related Quality of Life in Adult Asthma Patients: Results from the Asthma Outcomes Monitoring System.  American College of Allergy, Asthma, and Immunology Meeting, Chicago, Nov. 1999 (abstract)

52.  Pongdee T, Lieberman J, Valenski R, Blaiss M, Lieberman P. Utilizing nasal peak flows for assessing nasal airway resistance. .  American College of Allergy, Asthma, and Immunology Meeting, Chicago, Nov. 1999 (abstract)

53.  Blaiss MS: Urticaria and Angioedema. Alamo Chapter of the Texas Academy of Family Practice Meeting, San Antonio, Feb 00

Confidential:  Subject to Protective Order

54. Blaiss MS: Urticaria and Angioedema. American Academy of Allergy, Asthma, and Immunology Meeting, March 00

55. Blaiss MS: Outcomes Monitoring for Allergists. American Academy of Allergy, Asthma, and Immunology Meeting, March 00

56. Graham DM, Bayliss MS, Blaiss MS, Espindle DM. Impact of Patient Adherence to Medication Regimen, Environmental Control Measures, and Education on Clinical and Quality of Life Outcome Measures in Adult Asthma Patients: Results from the Asthma Outcomes Monitoring System. American Academy of Allergy, Asthma, and Immunology Meeting, March 00 (abstract)

57. Stempel DA, Pedersen S, and Blaiss MS: Growth Velocity in Asthmatic Children Treated with Inhaled Corticosteroids and Alternative Therapies, American Thoracic Society Meeting, Toronto, May 00 (abstract)

58. Blaiss MS: Allergic Rhinitis: What's New and The Ideal Antihistamine. Hong Kong Allergy Symposium, Hong Kong, Jan 2001

59. Blaiss MS: Adherence to Medical Therapy. American Academy of Allergy, Asthma, and Immunology Meeting, New Orleans, Mar 2001

60. Blaiss MS: Rhinitis Decreasing Lung Function. American College of Allergy, Asthma, and Immunology Meeting, Orlando, Nov 2001

61. Blaiss MS: Managing Allergic Rhinitis: Important Aspects for Allergists. Combined Allergy Meeting, Cancun, Jan 2002

62. Blaiss MS: Interaction of Herbal Treatments and Prescription Medications. American Academy of Allergy, Asthma, and Immunology Meeting, New York, March 2002

63. Blaiss MS: Co-morbid Conditions in Pediatric and Adult Patients with Asthma. American Academy of Allergy, Asthma, and Immunology Meeting, New York, March 2002

64. Belleau J and Blaiss MS. Anaphylaxis to Onion and Garlic. American Academy of Allergy, Asthma, and Immunology Meeting, New York, March 2002 (abstract)

65. Nguyen W and Blaiss MS. Deer Anaphylaxis in a Child. American Academy of Allergy, Asthma, and Immunology Meeting, New York, March 2002 (abstract)

66. Blaiss M: Urticaria and Angioedema. The Jean Chapman Allergy and Asthma Symposium, Cape Girardeau Medical Society, Cape Girardeau, MO, April 2003.

67. Blaiss M: Quality of Life: Perspective and Allergic Rhinitis. 104th Oto-Rhino-Laryngological Society of Japan , Tokyo, May 2003.

68. Blaiss M: Overview of Allergic Rhinitis. American Academy of Nurse Practitioners Annual Meeting, Anaheim CA, June 2003

69. Blaiss M: Pharmacoeconomics of Asthma. XVII World Asthma Congress, St. Petersburg, Russia, July 2003.

70. Blaiss M: Pharmacoeconomics of Asthma and Connection between the Upper and Lower Airways—What's the Connection?. 26th Annual International Conference on Pediatric/Adult Allergy & Clinical Immunology. Toronto, Ontario, Canada, July 2003.

Confidential:  Subject to Protective Order

71. Blaiss M: IgE in Asthma and Associated Co-morbidities. TN/KY Allergy Society Meeting, Knoxville, TN, August 2003

72. Blaiss M: Interaction of Herbal Therapies and Pharmacoeconomics of Asthma. Alabama Allergy and Clinical Immunology Society, Destin, FL, August 2003

73. Blaiss M: Outcomes in Pediatric Asthma: What's Important. World Allergy Organization Meeting, Vancouver, Sept 2003

74. Blaiss M. Co-morbidities and Quality of Life in Pediatric Allergic Rhinitis, American Academy of Pediatrics Meeting, New Orleans, Oct 2003.

75. Blaiss M: Asthma Disease State Management Programs-A Critical Analysis. American College of Allergy, Asthma, and Immunology Meeting, New Orleans, Nov 2003.

76. Blaiss M: The Role of IgE in Allergic Asthma. American College of Allergy, Asthma, and Immunology Meeting, New Orleans, Nov 2003.

77. Hernandez-Trujillo V.P. and  Blaiss M: Use of Products Containing Peanut Oil in Peanut Allergic Patients.  American College of Allergy, Asthma, and Immunology Meeting, New Orleans, Nov 2003 (abstract).

78. Meltzer EO, Hadley J, Blaiss M et al: Development of an Instrument to Evaluate Patient Preference for Intranasal Steroids in a Clinical Trial Setting.  American College of Allergy, Asthma, and Immunology Meeting, New Orleans, Nov 2003 (abstract).

79. Berger WE, Blaiss MS, et al. Evaluating the Utility of an Asthma-related HEDIS Process Measure to Predict Asthma-related Clinical and Utilization Outcomes. American College of Allergy, Asthma, and Immunology Meeting, New Orleans, Nov 2003 (abstract).

80. Blaiss M: Asthma in Pregnancy and Allergy-Asthma Connection: The Immunologic Basis of the Allergic March. SWAF, EAC, TAAIS Combined Meeting on Allergy, Asthma, and Immunology, Puerto Vallarta, Mexico,  Jan 2004

81. Hernandez-Trujillo V, Blaiss M: Positive Skin Prick Tests in Patients with and without Clinical Manifestations to Peanuts. American Academy of Allergy, Asthma, and Immunology Meeting, San Francisco, Mar 2004 (abstract)

82. Blaiss M: Cost-Effectiveness of Allergic Diseases-An Allergist View. American Academy of Allergy, Asthma, and Immunology Meeting, San Francisco, Mar 2004

83. Blaiss M: Practical Issues in IgE Administration. American Academy of Allergy, Asthma, and Immunology Meeting, San Francisco, Mar 2004

84. Blaiss M: The Role of IgE in Allergic Asthma. 10th Annual Robert Scanlon, MD Memorial Lectureship, Georgetown University School of Medicine, Washington DC, May 2004

85. Blaiss M: The Allergy-Asthma Connection: The Immunologic Basis. II World Congress on Immunopathology and Respiratory Disease, Moscow, Russia, May 2004.

86. Blaiss M: Quality of Life in Severe to Difficult to Treat Asthma and Rhinitis, Allergy Rounds, Walter Reed Medical Center, Bethesda, MD, July 2004

Confidential:  Subject to Protective Order

87.  Blaiss M: Quality of Life in Severe to Difficult to Treat Asthma and The Role of IgE in Allergic Asthma. Allergy Update in Poland, American College of Allergy, Asthma, and Immunology and Polish Society of Allergy, Krakow, Poland, August 2004.

88.  Blaiss M, Philpot E, et al. A Study to Determine the Impact of Nasal Congestion on the Daily Activities of Rhinitis Sufferers. American College of Allergy, Asthma, and Immunology Meeting, Boston, Nov 2004 (abstract).

89.  Varghese M, Lieberman P, Treadwell G, Blaiss M, Wan J. Omalizumab Administration Reduces Symptom Scores, Medication Use, and Markedly Diminishes Skin Test. American College of Allergy, Asthma, and Immunology Meeting, Boston, Nov 2004 (abstract).

90.  Blaiss M: Why do we measure quality of life in allergic disorders. American Academy of Allergy, Asthma, and Immunology Meeting, San Antonio, Mar 2005

91.  Blaiss M: Delivery Devices: The Good, The Bad, and the Ugly. American Academy of Allergy, Asthma, and Immunology Meeting, San Antonio, Mar 2005

92.  Blaiss M, Reigel T, Philpot E, et al. A Study to Determine the Impact of Rhinitis on Sufferers' Sleep and Daily Routine. American Academy of Allergy, Asthma, and Immunology Meeting, San Antonio, Mar 2005 (abstract)

93.  Blaiss M: Novel Oral Agents in the Treatment of Allergic Disorders and Quality of Life in Asthma. World Allergy Organization Meeting, Munich, Germany, June 2005.

94.  Blaiss M: Urticaria: is it a Medical or Allergic Disorder and Can We Prevent Allergies? Hong Kong Allergy Convention. Hong Kong, Guangzhou, and Beijing, China, August 2005

95.  Blaiss M: Immunologic Basis for the Connections in the Upper and Lower Allergic Airways Disease. New Trends and Recent Applications in Allergy, Immunology, and Infectious Disseases, Giardini Naxos, Italy, October 2005.

96.  Blaiss M: Update on Infectious Diseases, Antimicrobial, and Vaccines; Reviewing the Prevalence and Burden of Asthma: Are Patients Successfully Controlled?; Economic Analysis of the Costs of Treatments for Severe Asthma, American College of Allergy, Asthma, and Immunology Meeting, Anaheim, Nov 2005.

97.  Liu AH, Zeiger RS, Blaiss MS, et al. Development and Validation of a Patient-Based Measure of Asthma Control in Children (Childhood ACT). American College of Allergy, Asthma, and Immunology Meeting, Anaheim, Nov 2005. (abstract)

98.  Blaiss MS, Kaliner MA, et al. Global Asthma Physician and Patient (GAPP) Survey: Patient Education and Patient-Physician Communications-Global Findings. American College of Allergy, Asthma, and Immunology Meeting, Anaheim, Nov 2005. (abstract)

99.  Blaiss MS: US-The Role of the Asthma Specialist in Pediatric Asthma Care. Pediatric Allergy from Bench to Bedside, Milan, Italy, Jan 2006.

100. Blaiss MS: GOAL Study Design and Outcomes. American Academy of Allergy, Asthma, and Immunology Meeting, Miami, FL, Mar 2006.

101. Blaiss MS: Pediatric Asthma: Assessing the need for early diagnosis and effective management. National Association of Pediatric Nurse Practitioners Meeting, Washington DC, March 2006.

