**CLERK'S COURTROOM MINUTE SHEET – CIVIL**

In re: EpiPen (Epinephrine Injection, USP)
Marketing, Sales Practices and Antitrust Litigation
(Consumer Class Cases)

Case No. 17-2785-DDC-TJJ

**Attorney for Class Plaintiffs: Rex Sharp**
**Attorney for Pfizer Defendants: Raj Gandesha**
**Attorney for Mylan Defendants: Brian Fries**

| JUDGE: | Daniel D. Crabtree | DATE: | 10/27/2021 |
|---|---|---|---|
| CLERK: | Megan Garrett | TAPE/REPORTER: | Kim Greiner |
| INTERPRETER: | | PROBATION: | |

# SETTLEMENT APPROVAL HEARING

The parties appear through counsel.

The following motion is before the court:

> Doc. 2434 – Class Plaintiffs' Motion for Final Approval of Settlement, Approval of Plan of Allocation, and Award of Attorneys' Fees, Expenses, and Service Awards – **TAKEN UNDER ADVISEMENT as set forth in full on the record.**

The court hears from class plaintiffs' counsel about specific questions it has on the pending motion.

**The court directs class plaintiffs' counsel to file a post-hearing supplement that addresses the questions discussed during the hearing.**

**The court will enter an order**.