IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: EPIPEN (EPINEPHRINE INJECTION, USP) MARKETING, SALES PRACTICES AND ANTITRUST LITIGATION<br><br>*(This Document Relates to Class Cases)* | Case No. 2:17-MD-02785-DDC-TJJ<br><br>MDL No. 2785 |

## MYLAN DEFENDANTS' MOTION FOR EXPEDITED BRIEFING

The Mylan Defendants ("Mylan") move the Court for an Order expediting the briefing schedule relating to Mylan's Motion For Reconsideration (Dkt. 2535), filed concurrently with this motion.

The Court issued its Memorandum and Order regarding Decertification of the class on December 15, 2021 (Dkt. 2531). Mylan filed its Motion to Reconsider on Monday, December 20, 2021.

Trial is currently scheduled for January 24, 2022, and the final Pretrial Conference is scheduled for January 10, 2022. The issues raised in the Motion to Reconsider are paramount to the impending trial and trial preparation.

Based on the significance of the issues raised in the Motion to Reconsider and the impending trial date and trial preparation, good cause exists to shorten the briefing schedule for the Motion to Reconsider to require a response by Class Plaintiffs on Tuesday, December 28, 2021, and a Reply by Mylan on Tuesday, January 4, 2022.

WHEREFORE, Mylan respectfully moves the Court to shorten the briefing schedule relating to Mylan's Motion For Reconsideration so the response brief is due on Tuesday,

December 28, 2021, and the reply brief is due on Tuesday, January 4, 2022, or such other dates as work for the Court's holiday schedule.

December 20, 2021                    Respectfully submitted,

/s/ *Adam K. Levin*
Adam K. Levin
David M. Foster
Carolyn A. DeLone
Kathryn M. Ali
Katherine B. Wellington
HOGAN LOVELLS US LLP
555 13th Street, NW
Washington, DC 20004
Telephone: (202) 637-5600
Fax: (202) 637-5910
adam.levin@hoganlovells.com

Brian C. Fries, #15889
James Moloney, #23786
LATHROP GPM LLP
2345 Grand Boulevard, Suite 2200
Kansas City, Missouri 64108-2618
Telephone: (816) 292-2000
Telecopier: (816) 292-2001
bfries@lathropgpm.com
jmoloney@lathropgpm.com

*Counsel for the Mylan Defendants*