IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| In re EPIPEN (EPINEPHRINE INJECTION, USP) MARKETING, SALES PRACTICES AND ANTITRUST LITIGATION | Civil Action No. 2:17-md-02785-DDC-TJJ (MDL No: 2785) |
| This Document Relates To:<br><br>CONSUMER CLASS CASES. | |

**CLASS PLAINTIFFS' RESPONSE TO THE MOTION REGARDING
<u>EXPEDITED BRIEFING SCHEDULE ON THE MOTION TO RECONSIDER</u>**

Yesterday, without any meet and confer, Mylan filed a motion to expedite the briefing schedule on its motion to reconsider. *See* Doc. 2536 (Motion to Expedite Briefing Schedule). Mylan asks that Plaintiffs be ordered to respond by December 28 while Mylan receives until January 4 to file a Reply.

Under the default local rules, Plaintiffs would have 14 days to file a Response. Mylan's proposal asks the Court to require Plaintiffs to respond by December 28, forcing Plaintiffs to work over the weekend and the Chrstimas holiday.

Class Plaintiffs respectfully submit this alternative schedule:

- Response: December 31, 2021 (Friday)
- Reply: January 4, 2022 (Tuesday)

DATED: December 21, 2021                    Respectfully submitted,

                                            By: /s/ Rex A. Sharp
                                            SHARP LAW LLP
                                            Rex. A Sharp
                                            Ryan C. Hudson
                                            4820 West 75th Street
                                            Prairie Village, KS 66208
                                            Telephone:  (913) 901-0505
                                            Fax:     (913) 901-0419
                                            rsharp@midwest-law.com
                                            rhudson@midwest-law.com

                                            KELLER ROHRBACK L.L.P.
                                            Lynn L. Sarko
                                            1201 Third Avenue, Suite 3200
                                            Seattle, WA  98101
                                            Telephone:  (206) 623-1900
                                            Fax:     (206) 623-3384
                                            lsarko@kellerrohrback.com

                                            ROBBINS GELLER RUDMAN
                                            & DOWD LLP
                                            Paul J. Geller
                                            120 East Palmetto Park Road, Suite 500
                                            Boca Raton, FL 33432
                                            Telephone: (561) 750-3000
                                            Fax:     (561) 750-3364
                                            pgeller@rgrdlaw.com

                                            PRITZKER LEVINE LLP
                                            Elizabeth C. Pritzker
                                            1900 Powell Street, Suite 450
                                            Emeryville, CA  94608
                                            Telephone: (415) 692-0772
                                            Fax:     (415) 366-6110
                                            ecp@pritzkerlevine.com

                                            BURNS CHAREST LLP
                                            Warren T. Burns
                                            900 Jackson Street, Suite 500
                                            Dallas, TX  75202
                                            Telephone: (469) 904-4550
                                            Fax:     (469) 444-5002
                                            wburns@burnscharest.com

                                            *Co-Lead Counsel for Class Plaintiffs*

THE LANIER LAW FIRM
W. Mark Lanier
Rachel Lanier
Cristina Delise
6810 FM 1960 West
Houston, TX 77069
Telephone: 713/659-5200
Mark.Lanier@LanierLawFirm.com
Rachel.Lanier@LanierLawFirm.com
Cristina.Delise@LanierLawFirm.com

*Special Trial Counsel for Class Plaintiffs*

BOIES SCHILLER FLEXNER LLP
Matthew S. Tripolitsiotis
333 Main Street
Armonk, NY 10504
Telephone: 914/749-8200
mtripolitsiotis@bsfllp.com

*Class Counsel*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 21, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to parties and attorneys who are filing users.

/s/ Rex A. Sharp
Rex A. Sharp