### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE EPIPEN (EPINEPHRINE INJECTION, USP) MARKETING, SALES PRACTICES AND ANTITRUST LITIGATION<br><br>*This Document Relates to Class Cases* | Case No. 2:17-MD-2785-DDC-JJ<br>(MDL No. 2785) |

### MYLAN DEFENDANTS' MOTION FOR EXPEDITED BRIEFING ON MOTION FOR CLARIFICATION

The Mylan Defendants ("Mylan") move the Court for an Order expediting the briefing schedule relating to Mylan's Motion For Clarification, Dkt. 2553, filed concurrently with this motion. Mylan met and conferred with Plaintiffs concerning this request for expedited briefing, including the schedule set forth below, and Plaintiffs stated that they would "either adopt [Mylan's] briefing schedule or give the Court an alternative" schedule when they file their response to this Motion.

Mylan learned for the first time that Plaintiffs apparently intend to pursue their trial claims against Ms. Bresch as an individual defendant—even though they did not plead those claims against her—on December 6, 2021, when Plaintiffs served their draft jury instructions. The parties subsequently met and conferred, during which Mylan requested that Plaintiffs provide authority for their contention that Ms. Bresch is a named defendant as to the state-law antitrust claims remaining for trial. Plaintiffs responded with an asserted basis for their position on December 30, 2021. Mylan then filed its Motion for Clarification on January 5, 2022.

The question of who is a Defendant as to Plaintiffs' claims remaining for trial must be resolved in advance of trial. Under the ordinary briefing schedule set by Local Rule 6.1(d)(1), this

motion would not be fully briefed until February 1—*after* trial will have already commenced. Based on the significance of the issues raised in the Motion for Clarification and the impending trial date and trial preparation, good cause thus exists to shorten the briefing schedule for the Motion for Clarification to require a response by Class Plaintiffs on Tuesday, January 11, 2022, and a Reply by Mylan on Friday, January 14, 2022.

WHEREFORE, Mylan respectfully moves the Court to shorten the briefing schedule relating to Mylan's Motion For Clarification so the response brief is due on Tuesday, January 11, 2022, and the reply brief is due on Friday, January 14, 2022, or such other dates as work for the Court's schedule.

January 5, 2022                                          Respectfully submitted,

*/s/ Adam K. Levin*
Adam K. Levin
David M. Foster
Carolyn A. DeLone
Kathryn M. Ali
HOGAN LOVELLS US LLP
555 13th Street, NW
Washington, DC 20004
Telephone: (202) 637-5600
Fax: (202) 637-5910
adam.levin@hoganlovells.com
david.foster@hoganlovells.com
carolyn.delone@hoganlovells.com
kathryn.ali@hoganlovells.com

Brian Fries (15889)
James Moloney (23786)
LATHROP GAGE LLP
2345 Grand Boulevard, Suite 2200
Kansas City, Missouri  64108-2618
Telephone: (816) 292-2000
Fax: (816) 292-2001
bfries@lathropgage.com
jmoloney@lathropgage.com

*Counsel for the Mylan Defendants*