**CLERK'S COURTROOM MINUTE SHEET – CIVIL**

In re:  EpiPen (Epinephrine Injection, USP)
Marketing, Sales Practices and Antitrust Litigation
(Consumer Class Cases)

Case No. 17-2785-DDC-TJJ

**Attorneys for Class Plaintiffs: Warren T. Burns, Rex A. Sharp, Gretchen Cappio, Stuart Davidson
Attorneys for Mylan Defendants: Adam K. Levin, Kathryn Wellington, Brian C. Fries, Philip A. Sechler (by Zoom Video Conference)**

| JUDGE: | Daniel D. Crabtree | DATE: | 1/10/2022 |
|---|---|---|---|
| CLERK: | Megan Garrett | TAPE/REPORTER: | Kim Greiner |

# FINAL PRETRIAL CONFERENCE/IN LIMINE CONFERENCE

The parties appear through counsel.

The court hears argument from counsel on Mylan's Motion to Reconsider on Motion to Decertify (Doc. 2535).  **The court takes the motion under advisement as set forth in full on the record.**

The court hears argument from counsel on the Third Supplemental Expert Report of Dr. Meredith Rosenthal.

The court hears argument from counsel on selected portions of the parties' Motions in Limine.

The court announces its ruling on Class Plaintiffs' Omnibus Motions in Limine (Doc. 2520) and The Mylan Defendants' Omnibus Motions in Limine (Doc. 2539).  **The court will issue a written order setting forth its rulings.**

The court hears from counsel about their positions on a continuance of the trial.  **The court continues the jury trial to begin on February 22, 2022.  The court will issue a written order setting the trial date and corresponding deadlines.**

**The court discusses trial logistics with counsel.**