IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **IN RE:  EpiPen (Epinephrine Injection, USP) Marketing, Sales Practices and Antitrust Litigation**<br><br>**(This Document Applies to Consumer Class Cases)** | **MDL No:  2785**<br><br>**Case No. 17-md-2785-DDC-TJJ** |

## ORDER ADOPTING SCHEDULING ORDER NO. 16 (SECOND AMENDED TRIAL ORDER)

This Order adopts Scheduling Order No. 16.  And, it amends the Amended Trial Order (Doc. 2415) issued on August 24, 2021.

At the Final Pretrial Conference on January 10, 2022, the court granted the Mylan Defendants' request to continue the trial from its current setting on January 24, 2022.  The court agreed that a four-week continuance of the trial is warranted in light of the current public health conditions and the present surge in COVID-19 infections caused by the Omicron variant.  Thus, the court reschedules the trial to begin on **Tuesday, February 22, 2022**.  Also, the court enters the following revised schedule to reset other pretrial deadlines consistent with the rescheduled trial setting on February 22, 2022.  The following deadlines supersede any deadlines previously established by the Amended Trial Order (Doc. 2415), or any other others.

| **Event** | **Deadline** |
|---|---|
| Joint Jury Instructions with Alternative Instructions | Wednesday, February 2, 2022 |

| Submit Exhibits to Court (Scheduling Order No. 14 (Doc. 2346)) | Friday, February 11, 2022 |
|---|---|
| Submit Agreed Voir Dire Questions for the court to ask at trial, plus any not agreed to | Friday, February 11, 2022 |
| Jury Questionnaire Responses Available to Liaison Counsel | Friday, February 11, 2022 |
| **Trial** | **Tuesday, February 22, 2022, at 9:00 am** |

**IT IS SO ORDERED.**

**Dated this 12th day of January, 2022, at Kansas City, Kansas.**

        **s/ Daniel D. Crabtree**
        **Daniel D. Crabtree**
        **United States District Judge**