### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: EPIPEN (EPINEPHRINE INJECTION, USP) MARKETING, SALES PRACTICES AND ANTITRUST LITIGATION<br><br>*This Document Relates to Class Cases* | Case No. 2:17-MD-02785-DDC-TJJ<br>(MDL No. 2785) |

### UNOPPOSED MOTION TO CONTINUE TRIAL DATE

The Mylan Defendants respectfully submit this Unopposed Motion to Continue Trial Date and move the Court to vacate the trial date, which is currently set for February 22, 2022. *See* Order Adopting Scheduling Order No. 16 (Second Am. Trial Order) [Doc. 2562]. In support of this request, the Mylan Defendants state as follows:

1. At the Final Pretrial Conference on January 10, 2022, the Court granted the Mylan Defendants' request to continue the trial from its prior setting on January 24, 2022, and the Court subsequently reset the trial to begin on February 22, 2022. *See* Doc. 2561.

2. The parties are in agreement that a further continuance of the trial would be mutually convenient to the parties, their counsel, and witnesses. This will allow the parties and the Court to proceed in an efficient manner, avoid duplication of effort, and effectuate the policies embodied in the Rules. *See* Fed. R. Civ. P. 1.

3. The Mylan Defendants have met and conferred with Plaintiffs and have confirmed that Plaintiffs do not oppose the relief requested herein.

WHEREFORE, the Mylan Defendants respectfully move the Court to vacate the February 22, 2022 trial date and all intervening deadlines and to continue such deadlines to times to be determined.

Dated:  February 7, 2022

Respectfully submitted,

 */s/ Adam K. Levin*
Adam K. Levin
David M. Foster
Carolyn A. DeLone
Kathryn M. Ali
HOGAN LOVELLS US LLP
555 13th Street, NW
Washington, DC 20004
Telephone: (202) 637-5600
Fax: (202) 637-5910
adam.levin@hoganlovells.com
david.foster@hoganlovells.com
carolyn.delone@hoganlovells.com
kathryn.ali@hoganlovells.com

Brian Fries (15889)
James Moloney (23786)
LATHROP GAGE LLP
2345 Grand Boulevard, Suite 2200
Kansas City, Missouri  64108-2618
Telephone: (816) 292-2000
Fax: (816) 292-2001
bfries@lathropgage.com
jmoloney@lathropgage.com

*Counsel for the Mylan Defendants*