

55 Broadway, 10th Floor<br>
New York, NY 10006<br>
T: 212-363-7500<br>
F: 212-363-7171<br>
www.zlk.com<br>
<br>
**Eduard Korsinsky**<br>
ek@zlk.com

February 14, 2022

**VIA ECF**

Honorable Daniel D. Crabtree – District Judge
United States District Court
500 State Avenue, Suite 628
Kansas City, Kansas 66101

**Re:**   *In re EpiPpen (Epinephrine Injection, USP) Marketing, Sales Practices and Antitrust Litigation*, Case No. 2:17-md-02785 (D. Kan.)

Dear Judge Crabtree:

    As counsel for plaintiffs April Sumner, Donna Dvorak, Michael Gill, and Vishal Aggrawal, we write to respectfully request a conference with the Court to discuss my firm Levi & Korsinsky LLP's ("L&K") role in the litigation and the allocation of the attorney's fees approved by Your Honor on November 17, 2021 (the "Interim Fee"). I or colleagues of my firm repeatedly requested a breakdown of the fees and expenses paid to all counsel. As of the filing of this letter, we have not received a response.

    By way of brief background, on December 3, 2021, we received payment for our firm's purported share of its award for time and expenses in the above-captioned action. Lead counsel did not provide any detail for what the payment represented, or what other participating firms received for their lodestar or contributed expenses.

    Before seeking Your Honor's intervention, we made a significant effort to gain clarity from lead counsel over a period of several months. Beginning the same day that the payment was received and over the course of the weeks that followed, I and others at the firm reached out to representatives from each firm within the lead counsel structure. We made repeated requests for a call to discuss our request for information, or for an emailed accounting of how each firm's payment was calculated. Two months later, we are still seeking that information. At most, what was provided was a split between what portion of L&K's payment was for fees and for expenses. There was no mention of how the fees were derived or what other firms received as a payment for fees as compared with each firm's lodestar.[1]

---

[1] As directed by the time and expense protocol set by lead counsel, on a monthly basis, L&K has provided lead counsel with the firm's monthly time and expenses. Additionally, on August 18, 2021, L&K's sent lead counsel the firm's detailed time and expense records from inception of the case through July 2021. Lead counsel did not inform L&K that any of the time was not compensable.

NEW YORK • WASHINGTON, D.C. • CONNECTICUT • CALIFORNIA

While we have no firsthand knowledge that other firms outside of the appointed lead counsel are equally dissatisfied with the fees and expenses allocated by lead counsel, other firms have, or intend to, take issue with the allocation. The law firms of Foulston Siefkin LLP and The Miller Law Firm, P.C. (the "Interim Fee Objectors"), for example, filed a Notice of Objection to Interim Fee Allocation on January 28, 2022. While that Notice was withdrawn on February 2, 2022, it is not known to L&K or this Court whether that motion will be renewed or whether any additional information or payment was exchanged between lead counsel and the Interim Fee Objectors.

Notwithstanding lead counsel's lack of transparency with us, L&K has stood and continues to stand ready to support the class' efforts. We recently worked at the behest of the leadership team to address class members' participation in the litigation, and on January 20, 2022, we sought to confirm details relating to the upcoming trial.

We thank Your Honor for his time and attention to this letter and respectfully request that the Court set a time for a conference. We, like the Interim Fee Objectors, do not wish to distract the Court or the parties from the upcoming trial. We write now, however, to ensure that our position is raised with the Court in a timely manner so that, when Your Honor deems appropriate, the Court can consider our request for an accounting.

Very truly yours,

**Levi & Korsinsky, LLP**

/s/ *Eduard Korsinsky*
Eduard Korsinsky