UNITED STATES DISTRICT COURT

DISTRICT OF KANSAS

| | |
|---|---|
| In re EPIPEN (EPINEPHRINE INJECTION, USP) MARKETING, SALES PRACTICES AND ANTITRUST ACTION<br><br>This Document Relates To:<br><br>    CONSUMER CLASS CASES. | Civil Action No. 2:17-md-02785-DDC-TJJ<br>(MDL No: 2785) |

**CLASS PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL
OF SETTLEMENT WITH THE MYLAN DEFENDANTS**

Plaintiff Class Representatives, on behalf of themselves and the certified Class (together, "Class Plaintiffs") and by and through their undersigned counsel, respectfully move the Court for an order:

(i) Preliminarily approving the terms of the proposed settlement between Class Plaintiffs and Defendants Mylan N.V., Mylan Specialty L.P., Mylan Pharmaceuticals Inc., and Heather Bresch (collectively, "Mylan"), and Viatris Inc. (collectively with Mylan, the "Mylan Defendants"), which provides $264,000,000 in relief to the certified Class (the "Settlement"), as set forth in the Settlement Agreement submitted herewith;

(ii) Approving the form and content of the Notice of Proposed Settlement of Class Action ("Notice"), Summary Notice, and claim forms attached as Exhibits B-D of the Settlement Agreement;

(iii) Appointing A.B. Data, Ltd. ("Settlement Administrator") to supervise and administer the notice procedure as well as the processing of claims;

(iv) Finding that the procedures for distribution of the Notice and Summary Notice in the manner and form set forth in the Preliminary Approval Order constitute the best practicable

notice under the circumstances and comply with the notice requirements of due process and Rule 23;

   (v) Setting a Hearing on Final Approval of Settlement, Approval of Plan of Allocation, and Attorneys' Fees, Expenses, and Service Awards ("Final Fairness Hearing") and associated deadlines in anticipation of that hearing; and

   (vi) Providing such other related relief as is set forth in the [Proposed] Order Preliminarily Approving Settlement Pursuant to Fed. R. Civ. P. 23(e)(1), including a stay of proceedings pending a final determination as to the approval of the Settlement.

   The [Proposed] Order Preliminarily Approving Settlement Pursuant to Fed. R. Civ. P. 23(e)(1) is submitted herewith as Exhibit A to the Settlement Agreement and submitted to chambers in Word format pursuant to the Local Rules.

            Respectfully submitted,

DATED: February 28, 2022    SHARP LAW LLP

            */s/ Rex A. Sharp*
            REX A. SHARP
            RYAN C. HUDSON
            W. GREG WRIGHT
            4820 West 75th Street
            Prairie Village, KS 66208
            Telephone: 913/901-0505
            913/901-0419 (fax)
            rsharp@midwest-law.com
            rhudson@midwest-law.com
            gwright@midwest-law.com

ROBBINS GELLER RUDMAN
   & DOWD LLP
PAUL J. GELLER
STUART A. DAVIDSON
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)
pgeller@rgrdlaw.com
sdavidson@rgrdlaw.com
bbeall@rgrdlaw.com

ROBBINS GELLER RUDMAN
   & DOWD LLP
BRIAN O. O'MARA
ARTHUR L. SHINGLER III
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
bomara@rgrdlaw.com
ashingler@rgrdlaw.com
lbays@rgrdlaw.com

KELLER ROHRBACK L.L.P.
LYNN LINCOLN SARKO
GRETCHEN FREEMAN CAPPIO
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Telephone: 206/623-1900
206/623-3384 (fax)
lsarko@kellerrohrback.com
gcappio@kellerrohrback.com

BURNS CHAREST LLP
WARREN T. BURNS
SPENCER COX
900 Jackson Street, Suite 500
Dallas, TX 75202
Telephone: 469/904-4550
469/444-5002 (fax)
wburns@burnscharest.com
scox@burnscharest.com

3

>PRITZKER LEVINE LLP
>ELIZABETH C. PRITZKER
>JONATHAN K. LEVINE
>1900 Powell Street, Suite 450
>Emeryville, CA  94608
>Telephone:  415/692-0772
>415/366-6110 (fax)
>ecp@pritzkerlevine.com
>jkl@pritzkerlevine.com
>
>***Class Counsel and Liaison Counsel***
>***for Class Plaintiffs***

## CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to parties and attorneys who are filing users.

>*/s/ Rex A. Sharp*
>Rex A. Sharp