**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| IN RE: EPIPEN (EPINEPHRINE INJECTION, USP) MARKETING, SALES PRACTICES AND ANTITRUST LITIGATION<br><br>*This Document Relates to Class Cases* | Case No. 2:17-MD-02785-DDC-TJJ<br>(MDL No. 2785) |

**CAFA PROOF OF SERVICE**

I, Elizabeth C. Lockwood, the undersigned, hereby declare as follows:

1. I am over the age of 18 years and am not a party to the above-captioned action.

2. I am employed by Hogan Lovells US LLP as a Senior Associate in Washington, D.C.

3. I am a member of the D.C. bar in good standing, and one of the attorneys for the Mylan Defendants, admitted to this Court in this action *pro hac vice*.

4. My business email is elizabeth.lockwood@hoganlovells.com and my business address is 555 13th St. NW, Washington, D.C. 20004.

5. On March 10, 2022, as provided for by the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715, I caused A.B. Data, Ltd. to serve a true copy of Defendants' notice of proposed settlement of this action via First-Class Mail upon the U.S. Attorney General and the Attorneys General of the States and Territories listed in Attachment A (see Attachment A (without its enclosures)). Eric Schachter, Vice President of A.B. Data, subsequently notified me that the notices were served via First-Class Mail on March 10, 2022.

6. To the best of my knowledge and belief, the CAFA Notices described above in each instance included all applicable information specified in 28 U.S.C. § 1715(b)(1) through (b)(8), and were served within ten days of the February 28, 2022 filing of Class Plaintiffs' Motion for

Preliminary Approval of Settlement with the Mylan Defendants as provided for in 28 U.S.C. § 1715(b).

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 24th day of March 2022 in Washington, D.C.

Elizabeth C. Lockwood

# Attachment A

Hogan Lovells US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
T +1 202 637 5600
F +1 202 637 5910
www.hoganlovells.com

March 10, 2022

REGISTERED MAIL

All Addressees Listed in the Attached Distribution List

***In re EpiPen (Epinephrine Injection, USP) Marketing, Sales, and Antitrust Litigation*, No. 2:17-md-02785-DDC-TJJ (D. Kan.)**

Dear Sir/Madam:

I write on behalf of Defendants Mylan N.V., Mylan Specialty L.P., Mylan Pharmaceuticals Inc., and Heather Bresch (collectively, "Mylan"), and Viatris Inc., (collectively with Mylan, the "Mylan Defendants") in relation to the above-referenced action currently pending in the United States District Court for the District of Kansas before the Honorable Daniel D. Crabtree (the "Case"). The Case relates to allegations of anticompetitive conduct or unfair methods of competition with respect to EpiPen® Auto-Injector, EpiPen Jr® Auto-Injector, and the authorized generic versions of those products (collectively, "EpiPen") in the United States from August 24, 2011 to November 1, 2020, as more fully described in the enclosed documents.

In connection with the Class Action Fairness Act of 2005, 28 U.S.C. § 1715 ("CAFA"), the Mylan Defendants hereby provide notice that Plaintiff Class Representatives, on behalf of themselves and the certified Class (together, "Class Plaintiffs") filed a motion for preliminary approval of a settlement between Class Plaintiffs and the Mylan Defendants on February 28, 2022 (ECF No. 2590). This settlement is separate and apart from Class Plaintiffs' settlement with Defendants Pfizer Inc., Meridian Medical Technologies, Inc., and King Pharmaceuticals Inc. (n/k/a King Pharmaceuticals LLC) (collectively, the "Pfizer Defendants"), which received final approval from Judge Crabtree on November 17, 2021. *See* ECF Dkt. No. 2507.

Pursuant to CAFA, the Mylan Defendants provide the following information and supporting documents, which are included on the enclosed Compact Disc.

<u>28 U.S.C. § 1715(b)(1): Complaints</u>

- The Class Plaintiffs' operative complaint is as follows:
  - Consolidated Class Action Complaint and Jury Demand (ECF Dkt. No. 60, filed October 17, 2017) (Attachment A)
- Prior versions of the Class Plaintiffs' complaints are as follows:
  - Plaintiffs Anastasia Johnston, Karl Thomsen, Debra Bailey, Laura Chapin, and Rachel Fernandez's Class Action Complaint and Jury Demand (Case No. 2:16-cv-13060-NGE-SDD (E.D. Mich.), ECF Dkt. No. 1, filed August 23, 2016) (Attachment B);

