# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

| | |
|---|---|
| In re EPIPEN (EPINEPHRINE INJECTION, USP) MARKETING, SALES PRACTICES AND ANTITRUST LITIGATION<br><br>This Document Relates To:<br>CONSUMER CLASS CASES | ) Civil Action No. 2:17-md-02785-DDC-TJJ<br>) (MDL No: 2785)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to Local Rule 83.5.5(b) of the United States District Court for the District of Kansas, attorney Maxwell H. Goins hereby withdraws his appearance as one of the attorneys of record in this action for Class Plaintiffs and requests his removal from electronic notification. Class Plaintiffs continue to be represented by other counsel.

DATED: March 31, 2022                                    Respectfully submitted,

| | |
|---|---|
| By: /s/ *Maxwell H. Goins*<br>Maxwell H. Goins | KELLER ROHRBACK L.L.P.<br><br>By: /s/ *Lynn L. Sarko*<br>Lynn L. Sarko<br>1201 Third Avenue, Suite 3200<br>Seattle, WA 98101<br>Telephone: 206/623-1900<br>206/623-3384 (fax)<br>lsarko@kellerrohrback.com<br><br>***Co-Lead Counsel for Class Plaintiffs*** |

1

## CERTIFICATE OF SERVICE

I hereby certify that notice of the foregoing was served on March 31, 2022 on counsel of record by electronically filing the document with the clerk of the court using CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Lynn L. Sarko
Lynn L. Sarko