UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: EpiPen (Epinephrine Injection, USP) Marketing, Sales Practices and Antitrust Litigation | CASE NO. 2:17-MD-02785-DDC-TJJ (MDL No. 2785) |
| SANOFI-AVENTIS U.S., LLC, <br><br>                    Plaintiff, <br><br>        v. <br><br> MYLAN INC., et al., <br><br>                    Defendants. <br><br> *This Document Relates to the* Sanofi *case.* | CASE NO. 2:17-CV-02452-DDC-TJJ <br><br> *Document Filed Electronically* |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to Local Rule 83.5.5(b) of the United States District Court for the District of Kansas, Roy T. Englert, Jr. hereby withdraws his appearance as counsel of record in this action for Defendants Mylan Inc. and Mylan Specialty LP. Defendants will continue to be represented by Philip A. Sechler in the Sanofi case.

Dated: April 1, 2022

*/s/ Roy T. Englert, Jr.*
Roy T. Englert, Jr.
ROBBINS, RUSSELL, ENGLERT,
ORSECK & UNTEREINER LLP
2000 K Street, N.W., 4th Floor
Washington, D.C. 20006
Telephone: (202) 775-4500
renglert@robbinsrussell.com

**CERTIFICATE OF SERVICE**

On April 1, 2022, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which provides a notice of such filing on each attorney registered for ECF notification to the counsel of record.

*/s/ Roy T. Englert, Jr.*
Roy T. Englert, Jr.