I MR. Jesse Danielson object to Any of the Settlement, the Plan of Allocation and Any other bounds to the EPI-Pen Auto-Injector class Action Settlement, My Insurance has covered 100% of My EPINEPHRINE INJECTIONS USP Auto Injectors 0.3mg From July 23rd 2018 - present Then by Excludes me from the share in the distribution of Settlement funds and various other bounds, Therefore I MR JESSE DANIELSON BE RELEASED RELEASED FROM THIS SETTLEMENT AND All OTHER bounds Associated with, THANK YOU,

MR. JESSE DANIELSON    4-11-22

USAO_KANSAS_CITY_KS
APR 14 2022 PM 12:29

Jess Danielson
1674 451st Ave
Montevideo, MN 56265

USAO KANSAS CITY KS 1115
APR 14 2022 PM 7 L

Clerk of the court
United States District Court
District of Kansas
500 State Avenue
Kansas City, KS 66101

66101-244899

MINNEAPOLIS MN 555
11 APR 2022 PM 2 L

USA ★ FOREVER