IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| In re EPIPEN (EPINEPHRINE INJECTION, USP) MARKETING, SALES PRACTICES AND ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>    CONSUMER CLASS CASES. | Civil Action No. 2:17-md-02785-DDC-TJJ<br>(MDL No. 2785) |

**PLAINTIFFS' UNOPPOSED MOTION
FOR LEAVE TO EXCEED PAGE LIMITATIONS**

Plaintiffs move for leave to exceed the page limitations in D. Kan. Rule 7.1(e) regarding their Memorandum of Law in Support of Class Plaintiffs' Motion for Final Approval of Settlement, Approval of Plan of Allocation, and Award of Attorneys' Fees, Expenses, and Service Awards ("Memorandum") to be filed May 20, 2022, and ask that they be permitted up to an additional ten pages, so not to exceed 40 pages, for the argument and authorities section of the Memorandum. In support of this Motion, Plaintiffs state as follows:

    1.    Plaintiffs will be filing their Motion for Final Approval of Settlement, Approval of Plan of Allocation, and Award of Attorneys' Fees, Expenses, and Service Awards regarding Plaintiffs settlement with the Mylan Defendants and their supporting Memorandum on May 20, 2022.

    2.    Under D. Kan. Rule 7.1(e), "the arguments and authorities section of briefs or memoranda must not exceed 30 pages absent a court order."

    3.    Instead of filing separate motions for final approval of the settlement, approval of the plan of allocation, and an award of attorneys' fees, expenses, and service awards, Plaintiffs are

filing one combined motion, with one combined memorandum in support, that covers all these issues. As such, Plaintiffs anticipate the Memorandum's argument and authorities section will be approximately 35 to 36 pages in length. The requested additional pages above the 30-page limitation are necessary to address all the issues related to final approval of the settlement with the Mylan Defendants, approval of the plan of allocation, and the award of attorneys' fees, expenses, and service awards.

4. Plaintiffs conferred with counsel for the Mylan Defendants prior to filing this motion, and they consent to the relief Plaintiffs seek in this motion.

5. Plaintiffs will submit a proposed order consistent with this motion.

**WHEREFORE**, Plaintiffs request that the Court permit Plaintiffs up to, but not to exceed, forty (40) pages for the arguments and authorities section of their Memorandum of Law in Support of Class Plaintiffs' Motion for Final Approval of Settlement, Approval of Plan of Allocation, and Award of Attorneys' Fees, Expenses, and Service Awards, and such further relief as the Court deems just.

Respectfully submitted,

DATED: May 17, 2022

SHARP LAW LLP

By: */s/ Rex A. Sharp*
SHARP LAW LLP
REX A. SHARP
RYAN C. HUDSON
W. GREG WRIGHT
4820 West 75th Street
Prairie Village, KS 66208
Telephone: 913/901-0505
913/901-0419 (fax)
rsharp@midwest-law.com
rhudson@midwest-law.com
gwright@midwest-law.com

KELLER ROHRBACK L.L.P.
LYNN LINCOLN SARKO
GRETCHEN FREEMAN CAPPIO
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Telephone: 206/623-1900
206/623-3384 (fax)
lsarko@kellerrohrback.com
gcappio@kellerrohrback.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
PAUL J. GELLER
STUART A. DAVIDSON
BRADLEY M. BEALL
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)
pgeller@rgrdlaw.com
sdavidson@rgrdlaw.com
bbeall@rgrdlaw.com

PRITZKER LEVINE LLP
ELIZABETH C. PRITZKER
JONATHAN K. LEVINE
1900 Powell Street, Suite 450
Emeryville, CA 94608
Telephone: 415/692-0772
415/366-6110 (fax)
ecp@pritzkerlevine.com
jkl@pritzkerlevine.com

BURNS CHAREST LLP
WARREN T. BURNS
SPENCER COX
900 Jackson Street, Suite 500
Dallas, TX 75202
Telephone: 469/904-4550
469/444-5002 (fax)
wburns@burnscharest.com
scox@burnscharest.com

*Co-Lead Counsel and Liaison Counsel for Class Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to parties and attorneys who are filing users.

                                          */s/ Rex A. Sharp*
                                          Rex A. Sharp