UNITED STATES DISTRICT COURT

DISTRICT OF KANSAS

| | |
|---|---|
| In re EPIPEN (EPINEPHRINE INJECTION, USP) MARKETING, SALES PRACTICES AND ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>    CONSUMER CLASS CASES. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 2:17-md-02785-DDC-TJJ<br>(MDL No. 2785) |

**NOTICE OF CHANGE OF ADDRESS**

**TO THE CLERK OF THE ABOVE-CAPTIONED COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that effective immediately, Rosemary M. Rivas' business address has changed as follows:

> GIBBS LAW GROUP LLP
> 1111 Broadway, Suite 2100
> Oakland, CA 94607

Ms. Rivas' telephone number, facsimile number, and email information remain unchanged. Please revise your proof of service and file information accordingly.

Dated: May 19, 2022                    Respectfully submitted,

                                              **GIBBS LAW GROUP LLP**

                                              By: */s/ Rosemary M. Rivas*
                                              Rosemary M. Rivas
                                              1111 Broadway, Suite 2100
                                              Oakland, CA 94607

- 2 -

Telephone: (510) 350-9700
Facsimile: (510) 350-9701
rmr@classlawgroup.com

*Counsel for Plaintiffs Vishal Aggarwal, Donna Dvorak, Michael Gill, and April Sumner, and Member of the Steering Committee*

## CERTIFICATE OF SERVICE

I hereby certify that notice of the foregoing was served on May 19, 2022 on counsel of record by electronically filing the document with the Clerk of the Court using CM/ECF system, which automatically sends an electronic notification to all counsel of record and other CM/ECF participants.

*/s/ Rosemary M. Rivas*
Rosemary M. Rivas