May 31, 2002

To Whom It May Concern:

I do not wish to participate in the EpiPen Auto-Injector Class Action Settlement with Mylan. I object to the Settlement, the Plan of Allocation, or the fees and expenses.

Thank you,
Justin Chiang
The Chiang Family
2640 Volaire Ln
Cumming, GA 30041-7171



Justine Chiang
2640 Volaire Ln
Cumming, GA 30041-7177

ATLANTA METRO 301
31 MAY 2022 PM 6 L

FOREVER / USA

RECEIVED

JUN 03 2022

CLERK, U.S. DISTRICT COURT
KANSAS CITY, KANSAS

Clerk of the Court
United States District Court
District of Kansas
500 State Avenue
Kansas City, KS 66101

66101-244899