**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| IN RE: EPIPEN (EPINEPHRINE INJECTION, USP) MARKETING, SALES PRACTICES AND ANTITRUST LITIGATION<br><br>*This Document Relates to Consumer Class Cases* | Case No. 2:17-MD-02785-DDC-TJJ<br>(MDL No. 2785) |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Pursuant to Local Rule 83.5.5(b) of the United States District Court for the District of Kansas, the Mylan Defendants provide notice that attorney Elizabeth C. Lockwood is withdrawing as an attorney in this case:

1. Ms. Lockwood has acted as *pro hac vice* counsel in this matter on behalf of the Mylan Defendants along with other counsel at Hogan Lovells US LLP and Lathrop GPM LLP.

2. Ms. Lockwood is leaving the firm of Hogan Lovells US LLP and will no longer be affiliated with Hogan Lovells US LLP after May 27, 2022. The Mylan Defendants have been notified of Ms. Lockwood's departure.

3. The Mylan Defendants will continue to be represented by Lathrop GPM LLP (Brian C. Fries and James Moloney) and Hogan Lovells US LLP (Adam K. Levin, David M. Foster, and Carolyn A. DeLone).

WHEREFORE, the Mylan Defendants give notice that Elizabeth C. Lockwood withdraws her appearance as one of the attorneys of record in this action for Mylan Defendants.

2

Dated:  June 8, 2022  /s/ *Elizabeth C. Lockwood*
Elizabeth C. Lockwood

Dated:  June 8, 2022  /s/ *Brian C. Fries*
Brian C. Fries (15889)
James Moloney (23786)
LATHROP GPM LLP
2345 Grand Boulevard, Suite 2200
Kansas City, Missouri  64108-2618
Tel: (816) 292-2000
Fax: (816) 292-2001
bfries@lathropgage.com
jmoloney@lathropgage.com

AND

Adam K. Levin
David M. Foster
Carolyn A. DeLone
HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington, D.C. 20004
Tel: (202) 637-6846
Fax: (202) 637-5910
adam.levin@hoganlovells.com
david.foster@hoganlovells.com
carrie.delone@hoganlovells.com

*Counsel for the Mylan Defendants*