# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| In re EPIPEN (EPINEPHRINE INJECTION, USP) MARKETING, SALES PRACTICES AND ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>    CONSUMER CLASS CASES | Civil Action No. 2:17-md-02785-DDC-TJJ (MDL No. 2785)<br><br>SUPPLEMENTAL DECLARATION OF ERIC SCHACHTER OF A.B. DATA, LTD. IN SUPPORT OF CLASS PLAINTIFFS' MOTION FOR FINAL APPROVAL OF SETTLEMENT AND PLAN OF ALLOCATION |

I, Eric Schachter, declare as follows:

1.  I am a Vice President with A.B. Data, Ltd. ("A.B. Data"). I am fully familiar with the facts contained herein based upon my personal knowledge, and if called as a witness, could and would testify competently thereto. I submit this declaration at the request of Class Plaintiffs in connection with the above-captioned action (the "Action").

2.  I submit this supplemental declaration to update my previous Declaration of Eric Schachter of A.B. Data, Ltd. in Support of Class Plaintiffs' Motion for Final Approval of Mylan Settlement and Plan of Allocation, dated May 20, 2022 (ECF No. 2613-2 at 29-51) (the "Final Approval Declaration").

## DIGITAL MEDIA

3.  As detailed in the Final Approval Declaration, A.B. Data implemented a digital media campaign consisting of internet banner ads and social media newsfeed ads appearing on various websites and social media platforms. The digital media campaign is now complete. Over 387 million impressions were delivered resulting in over 396,000 engagements and/or conversions across Google Display Networks, YouTube, Google AdWords, Twitter, Facebook, Instagram, Healthline.com, WebMD.com and other health-related websites.

**TELEPHONE AND WEBSITE**

4. A.B. Data continues to maintain a toll-free telephone number (1-877-221-7632) with an automated interactive voice response system and live operators. Since March 18, 2022, a total of 21,832 phone calls have been received, of which 3,798 of the callers opted to and spoke with a live operator.

5. A.B. Data also continues to maintain the case website, EpiPenClassAction.com, which includes Settlement-specific information, including relevant deadlines, a downloadable version of the Settlement Agreement, Preliminary Approval Order, the Long-Form Notice, Consumer and TPP Claim Forms, and other relevant documents regarding the Action. The website also includes functionality for Class Members to submit their claims online. Since March 18, 2022, over 747,376 users have visited the website.

**REPORT ON CLAIMS**

6. Pursuant to the Preliminary Order, Claim Forms are to be postmarked or submitted online on or before July 25, 2022. As of the date of this Declaration, A.B. Data has received 638,478 consumer Claim Forms and 3,403 TPP Claim Forms; these numbers are inclusive of approximately 253,000 consumer Claim Forms and 3,200 TPP Claim Forms received as a result of the Pfizer Settlement. A.B. Data continues to receive and process Claim Forms and anticipates that a large percentage of the TPPs will file claims closer to the filing deadline.

Executed this 27th day of June 2022.

Eric Schachter
Vice President, A.B. Data, Ltd.