# EXHIBIT 2

UNITED STATES DISTRICT COURT

DISTRICT OF KANSAS

| | | |
|---|---|---|
| In re EPIPEN (EPINEPHRINE INJECTION, USP) MARKETING, SALES PRACTICES AND ANTITRUST LITIGATION | ) ) ) ) ) ) ) | Civil Action No. 2:17-md-02785-DDC-TJJ (MDL No. 2785)<br><br>DECLARATION OF ELIZABETH C. PRITZKER IN SUPPORT OF RESPONSE IN SUPPORT OF CLASS PLAINTIFFS' |
| This Document Relates To:<br><br>    CONSUMER CLASS CASES. | ) ) ) ) ) ) ) ) | MOTION FOR FINAL APPROVAL OF SETTLEMENT, APPROVAL OF PLAN OF ALLOCATION AND AWARD OF ATTORNEYS' FEES, EXPENSES AND SERVICE AWARDS |

I, Elizabeth C. Pritzker, declare as follows:

1.      I am an attorney duly licensed to practice before all of the courts of the State of California and am admitted *pro hac vice* to this Court. I am a partner in the law firm of Pritzker Levine, LLP.  On February 27, 2020, the Court appointed me as one of the attorneys serving as Co-Lead Counsel for Class Plaintiffs in this litigation.  (ECF No. 2018).  Prior to that, beginning on September 12, 2017, I served as the Chair of the Court-appointed Class Plaintiffs' Steering Committee in this action.  (ECF No. 40).

2.      I am submitting this declaration in support of the Response in Support of Class Plaintiffs' Motion for Final Approval of Settlement, Approval of Plan of Allocation and Award of Attorneys' Fees, Expenses and Service Awards. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

3.      The Court's Order (i) Preliminarily Approving Settlement under Fed. R. Civ. P. 23(e)(1), (ii) Appointing the Settlement Administrator, (iii) Approving Form and Notice to Class Members, (iv) Scheduling a Final Fairness Hearing to Consider Final Approval of the Settlement, and (v) Granting Related Relief, ECF No. 2594 ("Preliminary Approval Order"), excluded from the Settlement those persons and entities who timely and validly requested exclusion from the Class under the court's Memorandum and Order dated October 13, 2020 (ECF No. 2240), and are listed on Exhibit F to Class Plaintiffs' Final Status Report Re Implementation of Class Notice (ECF No. 2323-1) as well as those persons excluded from the Class as set forth in the Pfizer Final Judgment (ECF No. at 8).

4.      The Preliminary Approval Order also established June 8, 2022 as the deadline for Class Members to file comments on or objections to the Settlement. (ECF No. 2594 at 9).  No third-party health plans or States Attorneys' General have filed comments on or objections to the Settlement by that date.

5.      Nineteen (19) individual consumers and one employer timely submitted comments on or objections to the Settlement. True and correct copies of each such submission are attached as exhibits to this declaration, and identified as follows:

- Exhibit A:  Submission of Mamiesha Banks

- Exhibit B:  Submission of Amanda McCrary

- Exhibit C:  Submission of Carol Fuller

- Exhibit D:  Submission of Arthur Vegara

- Exhibit E:  Submission of Barbara Nuckols

- Exhibit F:  Submission of Kathy Valleau

- Exhibit G:  Submission on behalf of Central Painting & Sandblasting, Inc.

- Exhibit H:  Submission of Marcia Engen

- Exhibit I:  Submission of Charmaine Jones

- Exhibit J:  Submission of Melisa Nguyen

- Exhibit K:  Submission of Amy Dolin

- Exhibit L:  Submission of Anthony Aiden

- Exhibit M:  Submission of M. Denny

- Exhibit N:  Submission of Justine Chiang (also filed as ECF No. 2615)

- Exhibit O:  Submission of Najeeha Khan (also filed as ECF No. 2614)

- Exhibit P:  Submission of Brian and Katrina Catron

- Exhibit Q:  Submission of Jesse Danielson (also filed as ECF No. 2607)

- Exhibit R:  Submission of Monica Shelton

- Exhibit S:  Submission of Lucy Balick

- Exhibit T:  Submission of Dorothy Connors (also filed as ECF No. 2605)

6.      Four individuals—Mamiesha Banks (Exhibit A), Amanda McCrary (Exhibit B), Carol Fuller (Exhibit C), and Arthur Vegara (Exhibit D)—ask that they be excluded from the Settlement.  Co-Lead Counsel compared their names with the list of names appearing in the Final Status Report filed by A.B. Data, the court-appointed Settlement Administrator in this action, identifying the 1,423 individuals who had timely requested exclusion from the Action following class certification. (*See* ECF No. 2323-1). Based on that review, Co-Lead Counsel determined that each of these individuals timely filed requests for exclusion from the Action. Because they were already excluded from the Class when they timely filed their requests, they are no longer Class Members, and they have no standing to object to this Settlement. The Court need not take any action with respect to these four individuals.

