IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: EpiPen (Epinephrine Injection, USP) Marketing, Sales Practices and Antitrust Litigation | Case No. 2:17-MD-02785-DDC-TJJ |
| SANOFI-AVENTIS U.S., LLC,<br><br>Plaintiff,<br>v.<br><br>MYLAN INC., et al.,<br><br>Defendants,<br><br>This document applies to the *Sanofi* case. | Case No. 2:17-cv-02452-DDC-TJJ<br><br>*Document Filed Electronically* |

## NOTICE OF FILING OF BILL OF COSTS AND SUPPORTING MATERIALS

    Deno Himonas
    Jeremy Brodis
    WILSON, SONSINI, GOODRICH & ROSATI
    15 W. South Temple, Suite 1700
    Salt Lake City, Utah 84101
    Telephone: (801) 401-8510
    dhimonas@wsgr.com
    jbrodis@wsgr.com

    *Attorneys for Mylan Inc. and Mylan Specialty L.P.*

Mylan Inc. and Mylan Specialty L.P. (collectively, "Mylan") provide this Notice of Filing of Bill of Costs and Supporting Materials.

On May 31, 2023, Mylan filed a Bill of Costs and supporting materials in member case number 2:17-cv-02452-DDC-TJJ, at the docket numbers identified below, seeking taxation of costs against Sanofi-Aventis U.S., LLC.

- Dkt. No. 71 – Bill of Costs
- Dkt. No. 72 – Brief in Support of Bill of Costs
- Dkt. No. 73 – Index of Exhibits in Support of Bill of Costs
- Dkt. No. 74 – Declaration of Philip Sechler and exhibit thereto
- Dkt. No. 75 – Declaration of Jeremy Brodis and exhibits thereto
- Dkt. No. 76 – Declaration of Brian Cuthbertson and exhibits thereto
- Dkt. No. 77 – Declaration of Paul Ramsey and exhibit thereto
- Dkt. No. 78 – Declaration of Lauren Thomas and exhibits thereto
- Dkt. No. 79 – Notice of Proposed Sealed Record

DATED:  May 31, 2023

Respectfully submitted,

s/ Deno Himonas

Deno Himonas
Jeremy Brodis
WILSON, SONSINI, GOODRICH & ROSATI
15 W. South Temple, Suite 1700
Salt Lake City, Utah 84101
Telephone: (801) 401-8510
dhimonas@wsgr.com
jbrodis@wsgr.com

*Attorneys for Mylan Inc. and Mylan Specialty L.P.*

## CERTIFICATE OF SERVICE

On this 31 day of May, 2023, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which provides a notice of such filing on each attorney registered for ECF notification to the counsel of record in this case.

s/ Deno Himonas
Deno Himonas
Jeremy Brodis

WILSON, SONSINI, GOODRICH & ROSATI
15 W. South Temple, Suite 1700
Salt Lake City, Utah  84101
Telephone: (801) 401-8510
dhimonas@wsgr.com
jbrodis@wsgr.com

*Attorneys for Mylan, Inc. and Mylan Specialty L.P.*
