# EXHIBIT 1

My name is Denny Randall
███████████
Galax va 24333

My claim number is ███████ and this is for the **EpiPen Class Action**
My claim was denied, i appeal this denial, i never received a letter, i was never notified by mail, phone or otherwise, secondly, i offered to provide what information i have, however, that in fact is limited, due to my pharmacy being sold and rebought 5 times, i can find the names and address of the pharmacies at the time and you guys can subbited a request for records, as you can see we do use epipen, both me and my daughter, we use ███████████████, due to a rare condition and have for many many years!, over the past week, i joined a facebook group that post pictures of class action checks to let others know when they have been paid, because i was told others had been paid... now many of the post where people posting anywhere for 20 to 2000 dollar checks, after looking at the people and seeing what they type, many said no we didn't provide proof, and many just filed for the money and hadn't put a pin in their leg or arm and didn't even know what one looked like! now it appears i have met " the status quo" as outlined in rule 23, which i have added for you here, so here are the pictures which are more than over 90% of the claimants have provided. I have gathered countless photos and messages where other claimants have posted checks ranging from 20 to 3500, and each have told me they did not provide any proof, I believe the claims admin is using a list, this is a hit list of people whom they think claim false claims, however I have found and I am one of the people that this list was used against… I would be more then happy to go into more detail about this… but after seeing 100s of checks many of which people claimed they never used EpiPen's, I don't believe the admin did their proper due diligence
In another case this " list" was frowned upon by the judge

Please reconsider my claim

Denny Randall My claim number is ███████ and this is for the **EpiPen Class Action**

*[signature: Denny Randall]*

*June 20 2023*



STORE AT ROOM TEMPERATURE

Epinephrine Injecti... Auto-Injectors...

EpiPen® Auto-Injector

Auto-Injectors visit MyGen...

WALGREEN CO
RITE AID PHAR
425 EAST STUA
GALAX, VA 243

Store DEA# FW

Rx

RANDALL, DENNY R
47 SUNNYBROOK LOOP, GALAX, VA 24333

INJECT INTRAMUSCULARLY AS DIR
BY PRESCRIBER

EPINEPHRINE 0.3 MG AUTO-INJEC
GENERIC FOR: EPIPEN 2 PAK
GENERIC NAME: epinephrine
OUTER: SUV
COLORLESS

INF MYLAN SPECIALTY

DATE FILLE
ORIG RX DA
MFR: MYLAN SP
RPH: DNT

DISCARD AFTER 01/20/2020     QTY: 2
REFILL 1 TIMES UNTIL 09/25/2019