Catherin Harris
150 Leger Rd
Irwin, PA 15642

February 5, 2025

The Honorable Daniel Crabtree
Robert J. Dole United States Courthouse
500 State Avenue
Kansas City, KS 66101

Re: In re EpiPen (Epinephrine Injection, USP) Marketing, Sales Practices and Antitrust Litigation (Consumer Class Cases); Case No. 17-md-2785-DDC-TJJ, MDL No: 2785

Dear Judge Crabtree:

I write as a class member and claimant, acting pro se in the above-captioned action to respectfully bring to the Court's attention an apparent failure by the Settlement Administrator to carry out its duties with respect to the reissuance of my settlement payment and to request the Court's assistance in ensuring proper administration of the settlement.

By way of background, the Settlement Administrator notified me by email on August 10, 2024 that a settlement check in the amount of $3,578.43 had been issued but remained uncashed. I promptly responded on August 27, 2024, advising that I had not received the check and providing an updated mailing address, as requested. The Settlement Administrator confirmed in writing that my address had been updated and that my check reissue request "has been submitted and will be processed in next month's reissue cycle."

Despite that representation, I never received the reissued check. Over a year later, on January 31, 2026, I again contacted the Settlement Administrator seeking clarification as to the status of my payment. To date, I have received no substantive response—only an automated confirmation of receipt.

At this point, the issue does not appear to be a mail delay or an isolated oversight, but rather a breakdown in follow-through and communication by the Settlement Administrator after explicitly representing that payment would be reissued. As a claimant, I have no independent mechanism to

compel action or obtain accountability other than through the Court's supervisory authority over the settlement process.

I respectfully request that the Court take such action as it deems appropriate to ensure that the Settlement Administrator fulfills its obligations, including but not limited to directing the Administrator to provide a status explanation, confirm whether a check was ever reissued, and promptly remit any payment due.

I submit this letter in good faith and with full appreciation of the Court's time and responsibilities. Thank you for your attention to this matter.

Respectfully submitted,

/s/ Catherin Harris

Catherin Harris
Epipen Settlement Class Member

Presorted
First Class Mail
U.S. Postage
PAID
Permit 634
San Francisco, CA

CAHERIN HARRIS
150 LEGER RD
IRWIN PA 15642-1115

038418 6 153 303 ************AUTO**ALL FOR AADC 640
CLERK US DISTRICT COURT
Robert J. Dole United States Courthouse 500 State Ave
Kansas City KS 66101-2448

RECEIVED
FEB 17 2026
CLERK, U.S. DISTRICT COURT
KANSAS CITY, KANSAS

032  ATFFAP1 66101