IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| In re EPIPEN (EPINEPHRINE INJECTION, USP) MARKETING, SALES PRACTICES AND ANTITRUST LITIGATION | ) ) ) | Civil Action No. 2:17-md-02785-DDC-TJJ (MDL No: 2785) |
| | ) | CLASS COUNSEL'S RESPONSE TO |
| | ) | LETTER FROM CLASS MEMBER |
| This Document Relates To: | ) | CATHERIN HARRIS |
| | ) | |
| CONSUMER CLASS CASES. | ) | |
| | ) | |

Pursuant to the Court's February 23, 2026 Order (ECF 2666), Class Counsel respectfully submit this response to Class member Catherin Harris's letter to the Court dated February 5, 2026. *See* ECF 2665.

As the attached Declaration of Eric J. Miller ("Miller Decl.") (**Exhibit A**) explains, despite A.B. Data following all procedures under the Court-approved Plan of Allocation, and properly treating Ms. Harris's uncashed settlement check as unclaimed funds, Class Counsel instructed A.B. Data to issue Ms. Harris a replacement check and arrange for the expedited issuance of the same. Miller Decl., ¶¶10-13. A.B. Data sent Ms. Harris a replacement check via UPS on March 12, 2026. *Id.*, ¶13. A.B. Data received confirmation of delivery of the check to Ms. Harris on March 16, 2026. *Id.*

Class Counsel also requested A.B. Data include in its Declaration an update on the overall claims process, and information regarding Mr. Dan Poole, whose Motion to Compel (ECF 2664) this Court denied on February 27, 2026 (ECF 2667). *See* Miller Decl., ¶¶4-8, 14-19.

DATED:  March 23, 2026

Respectfully submitted,

SHARP LAW LLP
REX A. SHARP


*/s/ Rex A. Sharp*
Rex A. Sharp

4820 West 75th Street
Prairie Village, KS  66208
Telephone:  913/901-0505
913/901-0419 (fax)
rsharp@midwest-law.com

- 1 -

ROBBINS GELLER RUDMAN
  & DOWD LLP
PAUL J. GELLER
STUART A. DAVIDSON
225 N.E. Mizner Boulevard, Suite 720
Boca Raton, FL  33432
Telephone: 561/750-3000
561/750-3364 (fax)
pgeller@rgrdlaw.com
sdavidson@rgrdlaw.com

KELLER ROHRBACK L.L.P.
LYNN LINCOLN SARKO
GRETCHEN FREEMAN CAPPIO
1201 Third Avenue, Suite 3400
Seattle, WA  98101
Telephone:  206/623-1900
206/623-3384 (fax)
lsarko@kellerrohrback.com
gcappio@kellerrohrback.com

BURNS CHAREST LLP
WARREN T. BURNS
900 Jackson Street, Suite 500
Dallas, TX  75202
Telephone:  469/904-4550
469/444-5002 (fax)
wburns@burnscharest.com

PRITZKER LEVINE LLP
ELIZABETH C. PRITZKER
JONATHAN K. LEVINE
1900 Powell Street, Suite 450
Emeryville, CA  94608
Telephone:  415/692-0772
415/366-6110 (fax)
ecp@pritzkerlevine.com
jkl@pritzkerlevine.com

Class Counsel

- 2 -

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing CLASS COUNSEL'S RESPONSE TO LETTER FROM CLASS MEMBER CATHERIN HARRIS was served this 23rd day of March, 2026, by filing the document electronically, which delivered a copy to all counsel of record, and by U.S. Mail to Catherin Harris, 150 Ledger Road, Irwin, PA 15642.

/s/ Rex A. Sharp
REX A. SHARP

SHARP LAW LLP
4820 West 75th Street
Prairie Village, KS  66208
Telephone:  913/901-0505
913/901-0419 (fax)
Email: rsharp@midwest-law.com