Confidential:  Subject to Protective Order

102. Blaiss MS: Air Pollution and Allergy: Fact or Myth. ACAAI-HSACI Joint Allergy Conference,  Athens, Greece, September 2006.

103. Blaiss MS, Skoner D, et al: Palatabilty of Desloratadine 2.5 mg RediTabs vs Cetirizine 5 mg Chewable Tablets in Children 6 to 11 years of Age. American College of Allergy, Asthma, and Immunology Annual Meeting  November 2006, Philadelphia (abstract)

104. Blaiss MS and Hopper GK: Effect of Taste-Masked Oral Prednisone on Healthcare Costs in the Treatment of Pediatric Asthma: A Retrospective Cohort Study. American College of Allergy, Asthma, and Immunology Annual Meeting  November 2006, Philadelphia (abstract)

105. Blaiss MS, Boyle JM, et al. Patient Perspectives on the Symptoms of Allergic Rhinitis and the Effect of Allergic Rhinitis on Daily Living. American College of Allergy, Asthma, and Immunology Annual Meeting  November 2006, Philadelphia (abstract)

106. Blaiss MS, Naclerio RM, et al. More Effective and Better Tolerated Intranasal Corticosteroids May Improve Patient Satisfaction with Allergic Rhinitis Treatment. American College of Allergy, Asthma, and Immunology Annual Meeting  November 2006, Philadelphia (abstract)

107. Blaiss MS, Canonica GW, et al: Global Asthma Physician and Patient (GAPP) Survey: Satisfaction with Current Asthma Medication in the US-Adult Findings. American College of Allergy, Asthma, and Immunology Annual Meeting  November 2006, Philadelphia (abstract)

108. Blaiss MS, Canonica GW, et al: Global Asthma Physician and Patient (GAPP) Survey: Satisfaction with Current Asthma Medication in the US-Pediatric Findings. American College of Allergy, Asthma, and Immunology Annual Meeting  November 2006, Philadelphia (abstract)

109. Canonica GW, Blaiss MS, et al: Global Asthma Physician and Patient (GAPP) Survey: Lack of Communication Between Patients and Physicians in the US may influence Compliance.  American College of Allergy, Asthma, and Immunology Annual Meeting  November 2006, Philadelphia (abstract)

110. Blaiss MS: Impact of Ocular Allergy Beyond the Clinic. American College of Allergy, Asthma, and Immunology Annual Meeting  November 2006, Philadelphia

111. Blaiss MS: New Data Suggests Strong Impact of Allergic Rhinitis on Daily Life. American College of Allergy, Asthma, and Immunology Annual Meeting  November 2006, Philadelphia

112. Blaiss MS: Allergic Rhinitis-Assessment and Issues in the Management of Pediatric Asthma. VII National Conference of Indian Academy of Allergy, Kochi, India, January 2007.

113. Blaiss MS: Inhaler Devices for Asthma. Indian Academy of Allergy Satellite Symposium, Bangalore, India, January 2007.

114. Blaiss MS :Allergic Rhinoconjunctivitis: Burden of Disease. Southwest Allergy Forum. Puerto Vallarta, Mexico, January 2007

115. Blaiss MS: Optimizing Pediatric Diagnosis and Treatment Approaches in Chronic Idiopathic Urticaria: Profiling Your Patient and Therapy Options. American Academy of Allergy, Asthma, and Immunology Meeting, San Diego, Feb 2007.

116. Blaiss MS, Manjunath R, Dalal A, Jhingran. Assessment of Asthma Control in a United States Population. American Academy of Allergy, Asthma, and Immunology Meeting, Feb 2007, San Diego (abstract).

Confidential:  Subject to Protective Order

117. Blaiss M, Danzig M, and Gates, D: Mometasone Furoate is Effective in the Treatment of Moderate to Severe Ocular Symptoms of Seasonal Allergic Rhinitis: Results of Four Studies. European Academy of Allergy Clinical Immunology Meeting, Gotenburg, Sweden, June 2007 (abstract)

118. Blaiss MS: What Causes Asthma: Infections. Meeting, Dallas, Nov 2007

119. Blaiss MS: P4P for Rhinitis, It's Coming, What to Expect. Meeting, Dallas, Nov 2007

120. Blaiss MS, Gordon B, et al. Children with Nasal Allergies Experience Bothersome Symptoms That Affect Daily Activities. Meeting, Dallas, Nov 2007 (abstract)

121. Gordon B, Blaiss MS, et al. Prevalence of Nasal Allergies in Children: Results of a National Telephone Survey. Meeting, Dallas, Nov 2007 (abstract)

122. Ogilvie C, Blaiss MS. Mastocytic Enterocolitis:  A New Mast Cell Disorder. Meeting, Dallas, Nov 2007 (abstract)

123. Blaiss MS: Rhinitis Link to Conjunctivitis. Western Society of Allergy, Asthma, and Immunology Meeting, Big Island of Hawaii, January 2008

124. Blaiss MS, Simmons AL, et al. Sleep Impairment in adults and children with allergic rhinitis. Meeting, Philadelphia, March 2008 (abstract)

125. Gordon B. Blaiss MS, et al. Prevalence of seasonal and perennial allergic rhinitis in children and adults. Meeting, Philadelphia, March 2008 (abstract)

126. Meltzer EO, Gordon B, Derebery MJ, Blaiss MS, et al. Decreased quality of life and performance in children and adults with nasal allergy symptoms. Meeting, Philadelphia, March 2008 (abstract)

127. Blaiss MS: Pay for Performance and the Allergist; New Guidelines, Will They Made a Difference. Ohio State Allergy, Asthma, and Immunology Meeting, Kiawah Island, SC, Sept 08

128. Blaiss MS: Pharmacology of antihistamines in young children with allergic rhinitis; Powerful Efficacy More Patient Benefits, Optimal Management of Allergic Rhinitis, Joint Singapore Paediatric Congress & APAPARI Meeting 2008, Singapore, October 08

129. Blaiss MS: Outcome Studies in Pediatric Asthma. American Academy of Pediatrics Meeting, Boston, MA, Oct 08

130. Blaiss MS: Ciclesonide in Allergic Rhinitis. FESORMEX ENT Congress, Guadalajara, Mexico, Oct 08.

131. Blaiss MS: Intranasal corticosteroids are Best. American College of Allergy, Asthma, and Immunology Meeting, Seattle, WA, November 08

132. Blaiss MS: Cultural/Lifestyle Barriers to Asthma Care. American College of Allergy, Asthma, and Immunology Meeting, Seattle, WA, November 08

133. Blaiss MS, Derebery MJ, et al. Regional Prevalence of Allergic Rhinitis Symptoms: Findings from the Pediatric Allergies in American Survey. American College of Allergy, Asthma, and Immunology Meeting, Seattle, WA, November 08 (abstract)

134. Meltzer EO, Blaiss MS, et al. Prevalence of Conditions Associated with Allergic Rhinitis in Children and Adults. American College of Allergy, Asthma, and Immunology Meeting, Seattle, WA, November 08 (abstract)

Confidential:  Subject to Protective Order

135. Naclerio RM, Derebery MJ, et al. Allergic Rhinitis and  Common Secondary Symptoms: Findings from the Pediatric Allergies in American Survey. American College of Allergy, Asthma, and Immunology Meeting, Seattle, WA, November 08 (abstract)

136. Blaiss MS, Ostrom N, et al. Asthma Management-Back to Basics: The Comprehensive Survey of Healthcare Professionals and Asthma Patients Offering Insight on the Current Treatment Gaps and Emerging Device Options. American College of Allergy, Asthma, and Immunology Meeting, Miami Beach, FL, November 09 (abstract)

137. Katcher J, Blaiss MS, et al. Silent Sinus Syndrome : A Case Report. American College of Allergy, Asthma, and Immunology Meeting, Miami Beach, FL, November 09 (abstract)

138. Blaiss MS, Wingertzahn MA, et al. Similarities and Differences in Allergic Rhinitis Prevalence and Impact Among Nasal Allergy Suffers in North and Latin America. American College of Allergy, Asthma, and Immunology Meeting, Miami Beach, FL, November 09 (abstract)

139. Blaiss MS: Rhinitis: A USA Prospective. World Allergy Congress. Buenos Aires, Dec 2009

140. Blaiss MS: Selecting the optimal oral antihistamine for patients with allergic rhinitis. World Allergy Congress. Buenos Aires, Dec 2009.

141. Blaiss M and Fairchild C. Quality of Life with Olopatadine HCL Nasal Spray ).6% in 6 to 11 year old pediatric patients with seasonal allergic rhinitis. Western Society of Allergy, Asthma, and Immunology Meeting, Lanai HI, 2010. (abstract).

142. Blaiss M: Is Climate Change increasing Atopic Disease? Western Society of Allergy, Asthma, and Immunology Meeting, Lanai HI, Jan 2010.

143. Blaiss M: The Role of Performance Measures in Clinical Practice. Western Society of Allergy, Asthma, and Immunology Meeting, Lanai HI, Jan 2010.

144. Nelson H and Blaiss M: Immunotherapy Update. Western Society of Allergy, Asthma, and Immunology Meeting, Lanai HI, Jan 2010.

145. Blaiss M: Use of Validated Instruments in Office Practice: Implementation and Reimbursement. American Academy of Allergy, Asthma, and Immunology Meeting, New Orleans, Feb 2010

146. Blaiss M and  Chipps B: Chronic Cough in Children. American Academy of Allergy, Asthma, and Immunology Meeting, New Orleans, Feb 2010

147. Blaiss M, Mahoney J, Nolte H, et al. Efficacy and Safety of Timothy Grass Allergy Immunotherapy Tablet (AIT) in a North American Pediatric Population. American Academy of Allergy, Asthma, and Immunology Meeting, New Orleans, Feb 2010

148. Blaiss M: Cough in Children and Allergic Rhinitis: Cost and Productivity. Kentucky Allergy Society,

149. Blaiss M: Climate Change and Allergy. Louisiana State Allergy, Asthma, and Immunology Society Meeting, New Orleans, June 2010

150. Blaiss M: Experience from the US-Management of Allergic Rhinitis. Rhinology Update Symposium in 2010. Catholic University St. Mary's Hospital. Seoul, Korea, August 2010

151. Blaiss M: Predicting response to pharmacotherapy in rhinosinusitis: How close are we? Asia-Pacific Congress of Allergy, Asthma, and Clinical Immunology Meeting, Singapore Nov 2010.