- Plaintiffs Rosetta Serrano et al.'s Class Action Complaint and Jury Demand (Case No. 16-CV-2711-DDC-TJJ (D. Kan.), ECF Dkt. No. 1, filed October 18, 2016) (Attachment C);
- Plaintiffs Rosetta Serrano et al.'s First Amended Class Action Complaint and Jury Demand (Case No. 16-CV-2711-DDC-TJJ (D. Kan.), ECF Dkt. No. 4, filed October 26, 2016) (Attachment D);
- Plaintiffs Rosetta Serrano et al.'s Second Amended Class Action Complaint and Jury Demand (Case No. 16-CV-2711-DDC-TJJ (D. Kan.), ECF Dkt. No. 40, filed February 3, 2017) (Attachment E);
- Plaintiff Vishal Aggarwal's Class Action Complaint and Jury Demand (Case No. 1:17-cv-02189 (N.D. Ill.), ECF Dkt. No. 1, filed March 21, 2017) (Attachment F);
- Plaintiffs Amber Rainey, Christina Kollmeyer, and Lisa Vogel's Class Action Complaint and Jury Demand (Case No. 3:17-cv-05244-RBL (W.D. Wash.), ECF Dkt. No. 1, filed April 3, 2017) (Attachment G);
- Plaintiffs Angie Nordstrum and Carly Bowerstock's Class Action Complaint and Jury Demand (Case No. 2:17-cv-02401 (D.N.J.), ECF Dkt. No. 1, filed April 7, 2017) (Attachment H).
- Plaintiff Landon Ipson's Class Action Complaint and Jury Demand (Case No. No. 2:21-cv-02556-DDC-TJJ (D. Kan.), ECF Dkt. No. 1, filed October 29, 2021) (Attachment I).
- Plaintiff Michael Gill's Class Action Complaint and Jury Demand (Case No. 2:21-cv-02534-DDC-TJJ (D. Kan.), ECF Dkt. No. 1, filed October 29, 2021) (Attachment J).
- Plaintiff Donna Anne Dvorak's Class Action Complaint and Jury Demand (Case No. 2:21-cv-02561-DDC-TJJ (D. Kan.), ECF Dkt. No. 1, filed November 1, 2021) (Attachment K).
- Plaintiff April Sumner's Class Action Complaint and Jury Demand (Case No. 2:21-cv-02555-DDC-TJJ (D. Kan.), ECF Dkt. No. 1, filed November 2, 2021) (Attachment L).

<u>28 U.S.C. § 1715(b)(2): Notice of Hearing</u>

- A hearing on the final approval of the Settlement Agreement (the "Fairness Hearing") has not yet been scheduled by the Court. Once the Court schedules the Fairness Hearing, the date, time, and location of the Fairness Hearing will be available on the Case docket *In re EpiPen (Epinephrine Injection, USP) Marketing, Sales, and Antitrust Litigation*, No. 2:17-md-02785-DDC-TJJ (D. Kan.), and should be posted by the Class Plaintiffs on the settlement website: www.EpiPenClassAction.com.

28 U.S.C. § 1715(b)(3): Notifications to Class Members

- On June 1, 2020 and October 13, 2020, in connection with its order granting class certification, the District Court entered Orders approving Stage One and approving in part Stage Two of Class Plaintiffs' Notice Plan (ECF Dkt. Nos. 2074, 2209-2, 2209-3, 2240) (Attachments M and N). The notice addresses, *inter alia*, any rights to be excluded from the class.

- On July 23, 2021, in connection with Class Plaintiffs' proposed Settlement Agreement with the Pfizer Defendants, the District Court entered an Order approving Class Plaintiffs proposed Notice of Class Action and of Proposed Settlements, and a proposed Short Form Notice (ECF Dkt. Nos. 2393-4, 2393-6, 2401) (Attachment O) that address, *inter alia*, any rights to object or request exclusion from the class.

- On February 28, 2022, in connection with Class Plaintiffs' proposed Settlement Agreement with the Mylan Defendants, the Class Plaintiffs filed a proposed Notice of Class Action and of Proposed Settlement, and a proposed Short Form Notice (ECF Dkt. Nos. 2590-4, 2590-6) (Attachment P) that addresses, *inter alia*, any rights to object or request exclusion from the class.

28 U.S.C. § 1715(b)(4): Proposed Settlement Agreement

- A copy of Class Plaintiffs' Motion for Preliminary Approval of Settlement with the Mylan Defendants (ECF Dkt. No. 2590, filed February 28, 2022) (Attachment Q) is enclosed.