7.      A review of the submissions presented by Barbara Nuckols (Exhibit E), Kathy Valleau (Exhibit F), Central Painting & Sandblasting (by its Vice President, Mr. Ritterbeck) (Exhibit G), Marcia Engen (Exhibit H), Charmaine Jones (Exhibit I), Melisa Nguyen (Exhibit J), Amy Dollin (Exhibit K), and Anthony Aiden (Exhibit L), suggests that these individuals also wish to be excluded from the Action. In their own words, they each express a desire to be "removed from the settlement,"[1] "request exclusion from the Settlement Class," "choose not to be included in the EpiPen case," "declin[e] [the] offer" to be included in the Action, "do not want to be a part" of the case, aren't "interested in participating" in the Action, or "would like for the record to reflect exclusion[2]" from the case. Co-Lead Counsel compared the names of these individuals to A.B. Data's Final Status Report (ECF No. 2323-1) but did not locate their names as individuals who

---

[1] The submission by Ms. Valleau (Exhibit F) is by her surviving husband, who states that Ms. Valleau "passed away" in June 2018.

[2] The submission by Mr. Aiden (Exhibit L) is by Giovanni Corral, who asserts he is "one of" Mr. Aiden's "guardians."

had previously filed a timely exclusion request.[3] Accordingly, each of these requests, if viewed as a request for exclusion, is untimely. The Court may exercise its discretion to grant their belated requests to be excluded from the Action, now, if it wishes. However, only one of the requests (Kathy Valleau, whose spouse states that she passed away in 2018) contains the factual detail the Court previously required for their delayed request, or why permitting them to opt out belatedly is warranted here (*see* ECF No. 2507 at 8). The parties met and conferred on this issue. Plaintiffs do not oppose the Court granting these (and the four addressed in paragraph 8 below) late opt-out requests and understand that the Mylan Defendants do oppose allowing all but one (Kathy Valleau) to opt out at this time.

8.      Four individuals—M. Denny, Justine Chiang, Najeeha Khan, and Brian and Katrina Catron[4]—provided submissions in which they appear to express an interest in both objecting to and being excluded from the Settlement. To that end, M. Denny (Exhibit M) and Justine Chiang (Exhibit N) state they both "object to" and "do not want to be a party" or "participate" in the "lawsuit, settlement, plan of allocation, or the fee and expense application." Najeeha Khan (Exhibit O) states she both "object(s) to the Settlement and wishes to be unenrolled in the proceedings." The Catrons (Exhibit P) likewise state that they "object to being part of the settlement and do not wish to participate" in it. None of the four were included on the Settlement Administrator's list of names of individuals who had previously filed a timely exclusion request (ECF No. 2323-1). If treated as objections, none of these submissions "state with specificity the grounds for the objection" as required by Fed. R. Civ. P. 25(E)(5)(A) and the Preliminary Approval Order.

---

[3] Barbara Nuckols did submit a similar untimely request to be excluded from the Pfizer Settlement, which the Court denied for failure to provide enough information to permit the Court to determine whether granting the belated opt-out requests was warranted. *See* ECF No. 2507, ¶ 9.

[4] Brian and Katrina Catron made a joint submission requesting to be excluded from the settlement and are treated as one here.

9.     Two individuals—Jesse Danielson (Exhibit Q, also filed as ECF No.2607) and Monica Shelton (Exhibit R)—filed submissions stating that they object to the Settlement.  An examination of their submissions reveals that neither individual is a Class Member with standing to object, however. Jesse Danielson states that insurance covered and paid for "100 %" of any EpiPens this individual purchased during the class period.  Similarly, Monica Shelton states she was on Medcost and Medicaid from 2016 to 2021, when she was prescribed and issued EpiPens, and "never had to pay out of pocket for any of them."  Thus, neither of these two individuals is a Class Member.  The Court need not take any action with respect to these individuals.

10.    Lucy Balick (Exhibit S) submitted an objection to the Settlement.  That submission was accompanied by documentation showing a purchase of at least one EpiPen by Ms. Balick during the Class Period.  (*See* Exhibit S).  Co-Lead Counsel have conferred with Ms. Balick and, based on that conference, now represent that Ms. Balick has withdrawn her objection, supports the Settlement, and intends to submit a Claim Form as provided for in the Settlement.

11.    Dorothy Connors (Exhibit T) submitted an objection to the Settlement, stating she "did not receive Notice of this," and that she wishes to "OBJECT to the Settlement completely." The submission does not otherwise "state with specificity the grounds for the objection" to the Settlement as required by Fed. R. Civ. P. 23(E)(5)(A).  (*See, e.g.*, ECF 2507 at 8, overruling individual objections to the Pfizer Settlement on this basis).

12.     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 27th day of June, 2022, at Emeryville, California.



_____
ELIZABETH C. PRITZKER

# EXHIBIT A

EpiPen - 54360

131557315

APR 14 2022

**From:**      mmshbanks_1@yahoo.com
**To:**        info@epipenclassaction.com
**Subject:**   Delayed mail
**Date:**      Wednesday, April 13, 2022 1:01:53 PM

EXTERNAL SENDER

 To whom it may concern. I did not receive my postcard until after the date of my request to opt out. As a result of mail room delays.I without prejudice ucc1-308 Mamiesha Banks is opting out of any and all settlements of the epi-pen class action suites. Thanks in advance for your time, consideration, and patience.

# EXHIBIT B

May 6, 2022

To Whom it May Concern,

    I would like to object from the Settlement for Epi Pen, Case No. 2:17-md-02785-DDC-TJJ, MDL 2785 (District of Kansas)

Thank you,

Amanda McCrary

# EXHIBIT C

August 20, 2021

Rex A. Sharp
Sharp Law, LLP
4820 West 75th Street
Prairie Village, Ks  66208

To Whom It may Concern:

Attached please find correspondence in reference to request exclusion for "Class In re Epipen (Epinephrine Injection, USP) Marketing, Sales Practices and Antitrust Litigation Case No. 17md-02785."