14

Confidential:  Subject to Protective Order

152. Blaiss M: Recognizing phenotype of rhinitis – How important is it? Asia-Pacific Congress of Allergy, Asthma, and Clinical Immunology Meeting, Singapore Nov 2010

153. Blaiss M: Are SLIT Single Allergen Tablets Safe and Effective in Treating Children with SAR? American College of Allergy, Asthma, and Immunology Meeting, Phoenix, Nov 2010

154. Blaiss M: Impact of Ocular Inflammation on the Patient. American College of Allergy, Asthma, and Immunology Meeting, Phoenix, Nov 2010

155. Blaiss M: Development and Behavior Problems in the Child and Adolescent with Asthma. American College of Allergy, Asthma, and Immunology Meeting, Phoenix, Nov 2010

156. Blaiss M, Maloney J, et al: Efficacy and Safety of Grass Allergy Immunotherapy Table in a North American Pediatric Population. American College of Allergy, Asthma, and Immunology Meeting, Phoenix, Nov 2010 (abstract)

157. Blaiss M, Meltzer E, Murphy K, et al: Asthma Insight and Management (AIM):  A National Survey of Asthma Patients, the General Population, and Healthcare Providers. American College of Allergy, Asthma, and Immunology Meeting, Phoenix, Nov 2010 (abstract)

158. Meltzer E, Nathan R, Blaiss M, et al. Patient-Reported Asthma Burden and Treatment Practice in the United States: Results of the Asthma Insight and Management Survey. American College of Allergy, Asthma, and Immunology Meeting, Phoenix, Nov 2010 (abstract)

159. Creticos P, Blaiss M, Nolte H, et al. Safety of Timothy Grass Allergen Immunotherapy Tablets in North American Adults and Children. American College of Allergy, Asthma, and Immunology Meeting, Phoenix, Nov 2010 (abstract)

160. Blaiss M, Meltzer E, Spann M et al. Comprehensive Report on the Efficacy, Safety, QOL, and Caregiver Satisfaction in Children receiving Olopatadine 0.6% Nasal Spray for the Treatment of Seasonal Allergic Rhinitis. American College of Allergy, Asthma, and Immunology Meeting, Phoenix, Nov 2010 (abstract)

161. Blaiss M: Recognizing phenotype of rhinitis – How important is it? 6th Hong Kong Allergy Conference, Hong Kong Nov 2010

162. Blaiss M: Obesity and Asthma-Understanding and Management. World Allergy Organization International Scientific Conference, Dubai, UAE, Dec 2010.

163. Blaiss M: Practical Considerations in the Management of Pediatric Allergic Rhinitis and Asthma. World Allergy Organization International Scientific Conference, Dubai, UAE, Dec 2010.

164. Blaiss M: Ocular Allergy-Epidemiology and Pathomechanism. World Allergy Organization International Scientific Conference, Dubai, UAE, Dec 2010.

165. Blaiss M: Development and Behavior Disorders in Children and Adolescents with Asthma. World Allergy Organization International Scientific Conference, Dubai, UAE, Dec 2010.

166. Blaiss M: Elimination of Ocular Itching by Olopatadine HCL Ophthalmic Solution, 0.2%. World Allergy Organization International Scientific Conference, Dubai, UAE, Dec 2010. (abstract)

167. Blaiss M: Allergic Rhinitis: Update and Management. Inje University Sanggye-Paik Hospital, Seoul Korea, Jan 2011

Confidential:  Subject to Protective Order

168. Blaiss M: Allergic Rhinitis: Update and Management. Yonsei University Pediatric Department, Severance Hospital, Seoul Korea, Jan 2011

169. Maloney J, Skoner D, Nolte H, Gawchik S, Blaiss M. Efficacy of Timothy Grass Allergy Immunotherapy Tablet During Peak Grass Pollen Season in North American Children and Adolescents, American Academy of Allergy, Asthma, and Immunology Meeting, San Francisco, March 2011 (abstract)

170. Nolte H, Nelson H.S., Blaiss M., Bufe A., Dahl R., Durham SR Lower Respiratory-Related Events in Adults and Children With Allergic Rhinoconjunctivitis Receiving Timothy Grass Allergy Immunotherapy Tablet. American Academy of Allergy, Asthma, and Immunology Meeting, San Francisco, March 2011 (abstract)

171. Creticos P, Nolte H, Skoner D, Blaiss M, Maloney J, Nelson HS. Effect of Timothy Grass Allergy Immunotherapy Tablet on Allergic Rhinoconjunctivitis Eye Symptoms in North American Adults and Children. American Academy of Allergy, Asthma, and Immunology Meeting, San Francisco, March 2011 (abstract)

172. Stoloff, S, Nathan RA. Blaiss M, Meltzer E, Doherty D, Murphy K. Comparing Asthma in America (AIA) and Asthma Insight and Management (AIM) Surveys - Did Asthma Burden and Management Improve in the United States Between 1998 and 2009? American Academy of Allergy, Asthma, and Immunology Meeting, San Francisco, March 2011 (abstract)

173. Stoloff, S, Nathan RA. Blaiss M, Meltzer E, Doherty D, Murphy K. Physician-Reported Asthma Control and Management From the Asthma Insight and Management (AIM) Survey American Academy of Allergy, Asthma, and Immunology Meeting, San Francisco, March 2011 (abstract)

174. Meltzer E, Doherty D, Nathan RA, Murphy K, Stoloff, S, Blaiss M. The Overall Burden Experienced by Asthma Patients Interviewed in the Asthma Insight and Management (AIM) Survey American Academy of Allergy, Asthma, and Immunology Meeting, San Francisco, March 2011 (abstract)

175. Doherty D, Meltzer E, Stoloff, S, Murphy K, Nathan RA, Blaiss M. Patient and Physician Differences in the Understanding Asthma Symptom Deterioration Terminology From the Asthma Insight and Management (AIM) Survey.American Academy of Allergy, Asthma, and Immunology Meeting, San Francisco, March 2011 (abstract)

176. Blaiss MS: Allergies-A Global Problem. 2nd Middle-East-Asia Allergy Asthma Immunology Congress, Dubai UAE, April 2011

177. Blaiss MS: Asthma Insight and Management, Impact on Patients and Clinicians. 2nd Middle-East-Asia Allergy Asthma Immunology Congress, Dubai UAE, April 2011

178. Blaiss MS: Safety Update regarding intranasal corticosteroids for the treatment of allergic rhinitis. Eastern Allergy Conference, Palm Beach FL, June 2011

179. Blaiss MS, Garnet DB, et al: Zero Itch with Olopatadine Hydrochloride Ophthalmic Solution, 0.2% in a Conjunctival Allergen Challenge Study (abstract) Eastern Allergy Conference, Palm Beach FL, June 2011

180. Blaiss MS: Emerging Therapies in Allergic Rhinitis. American Academy of Pediatrics Meeting, Boston October 2011

181. Blaiss MS: Allergic Rhinitis: Effect on Behavior and Sleep in Children. American Academy of Pediatrics Meeting, Boston October 2011

Confidential:  Subject to Protective Order

182. Blaiss MS: Asthma Phenotypes and Vitamin D Deficiency, Asthma, and Allergy. Lebanese Society of Allergy and Immunology, Beirut, Lebanon, October 2011

183. Blaiss MS: Non-adherence: Patient Buy-In vs Economics. American College of Allergy, Asthma, and Immunology Meeting, Boston November 2011

184. Blaiss MS: Patient Education and Treatment Compliance in Allergic Rhinitis in the USA. World Allergy Congress, Cancun Mexico December 2011

185. Blaiss MS: Obstructive Sleep Disorders in Breathing in Childhood-School and Behavior Problems. World Allergy Congress, Cancun Mexico December 2011

186. Blaiss MS, Tort M, Lay B, et al: Ocular Signs and Symptoms Elicited by a Naturalistic Allergen Challenge in an Environmental Exposure Chamber Model versus a Direct Allergen Instillation Model. World Allergy Congress, Cancun Mexico December 2011 (abstract).

187. Blaiss MS: Update on US Clinical Trials on SLIT. American Academy of Allergy, Asthma, and Immunology meeting, Orlando FL, March 2012

188. Skoner D, Nolte H, Creticos P, Blaiss M, Mahoney J, and Nelson H. Timothy Grass Allergen Immunotherapy Tablets Reduce Nasal and Ocular Symptoms Associated with Allergic Rhinoconjunctivitis During Grass Pollen Season in North American Children and Adults: 2 Randomized, Placebo-Controlled Trials. American Academy of Allergy, Asthma, and Immunology meeting, Orlando FL, March 2012 (abstract)

189. Blaiss M. Emerging Therapies in Asthma and Link between Rhinitis and Asthma. Gulf Thoraric Society, Dubai, March 2012

190. Blaiss M. Managing Acute Allergic Eye Disease and Associated Rhinitis from the Allergist's Perspective. American Society of Cataract and Refractive Surgery Annual Meeting, Chicago, April 2012

191. Blaiss M. Safety of Intranasal Corticosteroids: Should They go OTC? and Vitamin D Deficiency, Allergy, and Asthma-what is the connection? Intermountain West Allergy Meeting, Sun Valley, ID June 2012.

192. Blaiss M: Can we prevent allergies in children? Society of Latin American Allergy, Asthma, and Immunology, Cartagena, Colombia, October 2012

193. Blaiss M: The Economic Impact of a New System for the US-Using Existing Countries Experiences in OTC Allergy Medications. American College of Allergy, Asthma, and Immunology Meeting, November 2012.