- A copy of Class Plaintiffs' Memorandum of Law in Support of Class Plaintiffs' Motion for Preliminary Approval of Settlement with the Mylan Defendants (ECF Dkt. No. 2590-1, filed February 28, 2022) (Attachment R) is enclosed. Attached to the Memorandum are the following exhibits:

    - Exhibit 1: Stipulation of Settlement Agreement, dated February 27, 2022, including supporting exhibits (ECF Dkt. No. 2590-2, filed February 28, 2022) (Attachment S);

        - Exhibit A: [Proposed] Order (I) Preliminarily Approving Settlement Under Fed. R. Civ. P. 23(e)(1); (II) Appointing the Settlement Administrator; (III) Approving Form and Manner of Notice to Class Members; (IV) Scheduling a Final Fairness Hearing to Consider Final Approval of the Settlement; and (V) Granting Related Relief (ECF Dkt. No. 2590-3, filed February 28, 2022) (Attachment T);

        - Exhibit B: Notice of Proposed Settlement of Class Action (ECF Dkt. No. 2590-4, filed February 28, 2022) (Attachment U);

        - Exhibit C: Claims Forms (ECF Dkt. No. 2590-5, filed February 28, 2022) (Attachment V);

        - Exhibit D: Proposed Short-Form Notice of Settlement (ECF Dkt. No. 2590-6, filed February 28, 2022) (Attachment W)

        - Exhibit E: [Proposed] Final Judgment and Order of Dismissal With Prejudice as to the Mylan Defendants (ECF Dkt. No. 2590-7, filed February 28, 2022) (Attachment X);

    - Exhibit 2: Declaration of Eric Schachter (ECF Dkt. No. 2590-8, filed February 28, 2022) (Attachment Y);

    - Exhibit 3: Plan of Allocation (ECF Dkt. No. 2590-9, filed February 28, 2022) (Attachment Z).

<u>28 U.S.C. § 1715(b)(5): Other Contemporaneous Agreements</u>

- Other than the documents identified herein, Class Plaintiffs' counsel and counsel for the Mylan Defendants have not entered into any contemporaneous settlements or agreements.

<u>28 U.S.C. § 1715(b)(6): Dismissals</u>

- To date, there have been no final judgments or notices of dismissal related to the proposed Settlement Agreement between Class Plaintiffs and the Mylan Defendants. However, the following final judgments and/or notices of dismissal have been filed in this action:

    - Memorandum and Order Granting in Part and Denying in Part Defendants' Motion to Dismiss (ECF Dkt. No. 896, issued August 20, 2018) (Attachment AA)

    - Plaintiff Amber Rainey's and Christina Kollmeyer's Notice of Voluntary Dismissal Without Prejudice (ECF Dkt. No. 10, filed August 28, 2017) (Attachment BB);

    - Plaintiff Lisa Vogel's Notice of Voluntary Dismissal Without Prejudice (ECF Dkt. No. 30, filed September 7, 2017) (Attachment CC);

    - Notice of Rule 41 Voluntary Dismissal Without Prejudice (ECF Dkt. No. 139, filed February 7, 2018) (Attachment DD);

    - Notice of Voluntary Dismissal Without Prejudice of Named Plaintiff Eileen Montet (ECF Dkt. No. 549, filed May 14, 2018) (Attachment EE);

    - Notice of Voluntary Dismissal Without Prejudice of Named Plaintiffs Denya Anderson and Jae Jones (ECF Dkt. No. 555, filed May 16, 2018) (Attachment FF)

    - Notice of Voluntary Dismissal Without Prejudice of Named Plaintiff Kimberly Corcoran (ECF Dkt. No. 810, filed July 24, 2018) (Attachment GG)

    - Notice of Voluntary Dismissal Without Prejudice of Named Plaintiff Connie Stafford (ECF Dkt. No. 811, filed July 24, 2018) (Attachment HH)

    - Notice of Voluntary Dismissal Without Prejudice of Named Plaintiffs Kimberly Dollander and Arlene McDaniel (ECF Dkt. No. 829, filed July 31, 2018) (Attachment II)

- Notice of Voluntary Dismissal Without Prejudice of Named Plaintiff Lauren Coale (ECF Dkt. No. 841, filed August 6, 2018) (Attachment JJ)

- Notice of Voluntary Dismissal Without Prejudice of Named Plaintiff Amie DeMontbel (ECF Dkt. No. 932, filed August 28, 2018) (Attachment KK)