I requested to be excluded from this case per correspondence dated 12/18/2020, and request was sent to the Milwaukee, Wisconsin address.

If any further action is needed, please notify me.

Carol Fuller

Carol Fuller
11669 161st Rd
Live Oak, Fl
       32060
Phone # 386-209-0941

12/18/2020

To Whom It my Concern:

I wish to be excluded from the Class in IL re EpiPen (Epinephrine Injection, USP) Marketing, Sales Practices and Antitrust Litigation, No. 17-md-02785.

Carol Fuller

Carol Fuller
11669 161st Rd
Live Oak, Fl 32060
386-209-0941

Thank you in advance for the exclusion.

- Fully insured health plans (*i.e.*, plans that purchased insurance that covered 100% of the plan's reimbursement obligations to its members);
- "Single flat co-pay" consumers who purchased EpiPens or authorized generic EpiPens only via a fixed dollar co-payment that is the same for all covered devices, whether branded or generic (*e.g.*, $20 for all branded and generic devices);
- Consumers who purchased or received EpiPens or authorized generic equivalents only through a Medicaid program;
- All persons or entities who purchased branded or authorized generic EpiPens directly from Mylan;
- The judges in this case and members of their immediate families;
- All third-party payors who own or otherwise function as a Pharmacy Benefit Manager or control an entity that functions as a Pharmacy Benefit Manager; and
- Individual consumers whose <u>only</u> purchases of an EpiPen occurred before March 13, 2014.

## IF YOU DO NOTHING

7. **What happens if I do nothing at all?**

If you do nothing, you will be bound by the outcome of the case, whether a judgment is rendered for or against Defendants. Unless you exclude yourself, you will not be able to file a lawsuit or be part of any other lawsuit asserting claims against Defendants concerning or relating to the claims and factual allegations that were or could have been raised in this action.

## EXCLUDING YOURSELF FROM THE CLASS

8. **What does it mean to request to be excluded from the Class?**

If you do not want to be part of the Class and want to keep your right to sue Defendants relating to the allegations concerning the alleged anticompetitive or racketeering conduct described in this Notice, then you must take steps to remove yourself from the Class. This is called excluding yourself, or "opting out" of the Class. If you exclude yourself, you will not be eligible to receive any payment from future settlements or judgments in this lawsuit, and you will not be bound by any judgment rendered for or against Defendants.

9. **How do I exclude myself from the Class?**

To exclude yourself from the Class, you must send a letter by mail stating that you wish to be excluded from the Class in *In re EpiPen (Epinephrine Injection, USP) Marketing, Sales Practices and Antitrust Litigation*, No. 17-md-02785. Be sure to include your name, address, telephone number, and signature. You cannot exclude yourself over the telephone. You must mail your Request for Exclusion, postmarked no later than January 15, 2021, to:

EpiPen Class Action
Attn: Exclusions
c/o A.B. Data Ltd.
P.O. Box 173001
Milwaukee, WI 53217

You may also email your exclusion request to info@EpiPenClassAction.com or submit your exclusion request on the case website at www.EpiPenClassAction.com. Any email or website exclusion requests must also be submitted no later than January 15, 2021.

10. **If I don't exclude myself, can I sue later?**

No. Unless you exclude yourself, you give up the right to sue Defendants for the claims in this case. You must exclude yourself from the Class to be able to bring your own, separate lawsuit(s) against Defendants. Remember, the exclusion deadline is January 15, 2021. In the event the Action resolves, you may not be given another opportunity to exclude yourself from the Class.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Rex A. Sharp
Sharp Law, LLP
4820 West 75th Street
Prairie Village, Ks 66208

9590 9402 6699 1060 8434 68

2. Article Number *(Transfer from service label)*

7021 0350 0001 2199 3339

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X

☐ Agent
☐ Addressee

B. Received by *(Printed Name)*       C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ail
☐ ail Restricted Delivery
i)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053

Domestic Return Receipt

# EXHIBIT D

Arthur Vergara
358 Shining Rock
Beaumont CA 92223-7377
19 August 2021


Rex A. Sharp, Esq.
Sharp Law LLP
4820 West 75th Street
Prairie Village KS 66208


**In re: EpiPen Marketing, Sales Practices, and Antitrust Litigation**


Sir:

I have received a Class Action Settlement Notice of the above-referenced action and
desire hereby to serve notice of my intention to be released and excluded from all terms
of any settlement of this action as of your receipt of this communication.

Further to this, no "timely request [of] exclusion prior to January 15, 2020" was made by
me since I had not received notice of action, settlement, or exclusion on or before that
date, nor have I received such until this 19th day of August 2021.

This communication shall be deemed due conveyance of my will and intention in
reference to the above-cited Class Action Settlement.