194. Blaiss M et al: Efficacy of Timothy Grass Allergy Immunotherapy Tablet in European and North American Patients With Allergic Rhinoconjunctivitis. American College of Allergy, Asthma, and Immunology Meeting, November 2012 (abstract)

195. Blaiss M. Inhalation Devices in Asthma and Adherence in Asthma. World Allergy Organization Meeting, Hyderabad, India, December 2012

196. Blaiss M. Exploring the Clinical Significance of Intranasal Corticosteroids Characteristics. North American Rhinology and Allergy Conference, Puerto Rico, Jan 2013

Confidential:  Subject to Protective Order

197. Blaiss M, Dykewicz M, et al. Diagnosis of Nasal and Eyes Allergies. The Allergies, Immunotherapy, and Rhinoconjunctivitis (AIRS) Patient Survey. American Academy of Allergy, Asthma, and Immunology Meeting, San Antonio, Feb 2013. (abstract)

198. Skoner D, Blaiss M, et al. Path to Immunotherapy-What is Driving Immunotherapy Use? The Allergies, Immunotherapy, and Rhinoconjunctivitis (AIRS) Patient Survey. American Academy of Allergy, Asthma, and Immunology Meeting, San Antonio, Feb 2013. (abstract)

199. Berman G, Blaiss M, et al. Effect of Allergy Immunotherapy Tablet in Patients with or without Local Application-Site Reactions. American Academy of Allergy, Asthma, and Immunology Meeting, San Antonio, Feb 2013. (abstract)

200. Dykewicz M, Blaiss M, et al. Patients Living with Allergy Symptoms. The Allergies, Immunotherapy, and Rhinoconjunctivitis (AIRS) Patient Survey. American Academy of Allergy, Asthma, and Immunology Meeting, San Antonio, Feb 2013. (abstract)

201. Blaiss M. Presentation of Results: Attitudes of Consumers Towards Health, Cough, and Cold Survey. American Cough Conference, June 2013.

202. Blaiss M: Consequences of Pediatric Allergic Rhinitis. European Academy of Allergy, Asthma, and Immunology-World Allergy Organization Meeting, Milan, Italy, June 2013

203. Blaiss M: SLIT in Pediatrics. California Society of Allergy, Asthma, and Immunology Meeting, Huntington Beach CA, June 2013

204. Blaiss M: Emerging Therapies in Allergic Rhinitis. California Society of Allergy, Asthma, and Immunology Meeting, Huntington Beach CA, June 2013

205. Blaiss M: Unified Airways, Paracetamol and Asthma, Vitamin D Deficiency and Asthma. ComPedia 2013, Guadalajara Mexico, July 2013.

206. Blaiss M: SLIT in the US. Tennessee State Allergy, Asthma, and Immunology Meeting, Nashville, July 2013.

207. Blaiss M: Emerging Therapies in Allergic Rhinitis. Southeastern Allergy, Asthma, and Immunology Meeting, Asheville, NC, September 2013.

208. Blaiss M: Immunotherapy for Respiratory Diseases-What is the Evidence? Asia Pacific Association of Pediatric Allergy, Respirology and Immunology Meeting, Bangkok, Thailand. October 2013.

209. Blaiss M: SLIT in the USA and Is it Time for Intranasal Corticosteroids to go OTC in the US? Wisconsin Allergy Society, Milwaukee WI, October 2013.

210. Blaiss M: Where and When to Consider SLIT. American College of Allergy, Asthma, and Immunology Meeting, Baltimore, November 2013.

211. Blaiss M: Update on SLIT in the US. WAO Symposium on Immunotherapy and Biologics. Chicago, Dec 2013

212. Blaiss M: SLIT-Where Does it Fit? and Complications of Allergic Rhinitis. North American Rhinology and Allergy Meeting, Puerto Rico, Jan 2014

213. Blaiss M: Pearls and Pitfalls for Allergy Diagnostic Testing, American Academy of Allergy, Asthma, and Immunology Meeting, San Diego, March 2014

Confidential:  Subject to Protective Order

214. Blaiss M: Practical Application of Use of Grass SLIT vs SCIT in the US-Case Study, American Academy of Allergy, Asthma, and Immunology Meeting, San Diego, March 2014

215. Blaiss M: Update on Rhinitis. Toledo Allergy Society: Allergy, Asthma and Immunology Conference. Toledo Ohio, September 2017

216. Blaiss M: Molecular based Immunotherapy in Precision Medicine and Magnitude of clinical efficacy of SLIT in Rhinoconjunctivitis, Asthma, and Atopic Dermatitis. Immunotherapy State of the Art 2017, Mexico City, October 2017

217. Blaiss M, Petroni D, Tilles S, et al: Current Management and Use of Oral Immunotherapy for Peanut Allergy in US Patients. American College of Allergy, Asthma, and Immunology Meeting, Boston 2017 (abstract).

218. Petroni D, Lieberman J, Tilles S, Cassese M, Venugopal A, Blaiss M: Practice Considerations in Offering Peanut Oral Immunotherapy in the US. American College of Allergy, Asthma, and Immunology Meeting, Boston 2017 (abstract).

219. Blaiss MS. Current and Emerging Therapies in Severe Asthma and COPD. Guangzhou Chest Hospital Seminar. Guangzhou, China, November 2017

220. Blaiss MS. Current and Emerging Therapies in Severe Asthma. Guangzhou Institute of Respiratory Disease Grand Rounds. Guangzhou, China, November 2017

221. Blaiss MS. The Role of Home Spirometry in Chronic Respiratory Diseases. Sichuan Medical Association Meeting, Mianyang, China, November 2017

222. Blaiss MS, Tilles SA, Lieberman JA, et al. Limitations in Current Peanut Oral Immunotherapy (POIT) Practices in the U.S. *Journal of Allergy and Clinical Immunology*. 2018;141(2) American Academy of Allergy, Asthma, and Immunology Meeting, Orlando 2018 (abstract).

## Selected Publications

1. Wittig HJ, Blaiss MS: How Helpful is the Radioallergosorbent Test in the Diagnosis of Allergic Diseases? *Southern Med J*, Vol. 75, pp 820-823, 1982.

2. Blaiss MS, Waxman J, Lange RK: Occipital Headache as a Manifestation , of Giant Cell Arteritis. *Southern Med J*, Vol. 75, pp. 887-888, 1982.

3. Blaiss MS, Herrod H, Crawford LV, Lieberman P: Beclomethasone Diproprionate Aerosol:  Hematologic and Immunologic Effects.  *Annals of Allergy*, Vol. 48, pp. 210-214, 1982.

4. Blaiss MS, McCants M, Lehrer S:  Cabbage Induced Anaphylaxis.  *Annals of Allergy*. Vol. 58, pp. 248-250, 1987.

5. Shield S and Blaiss MS: Prevalence of Latex Sensitivity in Children Evaluated for Inhalant Allergy.*Allergy Proceedings* , Vo/ 13 (3):129-131, 1992.

6. Raby R, Blaiss M, Gross S, and Herrod HG. Antibody response to unconjugated Haemophilus influenzae b and pneumococcal polysaccharide vaccines in children with recurrent infections. *J Allergy Clin Immunol*  1996; 98:451-9.

Confidential:  Subject to Protective Order

7.  Nastasi K, Howard D, Raby R, Lew DB, Blaiss M. Airway Fluoroscopic Diagnosis of Vocal Cord Dysfunction Syndrome. Ann Allergy Asthma Immunol 1997; 78: 586-588.

8.  DePaola L, Roberts MC, Blaiss MS, et al. Mothers' and Children's Perception of Asthma Medication. Children's Health Care 1997; 26: 265-283.

9.  Bayliss M, Espindle D, Buchner D, Blaiss M, et al. A new tool for monitoring asthma outcomes: The ITG Asthma Short Form. Quality of Life Research 9: 451-466, 2000.

10. Berger W, Legorreta A, Blaiss M, et al. The Utility of the Health Plan Employer Data and Information Set (HEDIS) asthma measure to predict asthma-related outcomes. Ann Allergy Asthma Immunol 2004; 93: 538-545.

11. Campbell J, Graham M, Gray H, Bower C, Blaiss M, Jones S. Allergic Fungal Sinusitis in Children. Ann Allergy Asthma Immunol 2006; 96: 286-290.

12.  Blaiss MS:  "Pruritus" in *Current Clinical Practice*, Franz Messerli, ed.  W.B. Saunders 1987, p. 34-36.

13.  Blaiss MS and deShazo R:  Drug Allergy.  *Pediatric Clinics in North America*. Vol. 35, No. 5, pp. 1131-1147, Oct. 1988.

14.  Blaiss MS: Latex Allergy in Children-A Review. *Pediatric Asthma, Allergies, &  Immunology*    Vol 6, pp 71-75, 1992.

15.  Blaiss MS:  Topical Corticosteroids in the Treatment of Pediatric Asthma. *Pediatric Asthma, Allergies, & Immunology*,  Vol. 6, pp 227-232, 1992.

16.  Blaiss MS: New Pharmaceutical Agents in the Treatment of Asthma. *Allergy Proceedings,* Vol 14, pp17-21, 1993.

17.  Blaiss MS: Recurrent Infections in Children and Adults. *Audio Digest Family Practice*, Vol 41, Number 22, 1993.

18.  Chao CP, Blaiss MS, and Higgins GC: A 4-year-old girl with chronic pruritic rash. *Annals of Allergy*, Vol 71,217-222, 1993

19.  Blaiss MS: Outcomes Analysis and Allergy/Clinical Immunology. *Joint Council of Allergy and Immunology Reports*  Vol 50, November 1993

20.  Raby  R. and Blaiss MS:" Anaphylaxis and Serum Sickness".Conn's Therapy 1994, Robert Rakel, ed.,  W.B. Saunders 1994, 703-707

21.  Blaiss MS: " Outcomes Research and Its Importance to the Allergist/Immunologist". *Insights in Allergy*  Vol 9, April 1994.

22.  Nastasi K and Blaiss M: "A seven year-old boy with sinusitis, otitis media, and asthma." *Annals of Allergy*, 1994; 73: 15-20.

23. Raby  R. and Blaiss MS:" Anaphylaxis and Serum Sickness". Conn's Therapy 1995, Robert Rakel, ed.,  W.B. Saunders 1995 , 675-678.

24. Blaiss M. "Why Outcomes?" *Annals of Allergy, Asthma, and Immunology*, 1995; 74: 359-361.

25. Nastasi K, Heinly T, and Blaiss M. "Exercise-Induced Asthma and the Athlete" *J Asthma*, 1995; 32: 249-257.

Confidential:  Subject to Protective Order

26. Charous BL, Banov C, Bardana EJ, Blaiss M, et al. "Latex Allergy–an Emerging Healthcare Problem" *Annals of Allergy, Asthma, and Immunology*, 1995; 75: 19-21.

27. Blaiss MS and Luskin A: Asthma Management : A Renewed Focus on Management Solutions and Prevention Strategies. CD-ROM , Cogent Interactive Communications.