- Notice of Voluntary Dismissal Without Prejudice of Named Plaintiff Francis Myers (ECF Dkt. No. 1046, filed September 24, 2018) (Attachment LL)

- Notice of Voluntary Dismissal Without Prejudice of Named Plaintiff Erin Korte-Lamparter (ECF Dkt. No. 1122, filed October 11, 2018) (Attachment MM)

- Memorandum and Order Granting in Part and Denying in Part the Mylan Defendants' Motion for Summary Judgment (ECF Dkt. No. 2381, filed June 23, 2021) (Attachment NN)

- Final Judgment and Order of Dismissal with Prejudice under Fed. R. Civ. P. 54(b) for the Pfizer Defendants Only (ECF Dkt. No. 2507, filed November 17, 2021) (Attachment OO)

- Memorandum and Order Granting in Part and Denying in Part the Mylan Defendants' Motion to Decertify the State Antitrust Class With Respect to Plaintiffs' Generic Delay Claim (ECF Dkt. No. 2531, filed December 15, 2021) (Attachment PP)

<u>28 U.S.C. § 1715(b)(7): Class Members</u>

- It is not feasible for the Mylan Defendants to identify the names of individual members of the settlement class who reside in each state or to estimate their proportionate share of the claims to the entire settlement. Likewise, it is not feasible for the Mylan Defendants to identify the precise total number of individual members of the settlement class residing in each state before potential class members submit claim forms. Attached as Attachment QQ is a reasonable estimate of the number of class members residing in each state included in the class. The data for number of class members is based on the mailing list used by Plaintiffs' Class Notice Administrator, A.B. Data.

- Defendants provide in Attachment RR the estimated proportionate share of class members' claims to the entire settlement for each state included in the class. The data for the proportionate shares of claims is based on the February 7, 2020 and October 1, 2021 expert reports submitted by Plaintiffs' class certification expert, Dr. Meredith Rosenthal.

<u>28 U.S.C. § 1715(b)(8): Judicial Opinions Relating to Subparagraphs (b)(3) Through (6)</u>

- There are no other written judicial opinions issued in this action to date relating to the materials described in 28 U.S.C. §§ 1715(b)(3)-(6), other than the opinions mentioned above.

If you have any questions regarding this notice, please do not hesitate to contact me.

Sincerely,

*/s Adam K. Levin*

Adam K. Levin

Partner
adam.levin@hoganlovells.com
D 202-637-6846

**DISTRIBUTION LIST**

| | | |
|---|---|---|
| Attorney General of the United States<br>Merrick Garland<br><br>US Department of Justice<br>950 Pennsylvania Ave., NW<br>Washington, D.C. 20530-0001 | Alabama Attorney General<br>Steve Marshall<br><br>Office of the Attorney General<br>501 Washington Ave.<br>Montgomery, AL 36104 | Alaska Attorney General<br>Treg Taylor<br><br>Office of the Attorney General<br>1031 West 4th Ave., Suite 200<br>Anchorage, AK 99501-1994 |
| Arizona Attorney General<br>Mark Brnovich<br><br>Office of the Attorney General<br>2005 N Central Ave.<br>Phoenix, AZ 85004-1592 | Arkansas Attorney General<br>Leslie Rutledge<br><br>Office of the Attorney General<br>323 Center St., Suite 200<br>Little Rock, AR 72201-2610 | California Attorney General<br>Rob Bonta<br><br>Office of the Attorney General<br>455 Golden Gate Ave., Suite 11000<br>San Francisco, CA 94102 |
| Colorado Attorney General<br>Phil Weiser<br><br>Office of the Attorney General<br>Ralph L. Carr Judicial Building<br>1300 Broadway, 10th Floor<br>Denver, CO 80203 | Connecticut Attorney General<br>William Tong<br><br>Office of the Attorney General<br>165 Capitol Ave.<br>Hartford, CT 06106 | Delaware Attorney General<br>Kathy Jennings<br><br>Office of the Attorney General<br>Carvel State Office Bldg.<br>820 N. French St.<br>Wilmington, DE 19801 |
| District of Columbia Attorney General<br>Karl A. Racine<br><br>Office of the Attorney General<br>400 6th Street, NW<br>Washington, D.C., 20001 | Florida Attorney General<br>Ashley Moody<br><br>Office of the Attorney General<br>State of Florida<br>PL-01 The Capitol<br>Tallahassee, FL 32399-1050 | Georgia Attorney General<br>Chris Carr<br><br>Office of the Attorney General<br>40 Capitol Square, SW<br>Atlanta, GA 30334-1300 |
| Hawaii Attorney General<br>Clare E. Connors<br><br>Office of the Attorney General<br>425 Queen St.<br>Honolulu, HI 96813 | Idaho Attorney General<br>Lawrence Wasden<br><br>Office of the Attorney General<br>700 W. Jefferson St.<br>P.O. Box 83720<br>Boise, ID 83720-0010 | Illinois Attorney General<br>Kwame Raoul<br><br>Office of the Attorney General<br>James R. Thompson Ctr.<br>100 W. Randolph St.<br>Chicago, IL 60601 |
| Indiana Attorney General<br>Todd Rokita<br><br>Office of the Attorney General<br>Indiana Government Center South<br>302 W. Washington St., 5th Floor<br>Indianapolis, IN 46204 | Iowa Attorney General<br>Tom Miller<br><br>Office of the Attorney General<br>Hoover State Office Bldg.<br>1305 E. Walnut St.<br>Des Moines, IA 50319 | Kansas Attorney General<br>Derek Schmidt<br><br>Office of the Attorney General<br>120 S.W. 10th Ave., 2nd Floor<br>Topeka, KS 66612-1597 |