Sincerely,

Arthur Vergara
(per counsel)

358 Shining Rock
Beaumont CA 92223

SN BERNARDINO CA  923

23 AUG 2021  PM 4  L



WOMEN VOTE
19th AMENDMENT
FOREVER USA

Rex A. Sharp, Esq.
Sharp Law LLP
4820 West 75th St.
Prairie Village KS 66208

66208-430320

# EXHIBIT E

EpiPen - 54360

131557313

APR 1 1 2022

4-4-2022
Barbara A. Nuckols
84 Davidson Rd.
Oakman, Al. 35579

I Barbara A. Nuckols request to be
excluded from the settlement of
the Epipen® ("EpiPen") auto-injector
class action Settlement with Mylan
for $264 Million.
Case no 2:17-md-02785-DDC-TJJMDL
2785 (District of Kansas)

Signed
Barbara A. Nuckols

Ms. Barbara A. Nuckols
84 Davidson Rd
Oakman, AL 35579

BIRMINGHAM AL   350

4 APR 2022   PM 4   L

EpiPen Settlement
C/O A. B. Data, Ltd
P.O. Box 173113
Milwaukee, WI. 53217

53217-813013

# EXHIBIT F

EpiPen - 54360

131557323

MAY 23 2022

CASE NO 2:17-md-02785-DDC-TJJ, MDL-2785 (DISTRICT OF KANSAS)

REG: EPIPEN AUTO-INJECTOR CLASS ACTION SETTLEMENT
WITH MYLAN FOR $264 MILLION

ATTN: REX A SHARP / SHARP LAW, LLP

1. FROM YOUR 2021 PFIZER LAWSUIT I ASKED FOR MY WIFES (KATHY L. VALLEAU'S) NAME BE REMOVED FROM THE SETTLEMENT BECAUSE SHE PASSED AWAY JUNE 22, 2018.

2. I ALSO ASKED TO BE INFORMED THAT THIS EXCLUSION TOOK PLACE AND THIS WAS NOT DONE

3. A COMPLAINT SENT TO THE ATTORNEY GENERAL OF OKLAHOMA OF SHANTEL EZELL OF HUTCHINSON, KANSAS, USING KATHY'S NAME AND SOCIAL SECURITY NUMBER BY PHONE CALL TO ONE WAS IDENTITY THEFT AND FRAUD TO SHUT ME OFF AT MY HOME

4. SHANTEL HAD A RESTRAINING ORDER AGAINST HER MOTHER KATHY AND HAS NEVER BOUGHT ANY EPIPENS OR ANY MEDICINE OR TOOK KATHY TO ANY MEDICAL APPOINTMENTS

5. ONLY ONE EPIPEN WAS EVER PURCHASED AND I WAS THERE FROM START TO FINISH WITH THE DR. AND KATHY

6. I WOULD HOPE YOU COULD HAVE SOMEONE LET ME KNOW THE STATUS OF THIS, I AM THE KEEPER OF KATHY'S RECORDS AND NEED TO FINALIZE THIS ISSUE AND NO ONE SHOULD CLAIM ANY MONEY AS IT TOO WOULD BE FRAUD IF THEY DO, WHICH WOULD REQUIRE FURTHER ACTION, I NEED TO TAKE

7. KATHY IS AT FLORAL HAVEN CEMETARY IN BROKEN ARROW, OK AND ENCLOSED IS A COPY OF HER DEATH CERTIFICATE

John E. Valleau
119 N Columbia Ave
Tulsa, OK 74110-5405

SINCERELY YOURS
JOHN E VALLEAU

John E. Valleau

MON MAY 16, 2022

# STATE OF OKLAHOMA
## CERTIFICATE OF DEATH

**STATE FILE NUMBER** 2018-020001

**1. DECEDENT'S LEGAL NAME** (First, Middle, Last, Suffix): KATHY  LEA  VALLAEU

**1a. LAST NAME PRIOR TO FIRST MARRIAGE:** MCDOWELL

**2. SEX:** FEMALE

**3. SOCIAL SECURITY NUMBER:** 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

**4. EVER IN US ARMED FORCES?** NO

**5a. AGE- Last birthday (years):** 64

**5b. UNDER 1 YEAR** — Months / Days

**5c. UNDER 1 DAY** — Hours / Minutes

**6. DATE OF BIRTH (Mo/Day/Yr):** MARCH 25, 1954

**7. BIRTHPLACE (City and State or Foreign Country):** GREAT BEND, KANSAS

**8a. RESIDENCE-State:** OKLAHOMA

**8b. RESIDENCE-County:** TULSA

**8c. RESIDENCE-City or Town:** TULSA

**8d. RESIDENCE-Zip Code:** 74110

**8e. RESIDENCE-Inside City Limits?** YES

**8f. RESIDENCE-Street and Number:** 119 N COLUMBIA AVE

**8g. RESIDENCE-Apt. Number:**

**9. MARITAL STATUS AT TIME OF DEATH:** ☒ Married ☐ Never Married ☐ Widowed ☐ Divorced ☐ Married, but separated ☐ Unknown

**10. SURVIVING SPOUSE'S NAME (If wife, give name prior to first marriage):** JOHN ELDON VALLEAU

**11a. FATHER'S NAME (First, Middle, Last):** HERMAN B. MCDOWELL

**11b. FATHER'S LAST NAME PRIOR TO FIRST MARRIAGE:** MCDOWELL

**12a. MOTHER'S NAME (First, Middle, Last):** DOROTHY MAE MCDOWELL

**12b. MOTHER'S LAST NAME PRIOR TO FIRST MARRIAGE:** DONNER

**13. DECEDENT OF HISPANIC ORIGIN?** NO, NOT SPANISH/HISPANIC/LATINO

**14. DECEDENT'S RACE:** WHITE

**15. DECEDENT'S EDUCATION:** 9TH – 12TH GRADE, NO DIPLOMA

**16. DECEDENT'S USUAL OCCUPATION** (Indicate type of work done during most of working life. DO NOT USE RETIRED.): HOMEMAKER