28. Blaiss MS: Asthma Outcomes and The Specialist. Medical Outcomes Trust Monitor , Vol 1, Issue 2, pages 1-2. Oct 1996

29. Blaiss MS (contributor):Practice Parameters for allergen immunotherapy. *J Allergy Clin Immunol*, 1996; 98: 1001-1011.

30. Blaiss MS: The Role of Outcome Studies in Allergy and Clinical Immunology. *Allergy and Asthma Proceedings,* 1996; 17: 355-358.

31. Blaiss MS: "Approach to the Allergic Patient" . In Allergic Diseases: Diagnosis and Treatment, Lieberman P and Anderson J, eds. ,Totowa, NJ, Humana Press 1997, 15-26.

32. Lieberman P and Blaiss MS: "Allergic Diseases of the Eye and Ear". In Allergic Diseases: Diagnosis and Management, Patterson R, Grammer LC, and Greenberger PA, eds., Philadelphia, Lippincott-Raven 1997, 223-251.

33. Blaiss  MS, Bukstein D, Davis M, and Luskin A: Improving Allergy and Asthma Care through Outcomes Management. Managed Care Focus Series, American Academy of Allergy, Asthma and Immunology, 1997

34. Blaiss MS: Outcomes Analysis in Asthma. *JAMA*, 1997; 278: 1874-1880.

35. Blaiss MS: Aerosols and Delivery Devices in Asthma Management. *Journal of Asthma*, 1997; 34: 441-442.

36. Blaiss MS (contributor): The Diagnosis and Management of Anaphylaxis. *J Allergy Clin Immunol*, 1998; 101: S465-S528.

37. Blaiss MS: How to Determine the Impact and Cost-Effectiveness of Allergic Rhinitis Treatments. *Drug Benefit Trends* 1998;10(6):32-36.

38. Blaiss MS: "Costs and Trends in the Management of Allergic Diseases." Current View of Allergic Diseases, Michael Kaliner, ed. Current Medicine, 1999.

39. Blaiss MS: Anaphylaxis and Anaphylactoid Reactions. Current Practice of Medicine, Vol 1. No. 1, September 1998.

40. Kagy L and Blaiss MS: Anaphylaxis in Children. Pediatric Annals, 1998;  27: 727-734.

41. Blaiss MS (contributor):  Parameters for the Diagnosis and Management of Sinusitis. *J Allergy Clin Immunol*, 1998; 102: 1A-144A.

42. Yel L and Blaiss MS: "Allergic Reactions to Drugs". Conn's Therapy 1999, Robert Rakel, ed., W.B. Saunders 1999, 781-786.

43. Heinly T and Blaiss MS: Genetics of Atopy. Immunology and Allergy Clinics of North America,  1999; 19: 281-289.

Confidential:  Subject to Protective Order

44.  Blaiss MS: The Impact of Allergic Rhinitis on Quality of Life and Cognitive Function. *Respiratory Digest* 1999; 1: 2-9.

45. Blaiss MS: Anaphylaxis and Anaphylactoid Reactions. <u>Current Practice of Medicine</u>, Vol 2. No. 9, September 1999.

46. Blaiss MS and Heinly T: Pharmacologic Agents for the Long-Term Control of Asthma. Pharmacy and Therapeutics 1999; 24: 416-429.

47. Blaiss MS: Quality of Life in Allergic Rhinitis. Ann Allergy Asthma Immunol 1999; 83: 449-454.

48. Blaiss MS: Cognitive, social, and economic costs of allergic rhinitis. Allergy and Asthma Proceeding 2000; 21: 7-13.

49.  Graham DM, Blaiss MS, Bayliss MS, et al. Impact of changes in asthma severity on health-related quality of life in pediatric and adult patients: Results from the Asthma Outcomes Monitoring System. Allergy and Asthma Proceedings 2000; 21: 151-158.

50.  Blaiss MS: "Costs and Trends in the Management of Allergic Disorders" <u>in Current Review of Allergic Diseases</u>, Kaliner M, ed, Philadelphia, Current Medicine, 2000.

51.  Kagy L and Blaiss MS: "Anaphylaxis." In <u>Allergic Diseases: Diagnosis and Treatment</u>, 2nd Edition, Lieberman P and Anderson J, eds., Totowa, NJ, Humana Press, 2000.

52.  Graham DM and Blaiss MS: Outcomes Monitoring in Pediatric Asthma. Pediatric Annals 2000; 29: 438-43.

53.  Graham DM and Blaiss MS: Complementary/alternative medicine in the treatment of asthma. Ann Allergy Asthma Immunol 2000; 85: 438-447.

54.  Blaiss MS: Measuring Outcomes in Pediatric Asthma. Allergy and Asthma Proceedings 2001; 22: 63-65.

55.  Blaiss MS: Anaphylaxis and Anaphylactoid Reactions. In *Best Practice of Medicine* [http://praxis.md]. New York: Praxis Press. 2001 May.

56.  Blaiss  MS: Efficacy, Safety, and Patient Preference of Inhaled Nasal Corticosteroids: A Review of Pertinent Published Data. Allergy and Asthma Proceedings 2001; 22: S5-S10.

57.  Blaiss MS: "Costs of Allergic Rhinitis" in <u>Current Review of Rhinitis</u>, M. Kaliner, ed, Philadelphia, Current Medicine, 2002.

58.  Lieberman P and Blaiss MS editors, <u>Atlas of Allergic Diseases</u>, Philadelphia, Current Medicine, 2002.

59.  Blaiss MS: Dual-Controller Regimens II: Observational Data. Advanced Studies in Medicine 2002; 2: 86-90.

60.  Blaiss MS: Medical and economic dimensions linking allergic rhinitis and asthma. Allergy and Asthma Proceedings 2002; 23: 223-227.

61.  Blaiss MS: "Cost-effectiveness of H1-Antihistamines" in Histamine and H1-Antihistamines in Allergic Diseases, F.E Simons, ed, New York, Marcel Dekker, Inc, 2002.

62.  Lieberman P and Blaiss MS: "Allergic Diseases of the Eye and Ear". In <u>Patterson's Allergic Diseases,</u> Grammer LC, and Greenberger PA, eds., Philadelphia, Lippincott, Williams & Wilkins 2002.

Confidential:  Subject to Protective Order

63. Blaiss MS and Belleau J: "Costs of Asthma" in Current Review of Asthma, M. Kaliner, ed, Philadelphia, Current Medicine, 2003.

64. Blaiss MS: Pediatric asthma disease management programs-do they work? Annals of Allergy, Asthma, and Immunology 2003; 90:282-283

65. Casale T, Blaiss MS, et al. First do no harm: Managing antihistamine impairment in patients with allergic rhinitis. J Allergy Clin Immunol 2003; 111: S835-42.

66. Blaiss MS: Management of Rhinitis and Asthma during Pregnancy. Annals Allergy Asthma Immuno 2003; 90: 16-22

67. Blaiss MS: Important Aspects in Management of Allergic Rhinitis: Compliance, cost, and quality of life. Allergy and Asthma Proceedings 2003; 24: 231-238.

68. Blaiss MS: Pharmacoeconomics of Asthma. Allergy Clin Immunol Int-J World Allergy Org 2003; 15:240-245.

69. Blaiss MS: What can we do NOW? Curr Opin Allergy Clin Immunol 2004; 4: 111-112.

70. Blaiss MS: Managing asthma during pregnancy. The whys and hows of aggressive control. Postgrad Med 2004; 115: 55-8, 61-4

71. Blaiss MS: The Role of IgE in Allergic Asthma. Alergia Astma Immunologia (Poland) 2004; 9(suplement 3) 82-85.

72. Waikart L and Blaiss MS: Pharmacologic Therapy for the treatment of asthma in children. Minerva Pediatr 2004; 56: 457-467.

73. Blaiss MS: Allergic Rhinitis and Impairment Issues in Schoolchildren: A Consensus Report; Current Medical Research and Opinion 2004; 20: 1937-1952.

74. Blaiss MS: Current Concepts and Therapeutic Strategies for Allergic Rhinitis in School-Age Children. Clin Ther 2004; 26: 1876-1889.

75. Blaiss MS: Management of asthma during pregnancy. Allergy and Asthma Proc 2004; 25:375-379.

76. Blaiss MS: Rhinitis-Asthma Connection: Epidemiologic and pathophysiologic basis. Allergy and Asthma Proc 2005; 26:35-40.

77. Blaiss MS: Antihistamines: Treatment Selection Criteria for Pediatric Seasonal Allergy Rhinitis. Allergy and Asthma Proc 2005; 26:95-102.

78. Meltzer E, Hadley J, Blaiss M, et al. Development of questionnaires to measure patient preferences for intranasal corticosteroids in patients with allergic rhinitis. Otolaryngol Head Neck Surg 2005; 132: 197-207.

79. Lieberman P and Blaiss MS editors, Atlas of Allergic Diseases, Second Edition, Philadelphia, Current Medicine, 2005.

80. Gandhi RK and Blaiss MS: Current concepts and therapeutic strategies for allergic rhinitis. Otorinolaringol 2005; 55:187-201.

81. Blaiss MS: Asthma: Prevalence and economic implications. Manag Care 2005;14(11 suppl):10-15

Confidential:  Subject to Protective Order

82. Blaiss MS and Hill B: Outcomes in Pediatric Asthma. Current Allergy and Asthma Reports 2005, 5: 431-436.

83. Blaiss MS: Prevalence and Economic Implications. P&T Digest 2005, 14: 10-15.

84. Blaiss MS: Expanding the evidence base for the medical treatment of nasal polyposis. Journal of Allergy Clin Immunol 2005; 116: 1272-1274.

85. Blaiss MS: Epidemiology and pathophysiology of immunoglobulin E-mediated asthma. Allergy and Asthma Proc 26: 423-427, 2005.

86. Streck M and Blaiss MS: Quality of care of asthma during pregnancy. Expert Rev Pharmacoeconomics Outcome Res 6: 67-77, 2006.

87. Gandhi RK and Blaiss MS: What are the best estimates of pediatric asthma control? Curr Opin Allergy Clin Immunol 6: 106-112, 2006.

88. Bielory L, Blaiss M, et al. Concerns about intranasal corticosteroids for over-the-counter use : position statement of the Joint Task Force for the American Academy of Allergy, Asthma, and Immunology and the American College of Allergy, Asthma, and Immunology. Ann Allergy Asthma Immunol 2006; 96:514-525.