| | | |
|---|---|---|
| Kentucky Attorney General<br>Daniel Cameron<br><br>Office of the Attorney General<br>700 Capitol Ave.<br>Capitol Building, Suite 118<br>Frankfort, KY 40601 | Louisiana Attorney General<br>Jeff Landry<br><br>Office of the Attorney General<br>P.O. Box 94005<br>Baton Rouge, LA 70804-4095 | Maine Attorney General<br>Aaron Frey<br><br>Office of the Attorney General<br>6 State House Station<br>Augusta, ME 04333 |
| Maryland Attorney General<br>Brian Frosh<br><br>Office of the Attorney General<br>200 St. Paul Place<br>Baltimore, MD 21202-2202 | Massachusetts Attorney General<br>Maura Healey<br><br>Office of the Attorney General<br>1 Ashburton Place, 20th Floor<br>Boston, MA 02108-1698 | Michigan Attorney General<br>Dana Nessel<br><br>Office of the Attorney General<br>G. Mennen Williams Building<br>P.O. Box 30212<br>525 W Ottawa St.<br>Lansing, MI 48909 |
| Minnesota Attorney General<br>Keith Ellison<br><br>Office of the Attorney General<br>445 Minnesota St., Suite 1400<br>St. Paul, MN 55101 | Mississippi Attorney General<br>Lynn Fitch<br><br>Office of the Attorney General<br>Department of Justice<br>P.O. Box 220<br>Jackson, MS 39205 | Missouri Attorney General<br>Eric Schmitt<br><br>Office of the Attorney General<br>Supreme Court Building<br>207 W. High St.<br>Jefferson City, MO 65102 |
| Montana Attorney General<br>Austin Knudsen<br><br>Office of the Attorney General<br>Justice Building<br>215 N. Sanders St., 3rd Floor<br>Helena, MT 59620-1401 | Nebraska Attorney General<br>Doug Peterson<br><br>Office of the Attorney General<br>2115 State Capitol<br>P.O. Box 98920<br>Lincoln, NE 68509-8920 | Nevada Attorney General<br>Aaron Ford<br><br>Office of the Attorney General<br>Old Supreme Court Building<br>100 N. Carson St<br>Carson City, NV 89701 |
| New Hampshire Attorney General<br>John Formella<br><br>Office of the Attorney General<br>33 Capitol St<br>Concord, NH 03301-6397 | New Jersey Attorney General<br>Matthew Platkin<br><br>Office of the Attorney General<br>Richard J. Hughes Justice Complex<br>25 Market St.<br>Trenton, NJ 08611 | New Mexico Attorney General<br>Hector Balderas<br><br>Office of the Attorney General<br>408 Galisteo St.<br>Villagra Building<br>Santa Fe, NM 87501 |
| New York Attorney General<br>Letitia A. James<br><br>Office of the Attorney General<br>Department of Law<br>The Capitol, 2nd Floor<br>Albany, NY 12224 | North Carolina Attorney General<br>Josh Stein<br><br>Office of the Attorney General<br>Department of Justice<br>114 W. Edenton St.<br>Raleigh, NC 27603 | North Dakota Attorney General<br>Wayne Stenehjem<br><br>Office of the Attorney General<br>State Capitol<br>600 E. Boulevard Ave., Dept. 125<br>Bismark, ND 58505 |