**17. KIND OF BUSINESS / INDUSTRY:** IN OWN HOME

**18a. INFORMANT'S NAME:** JOHN VALLEAU

**18b. RELATIONSHIP TO DECEDENT:** SPOUSE

**18c. MAILING ADDRESS (Street and Number, City, State, Zip Code):** 119 COLUMBIA AVE, TULSA, OKLAHOMA 74110

**19. METHOD OF DISPOSITION:** ☐ Burial ☒ Cremation ☐ Donation ☐ Entombment ☐ Removal from state ☐ Other (specify)

**20. PLACE OF DISPOSITION (Name of cemetery, crematory, other place):** FLORAL HAVEN CREMATORY

**21. LOCATION – City, Town and State:** BROKEN ARROW, OKLAHOMA

**22. NAME AND COMPLETE ADDRESS OF FUNERAL FACILITY:** FLORAL HAVEN FUNERAL HOME, 6500 S. 129TH EAST AVE., BROKEN ARROW, OKLAHOMA 74012

**23. FUNERAL HOME DIRECTOR OR FAMILY MEMBER ACTING AS SUCH:** DANIELLE  J.  CARPENTER

**24. FH ESTABLISHMENT LICENSE #:** 1660ES

**25. PLACE OF DEATH (Check only one: see instructions)**

IF DEATH OCCURRED IN A HOSPITAL: ☐ Inpatient ☐ Emergency Room/Outpatient ☐ Dead on Arrival

IF DEATH OCCURRED OTHER THAN IN A HOSPITAL: ☐ Hospice Facility ☐ Nursing home/Long term care facility ☒ Decedent's home ☐ Other (specify)

**26. FACILITY NAME (If not institution, give street & number):** 119 N COLUMBIA AVE

**27. CITY OR TOWN, STATE AND ZIP CODE OF LOCATION OF DEATH:** TULSA, OKLAHOMA, 74110

**28. COUNTY OF DEATH:** TULSA

**29. DATE OF DEATH (Mo/Day/Yr):** JUNE 22, 2018

**30. TIME OF DEATH:** 12:40

**31. WAS MEDICAL EXAMINER CONTACTED?** YES

**32. WAS AN AUTOPSY PERFORMED?** NO

**33. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH?**

**CAUSE OF DEATH (See Instructions and examples)**

**34. PART I.** Enter the chain of events – diseases, injuries or complications – that directly caused the death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest or ventricular fibrillation without showing the etiology. DO NOT ABBREVIATE. Enter only one cause on a line. Add additional lines if necessary.

**Approximate Interval: Onset to death**

IMMEDIATE CAUSE (Final disease or condition resulting in death) → a. HEPATIC CIRRHOSIS — UNKNOWN

Due to (or as a consequence of):

Sequentially list conditions, if any, leading to the cause listed on line a. b. NONALCOHOLIC STEATOHEPATITIS — UNKNOWN

Due to (or as a consequence of):

Enter the UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST. c.

Due to (or as a consequence of):

d.

1861524

Due to (or as a consequence of):

**35. PART II.** Enter other significant conditions contributing to death but not resulting in the underlying cause given in PART I: DIABETES MELLITUS

**36. MANNER OF DEATH:** ☒ Natural ☐ Homicide ☐ Accident ☐ Suicide ☐ Pending Investigation ☐ Could not be determined

**37. IF FEMALE:** ☐ Not pregnant within past year ☐ Pregnant at time of death ☐ Not pregnant, but pregnant within 42 days of death ☐ Not pregnant, but pregnant 43 days to 1 year before death ☒ Unknown if pregnant within the past year

**38. DID TOBACCO USE CONTRIBUTE TO DEATH?** ☐ Yes ☐ No ☐ Probably ☒ Unknown

**39. DATE OF INJURY (Mo/Day/Yr):**

**40. TIME OF INJURY:**

**41. PLACE OF INJURY (e.g., Decedent's home; construction site; wooded area):**

**42. DESCRIBE HOW INJURY OCCURRED:**

**43. INJURY AT WORK?**

**44. LOCATION OF INJURY:** State: / City or Town: / Zip Code: / Street & Number: / Apartment Number:

**45. IF TRANSPORTATION INJURY, SPECIFY:** ☐ Driver/Operator ☐ Passenger ☐ Pedestrian ☐ Other (specify)

**46. CERTIFIER (Check only one)**

ATTENDING PHYSICIAN ☐ Physician in charge of the patient's care ☐ Physician in attendance at time of death only

To the best of my knowledge, death occurred at the time, date, and place, and due to the cause(s) and manner as stated.

☒ MEDICAL EXAMINER On the basis of examination, and/or investigation, in my opinion, death occurred at the time, date and place, and due to the cause(s) and manner stated.

**47. NAME, ADDRESS AND ZIP CODE OF PERSON COMPLETING CAUSE OF DEATH (Item 34):** CHERYL NIBLO, DO, 1115 WEST 17TH, TULSA, OKLAHOMA 74107

Certifier: CHERYL NIBLO, DO

**48. LICENSE NUMBER:** 5606OK

**49. DATE DEATH CERTIFIED (Mo/Day/Yr):** JUNE 29, 2018

**50. REGISTRAR'S SIGNATURE:** *Kelly M Baker*

**52. DATE RECEIVED BY STATE REGISTRAR (Mo/Day/Yr):** JULY 7, 2018

REVISION 2016   VS 154 (12/16)