89. Blaiss MS. "Costs of Allergic Rhinitis" in Current Review of Rhinitis, M. Kaliner,  2nd ed, Philadelphia, Current Medicine, 2006.

90. Blaiss MS, Thompson A, Juniper E, and Meltzer E. "Quality of Life in Patients with Allergic Rhinitis" in Current Review of Rhinitis, M. Kaliner, 2nd ed, Philadelphia, Current Medicine, 2006.

91. Blaiss MS, Benninger MS, et al. Expanding choices of intranasal steroid therapy: Summary of a Roundtable Meeting. Allergy Asthma Proc 27:254-264, 2006.

92. Blaiss MS. Diphenhydramine vs desloratadine comparisons must consider risk-benefit ratio. Ann Allergy Asthma Immunol 2006; 97:122.

93. Lehman JM and Blaiss MS. Selecting the Optimal Antihistamine for Patients with Allergic Rhinitis. Drugs 2006; 66: 2309-2319.

94. Blaiss MS. Safety considerations of intranasal corticosteroids of the treatment of allergic rhinitis. Allergy Asthma Proc 28: 145-152, 2007.

95. Blaiss MS, Meltzer EO, Derebery, MJ, et al. Patient and healthcare-provider perspectives on the burden of allergic rhinitis. Allergy Asthma Proc 28: S4-S10, 2007.

96. Canonica GW, Baena-Cagnani CE, Blaiss MS, Dahl R, Kaliner MA, Valovirta EJ. Unmet needs in asthma: Global Asthma Physician and Patient (GAPP) Survey: global adult findings. Allergy 2007;62(6):668-74.

97. Blaiss MS. Allergic Rhinoconjunctivitis: Burden of Disease. Allergy Asthma Proc 28: 393-397, 2007

98. Kagy L and Blaiss MS: "Anaphylaxis." In Allergic Diseases: Diagnosis and Treatment, 3rd Edition, Lieberman P and Anderson J, eds. Totowa, NJ, Humana Press, 2007.

99. Blaiss MS: Part II: Inhaler technique and adherence to therapy Difficult-to-control asthma: underlying factors, clinical implications, and treatment strategies. Current Medical Research and Opinion 2007, VOL. 23, Suppl. 3, 2007, S13–S20

Confidential:  Subject to Protective Order

100. Schatz M, Blaiss M, et al. Pay for Performance for the allergist-immunologist: Potential promise and problem. J Allergy Clin Immunol 2007; 120:769-775.

101. Blaiss M. Evolving paradigm in the management of allergic rhinitis-associated ocular symptoms:role of intranasal corticosteroids. Current Medical Research and Opinion 2008; 24: 821-836.

102. Bousquet, J., N. Khaltaev, et al. (2008). "Allergic Rhinitis and its Impact on Asthma (ARIA) 2008 update (in collaboration with the World Health Organization, GA(2)LEN and AllerGen)." Allergy 63 Suppl 86: 8-160.

103. Ogilivie-McDaniel C, Blaiss M, et al. Mastocytic Enterocolitis: A Newly Described Mast Cell Entity. Ann Allergy Asthma Immunol 2008; 101: 654-655.

104. Blaiss MS and Mahr T. Clinical Utility of  Sublingual Immunotherapy in Pediatric Patients with Allergic Rhinitis and.or Asthma. Pediatric Allergy, Asthma, and Immunology 2009; 22:27-36.

105. Meltzer E, Blaiss M, et al. Burden of allergic rhinitis: Results from the Pediatric Allergies in America survey. J Allergy Clin Immunol 2009; 124: S43-S70.

106. Quan M, Casale T, Blaiss M: Should Clinicians Routinely Determine Rhinitis Subtype on Initial Diagnosis and Evaluation? A Debate. Clinical Cornerstone 2009; 9: 54-60.

107. Blaiss MS. Kaliner MA,  Baena-Cagnani CE et al. Barriers to Asthma Treatment in the United States: Results From the Global Asthma Physician and Patient Survey. World Allergy Organization Journal. 2(12):303-313, December 2009.

108. Blaiss MS: Clinical Safety and Efficacy of Antihistamines in Children 6 Months to 12 Years for Treatment of Allergic Rhinitis and Chronic Idiopathic Urticaria. International Pediatrics/Vol. 24/No. 4/2009.

109. Benninger M, Farrar J, Blaiss M, et al. Evaluating approved medications to treat allergic rhinitis in the United States: an evidence-based review of efficacy for nasal symptoms by class. Ann Allergy Asthma Immunol. 2010;104:13–29.

110. Lehman J and Blaiss MS: "Phamacotherapy of Allergic Rhinitis" . In Allergy Frontiers: Therapy and Prevention, Volume 5, Pawankar R, Holgate ST, Rosenwasser LJ, eds. Tokyo, Springer, 2010

111. Robinson WS and Blaiss MS: Practice Pearl on "Randomized Trial to Evaluate Efficacy and Safety of Combination Budesonide and Formoterol and New FDA Mandate Regarding LABAs" Hospital Practice, Volume 38, Issue 2, 79-81. June 2010

112. Liu Andrew, Robert S. Zeiger, Christine A. Sorkness, Nancy K. Ostrom, Bradley E. Chipps, Kathleen Rosa, Maria E. Watson, Michael S. Kaplan, John R. Meurer, Todd A. Mahr, Michael S. Blaiss, Elisabeth Piault-Louis, Jeffrey McDonald. The Childhood Asthma Control Test^: Retrospective determination and clinical validation of a cut point to identify children with very poorly controlled asthma. Journal of Allergy and Clinical Immunology Volume 126, Issue 2, August 2010, Pages 267-273.e

113. Bousquet J, Schünemann HJ, Zuberbier T, Bachert C, Baena-Cagnani CE, Bousquet PJ, Brozek J, Canonica GW, Casale TB, Demoly P, Gerth van Wijk R, Ohta K, Bateman ED, Calderon M, Cruz AA, Dolen WK, Haughney J, Lockey RF, Lötvall J, O'Byrne P, Spranger O, Togias A, Bonini S, Boulet LP, Camargos P, Carlsen KH, Chavannes NH, Delgado L, Durham SR, Fokkens WJ, Fonseca J, Haahtela T, Kalayci O, Kowalski ML, Larenas-Linnemann D, Li J, Mohammad Y, Mullol J, Naclerio R, O'Hehir RE, Papadopoulos N, Passalacqua G, Rabe KF, Pawankar R, Ryan D, Samolinski B, Simons FER, Valovirta E, Yorgancioglu A, Yusuf OM, Agache I, Aït-Khaled N, Annesi-Maesano I, Beghe B, Ben Kheder A, Blaiss MS, Boakye DA, Bouchard J, Burney PG, Busse WW, Chan-Yeung M, Chen Y, Chuchalin AG, Costa DJ, Custovic A, Dahl R,

Confidential:  Subject to Protective Order

Denburg J, Douagui H, Emuzyte R, Grouse L, Humbert M, Jackson C, Johnston SL, Kaliner MA, Keith PK, Kim YY, Klossek JM, Kuna P, Le LT, Lemiere C, Lipworth B, Mahboub B, Malo JL, Marshall GD, Mavale-Manuel S, Meltzer EO, Morais-Almeida M, Motala C, Naspitz C, Nekam K, Niggemann B, Nizankowska-Mogilnicka E, Okamoto Y, Orru MP, Ouedraogo S, Palkonen S, Popov TA, Price D, Rosado-Pinto J, Scadding GK, Sooronbaev TM, Stoloff SW, Toskala E, van Cauwenberge P, Vandenplas O, van Weel C, Viegi G, Virchow JC, Wang DY, Wickman M, Williams D, Yawn BP, Zar HJ, Zernotti M, Zhong N, In collaboration with the WHO Collaborating Center of Asthma and Rhinitis (Montpellier). Development and implementation of guidelines in allergic rhinitis – an ARIA-GA$^2$LEN paper. Allergy 2010; 65: 1212–1221

114. Blaiss M. Allergic Rhinitis: Direct and Indirect Costs. Allergy Asthma Proc 31: 375-380, 2010.

115. Blaiss M, Maloney J, Nolte, H, et al. Efficacy and Safety of Timothy Grass Immunotherapy Tablets in North American Children and Adolescents. J Allergy Clin Immunol 2011; 127: 64-71.

116. Canonica GW, Blaiss M: Antihistaminic, Anti-Inflammatory, and Antiallergic Properties of the Nonsedating Second-Generation Antihistamine Desloratadine: A Review of the Evidence. WAO Journal 2011; 4: 47-51.

117. Luskin AT, Blaiss MS, et al. Is there a role for aerosol nasal sprays in the treatment of allergic rhinitis: A white paper. Allergy Asthma Proc 32: 168-177, 2011.

118. Meltzer E, Blaiss M, Fairchild CJ. Comprehensive report of olopatadine 0.6% nasal spray as treatment for children with seasonal allergic rhinitis. Allergy Asthma Proc 32: 1-8, 2011.

119. Tran N, Vickery J, Blaiss M. Management of Rhinitis: Allergic and Non-Allergic. Allergy Asthma Immunol Res 2011. July ; 3(3): 148-156.

120. D'Amato, Rottem, M. Dahl, R, Blaiss, M, et al. Climate Change, Migration, and Allergic Respiratory Diseases: An Update for the Allergist World Allergy Organization Journal July 2011 | Volume 4 | Issue 7 | pp: 121-125

121. Kabat A, Granet D, Amin D, Tort M, Blaiss M. Evaluation of olopatadine 0.2% in the complete prevention of ocular itching in the conjunctival allergen challenge model. Clinical Optometry 2011:3 57-62.

122. Katelaris C, Lai C KW, Rhee, C-S; Lee SH, Yun WD, Lim-Varona, L, Quang, VT,  Hwang, J,  Singh J, Kim J, Boyle J, Vicente G, Blaiss M, and Sacks, R. Nasal allergies in the Asian-Pacific population: Results from the Allergies in Asia-Pacific Survey. Am J Rhinol Allergy 25, S3-S15, 2011.

123. Bernstein D, Blaiss M, Cox L et al. Current standards and future directions in immunotherapy: perspectives on challenges and opportunities for the allergist. Ann Allergy Asthma Immunol. 2011, 107: 422-5.

124. Meltzer E, Blaiss M, et al. Asthma burden in the United States: Results of the 2009 Asthma Insight and Management survey. Allergy Asthma Proc 33:36 –46, 2012.