| | | |
|---|---|---|
| Ohio Attorney General<br>Dave Yost<br><br>Office of the Attorney General<br>State Office Tower<br>30 E. Broad St., 14th Floor<br>Columbus, OH 43215 | Oklahoma Attorney General<br>John O'Connor<br><br>Office of the Attorney General<br>313 NE 21st Street<br>Oklahoma City, OK 73105 | Oregon Attorney General<br>Ellen F. Rosenblum<br><br>Office of the Attorney General<br>Justice Building<br>1162 Court St. NE<br>Salem, OR 97301-4096 |
| Pennsylvania Attorney General<br>Josh Shapiro<br><br>Office of the Attorney General<br>General Strawberry Square, 16th Floor<br>Harrisburg, PA 17120 | Rhode Island Attorney General<br>Peter Neronha<br><br>Office of the Attorney General<br>150 S. Main St.<br>Providence, RI 02903 | South Carolina Attorney General<br>Alan Wilson<br><br>Office of the Attorney General<br>Rembert C. Dennis Office Building<br>P.O. Box 11549<br>Columbia, SC 29211-1549 |
| South Dakota Attorney General<br>Jason Ravnsborg<br><br>Office of the Attorney General<br>1302 East Highway 14, Suite 1<br>Pierre, SD 57501-8501 | Tennessee Attorney General<br>Herbert H. Slatery III<br><br>Office of the Attorney General<br>P.O. Box 20207<br>Nashville, TN 37202-0207 | Texas Attorney General<br>Ken Paxton<br><br>Office of the Attorney General<br>P.O. Box 12548<br>Austin, TX 78711-2548 |
| Utah Attorney General<br>Sean Reyes<br><br>Office of the Attorney General<br>350 North State Street, Suite 230<br>Salt Lake City, UT 84114-2320 | Vermont Attorney General<br>TJ Donovan<br><br>Office of the Attorney General<br>109 State St.<br>Montpelier, VT 05609-1001 | Virginia Attorney General<br>Mark Herring<br><br>Office of the Attorney General<br>202 North Ninth Street<br>Richmond, VA 23219 |
| Washington Attorney General<br>Bob Ferguson<br><br>Office of the Attorney General<br>1125 Washington Street SE<br>P.O. Box 40100<br>Olympia, WA 98504-0100 | West Virginia Attorney General<br>Patrick Morrisey<br><br>Office of the Attorney General<br>State Capitol Complex<br>Building 1, Room E-26<br>Charleston, WV 25305 | Wisconsin Attorney General<br>Josh Kaul<br><br>Office of the Attorney General<br>State Capitol<br>P.O. Box 7857<br>Madison, WI 53707-7857 |
| Wyoming Attorney General<br>Bridget Hill<br><br>Office of the Attorney General<br>Pioneer Building, 3rd Floor<br>Cheyenne, WY 82002 | Chuuk Attorney General<br>Sabino Asor<br><br>Office of the Attorney General<br>P.O. Box 1050<br>Weno, Chuuk, FM 96942 | Kosrae Attorney General<br>Aliksa B. Aliksa<br><br>Office of the Attorney General<br>P.O. Box 870<br>Tofol, Kosrae, FSM 96944 |

| | | |
|---|---|---|
| Pohnpei Attorney General<br>Dana Wesley Smith<br><br>Office of the Attorney General<br>Governor's Office<br>Pohnpei State Government<br>Pohnpie, FM 96941 | American Samoa Attorney General<br>Fainu'ulelei Falefatu Ala'ilima-Utu<br><br>Office of the Attorney General<br>Department of Legal Affairs<br>Executive Office Building<br>3rd Floor, P.O. Box 7<br>Utulei, AS 96799 | Northern Mariana Islands (Acting) Attorney General<br>Edward Manibusan<br><br>Office of the Attorney General<br>Administration Building<br>Caller Box 10007<br>Saipan, MP 96950 |
| Puerto Rico Attorney General<br>W. Stephen Muldrow<br><br>Office of the Attorney General<br>Torre Chardón, Suite 1201<br>350 Carlos Chardón Street<br>San Juan, PR 00918 | Guam Attorney General<br>Leevin T. Camacho<br><br>Office of the Attorney General<br>ITC Building<br>590 S. Marine Corps Dr, Suite 901<br>Tamuning, Guam 96913 | Virgin Islands Attorney General<br>Denise N. George<br><br>Office of the Attorney General<br>Department of Justice<br>3438 Krondprindsens Gade<br>GERS Building, 2nd Floor<br>St. Thomas, VI 00802 |