Monday, July 09, 2018 9:19:54 AM

# EXHIBIT G

**EpiPen -** 54360

**131557318**

APR 26 2022



**Central Painting & Sandblasting, Inc.**
**8543 Riverland Ave. S.W.**
**Navarre, Ohio 44662**
**Phone: (330) 756-2043**
**Fax: (330) 756-3144**
**Email: mritterbeck@cpstankassist.com**
**EIN 20-4054457**

4/20/2022

*EpiPen Settlement*
EXCLUSIONS
c/o A.B. Data, Ltd.
P.O. Box 173113
Milwaukee, WI 53217

**RE: Request for Exclusion**

To Whom It May Concern:

Central Painting & Sandblasting, Inc. requests exclusion from the Settlement Class in *In re EpiPen Marketing, Sales Practices and Antitrust Litigation.*   Central Painting & Sandblasting, *Inc., as a* potential member of any class, would like to be excluded from any inclusion of the stated class action lawsuit.

Sincerely,

Michael Ritterbeck
Vice President

Central Painting & Sandblasting, Inc.
8543 Riverland Avenue
Navarre, OH 44662
330-756-2043

CLEVELAND OH   440

20 APR 2022  PM 6  L

EPIPEN   SETTLEMENT
EXCLUSIONS
c/o  A. B. DATA, LTD.
P.O. BOX 173113
MILWAUKEE, WI   53217

53217-813013

# EXHIBIT H

**EpiPen** - 54360

131557316

APR 18 2022

*Marcia L. Engen*
*4734 N Stargaze Drive*
*Appleton, WI 54913*

EpiPen Settlement
c/o A.B. Data, Ltd.
P.O. Box 173113
Milwaukee, WI 53217

April 4, 2022

To Whom it May Concern:

I received an EpiPen Class Action Settlement notice today, April 4, 2022.

While I remember years ago reading and hearing of the issues related to EpiPen pricing, I seldom purchase EpiPens and (I assume) chose not to make a claim in this case. However, I did purchase EpiPens between August 24, 2011 and November 1, 2020

I read the postcard I received from the administrator in Milwaukee, WI and accessed the recommended website for further information.

Being contacted as a Class Member, I prefer not being included in the class action settlement; the Plan of Allocation, or the fee and expense application. I choose not to be included in the EpiPen case.

Thank you for providing me the opportunity to address this issue, and please contact me if my request for not participating is unclear.

Sincerely,

*Marcia L. Engen*

MILWAUKEE WI 530

5 APR 2022   PM 5  L

Epifen Settlement
c/o A.B. Data, Ltd.
P. O. Box 173113
Milwaukee, WI 53217

53217-813013

# EXHIBIT I

**EpiPen -** 54360
131557317

APR 1 8 2022

4/2/22

To whom this may concern:

I have been requested to be a participant of the Epipen Injection, USP Marketing, Sales Practices And Antitrust Litigation Case. However, I am declining this offer, and I am also asking that I be officially removed from this case.

In addition, I am also enclosir the C e that has also been included for the record:

2:17-md-02785-DDC-TJJ,

If you need to contact me, I can be reached at the given address that is on my file.

Sincerely,

Charmaine V. Jo

1d Ave SW #3
VD 58703

BISMARCK ND 585

4 APR 2022  PM 1  L

Attn:
Notice Administra
c/o A-B- Data, L-
P-O- Box 173113
Milwaukee, WI 53

53217-813013

# EXHIBIT J

EpiPen - 54360
131557314

APR 1 4 2022

| | |
|---|---|
| **From:** | Melisa Nguyen |
| **To:** | info@epipenclassaction.com |
| **Subject:** | Inquiry |
| **Date:** | Sunday, April 10, 2022 7:38:54 PM |

**EXTERNAL SENDER**

Hi! I received a letter about being part of this class action and I did not opt out by the deadline. Is there is way to opt out still? I am not really involved in this and do not want to be part of it but I missed the deadline to opt out.
Thank you!

- Melisa Nguyen

# EXHIBIT K

May 30, 2022

To Whom It May Concern,

I am not interested in participating in the EpiPen Auto-injector or EpiPen Jr Auto-injector litigations.

Please discontinue all contact with me.

Thank you!

Amy Dollin

Amy Dollin



OKLAHOMA CITY OK 730

2 JUN 2022   PM 4   L

_MAYFLOWER IN PLYMOUTH HARBOR_

Dollin
7 Sheffield St.
est City, OK  73130

Rex A. Sharp
SHARP LAW, LLP
4820 West 75th Street
Prairie Village, KS
66208

66208-430320

# EXHIBIT L

"Confidential Document- For Counsel/Law Dept. Only"
## "CONFIDENTIAL"



Giovanni Corral
5032 W. 120th St.
Hawthorne, California 90250

May 16th, 2022

| | | | |
|---|---|---|---|
| Clerk of the Court | Rex A. Sharp | Adam K. Lein | EpiPen Settlement |
| United States District Court, | SHARP LAW, LLP | HOGAN LOVELLS US LLP | c/o A.B. Data, Ltd. |
| District of Kansas | 4820 West 75th Street | 555 13th Street, NW | P.O. box 173113 |
| 500 State Avenue | Prairie Village, KS 66208 | Washington, DC 20004 | Milwaukee, WI 53217 |
| Kansas City, KS 66101 | | | |

Subject:  Notice: 149819905 [Case No. 2:17-md-02785-DDC-TJJ, MDL 2785 (District of Kansas)]

To whom it may concern:

Ethical self is one of Aiden Anthony's guardians and is replying on his behalf in regards to this Notice: 149819905. Please be advised that this household has received many class action lawsuits and has Private Attorney (PA)/Counsel who represents family.