125. Blaiss M. Safety update regarding intranasal corticosteroids in the treatment of allergic rhinitis. Allergy Asthma Proc 32:413–418, 2011.

126. Blaiss M, Nathan R, et al. Patient and physician asthma deterioration terminology: Results from the 2009 Asthma Insight and Management survey. Allergy Asthma Proc 33:47–53, 2012.

127. Nathan R, Meltzer E, Blaiss M, et al. Comparison of the Asthma in America and Asthma Insight and Management surveys: Did asthma burden and care improve in the United States between 1998 and 2009? Allergy Asthma Proc 33:65–76, 2012

Confidential:  Subject to Protective Order

128. Murphy K, Meltzer E, Blaiss M, et al. Asthma management and control in the United States: Results of the 2009 Asthma Insight and Management survey. Allergy Asthma Proc 33:54 –64, 2012.

129. Nelson H, Lehmann L, Blaiss M et al. Treatment of seasonal allergic rhinoconjunctivitis with a once-daily SQ-standardized grass allergy immunotherapy tablet. Curr Med Res Opin, 2012 vol. 28 (6) pp. 1043-105.

130. Park D, Daher N, Blaiss MS. Adult and pediatric clinical trials of sublingual immunotherapy in the USA. Expert Rev Clin Immunol. 2012 Aug.;8(6):557–64.

131. Meltzer EO, Blaiss MS, Naclerio RM, Stoloff SW, Derebery MJ, Nelson HS, et al. Burden of allergic rhinitis: Allergies in America, Latin America, and Asia-Pacific adult surveys. Allergy Asthma Proc. 33:S113–S141, 2012.

132. Nelson H, Blaiss M, Nolte H, Wurtz SØ, Andersen JS, Durham SR. Efficacy and safety of the SQ-standardized grass allergy immunotherapy tablet in mono- and polysensitized subjects. Allergy 2013; 68: 252–255.

133. Larenas-Linnemann D, Blaiss M, Van Bever H, et al. Pediatric sublingual immunotherapy efficacy: evidence analysis, 2009-2012. Ann Allergy Asthma Immunol, 2013 vol. 110 (6) pp. 402-415.e9

134. Blaiss MS. Over-the-counter intranasal corticosteroids: why the time is now. Ann Allergy Asthma Immunol 2013; 111 (5):316-318

135. Fromer L, Blaiss M, et al. Current Allergic Rhinitis Experience Survey: Consumers' Awareness, Attitudes and Practices. Ann Allergy Asthma Immunol 2013 (abstract)

136. Blaiss M, Fromer L, et al. Current Allergic Rhinitis Experience Survey: Practitioners' Awareness, Attitudes and Practices. Ann Allergy Asthma Immunol 2013 (abstract)

137. Blaiss M, Fromer L, et al. Current Allergic Rhinitis Experience Survey: Understanding HCP-Consumer Interaction. Ann Allergy Asthma Immunol 2013 (abstract)

138. Bielory L, Blaiss M, et al. The Allergies, Immunotherapy and Rhinoconjuncivitis (AIRS) Provider Survey: How Providers Differ. Ann Allergy Asthma Immunol 2013 (abstract)

139. Petty D and Blaiss M. Intranasal corticosteroids topical characteristics: Side effects, formulation, and volume. American Journal of Rhinology & Allergy 2013, 27(6), 510–513.

140. Gong L and Blaiss M. Topical Corticosteroids and Antihistamines-Mast Cell Stabilizers for the Treatment of Allergic Conjunctivitis. US Ophthalmic Review 2013, Volume 6, 78-85.

141. Emanuel IA, Blaiss MS, Meltzer EO, Evans P, Connor A. Nasal deposition of ciclesonide nasal aerosol and mometasone aqueous nasal spray in allergic rhinitis patients. Am J Rhinol Allergy. 2014 Feb 14.

142. Canonica GW, Cox L, Pawankar R, Baena-Cagnani CE, Blaiss M, Bonini S, Bousquet J et al. Sublingual immunotherapy: World Allergy Organization position paper 2013 update. World Allergy Organization Journal 2014; 7:6.

143. Blaiss MS, Dykewicz MS, Skoner DP et al. Diagnosis and treatment of nasal and ocular allergies: the Allergies, Immunotherapy, and RhinoconjunctivitiS (AIRS) surveys. Ann Allergy Asthma Immunol. 2014 Apr;112(4):322–328.e1.

Confidential:  Subject to Protective Order

144. Calderon MA, Bernstein DI, Blaiss M, Andersen JS, Nolte H. A Comparative Analysis of Symptom and Medication Scoring Methods Used in Clinical Trials of Sublingual Immunotherapy for Seasonal Allergic Rhinitis. Clin Exp Allergy. 2014 Apr 28.

145. Skoner DP, Blaiss MS, et al. The Allergies, Immunotherapy, and RhinoconjunctivitiS (AIRS) survey: Patients' experience with allergen immunotherapy. Allergy Asthma Proc 2014, 35: 219-226.

146. Bielory L, Skoner DP, Blaiss MS, et al. Ocular and nasal symptom burden in America: The Allergies, Immunotherapy, and RhinoconjunctivitiS (AIRS) surveys. Allergy Asthma Proc 2014, 35: 211-218.

147. Fromer LM, Blaiss MS, Jacob-Nara JA, Long RM, Mannion KM, Lauersen LA. Current Allergic Rhinitis Experiences Survey (CARES): Consumers' awareness, attitudes and practices. *Allergy Asthma Proc*. 2014;35(4):307–315.

148. Blaiss MS, Fromer LM, Jacob-Nara JA, Long RM, Mannion KM, Lauersen LA. Current Allergic Rhinitis Experiences Survey (CARES): Health-care practitioners' awareness, attitudes and practices. *Allergy Asthma Proc*. 2014;35(4):316–322.

149. Mahoub B, Mahboub B, Al-Hammadi S, Prakash VP, Sulaiman N, Blaiss MS, Redha AA, Vats DM. Prevalence and triggers of allergic rhinitis in the United Arab Emirates. World Allergy Organ J. 2014 Aug 1;7(1):19.

150. Leatherman B, Skoner DP, Hadley JA, Walstein N, Blaiss MS, Dykewicz MS, Craig T, Smith N, Allen-Ramey F. The Allergies, Immunotherapy, and RhinoconjunctivitiS (AIRS) survey: provider practices and beliefs about allergen immunotherapy. Int Forum Allergy Rhinol. 2014 Oct;4(10):779-88.

151. Elenburg S, Blaiss MS. Current status of sublingual immunotherapy in the United States. World Allergy Organ J. 2014 Oct 8;7(1):24.

152. Hebert J, Blaiss M, Waserman S, et al. The efficacy and safety of the Timothy grass allergy sublingual immunotherapy tablet in Canadian adults and children. Allergy, Asthma & Clinical Immunology 2014, 10:53

153. Kim H, Waserman S, Hebert J, Blaiss M, et al. Efficacy and safety of ragweed sublingual immunotherapy in Canadian patients with allergic rhinoconjunctivitis. Allergy, Asthma & Clinical Immunology 2014, 10:55

154. Blaiss MS, Dicpinigaitis PV, Eccles R, Wingertzahn MA. Consumer attitudes on cough and cold: US (ACHOO) survey results. Curr Med Res Opin. 2015 Feb 19:1-12.

155. Dicpinigaitis PV, Eccles R, Blaiss MS, Wingertzahn MA. Impact of cough and common cold on productivity, absenteeism, and daily life in the United States: ACHOO Survey. Curr Med Res Opin. 2015; 1–7

156. Blaiss MS, Castro M. Chipps B et al. Guiding Principles for Use of Newer Biologics and Bronchial Thermoplasty for Patients with Severe Asthma. Ann Allergy Asthma Immunol 119 (2017) 533e540

157. Blaiss MS. Asthma mobile applications. *Annals of Allergy, Asthma & Immunology*. 2018;120(4):347–348.

158. Blaiss MS, Hammerby E, Robinson S, et al. The burden of allergic rhinitis and allergic rhinoconjunctivitis on adolescents: a literature review. *Annals of Allergy, Asthma & Immunology*. 121 (2018) 43–52.

159. Kaur A, Skoner D, Ibrahim J, Blaiss M et al. Effect of grass sublingual tablet immunotherapy is similar in children and adults: A Bayesian approach to design pediatric sublingual immunotherapy trials. *Journal of Allergy and Clinical Immunology*. 2018;141(5):1744–1749.

160. Blaiss M. Socioeconomics of Atopic Dermatitis: Can We Afford New Treatments. *Annals of Allergy, Asthma*

Confidential:  Subject to Protective Order

*& Immunology.* In press

161. Reed B and Blaiss M. The burden of atopic dermatitis. *Allergy and Asthma Proceedings*, 39:406-410, 2018.

162. Berger W, Blaiss M, Stiell I, et al. Intravenous Cetirizine Shows Greater Overall Benefit to IV Diphenhydramine for Acute Urticaria. Ann Allergy Asthma Immunol 121 (2018) S34.

# Appendix B

Confidential:  Subject to Protective Order

## Materials Considered

1. A. Irani & E. G. Akl, *Management and Prevention of Anaphylaxis*, 4 F1000 FACULTY REV. 1492 (2015).

2. A. Muraro et al., *Anaphylaxis: Guidelines from the European Academy of Allergy and Clinical Immunology*, 69(8) ALLERGY 1026-45 (2014).

3. A. Ruiz Oropeza et al., *Anaphylaxis in an Emergency Care Setting: A One Year Prospective Study in Children and Adults*, 25(1) SCANDINAVIAN J. TRAUMA, RESUSCITATION & EMERGENCY MED. 111, 116 (2017).

4. A. Tsuang et al., *Risk factors for multiple epinephrine doses in food-triggered anaphylaxis in children*, 121(4) ANN. ALLERGY ASTHMA IMMUNOL. 469, 469-473 (2018).

5. *Adamis Pharmaceuticals Receives FDA Approval for Its Lower Dose Symjepi Product*, ADAMIS PHARMACEUTICALS (Sept. 27, 2018), http://ir.adamispharmaceuticals.com/news-releases/news-release-details/adamis-pharmaceuticals-receives-fda-approval-its-lower-dose.

6. *Allergic Reactions*, ANESTHESIA KEY (Sept. 18, 2016), https://aneskey.com/allergic-reactions-2/.