This household has been undergoing a vast amount of scruity, there has also been harassments (*Prognostic signals*) from nearby homeless encampments and would advise Counsels/Councils that if "The Corral Family's" name appears or is prompted on any database to refer/reference Gov't Claim #: G623063 / Boeing Claim #: 177057262 (*Medical*).

This is the second notice we have received and must inform agencies above that this households is also victims of mail fraud (*Alias of Names*) that was reported to the Post Office, Federal Trade Commission (FTC), United States Office of Personnel Management (US-OPM), Dept. of Justice (DoJ), Dept of the Army (DoA), Dept. of Defense (DoD), and others agencies that are assistig us in restoring postures/creditability and are "Unbundling the bundle".

If this family name is classified with any listed catagories written on postcard (*i.e: Class Member*) and/or other would like for the record to reflect exclusion with private attorney. If you have any questions, mail correspondences are preferred, or feel free to call (310) 978-1858 (*Home/Message*). If answer machine picks up leave a message and your phone call will be returned as soon as possible. Good Riddance.

Regards,

*Giovanni Corral*

Giovanni Corral

cc://US-OPM/FTC/DoA/DoD

This letter/e-mail transmission and any documents, files or previous letter/e-mail messages attached to it, are confidential and are protected by the work product doctrine. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any review, discussion, copying, dissemination, distribution or use of any of the information contained herein, or attached to this letter/e-mail transmission is STRICTLY PROHIBITED. If you have received this transmission in error, immediately notify Ethical self by forwarding this letter to address and/or e-mails corral_giovanni@yahoo.com, giovanni.corral.ctr@edwards.af.mil, Giovanni.N.Corral@boeing.com, and then by deleting message and its attachments from your computer.

## "CONFIDENTIAL"

# EXHIBIT M

April 2, 2022

SHARP LAW, LLP

4820 West 75th Street

Prairie Village, KS  66208

RE: Epipen Case#2:17-md-02785-DDC-TJJ,MDL. 2785 (District of Kansas)

Class Action Settlement with Mylan

I object and do not want to be party to this lawsuit, settlement, plan of allocation, or the fee and expense application.

M. Denny

7475 Ebbert Drive SE

Port Orchard, WA  98367-9753

# EXHIBIT N

May 31, 2002

To Whom It May Concern:

I do not wish to participate in the EpiPen Auto-Injector Class Action Settlement with Mylan. I object to the Settlement, the Plan of Allocation, or the fees and expenses.

Thank you.

Justin Chiang

The Chiang Family
2640 Volaire Ln
Cumming, GA 30041-7171

# EXHIBIT O

**EpiPen -** 54360

131557322

MAY 2 3 2022

Dear Clerk of the Court,

My name is Najeeha Khan and I received the EpiPen Class Action Settlement Letter in the mail. I object to the Settlement and ask to be uninvolved in the proceedings. I never once used my EpiPen in the time that I owned it and do not wish to be part of this lawsuit in any way. The week of the hearing will be a religious holiday and I will be traveling. Please remove me from this process. I hope this letter suffices as an objection. Let me know if more is needed.

Sincerely,

Najeeha Khan

Najeeha Khan

najeehak1695@gmail.com

563-564-5889

Najeeha Khan
12101 N. Lamar Blvd. Apt. 1420 GRANDE DISTRICT
Austin, TX 78153



AUSTIN TX 786

17 MAY 2022 PM 2 L

RECEIVED

MAY 20 2022

CLERK, U.S. DISTRICT COURT
KANSAS CITY, KANSAS

Clerk of the Court
United States District Court
District of Kansas
500 State Ave.
Kansas City, KS 66101

66101-244699

# EXHIBIT P

Brian & Katrina Catron

909 Rosewood Drive

Harrisburg, SD 57032

May 31, 2022

Rex A. Sharp

SHARP LAW, LLP

4820 West 75th Street

Prairie Village, KS 66208

To Whom It May Concern:

We have purchased numerous Epi-Pen Jr sets, through our insurance, for our son due to his life-threatening food allergies since about 2015. We object to being part of the settlement and do not wish to participate. Please remove our names from this class action settlement. We thank you for your time.

Sincerely,

Brian & Katrina Catron

# EXHIBIT Q

I MR Jesse Danielson object to Any of the Settlement, the Plan of Allocation and Any other bounds to the EPI-Pen Auto-Injector class Action Settlement, My Insurance has Covered 100% of My EPINEPHRINE INJECTIONS USP Auto Injectors 0.3 mg From July 23N 2018 - Present Then by Excludes me from the share in the distribution of Settlement funds and various other bounds, Therefore MR JESSE DANIELSON BE RELEASED RELEASED FROM THIS SETTLEMENT AND AN OTHER Bounds Associated with, THANK YOU,

MR. JESSE DANIELSON   4-11-22

USAO_KANSAS_CITY_KS
APR 14 2022 PM 12:28

# EXHIBIT R

Monica Shelton
April 7, 2022
EpiPen Class Action Settlement


Dear whomever it may concern,

Hello, my name is Monica Shelton and I am 20 years old. I had an EpiPen from February 2016 to February 2021, while I was getting allergy injections. I am objecting to the settlement because I was on MedCost and Medicaid while I was getting these EpiPens, so I never had to pay out of pocket for them. I do not want to wrongfully claim money and take from what could be given to people who had to pay out of pocket. I would like to be withdrawn from any action in this settlement and would not like to appear in court. Please accept this as my objection to the settlement. Thank you.