7. American Academy of Pediatrics, *Guidance on Completing a Written Allergy and Anaphylaxis Emergency Plan*, 139 PEDIATRICS e4 (Mar. 2017).

8. *Anaphylaxis Symptoms*, ALLERGIES AND HEALTH (2016), https://www.allergiesandhealth.com/anaphylaxis/symptoms.

9. *Bryn Pharma Research on Epinephrine Nasal Spray Presented at The American College of Allergy, Asthma and Immunology Annual Meeting*, PR NEWSWIRE (Nov. 10, 2019), https://www.prnewswire.com/news-releases/bryn-pharma-research-on-epinephrine-nasal-spray-presented-at-the-american-college-of-allergy-asthma-and-immunology-annual-meeting-300955162.html.

10. D. Murrell, *Everything You Should Know About Biphasic Anaphylaxis*, HEALTHLINE (Nov. 29, 2017), https://www.healthline.com/health/allergies/biphasic-anaphylaxis.

11. *Dey Pharma to Offer EpiPen 2-Pak® and EpiPen Jr 2-Pak® Exclusively* (Aug. 24, 2011), http://newsroom.mylan.com/press-releases?item=123046.

12. E. Oren et al., *Food-Induced Anaphylaxis and Repeated Epinephrine Treatments*, 99(5) ANNALS ALLERGY, ASTHMA & IMMUNOLOGY 429, 429-32 (2007).

13. *Epinephrine Injection, USP (Auto-Injector)*, TEVA GENERICS, https://www.tevagenerics.com/product/epinephrine-injection-usp-auto-injector (last visited Mar. 17, 2019).

14. F.E. Simons, et al., *Hazards of unintentional injection of epinephrine from autoinjectors: A systematic review,* 102(4) ANN ALLERGY, ASTHMA IMMUNOL. 282-287 (2009).

Confidential:  Subject to Protective Order

15. F.E. Simons et al., *World Allergy Organization Anaphylaxis Guidelines: Summary*, 127(3) *J. Allergy & Clinical Immunology* 587, 593.e18 (2011).

16. *FDA Approves First Generic Version of EpiPen*, U.S. FOOD & DRUG ADMIN. (Aug. 16, 2018), https://www.fda.gov/newsevents/newsroom/pressannouncements/ucm617173.htm.

17. *FDA Grants INSYS Therapeutics 'Fast Track' Designation for Epinephrine Nasal Spray as Investigational Treatment for Anaphylaxis*, GLOBE NEWSWIRE (Aug. 30, 2018, 6:00 PM), https://www.globenewswire.com/news-release/2018/08/30/1563193/0/en/FDA-Grants-INSYS-Therapeutics-Fast-Track-Designation-for-Epinephrine-Nasal-Spray-as-Investigational-Treatment-for-Anaphylaxis.html.

18. H.A. Sampson et al., *Second Symposium on the Definition and Management of Anaphylaxis: Summary Report*, 117 (2) JOURNAL OF ALLERGY AND CLINICAL IMMUNOLOGY 391, 391-397 (2006).

19. J. Kelso, MD, *A second dose of epinephrine for anaphylaxis: How often needed and how to carry*, 117(2) J ALLERGY & CLINICAL IMMUNOLOGY 464-465 (2006).

20. J.A. Boyce et al., *Guidelines for the Diagnosis and Management of Food Allergy in the United States: Report of the NIAID-Sponsored Expert Panel*, 126(6) J ALLERGY & CLINICAL IMMUNOLOGY S1 (2010).

21. J.M. Lee & D.S. Greene, *Biphasic Anaphylactic Reactions in Pediatrics*, 106(4) PEDIATRICS 762, 762-64 (2000).

22. K.M. Jarvinen, *Use of Multiple Doses of Epinephrine in Food-Induced Anaphylaxis in Children*, 122(1) J. ALLERGY & CLINICAL IMMUNOLOGY 133, 133-38 (2008).

23. M. Rawas-Qalaji et al., *Adrenaline (epinephrine) microcrystal sublingual tablet formulation: enhanced absorption in a preclinical model*, 67(1) J PHARM PHARMACOL. 20–5 (2014).

24. N. Inoue and A. Yamamoto, *Clinical Evaluation of Pediatric Anaphylaxis and the Necessity for Multiple Doses of Epinephrine*, 3(2) ASIA PAC ALLERGY 106-14 (2013).

25. N. Miller, *Future Food Allergy Reactions Could Be Treated with a Pill*, NEWSWEEK (Nov. 21, 2019), https://www.newsweek.com/2019/11/29/food-allergy-epinephrine-pill-1472737.html).

26. P. Lieberman et al., *Anaphylaxis—A Practice Parameter Update 2015*, 115 ANNALS OF ALLERGY, ASTHMA & IMMUNOLOGY 341, 341-384 (2015).

27. P.K. Smith et al., *Risk multipliers for severe food anaphylaxis*, 8(1) WORLD ALLERGY ORGANIZATION J. 4-9 (2015).

28. P. Korenblat et al., *A Retrospective Study of Epinephrine Administration for Anaphylaxis: How Many Doses Are Needed?*, 20(6) PROC ALLERGY ASTHMA, ALLERGY AND ASTHMA PROC. 383-386 (1999).

29. *Patient Information and Instructions for Use*, TEVA USA (June 2018), https://www.tevaepinephrine.com/modules/Teva.Epinephrine/Client/Static%20Files/Epinephrine%20Auto-Injector_PPI_IFU.pdf.

Confidential:  Subject to Protective Order

30. Ronna Campbell et al., *Emergency department diagnosis and treatment of anaphylaxis : a practice parameter*, 113(6) ANN ALLERGY, ASTHMA IMMUNOL. 599-608 (2014).

31. Ronna Campbell et al., *Epinephrine in Anaphylaxis: Higher Risk of Cardiovascular Complications and Overdose After Administration of Intravenous Bolus Epinephrine Compared with Intramuscular Epineprhine*, 3(1) J ALLERGY & CLINICAL IMMUNOLOGY: IN PRACTICE 76, 76-80 (2015).

32. Ronna Campbell & J. Kelso, *Anaphylaxis: Emergency Treatment*, UPTODATE (Nov. 4, 2018), https://www.uptodate.com/contents/anaphylaxis-emergency-treatment (literature review current through February 2019).

33. R.S.H. Pumphrey and M. Hazel Gowland, *Further Fatal Allergic Reactions to Food in the United Kingdom*, 1999-2006, 119(4) J ALLERGY & CLINICAL IMMUNOLOLOGY, 1018-1019 (2007).

34. R.A. Wood et al., *Anaphylaxis in America: The Prevalence and Characteristics of Anaphylaxis in the United States*, 133(2) J. ALLERGY & CLINICAL IMMUNOLOGY 461 (2014).

35. S. Duffy, *Intranasal Epinephrine for Anaphylaxis Looks Promising in Early Study*, MPR (June 14, 2018), https://www.empr.com/home/news/adenoid-tonsil-removal-may-affect-later-respiratory-risks/.

36. S. Duffy, *Intranasal Epinephrine Spray Granted Fast Track Designation*, MPR (Feb. 19, 2019), https://www.empr.com/home/news/drugs-in-the-pipeline/intranasal-epinephrine-spray-granted-fast-track-designation.

37. S. F. Kemp et al., *Epinephrine: The Drug of Choice for Anaphylaxis—A Statement of the World Allergy Organization*, 63(8) WORLD ALLERGY ORG. J. S18, S18-26 (2008).

38. S. Galli & M. Tsai, *IgE and Mast Cells in Allergic Disease*, 18 NATURE MED. 693, 693-704 (2012).

39. S.A. Rudders et al., *Multicenter study of repeat epinephrine treatments for food-related anaphylaxis*, 125(4) PEDIATRICS e711-8 (2010).

40. *Sandoz Inc. Launches SYMJEPI (Epinephrine) in the US*, SANDOZ (Jan. 16, 2019), https://www.sandoz.com/news/media-releases/sandoz-inc-launches-symjepi-epinephrine-us.

41. S.E. Scranton et al., *Incidence and Characteristics of Biphasic Reactions After Allergen Immunotherapy*, 123(2) J. ALLERGY & CLINICAL IMMUNOLOGY 493, 494 (2009).

42. S.M. Fineman et al., *Addressing Barriers to Emergency Anaphylaxis Care: From Emergency Medical Services to Emergency Department to Outpatient Follow-Up*, 114(4) ANNALS ALLERGY, ASTHMA & IMMUNOLOGY 301, 301-305 (2015).

43. *SYMJEPI (epinephrine) Inection,* (last visited Dec. 10, 2019), https://symjepi.com.

Confidential:  Subject to Protective Order

44. T. Cohen, *Teva Expects Market Sales Injection from U.S. EpiPen Market*, REUTERS (Feb. 19, 2019, 3:45 AM), https://www.reuters.com/article/us-teva-pharm-ind-outlook/teva-pharm-expects-about-25-percent-of-epipen-market-by-year-end-idUSKCN1Q80TH.

45. *Teva's Generic Version of EpiPen (Epinephrine Injection, USP) Auto-Injector 0.3 mg Now Available in Limited Quantity in the United States*, TEVA USA (Nov. 27, 2018), http://news.tevausa.com/mobile.view?c=251945&v=203&d=1&id=2378367.

46. *Twinject Patient Directions for Use*, AMEDRA PHARMACEUTICALS (May 2014), https://www.accessdata.fda.gov/drugsatfda_docs/label/2016/020800s034lbl.pdf.

47. V. Manivannan et al., *Factors associated with repeated use of epinephrine for the treatment of anaphylaxis*, 103(5) ANN ALLERGY ASTHMA IMMUNOL. 395-400 (2009).

48. *Windgap Medical Announces Strategic Investment from Molex Ventures*, PR NEWSWIRE (Jan. 24, 2019, 10:29 AM), https://www.prnewswire.com/news-releases/windgap-medical-announces-strategic-investment-from-molex-ventures-300783751.html.

49. Z. Bacha, *A Wearable Device to Prevent Premature Deaths from Allergic Reactions*, STRAMMER (Dec. 26, 2018), https://strammer.com/en/wearable-epinephrine-auto-injector/.

50. Expert Report of Jay Portnoy, M.D. (Oct. 31, 2019)

51. PFE_EPIPEN_AT00921129.