Sincerely,
Monica Shelton

# EXHIBIT S

Clerk of the Court                                                    5 May 2022
US District Court – Kansas
500 State Ave  Rm 259
Kansas City, KS  66101-2430

In re:  Epi Pen Marketing, Sales Practices and Antitrust Litigation;
Case No. 2:17-md-02785-DDC-TJJ, MDL 2785 (Dist of Kansas)

The following Objection is respectfully filed in accordance with Objectors wishes.

(i)     Lucy Balick, PO Box 4525, (Address change from 710 N. George St was advised to Notice
        Administrator) Rome, NY 13442-4525, 315-334-0042.

(ii)    Objector is objecting on a timely preservation of rights basis to object to the Settlement's
        Plan of Allocation.

(iii)   Objector is objecting against a potential misinterpretation of medical insurance benefits by a
        refusal to compensate certain subset class members who use Medicare (not Medicaid)
        medical insurance with a fall back co-pay / deductible coverage of TRICARE For Life
        (available to retired military and their spouses, age 65 or older).  Since Class Member
        exclusion " c " states, "Consumers who purchased.......only through a Medicaid program",
        class members using the non-Medicaid medical insurance benefits mentioned herein, must
        not be denied any due compensation due to their free choice(s) of federal medical insurance
        benefits.  Medicare is generally available to anyone legally entitled to its benefits at age 65.
        TRICARE For Life is a medical insurance supplementary benefit (aka "medigap") given to
        retired military members and their legal spouses at age 65 and over as long as their
        Medicare Part B premiums are continually paid by automatic deduction.

(iv)    Objection only applies to a class subset - - - those military retirees and their spouses age 65
        and over using Medicare and TRICARE For Life

(v)     Objector has never filed any objections to any other Class Action litigation.

(vi)    See Atch 1 for documentary proof of Objector's membership in the Class.  Objector
        purchased one (1) Epi Pen on 11/21/2017 for  $ 24.00.

(vii)   Objector will not appear at Fairness Hearing.

(viii)  Objector has no privately paid counsel to appear.

(ix)    Objector submits to the Court's jurisdiction with respect to Objector's objection.

Page 2, Balick 5 May 2022 Objection to Epi Pen Settlement

Cys:

Rex A. Sharp, Esq                           Adam K. Levin, Esq.

SHARP LAW, LLP                              HOGAN LOVELLS US LLP

4820 West 75th St                           555 13th St NW – Ste 800E

Prairie Village, KS                         Washington, DC

66208-4303                                   20004-1161



Lucy Balick

Class Member / Objector                     Atch – 1 (Proof)

**BALICK, LUCY**
710 N GEORGE ST
ROME NY, 13440-4129
315-334-0042

**Rite Aid#10777**
1616 Black River Boulevard
Rome NY, 13440-0000
315-339-5290

**NOTES**:

Report Range From: 11/20/17 to 11/20/17

**MEDICAL EXPENSES**
Co Pay Total: $24.00

| Date | Rx # | Doctor | NDC | Description | Dispensed | Supply | RPH | Price | Co-Pay |
|------|------|--------|-----|-------------|-----------|--------|-----|-------|--------|
| 11/20/2017 | 820366 | MIRAU, DANIEL | 49502010202 | EPINEPHRINE 0.3 MG AUTO-INJECT | 2.000 | 1 | AKH | $412.99 | $24.00 |



**RITE AID**
PHARMACY

With us, it's personal.

Store #10777
1616
BLACK RIVER BLVD
ROME, NY 13440
(315) 339-5290

*Billed/
Issued on
11/20/17.*

Register #8 Transaction #302363
Cashier #107776719  11/21/17  9:40AM

*"EPI-Pen"*

wellness+ with Plenti
Plenti Card#: 31XXXXXXXXX1935
1 SCANNED PHARMACY          24.00
  Rx #820366
1 FERGON IRON TABLETS 100CT 10.29

2 Items      Subtotal     34.29
             Tax            .00
             Total        34.29
* CASH PAYMENT *
             Tendered     40.00
             Cash Change   5.71

Plenti Points Earned:        0
Plenti Points Used:          0
Available Plenti Points*:    0

*Atch- 1*

**THIS REPORT CONTAINS PATIENT HEALTH INFORMATION WHICH IS LEGALLY PROTECTED UNDER HIPAA LEGISLATION**

THIS INFORMATION MUST BE USED AND STORED IN ACCORDANCE WITH HIPAA POLICIES

This is intended only for the use of the individual or entity to which it is addressed. It may contain information that is confidential and prohibited from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination or copying of this is strictly prohibited. If you have received this in error, please notify the original sender immediately and dispose of this document. Thank you.

# EXHIBIT T

Dorothy Conners                                      April 5, 2022
1028 Wintu Court
Raleigh, NC  27603


Clerk of the Court
United States District Court
District of Kansas
500 State Avenue
Kansas City, KS  66101


To Whom it may concern,

I just received a notice of the EpiPen Class Action Settlement for the
first time.  I did NOT receive any prior notice of this.

I wish to OBJECT to the Settlement completely.

Please file this letter with the Court BEFORE June 8, 2022.

I will also send a copy of this letter to the following attorneys:

SHARP LAW, LLP and HOGAN LOVELLS US LLP



Thank you.

Yours truly,

Dorothy Conners